January 16, 2014

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *Haverhill Retirement System* v. *Barclays Bank PLC, et al.*, No. 13-cv-7789 ("*Haverhill*"); *Simmtech Co., Ltd.* v. *Barclays Bank PLC, et al.*, No. 13-cv-7953 ("*Simmtech*"); *Oklahoma Firefighters Pension and Retirement System* v. *Barclays Bank PLC, et al.*, No. 13-cv-09080; *Employees' Retirement System of the Government of the Virgin Islands* v. *Barclays Bank PLC, et al.*, No. 13-cv-09125 ("*Virgin Islands*"); *Prudent Forex Fund I L.L.C.* v. *Barclays Bank PLC, et al.*, No. 13-cv-9237

Dear Judge Schofield:

    In light of the Orders the Court issued yesterday, the undersigned defendants in the five above-referenced actions (the "Actions") write with regard to certain scheduling matters. We write with the consent of additional defendants named in one or more of the Actions, most if not all of which have not been served and have not appeared.

    These cases allegedly involve a worldwide market of between $4.7 and $5.3 trillion of currency exchange trades per day. (*See, e.g.*, *Haverhill* Complaint at ¶ 2.) The Actions were filed in the wake of published reports of ongoing investigations by the Department of Justice, the Commodity Futures Trading Commission, and foreign regulators into the facts alleged in the Actions. Five different plaintiffs, represented for the most part by different plaintiffs' counsel, have brought these Actions and have not named all defendants in all cases. No interim lead counsel has been appointed.

    With the initial assignment of the Actions to different judges, the Actions have progressed to different statuses, schedules, and stipulations. As the Court may know, prior to the transfer of the case to Your Honor, Judge Berman entered a Case Management Plan in *Simmtech*, setting, *inter alia*, a schedule for filing of amended complaints by February 27, 2014. Judge Berman also set a January 7, 2015 discovery cutoff, though giving the defendants an opportunity to move to stay discovery pending motions to dismiss. In *Haverhill*, a Stipulated Order adjourned all deadlines under Fed. R. Civ. P. 26 and the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project") on an interim basis. In *Virgin Islands*, Judge Furman scheduled an Initial Pretrial Conference for March 31, 2014, and excluded that case from the Pilot Project.

    We respectfully submit that the interests of judicial economy favor a coordinated approach for all of the Actions. Therefore, we respectfully request that all deadlines be ad-

journed in all of the cases so that we can work with plaintiffs' counsel to propose a coordinated schedule in advance of the March 3, 2014 initial conference before Your Honor.

We are mindful of the Court's Order in the *Simmtech* case only that "the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer." (Dkt. 28) As noted above, in *Simmtech*, Judge Berman set a discovery deadline, but invited defendants to submit a letter brief in support of their position that discovery should be stayed pending decisions on the anticipated motions to dismiss. In light of Judge Berman's transfer of the case to Your Honor, we have understood that the dates that Judge Berman set for the parties' letter briefs no longer applied, and informed the plaintiffs of our understanding. Now in light of Your Honor's Orders yesterday, which contemplate a discussion of the timing and scope of discovery in all of the Actions at the March 3 conference, we propose that the defendants address discovery issues with respect to *Simmtech* and the other Actions in a coordinated manner at that conference, after consultation with plaintiffs' counsel. Should the Court wish the *Simmtech* defendants to proceed to submit briefing on that subject in advance of the March 3 conference, we would be pleased to do so on whatever schedule is convenient for the Court.

*   *   *

The foregoing letter is respectfully submitted on behalf of the undersigned defendants:

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | COVINGTON & BURLING LLP |
| By: *Yvonne S. Quinn /scr* | By: *Andrew A. Ruffino /scr* |
| Yvonne S. Quinn<br>David H. Braff<br>Jeffrey T. Scott<br>Qian A. Gao<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>quinny@sullcrom.com<br>braffd@sullcrom.com<br>scottj@sullcrom.com<br>gaoq@sullcrom.com | Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>1201 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 662-6000<br>awiseman@cov.com |
| *Attorneys for Defendant Barclays Bank PLC in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237 | *Attorneys for Defendants Citibank, N.A. and Citigroup Inc. in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237 |

2

| | |
|---|---|
| CAHILL GORDON & REINDEL LLP | KIRKLAND & ELLIS LLP |
| By: /s/ | By: /s/ Joseph Serino, Jr. / ScR |
| David G. Januszewski | Joseph Serino, Jr., P.C. |
| Herbert S. Washer | Eric F. Leon, P.C. |
| Elai Katz | 601 Lexington Avenue |
| Jason M. Hall | New York, New York 10022 |
| 80 Pine Street | Telephone : (212) 446-6425 |
| New York, New York 10005 | Facsimile : (212) 446-6460 |
| Telephone: (212) 701-3000 | joseph.serino@kirkland.com |
| Facsimile: (212) 269-5420 | eric.leon@kirkland.com |
| djanuszewski@cahill.com | |
| ekatz@cahill.com | Robert Khuzami |
| jhall@cahill.com | G. Patrick Montgomery (*pro hac vice motion forthcoming*) |
| *Attorneys for Defendants Credit Suisse Group AG and Credit Suisse Securities (USA) LLC in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237 | 655 Fifteenth Street, N.W. Washington, D.C. 20005-5793 Telephone : (202) 879-5000 Facsimile : (202) 879-5200 robert.khuzami@kirkland.com patrick.montgomery@kirkland.com |
| | *Attorneys for Defendant Deutsche Bank AG in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237 |

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Peter E. Greene /scR
Peter E. Greene
Patrick Fitzgerald
Boris Bershteyn
Peter S. Julian
Four Times Square
New York, NY  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
peter.greene@skadden.com
patrick.fitzgerald@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237

HOGAN LOVELLS US LLP

By: /s/ Marc J. Gottridge /scR
Marc J. Gottridge
Lisa J. Fried
875 Third Avenue
New York, NY  10022
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Lloyds Banking Group plc in* 13-cv-9237

DAVIS POLK & WARDWELL LLP

By: /s/ Arthur J. Burke /scR
Arthur J. Burke
Greg D. Andres
Charles Shioleno
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
arthur.burke@davispolk.com
greg.andres@davispolk.com
charles.shioleno@davispolk.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Joel S. Sanders /scR
Joel S. Sanders (*admitted pro hac vice in Haverhill; pro hac vice motions forthcoming in other Cases*)
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-6268
Facsimile (415) 374-8439
jsanders@gibsondunn.com

Peter Sullivan
Rachel A. Lavery
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6370
psullivan@gibsondunn.com

Joshua H. Soven (*admitted pro hac vice in Haverhill and Simmtech; pro hac vice motions forthcoming in other Cases*)

                1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8503
Facsimile: (202) 530-9518
jsoven@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities, LLC in* 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237

cc:    Joseph P. Guglielmo (Scott & Scott) (*via e-mail*)
Donald A. Broggi (Scott & Scott) (*via e-mail*)
Christopher M. Burke (Scott & Scott) (*via e-mail*)
Walter N. Noss (Scott & Scott) (*via e-mail*)
Kristen M. Anderson (Scott & Scott) (*via e-mail*)
George A. Zelcs (Korein Tillery, LLC) (*via e-mail*)
Steven M. Berezney (Korein Tillery, LLC) (*via e-mail*)
Daniel J. Mogin (The Mogin Law Firm, P.C.) (*via e-mail*)
Jodie M. Williams (The Mogin Law Firm, P.C.) (*via e-mail*)
Phillip E. Stephan (The Mogin Law Firm, P.C.) (*via e-mail*)
Bong June Kim (Kim & Bae, P.C.) (*via e-mail*)
Christine Bae (Kim & Bae, P.C.) (*via e-mail*)
John D. Rue (Kim & Bae, P.C.) (*via e-mail*)
Samuel H. Rudman (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
David A. Rosenfeld (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
Patrick J. Coughlin (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
David W. Mitchell (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
Brian O. O'Mara (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
Alexandra S. Bernay (Robbins Geller Rudman & Dowd LLP (*via e-mail*)
Vincent Briganti (Lowey Dannenberg Cohen & Hart, P.C.) (*via e-mail*)
Geoffrey M. Horn (Lowey Dannenberg Cohen & Hart, P.C.) (*via e-mail*)
Raymond P. Girnys (Lowey Dannenberg Cohen & Hart, P.C.) (*via e-mail*)
Manuel John Dominguez (Cohen Milstein Sellers & Toll, PLLC) (*via e-mail*)
J. Douglas Richards (Cohen Milstein Sellers & Toll, PLLC) (*via e-mail*)
Michael Eisenkraft (Cohen Milstein Sellers & Toll, PLLC) (*via e-mail*)
Sharon Robertson (Cohen Milstein Sellers & Toll, PLLC) (*via e-mail*)
Solomon B. Cera (Gold Bennett Cera & Sidener LLP) (*via e-mail*)
Thomas C. Bright (Gold Bennett Cera & Sidener LLP) (*via e-mail*)
Pamela A. Markert (Gold Bennett Cera & Sidener LLP) (*via e-mail*)