February 10, 2014

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

      Re:    *Haverhill Ret. Sys.* v. *Barclays Bank PLC, et al.*, No. 13 Civ. 7789; *Simmtech Co., Ltd.* v. *Barclays Bank PLC, et al.*, No. 13-cv-7953; *Oklahoma Firefighters Pension & Ret. Sys.* v. *Barclays Bank PLC, et al.*, No. 13-cv-9080; *Employees' Ret. Sys. of the Gov't of the Virgin Islands* v. *Barclays Bank PLC, et al.*, No. 13-cv-9125; *Prudent Forex Fund I LLC, et al.* v. *Barclays Bank PLC, et al.*, No. 13-cv-9237; *UFCW Union & Participating Food Indus. Emp'rs Tri-State Pension Fund* v. *Barclays Bank PLC, et al.*, No. 14-cv-350; *Five Star Forex, L.P.* v. *Barclays Bank PLC, et al.*, No. 14-cv-494; *State-Boston Ret. Sys.* v. *Barclays Bank PLC, et al.*, No. 14-cv-475; *Newport News Employees' Ret. Fund* v. *Barclays Bank PLC, et al.*, No. 14-cv-752; *City of Providence* v. *Barclays Bank PLC, et al.*, No. 14-cv-787

Dear Judge Schofield:

      On behalf of the defendants in the above-referenced actions, we write in response to the Court's order of January 28, 2014 requiring the parties to file letters setting forth any proposals they intend to make regarding consolidation or appointment of interim lead counsel.

      The undersigned defendants take no position on the selection of interim lead counsel.

      For purposes of efficiency and to avoid unnecessary multiple filings, the undersigned defendants propose — as they understand has been contemplated — that following the appointment of lead counsel, a single consolidated amended complaint be filed on behalf of the proposed classes and against such defendants as plaintiffs' counsel deem appropriate.

      \*    \*    \*

      The foregoing letter is respectfully submitted on behalf of the undersigned defendants:

The Honorable Lorna G. Schofield
February 10, 2014
Page 2

| SULLIVAN & CROMWELL LLP | ALLEN & OVERY LLP |
|---|---|
| By: /s/ Yvonne S. Quinn <br> Yvonne S. Quinn <br> David H. Braff <br> Jeffrey T. Scott <br> Qian A. Gao <br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> quinny@sullcrom.com <br> braffd@sullcrom.com <br> scottj@sullcrom.com <br> gaoq@sullcrom.com <br><br> *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* | By: /s/ David Esseks <br> David C. Esseks <br> Brian de Haan <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 610-6300 <br> david.esseks@allenovery.com <br> brian.deHaan@allenovery.com <br><br> John Terzaken <br> 110 1 New York Avenue <br> Washington, D.C. 20005 <br> Telephone: (202) 683-3800 <br> john.terzaken@allenovery.com <br><br> *Attorneys for Defendant BNP Paribas in 13-cv-9080, 13-cv-9237, 14-cv-0350, and 14-cv-494* |
| COVINGTON & BURLING LLP | CAHILL GORDON & REINDEL LLP |
| By: /s/ Andrew A. Ruffino <br> Andrew A. Ruffino <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, New York 10018 <br> Telephone: (212) 841-1000 <br> aruffino@cov.com <br><br> Alan M. Wiseman <br> 1201 Pennsylvania Avenue N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 662-6000 <br> awiseman@cov.com <br><br> *Attorneys for Defendants Citibank, N.A. and Citigroup Inc.* | By: /s/ David G. Januszewski <br> David G. Januszewski <br> Herbert S. Washer <br> Elai Katz <br> Jason M. Hall <br> 80 Pine Street <br> New York, New York 10005 <br> Telephone: (212) 701-3000 <br> Facsimile: (212) 269-5420 <br> djanuszewski@cahill.com <br> ekatz@cahill.com <br> jhall@cahill.com <br><br> *Attorneys for Defendants Credit Suisse Group AG and Credit Suisse Securities (USA) LLC in 13-cv-7789, 13-cv-7953, 13-cv-9080, 13-cv-9125, 13-cv-9237, 14-cv-350, and 14-cv-494* |

The Honorable Lorna G. Schofield
February 10, 2014
Page 3

| | |
|---|---|
| KIRKLAND & ELLIS LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: /s/ Joseph Serino, Jr. | By: /s/ Thomas J. Moloney |
| Joseph Serino, Jr., P.C. | Thomas J. Moloney |
| Eric F. Leon, P.C. | Victor L. Hou |
| 601 Lexington Avenue | Elizabeth Vicens |
| New York, New York 10022 | Andrew Darcy |
| Telephone : (212) 446-6425 | One Liberty Plaza |
| Facsimile : (212) 446-6460 | New York, New York 10006 |
| joseph.serino@kirkland.com | Telephone: (212) 225-2000 |
| eric.leon@kirkland.com | Facsimile: (212) 225-3999 |
| | tmoloney@cgsh.com |
| Robert Khuzami | vhou@cgsh.com |
| G. Patrick Montgomery (*pro hac vice motion forthcoming*) | evicens@cgsh.com |
| 655 Fifteenth Street, N.W. | adarcy@cgsh.com |
| Washington, D.C. 20005-5793 | |
| Telephone : (202) 879-5000 | *Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. in 13-cv-9080, 13-cv-9237, 14-cv-350, 14-cv-494, 14-cv-787* |
| Facsimile : (202) 879-5200 | |
| robert.khuzami@kirkland.com | |
| patrick.montgomery@kirkland.com | |
| | |
| *Attorneys for Defendant Deutsche Bank AG* | *Attorneys for Defendant The Goldman Sachs Group in 13-cv-9125* |

The Honorable Lorna G. Schofield
February 10, 2014
Page 4

| LOCKE LORD LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Roger B. Cowie<br>Edwin R. DeYoung<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>Fax: (212) 812-8385<br>edeyoung@lockelord.com<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue<br>Dallas, TX 75201<br>Telephone: (214) 740-8614<br>Fax: (214) 740-8800<br>rcowie@lockelord.com<br><br>*Attorneys for Defendants HSBC HOLDINGS PLC and HSBC BANK PLC in 13-cv-9080, 13-cv-9125, 13-cv-9237, and 14-cv-0350* | By: /s/ Peter E. Greene<br>Peter E. Greene<br>Patrick Fitzgerald<br>Boris Bershteyn<br>Peter S. Julian<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>peter.greene@skadden.com<br>patrick.fitzgerald@skadden.com<br>boris.bershteyn@skadden.com<br>peter.julian@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| HOGAN LOVELLS US LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: /s/ Marc J. Gottridge<br>Marc J. Gottridge<br>Lisa J. Fried<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br><br>*Attorneys for Defendant Lloyds Banking Group plc in 13-cv-9237, 14-cv-350, 14-cv-494, and 14-cv-787; and Lloyds Bank plc in 14-cv-787* | By: /s/ Jonathan M. Moses<br>Jonathan M. Moses<br>Keia D. Cole<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000<br>Fax: (212) 403-2000<br>JMMoses@wlrk.com<br>KDCole@wlrk.com<br><br>*Attorneys for Defendant Morgan Stanley in 13-cv-9080, 13-cv-9237, 14-cv-350, and 14-cv-494* |

The Honorable Lorna G. Schofield
February 10, 2014
Page 5

| DAVIS POLK & WARDWELL LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Arthur J. Burke<br>Arthur J. Burke<br>Greg D. Andres<br>Charles Shioleno<br>450 Lexington Avenue<br>New York, New York  10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450-4800<br>arthur.burke@davispolk.com<br>greg.andres@davispolk.com<br>charles.shioleno@davispolk.com<br><br>*Attorneys for Defendant The Royal Bank of Scotland Group plc* | By:  /s/ Joel S. Sanders<br>Joel S. Sanders (*admitted pro hac vice in Haverhill; pro hac vice motion pending in Simmtech; pro hac vice motions forthcoming in other Cases*)<br>555 Mission Street<br>San Francisco, California 94105<br>Telephone: (415) 393-6268<br>Facsimile (415) 374-8439<br>jsanders@gibsondunn.com<br><br>Peter Sullivan<br>Rachel A. Lavery<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6370<br>psullivan@gibsondunn.com<br><br>Joshua H. Soven (*admitted pro hac vice in Haverhill and Simmtech;  pro hac vice motions forthcoming in other Cases*)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8503<br>Facsimile: (202) 530-9518<br>jsoven@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities, LLC* |