UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAVERHILL RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated<br><br>                     Plaintiff,<br><br>   -against-<br><br>BARCLAYS BANK PLC, et al.<br><br>                     Defendants. | Case No. 1:13-cv-07789-LGS<br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Joseph J. Tabacco, Jr., a member of this Court in good standing, respectfully enters his appearance as attorney of record on behalf of The Fresno County Employees' Retirement Association.

DATED:  February 12, 2014        **BERMAN DeVALERIO**

                                          */s/ Joseph J. Tabacco, Jr.*
                                       Joseph J. Tabacco, Jr. (JJT-1994)

                                       One California Street, Suite 900
                                       San Francisco, CA 94111
                                       Telephone: (415) 433-3200
                                       Facsimile: (415) 433-6382
                                       Email: jtabacco@bermandevalerio.com

                                       *Counsel for The Fresno County Employees'*
                                       *Retirement Association*