UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAVERHILL RETIREMENT SYSTEM

          Plaintiff,

-against-

BARCLAYS BANK PLC

          Defendant.

13 cv 07789 ( LGS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  Michael D. Hausfeld , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Haverhill Retirement System in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Washington, D.C. & New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 2/14/2014

Respectfully Submitted,

/s/ Michael D. Hausfeld

Applicant Signature

Applicant's Name: Michael D. Hausfeld

Firm Name: Hausfeld LLP

Address: 1700 K Street, N.W. Suite 650

City / State / Zip: Washington, D.C. 20006

Telephone / Fax: (202) 540-7200

E-Mail: mhausfeld@hausfeldllp.com