USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :
HAVERHILL RETIREMENT SYSTEM,       :
                           Plaintiff,     :
                                          :
                    -against-                         :          13 Civ. 07789 (LGS)
                                          :
BARCLAYS BANK PLC, *et al.*,            :
                           Defendants.   :
                                          :
------------------------------------------------------------- X
                                          :
SIMMTECH CO., LTD.,                       :
                           Plaintiff,     :
                                          :
                    -against-                         :          13 Civ. 07953 (LGS)
                                          :
BARCLAYS BANK PLC, *et al.*,            :
                           Defendants.   :
                                          :
------------------------------------------------------------- X
                                          :
OKLAHOMA FIREFIGHTERS PENSION AND   :
RETIREMENT SYSTEM,                        :
                           Plaintiff,     :
                                          :          13 Civ. 09080 (LGS)
                    -against-                         :
                                          :
BARCLAYS BANK PLC, *et al.*,            :
                           Defendants.   :
                                          :
------------------------------------------------------------- X
                                          :
EMPLOYEES' RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE VIRGIN ISLANDS,    :
                           Plaintiff,     :
                                          :          13 Civ. 09125 (LGS)
                    -against-                         :
                                          :
BARCLAYS BANK PLC, *et al.*,            :
                           Defendants.   :
                                          :
------------------------------------------------------------- X
                                          :

```
PRUDENT FOREX FUND I L.L.C., et al.,        :
                        Plaintiffs,         :
                                            :
            -against-                       :      13 Civ. 09237 (LGS)
                                            :
BARCLAYS BANK PLC, et al.,                  :
                        Defendants.         :
                                            :
------------------------------------------- X
                                            :
UNITED FOOD AND COMMERCIAL WORKERS          :
UNION AND PARTICIPATING FOOD                :
INDUSTRY EMPLOYERS TRI-STATE PENSION        :
FUND,                                       :      14 Civ. 00350 (LGS)
                        Plaintiff,          :
                                            :
            -against-                       :
                                            :
BARCLAYS BANK PLC, et al.,                  :
                        Defendants.         :
                                            :
------------------------------------------- X
                                            :
STATE-BOSTON RETIREMENT SYSTEM,             :
                        Plaintiff,          :
                                            :
            -against-                       :      14 Civ. 00475 (LGS)
                                            :
BARCLAYS BANK PLC, et al.,                  :
                        Defendants.         :
                                            :
------------------------------------------- X
                                            :
FIVE STAR FOREX, L.P.,                      :
                        Plaintiff,          :
                                            :
            -against-                       :      14 Civ. 00494 (LGS)
                                            :
BARCLAYS BANK PLC, et al.,                  :
                        Defendants.         :
                                            :
------------------------------------------- X
```

|  |  |
|---|---|
| NEWPORT NEWS EMPLOYEES' RETIREMENT FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BARCLAYS BANK PLC, *et al.*, <br>                              Defendants. | 14 Civ. 00752 (LGS) |
| CITY OF PROVIDENCE, RHODE ISLAND, <br>                              Plaintiff, <br><br> -against- <br><br> BARCLAYS BANK PLC, *et al.*, <br>                              Defendants. | 14 Civ. 00787 (LGS) |
| AUREUS CURRENCY FUND, L.P., <br>                              Plaintiff, <br><br> -against- <br><br> BARCLAYS BANK PLC, *et al.*, <br>                              Defendants. | 14 Civ. 00825 (LGS) |
| VALUE RECOVERY FUND L.L.C., *et al.*, <br>                              Plaintiffs, <br><br> -against- <br><br> BARCLAYS BANK PLC, *et al.*, <br>                              Defendants. | 14 Civ. 00867 (LGS) |

|  |  |  |
|---|---|---|
| CITY OF PHILADELPHIA,  :<br>              Plaintiff,  :<br>   :<br>       -against-  :<br>   :<br>BARCLAYS BANK PLC, *et al.*,  :<br>              Defendants.  :<br>   :<br>------------------------------------------------------------- X | | 14 Civ. 00876 (LGS) |

|  |  |  |
|---|---|---|
| FRESNO COUNTY EMPLOYEES RETIREMENT :<br>ASSOCIATION,  :<br>              Plaintiff,  :<br>   :<br>       -against-  :<br>   :<br>BARCLAYS BANK PLC, *et al.*,  :<br>              Defendants.  :<br>   :<br>------------------------------------------------------------- X | | 14 Civ. 00902 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 13, 2014, a conference was held before the Court to discuss consolidation of the above-captioned actions and appointment of interim lead counsel to the putative U.S. Plaintiffs class.

It is hereby ORDERED that the Clerk of the Court consolidate case 13-cv-7789 (as lead case) with cases 13-cv-9080, 13-cv-9125, 13-cv-9237, 14-cv-350, 14-cv-475, 14-cv-494, 14-cv-752, 14-cv-787, 14-cv-825, 14-cv-867, 14-cv-876 and 14-cv-902 (as member cases) for all purposes. Case 13-cv-7953 shall remain a separate action. All filings made after the issuance of this Order in connection with the consolidated action shall be entered in the docket of the remaining lowest-numbered case 13-cv-7789. After consolidation, the Clerk shall amend the caption of the case to be: "In re Foreign Exchange Benchmark Rates Antitrust Litigation." The

Clerk is further directed to close all higher-numbered cases referenced herein, except for case 13-cv-7953.

It is further **ORDERED** that, for the reasons stated at the conference, Scott + Scott, L.L.P. shall serve as interim lead counsel to the putative U.S. class.

It is further **ORDERED** that no later than **March 31, 2014**, interim lead counsel shall file a Consolidated Class Action Complaint.

It is further **ORDERED** that all deadlines for Defendants to answer or otherwise respond to the currently operative Complaints are cancelled; and all scheduling orders and case management plans in the above cases are **VACATED**.

It is further **ORDERED** that an initial pre-trial conference shall be held on **March 3, 2014**, at **11:30 a.m.**, where counsel shall be prepared to discuss schedules for motions and discovery, as well as any motion to stay discovery.  The parties should consider the Court's individual rules, including Rules III.A and III.C.2.  No later than 7 days prior to the conference, the parties shall submit a joint Proposed Civil Case Management Plan, a joint letter addressing the issues enumerated in the initial pretrial orders and any other issues they wish the Court to address at the March 3 conference.

SO ORDERED.

Dated: February 13, 2014
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE