UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                  :
                  :
                  :

IN RE: FOREIGN EXCHANGE BENCHMARK   :      13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION,       :

                  :     <u>SCHEDULING ORDER</u>
                  :
                  :
                  :
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 02/25/14

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a status conference is scheduled to be held before the Court on March 3,

2014.  It is hereby,

      **ORDERED** that any counsel that does not anticipate speaking at the conference may

participate by phone.  Counsel shall make arrangements to jointly call Chambers at (212) 805-

0288 once all parties are on the line.

Dated: February 25, 2014
      New York, New York

                           **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**