# OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP

ATTORNEYS AT LAW

WRITERS DIRECT DIAL NO.
(215) 665-3228

WRITER'S INTERNET ADDRESS
william.leonard@obermayer.com

February 26, 2014

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*

Dear Judge Schofield:

      My firm represents the City of Philadelphia in a number of cases, including the above referenced matter in which we are co-counsel with Quinn Emanuel Urquhart & Sullivan, LLP. I write pursuant to Your Honor's individual practice rule III.B.7. and Local Rule 6.3 respectfully to request oral argument on the City of Philadelphia's motion for reconsideration of the Court's February 19, 2014 Order appointing lead counsel.

      At oral argument, the City would like to address the Court regarding its significant interest in this matter – which we believe makes it the plaintiff with, by far, the largest economic interest – and the reasons why it chose Quinn Emanuel as its counsel in this case and why it believes the appointment of Quinn Emanuel as a co-lead interim class counsel is in the best interests of the class. On February 13, 2014, I attended the conference regarding the appointment of interim lead counsel in this matter. The Court noted, at the outset, that it was unaware whether the City of Philadelphia had filed a complaint in the case. Thus, the Court conducted the conference without the benefit of knowing the City's extensive work, diligence, and interest in the matter.

      My firm has been in discussions with the City's Law Department about this case since October 2013. In the months that followed, the City carefully evaluated the merits of the case, its potential damages, and vetted counsel, including Quinn Emanuel. Multiple firms approached the City about this case, and the City made clear that it would make a decision on its counsel only after it assessed the firms' performances during the claim analysis process. The City ultimately chose Quinn Emanuel based on its impressive and focused work throughout the process, which included in-person interviews of Quinn Emanuel attorneys,

4807151

| Philadelphia | West Conshohocken | Harrisburg | Pittsburgh | Altoona | Berwyn | Cherry Hill | Wilmington |
| Pennsylvania | Pennsylvania | Pennsylvania | Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

The Honorable Lorna G. Schofield
Page 2
February 26, 2014

including of Dan Brockett, Steig Olson, and Nick Landsman-Roos by two of highest ranking officials in the City's Law Department.

    On behalf of the City of Philadelphia, we respectfully request leave to appear, along with Quinn Emanuel, to present oral argument on this matter in connection with the March 3 status conference or at another date that is convenient for the Court

                              Respectfully submitted,

                              William J. Leonard

WJL/pac

4807151