UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re FOREIGN EXCHANGE BENCHMARK                            :
RATES ANTITRUST LITIGATION                                  :
                                                            :      13 Civ. 07789 (LGS)
                                                            :
                                                            :      ORDER
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on March 3, 2014, the Court held a case management conference in this action. For the reasons stated at the conference, it is hereby

   ORDERED that Plaintiff City of Philadelphia, Board of Pensions and Retirement's Motion for Reconsideration (Dkt. No. 115) and Motion for Leave to File Declaration (Dkt. No. 117) are DENIED;

   ORDERED that discovery in this action is STAYED pending the resolution of the anticipated motion to dismiss; and

   ORDERED that Scott+Scott's application for Hausfeld LLP to serve as its co-lead counsel is GRANTED.

   SO ORDERED.

Dated: March 4, 2014
       New York, New York

                                    /s/ Lorna G. Schofield
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE