October 16, 2014

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re:   *In re Foreign Exchange Benchmarks Antitrust Litigation*,
>         No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

We write in connection with the "status report letter" submitted by plaintiffs in this matter on October 15, 2014.  Defendants did not join plaintiffs' submission because no such "status report letter" had been requested by the Court and because, as plaintiffs concede, the parties are still in discussions on the issues about which the Court asked them to confer while the discovery is stayed, so a report at this point is premature.  (Defendants also invited plaintiffs to seek any urgent relief they may require under the Court's regular motions procedure—an invitation plaintiffs have declined in favor of a "status report letter" that does not seek any action from the Court.)  Accordingly, defendants believe only a brief response to plaintiffs' submission is warranted:

**1. Discussions with the Department of Justice:**  Plaintiffs' "status report" on this issue goes far beyond apprising the Court of the status of plaintiffs' discussions with the government concerning coordination of discovery, in a transparent attempt to influence the Court with factual assertions from a newspaper story outside the pleadings during the pendency of the motion to dismiss.  As defendants explained in their motion to dismiss, the fact of a government investigation is not sufficient to save an otherwise deficient complaint.

**2. Preservation Matters:**  In our discussions with plaintiffs on preservation matters, defendants have been guided by the Court's reference to the Seventh Circuit's pilot rules, which counsel against overbroad preservation requests.  Defendants are regulated entities with policies requiring document retention and the use of only firm-approved devices or applications for business communications—policies that are inconsistent with plaintiffs' unsupported and speculative claims about personal technology.  Nonetheless, as plaintiffs indicate, they are continuing to discuss these issues with defendants and it is therefore premature to raise them with the Court.

Unless the Court would prefer that we respond to the issues noted in plaintiffs' report in full at this time, defendants will continue to discuss with plaintiffs the topics the Court identified at the initial pretrial conference and will be prepared to address any remaining areas of disagreement, if necessary, following the ruling on the motions to dismiss.

Respectfully submitted,

SHEARMAN & STERLING LLP

By: /s/ Adam F. Hakki
Adam F. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jresetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.*

SULLIVAN & CROMWELL LLP

By: /s/ Yvonne S. Quinn
Yvonne S. Quinn
David H. Braff
Jeffrey T. Scott
Qian A. Gao
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
quinny@sullcrom.com
braffd@sullcrom.com
scottj@sullcrom.com
gaoq@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC
and Barclays Capital Inc.*

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Brian de Haan
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
brian.deHaan@allenovery.com

John Terzaken (*pro hac vice motion forthcoming*)
110 1 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendant BNP Paribas*

COVINGTON & BURLING LLP

By: /s/ Andrew A. Ruffino
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson (*pro hac vice motion forthcoming*)
Andrew D. Lazerow (*pro hac vice motion forthcoming*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facismile: (212) 269-5420
djanuszewski@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse Group AG*

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-6425
Facsimile: (212) 446-6460
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice forthcoming*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facismile: (202) 879-5200

*Attorneys for Defendant Deutsche Bank AG*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
Victor L. Hou
Elizabeth Vicens
Andrew Darcy
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facismile: (212) 225-3999
tmoloney@cgsh.com
vhou@cgsh.com
evicens@cgsh.com
adarcy@cgsh.com

*Attorneys for Defendants The Goldman Sachs
Group, Inc. and Goldman, Sachs & Co.*

LOCKE LORD LLP

By: /s/ Edwin R. DeYoung
Edwin R. DeYoung
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8614
Facsimile: (214) 740-8800
rcowie@lockelord.com

*Attorneys for Defendants HSBC Holdings plc
and HSBC Bank plc*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ Peter E. Greene
Peter E. Greene
Boris Bershteyn
Peter S. Julian
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Patrick Fitzgerald
155 N. Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0508
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan M. Moses
Jonathan M. Moses
Keia D. Cole
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
KDCole@wlrk.com

*Attorneys for Defendant Morgan Stanley*

DAVIS POLK & WARDWELL LLP

By: /s/ Arthur J. Burke
Arthur J. Burke
Greg D. Andres
Charles Shioleno
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
arthur.burke@davispolk.com
greg.andres@davispolk.com
charles.shioleno@davispolk.com

*Attorneys for Defendant The Royal Bank of
Scotland Group plc*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Joel S. Sanders
Joel S. Sanders
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-6268
Facsimile: (415) 374-8439
jsanders@gibsondunn.com

Joshua H. Soven
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8503
Facsimile: (202) 530-9518
jsoven@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS
Securities, LLC*