```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re FOREIGN EXCHANGE BENCHMARK                              :
RATES ANTITRUST LITIGATION                                    :
                                                              :
                                                              :   13 Civ. 7789 (LGS)
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
                                                              :
SIMMTECH CO., LTD.,                                           :
                                                              :
                              Plaintiff,                      :
                                                              :
              -against-                                       :   13 Civ. 7953 (LGS)
                                                              :
BARCLAYS BANK PLC, et al.,                                    :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
                                                              :
ODDVAR LARSEN,                                                :
                                                              :
                              Plaintiff,                      :
                                                              :
              -against-                                       :   14 Civ. 1364 (LGS)
                                                              :
BARCLAYS BANK PLC, et al.,                                    :   ORDER
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the parties in the above-captioned cases shall appear on **November 20, 2014**, at **2:00 p.m.** for oral argument on Defendants' motion to dismiss. The parties shall also be prepared to discuss how they wish to proceed in light of recent disclosures of settlement agreements and the release of chatroom transcripts.

SO ORDERED.

Dated: November 12, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**