UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Foreign Exchange Benchmark Rates Antitrust Litigation | No. 13 Civ. 7789 (LGS)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rigel C. Farr, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel for The City of Philadelphia, Board of Pensions and Retirement in the above-captioned action.

I am in good standing of the Bar of the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any State or Federal court.

I certify that I have consulted with defendants' counsel regarding this motion and they do not oppose the motion.

Respectfully submitted,

Dated: January 5, 2015

*/s/ Rigel C. Farr*
Rigel C. Farr
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
Philadelphia, PA  19103-1895
(215) 665-3226 (phone)
(215) 665-3165 (fax)
rigel.farr@obermayer.com

4878277

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Foreign Exchange Benchmark Rates Antitrust Litigation | No. 13 Civ. 7789 (LGS)<br><br>[PROPOSED ORDER] FOR ADMISSION *PRO HAC VICE* |

The motion of Rigel C. Farr for admission to practice Pro Hac Vice to appear as co-counsel for The City of Philadelphia, Board of Pensions and Retirement in the above-captioned action is granted.

Ms. Farr has declared that she is a member in good standing of the bar of the Commonwealth of Pennsylvania, and her contact information is as follows:

>Rigel C. Farr
>Obermayer Rebmann Maxwell & Hippel LLP
>One Penn Center, 19th Floor
>Philadelphia, PA  19103-1895
>(215) 665-3226 (phone)
>(215) 665-3165 (fax)
>rigel.farr@obermayer.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as co-counsel for The City of Philadelphia, Board of Pensions and Retirement in the above-captioned action;

IT IS HEREBY ORDERED that Ms. Farr is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. Ms. Farr will be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____

                                            Honorable Lorna G. Schofield
                                            United States District Judge

4878277



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Rigel Caitlin Farr, Esq.*

DATE OF ADMISSION

*November 1, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 5, 2014

Elizabeth E. Zisk
Chief Clerk