

**CHRISTOPHER M. BURKE**

Writer's Direct Dial Number
(619) 798-5300

Writer's Direct Email Address
cburke@scott-scott.com

January 27, 2015

<u>**Via ECF**</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (LGS)

Dear Judge Schofield:

Plaintiffs write pursuant to Rules III.B.1 and III.B.3 of your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request leave to file in support of Plaintiffs' Motion for Preliminary Approval of Settlement: (1) a memorandum of law not to exceed 30 pages; and (2) certain exhibits in excess of 15 pages.

The memorandum of law details the first settlement in this litigation.  Plaintiffs believe the additional pages will present the Court and putative class members with the information necessary to evaluate the settlement and the relief requested.

In their motion, Plaintiffs request the Court to appoint settlement class counsel, an escrow agent, a claims administrator, and a settlement administrator.  Résumés listing the qualifications of these parties are over 15 pages.  Plaintiffs believe submission of full résumés as exhibits will inform the Court and putative class members of these parties' qualifications.

Finally, the Settlement Agreement and its attachments will be submitted as an exhibit, and these documents exceed 15 pages.

Accordingly, Plaintiffs request permission to file an over-length brief of 30 pages and the above-described exhibits exceeding 15 pages.

January 27, 2015
Page 2

                                          Respectfully submitted,
                                          SCOTT+SCOTT, ATTORNEYS AT LAW, LLP


                                          s/ Christopher M. Burke
                                          Christopher M. Burke

cc: All counsel of record