UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re FOREIGN EXCHANGE BENCHMARK          13 **CIVIL** 7789 (LGS)
RATES ANTITRUST LITIGATION

------------------------------------------------------------X
SIMMTECH CO., LTD.,
          Plaintiff,                       13 **CIVIL** 7953 (LGS)

    -against-

BARCLAYS BANK PLC, et al.,
          Defendants.
------------------------------------------------------------X
ODDVAR LARSEN,
          Plaintiff,                       14 **CIVIL** 1364 (LGS)

    -against-                                 **JUDGMENT**

BARCLAYS BANK PLC, et al.,
          Defendants.
------------------------------------------------------------X

      Whereas the three cases before the Court allege long-running conspiracy among the world's largest banks to manipulate the benchmark rates in one of the world's largest markets, the foreign exchange ("FX") market; the primary action (13 Civ. 7789) is on behalf of U.S.-based Plaintiffs, who, in a Consolidated Amended Class Action Complaint (the "U.S. Complaint"), allege that the twelve defendant banks violated Sections 1 and 3 of the Sherman Act (the "Consolidated Action"); the two remaining actions involve Plaintiffs who are not in the United States (the "Foreign Plaintiffs" and the "Foreign Actions"); Plaintiff Simmtech Co., Ltd., filed a Complaint (the "Simmtech Complaint") (13 Civ. 7953) on behalf of those who traded foreign currency in South Korea with seven of the Defendants; Plaintiff Oddvar Larson's Amended Complaint (the "Larson Complaint") (14 Civ. 1364) alleges similar claims on behalf those who traded foreign currency with

Case 1:13-cv-07953-LGS   Document 104   Filed 01/30/15   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2015

the Defendants in Norway (collectively, the Foreign Complaints"); Defendants having moved to dismiss all three actions, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on January 28, 2015, having rendered its Opinion and Order denying Defendants' motion to dismiss as to the Consolidated Action and granting as to the Foreign Actions, dismissing the Foreign Actions with prejudice, and directing to Clerk to close the following cases: 13 Civ. 7953 and 14 Civ. 1364, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2015, Defendants' motion to dismiss is denied as to the Consolidated Action and granted as to the Foreign Actions; the Foreign Actions are dismissed with prejudice; accordingly, the following cases: 13 Civ. 7953 and 14 Civ. 1364 are closed.

**Dated:** New York, New York
January 30, 2015

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk