

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

*26 Federal Plaza*                      *212/335-8013*
*Room 3630*
*New York, New York 10278-0004*     *FAX 212/335-8023*

February 11, 2015

VIA EMAIL

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 2/13/2015

       Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS)

Dear Judge Schofield:

       The United States Department of Justice, through the Antitrust Division and the Fraud Section of the Criminal Division, writes pursuant to Rule I.C.3 of Your Honor's Individual Rules and Procedures for Civil Cases, to request that its upcoming filing regarding discovery in the above-captioned matter, in response to the Court's Order of January 29, 2015, be made under seal. The Department of Justice anticipates submitting, on February 13, 2015, a letter explaining its position on discovery in this civil matter, and an *ex parte* affidavit detailing the extent and progress of its criminal investigation into the foreign exchange markets. Because both documents relate to an ongoing, confidential criminal investigation, the Department of Justice submits that sealing is necessary.

       The Department of Justice is writing the Court now, in advance of its filing, to facilitate acceptance by the Clerk of the Court of sealed documents on February 13, 2015. Should the Court prefer, however, to make its sealing decision with the documents in hand, the Department of Justice can make its submission to the Court on February 13, 2015 and request again at that time that the documents be sealed.

       The Department of Justice is available to discuss this issue with the Court or provide any additional information requested.

Hon. Lorna G. Schofield
*In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS)
February 11, 2015

        Respectfully submitted,

        JEFFREY D. MARTINO
        Chief, New York Office
        Antitrust Division

By:   /s/ Benjamin Sirota
        Benjamin Sirota, Trial Attorney
        Carrie A. Syme, Trial Attorney
        Antitrust Division, New York Office
        26 Federal Plaza
        New York, NY  10278
        (212) 335-8056
        Benjamin.Sirota@usdoj.gov


        WILLIAM STELLMACH
        Acting Chief, Fraud Section
        Criminal Division

By:   /s/ Gary A. Winters
        Gary A. Winters, Trial Attorney
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1400 New York Avenue NW
        Washington, DC  20530
        (202) 598-2382
        Gary.Winters@usdoj.gov

Application GRANTED.  The Department of Justice is granted leave to file its anticipated submission under seal.  It shall also submit an unredacted version of its filing via email to Schofield_NYSDChambers@nysd.uscourts.gov.

This Order will be sent to the Department of Justice via email.

Dated: February 13, 2015
      New York, New York

                      LORNA G. SCHOFIELD
                      UNITED STATES DISTRICT JUDGE