

**CHRISTOPHER M. BURKE**

**Writer's Direct Dial Number**
(619) 798-5300

**Writer's Direct Email Address**
cburke@scott-scott.com

February 16, 2015

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court,
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
             Case No. 1:13-cv-07789-LGS (S.D.N.Y.**)**

Dear Judge Schofield:

      Pursuant to the Court's February 6, 2015 Order (ECF No. 252), Plaintiffs write to provide the Court with a status report on the Plan of Distribution of the JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPM") Net Settlement Fund.

      JPM and Plaintiffs (together, the "Parties") agreed, subject to the Court's approval, to appoint Kenneth R. Feinberg as the Settlement Administrator. In this role, Mr. Feinberg will advise the Parties on the development of the Plan of Distribution. Mr. Feinberg has extensive experience with the distribution of complex, multi-party settlements.

      The Parties have been diligently working to develop the Plan of Distribution. The first step in this process is to analyze JPM's voluminous transactional data. Plaintiffs are in the process of determining the available data fields, examining sample transactional data sets, and integrating data sets into a single platform. In the next two weeks, Plaintiffs anticipate beginning the transfer of the necessary data from JPM.

      In addition to the complexity of integrating very large data sets, other factors, as set forth in Plaintiffs' *ex parte* letter to the Court on the status of settlement discussions, will potentially impact the constitution of the Plan of Distribution. Accordingly, Plaintiffs respectfully propose

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP • 707 Broadway, Suite 1000, San Diego, CA 92101 • Tel: 619-233-4565
CALIFORNIA • CONNECTICUT • NEW YORK • OHIO     www.scott-scott.com • Fax: 619-233-0508

that they provide the Court with a further update on the Plan of Distribution on or before March 20, 2015, or at another date convenient to the Court.

Very truly yours,

| HAUSFELD LLP | SCOTT+SCOTT, ATTORNEYS AT LAW LLP |
|---|---|
| */s/*Michael D. Hausfeld<br>Michael D. Hausfeld<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: 202-540-7143<br>mhausfeld@hausfeldllp.com | */s/*Christopher M. Burke<br>Christopher M. Burke<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>cburke@scott-scott.com<br><br>*Interim Co-Lead Class Counsel* |

cc: All counsel of record