

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

*26 Federal Plaza*                        *212/335-8000*
*Room 3630*
*New York, New York 10278-0004*          *FAX 212/335-8023*

February 13, 2015

VIA EMAIL
FOR ECF FILING

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__2/17/15__

     Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No.
               13-cv-7789 (LGS)

Dear Judge Schofield:

     The United States Department of Justice, through the Antitrust Division and the
Fraud Section of the Criminal Division ("the Department"), respectfully requests a
limited stay of discovery in the above-captioned matter for a period of six months, with
the expectation that we will evaluate a further stay request at that time.  The Department
makes this request for the reasons stated in its letter to the Court dated February 13, 2015,
and the accompanying *ex parte* affidavit, both filed under seal as they relate to an
ongoing, confidential grand jury investigation.

               Respectfully submitted,


               JEFFREY D. MARTINO
               Chief, New York Office
               Antitrust Division

     By:    /s/ Benjamin Sirota
               Benjamin Sirota, Trial Attorney
               Carrie A. Syme, Trial Attorney
               Antitrust Division, New York Office
               26 Federal Plaza
               New York, NY  10278
               (212) 335-8056
               Benjamin.Sirota@usdoj.gov

Hon. Lorna G. Schofield
*In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS)
February 13, 2015

WILLIAM J. STELLMACH
Acting Chief, Fraud Section
Criminal Division

By:     /s/ Gary A. Winters
        Gary A. Winters, Trial Attorney
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1400 New York Avenue NW
        Washington, DC  20530
        (202) 598-2382
        Gary.Winters@usdoj.gov

cc: All counsel (via email)

Any party may respond to the application made in this letter by letter filed
on ECF no later than February 20, 2015.

SO ORDERED.

Dated: February 17, 2015
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE