| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __3/12/15__ |
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No.13 Civ. 7789 (LGS) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER**

WHEREAS, on March 31, 2014, Plaintiffs in the above-captioned action filed a consolidated amended class action complaint (the "Complaint");

WHEREAS, on February 3, 2015, the Court ordered that the deadline for Defendants to serve and file their answers to the Complaint (the "Answers") was extended until March 16, 2015;

WHEREAS, Plaintiffs have subsequently advised that they may seek the Court's leave to amend the Complaint;

WHEREAS, Defendants take no position at this time as to whether they would consent to any proposed amendment of the Complaint;

WHEREAS, Defendants expressly reserve the right to object to any proposed amendment of the Complaint;

WHEREAS, the parties agree that, in the interest of efficiency, Defendants' time to answer the Complaint in this action should be extended by three months;

IT IS HEREBY STIPULATED AND AGREED, and respectfully submitted for the Court's approval, as follows:

1. The deadline for Defendants to serve and file their answers to the Complaint in this action shall be extended until June 16, 2015, or 45 days after Plaintiffs file an amended complaint (in which case Defendants shall respond to such amended complaint), whichever is later.

IT IS SO STIPULATED.

Dated: March 11, 2015

Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

By: _____
Christopher M. Burke
Walter W. Noss
Kristen M. Anderson
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com

David R. Scott (Ds-8053)
Joseph P. Guglielmo (Jg-2447)
Donald A. Broggi (Db-9661)
Sylvia Sokol
Thomas K. Boardman
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
david.scott@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
ssokol@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Counsel*
*Attorneys for Plaintiffs*

2

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Reena Armillay Gambhir
Timothy S. Kearns
Nathaniel C. Giddings
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7143
Facsimile: (202) 540-7201
mhausfeld@hausfeldllp.com
wbutterfield@hausfeldllp.com
rgambhir@hausfeldllp.com
tkearns@hausfeldllp.com
ngiddings@hausfeldllp.com

HAUSFELD LLP
Michael Lehman
Christopher Lebsock
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1949
Facsimile: (415) 693-0770
mlehman@hausfeldllp.com
clebsock@hausfeldllp.com

*Interim Co-Lead Counsel*
*Attorneys for Plaintiffs*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

SULLIVAN & CROMWELL LLP

By: _____
Yvonne S. Quinn
David H. Braff
Jeffrey T. Scott
Qian A. Gao
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
quinny@sullcrom.com
braffd@sullcrom.com
scottj@sullcrom.com
gaoq@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

SULLIVAN & CROMWELL LLP

By: _____
Yvonne S. Quinn
David H. Braff
Jeffrey T. Scott
Qian A. Gao
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
quinny@sullcrom.com
braffd@sullcrom.com
scottj@sullcrom.com
gaoq@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

ALLEN & OVERY LLP

By: /s/ David Esseks  D.D.
David C. Esseks
Brian de Haan
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
brian.deHaan@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas and BNP Paribas North America, Inc.*

COVINGTON & BURLING LLP

By: _____
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.  20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

5

ALLEN & OVERY LLP

By: _____
David C. Esseks
Brian de Haan
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
brian.deHaan@allenovery.com

John Terzaken
1101 New York Avenue
Washington, D.C. 20005
Telephone: (202) 683-3800
john.terzaken@allenovery.com

*Attorneys for Defendants BNP Paribas and BNP Paribas North America, Inc.*


COVINGTON & BURLING LLP

By: *[signature: Andrew A. Ruffino]*
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
One CityCenter
850 Tenth Street,  N.W.
Washington, D.C.  20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

5

CAHILL GORDON & REINDEL LLP

By: _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse Group AG*

KIRKLAND & ELLIS LLP

By: _____
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York  10022
Telephone : (212) 446-4800
Facsimile : (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone : (202) 879-5000
Facsimile : (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG*

CAHILL GORDON & REINDEL LLP

By: _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse Group AG*

KIRKLAND & ELLIS LLP

By: /s/ Robert Khuzami
Robert Khuzami
Joseph Serino, Jr., P.C.
Eric F. Leon, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
robert.khuzami@kirkland.com
joseph.serino@kirkland.com
eric.leon@kirkland.com

G. Patrick Montgomery (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
patrick.montgomery@kirkland.com

*Attorneys for Defendant Deutsche Bank AG*

6

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney /SSG
Thomas J. Moloney
Victor L. Hou
Elizabeth Vicens
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
vhou@cgsh.com
evicens@cgsh.com

George S. Cary
Leah Brannon
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

LOCKE LORD LLP

By: ___*Gregory T. Casamento*___
Edwin R. DeYoung
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Ave., Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8614
Facsimile: (214) 740-8800

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings Inc., and HSBC Bank USA, N.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Peter E. Greene
Boris Bershteyn
Peter S. Julian
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Patrick Fitzgerald
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0508
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

8

LOCKE LORD LLP

By: _____
Edwin R. DeYoung
Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Telephone: (212) 812-8325
Facsimile: (212) 812-8385
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Ave., Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8614
Facsimile: (214) 740-8800

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings Inc., and HSBC Bank USA, N.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *Boris Bershteyn* (signed)
Peter E. Greene
Boris Bershteyn
Peter S. Julian
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Patrick Fitzgerald
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0508
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Keia D. Cole
Jonathan M. Moses
Keia D. Cole
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
JMMoses@wlrk.com
KDCole@wlrk.com

*Attorneys for Defendant Morgan Stanley*

DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Arthur J. Burke
Greg D. Andres
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-4800
joel.cohen@davispolk.com
arthur.burke@davispolk.com
greg.andres@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities, Inc.*

9

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Jonathan M. Moses
Keia D. Cole
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMMoses@wlrk.com
KDCole@wlrk.com

*Attorneys for Defendant Morgan Stanley*


DAVIS POLK & WARDWELL LLP

By: _____
Joel M. Cohen
Arthur J. Burke
Greg D. Andres
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com
arthur.burke@davispolk.com
greg.andres@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc and RBS Securities, Inc.*

9


GIBSON, DUNN & CRUTCHER LLP

By: /s/ Joel S. Sanders
Joel S. Sanders
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-6268
Facsimile (415) 374-8439
jsanders@gibsondunn.com

Joshua H. Soven
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8503
Facsimile: (202) 530-9518
jsoven@gibsondunn.com
mkatsur@gibsondunn.com
*Attorneys for Defendants UBS AG and UBS Securities, LLC*

IT IS SO ORDERED this <u>12th</u> day of March, 2015.

New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**