April 28, 2015

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

  Re: *In re Foreign Exchange Benchmarks Antitrust Litigation*, 13 Civ. 7789 (LGS) ("Consolidated Action"); *Taylor, et al.* v. *Bank of America Corporation, et al.*, 15 Civ. 1350 (LGS) ("*Taylor*"); *Sterk, et al.* v. *Bank of America Corporation, et al.*, 15 Civ. 2705 (LGS) ("*Sterk*")

Dear Judge Schofield:

  On behalf of the undersigned defendants, we respectfully file this letter to request clarification of Your Honor's orders issued on April 20, 2015 in each of the above-referenced matters ("April 20 Orders") and on April 17, 2014 in the *Sterk* action ("April 17 Order").

  The April 20 Orders, among other things, set aside the previously set briefing schedule in the *Taylor* action, scheduled the next conference for all of the cases on June 18, 2015, and extended defendants' time to respond to the *Taylor* and *Sterk* complaints to the same day. The April 20 Orders also instructed plaintiffs in the Consolidated Action to file a letter on ECF no later than June 12 regarding the relationship among and potential consolidation of all of the cases, and provided defendants the opportunity to file a letter by that same date addressing issues raised in previously filed letters by the *Taylor* and *Sterk* plaintiffs and potential consolidation. In addition, the April 20 Orders listed possible topics of discussion for the June 18 conference, including (1) consolidation of the actions for limited or all purposes, (2) the need and schedule for appointment of lead counsel for the *Taylor* and *Sterk* actions, and (3) the schedule for defendants' response to those actions.

  Defendants' deadline for responding to the *Taylor* and *Sterk* complaints is thus now set for June 18, the same day on which the court will address potential consolidation and the schedule for that response. Defendants would like to confirm that it is the Court's intention that no response will be due to those complaints on June 18 and that a schedule for any response will be set at the June 18 conference.

  Defendants also request that the time to answer the Consolidated Amended Complaint in the Consolidated Action be vacated. By Order dated March 12, 2015, the Court set the deadline for defendants to serve and file their answers as June 16, 2015, "or 45 days after Plaintiffs file an amended complaint (in which case Defendants shall respond to such amended complaint), whichever is later." A subsequent Minute Order, dated April 21, 2015, confirmed the June 16, 2015 deadline for defendants to answer the Consolidated Amended Complaint, but did not address the possibility of an amended complaint. We have conferred with plaintiffs' counsel in the Consolidated Action who have advised:  In light of plaintiffs' filing an amended

complaint in early June, plaintiffs have no opposition to defendants' request to vacate their answer obligation. Thus, we request that the time for defendants to either answer the current complaint in the Consolidated Action or respond to an amended complaint be vacated and set at the June 18 conference as well.

The April 17 Order scheduled an initial pretrial conference in the *Sterk* action for June 3, 2015 and set a deadline for plaintiffs and defendants to prepare a joint Proposed Civil Case Management Plan and Scheduling Order. Given the April 20 Orders, defendants respectfully request clarification regarding whether the June 3 conference is adjourned and the related deadline vacated.

\*     \*     \*

The foregoing letter is respectfully submitted on behalf of the undersigned defendants:

| SHEARMAN & STERLING LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Adam S. Hakki | By: /s/ Yvonne S. Quinn |
| Adam S. Hakki | Yvonne S. Quinn |
| Richard F. Schwed | David H. Braff |
| Jeffrey J. Resetarits | Jeffrey T. Scott |
| 599 Lexington Avenue | Kathleen S. McArthur |
| New York, New York 10022 | 125 Broad Street |
| Telephone: (212) 848-4000 | New York, New York 10004 |
| ahakki@shearman.com | Telephone: (212) 558-4000 |
| rschwed@shearman.com | quinny@sullcrom.com |
| jeffrey.resetarits@shearman.com | braffd@sullcrom.com |
| | scottj@sullcrom.com |
| *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* | mcarthurk@sullcrom.com |
| | *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* |

| ALLEN & OVERY LLP | COVINGTON & BURLING LLP |
|---|---|
| By: /s/ David C. Esseks <br> David C. Esseks <br> Laura R. Hall <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 610-6300 <br> david.esseks@allenovery.com <br> laura.hall@allenovery.com <br><br> John Terzaken <br> 1101 New York Avenue <br> Washington, D.C. 20005 <br> Telephone: (202) 683-3800 <br> john.terzaken@allenovery.com <br><br> *Attorneys for Defendants BNP Paribas Group and BNP Paribas North America, Inc.* | By: /s/ Andrew A. Ruffino <br> Andrew A. Ruffino <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, New York 10018 <br> Telephone: (212) 841-1000 <br> aruffino@cov.com <br><br> Alan M. Wiseman <br> Thomas A. Isaacson <br> Andrew D. Lazerow <br> One CityCenter <br> 850 Tenth Street, N.W. <br> Washington, D.C. 20001 <br> Telephone: (202) 662-6000 <br> awiseman@cov.com <br> tisaacson@cov.com <br> alazerow@cov.com <br><br> *Attorneys for Defendants Citibank, N.A. and Citigroup Inc.* |

| CAHILL GORDON & REINDEL LLP | KIRKLAND & ELLIS LLP |
|---|---|
| By: /s/ David G. Januszewski<br>David G. Januszewski<br>Herbert S. Washer<br>Elai Katz<br>Jason M. Hall<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br><br>*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* | By: /s/ Joseph Serino, Jr.<br>Robert Khuzami<br>Joseph Serino, Jr., P.C.<br>Eric F. Leon, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone : (212) 446-4800<br>Facsimile : (212) 446-4900<br>robert.khuzami@kirkland.com<br>joseph.serino@kirkland.com<br>eric.leon@kirkland.com<br><br>G. Patrick Montgomery (*pro hac vice*)<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>patrick.montgomery@kirkland.com<br><br>*Attorneys for Defendant Deutsche Bank AG* |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>Victor L. Hou<br>Elizabeth Vicens<br>One Liberty Plaza<br>New York, New York  10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>tmoloney@cgsh.com<br>vhou@cgsh.com<br>evicens@cgsh.com<br><br>George S. Cary<br>Leah Brannon<br>2000 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 974-1500<br>Facsimile:  (202) 974-1999<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* | LOCKE LORD LLP<br><br>By: /s/ Roger B. Cowie<br>Edwin R. DeYoung<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>Facsimile: (212) 812-8385<br>edeyoung@lockelord.com<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Ave., Suite 2200<br>Dallas, TX  75201<br>Telephone:  (214) 740-8614<br>Facsimile:  (214) 740-8800<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 443-0472<br>jmgoodin@lockelord.com<br><br>*Attorneys for Defendants HSBC Holdings plc,  HSBC Bank plc, HSBC North America Holdings Inc., and HSBC Bank USA, N.A.* |

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ Peter E. Greene<br>Peter E. Greene<br>Boris Bershteyn<br>Peter S. Julian<br>Four Times Square<br>New York, NY  10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br>peter.julian@skadden.com<br><br>Patrick Fitzgerald<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL  60606<br>Telephone:  (312) 407-0508<br>Facsimile:  (312) 407-0411<br>patrick.fitzgerald@skadden.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | WACHTELL, LIPTON, ROSEN & KATZ<br><br>By: /s/ Jonathan M. Moses<br>Jonathan M. Moses<br>Keia D. Cole<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 403-1000<br>Facsimile:  (212) 403-2000<br>JMMoses@wlrk.com<br>KDCole@wlrk.com<br><br>*Attorneys for Defendant Morgan Stanley and Morgan Stanley & Co. LLC* |

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Joel M. Cohen<br>Joel M. Cohen<br>Arthur J. Burke<br>Greg D. Andres<br>450 Lexington Avenue<br>New York, New York  10017<br>Telephone:  (212) 450-4000<br>Facsimile:   (212) 450-4800<br>joel.cohen@davispolk.com<br>arthur.burke@davispolk.com<br>greg.andres@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities, Inc.* | By: /s/ Joel S. Sanders<br>Joel S. Sanders<br>555 Mission Street<br>San Francisco, California 94105<br>Telephone: (415) 393-6268<br>Facsimile (415) 374-8439<br>jsanders@gibsondunn.com<br><br>Joshua H. Soven<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8503<br>Facsimile: (202) 530-9518<br>jsoven@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities, LLC* |