# NUSSBAUM LAW GROUP, P.C.

**570 Lexington Avenue, 19th Floor**
**New York, New York 10022**
**Telephone:  (212) 702-7053 / Fax:  (212) 681-0300**

Linda P. Nussbaum
Direct Dial:  (212) 702-7054
Mobile:  (914) 874-7152
Email: lnussbaum@nussbaumpc.com

June 18, 2015

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:  *Sterk et al. v. Bank of America Corp., et al.*, Case No. 15-cv-2705-LGS

Dear Judge Schofield:

In accordance with the Court's June 16, 2015 request, we write in response to the June 12, 2015 letters from interim lead counsel in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, Case No. 1:13-cv-07789-LGS.  We represent plaintiffs in the above-referenced proceeding brought on behalf of investors that traded FX futures and options ("*Sterk*").

In light of the new developments and information set forth in the June 12, 2015 letters filed by Messrs. Hausfeld and Burke, we believe that the *Sterk* case can be appropriately consolidated with the *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* Case No. 1:13-cv-07789-LGS case, and that the consolidated cases can proceed under the leadership of the Interim Class Counsel.

Respectfully submitted,

NUSSBAUM LAW GROUP, P.C.

  /s/ *Linda P. Nussbaum*
Linda P. Nussbaum