```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re FOREIGN EXCHANGE BENCHMARK              :
RATES ANTITRUST LITIGATION                    :
                                                              :
                                                              :    13 Civ. 7789 (LGS)
                                                              :
                                                              :           ORDER
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/11/15__

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 30, 2015, Lead Plaintiffs filed a for preliminary approval of a settlement with JPMorganChase & Co. and JPMorgan Chase Bank, N.A. (the "JPMorgan settlement");

WHEREAS, Lead Plaintiffs have since publicly disclosed settlements with some other Defendants and have stated in their filings that they have reached additional as yet undisclosed settlement agreements; it is hereby

**ORDERED** that, at the conference scheduled for August 13, 2015, Lead Plaintiffs shall be prepared to address whether they are prepared to move forward with preliminary approval of the JPMorgan settlement at present, and if not, whether they intend to withdraw the motion or consent to its being denied without prejudice to renewal.

SO ORDERED.

Dated: August 11, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE