```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re FOREIGN EXCHANGE BENCHMARK               :
RATES ANTITRUST LITIGATION                           :
                                                              :
                                                              :       13 Civ. 7789 (LGS)
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
                                                              :
NEIL TAYLOR, et al.,                                    :
                              Plaintiffs,              :
                                                              :
              -against-                                   :       15 Civ. 1350 (LGS)
                                                              :
BANK OF AMERICA CORPORATION, et al.,  :
                              Defendants.             :
------------------------------------------------------------- X
                                                              :
JEFFREY STERK, et al.,                                 :
                              Plaintiffs,              :
                                                              :
              -against-                                   :       15 Civ. 2705 (LGS)
                                                              :
BANK OF AMERICA CORPORATION, et al.,  :
                              Defendants.             :
------------------------------------------------------------- X
                                                              :
NASSER BAKIZADA,                                    :
                              Plaintiff,               :
                                                              :
              -against-                                   :       15 Civ. 4230 (LGS)
                                                              :
BANK OF AMERICA CORPORATION, et al.,  :
                              Defendants.             :
------------------------------------------------------------- X
ROBERT L. TEEL,                                         :
                              Plaintiff,               :
                                                              :
              -against-                                   :       15 Civ. 4436 (LGS)
                                                              :
BANK OF AMERICA CORPORATION, et al.,  :
                              Defendants.             :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/15
```

```
------------------------------------------------------------ X
                                                             :
ROBERT CHARLES CLASS A, L.P.,                                :
                              Plaintiff,                     :
                                                             :        15 Civ. 4926 (LGS)
                 -against-                                   :            ORDER
                                                             :
BANK OF AMERICA CORPORATION, et al.,                         :
                              Defendants.                    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties in each of the above-captioned cases appeared for a conference on August 13, 2015, and as further discussed on the record, it is hereby

**ORDERED** that Lead Plaintiffs' motion in 13 Civ. 7789 for preliminary approval of the settlement with the JPMorgan Defendants is DISMISSED as withdrawn.  It is further

**ORDERED** that Lead Plaintiffs' motion in 13 Civ. 7789 to consolidate all the above-captioned actions for all purposes and appoint Scott + Scott as Interim Co-Lead Counsel of the exchange-traded class is GRANTED on consent of all parties.  13 Civ. 7789 shall serve as the lead case.

The Clerk of Court is directed to close the motions at Dkt. Nos. 245 and 347 in 13 Civ. 7789.

SO ORDERED.

Dated: August 13, 2015
       New York, New York

_____
         LORNA G. SCHOFIELD
      UNITED STATES DISTRICT JUDGE

2