

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/15
```

August 21, 2015

**<u>VIA ECF</u>**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Hausfeld LLP is also appointed as Interim Co-Lead Counsel of the exchange-traded class along with Scott + Scott.
Dated: August 21, 2015
        New York, New York

*L*ORNA G. S*CHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
      Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

    Plaintiffs in the above-captioned action write to seek clarification of the Court's Order entered August 13, 2015 (ECF No. 412).  That order granted Plaintiffs' motion in 13-cv-7789 (ECF No. 347) (the "Motion") and, in so doing, "appoint[ed] Scott + Scott as Interim Co-Lead Counsel of the exchange-traded class."  (ECF No. 412.)

    The Motion sought appointment of both Scott+Scott and Hausfeld LLP as Interim Co-Lead Counsel on behalf of the Exchange Class.  Plaintiffs write to seek clarification from the Court that Hausfeld LLP has also been appointed as Interim Co-Lead Counsel on behalf of the Exchange Class, consistent with the Motion.

Very truly yours,

*/s/ Christopher M. Burke*          */s/ Michael D. Hausfeld*
SCOTT+SCOTT,                          HAUSFELD LLP
ATTORNEYS AT LAW, LLP            Michael D. Hausfeld
Christopher M. Burke                  1700 K Street, NW, Suite 650
707 Broadway, Suite 1000           Washington, DC 20006
San Diego, CA 92101                   Telephone: 202-540-7143
Telephone: 619-233-4565             mhausfeld@hausfeld.com
cburke@scott-scott.com

*Interim Co-Lead Counsel*

cc:   All counsel of record via ECF