

September 11, 2015

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
            Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

    We write in response to the Court's September 3, 2015 Order (ECF No. 453) concerning the continuing need for redactions in the Second Consolidated Amended Class Action Complaint ("SAC"). The parties to the consolidated action have conferred with each other and the United States Department of Justice. Plaintiffs are authorized to file this letter on behalf of all Defendants and the DOJ.

    As set forth in the attached chart (Exhibit 1), the DOJ has requested that certain allegations in paragraphs 129, 136, 137, 145-48, 150-70, 199, 211-12, 215-17, 224-229, 234, 236-38, 250-51, and 385-88 of the SAC remain redacted. The DOJ's reason for requesting these redactions is to the extent that the DOJ interviews relevant individuals as part of its ongoing investigation into various practices within the foreign exchange markets, it would prefer to limit access by such individuals to documents that they did not write, receive, or have access to at the time. Accordingly, the DOJ requests continuing redactions related to the text of chats, but takes no position on removing the redactions for timestamps or the identity of the trader bank.

    The parties to the consolidated action do not object to the DOJ's request to continue the redactions identified in Exhibit 1.

    Where the DOJ states that it takes no position as to a redaction, for example, paragraph 128, the parties have agreed that those redactions are no longer necessary and will be removed.

                Very truly yours,

| HAUSFELD LLP | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
|---|---|
| */s/* Michael D. Hausfeld | */s/* Christopher M. Burke |
| Michael D. Hausfeld | Christopher M. Burke |
| 1700 K Street, NW, Suite 650 | 707 Broadway, Suite 1000 |
| Washington, DC 20006 | San Diego, CA 92101 |
| Telephone: 202-540-7143 | Telephone: 619-233-4565 |
| mhausfeld@hausfeldllp.com | cburke@scott-scott.com |

*Interim Co-Lead Class Counsel*

# EXHIBIT 1

# EXHIBIT 1

(Redaction Chart for Second Amended Consolidated Class Action Complaint)

| Paragraph | DOJ Position |
|---|---|
| ¶128 | No position. |
| ¶129 | Redact both lines of chat text. |
| ¶132 | No position. |
| ¶133 | No position. |
| ¶134 | No position. |
| ¶136 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶137 | Redact sentence. |
| Footnote 58 | No position. |
| ¶145 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶146 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| Footnote 60 | No position. |
| ¶147 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶148 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶149 | No position. |
| ¶150 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| Footnote 61 | Redact. |
| ¶151 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶152 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶153 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| Footnote 62 | Redact. |
| ¶154 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶155 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶156 | No position on first three currently redacted sentences.  Redact remainder of paragraph. |
| ¶157 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶158 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶159 | No position on first two and fourth currently redacted sentences.  Redact third sentence and remainder of paragraph. |
| ¶160 | No position on first currently redacted sentence.  Redact remainder of paragraph. |

# EXHIBIT 1

(Redaction Chart for Second Amended Consolidated Class Action Complaint)

| Paragraph | DOJ Position |
|---|---|
| ¶161 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶162 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶163 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶164 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶165 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶169 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶170 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶198 | No position. |
| ¶199 | Redact line of chat. |
| ¶210 | No position. |
| ¶211 | Redact paragraph. |
| ¶212 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶215 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶216 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶217 | Redact second sentence and remainder of paragraph. |
| ¶224 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶225 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶226 | Redact second and third sentences and remainder of paragraph. |
| ¶227 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶228 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶229 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶234 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶236 | No position on first currently redacted sentence.  Redact remainder of paragraph. |
| ¶237 | Redact paragraph. |
| ¶238 | Redact paragraph. |
| ¶250 | No position on first currently redacted sentence.  Redact remainder of |

# EXHIBIT 1

(Redaction Chart for Second Amended Consolidated Class Action Complaint)

| Paragraph | DOJ Position |
|---|---|
| | paragraph. |
| ¶251 | No position on first two currently redacted sentences.  Redact remainder of paragraph. |
| ¶284 | No position. |
| ¶385 | Redact chat text. |
| ¶386 | No position on date redaction.  Redact chat text. |
| ¶387 | Redact chat text. |
| ¶388 | Redact chat text. |
| Appendix 1, page 1 | No position. |
| Appendix 1, page 3 | No position. |
| Appendix 1, page 4 | No position. |
| Appendix 1, page 6 | No position. |
| Appendix 1, page 7 | No position. |
| Appendix 1, page 8 | No position. |
| Appendix 1, page 9 | No position. |