```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/06/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re FOREIGN EXCHANGE BENCHMARK          :
RATES ANTITRUST LITIGATION                          :
                                                              :
                                                              :   13 Civ. 7789 (LGS)
                                                              :
                                                              :                ORDER
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 17, 2015, at Docket No. 413, an Order was issued requesting that the parties submit a joint letter on ECF and a proposed order in Word format to the Chambers email about how they wish to proceed with discovery; and

    WHEREAS, on August 31, 2015, at Docket No. 438, the parties filed a letter stating their intention to meet on September 21, 2015, to discuss discovery issues and submit a joint letter shortly after that meeting; it is hereby

    **ORDERED** that by October 13, 2015, the parties shall submit a joint status letter on ECF which includes a report of the September 21, 2015, meeting.


Dated: October 6, 2015
       New York, New York

_____
         LORNA G. SCHOFIELD
         UNITED STATES DISTRICT JUDGE