UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
In re FOREIGN EXCHANGE BENCHMARK :
RATES ANTITRUST LITIGATION : 13 Civ. 7789 (LGS)
:
------------------------------------------------------------ X
:
DORIS SUE ALLEN, et al., :
                          Plaintiffs, :
:
           -against- : 15 Civ. 4285 (LGS)
:
BANK OF AMERICA CORPORATION, et al., :
                         Defendants. :
------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/28/2015

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 22, 2015, at Docket No. 479, Class Plaintiffs filed a motion for preliminary approval of the proposed settlements and related motions ("Preliminary Approval Motion"); it is hereby

      **ORDERED** that on December 3, 2015 at 11:30 a.m., a hearing will be held in Courtroom 318 at 40 Foley Square, New York, NY, to consider the Preliminary Approval Motion. It is further

      **ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than November 13, 2015. It is further

      **ORDERED** that the parties to these actions who are not parties to the proposed settlements are invited to file preliminary objections and comments to the Preliminary Approval Motion to assist the Court in evaluating the motions before any sending of notice, which objections and comments shall be without prejudice to any later submission, shall not exceed 15 double-spaced pages per filing, and shall be filed on ECF no later than November 13, 2015.

Dated: October 22, 2015
       New York, New York

                                           LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**