UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re FOREIGN EXCHANGE BENCHMARK      ::
RATES ANTITRUST LITIGATION            :        13 Civ. 7789 (LGS)
                                                              :
                                                              X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 30, 2015, Class Counsel emailed a confidential and ex parte letter to Chambers; it is hereby

    **ORDERED** that the parties: (1) file a copy of the letter under seal; and (2) email a copy of the letter with proposed redactions to Chambers in accordance with Individual Rule I.C.3. in anticipation of filing on ECF.

Dated: November 2, 2015
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**