UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:   Oral Argument Requested
:
IN RE FOREIGN EXCHANGE BENCHMARK RATES    :   No. 1:13-cv-07789-LGS
ANTITRUST LITIGATION                                              :
:
:
:
------------------------------------------------------------------------ X

## NOTICE OF NEW FOREIGN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that upon the accompanying (i) Memorandum of Law in Support of New Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, (ii) Declaration of Dominick R. Sabella in Support of The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, dated November 20, 2015, (iii) Declaration of Dominique Bourrinet in Support of Société Générale's Motion to Dismiss for Lack of Personal Jurisdiction, dated November 23, 2015, and (iv) Declaration of Andrew Willans in Support of Standard Chartered PLC's Motion to Dismiss for Lack of Personal Jurisdiction, dated November 23, 2015, New Foreign Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., Société Générale, and Standard Chartered PLC will move this Court, before the Honorable Lorna G. Schofield, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order dismissing the Second Consolidated Amended Class Action Complaint in the above-referenced action with prejudice, in accordance with Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
November 23, 2015

Respectfully Submitted,

/s/ Andrew C. Finch
Andrew C. Finch
Kenneth A. Gallo
Michael E. Gertzman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
afinch@paulweiss.com
kgallo@paulweiss.com
mgertzman@paulweiss.com
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

/s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant Standard Chartered PLC*

/s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Patrick C. Ashby
LINKLATERS LLP
1345 Avenue of the Americas, 19th Floor
New York, New York 10105
james.warnot@linklaters.com
patrick.ashby@linklaters.com
Telephone: (212) 903-9000
Fax: (212) 839-5599

*Attorneys for Defendant Société Générale*