

December 31, 2015

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Civil Action No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      We write on behalf of Class Plaintiffs in the above-captioned action (the "Consolidated FX Action") in response to the Court's December 9, 2015, December 14, 2015, and December 16, 2015 Orders in *Nypl v. JP Morgan Chase & Co.*, No. 15-cv-9300-LGS and *Chan Ah Wah v. HSBC North America Holdings Inc.*, No. 15-cv-08974-LGS. These Orders directed the parties to confer on consolidation of these cases with the Consolidated FX Action. Lead Counsel have conferred with counsel for all parties in the *Nypl* and *Chan Ah Wah* actions regarding consolidation. At this time, Class Plaintiffs oppose consolidation of *Nypl* and *Chan Ah Wah* with the Consolidated FX Action. Class Plaintiffs respectfully submit that the Court would benefit from briefing on the issue.

                                      Respectfully submitted,

| SCOTT+SCOTT, ATTORNEYS AT LAW, LLP | HAUSFELD LLP |
|---|---|
| /s/Christopher M. Burke | /s/Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 707 Broadway, Suite 1000 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |
| *Co-Lead Counsel for Class Plaintiffs* | *Co-Lead Counsel for Class Plaintiffs* |

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP • 707 Broadway, Suite 1000, San Diego, CA 92101 • Tel: 619-233-4565
CALIFORNIA • CONNECTICUT • NEW YORK • OHIO • LONDON     www.scott-scott.com • Fax: 619-233-0508