

**CHRISTOPHER M. BURKE**

Writer's Direct Dial Number
(619) 798-5300

Writer's Direct Email Address
cburke@scott-scott.com

January 22, 2016

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    Stipulation and [Proposed] Order of Confidentiality in
*In re Foreign Exchange Benchmark Rates Antitrust Litigation*,
Civil Action No. 1:13-cv-07789-LGS, and
*Allen v. Bank of America Corp.*,
Civil Action No. 15 Civ. 4285 (LGS)

Dear Judge Schofield:

    I write to advise the Court that all Parties in the above-captioned matters have agreed to a Stipulation and [Proposed] Order of Confidentiality, dated January 15, 2016. In accordance with Rule 18.3 of the Electronic Case Filing Rules and Instructions, a copy of the fully executed Stipulation is attached hereto and has also been emailed to the Orders and Judgments Clerk. The Parties respectfully request that the Court "so order" the Stipulation. For the convenience of the Court, I note that a signature line for the Court is on page 26 of the Stipulation.

                Respectfully submitted,

                SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                <u>/s/Christopher M. Burke</u>
                Christopher M. Burke
                707 Broadway, Suite 1000
                San Diego, CA 92101
                Telephone: 619-233-4565
                cburke@scott-scott.com

                *Co-Lead Counsel for Class Plaintiffs*

CMB:tat
Attachment