

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX<br><br>astern@sidley.com<br>(212) 839 5397 | BEIJING<br>BOSTON<br>BRUSSELS<br>CENTURY CITY<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C.<br><br>FOUNDED 1866 |

February 2, 2016

**By ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*,
              Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

      We represent Defendant Standard Chartered plc ("SCPLC") in the above-referenced action. We write on behalf of SCPLC, The Bank of Tokyo-Mitsubishi UFJ, Ltd., and Société Générale (collectively, the "New Foreign Defendants") with respect to the New Foreign Defendants' motion to dismiss the Second Consolidated Amended Class Action Complaint for lack of personal jurisdiction (the "PJX MTD").

      Pursuant to the Court's endorsement of the New Foreign Defendants' requested extension to the PJX MTD briefing schedule (ECF No. 526), the New Foreign Defendants filed their reply memorandum of law in further support of the PJX MTD today, via ECF. In accordance with Rule III.B(6) of Your Honor's Individual Rules of Practice in Civil Cases, the New Foreign Defendants respectfully request oral argument on the PJX MTD.

      We are available at the Court's convenience should Your Honor have any questions.

                                          Respectfully submitted,

                                          /s/ Andrew W. Stern
                                          Andrew W. Stern
                                          Alan M. Unger
                                          Nicholas P. Crowell
                                          SIDLEY AUSTIN LLP
                                          787 Seventh Avenue

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



February 2, 2016
Page 2

        New York, New York 10019
        astern@sidley.com
        aunger@sidley.com
        ncrowell@sidley.com
        Telephone:  (212) 839-5300
        Fax:  (212) 839-5599

*Attorneys for Defendant Standard Chartered PLC*