# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

E-MAIL: bbortnick@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK*
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

*RESIDENT IN PALO ALTO

COUNSEL
READ K. MCCAFFREY*
HON. MELVIN L. SCHWEITZER

SHERRY M. SHORE
MATTHEW J. MCDONALD
ROBERT L. ADLER
LAKEISHA M.A. CATON
ERIN E. LYNCH
KRISTA E. BOLLES
ATOOSA N. ESMAILI
ASA F. SMITH*

*ADMITTED IN THE
DISTRICT OF COLUMBIA,
MARYLAND & MASSACHUSETTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/18/2016

April 14, 2016

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
      No. 13 Civ. 7789 (LGS)

Dear Judge Schofield:

Pursuant to Rule III(B)(6) of the Court's Individual Practices, I write, on behalf of Class Members Eduardo Negrete and Gervasio Negrete (the "Negretes"), to request the opportunity to be heard regarding the Negretes' Objection to Class Action Settlement with Citigroup Inc., Citibank, NA., Citicorp, and Citigroup Global Markets, Inc., at the Court conference currently scheduled for May 19, 2016, or at the Court's convenience.

Respectfully submitted,

Blaine H. Bortnick

cc:   Counsel of Record

Application GRANTED.  The objection of Eduardo Negrete and Gervasio Negrete will be heard at the May 19, 2016, conference.  Any response to the written objection filed on April 14, 2016, shall be filed by May 9, 2016.

Dated:  April 18, 2016
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**