# EXHIBIT 2

> **Must be Postmarked or Electronically Submitted No Later Than <u>MONTH XX, 2017</u>**

**In re Foreign Exchange**
**Benchmark Rates Antitrust Litigation**
**c/o GCG**
**P.O. Box 10239**
**Dublin, OH  43017-5739**
**1-888-582-2289**

Claim Number:  _____      Control Number:  _____

## <u>PROOF OF CLAIM AND RELEASE</u>

If you entered into an FX Instrument[1] or FX Exchange-Traded Instrument[2] between January 1, 2003 and December 15, 2015, you may be eligible to receive a payment as a member of the Settlement Classes in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789-LGS (S.D.N.Y.).

To receive a payment as an eligible member of one of the Settlement Classes, you must complete and submit this Proof of Claim and Release (the "Claim Form").  The Claim Form must be postmarked or electronically submitted no later than <u>MONTH XX, 2017</u>.  Submission of this Claim Form does not assure that you will share in the proceeds of the Settlements.  Separate Claim Forms should be submitted for each separate legal entity.

**<u>TABLE OF CONTENTS</u>**                                                                    **<u>PAGE NO.</u>**

**SECTION A  –   CLAIMANT IDENTIFICATION**.............................................................. .2
**SECTION B  –   GENERAL INFORMATION** ............................................................... 3-4
**SECTION C  –   INSTRUCTIONS FOR FILING A CLAIM & CLAIMANT OPTIONS**....................................... .4-8
**SECTION D  –   DOCUMENTATION REQUIREMENTS FOR CLAIMANTS WHO ELECT OPTION 2 AND CLAIMANTS WHO TRANSACTED IN FX EXCHANGE-TRADED INSTRUMENTS** ............................................. 9
**SECTION E  –   SUPPLEMENTAL DOCUMENTATION REQUIREMENTS FOR CLAIMANTS WHO TRANSACTED IN FX EXCHANGE-TRADED INSTRUMENTS**................................10
**SECTION F   –   CERTIFICATION**.................................................................11
**SECTION G  –   SIGNATURES**.................................................................. .................12
**SECTION H  –   CHECKLIST**.................................................................13

---

[1]         "FX Instrument" means FX spot transactions, forwards, swaps, futures, options, and any other FX instrument or FX transaction the trading or settlement value of which is related in any way to FX rates.

[2]         "FX Exchange-Traded Instruments" means any and all FX Instruments that were listed for trading through an exchange, including, but not limited to, FX futures and options on FX futures.

1

## SECTION A – CLAIMANT IDENTIFICATION

The Claims Administrator will use this information for all communications relevant to this Claim Form (including the address for mailing the settlement payment check, if eligible for payment).  If this information changes, please notify the Claims Administrator in writing at the address above.  If you are a trustee, executor, administrator, custodian, or other nominee and are completing and signing this Claim Form on behalf of the Claimant, you must attach documentation showing your authority to act on behalf of the Claimant.

### Section 1 – Claimant Information

**Claimant Name:**

**Street Address:**

**City:**

**Last 4 Digits Claimant Tax ID:**[3]

**State:**       **Zip Code:**       **Country (if Other than United States):**

### Section 2 – Authorized Representative Information

**Name of the Person You Would Like the Claims Administrator to Contact Regarding this Claim** (if different from the Claimant Name listed above)**:**

**Daytime Telephone Number:**       **Evening Telephone Number:**

**Cell Phone Number:**

**Email Address** (Email address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim)**:**

---

[3]    Please enter the appropriate tax identification number for the Claimant.  For most U.S. Claimants, this is the last four digits of your social security number ("SSN"), your employer identification number ("EIN"), or your taxpayer identification number ("TIN"). For non-U.S. Claimants, enter a comparable government-issued national identification number.

## SECTION B – GENERAL INFORMATION ABOUT THE SETTLEMENTS

1. It is important that you read the Notice of Class Action Settlements ("Notice") that accompanies this Claim Form. The Notice and the Plan of Distribution summarized in the Notice describe: (i) the proposed Settlement Agreements that, if granted final approval by the Court, will resolve the class action lawsuit entitled *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07759-LGS (S.D.N.Y.), reached with Settling Defendants: Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Bank of America"); Barclays Bank PLC and Barclays Capital Inc. ("Barclays"); BNP Paribas Group, BNP Paribas North America Inc., BNP Paribas Securities Corp., and BNP Prime Brokerage, Inc. ("BNP Paribas"); Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. ("Citigroup"); The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. ("Goldman Sachs"); HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc. ("HSBC"); JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"); The Royal Bank of Scotland Group PLC, The Royal Bank of Scotland PLC, and RBS Securities Inc. ("RBS"); and UBS AG, UBS Group AG, and UBS Securities LLC ("UBS") (collectively, the "Settling Defendants"); (ii) how Class Members are affected by the Settlement Agreements; and (iii) the manner in which the Net Settlement Fund will be distributed, if the Court grants final approval of the Settlement Agreements and the Plan of Distribution. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read the Notice, including the terms of the release described therein and provided for herein. Settling Defendants have settled the claims brought in this Action alleging that Settling Defendants, along with Non-Settling Defendants (The Bank of Tokyo Mitsubishi UFJ Ltd. ("BTMU"); Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC ("Credit Suisse"); Deutsche Bank AG and Deutsche Bank Securities Inc. ("Deutsche Bank"); Morgan Stanley, Morgan Stanley & Co., LLC and Morgan Stanley & Co., International plc ("Morgan Stanley"); RBC Capital Markets LLC ("RBC"); Société Générale S.A. ("Société Générale"); and Standard Chartered Bank ("Standard Chartered") (collectively, the "Non-Settling Defendants")), conspired to manipulate and fix prices in the FX market in violation of Sections 1 and 3 of the Sherman Antitrust Act, 15 U.S.C. §§1, 3, and in violation of the Commodity Exchange Act, 7 U.S.C. §§1, *et seq.* Settling Defendants and Non-Settling Defendants deny that the allegations made against them in the Action have merit.

2. In total, Settling Defendants have agreed to pay $2,008,075,000 into a Settlement Fund and $1,000,000 into a Notice and Administration Fund. The Action is continuing against the Non-Settling Defendants. It is important to note that you may be a Class Member if, between January 1, 2003 and December 15, 2015, you transacted any FX Instruments with a Non-Settling Defendant or transacted in eligible FX Exchange-Traded Instruments.

3. The Court preliminarily certified two Settlement Classes in this Action:

   The **Direct Settlement Class** consists of all Persons who, between January 1, 2003 and December 15, 2015, entered into an FX Instrument directly with a Defendant, a direct or indirect parent, subsidiary, or division of a Defendant, a Released Party, or co-conspirator where such Persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted FX Instruments in the United States or its territories.

   The **Exchange-Only Settlement Class** consists of all Persons who, between January 1, 2003 and December 15, 2015, entered into an FX Exchange-Traded Instrument where such Persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, entered into an FX Exchange-Traded Instrument on a U.S. exchange. Excluded from the Exchange-Only Settlement Class are those Persons who meet the criteria to be a member of the Direct Settlement Class.

The terms "Released Party," "FX Instrument," and "FX Exchange-Traded Instrument" are defined in each Settlement Agreement, all of which are available at www.FXAntitrustSettlement.com (the "Settlement Website").

4.  Excluded from the Settlement Classes are: (i) the named Defendants in the Complaint and their co-conspirators; (ii) the executive officers and directors of each Defendant or co-conspirator; (iii) any entity in which any Defendant or co-conspirator has, or had, a controlling interest; (iv) members of any Defendant's or co-conspirator's immediate families; and (v) the legal representatives, heirs, successors, or assigns of any such excluded party.   Also excluded from the Settlement Classes are any persons or entities who exclude themselves by filing a timely request for exclusion in accordance with the requirements set forth in the Notice.

| SECTION C – INSTRUCTIONS FOR FILING A CLAIM & CLAIMANT OPTIONS |
|---|

****If you choose to submit a claim, you are consenting to the disclosure of, and waiving any protections provided by applicable bank secrecy or data privacy law or any similar confidentiality protections with respect to, information relating to your trades in FX Instruments and FX Exchange-Traded Instruments from January 1, 2003 through December 15, 2015, inclusive, for use in the claims administration process and in further proceedings in the Action against Non-Settling Defendants.  Such information will be treated as "Highly Confidential" under the Stipulation and Order of Confidentiality entered by the Court in this Action on January 25, 2016.****

1.  To be eligible to receive a distribution from the Net Settlement Fund, you must, by no later than <u>MONTH XX, 2017</u>, electronically submit your completed Claim Form to eClaim@gardencitygroup.com or mail your completed Claim Form  addressed as follows:

| Via U.S. Mail | Via Overnight Courier |
|---|---|
| *In re Foreign Exchange Benchmark Rates Antitrust Settlement*<br>c/o GCG<br>P.O. Box 10239<br>Dublin, OH 43017-5739 | *In re Foreign Exchange Benchmark Rates Antitrust Settlement*<br>c/o GCG<br>5151 Blazer Parkway, Suite A<br>Dublin, OH 43017-9306 |

**Claimant Payment Options:** Check either Option 1 or Option 2 below.

☐ **Option 1:  Estimated Claim Option (available only to members of the Direct Settlement Class)**

I elect Option 1, an amount determined by the Claims Administrator's review of the transaction data submitted by Settling Defendants.

If you choose Option 1, please note the following:

- You will receive a payment amount determined by the Claim's Administrator's review of the transaction data submitted by Settling Defendants.
- If your transactions are available in data submitted by Settling Defendants, you will <u>not</u> be required to submit any records of your transactions in FX Instruments to the Claims Administrator.
- After your claim has been processed, the Claims Administrator will provide you with a notice containing information about your claim. At that time, you must either accept the Claims Administrator's estimates without modification or proceed with your claim under Option 2 (Documented Claim Option).  You may <u>not</u> supplement the estimate with your records.  If you decide to proceed with your claim under Option 2 (Documented Claim Option), you will be required to submit the documentation required for Option 2 within 30 days of the date of the notice.
- If you wish to receive compensation for transactions in FX Exchange-Traded Instruments, you must submit:  (1) records of such transactions, as requested in Section D of the Claim Form, using the electronic data template, which is available on the Settlement Website (<u>www.FXAntitrustSettlement.com</u>); (2) documentation of your transactions, as requested in Section D of the Claim Form; and (3) the supplemental documentation requested in Section E of the Claim Form.  Such transaction volumes will be added to the Claims Administrator's estimates noted above.
- Claimants who transacted with Non-Settling Defendants <u>only</u> must file their claim under Option 2 (Documented Claim Option).
- The deadline to submit your Claim Form is <u>MONTH XX, 2017</u>.

☐ **Option 2:  Documented Claim Option (available to members of the Direct Settlement Class and members of the Exchange-Only Settlement Class)**

I elect Option 2 and will electronically submit to eClaim@gardencitygroup.com data and documentation evidencing my historical trades in the required trading categories, as requested in Section D of the Claim Form and, if applicable, Section E of the Claim Form.

If you choose Option 2, please note the following:

- You must provide:  (1) records of your transactions, as requested in Section D of the Claim Form, using the electronic data template, which is available on the Settlement Website (www.FXAntitrustSettlement.com); (2) documentation of your transactions, as requested in Section D of the Claim Form; and (3) if you transacted in FX Exchange-Traded Instruments, the supplemental documentation requested in Section E of the Claim Form.
- No electronic files will be considered to have been submitted until the Claims Administrator issues a confirmation after processing your submission.  If you do not receive a confirmation within 30 days of your submission, you should contact the Claims Administrator toll-free at 1-888-582-2289 or eClaim@gardencitygroup.com to inquire about your file and confirm it was received and acceptable.
- The deadline to submit your claim, including your data and documentation evidencing your historical trades in the required trading categories, is <u>MONTH XX, 2017</u>.

2.  All Settlement Class Members will be bound by the terms of the Final Judgments and Orders of Dismissal entered in the Action in connection with the Settlement Agreements, whether or not a Claim Form is submitted, unless a valid Request for Exclusion is received by <u>MONTH XX, 2017</u>.

3.  Submission of this Claim Form does not guarantee that you will receive a payment from the Net Settlement Fund.   Distribution of the Net Settlement Fund will be governed by the [Proposed] Plan of Distribution, if it is approved by the Court, or by such other plan of distribution as the Court approves.

4.  Separate Claim Forms should be submitted for each separate legal entity. Conversely, a single Claim Form should be submitted on behalf of one legal entity.  Claimants selecting Option 2 (Documented Claim Option) must include all transactions made by the legal entity making the claim, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple accounts should include all transactions made in all accounts on one Claim Form).

5.  Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them and they must:

    A.  Expressly state the capacity in which they are acting (supporting documentation required);

    B.  Identify the name; account number; last four digits of the SSN, EIN, or TIN (for non-U.S. Claimants, enter a comparable government-issued national identification number); address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the transactions; and

    C.  Furnish evidence of their authority to bind the person or entity on whose behalf they are acting. (Authority to complete and  sign a Claim Form cannot be established by brokers demonstrating only that they have discretionary authority to trade in another person's accounts.)

6.  By submitting a signed Claim Form, you will be certifying that you either:

    Entered into an FX Instrument directly with a Defendant, a direct or indirect parent, subsidiary, or division of a Defendant, a Released Party, or co-conspirator where such Persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted FX Instruments in the United States or its territories during the period between January 1, 2003 and December 15, 2015.  (You are a member of the Direct Settlement Class);

    OR

    Entered into FX Exchange-Traded Instruments where you were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, entered into FX Exchange-Traded Instruments on a U.S. exchange between January 1, 2003 and December 15, 2015, AND are not a member of the Direct Settlement Class.   (You are a member of the Exchange-Only Settlement Class.)

7.  By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

8.  If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, GCG, at the above address or by toll-free phone at 1-888-582-2289.

**SECTION D – DOCUMENTATION REQUIREMENTS FOR CLAIMANTS WHO ELECT OPTION 2 AND/OR CLAIMANTS WHO TRANSACTED IN FX EXCHANGE-TRADED INSTRUMENTS (ELECTING OPTION 1 OR OPTION 2)**

Claimants choosing Option 1 (Estimated Claim Option) **ARE NOT REQUIRED** to submit data or documentation evidencing the Claimant's transactions in the required trading categories.  If you Choose Option 1 and you wish to receive compensation for transactions in FX Exchange-Traded Instruments, however, you <u>must</u> electronically submit to eClaim@gardencitygroup.com this transaction data and supporting documentation evidencing your transactions in FX Exchange-Traded Instruments, as requested in Sections D and E of the Claim Form.

Claimants choosing Option 2 (Documented Claim Option) and/or Claimants who are claiming transactions in FX Exchange-Traded Instruments <u>must</u> electronically submit their transaction data to eClaim@gardencitygroup.com using the electronic data template, which is available on the Settlement Website (<u>www.FXAntitrustSettlement.com</u>).  Data must be electronically submitted in the form of the template.

In addition, Claimants are required to submit documentation of the transaction data submitted via the electronic data template described above.  Documentation should be from one or more of the following sources:

1. Bank confirmations by individual trade;
2. Bank transaction reports or statements;
3. Trading venue transaction reports or statements;
4. Prime broker reports or statements;
5. Custodian reports or statements;
6. Photocopies of daily or monthly account statements; or
7. Other documents evidencing transactions in FX Instruments and/or FX Exchange-Traded Instruments.

**DO NOT SUBMIT *ORIGINAL* DOCUMENTATION OR RECORDS.  THE CLAIMS ADMINISTRATOR IS UNABLE TO RETURN THESE DOCUMENTS TO YOU.**

**SECTION E – SUPPLEMENTAL DOCUMENTATION REQUIREMENTS FOR CLAIMANTS WHO TRANSACTED IN FX EXCHANGE-TRADED INSTRUMENTS**

If, during the period from January 1, 2003 through December 15, 2015, inclusive, you transacted in FX Exchange-Traded Instruments (regardless of whether you are within the Direct Settlement Class or the Exchange-Only Settlement Class), please provide the following information.

1. **LIST OF ALL FUTURES COMMISSION MERCHANTS**

   List all futures commission merchant ("FCMs") at which you maintained accounts in which you traded or held FX Exchange-Traded Instruments during the period from January 1, 2003 through December 15, 2015.

   _____
   _____
   _____
   _____

2. **LIST OF ACCOUNT NAMES AND ACCOUNT NUMBERS**

   Please provide a list of all account names <u>and</u> account numbers for each FCM you listed in response to 1 above in which you traded or held FX Exchange-Traded Instruments during the period from January 1, 2003 through December 15, 2015.

   _____
   _____
   _____
   _____

**\*\*\*\*I consent to the release of any and all documents reflecting my transactions or holdings in FX Exchange-Traded Instruments from January 1, 2003 through December 15, 2015, inclusive, that may be obtained from third parties, including, but not limited to, my brokerage firm(s), my FCM(s), the Chicago Mercantile Exchange ("CME"), and Intercontinental Exchange Inc. ("ICE") for use in the claims administration process and in further proceedings in the Action against Non-Settling Defendants.  By executing this Claim Form, I hereby permit the Claims Administrator and Class Counsel to: (i) request from third parties, including, but not limited to, my brokerage firm(s), my FCM(s), the Chicago Mercantile Exchange ("CME"), and Intercontinental Exchange Inc. ("ICE"), relevant information about my account and trades in order to compute any payment that may be due to me from the Net Settlement Fund; and (ii) unmask, for any accounts that I owned or controlled, my account information in trade data maintained by CME or ICE Futures relative to my transactions and holdings in FX Exchange-Traded Instruments from January 1, 2003 through December 15, 2015, inclusive.  Such information will be treated as "Highly Confidential" under the Stipulation and Order of Confidentiality entered by the Court in this Action on January 25, 2016.\*\*\*\***

## SECTION F – CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s), or the person(s) who represents the Claimant(s), certifies as follows:

1.  I (we) have read the Notice, [Proposed] Plan of Distribution, and Claim Form, including the releases provided for in the Settlement Agreement;

2.  Claimant(s) is (are) a member(s) of one of the Settlement Classes, as defined in the Notice, and is (are) not one of the individuals or entities excluded from the Settlement Classes (as set forth in the Notice);

3.  Claimant(s) has (have) not submitted a Request for Exclusion;

4.  Claimant(s) made the transactions, as represented herein (and, for Option 2 (Documented Claim Option) and FX Exchange-Traded Instruments, submitted electronically to the Claims Administrator via the electronic data template) and has (have) not assigned the claims against the Released Parties to another, or that, in signing and submitting Claim Form, the Claimant(s) has (have) the authority to act on behalf of the owner(s) thereof;

5.  Claimant(s) has (have) not submitted any other claim covering the same transactions and knows of no other person having done so on his/her/its/their behalf;

6.  Claimant(s) submits (submit) to the jurisdiction of the Court with respect to his/her/its/their claim and for purposes of enforcing the releases set forth herein;

7.  I (we) agree to furnish such additional information, with respect to this Claim Form, as the Claims Administrator or the Court may require;

8.  I (we) acknowledge that the Claimant(s) will be bound by, and subject to, the terms of any Final Judgments and Orders of Dismissal that may be entered in the Action; and

9.  Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because: (i) the Claimant(s) is (are) exempt from backup withholding; (ii) the Claimant(s) has (have) not been notified by the IRS that he/she/it/they is (are) subject to backup withholding, as a result of a failure to report all interest or dividends; or (iii) the IRS has notified the Claimant(s) that he/she/it/they is (are) no longer subject to backup withholding. If the IRS has notified the Claimant(s) that he/she/it/they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the Claimant(s) is (are) not subject to backup withholding in the certification above.

## SECTION G – SIGNATURE

**PLEASE READ THE RELEASE AND CERTIFICATION AND SIGN BELOW.**

I (we) hereby acknowledge that, as of the Effective Date of the Settlements, pursuant to the terms set forth in the Settlement Agreements, I (we) shall be deemed to have, and by operation of law and the Final Judgments and Orders of Dismissal shall have fully, finally, and forever waived, released, relinquished, and discharged all Released Claims (as defined in the Settlement Agreements), and shall forever be enjoined from prosecuting any or all of the Released Claims against any of the Released Parties (as defined in the Settlement Agreements).

By submitting a Claim Form under the Settlements, I (we) consent to the disclosure of, and waive any protections provided by applicable bank secrecy, data privacy law, or any similar confidentiality protections with respect to, information relating to my (our) trades in FX Instruments and FX Exchange-Traded Instruments from January 1, 2003 through December 15, 2015, inclusive, for use in the claims administration process and in further proceedings in the Action against Non-Settling Defendants.  If applicable, I (we) further consent to the release of any and all documents reflecting my transactions or holdings in FX Exchange-Traded Instruments from January 1, 2003 through December 15, 2015, inclusive, that may be obtained from third parties, including, but not limited to, my brokerage firm(s), my FCM(s), the Chicago Mercantile Exchange ("CME"), and Intercontinental Exchange Inc. ("ICE") for use in the claims administration process and in further proceedings in the Action against Non-Settling Defendants.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS FORM IS TRUE, CORRECT, AND COMPLETE AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of Claimant

_____          _____
Print Name of Claimant                                                                  Date

_____
Signature of Authorized Representative
Completing Form (if any)

_____          _____
Print Name of Authorized Representative
Completing Form (if any)                                                          Date

_____
Capacity of Authorized Representative, if other than an individual,
*e.g.*, trustee, executor, administrator, custodian or other nominee, etc.

THIS CLAIM FORM MUST BE POSTMARKED OR ELECTRONICALLY SUBMITTED
**NO LATER THAN <u>MONTH XX, 2017</u>**.

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted if mailed by <u>MONTH XX, 2017</u>, if a postmark is indicated on the envelope, it is mailed First Class, and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.  You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please notify the Claims Administrator of any change of address.

**SECTION H** – **CHECKLIST REGARDING PROOF OF CLAIM FORM**

1.  Select Option 1 (Estimated Claim Option) or Option 2 (Documented Claim Option).

2.  Sign the release and certification on the enclosed Claim Form. If this Claim Form is being made on behalf of joint Claimants, then both must sign.

3.  Remember to submit copies of acceptable supporting documentation if you are filing a claim Option 2 (Documented Claim Option) and/or a claim for transactions in FX Exchange-Traded Instruments.

4.  Do not send original documentation.  These items cannot be returned to you by the Claims Administrator.

5.  Keep copies of the completed Claim Form and submitted documentation for your own records.

6.  The Claims Administrator will acknowledge receipt of your Claim Form within 30 days.  Your claim is not deemed filed until you receive such acknowledgment.  If you do not receive an acknowledgement within 30 days, please contact the Claims Administrator using the contact information provided in this Claim Form.

7.  If your address changes in the future, or if the Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address.  If you change your name, please inform the Claims Administrator.

8.  If you have any questions or concerns regarding your claim, please contact the Claims Administrator using the contact information provided in this Claim Form or visit the Settlement Website (www.FXAntitrustSettlement.com).