```
UNITED STATES DISTRICT COURT          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK         DOCUMENT
------------------------------------X ELECTRONICALLY FILED
                                    : DOC #:
                                    : DATE FILED: 10/11/16
IN RE FOREIGN EXCHANGE              :
ANTITRUST LITIGATION                :   13 Civ. 7789 (LGS)
                                    :
                                    :          ORDER
                                    :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 5, 2016, a hearing was held in this matter regarding Plaintiffs' motion for approval of the form and manner of notice of settlements and for an order preliminarily approving the plan of distribution; it is hereby

**ORDERED** that, as soon as possible and no later than November 2, 2016, Plaintiffs shall submit the following:

- A revised form of notice and summary form of notice reflecting the Court's comments;

- A revised claim form reflecting the Court's comments;

- A revised plan of distribution which adds the ability of parties who elect the Documented Claim Option to change their election to the Estimated Claim Option;

- A written explanation of the estimated percentage recovery that the settlement would provide to the class, under one or more scenarios, identifying assumptions made;

- Slides similar to those presented in court or other simplified presentation of the Plan of Distribution to be included on the settlement website in substantially the form submitted to the Court;

- Screen shots or a link to an internet site for the proposed on-line claims process;

- Screen shots or a link to the settlement website;

- A revised schedule of settlement events reflecting the dates selected by the Court;

- A revised form of order approving the form and manner of notice and the plan of distribution, reflecting the dates indicated by the Court at the hearing;

- A proposed order with "whereas" clauses, approved by all the parties, regarding Plaintiffs' request to modify the claims administrator's role (Dkt. No. 647);

- A further written explanation of the calculation of the Eligible Participation Amounts as discussed at the hearing; and

- Additional details regarding past and estimated future expenses supporting payments and the request for additional authorization of the settlement administrator and claims administrator (Dkt. No. 670), as well as a proposed order granting such relief.

All proposed orders requested herein shall be filed as exhibits to other submissions, and a courtesy copy shall be emailed to Chambers in Word format. All revisions of documents previously submitted shall be submitted in both "redline" and "clean" versions. All documents shall be conformed to reflect changes in any other documents, except that dates in the proposed forms of notice may remain as placeholders.

Dated: October 11, 2016
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE