UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :
                                               :
IN RE FOREIGN EXCHANGE           :
ANTITRUST LITIGATION                :      13 Civ. 7789 (LGS)
                                               :
                                               :          <u>ORDER</u>
                                               :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2017

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on July 28, 2017, Class Plaintiffs filed a motion for preliminary approval of several new proposed settlements ("Preliminary Approval Motion"); it is hereby

        **ORDERED** that a hearing will be held to consider Class Plaintiffs' Preliminary Approval Motion on September 5, 2017, at 10:50 A.M.  It is further

        **ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than August 22, 2017.

Dated:  August 7, 2017
            New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**