

September 5, 2017

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

   Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
     Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

  Pursuant to the Court's request, attached to this letter as Exhibits 1 and 2, respectively, are (1) a redline comparing the order preliminarily approving the original nine settlements (ECF No. 536) to the proposed order preliminarily approving the five new settlements (ECF No. 820-1) (Exhibit 1); and (2) a redline comparing the order approving the notice and plan of distribution with respect to the original nine settlements (ECF No. 700) to the proposed superseding order approving the notice and plan of distribution with respect to both the original nine settlements and the five new settlements (ECF No. 824-1) (Exhibit 2).

           Respectfully submitted,

| | |
|---|---|
| SCOTT+SCOTT, ATTORNEYS AT LAW, LLP | HAUSFELD LLP |
| | |
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 707 Broadway, Suite 1000 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7143 |
| cburke@scott-scott.com | mhausfeld@hausfeldllp.com |

           *Class Counsel*

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP • 707 Broadway, Suite 1000, San Diego, CA 92101 • Tel: 619-233-4565

CALIFORNIA • CONNECTICUT • NEW YORK • OHIO • LONDON www.scott-scott.com • Fax: 619-233-0508