```
H9t6havc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

In re:  FOREIGN EXCHANGE                 13 Civ. 7789(LGS)
        BENCHMARK RATES
        ANTITRUST LITIGATION
------------------------------x
                                         New York, N.Y.
                                         September 29, 2017
                                         2:30 p.m.
Before:

           HON. LORNA G. SCHOFIELD

                                         District Judge


                         APPEARANCES


SCOTT + SCOTT, LLP
     Attorneys for Haverhill plaintiffs
BY:  CHRISTOPHER M. BURKE
     KRISTEN ANDERSON
     MICHELLE CONSTON

SULLIVAN & CROMWELL, LLP
     Attorneys for Barclays defendants
BY:  CHRIS MILLER

CAHILL GORDON & REINDEL, LLP
     Attorneys for Credit Suisse defendants
BY:  DAVID G. JANUSZEWSKI

CLEARY GOTTLIEB & STEEN
     Attorneys for Goldman Sachs defendants
BY:  THOMAS J. MOLONEY

WACHTELL LIPTON ROSEN & KATZ
     Attorneys for Morgan Stanley defendants
BY:   JONATHAN M. MOSES

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     Attorneys for JPMorgan Chase defendants
BY:  BORIS BERSHTEYN
```

H9t6havc

```
                     APPEARANCES (Cont'd)

COVINGTON & BURLING, LLP
     Attorneys for Citigroup, Inc. defendants
BY:  ANDREW LAZEROW

DAVIS POLK & WARDWELL
     Attorneys for Royal Bank of Scotland Group PLC defendants
BY:   MELISSA C. KING

GIBSON, DUNN & CRUTCHER, LLP
     Attorneys for UBS AG defendants
BY:  MELANIE KATSUR

LOCKE, LIDDELL & SAPP, LLP
     Attorneys for HSBC Holdings PLC defendants
BY:  JAMES M. GOODIN

SHEARMAN & STERLING, LLP
      Attorneys for Bank of America Corporation defendants
BY:  JEFFREY J. RESETARITS

ALLEN & OVERY, LLP
    Attorneys for BNP Paribas Group defendants
BY:  REBECCA DELFINER

LINKLATERS, LLP
   Attorneys for Societe Generale S.A. defendants
BY:  PATRICK C. ASHBY

PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
    Attorneys for Bank of Tokyo-Mitsubishi UFJ Ltd. defendants
BY:  ANAND SITHIAN

SIDLEY AUSTIN, LLP
    Attorneys for Standard Chartered PLC defendants
BY:  NICHOLAS PRIMER CROWELL

MOORE & VAN ALLEN, PLLC
    Attorneys for RBC Capital Markets LLC defendants
BY:   JOSHUA D. LANNING

LOCKE, LIDDELL & SAPP, L.L.P.
    Attorneys for HSBC defendants
BY:  ROGER COWIE
```

APPEARANCES (Cont'd)


KIRKLAND & ELLIS, LLP
     Attorneys for Defendants Deutsche Bank
BY:  JOSEPH SERINO, JR.
     ROBERT S. KHUZAMI

HAUSFELD, LLP
     Attorneys for Plaintiff
BY:  REENA GAMBHIR

```
 1   H9t6havc
 2              (In open court; case called)
 3              THE COURT:  Good afternoon.  You may be seated.
 4              Mr. Street is not going to take appearances on the
 5   record.  We do have a court reporter and we know who is here
 6   and so we'll provide all of the appearances to the court
 7   reporter.
 8              First of all, the second thing I want to say is I want
 9   to thank everyone who is on the phone for being on the phone.
10   I had originally thought that we would be able to proceed just
11   with the parties to the newest settlement agreement; but I
12   realized then of course that there are issues that will impact
13   everyone with the proposal to approving revised notice and a
14   revised plan of distribution as well as a revised schedule.  So
15   I thought that it if we can have everyone here, we can just
16   take care of everything at once.  So thank you very much to all
17   of the counsel who represent all of the other parties and who
18   are on the phone.
19              We are here on class plaintiff's motion to
20   preliminarily approve a settlement agreement with Deutsche Bank
21   as well as preliminarily approve the amended form of notice and
22   the amended distribution plan.  I have reviewed, although not
23   studied, the motion papers.
24              Mr. Burke would you like to be heard?
25              MR. BURKE:  Thank you, your Honor, for hearing us on
```

1   such short notice.  Good afternoon.
2           If it would help the Court, I have prepared a schedule
3   of settlement events that lays out the original calendar.
4           THE COURT:  I actually think I have that because you
5   had a proposed schedule in something that you just filed, which
6   I printed, and it looks like all of the dates are the same
7   essentially except for the beginning of notice.
8           MR. BURKE:  This has just a little more detail.
9           THE COURT:  Okay.  Hand it up.
10          MR. BURKE:  I also have, if the Court would like, a
11  courtesy binder of all the filings.
12          THE COURT:  Okay.
13          MR. BURKE:  I provided Mr. Serino with the scheduled
14  settlement events, and we can send it around to counsel on the
15  phone as well.
16          The good news is we finally managed to button up all
17  the detailed.
18          MR. MOLONEY:  We cannot hear.
19          MR. BURKE:  Mr. Moloney, does this work?
20          THE COURT:  Mr. Moloney, can you hear us now?
21          MR. MOLONEY:  I can.  Thank you, your Honor.
22          THE COURT:  Was that a yes?
23          MR. MOLONEY:  Yes, your Honor.  Thank you.
24          THE COURT:  Thank you.
25          MR. BURKE:  The good news is we managed to work

1   through all the issues with Deutsche Bank and their counsel and
2   we now have a proposed settlement that we submitted to the
3   Court.  It is for essentially the same nonmonetary terms as the
4   settlements we reached with all the other defendants.  The
5   monetary term with Deutsche Bank is $190 million.
6          We realize that the date of the submission does
7   complicate mailing out a single notice starting October 1st.
8   However, we believe keeping to a single notice and rolling the
9   Deutsche Bank settlement into the process promotes efficiencies
10  and prevents confusion.  I been doing this long enough to know
11  when you get multiple notices going to class members, you get
12  all types of questions and confusion and I would like to
13  confuse that.
14          THE COURT:  Well, frankly that is why I had this
15  hearing today because I presumed that you wanted to send out a
16  single notice and I didn't know what your time frame was.
17          MR. BURKE:  Yes.
18          The website can actually go live by the October 1st
19  date with the exception that we won't have the claims or notice
20  materials up and we would simply be telling class members the
21  Court is considering the Deutsche Bank settlement; but many of
22  the other important settlement papers, including the settlement
23  agreements, would be posted up on the website.  So the process
24  actually would be started by October 1st.
25          We've spoken with Garden City Group and the printers.

1  The mechanics of it are we need seven days to print everything
2  and start notice.  If the Court was comfortable, we could start
3  that process now so that when preliminary approval hopefully is
4  granted, we start that day.  For publication notice we really
5  need seven days lead time to secure our space in the Financial
6  Times, Wall Street Journal, and the arrest.
7       From a disruption standpoint getting everything out as
8  a mailed notice on the 1st simply isn't possible.  However, we
9  think that depending on how long the Court wants to set aside
10 for considering objections to this particular settlement, as
11 soon thereafter as it is approved, we can effectuate print
12 notice and we can effectuate mailed notice.  The website will
13 already be live.  As a result I believe we have enough extra
14 days already built into this schedule that we can keep the
15 exclusion date as is, the opt-out date as is, the claims filing
16 date as is and the final fairness hearing.  Really nothing else
17 will be changed.
18      THE COURT:  It looks to me like the date that was
19 previously ordered and is still contemplated for an objection
20 and opt-out deadline is February 7th, which still gives four
21 months if the notice were to go out at the end of next week.
22 That seems to me ample time.
23      MR. BURKE:  Yes, your Honor.
24      THE COURT:  So that addresses the settlement.  It
25 looks as though the terms of the settlement are substantially

|   |   |
|---|---|
| 1 | the same, except for the money provision.  It looks as though |
| 2 | the changes to the notice merely conform to the addition of |
| 3 | Deutsche Bank to the settling parties.  It did look, though, |
| 4 | like there were some other changes to the plan of distribution. |
| 5 | Do you want to address that? |
| 6 | MR. BURKE:  We continued to refine the plan of |
| 7 | distribution.  So we're simply making changes to give class |
| 8 | members a more precise idea of what the different factors are |
| 9 | that we would take into account to arriving at estimated |
| 10 | participation amount.  So we refined the different factors |
| 11 | we're using to adjust for ticket size and for currency pair. |
| 12 | THE COURT:  Another question I have is that I had |
| 13 | received a letter in hard copy yesterday and a couple days |
| 14 | before that on ECF for Mr. Feinberg, who has submitted his |
| 15 | application to resign; but at the same time, you are seeking |
| 16 | his appointment as a settlement administrator as part of this |
| 17 | motion. |
| 18 | Do you want to address that? |
| 19 | MR. BURKE:  I think we'll be amending that, your |
| 20 | Honor.  That was a carryover and that should have been taken |
| 21 | out. |
| 22 | To those people not aware, Mr. Feinberg's experts at |
| 23 | Anaura are going to continue to work on the settlement and |
| 24 | claims process as they have previously.  Mr. Feinberg informed |
| 25 | the parties he simply wished to narrow his role in this to |

|   |   |
|---|---|
| 1 | simply be mediator.  He felt the process had gotten far enough |
| 2 | long that it was no longer necessary to engage his services and |
| 3 | pay him $25,000 a month when people working under him were |
| 4 | getting the job done. |
| 5 |        THE COURT:  Well, I always approve of spending less |
| 6 | money.  So I will delete him from the proposed order. |
| 7 |        MR. BURKE:  Thank you, your Honor. |
| 8 |        THE COURT: |
| 9 |        MS. ANDERSON:  Your Honor, this Kristen Anderson from |
| 10 | Scott + Scoot for plaintiff. |
| 11 |        THE COURT:  Yes. |
| 12 |        MS. ANDERSON:  In the proposed order that we submitted |
| 13 | on ECF today, we did remove approval for Mr. Feinberg as the |
| 14 | settlement administrator. |
| 15 |        THE COURT:  Thank you. |
| 16 |        Are there any other changes in the documents that were |
| 17 | filed today apart from the ones I know about? |
| 18 |        MR. BURKE:  Other than conforming them to take into |
| 19 | account the settlement with Deutsche Bank and provide more |
| 20 | specificity in the plan of distribution, no, your Honor. |
| 21 |        THE COURT:  Is there anybody else who would like to be |
| 22 | heard? |
| 23 |        Hearing nothing, what I take from that is that there |
| 24 | is no objection to the motions that class plaintiffs have made. |
| 25 | So I will make oral rulings now to be followed by a written |

1  ruling.
2         I am preliminary approving the proposed settlement
3  with Deutsche Bank AG.  I am certifying the proposed classes
4  for settlement purposes.  I am appointing Christopher Burke of
5  Scott + Scott, Attorneys at Law, LLP, and Michael D. Hausfeld
6  of Hausfeld, LLP, as settlement class counsel.  I am appointing
7  class plaintiffs as class representatives for settlement
8  purposes.  I am approving Huntington National Bank as escrow
9  agent.  I am approving Garden City Group as claims
10 administrator.  I am staying all proceedings in the action with
11 respect to Deutsche Bank AG and Deutsche Bank Securities, Inc.,
12 until further order of the Court, except as maybe necessary to
13 implement the settlement set forth in the settlement agreement
14 or comply with the terms thereof.
15        I will also order that the mail notice commence by
16 October 6th, which is a date from today that the publication
17 notice begins as soon as practicable after that and that the
18 settlement website be brought online as soon as practicable.
19 All of the other dates that I had previous ordered will remain
20 in effect.
21        Is there anything else we need to deal with?
22        MR. BURKE:  Nothing from plaintiffs, your Honor.
23        THE COURT:  Anyone else?
24        Thank you.  We're adjourned.
25                            o0o