

November 15, 2017

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

     Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
            Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

We write in response to the Court's order, dated November 9, 2017 (ECF No. 895), to report on the status of notice to Chan Ah Wah and Lim Cheok Kee (the "Chans") and the claims issues the Chans raise in their letter to the Court, dated November 8, 2017 (ECF No. 894). Since the end of September 2017, class counsel has been in regular – and at times, daily – contact with the Chans to answer their questions about notice, claims filing, and likely outcomes.

Mrs. Chan called class counsel prior to the notice date to request that class counsel send the Notice of Class Action Settlement and Claim Form ("notice packet") to her email address. On October 6, 2017, class counsel emailed the Chans a notice packet in both English and Simplified Chinese.

Mrs. Chan submitted a claim form, dated October 17, 2017, to GCG via U.S. Mail. GCG assigned a claim ID number to the claim, and class counsel provided Mrs. Chan with the claim ID number via email on November 6, 2017. Class counsel notified Mrs. Chan that their claim stands as deficient because they selected "option 2" but did not submit the transaction data that is required for an option 2 claim submission. Class counsel further advised that GCG will begin disseminating deficiency notices in January, and if the Chans do not provide the required transaction data by that time, they will receive a claim deficiency notice. Class counsel also advised the Chans that they can log in to the settlement website's claim portal to submit their transaction data online but the portal will not provide any payment estimate upon submission. Class counsel informed the Chans that GCG is not able to provide estimated payment amounts until next April. After consulting with counsel for HSBC, class counsel also informed the Chans that they have not been identified as a member of the settlement class, so it is likely that they will not receive any payment from the settlement fund unless they can come forward with any records indicating that they transacted in any FX instruments in the United States or its territories.

Hon. Lorna G. Schofield
November 15, 2017
Page 2

On November 11, 2017, Mrs. Chan contacted GCG and class counsel requesting a claim form for Mr. Chan to submit.  On November 13, 2017, class counsel responded by email and also called Mrs. Chan about this request and advised that the Chans may submit only one claim, as Mrs. Chan stated that Mr. and Mrs. Chan traded through a joint account.

Class counsel has provided the Chans with all the information discussed in this status report via multiple email communications and telephone calls.  On November 14, 2017, class counsel also sent the Chans a letter in both English and Simplified Chinese summarizing all of the foregoing information.

Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP       HAUSFELD LLP

s/ Christopher M. Burke                             s/ Michael D. Hausfeld
Christopher M. Burke                                 Michael D. Hausfeld
707 Broadway, Suite 1000                          1700 K Street, NW, Suite 650
San Diego, CA 92101                                 Washington, DC 20006
Telephone: 619-233-4565                           Telephone: 202-540-7200
cburke@scott-scott.com                             mhausfeld@hausfeld.com

*Interim Co-Lead Class Counsel*