# CHAN AH WAH & LIM CHEOK KEE WILLY

### 115 EAST STREET
### NEW HYDE PARK NY 11040 USA

January 2, 2018

The Honorable Judge Lorna G. Schofield
United States District Court, Southern District of New York
c/o Pro Se Intake Unit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

**RE: In re Foreign Exchange Benchmark Rates Antitrust Litigation 13-cv-7789-LGS**
**INFORMATION FOR CASE STATUS FOR MOTION TO COMPEL**

Dearest Honorable Judge Schofield,

Good day to you, Your Honor.

This is to inform you that I, *Pro se* Litigant/Plaintiffs, as matter of course in regard to the status for class member for *pro se* plaintiffs CHAN AH WAH AND LIM CHEOK KEE IS DEFINITIVELY affirmed both a class members in FOREX (*In re Foreign Exch. Benchmark Rates Antitrust Litig.,* No. 13 Civ. 7789, 2016 WL 1268267, (S.D.N.Y. Mar. 31, 2016) "*FOREX*"), pursuant to the Court's individual rules and scheduling orders, and in the Motion to Compel for further relief (ECF 122, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY)), THE COURT GRANTED to file Third Amended Complaint (ECF 139, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY)) for the reasons stated as follows:

**WHEREAS,** on January 28, 2015, an order (ECF 242) was entered and denied a motion -- made by twelve defendants[1] named at the time –to dismiss under Rule 12(b)(6) a Complaint ("CAC") that alleged conspiracy among banks to fix prices in the foreign exchange ("FX")

---

[1]     By order dated December 15, 2015, the Court preliminary approved settlement agreements between Plaintiffs and Defendants Bank of America Corporation; Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Inc.; Barclays Bank PLC; Barclays Capital Inc.; BNP Paribas Group; BNP Paribas North America Inc.; BNP Paribas Securities Corp., BNP Prime

or foreign currency market in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1,3, and the Commodity Exchange Act ("CEA"), 7 U.S.C. § 1 et. seq. that alleged antitrust claims based on Defendants' conspiracy to manipulate WM/Reuters Closing Spot Rates, which impacted the pricing of Plaintiffs' FX Instruments. *In re Foreign Exch. Benchmark Rates Antitrust Litig.,* 74 F. Supp. 3d 581 (S.D.N.Y. 2015) ("FOREX").

**WHEREAS**, on September 20, 2016, an order (ECF 661) was entered in FOREX TAC which in July 2015, Plaintiffs served and filed a Second Consolidated Amended Class Action Complaint ("SAC"), which added four new defendants[2], allegations expanding the breadth of the alleged conspiracy and claims under the CEA on behalf of an "Exchange Class" of "[a]ll persons who, between January 1, 2003 and December 31, 2013 (inclusive) entered into an FX instrument on an exchange where such persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, entered into one or more FX Instruments on a U.S. exchange." The putative class in the CAC was styled the "Over-the-Counter" or "OTC Class," representing "[a]ll persons who, between January 1, 2003 and December 31, 2003 (inclusive) entered into FX Instrument directly with a Defendant, where such persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted one or more FX instruments in the United States or its territories." The SAC's definition of the OTC Class is more expansive than the CAC's which restricted class members to those who "traded foreign currency directly with a Defendant in the United States between August 1, 2005 and the present which transactions was settled on the basis of WM/Reuters Rates." The NSDs filed the instant motion to dismiss on November, 2015. During the pendency of this motion, a

---

Brokerage, Inc; Citigroup Inc.; Citibank, N.A.; Citicorp.; Citigroup Global  Markets Inc.; The Goldman Sachs Group, Inc.; Goldman Sachs & Co.; HSBC Holding PLC; HSBC Bank PLC; HSBC North America Holding Inc.; HSBC Bank USA, N.A.; HSBC Securities (USA) Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; The Royal Bank of Scotland Group PLC; The Royal Bank of Scotland PLC; RBS Securities, Inc.; UBS AG; UBS Group AG and UBS Securities LLC (collectively, the "Settling Defendants").

separate motion to dismiss for lack of personal jurisdiction was granted with respect to Standard Chartered plc. *In re Foreign Exch. Benchmark Rates Antitrust Litig.,* No. 13 Civ. 7789, 2016 WL 1268267,   at *1(S.D.N.Y. Mar. 31, 2016). On June 3, 2016, Class Plaintiffs filed a Third Amended Class Action Complaint ("TAC") to substitute Standard Chartered Bank as a defendant in place of Standard Chartered plc. There is no functional difference between SAC and the TAC other than the Standard Chartered entity named, and Standard Chartered Bank adopts the argument made in the briefs previously submitted by Standard Chartered plc.

**WHEREAS**, on August 11, 2016, an order (ECF 102, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY)) was entered confirming that "after Defendants HSBC deducted from their account in August 2010, suggesting that Plaintiffs lived (and therefore entered into FX transactions) Also see attached Exhibit 1 for FX transaction confirmations, out of 5,400 pieces of transaction.

**WHEREAS**, on September 28, 2016, a conference was held in this matter as a 'confer and meet' with Defendant HSBC in light of your Honor's order (ECF 661, *FOREX*) to attempt to afford Plaintiffs' rights to join a "restricted class members to those who "traded foreign currency directly with a Defendant in the United States between August 1, 2005 and the present which transactions was settled on the basis of WM/Reuters Rates" and Defendant HSBC distort Plaintiffs' request to suggest that Plaintiffs' seek access to customer information as to any counterparty, whether they are a class member or not, and engage in legal argument as to the appropriateness of the classes that the Court has preliminary certified. NSD[2] have been requested to provide contact information so that Plaintiffs in here, as absent class members, who are entitled under the joint and several liability to participate

---

[2]    BTMU. RBC Capital Markets, LLC, Société Générale, and Standard Chartered (collectively, the "New Defendants"). Each of the New Defendants is also Non-Settling Defendant. ("NSD")

within the settlements, can achieve direct notice and an option to "opt out" in the Settlement Agreement and Plan of Distribution INSTEAD OF DEPRIVE PLAINTIFFS OF ANY SUCH RIGHTS ("Your legal rights and options in these settlement –*if you* Do nothing- you are automatically part of a settlement class if you fit one of the settlement class descriptions. However, if you do not file a timely claim, you will not receive any payment from the settlements. You will be bound by past and any future Court rulings, including rulings, including rulings on the settlements, if approved, and settlement releases" In "Question 7: "..If you are such a class member, unless you opt out of the settlements, you will be releasing all claims against the settling Defendants and other Released Parties in connection with your trades with both settling Defendants and Non-settling Defendants. You will not be releasing any claims against Non-settling Defendants").

Plaintiffs **participated** in FX over-the-counter market and also in the United States Chicago Mercantile exchange ("CME") and Intercontinental Exchange ("ICE") with Defendant HSBC by telephone directly to the traders in the United States desk who quoted Plaintiffs a 'bid' (the price it will buy currency) and 'ask' (the price it will sell currency) on all 5,400 pieces of FX spot transactions, forward, swap and futures/options. Spot transaction involve the outright exchange of currencies between two counterparties on a value date that is within two bank business days' time so those FX spot that did not sell out instantly or within two days were "rolled over" to many days or months for a reason to charge extra, super high "loan" interest, commission, fees and huge trading loss on every second, minutes, days against the active benchmark rate until sell out date from Plaintiffs.

Because of this action of "FX spot" to "Futures/options" Defendant HSBC set up a performance bond (Margin requirement) to facilitate FX future trading as per United States regulation and supervision of financial institution that are deem to be "systemically important" to the United States financial system including U.S. bank holding companies

with consolidated assets of $50 billion or more such as Defendant HSBC and given relationship between the prices move in virtual lockstep to the spot price (currency futures is a derivative of the spot cash currency market and are deliverable in the physical currency) at which futures contract are priced, benchmarked, and settled based on the spot markets price of the underlying currency pair, including coordinated submittals directly to the CME which "skewed bids and offers in a manner intended to move the CME/EMTA rates in a direction more favorable to Defendant HSBC and co-conspirators was to obtain ill-gotton trading profits from Plaintiffs' transactions from 2007 to 2010. After Defendant HSBC directly deducted "Indebtedness" from cash deposit saving account. Plaintiffs are entitled to direct mail notice, despite many 'confer and meet' conferences with Defendant HSBC and others to agree upon such a production of information but failed, Plaintiffs needs the Court's judicial intervention. Even Plaintiffs brought 5,400 pieces of transactions to the conference to prove allegations, Defendant HSBC did not bring one piece of evidence to prove their disagreement with Plaintiffs and said that they were not "available easily at such short time (20 days from your Honor's order to meet)" Due to the fact that Plaintiffs were at times "feeling well" and sometimes "not feeling well" resulted in injuries flow from Defendants' evil intention and scheme, Plaintiffs just could not functioning.


Defendant HSBC refused to accept the fact that:

1. The Complaint sufficiently pleads a conspiracy

The TAC sufficiently pleads both the existence of a conspiracy to fix benchmark rates and bid/ask spreads, and the NSD's participation in that conspiracy. The CAC also alleged agreements in chat rooms and through instant messages to manipulate the Fix, and the existence of certain chat rooms called "The Cartel," "The Bandits' Club" and "The Mafia" that were comprised of traders from different banks. Based on these allegation which is a per se Section 1 violation The CAC was amended to add the New Defendants and an Exchange class of those who are either domiciled in the United States or entered into FX Instruments

through a U.S. exchange. The SAC also expanded the scope of the conspiracy. Beyond the conspiracy to manipulate the Fix, the SAC (and now the TAC) also alleges that Defendants conspired throughout the trading day to fix spot prices and other benchmark rates such as the European Central Bank's Fixing Rates and those published by the Russian ruble/U.S. dollar CME/Emerging Markets Traders Association, the Association of Banks in Singapore, major banks in Tokyo and the Treasury Markets Association in Hong Kong.

<u>2). The Complaint sufficiently pleads antitrust standing</u>

<u>a). The Complaint pleads antitrust injury</u>

The Complaint plausibly alleges that the defendants engaged in horizontal price fixing resulting in Plaintiffs' paying higher prices in the FX market. The Complaint therefore pleads antitrust injury. Here, the TAC also pleads that Defendants participated in the market for FX products traded on an exchange, and that the conspiracy was intended in part to earn Defendants "ill-gotten trading profits" on those products.

<u>b). Plaintiffs are efficient enforcers</u>

Both classes of Plaintiffs are efficient enforcers for antitrust standing purposes.

i) The TAC sufficiently pleads that the OTC plaintiffs are efficient enforcers because (i) their alleged injury necessarily flows directly from Defendant's collusive conduct because the OTC class by definition is limited to persons who dealt directly with a Defendant; (ii) there are no victims whose injury is more direct; (iii) the damages are not highly speculative because they arise from identifiable transactions in which Plaintiffs suffered greater losses or earned lower profits because the price was the product of manipulation; and (iv) there is no danger of duplicate recoveries or complex apportionment because the claims are tied to specific transactions. For Spot transactions—which account for approximately half of the FX volume in the United States according to the TAC –the prices for OTC plaintiffs would

directly result from the manipulation of spreads. The breadth of the alleged conspiracy, however, does not render damages in this case speculative, as harm from the alleged conspiracy can be shown on a transaction-by-transaction basis. The OTC Plaintiffs do not present a danger of "duplicative recovery" and complex damage apportionment. First, none of the regulatory investigations in the United States appear to be aimed at providing restitution to any injured parties, and the NSDs have not shown otherwise. Because public enforcement does not provide redress to victims of the conspiracy, the OTC class is an efficient and necessary enforcer.

ii) The Exchange Plaintiffs traded in FX futures and FX futures options, which traded on exchanges. The TAC sufficiently pleads that these plaintiffs are efficient enforcers by alleging facts that , if proven, shown that (i) the Exchange Plaintiffs' injury—paying a non-competitive exchange price—flows directly from Defendants' manipulation of the FX spot prices, since the two prices move virtually in tandem; (ii)      with respect to the FX future markets, there are no victims whose injury is more direct; (iii) the damages are not highly speculative because they are based on a specifically alleged relationship between the exchange prices and spot prices, and arise from identifiable transactions in which plaintiffs suffered greater losses and earned lower profit because the price was the product of manipulation; and (iv) there is no danger of duplicate recoveries or complex apportionment because the claim are tied to specific transactions. Because of the direct relationship between the price at which Exchange Plaintiffs purchased FX futures and FX options (i.e., FX products purchased on an exchange) and the spot price that Defendants allegedly manipulated. Based on the standard pricing formula for futures contracts and empirical data, the TAC illustrates how the prices of FX futures contract track spot rates at near parity. The antitrust laws do not require a plaintiff to have purchased directly from a defendant in order to have an antitrust standing. Consequently, there is little difference regarding the proportionality of damages suffered by OTC class, which dealt directly with Defendants, and

the Exchange class, which did not. In both cases, the damages allegedly occurred in markets Defendants controlled and as a direct result of their collusive activities in spot transactions. First, quantifying damages for the Exchange class would not involve wholesale speculation according to the allegations in the TAC.

### 3). Foreign Trade Antitrust Improvement Act

The OTC class is limited to persons who "[1] were either domiciled in the United States or its territories or …[2] transacted one or more FX instrument in the United States or its territories." The Exchange Class is similarly limited. The NSDs argue that Plaintiffs' claims based on transactions executed outside of the United States and its territories are barred by the FTAIA. The NSDs do not challenge the Sherman Act's reach over transactions in the United States or on a U.S. exchange. Their FTAIA arguments therefore apply only to claims by U.S. domiciliaries for transactions "executed" outside the United States, although those same entities may have other, qualifying transactions that took place within the United States. In a situation where a U.S. entity operating in the United States trades FX with a foreign desk of a Defendant, the FTAIA does not apply and the claim is not barred because of the statue's import commerce exclusion (or exception).

### 4). Statute of Limitations and Adequacy of allegations Pre-2009

The NSDs' statute of limitations argument is rejected as Plaintiffs have adequately pleaded fraudulent concealment sufficient to toll the statute, but the period for actionable claims is curtailed to begin on December 1, 2007, as the TAC does not plausibly allege conspiratorial activity prior to that date.

### a). Statute of limitation

Here, the statute of limitation was tolled and meaning that Plaintiffs' antitrust claims against all Defendants are timely.

b). Sufficiency of Allegations

Although not barred by the antitrust laws' limitations period, the TAC fails to plead an antitrust conspiracy that pre-dates December 2007.

**WHEREAS**, on September 28, 2016, an order (ECF 109, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY)) was entered pertaining Plaintiffs' to file for motion for leave to file a Third Amended Complaint along with a revised proposed Third Amended Complaint by October 28, 2016. Plaintiffs shall only named Defendant HSBC as Defendant[3] because "their potential aggregate liability is disproportionate to any alleged wrongdoing because nine (of sixteen) Defendants have already agreed to settlements, caused by the sixteen." *Id.* "Taken as a whole, the TAC sufficiently pleads an antitrust conspiracy to fix spot prices and benchmark rates in the FX market." *Id.*

Plaintiffs hereby submit additional supporting evidence so Defendant HSBC can provide company emails from Amy Low and colleagues to match the irregularities (See Exhibit A attached) after the Court found the complaint adequately filed and Defendant HSBC again refused to accept the fact above. In Third Amended Complaint (See ECF 139 at ¶1, Pg 1, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY)) "The Proposed Third Amended Complaint (the "TAC")[1] asserts Sherman Act, CEA and various state law claims against HSBC America Holdings and five of its affiliates (collectively "HSBC")," with foot note 1, "Plaintiffs have submitted three versions of the TAC - - one before the Court held a conference regarding the instant motion and two after, on October 12, 2016, and October 20, 2016, respectively. The October 12 and October 20 versions are substantially identical, except that there are additional pages in some of the exhibits attached to the October 20 version. All references to the TAC in this opinion are to the October 20 version.") and the TAC is approved to file and filed on June 8, 2017 promptly, (See 139 *Id.* at ¶2, Pg 6, "Because neither Sherman Act and CEA claims nor the state law claims are futile, plaintiffs' motion for leave to file the TAC is GRANTED. Plaintiffs shall file the TAC by June 15, 2017")

The TAC is assumed from the Second Amended Complaint, (See ECF 139 *Id.* at ¶2, Pg 2, "Familiarity with the procedural history and the allegations contained in the Second Amended Complaint is assumed. *See Wah,* 2016 WL 4367976 at *1.The following factual allegation are drawn from the TAC and assumed to be true for purposes of this motion. *See Trs. Of Upstate N.Y. Eng'rs Pension Fund v. Ivy Asset mgmt.,* 843 F.3d 561, 566 (2d Cir. 2016)), *Id.* "Plaintiffs banked with HSBC Private Bank Malaysia from 2005 to 2007, and HSBC Singapore from 2007-2010. Based on account statements and other correspondence attached to the TAC as exhibits, Plaintiffs lived in either Malaysia or Singapore during this time period. The TAC alleges that Plaintiffs entered into 5,400 FX spot transactions with HSBC. Some of these transactions were in the over-the-counter market, and others were on the Chicago Mercantile Exchange or Intercontinental Exchange. The Complaint alleges that Plaintiffs arranged these transactions "by telephone directly [with] HSBC traders in the United States. At a conference held on September 28, 2016, the Court inquired as to the factual basis for Plaintiffs' belief that the HSBC traders they dealt with were located in the United States. In response, Plaintiffs explained at the conference and allege in the TAC that some of the phone calls occurred very late at night in Singapore or Malaysia, but during trading hours in New York. The TAC also alleges that the HSBC trader told Plaintiffs during these phone calls that "they [were] doing some calculations because the New York trading market is closing" and that they "followed New York holidays for closing."

From TAC, attached exhibits and Plaintiffs' declaration including, marketing HSBC logo calendar books given to Plaintiffs from year 2006 to 2010, are imbued with symbolism of HSBC bank logo, inside together convene themselves in large organization network overlooking large asset management in these HSBC private bank hardcover calendar book can assume by, (also see ECF 100, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY), Plaintiffs' Mem. & Affirmation in opposition to Mot. to Dismiss, "About us: HSBC Private Bank is the marketing name for the private banking business conducted by the principal private banking subsidiaries of the HSBC Group worldwide. HSBC Private Bank, together with HSBC Guyerzeller, the private banking and trustee activities of HSBC Trinkaus & Burkhardt,

provides private banking and trustee services to high net worth individuals and their families through 68 locations in the Americas, the Asia-Pacific region, Europe and the Middle East. Combined client assets under management were US$315.3billion at 30 June 2005. The HSBC Group: The HSBC Group has about 9,700 offices in 77 countries and territories in Europe, the Asia-Pacific region, the Americas, the Middle East and Africa and serves over 110 million customers. The HSBC Group had total assets of US$1,467billion at 30 June 2005. See attachment as "Exhibit B"   The HSBC logo calendar book also display: "Our service at a glance:

**HSBC Private Bank: Investment Service-**
- Investment advisory: Advisory and execution; trading desk; structured products; investment and asset allocation advisory
- Discretionary asset management: Tailored portfolio solutions; multimanager programmes
- Alternative investments: Hedge funds advisory and discretionary; third party fund of funds; private equity funds
- Fund strategy: Long-only funds, third party managers platform, fund of funds

**HSBC Private Bank:Wealth Advisory Service-**
- Global wealth solutions: Wealth planning; trust, foundation and company administration; insurance solutions; charitable foundations
- Wealth and tax advisory: Tax advisory and financial planning; structured tax products and investments
- Family office advisory: Wealth development and preservation; extended client services
- Corporate finance: Co-ordination of corporate finance advisory and financing capabilities
- Consolidated reporting: Integrated wealth reporting and analysis

**HSBC Private Bank: HSBC Private Bank:Private Banking Service-**
- Deposits: Fiduciary deposits; onshore and offshore deposit accounts
- Credit and specialized lending: Property finance; acquisition finance; margin and leveraged products
- Foreign exchange and treasury: Treasury trading service; risk management and derivatives; foreign exchange: precious metals
- Payments: Payments and cash management
- Custody: Securities custody and clearing
- Industry services: Charities and foundations; media; shipping; diamond and jewelry

Also see ECF 34, *Wahs v. HSBC*, 15-cv-8974-LGS (SDNY) in "Exhibit 2,"-HSBC year 2006 calendar book description disclosure)(*also see*, HSBC Form 10-k for year 2013, Pg 70 ¶1.,

"we have four distinct business segments that are utilized for management reporting and analysis purposes which are aligned with HSBC's global business and business strategy: Retail banking and wealth management, commercial banking, global banking and markets and private banking.") ,the image inside these HSBC logo calendar book also display of offices address at location, emphasis the connection repose resonated the aims to reach each of its markets in New York, Boston and Washington which suggest that campground near bank customers, "HSBC Private Bank offices worldwide: **HSBC Private Bank: North America** -

- <u>New York</u>
  **HSBC Private Bank, A division of HSBC Bank USA N.A.**
  452 Fifth Avenue
  New York, NY 10018 USA
  T +1212 525 5080
  T+1866 870 8412 (toll free)
  F+1212 525 6984
- <u>Boston</u>
  **HSBC Private Bank, A division of HSBC Bank USA N.A.**
  99 High Street
  Boston, MA 02110 USA
  T+1617 357 8080
  F+1617 357 8338
- <u>San Francisco</u>
  **HSBC Private Bank, A division of HSBC Bank USA N.A.**
  433 California Street
  San Francisco, CA 94104 USA
  T+1415 288 7776/7700
  F+1415 288 7788
- <u>Delaware</u>
  **<u>HSBC Private Bank, A division of HSBC Bank USA N.A.</u>**
  Wilmington, DE Trust Office
  1201 Market Street
  Wilmington, DE 19801 USA
  T+1302 657 8437
  F+1302 657 8414/8415

Also see <u>attachment as "Exhibit B" for on HSBC year 2006 calendar book for more information</u> on "HSBC Private Bank offices worldwide." In TAC, (See 141, *Id.* at 65 ¶ 1, Pg

23) "In 2007, Plaintiffs were trading foreign exchange currency excessively like; In 2007, Plaintiffs were trading foreign exchange currency excessively like; 5,400 transactions[29] were settled on the basis of WM/Reuter rates with Defendant HSBC and came to FX trading grand amount total of US$1,238,747,882.00 from 2007 to 2010. (See *Id*, Footnote 29, TAC Pg 23, "<u>The confirmation</u>, which should be produced promptly after trade execution, will constitute legal evidence of the term of the FX transaction. It should identify the economic terms of the trade and any other relevant information and dispatched to the counterparty at the earliest possible opportunity." (See *Foreign Exchange Committee Announcement, 'Process Description,'* May 29, 2013 at Pg. 20.); *also see* <u>International Swaps and Derivative Association (ISDA) 2002 Master Agreement</u>, "...have entered and/or anticipate entering into one or more transactions (each a "transaction") that are or will be governed by this 2002 agreement, which includes the schedule (the "schedule"), and the documents and other confirming evidence (each a "confirmation") exchanged between the parties or otherwise effective for the purpose of confirming or evidencing those Transactions. This 2002 Master Agreement and the Schedule are together referred to as this "Master Agreement".))

HSBC blocked assumption that Plaintiffs did not entered any FX transactions with them, this serve as interlocutory evidence, 2nd Circuit, because HSBC is given additional time for discovery approximately eight months of negotiations and still asking them for settlement fund...and the **FACT** that now plaintiffs found <u>**new evidence of their trading of derivative options strategy in FX spot transaction and more, as new mechanism**</u> (See ECF 178, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY), see Exhibit attached), in TAC, (See ECF 141, at 81 ¶ 1, Pg 29 & Pg 30, *Wahs v. HSBC*, 15-cv-8974-LGS), "At first, Amy (HSBC Private Bank) asked Plaintiffs to participate in financial derivatives investment like "Alpha Plus" structured product with 'strike price' and if "strike price" is not met then award with high interest, similar with Joey from HSBC Private Bank's investment. Most of the financial investment proposed by Amy [Alpha Plus] and were placed by Amy; and Plaintiffs earned profit so Plaintiffs could withdraw and live on it. After a while, Amy would call Plaintiffs

regularly a day to advise them to take advantage of various movements in assorted currencies, including U.S. dollar in FX market. (Then, Plaintiff dealt directly with Defendants' [HSBC] trader dealing desk day and night for FX instruments like spot.)" (See ECF 141, 77 ¶ 1-5, Pg 28, *Wahs v. HSBC*, 15-cv-8974-LGS), "Joey [HSBC Private Bank Malaysia] told Plaintiffs that the investment [Alphas Plus] would earn interest if a "strike price" was not met and will refer to FX market benchmark rates at USD/NZD for the indicated time or "expiry date" in the investment at observation date**. The investment would earn interest if a "strike price" is not reached at the same rate if appeared at the FX market rates for USD/NZD at the indicated time as written in the agreement and if the "strike price" is the same rates as appeared at the FX market rates, there would be no earning, the investment amount in U.S. dollar would be exchanged to New Zealand dollar at the rates met resulting in a loss in actual U.S. dollar value. Plaintiffs at the time suffered a loss of approximately 250,000 to 280,000 in Malaysia ringgits calculation from converted New Zealand dollar at hand (as if to convert Malaysia ringgit value). Joey told Plaintiffs that the investment strike at very low exchange rate in New Zealand's currency because she could not secure the original proposed "strike price" written in the agreement on time (she entered one day late) and has struck." Before this Plaintiffs have invested two structured product item named at SDOP029 and SDOP030, each invested with Ringgit 1million. "Plaintiffs were very upset with the specific U.S. dollars were exchanged to New Zealand dollars in Joey's [n]egligence act. Plaintiffs met the head at HSBC [Commercial Bank] Malaysia, Mr. Camar [Cama] to help. So Plaintiffs accepted Mr. Camar's recommendation and transferred cash deposit in HSBC Private [Bank] Malaysia to HSBC Singapore in 2007 or 2008 because HSBC Private Malaysia has to cease the private banking department business at once for some reasons. And, also to wait for the exchange rate of NZD/USD [Alpha Plus that was converted to U.S. dollar in strike price, Joey's negligence act] to come back to Plaintiffs prior rate to earn back the losses in value as promise by HSBC Singapore's Senior Vice President, Jeffery. The NZD/USD finally reaches the rates to recoup previous loss in HSBC Singapore at a later date." (See *Id* 78 ¶ 1, Pg 28)   The bank I deal with this structure

( 14 )

products is HSBC Private Bank Malaysia, bought with Joey, head at private bank was Andy Yong, Head of commercial bank ("HSBC premier") was Mr. Cama…the 2 products were a). SDOP029(3 years expiry)-duration period in year 2005 to 2007. b). SDOP030(5 years expiry) duration period in year 2005 to 2009…the HSBC private bank Malaysia had to close due to some reasons in 2007, 1 (one) product (029) expired 3 years with interest to us, 1 (one) product (030) expired 5 years and in 2007, private bank was to close so Mr. Cama agree to let us transfer to HSBC premier saving account from HSBC private bank, Malaysia to wait for full term…so in the HSBC premier saving account shows "Tranche Reference: CRA00405P(0105) no wonder you cannot spot it, the years written: 13 jul2007 to 13jul2010, compared to my trade confirmation was 13jan2005 to 13jan2009. (SDOP030) They are the same one (structure product of SDOP030, the date was recorded differently in the Commercial bank branch saving account and resulted could not match with the trade confirmation)" and this tiny structure product written tranche Reference: CRA00405P(0105) - recent studies shown that item found at the HSBC store (as mentioned HSBC Private Bank, Malaysia) are toxic - containing hazards since the publication of the report the CEO (as mentioned Mr. Andy Yong, Head of HSBC Private Bank, Malaysia) of the store made changes to products mix, operate on a business model of purchasing the inexpensive items and reselling them other than a limited amount they take. Because many store products' toxic, it's important to skip most items. Plastic are often made with item retardant means, the use is extremely toxic, has linked developmental delays other supplements. The store brand fact is purchasing anything is on the label in fact, even they state they're not, for someone- this could between life and death. A brand name at store, check the expiration date first, in case the products end up store expired, found at the store, are different manufactured to simply skip it and move on to something more reliable, had many issues with counterfeit control, are not exception. We all know that we goes a long way in determining the use of 'plastic' in CDO is not as healthy as you think! **Your plastic is actually vanilla?** Plain vanilla signifies the most basic or standard version of a financial instrument, usually **options**, **bonds, futures** and **swaps**. Plain vanilla is the opposite of an exotic instrument, which alters

the components of a traditional financial instrument, resulting in a more complex security. **A vanilla option** is a financial instrument that give the holder the right, but not the obligation, to buy or sell an underlying asset, security or currency at a predetermined price within a given timeframe. A **vanilla option** is a normal call or put **option** that has no special or unusual features. For example, a plain vanilla option is the standard type of option, one with a simple expiration and **strike price** and no additional features. With an exotic option, such as **knock-in option**, an additional contingency is added so that the option only becomes active once the underlying stock hits a set price point. In contrast, an exotic option is just the opposite of vanilla or plain vanilla, and involves much more complicated features or special circumstances that separate such options from the more common American or European options. Exotic options are associated with more risk as they require advanced understanding of financial markets in order to execute them correctly or successfully, and such they trade over the counter. Examples of exotic options include binary or digital options, in which the payout methods differ in that they offer a final lump sum payout, under certain terms, rather than a payout that increase incrementally as the underlying asset's price rises. Other exotic options include Bermuda options and Quantity-Adjusting options. To point to another example of the use of plain vanilla, there are also plain vanilla swaps. **Swaps** are essentially an agreement between two parties to exchange sequences of **cash flows** for a predetermined period of time under terms such as interest rate payment or foreign currency rate payment. The swaps market is not traded on common exchanges but is rather an over-the-counter market. Because of this and the nature of swaps, large firms and financial institutions dominate the market with individual investors rarely opting to trade in swaps. A **plain vanilla swap** can include a plain vanilla interest rate swap in which two parties enter into an agreement where on party agrees to pay a fixed rate of interest on a certain dollar amount on specified dates and for a specified time period. The counter-party makes payments on a floating interest rate to the first party for the same period of time. This is an exchange of interest rates on commodity swaps and plain vanilla foreign currency swaps. (See Plain vanilla-Investopedia, https://www.investopedia.com/terms/p/plainvanilla.asp.)

**A knock-in option** is a latent option contract that begins to function as a normal option ("knocks in") only once a certain price level is reached before expiration. Knock-in options are a type of barrier option that may be either down-and-in option or an up-and-in option. A barrier option is a type of contract in which the payoff depends on the underlying security's price and whether it hits a certain price within a specified period. There are two main types of barrier option: **knock-in and knock-out options**. Technically, a knock-in option is a type of contract that is not an option until a certain price is met, so if the price is never reached it is as if the contract never existed. However, if the underlying asset reaches a specified barrier, the knock-in option comes into existence. The difference between a knock-in and knock-out option is that a knock-in option comes into existence only when the underlying security reaches a barrier, while a knock-out option ceases to exist when the underlying security reaches a barrier.

**Down-and-In Option.** For example, assume an investor purchases a down-and-in put option contract with a barrier price of $90 and a strike price of $100, when the underlying security was trading at $110, with three months until expiration. If the price of the underlying security reaches $90, the option comes into existence and becomes a vanilla option with a strike price of $100. Thereafter, the holder of the option has the right to sell the underlying asset at the strike price of $100. The put option remains active until the expiration date, even if the underlying security rebounds from $90. However, if the underlying asset does not fall below the barrier price at any point during the life of the contract, the down-and-in option expires worthless.

**Up-and-In Option.** Contrary to a down-and-in option, an up-and-in option comes into existence only if the barrier is reached, which is higher than the underlying asset's price. For example, assume a trader purchases a one-month up-and-in call option on an underlying asset when it was trading at $40 per share. The up-and-in call option contract has a strike price of $50 and a barrier of $55. If the underlying asset did not reach $55 at any point during the life of the option contract, it would expire worthless. However, if the underlying asset rose to $55 or greater, the call option would come into existence.

Read more: Knock-In Option https://www.investopedia.com/terms/k/knock-inoption.asp#ixzz52yljFU3e

**An exotic option** is an option that differs in structure from common American or European options in terms of the underlying asset, or the calculation of how or when the investor receives a certain payoff. Exotic options are generally much more complex than plain vanilla options, such as calls and puts that trade on an exchange.

Because of the complexity and customization of exotic options, they trade over-the-counter and there are many different types of exotic options available. One type is known as a chooser option. This instrument allows an investor to choose whether the options is a put or call at a certain point during the option's life. Because this type of option can change over the holding

period, it is not found on regular exchanges, which is why it is classified as an exotic option. Other types of exotic options include: barrier options, Asian options, digital options and compound options, among others. **Exotic Option Examples**. While there are many types of exotic options available, below are details of three of the more commonly traded ones.

**Compound options** are options that give the owner to right, but not the obligation, to purchase another option at a specific price on or by a specific date. Typically, the underlying asset of a call or put option is an equity security, but the underlying asset of a compound option is always another option. Compound options come in four types: call on call, call on put, put on put, and put on call. These types of options are commonly used in foreign exchange and fixed income markets.

**Barrier options** are similar to plain vanilla calls and puts, but only become activated or extinguished when the underlying asset hits certain price levels. In this sense, the value of barrier options jumps up or down in leaps, instead of changing in price in small increments. These options are commonly traded in the foreign exchange and equity markets. These exotic options also come in four types: up-and-out, down-and-out, up-and-in, and down-and-in. For example, a barrier option with a knock-out price of $100 may be written on a stock that is currently trading at $80. The option will behave like normal from prices ranging from $80 to $99.99, but once the underlying stock's price hits $100, the option gets knocked-out and becomes worthless. (See ECF 141, 43 ¶2-3, Pg 14, 15, *Wahs v. HSBC*, 15-cv-8974-LGS), In TAC, "Plaintiffs **participated** in FX over-the-counter market and also in the United States Chicago Mercantile exchange ("CME") and Intercontinental Exchange ("ICE") with Defendant HSBC by telephone directly to the traders in the United States desk who quoted Plaintiffs a 'bid' (the price it will buy currency) and 'ask' (the price it will sell currency) on all **5,400 pieces of FX spot transactions,** forward, swap and futures/**options**. Spot transaction involve the outright exchange of currencies between two counterparties on a value date that is within two bank business days' time so those FX spot that did not sell out instantly or within two days were "rolled over" to many days or months for a reason to charge extra, super high "loan" interest, commission, fees and huge trading loss on every second, minutes, days against the active benchmark rate until sell out date from Plaintiffs. Because of this action of "FX spot" to "Futures/options" Defendant HSBC set up a

performance bond (Margin requirement) to facilitate FX future trading as per United States regulation and supervision of financial institution that are deem to be "systemically important" to the United States financial system including U.S. bank holding companies with consolidated assets of $50 billion or more such as Defendant HSBC and given relationship between the prices move in virtual lockstep to the spot price (currency futures is a derivative of the spot cash currency market and are deliverable in the physical currency) at which futures contract are priced, benchmarked, and settled based on the spot markets price of the underlying currency pair, including coordinated submittals directly to the CME which "skewed bids and offers in a manner intended to move the CME/EMTA rates in a direction more favorable to Defendant HSBC and co-conspirators was to obtain ill-gotton trading profits from Plaintiffs' transactions from 2007 to 2010. After Defendant HSBC directly deducted "Indebtedness" from cash deposit saving account."It it so clear Plaintiffs were participating barrier options.

**Chooser options** give the owner a certain period of time to decide whether the option they own will become a European call option or a European put option. These types of options are generally used in the equity market, especially on indices. Chooser options are a great choice when large price fluctuations are expected in the near future, and can usually be purchased for a lower cost than a call and put option straddle.

Read more: Exotic Option https://www.investopedia.com/terms/e/exoticoption.asp#ixzz52ynttVZt

**Futures** are financial contracts obligating the buyer to purchase an asset or the seller to sell an asset, such as a physical commodity or a financial instrument, at a predetermined future date and price. Futures contracts detail the quality and quantity of the underlying asset; they are standardized to facilitate trading on a futures exchange. Some futures contracts may call for physical delivery of the asset, while others are settled in cash.

The futures markets are characterized by the ability to use very high leverage relative to stock markets. Futures can be used to hedge or speculate on the price movement of the underlying asset. For example, a producer of corn could use futures to lock in a certain price and reduce risk, or anybody could speculate on the price movement of corn by going long or short using futures. The primary difference between options and futures is that options give the holder the right to buy or sell the underlying asset at expiration, while the holder of a futures contract is obligated to fulfill the terms of his contract. In real life, the actual delivery rate of the underlying goods specified in futures contracts is very low as the hedging or speculating benefits of the

(19)

contracts can be had largely without actually holding the contract until expiry and delivering the good. For example, if you were long in a futures contract, you could go short in the same type of contract to offset your position. This serves to exit your position, much like selling a stock in the equity markets closes a trade.**Futures Speculation.**Futures contracts are used to manage potential movements in the prices of the underlying assets. If market participants anticipate an increase in the price of an underlying asset in the future, they could potentially gain by purchasing the asset in a futures contract and selling it later at a higher price on the spot market or profiting from the favorable price difference through cash settlement. However, they could also lose if an asset's price is eventually lower than the purchase price specified in the futures contract. Conversely, if the price of an underlying asset is expected to fall, some may sell the asset in a futures contract and buy it back later at a lower price on the spot.

Read more: Futures https://www.investopedia.com/terms/f/futures.asp#ixzz52ytpcP8V


**A stock option** is a privilege, sold by one party to another, that gives the buyer the right, but not the obligation, to buy or sell a stock at an agreed-upon price within a certain period of time. American options, which make up most of the public exchange-traded stock options, can be exercised any time between the date of purchase and the expiration date of the option. On the other hand, European options, also known as "share options" in the United Kingdom, are slightly less common and can only be redeemed at the expiration date. The stock option contract is between two consenting parties, and the options normally represent 100 shares of an underlying stock.

**Put and Call Options.** A stock option is considered a call when a buyer enters into a contract to purchase a stock at a specific price by a specific date. An option is considered a put when the option buyer takes out a contract to sell a stock at an agreed-on price on or before a specific date.The idea is that the purchaser of a call option believes that the underlying stock will increase, while the seller of the option thinks otherwise. The option holder has the benefit of purchasing the stock at a discount from its current market value if the stock price increases prior to expiration. If, however, the purchaser believes a stock will decline in value, he enters into a put option contract that gives him the right to sell the stock at a future date. If the underlying stock loses value prior to expiration, the option holder is able to sell it for a premium from current market value.

The strike price of an option is what dictates whether or not it's valuable. The strike price is the predetermined price at which the underlying stock can be bought or sold. Call option holders profit when the strike price is lower than current market value. Put option holders profit when the strike price is higher than the current market value.

**Employee Stock Options.** Employee stock options are similar to call or put options, with a few key differences. Employee stock options normally vest rather than having a specified time to maturity. This means that an employee must remain employed for a defined period

of time before he earns the right to purchase his options. There is also a grant price that takes the place of a strike price, which represents the current market value at the time the employee receives the options.

Read more: Stock Option https://www.investopedia.com/terms/s/stockoption.asp#ixzz52ywiXypz

**A call option** is an agreement that gives an investor the right, but not the obligation, to buy a stock, bond, commodity or other instrument at a specified price within a specific time period. It may help you to remember that a call option gives you the right to call in, or buy, an asset. You profit on a call when the underlying asset increases in price. Call options are typically used by investors for three primary purposes. These are tax management, income generation and speculation. An options contract gives the holder the right to buy 100 shares of the underlying security at a specific price, known as the strike price, up until a specified date, known as the expiration date. For example, a single call option contract may give a holder the right to buy 100 shares of Apple stock at a price of $100 until Dec. 31, 2017. As the value of Apple stock goes up, the price of the options contract goes up, and vice versa. Options contract holders can hold the contract until the expiration date, at which point they can take delivery of the 100 shares of stock or sell the options contract at any point before the expiration date at the market price of the contract at the time.

**Options Used for Tax Management.** Investors sometimes use options as a means of changing the allocation of their portfolios without actually buying or selling the underlying security. For example, an investor may own 100 shares of Apple stock and be sitting on a large unrealized capital gain. Not wanting to trigger a taxable event, shareholders may use options to reduce the exposure to the underlying security without actually selling it. The only cost to the shareholder for engaging in this strategy is the cost of the options contract itself.

**Options Used for Income Generation**. Some investors use call options to generate income through a covered call strategy. This strategy involves owning an underlying stock while at the same time selling a call option, or giving someone else the right to buy your stock. The investor collects the option premium and hopes the option expires worthless. This strategy generates additional income for the investor but can also limit profit potential if the underlying stock price rises sharply.

**Options Used for Speculation.** Options contracts give buyers the opportunity to obtain significant exposure to a stock for a relatively small price. Used in isolation, they can provide significant gains if a stock rises, but can also lead to 100% losses if the call option purchased expires worthless because the underlying stock price went down. Options contracts should be considered very risky if used for speculative purposes because of the high degree of leverage involved.

Read more: <u>Call</u>
<u>Option</u> <u>https://www.investopedia.com/terms/c/calloption.asp#ixzz52yxqmgV4</u>

**Expiration Date (Derivatives)'**
An expiration date in derivatives is the last day that an options or <u>futures contract</u> is valid. When investors buy options, the contracts gives them the right but not the obligation, to buy or sell the assets at a predetermined price, called a <u>strike price</u>, within a given time period, which is on or <u>before the expiration date</u>. If an investor chooses not to exercise that right, the option expires and becomes worthless, and the investor loses the money paid to buy it. The <u>expiration date</u> for listed stock options in the United States is normally the third Friday of the <u>contract month</u>, which is the month when the contract expires. However, when that Friday falls on a holiday, the expiration date is on the Thursday immediately before the third Friday. Once an options or futures contract passes its expiration date, the contract is invalid. The last day to trade equity options is the Friday prior to expiry. Some options have an automatic exercise provision. These options are automatically exercised if they are in-the-money at the time of expiry. The Options Clearing Corporation (OCC) automatically exercises a call or put option that is at least one cent in-the-money.

**Expiration and Option Value.** In general, the longer a stock has to expiration, the more time it has to reach its strike price, the price at which the option becomes valuable. In fact, time decay is represented by the word theta in option pricing theory. Theta is one of four Greek words used to reference the value drivers on derivatives. The other three 'Greeks' are delta, gamma and vega. All other things equal, the more time an option has until expiration, the more valuable it is. There are two types of derivative products, calls and puts. Calls give the holder the right, but not the obligation, to buy a stock if it reaches a certain strike price by the expiration date. Puts give the holder the right, but not the obligation, to sell a stock if it reaches a certain strike price by the expiration date. This is why the expiration date is so important to options traders. The concept of time is at the heart of what gives options their value. After the put or call expires, it does not exist. In other words, once the derivative expires the investor does not retain any rights that go along with owning the call or put.
Read                                                                                      more: <u>Expiration</u>
<u>Date</u> <u>https://www.investopedia.com/terms/e/expirationdate.asp#ixzz52yzCsi6D</u>

**Call options** give the option to buy at certain price, so the buyer would want the stock to go up. Conversely, the option writer needs to provide the underlying shares in the event that the stock's <u>market price</u> exceeds the strike due to the contractual obligation. An option writer who sells a <u>call option</u> believes that the underlying stock's price will drop relative to the option's <u>strike price</u> during the life of the option, as that is how he will reap maximum profit. This is exactly the opposite outlook of the option buyer. The buyer believes that the underlying stock will rise; if this happens, the buyer will be able to acquire the stock for a lower price and then sell it for a profit. However, if the underlying stock does not close above the strike price on the expiration date, the option buyer would lose the premium paid for the

call option.

**Put options** give the option to sell at a certain price, so the buyer would want the stock to go down. The opposite is true for put option writers. For example, a put option buyer is bearish on the underlying stock and believes its market price will fall below the specified strike price on or before a specified date. On the other hand, an option writer who shorts a put option believes the underlying stock's price will increase about a specified price on or before the expiration date. If the underlying stock's price closes above the specified strike price on the expiration date, the put option writer's maximum profit is achieved. Conversely, a put option holder would only benefit from a fall in the underlying stock's price below the strike price. If the underlying stock's price falls below the strike price, the put option writer is obligated to purchase shares of the underlying stock at the strike price.
Read more: Option https://www.investopedia.com/terms/o/option.asp#ixzz52z7JhTsG

**The market price** is the current price at which an asset or service can be bought or sold. Economic theory contends that the market price converges at a point where the forces of supply and demand meet. Shocks to either the supply side and/or demand side can cause the market price for a good or service to be re-evaluated.
BREAKING DOWN 'Market Price'
The market price of a security is the most recent price at which the security was traded. It is the result of traders, investor and dealers interacting with each other in a market.

**Two Sides of a Trade.** To comprehend how a market price is derived, it is important to understand some basic trading concepts. There are two sides to every trade; when a trader buys or sells a security, a dealer takes the other side of the trade. When a trader buys a stock, dealers sell the stock. In most cases, the dealer is an intermediary representing other traders. When traders place limit or stop orders away from the market price, the dealer holds the orders in its order book until such time as the market price approaches the order price and the orders are executed.
Dealers, or market makers, quote market prices using a bid and an ask price. The bid is always lower than the ask, and the difference is the spread. From the dealer's perspective, the bid represents the price at which the dealer will buy. The ask price represents the price at which the dealer will sell. Dealers adjust these prices at their discretion. From the trader's perspective, a trader wanting to execute a trade at the market price must buy at the ask and sell at the bid.

**How a Market Price Is Derived.** The interaction between dealers and traders is what manipulates the market price. For example, assume the market price for XYZ stock is $50/51. There are eight traders wanting to buy XYZ stock; this represents demand. Five buy 100 shares at $50, three at $49 and one at $48. These orders are listed on the bid. There are also eight traders wanting to sell XYZ stock; this represents supply. Five sell 100 shares at $51, three at $52 and one at $53. These orders are listed on the offer. At this point, supply and

demand are balanced, and traders do not want to cross the spread to execute their trade. Say a new trader comes in and wants to buy 800 shares at the market price, which is the shock. This trader has to buy at the offer: 500 shares at $51, and 300 at $52. Now the spread widens and the market price is $50/53. Dealers immediately take action to close the spread. Since there are more buyers, the spread is closed by the bid adjusting upward. The end result is a new market price of $52/53. This interaction is constantly taking place in both directions. Read                                                                          more: Market Price https://www.investopedia.com/terms/m/market-price.asp#ixzz52z6dmbO8

It is so clear Plaintiffs were participating all above mentioned options. People simply assume it is safe, when studies reveal that **in fact, it is very dangerous**. 'Plastic' – vanilla option are harmful even if 'plastic'[vanilla] does not make much difference because of the use and reuse have been linked to, experts shown harmful to reuse, it is better to use a different, developed picks and neutralize so JP Morgan Chase can go ahead if they like. The mode of operation of this, they don't have to bother about its state, most of time to time because of the lack of trust they have for supply. The self-cleaning has continued to change that (which are not even safe), can make use of the self-cleaning saving will save JP Morgan Chase the extra constituted by vanilla. Brand makeup at store contain disruptors that negatively affect cycle linked to children's future. Children future usually lead, there's no future considered for children and it's best to skip items altogether. A warning that Plaintiff will want to heed carefully. As Plaintiffs speak, a new class of 'plastic' capable of killing thousands of Americans in attack. All within every U.S. base in the region. Now, Plaintiffs have to believe they can take American people down hard. But the government has been developing a checkmate move. And it all centers on the biggest defense. They can easily lead by placing item in their finger, lead to damage development in much of children's future is made up of recycle contain, which mean the plastic at the store. Skip the items to do their part and keep family safe.

"CDO squared" or occasionally "CDO cubed" - Collateralized Debt Obligation - is "those swaps," "Plastics" or vanilla option is structured finance vehicles routinely use as derivatives as hedge for interest rate and foreign exchange risk as synthetic investment and credit enhancement is known as member of the group version while CDO square or cube is

made up versions. The purpose of these CDO is to help make new purpose to convert into proper energy level. Adequate level of CDO are extremely important for required development that do not get one at risk and have been linked to function as partly because CDO removes substances from the level have linked to, which is best to work in, taken with other deficiency of, has linked to higher level that deficiency being lack of concentrating those common changes of first increased irritiability being a soluble body uses what it needs, flushes the rest. This need basis in the United States, since 1990, such items are required by Federal Law to contain supplemental of CDO and need who are planning on, need upper limit for intake is set, more than this amount can cause a deficiency and cause multiple issues including damage, originators can only profit from underwriting if they "possess some sort of comparative advantage..to the extent that other intermediaries CAN AQUIRE **Identical** asset, any potential profit form tranching may quickly driven to zero "profit." In the United States, many contain supplemental of CDO square and CDO cubed purchase. CDO through those swaps, not loans, were put into a special-purpose vehicle -kind of bank account held separately from their book, often in an offshore bank...they (CDO) tranched (sliced) that vehicle into securities and sold them to investors. With this supplementation suffer irritable effect and deficiency includes securitized debt instruments, like MBS, ABS,CDO, RMBS, CDS, CLO etc., are two main factors that made pooling and tranching of loans to attract investors and investment banks that created CDO-regulatory capital relief and risk allocation.      CDO is structured financial product that pools together cash flow-generating assets and repackages this asset pool into discrete tranches (sliced) that can be sold to investors, financial investment products such as stock, options, bonds and derivatives carry counterparty risk. As part of a CDO transaction to issue..., the issuer also entered into "cash flow swap agreement" (Swap) with a financial institutions (Provider) under which provider agreed to top up any shortfalls of..Terminating transactions are structured such that, in case of early termination due to the swap counterparty's default, all available assets can be liquidated and used to repay principal and interest due to the notholder. The assets are available to repay the notholders consist of collateral purchased

with the note's initial sales' proceed (initial principal collateral) and any other collateral that the swap counterparts post to mitigate its credit risk(counterparty-posted collateral).

This transaction (structure product: derivative option as mentioned as tranche reference: CRA00405P(0105) has a distinctive position within compelling segment and strong United States prospect from JP Morgan and Wells Fargo, it is majority owned by Lehman. This "Plastics" or vanilla (CDO) is structured finance vehicles routinely use as derivatives as hedge for interest rate and foreign exchange risk as synthetic investment and credit enhancement is known as member of the group version while CDO square or cube is made up versions. In 1970, the Lead role series of (Vanilla or-Tranche Reference:CRA00405P(0105)") (See attached Exhibit C, from HSBC Private Bank, Malaysia) performed some of theme series starred in, is still working on series with in the present day and considered to be one of who have maintained their popularity for a long time, In 1992 released the series based on the central theme of stock market, plot used by people to make their fortune in the market. In this series made a fortune by short-selling derivatives and stock market, became popularly associated with, involve with a peculiar and unexplained phonomenon in which global stock market will fall whenever a series is aired. Research shows many believe "420" or "Plastic" or vanilla originated from a code that meant "...in progress" but as the researcher stumble their way for the true origin of this truth actually emerge - "420" did not originate from law enforcement agency (like treasury debt of U.S.) but with a group in 1970. Many brokers don't know the origin but have recollections of its origin, they believe it the reference No.12 multiplied by 35 does equal 420. But in reality, traced back to a group by a wall street outsider, spotted nicknamed "waldos" in fall, a member provided with (some say owner himself) supposedly leading to product, the group would meet at a statue outside conduct meeting at 4:20pm after practice. One of the original members said, "would conduct meeting 4:20pm, started out 4:20." They did score free perhaps more lasting term "420" allowing to discuss without knowing. But how did this team manage to spread this phase internationally? For that we turned to Groups. Members of "waldos" had access, and many connections to the band managed, sideband always be

backstage running using those phases, "Hey 420" spreading community. The first time ever heard "420"was at Groups (Groups JP Morgan, Wells Fargo, Lehman). In 1990 through congregation handed a flyer, found the old flyer and sent it. The flyer told the history of 420, referencing the once "High Times" latched on to the story globally. Today, the unofficial of 'plastic' or vanilla option is celebrated worldwide. Officials attempted to push on popularity in 2009, encouraged to participate in 2003, when codified SB420. No one confessed up to bring responsible for the note, but was likely staffer in member's office, has been referenced some of the bid number involving 420, the 1990s featured. While many other illicit original 420 half-baked proof they used back in the 70s. Kept safely is their original 420 tied clipping postmarked between the groups filled with reference. Research found this 'plastic' originated from **JP Morgan Chase.**

A list of time loans for plaintiffs in HSBC Private Bank, have tons of all items that personalized include HSBC's Amy Low favorite items plaintiffs use everyday. Plaintiffs' bank use them daily so why not the image on it while Plaintiffs' using it. HSBC-Amy Low have smart screen with amazing device, like personalized themed line features all items with images. The tech list make great stocking gear enough to win prize pack from entrant and eligible to signing up Emails on their website (directions tool, below entries accepted). Plaintiffs have a list of trades to write, still have to pay well-times stock help to keep the balance, whenever Plaintiffs have made changes to leaving our job at HSBC's Amy Low explains motivation, reasons-lot of lies summarize complex decisions, the way about retired at age of 56. Why? What Plaintiffs do for and always have, made Plaintiffs retiring-at least significantly from paid work, possible one that became, made Plaintiffs realize how precious time is, also always think of something should be doing. Then there was the thought that goals at a time, participate trades in foreign currency exchange that had never accomplish. By this, Plaintiffs' head was chanting, when? So Plaintiffs did if Plaintiffs have enough money to buy more, the answer is yes. Plaintiffs entered another, figuring out needed to meet and generate income from Plaintiffs' savings was not a concern, as a long time plan, completely without paying gigs as this one, that Plaintiffs scuttled about 60% income.

Strategies is simple, Plaintiffs looked at the part of Plaintiffs' portfolio already generated income- bonds and stocks. Money was automatically reinvested, pour into market account typically. That left choices: take distributions from account or further tap Plaintiffs' account. Help to pay 10% penalty if Plaintiffs' tap our asset? To follow rules that fall under Section 72(t) of the code, Plaintiffs take "substantially equal" payment based on, penalty free, as long these payment for five full years. Amy Low don't have to take all of the accounts. Several one, annuitize it, based on rules. After 5 years or age test, she alter withdrawal schedule. The downside is complex schedule, although won't pay 10% penalty, Plaintiffs will have to pay the withdrawal ordinary rate at income than capital rates. Opted to sell stocks in Plaintiffs' portfolio six months before. This involves analyzing holding create a "sell" list and executing the stock hit high or has potential: the perfect stocks keep rising, advising and tell that not to forgo an attainable good , of a probably unattainable sticking with, plan until find a strategy on revision of that. Watching is the waiting. "Amy Low better get moving."

Given up simply weren't trying. There's *always*: banks know what they're doing. This show conquer feat by efficiently packing more than 100 things into a minimalist packing to a whole level, and is definitely inspiration for maximize, watch and prepare (and dumbfounded)! They're both a type of scheme across, some are rather R-rated what should know about these. The home to more than 1200 species of dollars are covered complex network of internal hydraulic that around range of group with names that described as "structure products with principal protected," belong to Western Pacific where found many types, but in two species proven especially popular with Australia and Southeast Asia with covered end and expelling end, uses a different technique of rings covered bits, each bit at a time, a process covered with fresh cycle, repeats, active look, predatory, minimize risk of attracting unwanted attention by most aren't in use, retracted. This allows to latch onto other while get severed. Structure products-option are capitalize on very quality, small evolved using gross evolution, gain entry through additions meaning that essentially through themselves. The size according to the current robust display a sign of optimum reaction.

(28)

Their broadcast packing really puke up their own innards, close various simultaneously, unleash widely as it wipe out entire dollars. These reproduce release that are later emitted by keepers who know too well because they're poisonous, have observed that least develop into small, not easily confused species to Southeast Asia informal, that fully can stand a year, produce cluster prompting comparison between themselves in the bank.

Well. One of the biggest solutions for cleaning products in recent discussions, explaining years ago, conventional 'plastic' or vanilla option (CDO) states that smelled bad, didn't have healthy movement, is the ingloriously "no-poo" movement. Ditch the toxic ingredients, 'plastic' is actually make from naturally sourced materials, are synthetic in origin contain that make it up, strip that's what they do in order to be healthy. Overproducing to compensate need often vicious cycle. 'Plastic' contain toxic ingredients could include byproducts been tentatively linked to increase risk effect or means, type of adjustment period. Good to few but once used not stripped away will adjust good from alternative include: one into two then solution. Use this method but other hate this method. The biggest damage the ends. Yes. JP Morgan Chase read that right! Plastic or vanilla is clean, natural ground. Let sit the rest of this method generally. The biggest fact that always out well, and don't substitute this method. Regular is **NOT** the same thing in the spread to the end. The option, a purchased product, look for based that doesn't strip. Luckily, there are plenty available as consumers change their preferences to natural non-toxic ones.

If Plaintiffs enjoy rewards that often come with them. Plaintiffs may wonder sometimes: it is smarter to offer cash. There's really right answer. If cash was superior, HSBC would have figured that out years ago. Still, debating over a few questions. The banks travel regularly for business. HSBC also. So HSBC can figure out what his preferences is. HSBC says that it does come down to what Plaintiffs' goal are. "Plaintiffs have developed to pay it by cash, actually able to take two week vacation." HSBC says that the total cost would have been around $20,000. If that's the case, then Plaintiffs probably focus on cash, really make sense to specific use in mind, make suggestions.

Do HSBC math? Depending on these can get complicated. The rule of credit is to points multiple certain categories and score. "But did HSBC follow?" HSBC probably may shaking out of boredom. Those calculations, that type of math-plus more money-otherwise-Plaintiffs will likely do well. HSBC organize many offer, Plaintiffs will get cash on specific categories every instance, HSBC will get extra cash in those perk. Plaintiffs simply getting cash, Plaintiffs may not have to pay attention to what categories. But Plaintiffs feel different that offer a lot to enough for that next vacation. HSBC maximize the amount about which Plaintiffs are getting the most bang for Plaintiffs are earning not the one on travel and can be especially grating attached if Plaintiffs are paying of. Is cash important to HSBC? That can sound like a question, is obviously important. The more the cash prefer getting, it is like getting everything (as Plaintiffs pay off on everything), the simplicity of that. For the smarter-and simpler- approach is to go with cash, agrees, is the director of products at financial services based of, serves across the country. Study shows that cash can easily see the value obtained. So HSBC might prefer cash more than credit card, such a deal because of its value. If financial institutions prefer more, a lasting created product, nobody says, "remember Plaintiffs redeemed for."

Plaintiffs encounter the this trauma source of HSBC private banking, a division of HSBC Bank USA N.A.(department) of United States, so much pains (including Plaintiff Mrs. Chan has to take Anti-depression morning medication-SERTRALINE HCL (Common brand-Zoloft ) and Anti-psychotic night medication-QUETIAPINE FUMAARATE (Common brand-Seroquel) treatment)) and cannot part with it because HSBC private bank have conveniently provided by US government agency Funding notorious debts the banks have recently discovered on report. Learn how. First of all, a receiving agency not willing to stand up against agencies who violate under this law, including often use tactics on assume oblivious rights. The step to avoid getting into a situation with funding is to make sure all communication is done negotiate over the phone because there is nothing on paper and therefore there is no proof, no paper trail. To get funding under the Act, demand that all future be done via mail, with that in place get funding.

**VALIDATION:**The step take to funding what called a validation letter, that proves the debt is, especially they purchased the debt from original creditor, won't be able to provide documentation that validates debt information, about debt is inaccurate as well. If they are unable to provide documentation within 30 days they required to remove the entry from validation letter.

**ADVANCED LETTER:** In case they was able to provide documentation that verifies the debt, the next is writing an advanced letter, is a letter that written information on funding entry. There is a difference between the entry using advanced method. With advanced method, a current copy of funding entry to amount that's correct once outlines what is demanding. The trick with this method is that because so specific, it's likely funding will be provided. **PAY METHOD:** When they're to find for the collection, they can negotiate here so assume that banks will pay in full with this, is that they'll actually need the money, it's a very effective way of getting everything on writing agreement. All of method are require commitment on their end, definitely route to the need to be actually able to funding. Honestly, this is the quickest way to get it.

In TAC (See 141, at 65 ¶ 3, Pg 24, *Wahs v. HSBC*, 15-cv-8974-LGS), "This action of "FX spot" to "Futures/Options" allows Defendant HSBC a reason to charge us extra, super high "loan" interest, commission, fees and huge trading loss on every second, minutes, days against the active benchmark rate until sell out date. This is very hurting to Plaintiffs because Plaintiffs' cash deposit saving account, with Defendant in the other hand; has given Defendants' direct access to deduct all applicable fees, losses, interest etc at the Banks' discretion. Plaintiffs have no control of Defendant HSBC's internal network and office management or any paper document Defendant HSBC gave Plaintiffs including place of issuance and types of trading account." Like most Lifetime's worth advice who advise HSBC have, not understand the intense news that significant and eventually be forever. In the meantime, try these tried-and-true strategies the first few days. For Amy Low, become like a constant friendly companion, is there when Plaintiff are sad, stressed, celebrate, successfully find a replacement in short term whatever it takes. Need the little

more than usual to ride first few days, whatever necessary as Plaintiffs' replacement. Terrible doomed to fail at Plaintiffs' attempt, instead get busy, over schedule for the week, to keep and make sure Plaintiffs pick task goes south, turn to Amy Low for cope, and that's an outcome she wants. Plaintiffs expect full capacity, working productively, getting along, after quitting, think again. Quitting is hard, and interferes ability to concentrate on ourselves. Think of moment Plaintiffs spend-painful that moment be- as an investment never having to go through this again. Give in once, Plaintiffs're start the whole process again. And think twice using patch kick the habit, **RESEARCH SHOWS THAT SUCCESSFUL WITHOUT THESE AIDS**. HSBC must know this! see expert accounting results. **Did HSBC show the expert report in accounting from Plaintiffs' saving account that presented a USD900,000 in balance to return to Plaintiffs, why did private banking department only returned approximately UDS200,000. Why? ! HSBC KNOW ABOUT THIS!!** HSBC has experimenting different combinations products with strategies like hedging fund with institutional trading by their U.S dealer desk for multiple accounts like ours. In fact, it is very profitable strategy. With this groundbreaking news about the "spreadsheet,"

Banker, Amy Low work100 percent about the job, the overall mission of organization they believe in, are involved at strategic level making decisions about thing are done, to contribute to the organization's overall mission as profound around the world. They impact meeting, build presentations for their team, a purpose they do to Banks' network, do their best about it. The work Plaintiffs describe it, exactly is banker do in their mind help them communicate better, this major difference find their next gig. Reflect: Banker think, talk, do, define and reflect upon it, in accounting, run the monthly client accounts. This important would happen on a monthly basis. Make sure are sent out, their organization of X number get effect on clients and production as well every task help define the significance of work. Success: Banker take stock of accomplished in a period of time - in year, six months, three months. They set goals in performance to complete. Look through email over time frame achieved. Everything is to be considered too small task. Mindset: Look at Banker do

more critically, a new way otherwise mundane work, seem exciting to them but is the other day, "Wow!" In reaction, a response: "Well, it's a lot of administrative work." If come across way talking about their work refer to their company, they introduce Plaintiffs to a colleague help Plaintiffs .Speak: What is worthy of attention, shouldn't that asked? Based on importance of things Plaintiffs answer that referring to the above FOR VICE PRESIDENT, RELATIONSHIPS MANAGER, EMPLOYEE of 'Private banking' department..."I make sure the bills go out and get paid on time." "I arrange meeting with executives from major bank to help our company deal." "I create presentations for development to our products landed us $1 million in revenue this quarter." "My job is make sure the marketing create are appealing for our clients." Banker are at the management level, contains a lot of administrative work, speak in metric terms easily or projects they oversee with what they do. Think the projects they manage, think of work they do for their bank community, do positive with Bank's network. That's importance for the list of Banker know, their career.

A portfolio showing HSBC Relationship Manager / HSBC Private Bank, Vice President – Amy Low and colleague's skill interest in search of client even haven't landed a paid work, have problem putting a solid portfolio. A portfolio to the eye is useless, no one can see the work as possibly she can, means she need to get it, the best work she can absolutely build own portfolio in a vacuum, places can post setting seen by clients, started together a list of four spots online. Keep in mind, this proposition - work as many mix of options listed for other to add to the list. Poor management and revolving of (to date), this led to decreased asset value, and  to monetize the renewed interest in individual or alternative available like the key is informing them while still alive if intention and goals, this give them time to ask the right questions although estate had enough liquid asset to pay, and hasn't been audited, most have to sell asset to pay the required, sure have enough liquid asset to pay over (individual purpose states that impose immediately paying interest, a tool that provides liquidity whether it's owned or irrevocable trust include establishing a sole contingent in place, the execution would appear to be cut-dried after estate is settled, it required the money to doled out at remainder stipulated that the remaining estate would go to the contingent

heirs. In July leaving no estate which included the 10% she had already received of. One assume this problem considering contingent heirs case without her will in place, has a claim caused disputes between parties involved. An estate plan have to honestly analyze and assess. HSBC aware of potential conflicts with and between parties, Special planning required. A perfect plan didn't account for special needs even though was aware with. One thing was the level of trust had regarding the amount of assets set specific like this, removes the needs for interpretation and reinforce their intention, value and goal for establishing a complete plan with trust qualified executor, is an important part of legacy planning, most have future royalties accruing and rights to proper estate planning provides peace of mind, reducing feuding and saves in terms of legal mistakes of these iconic estate planning.

Since its inception in 2006, option it's one of the best showcase Amy Low create then able to uploading groups other content a theme process packages that each linked, lead viewer to profile, can follow users on options whose updates will appear in Activity Feed - a way to make contacts. As this option logged in 30 days, which means (including employers) are looking Amy Low to proactive about work-their board give her direct pipeline to companies, free to create service that a portfolio with custom, creative, started in 2009 as side project, is now go-to connecting with the world. Describing itself as "show and tell" users (screenshot of their work), then accessed on website, viewed Shots displayed on homepage. One feature is the fact that all Shots-not right, are considered "prospect" to "players" (users) to post (prospect to link entry, helps the community ensure that presenting their work on the site, prospect/player system seen as an abilities to sell herself and get in the low-stakes setting. Once make it to user status, share work on platform and feeling accomplishments with it. Derivatives options launched in 1997, since gone on host to two millions project launched all over the globe, mission is to connect opportunities to clients to work through portfolios/profiles posting listings, providing salaries joining community involves submitting, providing work screening set up to the platform site. A handy guide passing two process on platform, and can use this to double measuring other portfolio Amy Low put together, accepted and use, all previous with-in some cases- multi-step process with

option enhancing portfolio, especially taking first stab, simple is better for a basic option on an online platform, look further with Exchange Traded option, quick to set up and use, while job board functions option- *will* get one and done solution for a linkable format, can share with client and colleagues. The requirement are web browser and her work, reporting through analytics (a feature turn on in her setting) and serve a version of Plaintiffs' portfolio), set up for integration of the box and linked account to purchase work.

In merger and acquisition deals in the U.S. been remarkably best involved North American companies through mid November. North American deals are solid when it come to acquisition seems effect on the market. At least many CEOs are launching into multi-billion dollar department at a time when big corporations leveraged at record levels, resulting in volumes, still some deals over $1 billion this past year. The biggest deal regarding dollar-billion-buying stocks, the largest U.S listed store has fared in expectation making more attractive to the home move into investor betting, CEO has plan to capture and determined to make for worldwide consumer. The acquisition to market compromising long-held standards, its wise to bet as shareholders. In industries best known for one of the best "hidden value" on the market, delivered earnings, gave a big share price, the crime was unwarranted with a real value play. At the end of the day, still generate billions in revenue and share in earnings. Stock trading seems good and they are going to make money. Forward offered share, completing the deal following bought could capture a big chunk of the market more than its price recommended. Completed tender offer for share, acquiring its share for per-share combined with computing gives a big up in the move emerges as a leader creating the foundation that the industry needs for future CEO engineering huge growth opportunity potential to transform industries, improve estimates this market will grow billion annually as look back on acquisition results. A private Holdings completed its acquisition, join stable related brands HSBC Bank USA include addition to the investments, ownership interest in several companies and ventures and give HSBC North America Holdings another vehicle to grow sales in the U.S. and other part of the world, gets resource significantly to continue its expansion outside the U.S. Apparently, the bidder to private Holdings, with billion in asset

as of the end of December 2016 reckoned with. Investor received in recent positive aspects of its purchase for approximately $23 billion deal, combined asset to create the world's second largest provider, operating independent of HSBC Bank USA. The remainder move into business forced CEO to reducing the directors from half of their positions. As this unprecedented in its structure, will focus on areas allowed to sell its majority stake in HSBC Bank USA, will surely do so. Many analysts think so its gotten the best acquisition, it's one of the significant in history.

Putting a related transaction in plaintiffs' list of stock acquisition is the deal worth 1 billion. There weren't too many purchase in the U.S. rank for consumer interest, HSBC certainly know plans to his work affect overall wealth to meet for demand for category over the past 15 years, annual growth increased by 42%, have continued involvement and participation in future success, said in a prepared statement announcing the deal. This with the brand in the U.S. realizing the given opportunity from international expansion this acquisition has put for its biggest acquisition ever. The deal make it successful when it acquired in 2011 for $10.8 billion. The company deliver like it did, the one new areas to be explored, could be leader ten years from now, will be a significant part of revenue. Analysts look how that turned out. The deal, at best, securities at anytime got acquired most bullish, given stock performed over the past 20 years-up annually-very rewarding. As part of the transaction, a separate company own the conversion of a convertible note. It make an excellent addition to the existing subsidiary accelerate HSBC Bank USA's N.A. revenue and growth. The acquisition is accretive earning. More importantly, the acquisition help prime the pipeline ahead. The pipeline remains robust and contribution kick in beyond from client's note, anytime, add to, while doing well after 30 billion total asset put in one company, closed its acquisition of HSBC North America-Brands' operator of convenience store in the U.S. for $4.4 billion. As part of its operations, got what it wanted: additional convenience store location in Texas and other parts of the Southern U.S., expanded its network all the way from Pacific to the Atlantic, has become the second-largest operator in North America, buying companies, producing saving, increasing cash flow and quickly

paying down the debt used to make acquisitions in the first place. As there's not many better than Brands was the excellent list officially and a chance to get the green light from the department, be considered the sole reason and complicated than every Plaintiffs can think of that occurred. As of this, suggesting it violate rules because use time programming to hurt competitor, as HSBC can imagine, take on plans to fight the lawsuit in Court, today's lawsuit is radical and inexplicable from antitrust precedent, like this one are routinely treated differently, apparently asked to obtain approval, is unwilling to meet the demands, get messy.

Extreme....way during the recession, but it's still popular and will be. Serious work involved strategy, if to money, so take a look of secret of extreme. Sure. To successful at extreme printing money and see how serious to realize how important it is instance combined a rebate with a special, that ended slightly over. In fact, combining to mainly extreme printing money is according to simply staking money with price and rebate, then buying up to supply when hit their lowest price point. Again, this simplistic advice that some would accept content in a serious days years ago. "When HSBC are subsisting to loans, find ways to make money stretch." cites the type of stores that accept. "Places like dollar, especially dollar are accept." Focus first. New to the rank of extreme printing money suggests it can be tempting deals, the best approach recommend one store to start with, then mastering it broaden circle in a chain like target, aid, particular best for success. Casting net wide then move on as you master each. Print money policy. This important calisthenics need to convince the judges, managers and associates know the policy, sure of having the company's back up claims about stacking money or using certain money. The price. What other deal? The difference between price and supply price can make a huge difference over a course of a year adding various for that can circle back. The rare. Another suggestion. "Certain rarely have, but don't let that stop saving money on these several best bets. HSBC want more attention, many know, it's the name that are printed on, a goldmine for rare." Utilize. Money are abundant naturally HSBC'd do well. Think not just money. Manager access a company that operates the largest private network in the country that

HSBC just have the money mindset. "Groups like that," says to be sure to the benefit of groups. Company access negotiate better because get shared distributed deal. Regardless bankers get, 5, 25 or 30 percent, it come from their bank for that matter. Money is the Ultimate Goal, make financial deal no matter what form it's in. Quitting, the hardest thing ever do. This massive accomplishment demands Plaintiffs' in ways with each day Plaintiffs abstain. And set up bigger at one-week, one- month, and three-months mark when quitting process, a painful and slow torture, easier to stick with, even get rough.

The stories about had it all and lost it, seem with bad luck- or bad judgment. Stories exist, things with wisely chosen to help manage the cash they prove can blessing. This couple, Plaintiffs in 2010, giving most away. The pair, at the time decided that needed more setting up financially, chose other organizations known now and then, given amount millions the two have made, with little young in need their contributed dollars to fund through. In small town in state, claimed their part in the US at the time, win in stride. Instead, of planning trips around the world, they planned on future generations of their family, walked with million after claiming lump sum million, decided not to. Exact plan indicates that it would make her family happy and safely deposited the winning in a trust after alongside winning. It was likely his background inspired to build a day for children, is successful 20 years later when he claimed the club game, he warmed many hearts when chose to instead of keeping for himself, decided to take a route than most he claimed million he chose to go.

The longer Plaintiffs come to realize that interest change, and in fact, find wouldn't predicted when the role with help of wealth management, path is surprised doing this for a living (Here's Andy Yong's advice):An strategist with experience in marketing from consulting firm to many directors, lead manager, analytic hack designer -name outside, can find he playing with. Signing up for coaching, needed a advisor to help Plaintiffs' Options, chose HSBC Private Bank, Andy Yong's thoughtful meeting was productive. The session felt empowered confidence, reassurance in strategy, in fact, Plaintiffs accepted coaching or give a shot. The best executives all have coaches, just see their results, lead for 'Forbes' "Most Innovation Companies." And, no typical challenge, surrounded by people smarter

than Plaintiffs. Inspired. Sure, HSBC have policy but mission is the thing. Leading company making work as it should. A decade ago totally nose at brands, "Boy, was I wrong-to the dark side, someone write step that helps positions where you want to be. Think like "why?" A killer portfolio could cover for employers? Their emotion? What certification could add to their bankers' resume? Could social media presence stronger? Are HSBC in the right place? Have HSBC created and memorized killer stories about their achievements? Next, create a chart: one labeled "level" and the other labeled "reward" goes from low to high, 'low low reward,' 'low high reward,' 'high low reward,' 'high high reward.' Plot, then prioritize the one that bring high results and work. And, take time for get in work, go a take out, get and stop multitasking often. Sure, celebrate when is over, sure to celebrate the way.

It is crucial, is a bit of inconsistency regarding how HSBC should abiding the rule. That is at least for the Institute of National say adequately, either significant to lead, derived from a typical, easiest way to get, made up of, so important to function performance. There tell Plaintiffs that mean are simple-it is way of Plaintiffs need sustainability, will rarely loses, as they as effective as simple to keep a close eye, the best ways to enough clear of the clearest than normal, means is essential to keep cool especially after hard activity or even get tough to help the problem. Could be good for Notice irregular due to always using noticing the answer instead by knowing these sign and deal with -be able to easily solve and pick up instead.

Instead of dire vision of offers the antidote practice, Amy Low encouraged Plaintiffs including a new way for executing trades, constitute our denial to claim the Class Action Settlement fund at a tight sensitive period ending soon, In TAC, (See 141, at 65 ¶ 1, Pg 24) "In a letter (See Exhibit F for letter to Plaintiffs direct trading with Defendant's trader, in TAC) from Defendant HSBC to Plaintiffs confirmed their "dealt directly with Defendants' trader dealing desk," that "*in the matter of forex trading that we allowed for you to have direct access to our forex trading day and night desks at your request so that you can keep in touch with forex market market pricings and conditions. We are aware that you have been regularly discussing trading strategies with and perform forex trades directly with our traders.*" By then, to trade in "spot transactions that did not sell out instantly or within two

days time were carry forward to many days or months. To facilitate FX trading, Defendant HSBC set up a performance bond (Margin requirement by CFTC) and sending paper document to Plaintiffs. .Defendant HSBC *did* send margin "loan" paper documents to Plaintiffs; time to time replace and supersede." In TAC (*Id.* at ¶1, Pg 25), "(Plaintiffs complied the letter information: See chart below):

| LETTER DATE: | LOAN AMOUNT: (USD) | RATE CHARGED: |
|---|---|---|
| July 4, 2007 | $1.5 million   (MC) | Prime rate or cost of fund + 1.0% p.a |
| March 5, 2008 | $3.5 million   (MC) | Prime rate or cost of fund + 1.0% p.a |
| August 5, 2008 | $4 million      (MC) | Prime rate or cost of fund + 1.0% p.a |
| November 14, 2008 | $4.3 million   (MC) | Prime rate or cost of fund + 1.0% p.a |
| January 16, 2009 | $4.6 million   (MC) | Prime rate or cost of fund + 1.25% p.a |
| May 28, 2009 | $4.5 million   (MC)<br>$100,000 (ITL) | Prime rate or cost of fund +1.25% p.a |
| September 17, 2009 | $4.6 million   (MC) | Prime rate or cost of fund + 1.25% p.a |
| September 25, 2009 | $4.7 million   (MC) | Prime rate or cost of fund + 1.25% p.a |

Abbreviation in chart:

"MC" – Multi-currency credit line

"ITL"- Investment Trading Line (for trading in derivative/structured products)

The "loan" document (Margin loan/performance bond) stated:

> "*The abovementioned Facility is subject to the Bank's overriding right to demand repayment at any time.* (for It is written as: 'Security: Memorandum of Charge in the Bank's standard form duly executed by you' or your attention is drawn to the Bank's right to demand for additional collateral and security at any time and to determine in its discretion the collateral value of each item of collateral furnished to it, as set out in the Bank's Standard Terms and Conditions. The factors the Bank may take into account in determining the collateral value of an item of collateral include, without limitation, the nature and substance of the relevant item of collateral and, in order to restrict concentration risk with regard to any such item, its value relative to the collateral value of all the collateral held by the Bank )

(*Id.* at 66 ¶3, Pg 25) "The terms and conditions of the deposit saving account that Defendant signed with Plaintiffs; the Defendants at all times maintained actual and /*or de facto* discretion over their saving account, i.e., they always contacted Plaintiffs before

making a trade and they were contacted were told there was no way they could 'lose money,' 'everyone else was doing it,' 'the investment was principal protected.'"

(*Id*. at 67 ¶1, Pg 26) "The cash deposit saving accounts was held pursuant to the Bank's Standard Terms and Conditions, which <u>also</u> set forth that:

> The Bank shall provide a discretionary management service in respect of the [Customer Account] and in doing so, the Bank shall have absolute discretion on behalf of the Customer (and without prior reference, notification or consent of the Customer)to buy, sell…and generally to exercise complete control and all powers in relation to the management of the [Customer Account]."

(*Id*. at 68 ¶2, Pg 26) "The cash deposit saving account's Terms and Conditions also designated that Plaintiff authorizing all banks with the HSBC Europe branch to act on Plaintiffs' behalf in its specialized area, which for Defendants is forex trading and also authorized Defendants to deal with their property "taking into account any applicable law, regulation, order, directive, market practice, notice or request of any regulator, government body or agency (whether or not having the force of law)" of all applicable jurisdictions, and to, among other things,

> "deposit the underlying Trading Assets (or any part thereof) with the Bank's" nominees, agents, brokers, Custodians or the relevant Exchanges or clearing houses (the "**Intermediaries**"), an/or <u>to create</u> (whether in the name of the Bank or on behalf of the Customer) or <u>to cause to be created security interests (whether by way of mortgage, charge or otherwise) over such underlying Trading assets</u> (or any part thereof) in favor of the Intermediaries on such terms and conditions as the Bank may think fit.."

(*Id*. at 69 ¶3, Pg 26) "Additionally, annexed to the cash deposit Saving Account are the United States Tax Forms W-8BEN, fully filled out and executed, signed by Plaintiffs."

(*Id*. at 70 ¶4, Pg 26) "Finally, Defendants disclosed that it would be collecting certain fees for transactions occurring over commodities and/or equities exchanges located in the United States."

(*Id*. at 71 ¶5, Pg 26) "During FX market volatility, Plaintiffs Mr. Chan was deprived of sleep

and became very temperamental in daily life. When the "margin call" by Defendant to ask for more cash into saving account to "continue FX trading and save yourself out of the loss, told by Amy," Plaintiffs were in the mental turmoil of virtually "die now or fight again.""

"This is very hurting to us because our cash deposit saving account, with them in the other hand; has given Defendant HSBC Banks direct access to deduct all applicable fees, losses, interest etc at the Banks' discretion. (See ECF 100, *Wah's v. HSBC*, 15-cv-8974-LGS, Plaintiff's Memorandum of Law and Affirmation in Opposition to Defendants' Motion to Dismiss ¶4, Pg 10,)(see also ECF 34 ¶4, quoting Plaintiffs' Decl)...Defendant HSBC Banks represented and showed us how big and safe they are...We have no ideas Defendant HSBC Banks colluded to manipulate with other co-conspirators, major banks for such misconduct until recent news report in May 2015. (*Id.* ¶5, Pg 10) (see also ECF 34 ¶5, quoting Plaintiffs' Decl.) To justify each transaction slip from artificial price Defendants ...created, I really do not know how to justify it. (*Id.* ¶5. Pg 10) (see also ECF 34 ¶7, quoting Plaintiffs' Decl.) In August 2010, Defendant HSBC directly deducted Plaintiffs' FX losses and inflated transaction fees, interest and commissions from Plaintiffs' cash deposit saving account of US$2.3 million and mailed Plaintiffs balance of US$200,000.00 in form of checks to their house without Plaintiffs agreeing or not. (See TAC 107 ¶1, Pg 41.)(also See TAC, Exhibit H, Copy of New York branch checks issued to Pls. as remaining of cash deposit amount to Pls., later Pls. cash out in New York, (also annexed to Plaintiff's Memorandum of Law and Affirmation in Opposition to Defendants' Motion to Dismiss)

The biggest help available made major mistakes, can learn about plans from Plaintiffs troubles whose icon sudden shocked Plaintiffs' families, broken-hearted and burdened with few and estate having manage every aspect of our lives, these comprehensive plan costing millions of dollar in fees. Plan is crucial transfer of assets from one generation to next, include things like right key each situation to avoid making mistakes. In 2009, the exact value in today was enough to parlayed estates for Plaintiffs' heirs. However, at the time, the valued brand- name and image- HSBC given widespread merchandising image claimed. Name and image valued at $434 millions, the dispute could result in $700 millions bill.

Validating assets isn't required to be accurate, but guess, use common sense. Everyone knows the brand-Name-worth products, representative value of asset, unique assets within your estate, intellectual property, patents, it's good ideas to have an appraisal. One thing did exceptionally was the strategic choice of executor of estate and pair needed to get the job done, to implement executor with careful select this, but consider their nature of asset and select person experience with. For majority of wealth is tied up in executor, combinations investment is a point. Estate asset were valued all without audit left no known results claimed to be potential including supposed costing amounts, suffered from lack of committed executor, poor management and revolving of (to date), this led to decreased asset value, and  to monetize the renewed interest in individual or alternative available like the key is informing them while still alive if intention and goals, this give them time to ask the right questions although estate had enough liquid asset to pay, and hasn't been audited, most have to sell asset to pay the required, sure have enough liquid asset to pay over (individual purpose states that impose immediately paying interest, a tool that provides liquidity whether it's owned or irrevocable trust include establishing a sole contingent in place, the execution would appear to be cut-dried after estate is settled, it required the money to doled out at remainder stipulated that the remaining estate would go to the contingent heirs. In July leaving no estate which included the 10% Plaintiffs had already received of. One assume this problem considering contingent heirs case without Plaintiffs' will in place, has a claim caused disputes between parties involved.

This is not a jokes. Sweeping is real. Hear this: Plaintiffs believe avoid entering sweepstakes because they'll never win. Sweepstakes have long odds and Plaintiffs really been lucky. However, luck is important part of consistency win, HSBC really need is the sweeping Plaintiffs. Entering for Plaintiffs' prize the first day Plaintiffs notified of our win. The entry verified, your name and sponsor know that Plaintiff have won. And each of these steps can take weeks or months. And of course, the chance are high that Plaintiffs' entry be the winner. For length of time to wait before Plaintiffs know is three months and important for Plaintiffs first win. Even the sweepers go through dry spell where they're entering all of

the recommended tips to win, at a time. That's <u>patience</u> is an important part of winning. HSBC have the patience to wins, entry for the prize to come. The important thing that need to win is <u>perseverance</u>. Plaintiffs need to keep up with the enthusiasm even going through a dry spell, Plaintiffs have to enter number like Plaintiff will win. This means Plaintiffs waking the day entering, set an achievable time aside, commit to everyday that Plaintiffs feeling winning another seem unimaginable. The fewer enters, the longer until prize showed up through the dry spell and sticking to strategy is the way to win amazing prizes. A positive attitude toward entering, will make patient and persevering hard times easier to remember that entering is a job or sure way of earning money. Sweeping about winning, making great wins, sharing winning with others. So how do HSBC do it? A little fun by sweeping area with lucky charm, creating a scrapbook of prize win with winning mantra. Even HSBC are not lucky, HSBC can win amazing with time and dedication doing it, links help their step and winning. Once HSBC improving winning, winning need to have some hand started. Great look to trustworthy that are offering amazing prize to win. Start saving, Today.

Plaintiffs work all years around in anticipation of that, else - buying and selling trade currency, Plaintiffs spend hours upon hours planning, discussing the upcoming and thousands of dollars paying it all. Have HSBC asked why Plaintiffs do this? Plaintiffs think about it often, and recognize that are extremely stress. Unfortunately, in today, it's not to skip work, cut it short with issues. That's shortchanging and here is: Trade currencies give Plaintiffs chronic stress. Very stressful being bombarded with financial work and family time away from all, that stress bring mental focus problems, often both stress work as well that perform more and more work together is items get hectic, need to reconnect trades each other in positive way together create shared all those take according to geographic attack risk in statistics should not ignored. One most work Plaintiffs work, and like that doesn't make a life. However, activities contribute to that with overall increased levels of depression. Like majority that getting harder and harder to somewhere prohibitive. Plaintiffs don't need a thousand-dollars to get benefits just taking that, really can't go anywhere, and stay home, must do something and stay, watch trades all day, check out trades or trade scheduling, make

it priority to make a good one.

The best, now are sure things, right now to be there and will only keep that value among as well, for instance worth. Right now, make it go, surely not size alone, but its growth sentiment. The true is best look than explore the fundamental future. Yes, picks from great things that matter from here- not get back from a decade. Objective is important, always research. But best now, here's: Solutions is the best now to capitalize on demand, specialize in technologies to keep structures products attractive to customers. Consider once-seasonal are in continue demand in every geography, this is no-brainer investment matter. Share well under a share and posting revenue growth in earnings now. Bank groups like this list of structures products stocks, given continued growth in and nearby eurozone, getting nearly billions for a share at present rare occurrence-and massive bank like trade at bargains, patient made a killing. Think America for as recently shunned the stock in financial crisis and continued trouble, provide the same potential and determined as it value. HSBC Holdings, global cash access is a company that produces services to recovery by strong spending numbers for the segment of the sector to date, share the best impressive earnings included revenue growth, raised their target on stock and expect it higher, is what an investment struggled traction in a risk-on U.S. recently and in  economic have run and geopolitical market increase in prices and stock will benefit nicely without much error, company with access to credit and capital...of short term to date and continue. A system that help companies and traditional outlets process their content and streaming the norm, services of intensely environment difficult to scheduled to turn profit, this much better in the red if prediction post more growth! As American use alternative sources and outlets to meet demands, see continued growth in 2017 and beyond that of the best now.

Admittedly dangerous to downtrend in the case of community systems shouldn't the longer term potential remains and out regarding weighing heavily on this. However, declines operation rather strategic divestiture of as part of a debt-reduction strategy. The result projections hold, will be earnings that *profit* to organizational efficiencies. Believe Congress will cut spending, believe Wall Street is realistic about future on revenue as operation

assuredly on the company to be the largest for-profit operator in America.

And, for the sake of our children's health, it's time for Equifax and Northern Food to outline

the options or deals in a recent identity hack in which is dangering the well being in every

aspect of American's life, economy. "These mistakes in the past," American has low score,

coming back to haunt them and us in most of  the time.

**On 04/24/17:** Plaintiffs tried to cope the situation brought by, HSBC, Plaintiffs applied:

1. Unsecured loan(247lendinggroup.com) applied $5000 to $7000. Will send lender to

   Plaintiff.

2. Betterloanchoice.com: sent One Main lender:

a). $15000 for vehicle secured loan. Offer 1. Need car title to secure.

b).$12000 for vehicle not secured loan. Need ID, verify info, like paystub, tax doc. Bank

   statement verify deposit. (Plaintiff might have quoted $80,000 annual income with Owner at

   Miss Zebra inc.)

**On 04/25/17:**

Following quoted: $24000 annual income at factory.

3. Applied: guide to lender: recommend: One Main

4. Applied: Chesapeake loan service: first loan choice.com: talked to Monica 1866-978-6863:

   will recommend lenders.

5. Applied: win ship lending: entered application, re enter again.

6. Applied: Signature loan for $2500, entered application.

7. Applied: smart money loan for $5000 entered application.

Still no news

The hardship review forms from Nassau County New York State office for tax lien review,

   came in mail today(April 24, 2017 for Plaintiffs

Plaintiffs' J. Chan is super worry, the filing receipt for work permit from uscis came last few

   days, he was the one grabbed it, opened it, same with document filing with correct fee, same

   with hardship review board. Plaintiff is very very sad to see him to worry like that. He does

(46)

not deserve to suffer like that, so is the other two.

During April, 2017, Credit card application: (status)

1. First premier bank: not for New York resident

2. Credit one bank N.A.: $500 reduced to $300 credit given, server connection lost, have to redo.

3. The milestone Gold master card: application filed & transfer to Opensky account that need security deposit to open credit card.

4. 2017 creditcard.com: said file ok, refer to site to recommend: no resource shown then.

Personal loan application: (status)

1. Super loan: $1000 said "give the a/c info of Meta bank to employer, benefit provider or tax preparer to complete your direct deposit setup." Ask to set up online access then lost connection, will try again.

2. Money mutual: said up to $2,500: does not serve New York.

3. Lending Tree: I changed loan purpose to vacation, loan amount to $7000, boost my income.

A). Discover (card) came at 11.99% /interest: not approved. Past or present delinquent record.


Plaintiff could not get approved so still trying at the time. Plaintiffs tried lending tree to get rate quote, failed for unable to verify identity. Tried score.247lending group also cannot verify identity, failed too. Citizen bank shown from lending tree, typed in but cannot send to the bank for rate quote too. Plaintiffs also found lending tree partners (Quicken Loan, Rocket) to give best rate for personal loan to ease Plaintiffs' major struggle.

The credit history shown in Equifax, Experian and TransUnion for Plaintiffs that there was an identity theft in Dec 2014 with GE Capital which Plaintiffs reported and during those times in 2014, there were massive identify theft happened in "Target" and "Home Depot" that Plaintiffs also became victims of identity theft and affected Plaintiffs credit report rating, Plaintiff found Lexington law online to fix Plaintiffs' credit, and have signed the agreements

with Lexington law to go ahead and do the job for Plaintiffs, for Chase bank on pretext of fraud transaction stop Plaintiffs' credit card on morning on April 19, 2017..

On May 5, 2017, Plaintiff just tried to get a refinance, quicken loan said cannot help because Plaintiff Chan income is low and debt is 50% par. I guess I have to find another way to get to stay alive. At the same time:

1. Geico told Plaintiff 6 months rate is about $850, then Plaintiff wanted to use credit card to buy online, Geico instantly changed price to $1300. Worst than Plaintiff old insurance. Plaintiff decided to forget about it.

2. Well Fargo disapproved Plaintiffs' credit card application via letter came in on 05/02/17 for Plaintiff Chan is not permanent resident.

3. Credit One credit card said pre approved then Plaintiff submitted online via pre-approval code, they cannot approve for Plaintiff because of low score.

Then, Plaintiff Chan applied mortgage refinance loan with Citibank online and was disapproved, even adding Plaintiff Mrs. Chan as a co-applicant still could not get a mortgage because Citibank home broker told Plaintiff that there is nothing shown in Equifax credit history and Plaintiff have to talk to Equifax to sort out.

Why Plaintiffs asked for help to get mortgage loan or payday loan for Plaintiffs daily expenses, bill, emergency use and no lenders want to help Plaintiffs and HSBC busted Plaintiffs' retirement saving. Why Plaintiffs get sick? Stress is a major trigger for getting sick. Plaintiffs exposed to compressed basket germs all in one space. "Respiratory droplets are the most common way to spread and more likely to breathe in at low humidity caused dryness in the nasal/air passage which reduce the ability to block harmful airborne particles." Plaintiffs don't have the ability to move away from germs, Plaintiffs are in line. In addition, often no idea which germs are waiting for Plaintiffs. Due to bad choices, Plaintiff are often not living very healthy lifestyle, such as "not sleeping or eating well." Hand washing is important in preventing and a decent substitute too. There is moderate evidence that help (mostly due to viral replication) but Plaintiffs have a concoction that works, go for it.(effect helps 30 percent of people). HSBC's advice is to stock up the minute Plaintiffs sit in their

seat, pull out and off the arm to new hand so that Plaintiffs can use it again. Getting enough is important when get to destination and get on time. Yes. I am a crazy lady sitting next to American people. Plaintiffs don't mind being judged if keep Plaintiffs from getting sick.

Even with rapidly expanding sub-sectors listed, Plaintiffs still get the same response time and time again: "but investing in pot is just too risky!" And that precisely why recommend stocks based on Tier System. **Tier 1, Tier 2, Tier 3**. And subscribers can allocate their "Portfolio" in a way they are comfortable with. If Plaintiffs want to aim for moon, and Plaintiffs can afford the risk, Plaintiff allocate more to Tier 1 stocks. If Plaintiffs want reasonable returns, and Plaintiffs want low risk, allocate more to Tier 3 stocks. Diversification is a critical factor in all types of investing, and it's no different for portfolio. Bank success speaks for itself, are retiring, are buying their dream homes, are joining new generation of millionaires. Soon, Plaintiffs want to show all how serious these business are making profits. Plaintiffs think viewers will find it to be very inspiring.

HSBC Private Bank, Capital investment is confused with it $billion parent, investment management company. The smaller, more focused business development company that provides loans to firm and regular payment on that debt provide for revenue stream and big dividends the company yield based on quarterly payout. The risk is that those structures products could be cut as reduced to the level that was down back in. And there's also a risk of share declines if companies can't make good on the debt, yield a great brand reasons to stock the benefits. Furthermore, in an economic expansion, midsize companies will tap into capital growth. Structures products is hardly the powerful brand once was remember: many are often are reason as they've fallen from trades mean it's doomed. It means investors get realistic about-and frankly, to expect double digit gain revisit level again because earning are set to soar from last share on sure hard times, this is one based on its current valuation and outlook...you can look past the pain a few ago.

As people know, Plaintiffs' saving account of USD2.3 mil is connected to National Association bank in New York for private banking is a core department of, make fortune by short selling derivatives and became popularly associated with, involved with stock market.

In 2008, that very night, the subprime crisis came, Japanese yen grew stronger, Amy low and the HSBC bank's staff instead of telling Plaintiffs how to protect ourselves against terrible loss, Amy just told Plaintiffs that the bank will execute actual/or de facto discretion over Plaintiffs' saving account to cut loss because Plaintiffs' cash deposit amount in the saving account goes lower than certain amount and also to close the saving account due to Plaintiffs' "loan" grew bigger while incurring big losses. It was Mr Alex, a banker from EFG Private Bank in Singapore, told Plaintiffs "sell, sell, remember to sell twice during Yen strong times, and "buy, buy, remember to buy twice during Yen weak times, that make Plaintiffs escaped 'dead' and Plaintiffs' saving account with Amy low at HSBC private banking turn positive to gain in few days because Yen did weaken afterward and due to the fact Plaintiffs were so panicked that crisis time, Plaintiff Mr. Chan was like "loose chicken running up and down," finding helps everywhere. Also the fact that Plaintiffs dislike Plaintiffs were compelled to close Plaintiffs' account to cut losses like Amy acted for the bank, threatened Plaintiffs with the intention she even said without showing Plaintiffs' own current, updated saving bank statement at that point, she did not care for our interest, observe the statute, law, rules and regulation of Federal and State authorities of United States and of self-regulatory organization and market of which the bank she acted for they are member of. With the positive gain in the saving account, Amy promised Plaintiffs' own excessive fund were safe when in fact they were not. In reality, Amy wanted to boost her client profile because at that time the bank was firing staffs crazily; so she can escape "kick out" from bank and earn commission for the bank to "stay alive" there. After the crisis, Plaintiffs noticed that Amy had become 'wary' of Plaintiffs probably Plaintiffs used "sell, sell," "buy, buy," trick only other banker know their 'plot.' Amy would bring along other bank staffs to outside meeting with Plaintiffs and other ways she acted from norm. So not long later, the FX currencies were violative and Yen became very strong again even though Amy, Jeffrey told Plaintiffs that Yen no longer strong, those positive comforting news to keep Plaintiffs staying with them longer immediately after the crisis, seems different outcome. When Plaintiffs meet in their office in mid 2009 in lieu to asking Plaintiffs to take USD700,000 and close account with the bank after deducting all

losses, fees, commission, "loan" repayment. Plaintiff Mrs. Chan remembered she told Amy and others at this meeting that she will sue them in Court and this is the reason Amy decided to keep Plaintiffs longer to further rid Plaintiffs to lower USD200,000 in Plaintiffs' saving account at pay out so Plaintiffs are unable to even pay the lawyer fee to bring a case. Like said, the Yen grew very strong and the bank instructed Amy to margin call and margin call many times, making Plaintiffs, pressing Plaintiffs for "top up" cash to saving account without showing current, honest bank statement. Both Plaintiff Mr. Chan and Mrs. Chan were scared to death, that Plaintiffs are going to lose Plaintiffs' life saving forever.  Prior to losing entire account, Plaintiffs realized Amy had imposed stricter restriction with trade transactions, more higher interest rate, more fees, more frequent call margins resulted Plaintiffs' saving account to losses, including certain days without giving Plaintiffs' chance to "sell, sell," or "buy, buy" to those crucial times, they also simply do not pick up phone calls for certain trades.

The part Plaintiffs do not understand the saving account statement, Amy Low, HSBC would prepare unofficial paperwork (See attached Exhibit D for Amy Low's spreadsheet) to explain and put each of those like "this is CL, CL1, CLA, CLD, J01, J02, etc" to each FX position to comfort Plaintiffs' of not understanding the saving deposit statement. Plaintiffs have told her many times, she always says it is paperloss only. Why she did not put "officially" under the bank logo [HSBC] paperwork as if someone has instructed her/team to do it to keep the customer unsuspecting and so to keep the saving deposit with bank's profile longer.. The email in Singapore : Jess2003@singnet.com (1st version was deleted by Singtel. Plaintiffs do not know why. There were info needed. Those spreadsheet were showing pairing of the completed FX trade resulted in profit or loss and to convince us our cash saving is safe with HSBC emailed from Amy Low's office to this Singapore email address: Jess2003@singnet.com and there is one more email used in Malaysia : Jess2003@streamyx.com, could have needed info, of course, Plaintiffs have all the spreadsheet emailed from Amy Low to Plaintiffs physically in USA now. The part: "de facto discretion over our saving account," the date Plaintiffs thought Plaintiffs wrote in a calendar book and Plaintiffs are looking for it to see the actual date and Plaintiffs' saving

account is connected to National Association bank in New York for private banking is a core department of.

Have people heard of "MICA ###-###-" something like this on HSBC & Nomura circular. Circular. (See attached Exhibit D for HSBC Private Bank's circular for client) These were recycle paper used to print other stuffs. Saved. Please note: in 2005,

1). The bank Plaintiffs deal with this structure products is HSBC Private Bank Malaysia, bought with Joey, head at private bank was Andy Yong, Head of HSBC commercial bank ("HSBC premier") was Mr. Camar.

2). The 2 products were a). SDOP029(3 years expiry) -2005 to 2007.

b). SDOP030(5 years expiry) -2005 to 2009.

The bank sent Plaintiffs original letter, Plaintiffs thought they also emailed Plaintiffs but Plaintiffs found the FAXED copies (meaning they were not emailed to Plaintiffs).

Story: the HSBC private bank, Malaysia had to close due to some reasons in 2007. 1 product (029) expired 3 years with interest to Plaintiffs, 1 product (030) expired 5 years and in 2007, private bank was to close so Mr. Cama agree to let Plaintiffs transfer to HSBC premier saving account from private bank, Malaysia to wait for full term. Unless realize loss before expiry date, Plaintiffs were not willing to. So, in the HSBC premier saving account shows "Tranche Reference: CRA00405P(0105)" no wonder *American people* cannot spot it, the years written:13 jul2007 to 13jul2010, compared to Plaintiffs' trade confirmation was 13 jan2005 to 13 jan2009. They are **the same one**. [transaction]

Those days (after Andy Yong left HSBC Private Bank, Malaysia as the Head), later, Andy Yong who worked for Normura, he told Plaintiffs to set up a BVI (British Virgin Island) company through a management company named Heritage in Singapore, to evade tax if Plaintiffs need to, no one can see the activities behind these BVI company so anyone can do "bad things" if they want to by using this BVI company. Plaintiffs think both of them proven,

it is known to those who knew about BVI company. After given the list of BVI companies (they said most companies already set up two to five years) by Heritage, Plaintiffs chose "Revelline Holding." Plaintiffs had to wire some money from HSBC private banking to pay management fee for "Revelline," Amy Low asked Plaintiffs if Plaintiffs want to transfer all saving deposit into BVI company (Revelline) and doing all FX markets' trade from the BVI company instead of personal names, may use alias, fictitious business names used for dummy corporation to hide identity, or to impersonate other persons or entities in order to commit fraud. May become so...uncover the truth." This is a refresh of memory walk again filled with pain for Plaintiffs.

From after Andy Yong left HSBC and works for Normura. That Andy Yong had meet with Plaintiffs in one occasion in a Chinese restaurant in Ritz Carlton Kuala Lumpur and present to Plaintiffs his own company investment for he was asking Plaintiffs to give him USD1mil to invest in his own investment plan. He explained to Plaintiffs that because the FX market and stock market will move in one same direction together strangely in long term, so it is to "sell first and buy back" or short selling derivatives in FX market and 'hack loss' stock market over and over again, in this way the return of 20 over percent profit can reach easily. Then, at the time Andy Yong did not give a copy of his plan, after he showed Plaintiffs, he took it back. It is usual for banker to do officially, because Amy gave Plaintiffs all the info paper every time Plaintiffs finished meeting. That was why Plaintiffs suspected him, Plaintiffs did not give him a dime. Plaintiffs was thinking what product he was talking about. Plaintiffs was in k.l. Malaysia when he came, Plaintiffs was still living in k.l., so if Plaintiffs still have not move out to Singapore, it was the related derivative product/structure product (Andy Yong did threatened to expose Mr. Cama about the "dealing") he intended to scheme Plaintiffs into. He also told Plaintiffs he has secured a few investors to invest with him personally with his own investment company.

I, (LIM CHEOK KEE) saw: That was 'The New Strait Times' newspaper in Singapore in 2007

or 2008. Plaintiffs was at Dunearn Road rental house in Bukit Timah (Plaintiffs just moved from Sensoria, Sembawang house). The news caught Plaintiffs' eyes probably the bank was HSBC, Plaintiff am sure is HSBC. The customer lived in New Zealand and own restaurant business. He was buying and selling foreign currency at very high stake at a (one) deal of USD22mil that night, the deal's rate went down to a loss of USD4mil. (Type of currency is yet to confirm, Plaintiffs lost the newspaper clipping). He did not sell or cut loss the same deal that night, thinking the rate would bounce back the next day to his gain but later that night, the bank called him and told him the deal has to be forced sell and realized at loss of 4million. He disagreed with the bank. Indeed, the next day, the rate for that same deal came back to his gain and the bank took his 4 million just like that. He sued the bank in Singapore Court even though he lives in New Zealand.

Then, so much later Plaintiff saw another news about this case, the customer lost the case because the Court said that he lost money in trading like gambling nature and cannot ask the bank to pay back his loss.


I, (LIM CHEOK KEE) heard: Last month (then is April 2017), Plaintiffs' husband [CHAN AH WAH] told Plaintiff after reading the posted news (Chong Guo Bao) about people in Southeast Asia, in Malaysia lost huge amount money to online trading, the selling and buying foreign currency in 'market,' "it must be those bankers' plan to set up these trading lines on website because they work in the bank and trained by the bank professionally who were formally their manager, their employer. Outsider cannot know their perfect way of dealing, identical trick, like Amy and their team used to put us in."

Because of head director, HSBC did not want to settle with Plaintiffs even though Plaintiffs pleaded in about 80 (eighty) emails with Counsel for HSBC via email, verified a copy to Class Counsel.

This is a statement emerged of collusion between HSBC and the co-conspirators, [Barclays and its affiliates, Citigroup and its affiliates, JP Morgan Chase and its affiliates,

RBS Securities and its affiliates, UBS AG and its affiliates] on 'First letter motion for leave to file Join Motion to Dismiss addressed to Judge Lorna G. Schofield from Barclays Bank PLC dated April 28, 2016,' (see ECF 93, *Wahs v. HSBC*, 15-cv-8974-LGS (SDNY)) *Id.* on footnote 1 for Names of co-conspirators, whereas evidence of contacts between HSBC campaign and the co-conspirators- linked individuals concluded that "aspired to help HSBC's chances when possible discrediting and contrasting banks unfavorably to them" (see ECF 95 dated April 29, 2016, *Id.*, 'Application granted ['the undersigned seek leave to join the HSBC Defendants' Motion to Dismiss, without prejudice to raising additional arguments in the future.'] The Clerk of Court is directed to close the motion at Docket No. 93.' It is proven that there is collusion, the fact that the investigation suggested that the CDO structure products to release them [HSBC and co-conspirators] through a different means and instead was more nuanced. The fact that the investigation has revealed that members of the HSBC campaign interacted with co-conspirators at many times throughout in TAC. There are many known meetings in emails in TAC, in addition to the indictments or guilty pleas of his manager, adviser and others. The Manager [Amy Low] being involved with structure products co-founded of JP Morgan Chase group, a firm with U.S. based company, is referring to the HSBC Bank Groups being represent HSBC Private Bank, Singapore Branch. The HSBC Bank Groups said its work for HSBC Bank USA, N.A. was never getting about to extent the U.S. subsidiary [HSBC Bank USA, N.A.] was confirmed they were for alleged collusion between HSBC and the co-conspirators, is referring to the fact that HSBC private banking, the firm assembled the CDO structure products as part of an assignment for, relied on agent sources for that big stretch. HSBC private banking is connected to CDO structure products because for the popularity of CDO structure products. There is evidence that the false, misleading or dubious claims that made about structure product (Some was off the record, so it's possible false virtually HSBC has said there is no collusion. ) would have fraud in many states including the United States – that Plaintiffs leaning ones where they have directly telephone to [call forward] to for foreign currency exchange on spot transaction. The fact that, now under indictment, was his manager [HSBC] in the critical period in which he was working at the dealing desk,

there was tremendous collusion on behalf of the HSBC and there was collusion with respect to Plaintiffs'. What Plaintiffs have done is absolute right to do with justice, do have unfettered right Plaintiffs actively seeking. The one that created structure product CDO in first by JP Morgan Chase, is in part which is used to make the "Plastic" or "Tranche Reference: CRA00405P(0105)" CDO as explained earlier, produced in the United States. As the demand for CDO increases, spurred growth in the States with the market forces for this claim. Growth in the industry since created CDO in the industry, there is tremendous collusion with co-conspirators and HSBC including all the stuff with HSBC –and to JP Morgan Chase that had the "Plastic" or "Tranche Reference: CRA00405P(0105)" CDO, a conspiracy theory that involving information technology related to hack emails involves fraudulent evidence emerged to connect it to the investigation. They made up FOREX conspiracy story as an excuse in theory always win with the United States Treasury, is so much better suited.

HSBC is falsely labeling investigation as made up, the Court concluded in 2016 that the government intervened with, to help Plaintiffs elect an assessment backed up the claims for co-conspirators had access to emails before research in the "Plastic" or vanilla [JP Morgan Chase's] was started. The Australian government notified the U.S. government about conversation. As Plaintiffs released a declassified report expressing "High confidence" in this judgment. The government begun their own investigations, meanwhile JP Morgan Chase obviously do not have research firm that assembled the structure product CDO as part of an assignment watch and lock products according to a tally by every larger share of the products than HSBC, with the exception of twice in 1968. "Plastic" or vanilla or "Tranche Reference: CRA00405P(0105)" CDO," was in fifth place up almost, indicate that HSBC's structure product "Tranche Reference: CRA00405P(0105)" CDO made little difference in the race – and in fact to greater suggested at the time, there were candidates in the primary race endorsed. Because people don't say that, they say, 'I didn't.' Plaintiffs brought up a lot can vary, there is evidence, this is the case. The fact remains lost in a state where JP Morgan Chase lose by double digits of about the middle and the middle was 17 years ago. HSBC cite a number is lumping together in the middle which about from 2001 to 2014, adding in

estimate of future interest on the debt for three decades and for that, HSBC and co-conspirators colluded in conspiracy across state lines. HSBC and co-conspirators know that Plaintiffs is allowed to [inaudible] state lines that's encouraging the formation of plans across state lines, but there is a law in place that exempts companies from aspects of federal antitrust law and individual remained the primary regulator of. Plaintiffs wrote about this before, (see ECF 100, Pg 4 ¶2, Pg 5 ¶2, Pg 6 ¶2, Pg 7 ¶2, Pg 8 ¶2, see all at footnote, *Wahs v. HSBC,* 15-cv-8974-LGS (SDNY), Plaintiffs' Mem. & Affirmation in opposition to Mot. to Dismiss), the details of greatest care who dealt with and little about these issues, created and joining associations formerly in, is referring to above but it has no force in law on its own and yet the rules "Title VII of the Dodd-Frank Act imposes a comprehensive regulation of over-the-counter ("OTC") derivatives markets, including credit default, equity, foreign exchanges and interest rate swaps..." (*also* See ECF 141, 22, 23, 24, 25, 26, 27, 28, 29, Pg 8 to Pg 12, *Wahs v. HSBC*, 15-cv-8974-LGS) spelling out how the order would work have issued, yet HSBC simply making up his "millions" number the individual is officially, people have no idea how big deal that was. The part [HSBC's structure product "Tranche Reference: CRA00405P(0105)" CDO] essentially Plaintiffs saw it is basically dead over a period of time, was an important American health insurance, was only part of a far-reaching that remains. The effect has remained strong budget the marketplace expected to remain for years, the country need the wall. The no effect coming into the country by enforcement majority legal through HSBC previously earned for this claim, a lottery they take in the country, put into a handful of bad, worse one, put the people the United States to get rid of a gross program. For the system in specific industries eligible for the program as the term "lottery" implies, the selected applicant entering the country in depth are a security risk, very much treated Plaintiffs than anybody's ever been treated in the history. A show for HSBC knowing this is to make the limited interaction between the men-and-the year history. This problem [JP Morgan Chase's "Plastic"] have been a problem for 25, 30 years, not handled before Plaintiffs, this has previously notably major effect in deal they struck campaign in terms of trade made – years, had a deficit with billions minimum. The trade with HSBC cities to the U.S. Trade

representative with increased 7 percent so far in 2017, billion a year with it. HSBC practice trade by counting services. The 2016 trade was $55billion, according to the U.S. Trade representative, meanwhile, HSBC frequently suggests, as explained before that reflects a fundamental to buy these products either of quality or price, sparked increased goods raised the cost of products to American that reduce the trade, but that mean would "gain" money that lost billion with, says HSBC even don't include structure product and don't include spot transactions, that's not he [Counsel] says, you are not including structure product, and not including spot transaction, lost billion. In recounting with HSBC, get his fact quite wrong, HSBC had a total trade with the United States while insisted it was the other way, in reality, the U.S. trade was in trade surplus according to the U.S. Trade representative, so right according to U.S. government data.

Your Honor, please approve the grant relief application with immediate effect today, all inclusive of pain and suffering, from all claims from HSBC including the mandate of settlement amount designated for pro se plaintiffs, CHAN AH WAH AND LIM CHEOK KEE, 115 EAST STREET, NEW HYDE PARK, NY 11040 USA, Tel: 917-868-5218 Email: chanjac5@aol.com, in the amount of USD40.5million to pay Plaintiffs via EFT from Class Action Settlement Fund, and including Equifax Informational Service LLC and Northern Food I/E. Inc and DOE 1-25 to pay Plaintiffs/class members from Class Action Settlement Fund with immediate effect . Thank you for your attention to this matter and thought.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
      January 2, 2018

Lim Cheok Kee Willy, *Pro Se*
115 East Street,
New Hyde Park, NY 11040
Cell: 917-868-5218

Chan Ah Wah, *Pro Se*
115 East Street
New Hyde Park, NY 11040
Cell: 917-868-5218

EXHIBIT A

# HSBC Private Bank ◁⊠▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

### TRANSACTIONS CONFIRMATION
### TAX INVOICE
(GST REG NO : FO-0006018-W)   DATE: 14MAR2008

8212-344549-0001
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY

PAGE  :    11
FIXED LOAN ADVICE
REF.NO: 56656-0

BORROW NEW FIXED LOAN FROM HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE
BRANCH - ACU "RSP"

| | | |
|---|---|---|
| PRINCIPAL          : JPY******9,688,383.00 | START DATE   : 18MAR2008 |
| INTEREST AT MATURITY: JPY**********3,259.00 | MATURITY DATE: 25MAR2008 |
| PRINCIPAL & INTEREST: JPY******9,691,642.00 | ANNUAL RATE  : ***1.730000% |

SETTLEMENT THROUGH YOUR 24HRS CALL ACCOUNT

REMARKS: WE RESERVE OUR OVERRIDING RIGHT OF IMMEDIATE REPAYMENT ON
         DEMAND.

# HSBC Private Bank ◁⊠▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

### TRANSACTIONS CONFIRMATION
### TAX INVOICE
(GST REG NO : FO-0006018-W)   DATE: 14MAR2008

8212-344549-0001
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY

PAGE  :    12
FIXED LOAN ADVICE
REF.NO: 52080-0

REPAY TO FIXED LOAN WITH HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH
- ACU "RSP"

| | | |
|---|---|---|
| PRINCIPAL          : JPY******9,688,383.00 | START DATE   : 11MAR2008 |
| INTEREST DUE       : JPY**********3,259.00 | MATURITY DATE: 18MAR2008 |
| PRINCIPAL & INTEREST: JPY******9,691,642.00 | ANNUAL RATE  : ***1.730000% |

SETTLEMENT THROUGH YOUR 24HRS CALL ACCOUNT

REMARKS: REPAYMENT IS SUBJECT TO FINAL CLEARANCE OF FUNDS.

## HSBC Private Bank ◇⊠▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : FO-0006018-W)   DATE: 13MAR2008

8212-344549-0001                                      PAGE    :     9
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY             <u>FOREIGN EXCHANGE</u>
<u>ADVICE</u>
REF.NO: 20788-0

FOREIGN EXCHANGE DEAL WITH HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE
BRANCH - ACU "RSP"

| ACTION | CCY | AMOUNT | RATE | TRADE DATE | VALUE DATE |
|--------|-----|--------|------|------------|------------|
| YOU SELL | JPY | *****50,040,000.00 | ****100.080000 | 13MAR2008 | 17MAR2008 |
| YOU BUY | USD | *******500,000.00 | | | |

SETTLEMENT THROUGH YOUR 24HRS CALL ACCOUNT

## HSBC Private Bank ◇⊠▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : FO-0006018-W)   DATE: 13MAR2008

8212-344549-0001                                      PAGE    :    10
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY

*** END OF STATEMENT ***

THIS IS A COMPUTER GENERATED CONFIRMATION AND NO AUTHORIZED SIGNATURE
IS REQUIRED. CUSTOMERS SHOULD EXAMINE THE CONTENTS OF THIS ADVICE
AND REPORT ANY ERROR, DISCREPANCY OR OMISSION TO THE BANK AS SOON AS
POSSIBLE.
THIS ADVICE SHALL BE DEEMED TO BE CORRECT UNLESS THE CUSTOMER NOTIFIES
THE BANK OF ANY IRREGULARITY OR DISCREPANCY WITHIN <u>TEN</u> BUSINESS DAYS OF
THIS ADVICE.

# HSBC Private Bank ◁▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

**8212-344549-0001**

**DATE: 15SEP2008**
**PAGE:      1**

### TRANSACTION CONFIRMATIONS
### TAX INVOICE
### (GST REG NO : FO-0006018-W)


MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
820A DUNEARN ROAD
SINGAPORE 589444


IN ACCORDANCE WITH YOUR INSTRUCTIONS, THE TRANSACTION(S) SET OUT ON THE
FOLLOWING PAGE(S) HAS/HAVE BEEN EXECUTED:

# HSBC Private Bank ◁▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

### TRANSACTIONS CONFIRMATION
### TAX INVOICE
### (GST REG NO : FO-0006018-W)   DATE: 15SEP2008

**8212-344549-0001**
**MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY**

PAGE :      2
24HR. CALL DEPOSIT
ADVICE

WITHDRAW FROM / PAY-IN TO YOUR 24HRS CALL DEPOSIT ACCOUNT WITH HSBC
PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH - ACU "RSP"

| VALUE DATE | | JPY |
|---|---|---|
| | OPENING LEDGER BALANCE | 35,564.00 |
| 17SEP2008 | BUY JPY SELL USD @107.61 WITH RSP #78356-0 | 53,465,000.00 |
| 17SEP2008 | BUY JPY SELL USD @105.17 WITH RSP #78562-0 | 58,895.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54610-0 | 9,630,500.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54612-0 | 10,005,000.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54614-0 | 31,160,500.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54618-0 | 33,785,500.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54622-0 | 40,785,500.00 |
| 17SEP2008 | DRAWDOWN FIXED LOAN FROM RSP #54626-0 | 54,925,000.00 |
| 17SEP2008 | SELL JPY BUY USD @106.93 WITH RSP #78348-0 | 53,465,000.00- |
| 17SEP2008 | REPAY FIXED LOAN WITH RSP #50736-0 | 9,630,500.00- |
| 17SEP2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #50736-0 | 3,146.00- |
| 17SEP2008 | REPAY FIXED LOAN WITH RSP #50738-0 | 10,005,000.00- |

# HSBC Private Bank ⟨X⟩

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080 Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : F0-0006018-W)   DATE: 25NOV2008

8212-344549-0001                          PAGE  :    5
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY   <u>24HR  CALL DEPOSIT</u>
                                           <u>ADVICE</u>

**WITHDRAW FROM / PAY-IN TO YOUR 24HRS CALL DEPOSIT ACCOUNT WITH HSBC
PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH - ACU "RSP"**

| VALUE DATE | | USD |
|---|---|---|
| | OPENING LEDGER BALANCE | 65,497.98 |
| 25NOV2008 | BUY USD SELL AUD @0.62546 WITH RSP #08636-0 | 578,188.94 |
| 25NOV2008 | BUY USD SELL JPY @94.8328 WITH RSP #08190-0 | 579,177.25 |
| 25NOV2008 | DRAWDOWN FIXED LOAN FROM RSP #90332-0 | 430,453.83 |
| 25NOV2008 | SELL USD BUY JPY @94.0475 WITH RSP #08070-0 | 189.37- |
| 25NOV2008 | SELL USD BUY JPY @94.0875 WITH RSP #08064-0 | 254.91- |
| 25NOV2008 | SELL USD BUY AUD @0.623 WITH RSP #08204-0 | 575,914.86- |
| 25NOV2008 | SELL USD BUY JPY @95.37 WITH RSP #07556-0 | 575,914.86- |
| 25NOV2008 | SELL USD BUY JPY @94.75 WITH RSP #07938-0 | 430,453.83- |
| | CLOSING LEDGER BALANCE | 70,590.17 |

**REMARKS:** INTEREST, WHICH IS COMPOUNDED AND ACCRUED DAILY, IS CREDITED
ON THE FIRST DAY OF EACH MONTH.

---

# HSBC Private Bank ⟨X⟩

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080 Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : F0-0006018-W)   DATE: 25NOV2008

8212-344549-0001                          PAGE  :    6
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY   <u>FIXED LOAN ADVICE</u>
                                           REF.NO: 90330-0

**BORROW NEW FIXED LOAN FROM HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE
BRANCH - ACU "RSP"**

PRINCIPAL          : JPY*****54,925,000.00    START DATE   : 25NOV2008
INTEREST AT MATURITY: JPY*********21,026.00    MATURITY DATE: 02DEC2008
PRINCIPAL & INTEREST: JPY*****54,946,026.00    ANNUAL RATE  : ***1.968750%

**SETTLEMENT THROUGH YOUR 24HRS CALL ACCOUNT**

**REMARKS:** WE RESERVE OUR OVERRIDING RIGHT OF IMMEDIATE REPAYMENT ON
DEMAND.

# HSBC Private Bank ◁▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

### TRANSACTIONS CONFIRMATION
### TAX INVOICE
(GST REG NO : FO-0006018-W)   DATE: 15JAN2009

8212-344549-0001                          PAGE  :    11
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY   FIXED DEPOSIT ADVICE
                                          REF.NO: 65972-0

ROLLOVER PRINCIPAL AND INTEREST FROM REF# 37810-0 WITH HSBC PRIVATE BANK
(SUISSE) SA, SINGAPORE BRANCH - ACU "RSP"

MATURED P+I          : USD******1,005,098.56

NEW PRINCIPAL        : USD******1,005,098.56   START DATE   : 15JAN2009
INTEREST AT MATURITY: USD***********202.69     MATURITY DATE: 17FEB2009
PRINCIPAL & INTEREST: USD******1,005,301.25    ANNUAL RATE  : ***0.220000%

REMARKS: IF INSTRUCTIONS ARE NOT RECEIVED TWO BUSINESS DAYS BEFORE THE
         DUE DATE OF THE DEPOSIT, THE PRINCIPAL AND INTEREST AMOUNT
         WILL BE RENEWED FOR A SIMILAR PERIOD UNTIL FURTHER NOTICE.
         PLEASE IGNORE THE ABOVE IF PRIOR INSTRUCTIONS HAVE BEEN GIVEN.

# HSBC Private Bank ◁▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

### TRANSACTIONS CONFIRMATION
### TAX INVOICE
(GST REG NO : FO-0006018-W)   DATE: 15JAN2009

8212-344549-0001                          PAGE  :    12
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY   FIXED DEPOSIT ADVICE
                                          REF.NO: 66556-0

PLACE NEW FIXED DEPOSIT WITH HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE
BRANCH - ACU "RSP"

PRINCIPAL            : USD*******682,758.81    START DATE   : 15JAN2009
INTEREST AT MATURITY: USD**********27.88       MATURITY DATE: 22JAN2009
PRINCIPAL & INTEREST: USD*******682,786.69     ANNUAL RATE  : ***0.210000%

SETTLEMENT THROUGH YOUR 24HRS CALL ACCOUNT

REMARKS: IF NO DISPOSAL INSTRUCTION FOR THIS DEPOSIT IS RECEIVED TWO
         BUSINESS DAYS BEFORE MATURITY DATE, THE DEPOSIT PRINCIPAL AND
         INTEREST WILL BE PLACED ON DEPOSIT FOR THE SAME PERIOD

## HSBC Private Bank ◀✕▶

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : F0-0006018-W)   DATE: 14MAR2008

8212-344549-0001                                          PAGE  :     5
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY    <u>FIXED DEPOSIT ADVICE</u>
                                                                     REF.NO: 72876-0

ROLLOVER PRINCIPAL AND INTEREST FROM REF# 60574-0 WITH PARTIAL UPLIFT
WITH HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH - ACU "RSP"

MATURED P+I          : USD*******311,850.79
PARTIAL UPLIFT       : USD*********1,850.79-  CREDIT TO 24HRS A/C

NEW PRINCIPAL        : USD*******310,000.00   START DATE   : 14MAR2008
INTEREST AT MATURITY: USD***********220.66   MATURITY DATE: 24MAR2008
PRINCIPAL & INTEREST: USD*******310,220.66   ANNUAL RATE  : ***2.562500%

REMARKS:  IF INSTRUCTIONS ARE NOT RECEIVED TWO BUSINESS DAYS BEFORE THE
          DUE DATE OF THE DEPOSIT, THE PRINCIPAL AND INTEREST AMOUNT
          WILL BE RENEWED FOR A SIMILAR PERIOD UNTIL FURTHER NOTICE.
          PLEASE IGNORE THE ABOVE IF PRIOR INSTRUCTIONS HAVE BEEN GIVEN.

## HSBC Private Bank ◀✕▶

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

<u>TRANSACTIONS CONFIRMATION</u>
<u>TAX INVOICE</u>
(GST REG NO : F0-0006018-W)   DATE: 14MAR2008

8212-344549-0001                                          PAGE  :     6
MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY    <u>FIXED DEPOSIT ADVICE</u>
                                                                     REF.NO: 73450-0

ROLLOVER PRINCIPAL AND INTEREST FROM REF# 60584-0 WITH HSBC PRIVATE BANK
(SUISSE) SA, SINGAPORE BRANCH - ACU "RSP"

MATURED P+I          : USD*******266,560.54

NEW PRINCIPAL        : USD*******266,560.54   START DATE   : 14MAR2008
INTEREST AT MATURITY: USD***********189.74   MATURITY DATE: 24MAR2008
PRINCIPAL & INTEREST: USD*******266,750.28   ANNUAL RATE  : ***2.562500%

REMARKS:  IF INSTRUCTIONS ARE NOT RECEIVED TWO BUSINESS DAYS BEFORE THE
          DUE DATE OF THE DEPOSIT, THE PRINCIPAL AND INTEREST AMOUNT
          WILL BE RENEWED FOR A SIMILAR PERIOD UNTIL FURTHER NOTICE.
          PLEASE IGNORE THE ABOVE IF PRIOR INSTRUCTIONS HAVE BEEN GIVEN.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## **Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          14 January 2009
       8212-344549-0001                                  Page 1 of 3

We confirm we have executed the following transaction for you today:

### **Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 21834-0 |
| Trade Date | : | 13 January 2009 |
| Value Date | : | 15 January 2009 |
| Customer Sell | : | JPY90,080,025.00 |
| Customer Buy | : | USD1,007,493.85 |
| Exchange Rate | : | 89.410000 |

*Profit : USD7, 493.85*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ❖

MONTHLY STATEMENT
AS OF 31 DECEMBER 2008

ACCOUNT NAME: 8212-344549-0001  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY

## TRANSACTION DETAILS

| SETTLEMENT/ VALUE DATE | PARTICULARS | | TRANSACTION AMOUNT | REFERENCE NUMBER |
|---|---|---|---|---|
| **OTHER PRODUCTS** | | | | |
| 09DEC2008 | UPLIFT FIXED DEPOSIT WITH RSP @1.0825% 06NOV2008-09DEC2008 P+I RENEWED TO NEW FIXED DEPOSIT #30746 | USD | 501,819.05 | 96780 |
| 09DEC2008 | BUY JPY 40,125,064 SELL USD @92.8577 ON 03DEC2008 (RSP) | USD | 432,713.48 | 11852 |
| 09DEC2008 | REPAY FIXED LOAN WITH RSP @2.25% 02DEC2008-09DEC2008 | USD | 431,032.86 | 93850 |
| 09DEC2008 | FIXED DEPOSIT WITH RSP @0.25% 09DEC2008-24DEC2008 | USD | 20,000.00 | 30500 |
| 09DEC2008 | BUY SGD 13,722.30 SELL USD @1.5247 ON 04DEC2008 (RSP) | USD | 9,000.00 | 12030 |
| 09DEC2008 | BUY JPY 20,893 SELL USD @92.2 ON 05DEC2008 (RSP) | USD | 224.44 | 12165 |
| 10DEC2008 | UPLIFT FIXED DEPOSIT WITH RSP @5.1249% 03DEC2008-10DEC2008 P+I RENEWED TO NEW FIXED DEPOSIT #15850 | NZD | 375,089.49 | 15850 |
| 10DEC2008 | FIXED DEPOSIT WITH RSP @4.4999% 10DEC2008-17DEC2008 | NZD | 375,089.49 | 15850 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 108,911,017.00 | 94152 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 108,870,000.00 | 96632 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 53,705,226.00 | 94148 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 53,685,000.00 | 96630 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 33,798,229.00 | 94146 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 33,785,500.00 | 96628 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 31,172,240.00 | 94144 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 31,160,500.00 | 96626 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 10,472,944.00 | 94142 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 10,469,000.00 | 96624 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 10,008,769.00 | 94140 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 10,005,000.00 | 96622 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP @1.9376% 05DEC2008-12DEC2008 | JPY | 9,634,128.00 | 94138 |
| 12DEC2008 | FIXED LOAN WITH RSP @1.9376% 12DEC2008-19DEC2008 | JPY | 9,630,500.00 | 96620 |
| 12DEC2008 | BUY JPY 97,053 SELL USD @92.28 ON 10DEC2008 (RSP) | USD | 1,051.72 | 13392 |
| 15DEC2008 | UPLIFT FIXED DEPOSIT WITH RSP @0.65% 14NOV2008-15DEC2008 P+I RENEWED TO NEW FIXED DEPOSIT #37810 | USD | 1,004,709.24 | 05688 |
| 15DEC2008 | FIXED DEPOSIT WITH RSP @0.45% 15DEC2008-15JAN2009 | USD | 1,004,709.24 | 37810 |
| 15DEC2008 | UPLIFT FIXED DEPOSIT WITH RSP @0.65% 14NOV2008-15DEC2008 P+I RENEWED TO NEW FIXED DEPOSIT #37806 | USD | 502,938.25 | 05684 |
| 15DEC2008 | FIXED DEPOSIT WITH RSP @0.45% 15DEC2008-15JAN2009 | USD | 502,938.25 | 37806 |
| 15DEC2008 | UPLIFT FIXED DEPOSIT WITH RSP @0.65% 14NOV2008-15DEC2008 P+I RENEWED TO NEW FIXED DEPOSIT #37792 | USD | 501,213.67 | 05680 |
| 15DEC2008 | FIXED DEPOSIT WITH RSP @0.45% 15DEC2008-15JAN2009 | USD | 501,213.67 | 37792 |

# HSBC Private Bank 〈X〉

**ACCOUNT NAME: 8212-344549-0001  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY**

## TRANSACTION DETAILS

| VALUE DATE | PARTICULARS | ORDER DATE | AMOUNT |
|---|---|---|---|
| | **24HRS CALL DEPOSIT - JPY (RSP)** | | |
| 05DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #94144-0 | 03DEC2008 | 31,160,500.00 |
| 05DEC2008 | REPAY FIXED LOAN WITH RSP #90372-0 | 03DEC2008 | (33,785,500.00) |
| 05DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #90372-0 | 03DEC2008 | (12,934.00) |
| 05DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #94146-0 | 03DEC2008 | 33,785,500.00 |
| 05DEC2008 | REPAY FIXED LOAN WITH RSP #90376-0 | 03DEC2008 | (53,685,000.00) |
| 05DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #90376-0 | 03DEC2008 | (20,551.00) |
| 05DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #94148-0 | 03DEC2008 | 53,685,000.00 |
| 05DEC2008 | REPAY FIXED LOAN WITH RSP #9038C-0 | 03DEC2008 | (108,870,000.00) |
| 05DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #90380-0 | 03DEC2008 | (41,677.00) |
| 05DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #94152-0 | 03DEC2008 | 108,870,000.00 |
| 09DEC2008 | BUY JPY SELL USD @92.8577 WITH RSP #11852-0 | 04DEC2008 | 40,125,064.00 |
| 09DEC2008 | SELL JPY BUY USD @93.0905 WITH RSP #11650-0 | 04DEC2008 | (40,125,064.00) |
| 09DEC2008 | BUY JPY SELL USD @92.2 WITH RSP #12166-0 | 05DEC2008 | 20,693.00 |
| 09DEC2008 | REPAY FIXED LOAN WITH RSP #92676-0 | 05DEC2008 | (54,925,000.00) |
| 09DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #92676-0 | 05DEC2008 | (20,693.00) |
| 09DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #95404-0 | 05DEC2008 | 54,925,000.00 |
| 09DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #95998-0 | 09DEC2008 | 40,425,352.00 |
| 09DEC2008 | SELL JPY BUY USD @92.23 WITH RSP #12992-0 | 09DEC2008 | (40,425,352.00) |
| 12DEC2008 | BUY JPY SELL USD @92.28 WITH RSP #13392-0 | 10DEC2008 | 97,053.00 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP #94138-0 | 10DEC2008 | (9,630,500.00) |
| 12DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #94138-0 | 10DEC2008 | (3,628.00) |
| 12DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #96620-0 | 10DEC2008 | 9,630,500.00 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP #94140-0 | 10DEC2008 | (10,005,000.00) |
| 12DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #94140-0 | 10DEC2008 | (3,769.00) |
| 12DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #96622-0 | 10DEC2008 | 10,005,000.00 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP #94142-0 | 10DEC2008 | (10,469,000.00) |
| 12DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #94142-0 | 10DEC2008 | (3,944.00) |
| 12DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #96624-0 | 10DEC2008 | 10,469,000.00 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP #94144-0 | 10DEC2008 | (31,160,500.00) |
| 12DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #94144-0 | 10DEC2008 | (11,740.00) |
| 12DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #96626-0 | 10DEC2008 | 31,160,500.00 |
| 12DEC2008 | REPAY FIXED LOAN WITH RSP #94146-0 | 10DEC2008 | (33,785,500.00) |
| 12DEC2008 | INTEREST CHARGE ON FIXED LOAN WITH RSP #94146-0 | 10DEC2008 | (12,729.00) |
| 12DEC2008 | DRAWDOWN FIXED LOAN FROM RSP #96628-0 | 10DEC2008 | 33,785,500.00 |

other bank (HSBC) staffs to outside meeting with us and other guys she acted from norm. So no longer, the FX currencies violative and Japanese Yen became very strong again even though Amy (HSBC) and Jeffrey (HSBC) told us that Yen no longer strong, those positive comforting news to keep us staying with them immediately after the crisis, seems different outcome When we meet in their office (HSBC private bank, Singapore) in mid 2009 in lieu to asking us to take USD700,000 and close a with the bank after deducting all losses, fees, commission, "loan" repayment. I remembered I told Amy and others at this meeti I will sue them in court and this is the reason Amy (HSBC) decided to keep us longer to further rid to lower USD200,000 in sav account at pay out so unable to even pay the lawyer fee to bring a case. Like said, the Yen grew very strong and the Head (HSB instructed Amy to margin call, margin call many times, making us, pressing us for "top up" cash to the saving account (private banking) without showing current, honest bank account statement. Mr. Chan and I were scared to death, that we are going to lo life saving forever. Prior to losing entire account, we realized Amy (HSBC) had imposed stricter restriction with trade transactio more higher interest rate, more fees, more frequent call margins resulted our saving account to losses, including certain days wi giving us chance to "sell, sell" (short) or "buy, buy" (long) to those crucial times, they (HSBC) simply do not pick up phone cal certain trades.

Please note: in 2005,

1). The bank I deal with this structure products is HSBC Private Bank Malaysia, bought with Joey, head at private bank, Malay Andy Yong; Head of HSBC commercial bank ("HSBC premier") was Mr. Camar (Mr. Cama)

2). The 2 products were a). SDOP029(3 years expiry) -2005 to 2007.

  b). SDOP030(5 years expiry) -2005 to 2009.

The bank (HSBC)sent me original letter. I thought they also emailed me but today I found the FAXED copies (meaning they we emailed to me).

Here the Story: the HSBC private bank, Malaysia had to close due to some reasons in 2007. 1 product (029) expired 3 years wi interest to us, 1 product (030) expired 5 years and in 2007, private bank was to close so Mr. Camar (HSBC, Mr. Cama) agree to transfer to HSBC premier saving account from private bank, Malaysia to wait for full term. Unless realize loss before expiry da were not willing to. So, in the HSBC premier saving account shows "Tranche Reference: CRA00405P(0105)" and the years wr jul2007 to 13jul2010, compared to my trade confirmation was 13 jan2005 to 13 jan2009. They are the same one.

Last month, my husband told me after reading the posted news (Chong Guo Bao) about people in Southeast Asia, in Malaysia l huge amount money to online trading, the selling and buying foreign currency in 'market,' or 'the money game online,' "it must those bankers' plan to set up these trading lines on website because they work in the bank and trained by the bank professionall were formally their manager, their employer. Outsider cannot know their perfect way of dealing (binding and irreversible to Ne York, the United States of America), the identical trick, like Amy (HSBC) and their team(HSBC) used to put us in."

Those days, Andy Yong (former Head of HSBC Private bank, Malaysia) who then worked for Nomura Singapore, he told us to a BVI (British Virgin Island) company through a management company named Heritage in Singapore, to evade tax if we need t one can see the activities behind these BVI company (so you can do "bad things" if you want to by using this BVI company.) I t both of them (Andy Yong and Amy Low) proven, it is also known to those who knew about BVI company. After given the list companies (Heritage said most companies already set up two to five years) by Heritage, we chose "Revelline Holding." I had to some money from HSBC private banking saving account in Singapore to pay management fee for "Revelline," Amy Low (HSE asked me if I want to transfer all saving deposit (From HSBC private bank Singapore) into BVI company (Revelline) and doing markets' trade from the BVI company instead of personal names.

That Andy Yong (former Head of HSBC private bank, Malaysia) had meet with us in one occasion in a Chinese restaurant in R Carlton Kuala Lumpur and present to us his own company investment for he was asking us to give him USD1mil to invest in hi investment plan. He explained to us that because the FX market and stock market will move in one same direction together stra in long term, so it is to "sell first and buy back" or short selling derivatives in FX market and 'high loss' stock market over and c again, in this way the return of 20 over percent profit can reach easily. Then, at the time Andy Yong did not give a copy of his p after he showed us, he took it back. It is usual for banker to do officially, because Amy gave me all the info paper every time w finished meeting. That was why I suspected him, I did not give him a dime. I was thinking what product he was talking about. I k.l. Malaysia when he came, I was still living in k.l., so if I still have not move out to Singapore, it was the related derivative

  product/structure product (Andy Yong did threatened to expose Mr. Cama about the "dealing") he intended to scheme us into. He also
  told us he has secured a few investors to invest with him personally with his own investment company.
  <image1.PNG>

Protected by copyright laws of the United States and International treaties. This email may only be used
pursuant to the subscription agreement and any reproduction, copying, or redistribution (electronic or
otherwise, including on the World Wide Web), in whole or in part, is strictly prohibited without the express
written permission of: Chan Ah Wah and Lim Cheok Kee Willy, 115 East Street, New Hyde Park, NY 11040
USA ©All Rights Reserved. We reserve the right to send you to an alternative. represented here are representation only. Will change from time to time. All names are of respective
of these names

does not imply any endorsement or affiliation. A directory that lists third-party promotions, deals, and offers(collectively known as "Listings"). We do not handle selection, fulfillment, c
the Listings. Please visit Listings for rules, requirement and additional information. The third-party names, brands shown websites are the property of their respective owners. Privacy P
Now.