# CHAN AH WAH AND LIM CHEOK KEE

115 East Street
New Hyde Park, NY 11040

January 11, 2018

The Honorable Judge Lorna G. Schofield
United States District Court, Southern District of New York
c/o Pro Se Intake Unit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

**RE: In re Foreign Exchange Benchmark Rates Antitrust Litigation 13-cv-7789-LGS
INFORMATION EVIDENT FOR IDENTIFY NEW MEMBERS**

Dearest Honorable Judge Schofield,

Good day to you, Your Honor.

This is to inform you that I, *Pro se* Litigant/Plaintiffs, as matter of course in regard to the status for class member for *pro se* plaintiffs CHAN AH WAH AND LIM CHEOK KEE IS DEFINITIVELY affirmed both a class members in FOREX (*In re Foreign Exch. Benchmark Rates Antitrust Litig.,* No. 13 Civ. 7789, 2016 WL 1268267, (S.D.N.Y. Mar. 31, 2016) "*FOREX*"), pursuant to the Court's individual rules and scheduling orders, in Judge Order 139, *Chan Ah Wah et.al. v. HSBC,* 15-cv-8974-LGS, that studies show **the latest evidence documentary (See attached as Exhibit A) the FOREX need it for above purpose,** *Pro Se* Plaintiff has it as all products like "Vanilla Option for both tranches reference identified by JP Morgan Chase and it is a line to be #1 selling product," "Derivative option," "swap option," etc that explain what they really do, a supplement specifically for that was backed by product. And, a line in world class private banking department of core department in the United States National Bank. The private banking department is the vehicle use to market themselves online, Channel principles by dividing content into different sections with engaging private banking clients, instead the name of Defendant HSBC and co-conspirators bank lead and participated with Plaintiffs in FX over-the-counter market and also participated in the United States Chicago Mercantile Exchange ("CME") and

[1]

Intercontinental Exchange ("ICE") with Defendant HSBC by telephone directly to the traders in the United States desk who quoted Plaintiffs a bid and ask on all 5400 pieces of FX spot transactions of FX instrument (is defined as any FX spot transaction, outright forward, FX swap, FX option, FX futures contract, an option on an FX futures contract, or other instrument traded in the FX market) involve outright exchange of currencies so those FX spot that did not sell out instantly were launched to "extraordinaire" the idea of engaging private banking department can be incorporated into our cash deposit saving account statement as description "Loan intensified launched revved up" to make the private banking wealth management-the language more appealing.

The Business from Express, the different partners is for Advertiser Disclosure. The business from American travel credit. This points on the Express website and points with one million per calendar year. Eligible one point Plaintiffs the first opening saving account when Plaintiffs apply. Benefits include access credit, for entry pre-check, internet access including daily at participating resorts and assistance. Best features points on Express: the business from private banking department points U.S. dollar flights and prepaid book the American website. Offer points the first account spend within the terms apply. Holder benefits from Express, the best benefit include line credit, resort daily check-in, global access and insurance. Drawback limited categories, the business from Express points U.S. dollar eligible purchase book on American website to million per year. However, does not point earnings in other categories such as supplies or advertising. Fee from Express has annual spark business feature capital credit, annual variable cash advance, additional benefits, no fee on every purchase everyday, build credit with responsible use, coverage is no foreign transaction fee, enjoy benefits including year-end summaries and employee extra experience customer service.

As Defendants HSBC made Plaintiff Mrs. Chan (LIM CHEOK KEE WILLY) pre-screen for eligibility to get compensation for Plaintiffs' medical condition in public and defendants approved the payout on May 2017 and the payout did not come in, now and then. See previous information on ECF 129, *Chan Ah Wah v. HSBC, 15-cv-8974-LGS, Ah Wah Chan v.*

*HSBC*, 17-cv-6863-LGS, *Ah Wah Chan v. Northern Food et. al.* 17-cv-6002-CM), this psychology medical report to post on public site to prove as requested by defendants is a breach of Plaintiffs' privacy. (See evidence documentary attached as Exhibit A for more information). The medical records is not to reveal in public for patients' privacy and is protected by law. Public record impact Plaintiffs' ability to get employment, meet social friends because everyone knows Plaintiff Mrs. Chan's mental state of health, Plaintiff Mrs. Chan is shameful and cannot be normal anymore despite Plaintiff Mrs. Chan is taking medication to get normal. And Plaintiffs have to do this amount load of work to meet the case requirements and deadlines and influence their ability to accomplish work in normal performance. This is part of their payout as mandated by the Court. Class Counsel should start screening for new members now and get coverage for them. Add in now and join the Class. Plaintiffs are waiting for the requisition for fee, cost incurred in identifying new members from Class Counsel's submission for their attorney fee due on January 12, 2018, Your Honor, Class Counsel is not obligated to apply for Plaintiffs and Plaintiff pray for your exclusive control to release the fund to Plaintiffs' Citibank Account 1) the amount of USD41.5 million and 2) the amount of USD10 million payout mandated by Defendant HSBC's repair fee and cost, all inclusive to this amount **USD51.5 million.** See terms and conditions for complete detail from Defendants

   Thank you very much, Your Honor, Plaintiffs is waiting anxiously for your kindest attention to this matter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
   January 11, 2018

_____
Lim Cheok Kee Willy, *Pro Se*
115 East Street,
New Hyde Park, NY 11040
Cell: 917-868-5218

_____
Chan Ah Wah, *Pro Se*
115 East Street
New Hyde Park, NY 11040
Cell: 917-868-5218

EXHIBIT A

# HSBC PREMIER

## PERSONAL FINANCIAL UPDATE / *PENYATA KEWANGAN PERIBADI*

12G1003247-(IPOH ROAD)

MS LIM CHEOK KEE, WILLY AND
95 NAMLY AVENUE
SINGAPORE 267664

| | 003178 | PAGE 1 |
|---|---|---|
| CUSTOMER NUMBER | | 304-591381 |
| STATEMENT DATE | | 14DEC2009 |
| STMT SEQ | | 110 |

| Your Portfolio at a Glance | MYR Equivalent |
|---|---|
| Total deposits and investments | 1,000,028.18 |
| Total borrowings/financing | 0.00 |
| Net position | 1,000,028.18 |
| Mortgages | 0.00 |

M — MAIL                    R — Regular
304 R PMR

### P O R T F O L I O   S U M M A R Y

| DEPOSITS AND INVESTMENTS | CCY/ Account Unit number | Credit Limit | Balance (DR = Debit) | MYR equivalent (DR = Debit) |
|---|---|---|---|---|
| DEMAND DEPOSITS | MYR 304-591381-108 | | 28.18 | 28.18 |
| STRUCTURED INVESTMENT* | MYR 304-117864-821 | | 1,000,000.00 | 1,000,000.00 |
| | | | | |
| TOTAL DEPOSITS AND INVESTMENTS | | | | 1,000,028.18 |

*THE  BALANCES OF YOUR FOREIGN CURRENCY ACCOUNTS AND INVESTMENT PORTFOLIO DENOMINATED IN FOREIGN CURRENCIES
HAVE BEEN PRESENTED IN MYR-EQUIVALENT TO ARRIVE AT THE ABOVE TOTAL AMOUNTS. PLEASE NOTE THAT THE
MYR-EQUIVALENT VALUES SHOWN ARE INDICATIVE ONLY AS EXCHANGE RATES MAY FLUCTUATE ON A DAILY BASIS.
*FOR  STRUCTURED INVESTMENTS/FLOATING RANGE NEGOTIABLE INSTRUMENTS OF DEPOSITS (FRNIDS), THE TOTAL AMOUNT
DENOTES THE PRINCIPAL AMOUNTS INVESTED ONLY AND DOES NOT TAKE INTO CONSIDERATION THE PERFORMANCE OF THE
UNDERLYING ASSETS/REFERENCES. FOR MARK-TO-MARKET VALUES, KINDLY REFER TO THE TABLE SHOWING THE BREAKDOWN OF
INVESTMENTS BELOW.

HSBC SUPPORTS ENVIRONMENT CONSERVATION. WE CONTINUOUSLY SEEK WAYS TO REDUCE PAPER USAGE IN OUR BUSINESS. AS
SUCH, PLEASE BE INFORMED THAT EFFECTIVE FROM NOVEMBER 2009, YOU WILL RECEIVE YOUR BANKING STATEMENT ON
DOUBLE SIDED PRINT. THANK YOU FOR SUPPORTING US IN OUR QUEST TO SAVE THE ENVIRONMENT!

### A C C O U N T   D E T A I L S

| PREMIER SAV/CHQ | 304-591381-108 | | | |
|---|---|---|---|---|
| Date | Transaction details | Deposit | Withdrawal | Balance |
| | | | | MYR |
| 13Nov2009 | BALANCE BROUGHT FORWARD | | | 28.18 |
| | CLOSING BALANCE | | | 28.18 |
| | | | | |
| | Transaction Turnover | 0.00 | 0.00 | |
| | Transaction Count | 0 | 0 | |

WE ARE PLEASED TO INFORM EFFECTIVE 14APR09,WE HAVE ENHANCED OUR SMS SERVICE TO INCLUDE SMS ALERTS FOR
OVERSEAS ATM CASH WITHDRAWAL TRANSACTIONS.THIS SMS ALERT IS SENT TO YOUR MALAYSIAN REGISTERED MOBILE NUMBER
MAINTAINED WITH THE BANK AT NO CHARGE.IF YOU HAVE RECENTLY CHANGED YOUR MOBILE NUMBER,PLS UPDATE YOUR
RECORDS BY VISITING ANY HSBC BRANCH OR LOG ON TO ONLINE@HSBC

| STRUCTURED INVESTMENT* | | | | | | |
|---|---|---|---|---|---|---|
| Account Number | Investment Name | Tranche Reference | Start/Maturity Date | CCY | Principal/ MTM Amount | Mark-to-Market Valuation |
| 304-117864-821 | CRA 5 YEARS (CI) | CRA00405P (0105) | 13Jul2007 | MYR | 1,000,000.00 | 100.0 |
| | | | 14Jan2010 | MYR | 1,000,000.00 | |

**PERSONAL FINANCIAL UPDATE / *PENYATA KEWANGAN PERIBADI***

IPOH ROAD

|  |  |  |
|---|---|---|
| CUSTOMER NUMBER | 003179 | PAGE 2 |
| STATEMENT DATE |  | 304-591381 |
| STMT SEQ |  | 14DEC2009 |
|  |  | 110 |

M - MAIL

A C C O U N T   D E T A I L S

*INVESTORS WILL RECEIVE THE FULL PRINCIPAL AMOUNT FOR CAPITAL PROTECTED
STRUCTURED INVESTMENTS/FRNIDS ONLY IF THE INVESTMENTS/FRNIDS ARE HELD TO
MATURITY.
*IF INVESTORS REQUIRE ANY STRUCTURED INVESTMENT/FRNID TO BE REDEEMED OR SOLD
PRIOR TO ITS MATURITY DATE, THE EARLY-REDEEMED STRUCTURED INVESTMENT/FRNID WILL
BE SUBJECTED TO BREAKAGE AND TERMINATION COSTS AND FEES, WHICH COULD RESULT IN
INVESTORS LOSING PART OR, IN EXTREME CASES, ALL OF THE PRINCIPAL AMOUNT
INVESTED.
*THE MARK-TO-MARKET (MTM) VALUES ARE ACCURATE AS OF THE DATE/PERIOD STATED
ONLY, AND IS IN NO CASE INDICATIVE OF ANY FUTURE MTM VALUES OR PERFORMANCES OF
SUCH STRUCTURED INVESTMENT/FRNID.

EQ   - Equity Linked Product          FX  - Foreign Exchange Linked Product
IR   - Interest Rate Linked Product   DCI - Dual Currency Investment
CRA  - Callable Range Accrual Product
CCIF - Callable Cumulative Inverse Floater Product

**WARNING :
THE RETURNS ON YOUR STRUCTURED PRODUCT INVESTMENT WILL BE AFFECTED BY
THE PERFORMANCE OF THE UNDERLYING ASSET/REFERENCE, AND THE RECOVERY
OF YOUR PRINCIPAL INVESTMENT MAY BE JEOPARDISED IF YOU MAKE AN EARLY
REDEMPTION.**

END OF STATEMENT

**HSBC** ⟨X⟩ **PREMIER**

Personal Financial Update / *Penyata Kewangan Peribadi*

IPOH ROAD

|  |  |
|---|---|
|  | 015104   PAGE  2 |
| CUSTOMER NUMBER | 304-591381 |
| STATEMENT DATE | 14DEC2007 |
| STMT SEQ | 87 |

M - MAIL

## A C C O U N T   D E T A I L S

PREMIER SAV/CHQ        304-591381-108

| Date | Transaction details | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 10Dec2007 | CLG CHQ DEP | | | |
|  | (VALUE DATE 12Dec2007        ) | 1,000,000.00 | | |
|  | COMMISSION | | 500.00 | 1,001,645.79 |
| 12Dec2007 | RETURN CHEQUE | | | |
|  | CHEQUE 720114 | | | |
|  | PBB SEL | | | |
|  | DRAWER CONFIRMATION | | | |
|  | REQUIRED | | 1,000,000.00 | 1,645.79 |
| 13Dec2007 | POSTAGE CHARGES FOR P/D | | | |
|  | CHQ RTN | | | |
|  | PBB 720114 KL | | 1.70 | |
|  | CLG CHQ DEP | 1,000,000.00 | | 1,001,644.09 |
| 14Dec2007 | REFUND OF COMMISSION | | | |
|  | INLAND EXCHANGE | 500.00 | | |
|  | REFUND OF POSTAGE CHG | | | |
|  | FOR CHEQUE RETURN | 1.70 | | 1,002,145.79 |
|  | CLOSING BALANCE | | | 1,002,145.79 |
|  | | | | |
|  | Transaction Turnover | 2,000,501.70 | 1,000,790.26 | |
|  | Transaction Count | 4 | 5 | |

STRUCTURED INVESTMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 304-117864-821 | CRA 5 YEARS (CI) | CRA00405P (0105) | 13Jul2007 | 14Jan2010 | MYR | 1,000,000.00 |
| 304-117864-822 | CRA 3 YEARS (CI) | CRA00305P (0105) | 13Jul2007 | 14Jan2008 | MYR | 1,000,000.00 |

**WARNING :**
**THE RETURNS ON YOUR STRUCTURED PRODUCT INVESTMENT WILL BE AFFECTED BY**
**THE PERFORMANCE OF THE UNDERLYING ASSET/REFERENCE, AND THE RECOVERY**
**OF YOUR PRINCIPAL INVESTMENT MAY BE JEOPARDISED IF YOU MAKE AN EARLY**
**REDEMPTION.**

**24-Hour Telebanking Centre / *Pusat Teleperbankan 24-Jam* :**
1 300 88 9393 - Telebanking customer (local callers) - *Pelanggan Teleperbankan (pemanggil tempatan)*
603 2050 7001 - Telebanking customer (overseas callers) - *Pelanggan Teleperbankan (pemanggil luar negara)*

Thank you for choosing HSBC
* Please see "Important notes" stated overleaf

**HSBC** ◆X◆ Private Bank

1 May, 2010

Dear Customer

**Schedule of Service Fees**

We write to advise you the following changes/additions to the Bank's Schedule of service fees. The changes will take effect from 1 June 2010.

<u>Exchanged Traded Option traded in the US market</u>
Commission on Purchase/Write:          US$8 per contract, min. US$100

<u>Precious Metals</u>

Platinum/ Palladium: Quarterly custodian fee applies. The fee is calculated at 0.3% per annum on the daily outstanding credit balance of the metal holding, plus applicable VAT.

Please contact your Relationship Manager if you have questions about the changes.

Yours faithfully
For and on behalf of
HSBC Private Bank (Suisse) SA

Jonathan Wong
Head of Business Services

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building

T +65 6224 8080
F +65 6223 7146

www.theworldsprivatebank.com          Incorporated in Switzerland with limited liability

# HSBC Private Bank

## FX TECHNICAL FORECAST
*By RSP FXA NIGHT DESK*

Note: This FX Technical Forecast is updated daily. It is based on pure technical analysis (as opposed to fundamental analysis) to analyse likely market movements of the currency pairs on a daily basis. The trading areas suggested are therefore short term views that can change according to market conditions and may also sometimes differ from HSBC's longer term house-view. Target and stop loss levels are also suggested to protect profits and limit losses.
(Please refer to the Important Notice for further information.) MICA(P)004/03/2008

| MAJORS | Support 2 | Support 1 | Current Spot | Resistance 1 | Resistance 2 | ST Direction | MT Direction | HSBC 1ST QTR VIEW |
|---|---|---|---|---|---|---|---|---|
| EUR/USD | 1.2500 | 1.2700 | 1.2950 | 1.3100 | 1.3300 | FLAT | UP | 1.4500 |
| GBP/USD | 1.4200 | 1.4500 | 1.4755 | 1.5000 | 1.5385 | FLAT | UP | 1.5800 |
| USD/JPY | 87.20 | 88.50 | 91.90 | 93.00 | 95.00 | UP | UP | 100.00 |
| USD/CHF | 1.1100 | 1.1400 | 1.1690 | 1.1900 | 1.2295 | FLAT | DOWN | 1.0200 |

| Trade Ideas | STATUS | Buy/Sell | Entry | Target | S/L | Entry/Exit Date | LOW | HIGH | P/L (in pips) |
|---|---|---|---|---|---|---|---|---|---|
| EUR/USD | T/P | SHORT | 1.3050 | 1.2700 | 1.2900(adj) | 04-Feb/06-Feb | 1.2747 | 1.2979 | 150 |
| GBP/USD | PENDING | BUY | 1.4500 | 1.5000 | 1.4300 | | 1.4590 | 1.4844 | |
| USD/JPY | PENDING | BUY | 90.00 | 93.00 | 89.00 | | 90.72 | 92.17 | |
| USD/CHF | PENDING | BUY | 1.1500 | 1.1700 | 1.1400 | | 1.1614 | 1.1746 | |

| COMMODITY/CURRENCY | Support 2 | Support 1 | Current Spot | Resistance 1 | Resistance 2 | ST Direction | MT Direction | HSBC 1ST QTR VIEW |
|---|---|---|---|---|---|---|---|---|
| USD/CAD | 1.1900 | 1.2100 | 1.2245 | 1.2760 | 1.3000 | FLAT | UP | 1.3500 |
| AUD/USD | 0.6360 | 0.6500 | 0.6790 | 0.7000 | 0.7275 | FLAT | UP | 0.6700 |
| NZD/USD | 0.4960 | 0.5100 | 0.5355 | 0.5400 | 0.5550 | FLAT | UP | 0.6100 |
| GOLD | 850.00 | 870.00 | 912.00 | 930.00 | 990.00 | UP | UP | 915 |
| SILVER | 10.80 | 11.70 | 13.05 | 13.10 | 14.00 | DOWN | UP | 18 |

| Trade Ideas | STATUS | Buy/Sell | Entry | Target | S/L | Entry/Exit Date | LOW | HIGH | P/L (in pips) |
|---|---|---|---|---|---|---|---|---|---|
| USD/CAD | PENDING | BUY | 1.2100 | 1.2300 | 1.2000 | | 1.2306 | 1.2540 | |
| AUD/USD | PENDING | SELL | 0.7000 | 0.6700 | 0.7100 | | 0.6473 | 0.6802 | |
| NZD/USD | PENDING | SELL | 0.5500 | 0.5200 | 0.5600 | | 0.5110 | 0.5569 | |
| GOLD | PENDING | SELL | 930.00 | 850.00 | 960.00 | | 904.40 | 920.00 | |
| SILVER | LIVE | SHORT | 13.00 | 11.70 | 13.80 | 06-Feb | 12.81 | 13.06 | |

### CROSSES

| CROSSES | Support 2 | Support 1 | Current Spot | Resistance 1 | Resistance 2 | ST Direction | MT Direction | HSBC 1ST QTR VIEW |
|---|---|---|---|---|---|---|---|---|
| EURJPY | 113.05 | 114.00 | 118.40 | 120.00 | 122.50 | FLAT | UP | 145.00 |
| GBPJPY | 127.00 | 130.00 | 135.80 | 138.00 | 141.70 | DOWN | UP | 158.00 |
| AUDJPY | 55.00 | 57.00 | 59.80 | 62.30 | 65.00 | FLAT | UP | 67.00 |
| AUDCHF | 0.7200 | 0.7500 | 0.7870 | 0.8200 | 0.8400 | FLAT | DOWN | 0.6835 |
| EURGBP | 0.8300 | 0.8500 | 0.8720 | 0.9300 | 0.9550 | DOWN | DOWN | 0.9200 |

| Trade Ideas | STATUS | Buy/Sell | Entry | Target | S/L | Entry/Exit Date | ST Direction | MT Direction | P/L (in pips) |
|---|---|---|---|---|---|---|---|---|---|
| EURJPY | PENDING | SELL | 122.50 | 119.40 | 124.00 | | 115.70 | 119.47 | |
| GBPJPY | PENDING | BUY | 132.00 | 137.00 | 130.00 | | 132.50 | 136.67 | |
| AUDJPY | PENDING | BUY | 59.00 | 62.30 | 58.00 | | 58.90 | 62.65 | |
| AUDCHF | PENDING | SELL | 0.8200 | 0.7900 | 0.8300 | | 0.7595 | 0.7925 | |
| EURGBP | PENDING | SELL | 0.9000 | 0.8800 | 0.9100 | | 0.86630 | 0.87950 | |

### ASIAN CURRENCIES

| ASIAN CURRENCIES | | Support 2 | Support 1 | Current Spot | Resistance 1 | Resistance 2 | ST Direction | MT Direction | HSBC 1ST QTR VIEW |
|---|---|---|---|---|---|---|---|---|---|
| USD/SGD | SGD=D2 | 1.4800 | 1.4900 | 1.4960 | 1.5100 | 1.5200 | UP | UP | 1.5500 |
| USD/CNY | CNY=CFXS | 6.7500 | 6.8000 | 6.8344 | 6.8900 | 6.9200 | UP | DOWN | 6.800 |
| USD/TWD | TWD=TP | 32.800 | 33.200 | 33.750 | 34.000 | 34.500 | UP | UP | 35.00 |
| USD/PHP | PHP=PDSP | 45.300 | 46.000 | 47.200 | 48.000 | 48.500 | DOWN | UP | 52.50 |
| USD/KRW | KRW=KFTC | 1280.00 | 1320.00 | 1383.80 | 1400.00 | 1450.00 | UP | UP | 1400.00 |
| USD/IDR | IDR= | 10000 | 10800 | 11705 | 12000 | 13000 | UP | UP | 13000 |
| USD/INR | INR=D2 | 47.00 | 48.00 | 48.69 | 49.50 | 50.00 | DOWN | DOWN | 45.00 |

| Trade Ideas | STATUS | Buy/Sell | Entry | Target | S/L | Entry/Exit Date | ST Direction | MT Direction | P/L (in pips) |
|---|---|---|---|---|---|---|---|---|---|
| USD/SGD | PENDING | BUY | 1.4930 | 1.5300 | 1.4800 | | 1.4950 | 1.5067 | |
| USD/CNY | LIVE | LONG | 6.8500 | 6.9200 | 6.8000 | 10-Jul | 6.8344 | 6.8370 | |
| USD/TWD | PENDING | SELL | 34.1 | 33.2 | 34.5 | | 33.631 | 33.808 | |
| USD/PHP | PENDING | SELL | 47.900 | 46.300 | 48.500 | | 47.200 | 47.490 | |
| USD/KRW | LIVE | SHORT | 1380.00 | 1250.00 | 1450.00 | 15-Jan | 1373.20 | 1384.50 | |
| USD/IDR | LIVE | LONG | 11000 | 12000 | 11000 | 09-Dec | 11705 | 11800 | |
| USD/INR | LIVE | SHORT | 48.50 | 47.00 | 49.500 | 23-Dec | 48.660 | 48.760 | |

Footnotes : Please note that the NDF currencies INR,IDR,KRW,TWD,PHP,CNY uses the spot as reference.
Please ask for indicative NDF rates pertaining to the tenor of interest from Treasury Dealers.
MT : 3 months     ST : 1 week
High/Low taken from Reuters 3000 as at 3 am Singapore

## Important Notice

The foregoing has been prepared by HSBC Private Bank (Suisse) SA ("PBRS") for the information of private banking clients only. It does not constitute an offer or solicitation for the purchase and sale of any investments mentioned herein. The information contained herein is based on sources that PBRS believes to be reliable but PBRS does not guarantee its completeness or accuracy. The net return on your foreign currency deposits will depend on market conditions prevailing at the time of maturity. You could risk part or total loss of your principal invested and income earned as a result of depreciation in the value of the currency of deposit or as a result of foreign exchange controls imposed by the country issuing the currency. All opinions and estimates herein are subject to change without notice. While the information set out herein is believed to be accurate, PBRS (together with its directors and employees) expressly disclaim any and all liability for representations or warranties, expressed or implied, contained herein or for omissions therefrom. As this is circulated to all clients, the specific investment objectives, personal situation and particular needs of any specific person have not been taken into consideration in this publication. Past performance is not indicative of future results. The views expressed in the document are those of PBRS and may, from time to time, differ from the research views of other companies within the HSBC Group.

There are risks in buying and selling foreign currency options. These have been highlighted in the Risk Disclosure Statement which you have acknowledged. You should therefore consider carefully whether it is desirable for you to enter the particular foreign currency option transaction mentioned herein. PBRS may take the opposite position in respect of the currency option mentioned herein. The profit or loss in transactions in foreign currency option contracts will be affected by fluctuations in currency rates where there is a need to convert from the currency denomination of the contract to another currency.



## Math

This week in Math;

1. Number Activities

2. The Addition Symbol – introduction/review of addition terminology and symbols using numbers and counters

3. Follow my Pattern Game – provide practice with creating, extending and describing patterns

## D'Nealian Handwriting

We continue to practice writing on a daily basis. As we practice each letter during our handwriting time, we will be learning a letter description that describes the path of movement our hand. D'Nealian handwriting gives us flexibility to deal with individual differences in handwriting. It is encouraging for children to be praised for writing legibly even though their writing may deviate from a perfect model. Now we are using books with lines.

## News from the Library

**The kids are borrowing 3 books weekly as of last Tuesday! Just a reminder that all 3 books need to be returned every Tuesday so the kids can get more book.**

## News from the PE Department

**We will start our swimming sessions Thursday December 3**. Here are some reminders for what the kids need to do and will need on PE/Swim Days. Please refer to the Purple Angelfish monthly calendar for the days we have swim. Instead of having PE in the gym the kids will go for swim lessons

**REMINDERS**

The children will need to wear their swimming suits under their PE uniform, bring a towel and underpants with them in a plastic bag. Please **LABEL everything!**

## Journals

At the beginning of the year we started with a "writing prompts" journal where some of the words were already written for us. Now we will start with a blank page where we draw and write everything. We will be focusing on writing a full sentence or sentences that will match our illustrations. We will focus on writing "real" stories. Writing about our real life experiences like what we do on the weekends, family vacations and experiences, what we like to do etc

## Phonics/Spelling

We will be focusing on slow articulation of words (i.e. saying the words slowly) in order to hear and record each sound in the word.

We will also be using the words from our word wall

As the kids write in their journals, they will be learning what a sentence is: we start with a capital letter and end with a period.

## Reading

Here are the questions I will use when doing reading lessons with the kids. This will be an ongoing focus.

- Where does the story take place? What is the setting?

- What happened in the story (beginning, middle and end)?

- Who are the main characters in the story? Tell me about them

- What was your favorite character in the story? Tell me about them

- Does this story remind you of any other story or anything that has happened to you?

**HSBC ◆X▶ Private Bank**

5)   In general for the purposes of this account, what is your preferred investment horizon?

- ☐ 3 years or less
- ☑ Over 3 to 5 years
- ☐ Over 5 to 10 years
- ☐ Over 10 years

6)   What is your anticipated level of borrowing?

- ☐ High
- ☑ Medium
- ☐ Low
- ☐ None

<u>Client's portfolio strategy for the relevant account mentioned in this form:</u>

1)   What are your investment objective and risk tolerance level?

- ☐ **Risk Averse:** Objective is primarily preserving the original principal over the investment time horizon with low volatility of principal value and a low level of capital risk. Investor is willing to accept lower (on a historical basis relative to more traditional debt/equity investments) returns in exchange for high liquidity/lower risk.

- ☐ **Conservative (low risk tolerance):** Objective is to obtain a continuing income stream from reliable debt and equity investments, and other sources. Investor is willing to forego capital appreciation and to utilise principal (potentially at a loss), if necessary, to fund the desired level of sustained current income.

- ☑ **Moderate (medium risk tolerance):** Objective is to strike a balance between current income and the desire for modest growth of principal. Investor may experience some principal loss given market and other risks.

- ☐ **Growth (high risk tolerance):** Objective is to accumulate wealth over time, rather than current income. An investor must be willing to accept upside and downside volatility in the pursuit of growth including the risk of substantial principal loss. Some growth holdings may have lower liquidity and/or reduced transparency.

- ☐ **Aggressive (very high risk tolerance):** Objective is to achieve higher than average growth over the longer term market cycle with little need for current income or liquidity. Investor is willing to take on significant risk including high upside and downside volatility and the potential of substantial or entire loss of principal. Holdings may be highly illiquid, of lower quality or have substantially decreased transparency.

**HSBC ◆▷ Private Bank**

Client Profile

1)   What is your age range?
      (in the case of joint accounts, you may tick more than one box as appropriate)

      ☐   Aged 75 or above
      ☐   Between 65 and 74
      ☐   Between 55 and 64
      ☑   Between 35 and 54
      ☐   Between 18 and 34
      ☐   Not Applicable

2)   What is your level of education?
      (in the case of joint accounts, you may tick more than one box as appropriate)

      ☐   None
      ☑   Up to high/secondary schools level
      ☐   Up to university level
      ☐   Post graduate level or above
      ☐   Not Applicable

      Where applicable, please indicate your professional qualifications:

      _____

3)   What is your occupation?
      (in the case of joint accounts, you may tick more than one box as appropriate)

      ☑   Business owner / Partner / Self employed
      ☐   Employed - Please indicate profession:  _____
      ☐   Retiree
      ☐   Student
      ☐   None
      ☐   Not Applicable

4)   Please indicate in the table below the year(s) of experience and level of sophistication you have in
      trading the following investment products:

| Experience in: | No. of Years | Level of Sophistication | | | |
|---|---|---|---|---|---|
| 1)Stocks | 12 | ☐ High | ☑ Medium | ☐ Low | ☐ N/A |
| 2)Debt Securities/Bonds | 6 | ☐ High | ☐ Medium | ☑ Low | ☐ N/A |
| 3)Investment Funds/Unit Trusts | 8 | ☐ High | ☑ Medium | ☐ Low | ☐ N/A |
| 4)Hedge Funds/Private Equity | 0 | ☐ High | ☐ Medium | ☐ Low | ☑ N/A |
| 5)Bullion/Commodities | 0 | ☐ High | ☐ Medium | ☐ Low | ☑ N/A |
| 6)Options[1] | 5̶ 1·5 | ☐ High | ☑ Medium | ☐ Low | ☐ N/A |
| 7)Structured Notes[2] / Structured Deposits[3] | 5 | ☐ High | ☑ Medium | ☐ Low | ☐ N/A |
| 8)Accrual Forward Contracts[4] | 0 | ☐ High | ☐ Medium | ☐ Low | ☑ N/A |
| 9)Other Margin Products[5] | 0 | ☐ High | ☐ Medium | ☐ Low | ☑ N/A |
| 10)Discretionary Investment Programs | 0 | ☐ High | ☐ Medium | ☐ Low | ☑ N/A |

[1] Examples of options products include equity options, bond options, FX options, non-deliverable options, bullion/commodities options etc.
[2] Examples of structured notes include equity linked notes, callable daily accrual notes, currency linked notes, index linked notes, credit linked notes etc.
[3] Examples of structured deposits include equity linked deposits, currency linked deposits etc.
[4] Examples of accrual forward contracts include accumulators/decumulators with equity, FX or bullion as underlyings.
[5] Examples of other margin products include FX forwards, non-deliverable forwards, bullion forwards, interest rate swaps, currency swaps, margin FX etc.

1)As a liability managment tool
2)Relatively short term
3)When market goes against client's liability position, **his liability has the potential of being reduced**
4)Ability of conversion @ better than current market market AND at the same time ability to mitigate some of the adverse market movement [we target 50% of the adverse market movement per structure] to client position

# Structure
========

1)Buy One Touch Down strike 82.50 payout  JPY 4.5mio
2)Sell USD CALL strike 92.00  ako 82.50
Tenure 3m/s

Off spot reference 89.80

# How it works
==========

1)If USDJPY hit 82.50 within this 3 month, client rec'd  4.5mio JPY.

### From a liability point of view
========================
@89.80
Asset is USD 1mio
Liability is JPY 89,800,000

1)If Do- Nothing strategy and USDJPY goes lower to 82.50. In USD % term, from spot reference of 89.40, his loan in USD term increase by  8.85%.
[(89.80-82.50)/82.50]

2)However with this **Loan Management Sructure**, at 82.50,he rec'd JPY 4.5mio. Off spot reference 89.80 as the starting point, if 82.50 touch, his JPY
loan is  reduce to 85,300,000[89,800,00-4,500,000], implying a USDJPY exchange rate of 85.30 per USD 1mio. Mark to market at 82.50, that would
only imply  a deterioration of   only  (85.30-82.50)/82.50 = 3.40%, an outperformance of  5.45%

2)If 82.50 not touched, and market trade higher than 92.00 at the 3 month expiry, client JPY loan is converted to USD loan and in USD term his JPY loan is decrease by (89.80-92.00)/92.00 =  2.39%.

# Flexibilty
=======

As this is a OTC structure, we do not need to wait till structure expires or the barriers to be touch. If market move in favour of the structure and shows signs of reversal we can always unwind the hedge and lock in the hedging profit and renter at better rate.

ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-364569-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of a Alpha Plus which you have agreed to place with us. This Confirmation constitutes a "Confirmation" as referred to in the Standard Terms and Conditions (the "Standard Terms"). This Confirmation supplements, forms a part of, and is subject to, the Account Documentation of HSBC Private Bank (Suisse) SA as defined in the Standard Terms. In the event of any inconsistency between the Account Documentation and this Confirmation, this Confirmation will govern.

| | | | |
|---|---|---|---|
| Reference No. | : 61515-0 | Principal Amount | : NZD***********350,000.00 |
| Trade Date | : 09NOV2007 | Base Currency | : NZD |
| Value Date | : 14NOV2007 | Interest Rate | : 7.56250% |
| No. of Days | : 7 | Premium | : NZD***********267.55 (Annualized Yield 3.63750%) |
| Maturity Date | : 21NOV2007 | Strike Price | : 1.1800 |
| Expiration Date / Expiration Time | : 19NOV2007 (2:00PM Singapore Time) | Interest at Maturity | : NZD***********514.67 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH - ACU "RSP" | Principal + Premium | : NZD***********350,762.22 |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH - ACU "RSP" | Reference Currency | : AUD |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY | P+I+Premium in Reference Currency | : AUD***********297,256.12 |
| | | Basis | : 360 Days |
| | | Premium Payment Date | : 21NOV2007 |
| | | Option Style | : European |

Call Ccy Amount : NZD***********350,762.22

The Alpha Plus is not a traditional deposit. It is linked to a currency option and is subject to the risk of fluctuation in the Base Currency against the Reference Currency. On the Maturity Date, the Alpha Plus will be repaid in the weaker of the two currencies.

On the Expiration Date, if AUD (the Reference Currency) depreciates against NZD (the Base Currency) and AUD/NZD trades at the Strike Price or at a price worse than the Strike Price, the Bank may at its discretion exercise the option written above and purchase the Base Currency from you in AUD at the Strike Price and the Alpha Plus shall be repaid to you in AUD.

For the purpose of this Confirmation, the spot exchange rate for AUD/NZD means the number of AUD required to buy one unit of NZD, as prevailing in the foreign exchange market and conclusively determined by the Bank.

The amounts payable by the Bank to you on the Maturity Date shall be as follows:

(a) where the Bank has not exercised the option, the Principal Amount of the Alpha Plus shall be repaid to you with interest and Premium in NZD (the Base Currency); or

(b) where the Bank has exercised the option, the Principal Amount of the Alpha Plus together with

A/C NO. : 6212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

Interest and Premium shall be converted at the Strike Price and paid to you in AUD (Reference Currency).

You shall not withdraw all or any part of the Alpha Plus before the Maturity Date.

There shall be no automatic renewal of the Alpha Plus. Unless instructions to the contrary are received by the Bank from you prior to the Maturity Date, proceeds of the Alpha Plus payable by the Bank shall be placed on call deposit with HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH – ACU "RSP".

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

*** END OF CONFIRMATION ***

Incorporated in Switzerland

copies from your system and notify the sender immediately by
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080 Fax: (65) 6223 7146
***************************************************************

***************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080 Fax: (65) 6223 7146
***************************************************************

-------------------------------------------
***********************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
***********************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mr & Mrs Chan,

Please note the FX confirmation & revised details for your reference.

CLO JPY loan amount - JPY45,515,000/-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J05 | 05) | JPY | 46,515,000.00 | 93.03 | USD | 500,000.00 | Jul 14/09 |
| | | USD | 500,000.00 | 94.6811 | JPY | 47,340,550 | Sept 02/09 |
| | | | | | | | |

Thank you & regards
Moi Jan

http://webmail.singnet.com.sg/webmail/message.php?actionID=1&index=eb2b105c65f... 2009/9/21

Without prejudice and in addition to any general lien, right of set-off or other right by way of security which the Bank may have on any account whatsoever, the Investor agrees that the Bank may at any time and without prior notice:

apply (even if such application requires breaking of the Investment before its Maturity Date) any monies held in any currency to the credit of any account or any other account in the name of the Investor solely or jointly with any other person (the "said monies") against any indebtedness of any type of the Investor to the Bank whether actual, contingent, present or future and whether owed by the Investor solely or jointly with any person (the "said indebtedness"); and/or refuse to repay when demanded or when the same falls due any of the said monies to the Investor if and to the extent that the said indebtedness at the relevant time is equal to or exceeds the said monies at that time.

The Investment shall be subject to, governed by and construed in accordance with the laws of Malaysia and the parties submit to the non-exclusive jurisdiction of the Malaysian courts.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us or by sending a return letter/telex to HSBC Bank Malaysia Berhad within 24 hours, and quoting our reference **SDOP 030** for the attention of Treasury Control Division – Treasury Services, substantially to the following effect:

Our fax number: 03-2072 7310
Our telephone number for documentation queries:   03-22703470 – Janna Lam

Regards,

Selvam S/O Peesvedran        Ooi Beng
                             11611

For and on behalf of
HSBC Bank Malaysia Berhad

Confirmed as of the date first above written
**LIM CHEOK KEE/CHAN AH WAH**

by: _____
       Authorised Signature
       Name:
       Title:

# HSBC 

11 January, 2005

**LIM CHEOK KEE/CHAN AH WAH**
**ç/o HSBC Private Banking**

**ATTN: Roger Teow**
**FAX NO: 2094 5809**

### RANGE ACCRUAL INVESTMENT CONFIRMATION

Our Ref :  **SDOP 029**

For the avoidance of doubt, this Confirmation supplements, forms part of, and is subject to the Generic Terms and Conditions (applicable to all accounts/products/services) in force from time to time between HSBC Bank Malaysia Berhad (a the "Bank") and Lim Cheok Kee/Chan Ah Wah (the "Investor") (hereinafter referred to as the "Terms and Conditions"), a copy of which is available upon request.  All provisions in the Terms and Conditions govern this Confirmation except as expressly modified hereby. Expressions and Terms defined or construed in the Terms and Conditions shall, unless the context otherwise requires, bear the same meaning, or as the case may be, be construed in the same way, when used herein.

We confirm the terms of an Investment (the **"Investment"**) which you have agreed on 11 January 2005 to place with the Bank at its principal office located at No 2 Leboh Ampang, 50100 Kuala Lumpur in an amount of MYR1,000,000.00 (**"Principal Investment"**) for value 13 January 2005 (the **"Investment Date"**).

The Investment is repayable by the Bank at its principal office for the time being in Kuala Lumpur on 14 January 2008 or, if that is not a day (other than a Saturday or Sunday) on which commercial banks are open for business (a **"Business Day"**) in Kuala Lumpur (a **"Kuala Lumpur Business Day"**), the next following day which is a Kuala Lumpur Business Day unless the next following Kuala Lumpur Business Day falls in the next calendar month, in which case that date will be the first preceding day that is a Kuala Lumpur Business day (such date, the **"Maturity Date"**).

Interest on the Principal Investment will accrue at the Applicable Rate (as determined in accordance with the next paragraph), from and including the Investment Date to and including the Maturity date (such period being referred to hereinafter as an "Interest Period"), on the basis of the actual number of days in the Interest Period divided by 365 days. Interest will be payable on the each Actual Interest Payment Date.

**Applicable Rate: 5.00% per annum x Accrual Factor**
              **subject to a minimun of 0.00% p.a. and a maximum of 5.00% p.a.**

Subject to the Rules and Regulations of the Association and Banks in Malaysia.
This is a computer generated advice for which no signature is required.

HSBC Bank Malaysia Berhad

**Scheduled Interest Payment Dates**: Quarterly on the 13th day January, April, July and October in each year, commencing on 13 April 2005, to and including the Maturity Date or (in each case) if such day is not a Kuala Lumpur Business Day, the next following day which is a Kuala Lumpur Business Day unless the next following Kuala Lumpur Business Day falls in the next calendar month, in which case that date will be the first preceding day that is a Kuala Lumpur Business Day.

"**Interest Period**" means, in respect of a Scheduled Interest Payment Date, the period from and including the immediately preceding Scheduled Interest Payment Date (or in the case of the first Interest Period, the Investment Date) to, but excluding such Scheduled Interest Payment Date.

"**Accrual Range**" means in respect of the Interest Periods commencing (subject to modification as set out below) on :

(1) *13 January 2005, 13 April 2005, 13 July 2005, 13 October 2005, 2.60% to 3.10% (Inclusive)*
(2) *13 January 2006, 13 April 2006, 13 July 2006, 13 October 2006, 2.60% to 3.30% (Inclusive)*
(3) *15 January 2007, 13 April 2007, 13 July 2007 and 13 October 2007, 2.60% to 3.50% (Inclusive)*

"**Days Within Range**" means the number of Calender Days during the relevant Interest Period upon which KLIBOR fixes within the Accrual Range.

"**Accrual Factor**" means the numbers of "Days Within Range" divided by Total number of Calender Days within the relevant Interest Period.

"**Total Calender Days**" means the total number of calender days within the interest period.

"**Trade Date**" means 11 January 2005

"**KLIBOR**" means the 3-month MYR KLIBOR as displayed on Reuters at of 11:00a.m Kuala Lumpur Time.

**MYR** means the Malaysian Ringgit.

All calculations of interest by the Bank shall (in the absence of manifest error) be conclusive and binding.

All payments in respect of the Investment will be made without withholding or deduction for or on account of any taxes, duties, assessments or governmental charges of whatever nature unless such withholding or deduction is required by Malaysian law, in which event payments will be made subject to such withholding or deduction.

Account Details:-

LIM CHEOK KEE/CHAN AH WAH
MYR : Account number: 304-591381-108

or such other account as the Investor shall have notified to the Bank, failing which (and provided that it shall have received the Principal Investment) the Bank shall be entitled to credit the relevant amounts to one or more of the current accounts which the Investor has with the Bank (and/or where the Investor does not have such accounts with the Bank, to the extent necessary to open one or more such account in the name of the Investor for the purpose of crediting such monies).

The Investor shall not be entitled to cancel all or part of the Investment except as set out herein without the Bank's prior consent (which, if granted, may be subject to such conditions and terms as the Bank may require).  The Bank may at its absolute discretion refuse to give such consent, or impose such conditions as the Bank may determine for the conversion or cancellation of such Investment, such conditions will include (without limitation) the deduction of such breakage costs as the Bank shall determine conclusively acting in good faith.  Such breakage costs shall include the costs, expenses, liabilities or losses incurred or suffered by the Bank as a consequence of breaking its hedge, or funding from other sources in respect of the Investment and therefore the total amount repaid on an early cancellation may be less than the principal amount of the Investment.

This Investment is (i) non-assignable and (ii) non-chargeable, except to the Bank, nor can or shall any type of third party rights arise in respect thereof, in each case in whole or in part.

The Investor acknowledges that there can be no automatic renewal of Investments.

The Investor hereby represents and warrants (i) that the terms hereof are legally binding upon it and fully enforceable against it; (ii) that it is the sole beneficial owner of all monies invested, free from any charge, encumbrance or claim whatsoever; and (iii) that it is not using any borrowed money (whether in the form of an overdraft or otherwise) or any other form of financing, whether from the Bank or a third party, in order to enter into the Investment arrangement set out in this Confirmation or any part thereof.

The Investor represents to the Bank that it is fully informed of, and has sufficient knowledge and experience to be able to evaluate, the tax and accounting implications, the potential financial benefits and risks, the appropriateness in light of its individual financial circumstances, business affairs, and risk management capabilities, and the conformity to its policy and objectives, of the Investment, it is acting in reliance on its own judgement and evaluation or upon professional advice it has obtained independently of the Bank as to such issues, it is not relying upon the views or advice of the Bank and it has, upon such evaluation, decided that it is prepared to bear for its own account the risks inherent in the Investment.

If the Bank is prevented from or hindered, or delayed by reason of force majeure or act of state in the performance of any of its obligations in respect of this Investment, the Bank will not be under any liability to the Investor for any loss, damage, cost or expense incurred by the Investor due to the inability or failure of the Bank to perform any such obligation.

In the event that any one or more of the provisions contained in this Confirmation should be held invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions hereof or thereof shall not in any way be affected or impaired thereby, except to the extent that the economic basis of the Investment is materially amended thereby.

Without prejudice and in addition to any general lien, right of set-off or other right by way of security which the Bank may have on any account whatsoever, the Investor agrees that the Bank may at any time and without prior notice:

apply (even if such application requires breaking of the Investment before its Maturity Date) any monies held in any currency to the credit of any account or any other account in the name of the Investor sólely or jointly with any other person (the "said monies") against any indebtedness of any type of the Investor to the Bank whether actual, contingent, present or future and whether owed by the Investor solely or jointly with any person (the "said indebtedness"); and/or refuse to repay when demanded or when the same falls due any of the said monies to the Investor if and to the extent that the said indebtedness at the relevant time is equal to or exceeds the said monies at that time.

The Investment shall be subject to, governed by and construed in accordance with the laws of Malaysia and the parties submit to the non-exclusive jurisdiction of the Malaysian courts.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us or by sending a return letter/telex to HSBC Bank Malaysia Berhad within 24 hours, and quoting our reference **SDOP 029** for the attention of Treasury Control Division – Treasury Services, substantially to the following effect:

Our fax number: 03-2072 7310
Our telephone number for documentation queries:   03-22703470 – Janna Lam

Regards,

For and on behalf of
HSBC Bank Malaysia Berhad

Ooi Beng Tait
1161

Confirmed as of the date first above written
**LIM CHEOK KEE/CHAN AH WAH**

by: _____
    Authorised Signature
    Name:
    Title:


**HSBC**

11 January, 2005

**LIM CHEOK KEE/CHAN AH WAH**
**c/o HSBC Private Banking**

**ATTN: Roger Teow**
**FAX NO: 2094 5809**

## RANGE ACCRUAL INVESTMENT CONFIRMATION

Our Ref : **SDOP 030**

For the avoidance of doubt, this Confirmation supplements, forms part of, and is subject to the Generic Terms and Conditions (applicable to all accounts/products/services) in force from time to time between HSBC Bank Malaysia Berhad (the "Bank") and Lim Cheok Kee/Chan Ah Wah (the "Investor") (hereinafter referred to as the "Terms and Conditions"), a copy of which is available upon request. All provisions in the Terms and Conditions govern this Confirmation except as expressly modified hereby. Expressions and Terms defined or construed in the Terms and Conditions shall, unless the context otherwise requires, bear the same meaning, or as the case may be, be construed in the same way, when used herein.

We confirm the terms of an Investment (the "**Investment**") which you have agreed on 11 January 2005 to place with the Bank at its principal office located at No 2 Leboh Ampang, 50100 Kuala Lumpur in an amount of MYR1,000,000.00 ("**Principal Investment**") for value 13 January 2005 (the "**Investment Date**").

The Investment is repayable by the Bank at its principal office for the time being in Kuala Lumpur on 13 January 2010 or, if that is not a day (other than a Saturday or Sunday) on which commercial banks are open for business (a "**Business Day**") in Kuala Lumpur (a "**Kuala Lumpur Business Day**"), the next following day which is a Kuala Lumpur Business Day unless the next following Kuala Lumpur Business Day falls in the next calendar month, in which case that date will be the first preceding day that is a Kuala Lumpur Business day (such date, the "**Maturity Date**").

Interest on the Principal Investment will accrue at the Applicable Rate (as determined in accordance with the next paragraph), from and including the Investment Date to and including the Maturity date (such period being referred to hereinafter as an "Interest Period"), on the basis of the actual number of days in the Interest Period divided by 365 days. Interest will be payable on the each Actual Interest Payment Date.

**Applicable Rate: 8.00% per annum x Accrual Factor**
              **subject to a minimun of 0.00% p.a. and a maximum of 8.00% p.a.**

Subject to the Rules and Regulations of the Association and Banks in Malaysia.
This is a computer generated advice for which no signature is required.

HSBC Bank Malaysia Berhad          Page 1 of 4

**Scheduled Interest Payment Dates**: Quarterly on the 13th day January, April, July and October in each year, commencing on 13 April 2005, to and including the Maturity Date or (in each case) if such day is not a Kuala Lumpur Business Day, the next following day which is a Kuala Lumpur Business Day unless the next following Kuala Lumpur Business Day falls in the next calendar month, in which case that date will be the first preceding day that is a Kuala Lumpur Business Day.

**"Interest Period"** means, in respect of a Scheduled Interest Payment Date, the period from and including the immediately preceding Scheduled Interest Payment Date (or in the case of the first Interest Period, the Investment Date) to, but excluding such Scheduled Interest Payment Date.

**"Accrual Range"** means in respect of the Interest Periods commencing (subject to modification as set out below) on :

*(1) 13 January 2005, 13 April 2005, 13 July 2005, 13 October 2005, 2.50% to 3.00% (Inclusive)*
*(2) 13 January 2006, 13 April 2006, 13 July 2006, 13 October 2006, 2.75% to 3.25% (Inclusive)*
*(3) 15 January 2007, 13 April 2007, 13 July 2007 ,13 October 2007, 3.00% to 3.50% (Inclusive)*
*(4) 14 January 2008, 13 April 2008, 13 July 2008 ,13 October 2008, 3.00% to 4.00% (Inclusive)*
*(5) 13 January 2009, 13 April 2009, 13 July 2009 and 13 October 2007, 3.00% to 4.00% (Inclusive)*

**"Days Within Range"** means the number of Calender Days during the relevant Interest Period upon which KLIBOR fixes within the Accrual Range.

**"Accrual Factor"** means the numbers of "Days Within Range" divided by Total number of Calender Days within the relevant Interest Period.

**"Total Calender Days"** means the total number of calender days within the interest period.

**"Trade Date"** means 11 January 2005

**"KLIBOR"** means the 3-month MYR KLIBOR as displayed on Reuters at of 11:00a.m Kuala Lumpur Time.

**MYR** means the Malaysian Ringgit.

All calculations of interest by the Bank shall (in the absence of manifest error) be conclusive and binding.

All payments in respect of the Investment will be made without withholding or deduction for or on account of any taxes, duties, assessments or governmental charges of whatever nature unless such withholding or deduction is required by Malaysian law, in which event payments will be made subject to such withholding or deduction.


Account Details:-

LIM CHEOK KEE/CHAN AH WAH
MYR : Account number: 304-591381-108

or such other account as the Investor shall have notified to the Bank, failing which (and provided that it shall have received the Principal Investment) the Bank shall be entitled to credit the relevant amounts to one or more of the current accounts which the Investor has with the Bank (and/or where the Investor does not have such accounts with the Bank, to the extent necessary to open one or more such account in the name of the Investor for the purpose of crediting such monies).

The Investor shall not be entitled to cancel all or part of the Investment except as set out herein without the Bank's prior consent (which, if granted, may be subject to such conditions and terms as the Bank may require). The Bank may at its absolute discretion refuse to give such consent, or impose such conditions as the Bank may determine for the conversion or cancellation of such Investment, such conditions will include (without limitation) the deduction of such breakage costs as the Bank shall determine conclusively acting in good faith. Such breakage costs shall include the costs, expenses, liabilities or losses incurred or suffered by the Bank as a consequence of breaking its hedge, or funding from other sources in respect of the Investment and therefore the total amount repaid on an early cancellation may be less than the principal amount of the Investment.

This Investment is (i) non-assignable and (ii) non-chargeable, except to the Bank, nor can or shall any type of third party rights arise in respect thereof, in each case in whole or in part.

The Investor acknowledges that there can be no automatic renewal of Investments.

The Investor hereby represents and warrants (i) that the terms hereof are legally binding upon it and fully enforceable against it; (ii) that it is the sole beneficial owner of all monies invested, free from any charge, encumbrance or claim whatsoever; and (iii) that it is not using any borrowed money (whether in the form of an overdraft or otherwise) or any other form of financing, whether from the Bank or a third party, in order to enter into the Investment arrangement set out in this Confirmation or any part thereof.

The Investor represents to the Bank that it is fully informed of, and has sufficient knowledge and experience to be able to evaluate, the tax and accounting implications, the potential financial benefits and risks, the appropriateness in light of its individual financial circumstances, business affairs, and risk management capabilities, and the conformity to its policy and objectives, of the Investment, it is acting in reliance on its own judgement and evaluation or upon professional advice it has obtained independently of the Bank as to such issues, it is not relying upon the views or advice of the Bank and it has, upon such evaluation, decided that it is prepared to bear for its own account the risks inherent in the Investment.

If the Bank is prevented from or hindered, or delayed by reason of force majeure or act of state in the performance of any of its obligations in respect of this Investment, the Bank will not be under any liability to the Investor for any loss, damage, cost or expense incurred by the Investor due to the inability or failure of the Bank to perform any such obligation.

In the event that any one or more of the provisions contained in this Confirmation should be held invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions hereof or thereof shall not in any way be affected or impaired thereby, except to the extent that the economic basis of the Investment is materially amended thereby.



# Read Message

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Tue, 29 Jul 2008 17:57:08 +0800

**From:** joanne.p.h.chew@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** Details (Jan 08 to current)

**Attachments:** *no attachments*

Dear Mr and Mrs Chan,

As per requested, please find below details that I managed to extract from
the statements (for year 2008). Hope it tallys with your figures
ultimately?

Thanks                          *March/Feb?*              (a)

FX profits:                                         *USD 500,000 @ 105.15 (09/06/08)*
07/04/08        USD11,291.89 ✗              *Buy*      *11/06/08*
04/06/08        USD5,851.09 ✗
12/06/08        USD13,329.10 ✗    *+ 4523.61*         *to*
07/06/08        USD1,354.47 ✓    *+ 1,230.00*        *sell 106.11*
25/06/08        USD4,358.60 ✗                        *(09/06/08)*
30/06/08        USD1,016.61 ✗    *+ 9,487.60  29/07/08*   *Profit = 4,523.6..*
30/06/08        USD1,227.19 ✗                        *USD.*
22/07/08        USD3,156.15 ✗
23/07/08        USD2,849.92 ✓

Total           USD44,435.02                    (b)  *USD 500,000 @ 106.70.*
                                                     *Buy*
Outward remittances:                                  *(03/07/08)*
24/03/08        (USD100,000) ✓                        *07/07/08*
16/04/08        (USD110,000) ✓                *to*
17/04/08        (USD14,776) ✓            *sell*
08/05/08        (USD12,000) ✓          *Profit = 1,405.81*
13/06/08        (USD20,000) ✓                *1,230*
18/07/08        (USD100,000) ✓
31/07/08        (USD10,000) ✓

Regards,                              (c)  *USD250,000 @ 106-10*
Joanne Chew                                *Buy*
                                           *(15/07/08)*
HSBC Private Bank (Suisse) SA                 *to*
21 Collyer Quay #18-01              *sell 106.71*
HSBC Building, Singapore 049320    *Profit = USD 1,429.11*
T: +65 6229 0848
F: +65 6225 1330
email to: joanne.p.h.chew@hsbcpb.com

*****************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential

(d)  *CLC Ref: 51074-0.*

 **Read Message**

**Message moved to Trash.**

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Tue, 1 Sep 2009 17:18:30 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Fw: FX - USDJPY position

**Attachments:**

| | | | |
|---|---|---|---|
| [no description] | image/gif | 6 KB | |
| [no description] | image/gif | 9 KB | |
| ChanAW-FX010909.pdf | application/octet-stream | 99 KB | |

Dear Mr & Mrs Chan,

Please note the FX confirmation & revised details for your reference.


CLO JPY loan amount - JPY45,515,000/-



Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
               21 Collyer Quay
               HSBC Building
               #18-01 Singapore 049320




----- Forwarded by Moi Jan CHONG/PBD RSP/PBRS/HSBC on 01/09/09 05:10 PM
-----

Moi Jan CHONG/PBD RSP/PBRS/HSBC
01 Sep 2009 14:29 Mail Size: 12854

To
jess2003@singnet.com.sg
cc
Amy LOW/PBD RSP/PBRS/HSBC@HSBC03, Moi Jan CHONG/PBD RSP/PBRS/HSBC@HSBC03
Subject
FX - USDJPY position


Our Ref

Your Ref

Dear Mr & Mrs Chan,

As requsted, please find attached the USDJPY position for your reference.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   :  (65) 6395 5708
FAX   :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
                21 Collyer Quay
                HSBC Building
                #18-01 Singapore 049320

**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
**********************************************************

**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
**********************************************************

**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all

HSBC Private Bank (Suisse) SA
Singapore
DID   : (65) 6395 5708
FAX   : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
            21 Collyer Quay
            HSBC Building
            #18-01 Singapore 049320

----- Forwarded by Moi Jan CHONG/PBD RSP/PBRS/HSBC on 01/09/09 05:10 PM -----

**Moi Jan CHONG/PBD RSP/PBRS/HSBC**

01 Sep 2009 14:29 Mail Size: 12854

| | |
|---|---|
| To | jess2003@singnet.com.sg |
| cc | Amy LOW/PBD RSP/PBRS/H |
| Subject | FX - USDJPY position |

Our Ref

Your Ref

Dear Mr & Mrs Chan,

As requsted, please find attached the USDJPY position for your reference.

| J05 | 05) | JPY | 46,515,000.00 | 93.03 | USD | 500,000.00 | Jul 14/09 |
|---|---|---|---|---|---|---|---|
| | | USD | 500,000.00 | 94.6811 | JPY | 47,340,550 | Sept 02/09 |
| J06 | 06) | JPY | 51,385,000.00 | 97.0687 | USD | 529,367.34 | Aug 13/09 |
| | | USD | 540,421.44 | 95.0832 | JPY | 51,385,000.00 | Aug 20/09 |

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   : (65) 6395 5708
FAX   : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
            21 Collyer Quay
            HSBC Building
            #18-01 Singapore 049320

****************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy, fo
please delete it and all copies from your system and notify the sender immediately by return e-mail. Internet co
sender does not accept liability for any errors or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*********************************************************

------------------------------------------
*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mr Chan

This is to confirm the following trade done:

1)   Trade Date   : 12 Aug 09
     Value Date   : 08 Sep 09
     Bought       : GBP302,063.70
     Sold         : USD496,976.34
     Rate         : 1.64527

     Trade Date   : 31 Jul 09
     Value Date   : 08 Sep 09
     Bought       : USD500,000.00
     Sold         : GBP302,063
     Rate         : 1.65528          Profit: USD3,023.66

2)   Trade Date   : 13 Aug 09
     Value Date   : 20 Aug 09
     Bought       : USD540,421.44
     Sold         : JPY51,385,000.00
     Rate         : 95.0832            ⓐ 97.10 (S)     Profit: _____
                                         95.05 (B)

3)   Trade Date   : 17 Aug 09
     Value Date   : 02 Sep 09
     Bought       : USD500,000.00
     Sold         : JPY47,340,550.00
     Rate         : 94.6811

Thank you & Regards
Cheryl Chew



## Read Message

↩ **Reply** | **Reply to All** | **Forward** | **Delete** | **Save As** | ◀ **Previous** | **Next** ▶

**Date:** Mon, 17 Aug 2009 18:22:43 +0800

**From:** cheryl.y.l.chew@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** Trade Confirmation

**Attachments:** *no attachments*

Dear Mr Chan

This is to confirm the following trade done:

```
1)      Trade Date      : 12 Aug 09
        Value Date      : 08 Sep 09
        Bought          : GBP302,063.70
        Sold            : USD496,976.34
        Rate            : 1.64527

        Trade Date      : 31 Jul 09
        Value Date      : 08 Sep 09
        Bought          : USD500,000.00
        Sold            : GBP302,063                      Profit:
        Rate            : 1.65528
USD3,023.66


2)      Trade Date      : 13 Aug 09
        Value Date      : 20 Aug 09
        Bought          : USD540,421.44
        Sold            : JPY51,385,000.00
        Rate            : 95.0832

3)      Trade Date      : 17 Aug 09
        Value Date      : 02 Sep 09
        Bought          : USD500,000.00
        Sold            : JPY47,340,550.00
        Rate            : 94.6811
```

Thank you & Regards
Cheryl Chew
HSBC Private Bank (Suisse) SA Singapore
21 Collyer Quay
#18-01 HSBC Building
Singapore 049320
DID: (65) 6229 0367
FAX: (65) 6225 1330
Email: cheryl.y.l.chew @hsbcpb.com

***************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If we have received this message in error, please delete it and all



## Read Message

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Mon, 12 Oct 2009 17:29:33 +0800
**From:** moi.jan.chong@hsbcpb.com
**To:** jess2003@singnet.com.sg
**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com
**Subject:** Fw: Trade confirmations
**Attachments:**

| | | |
|---|---|---|
| ChanAW-FX091009AUD.pdf | application/octet-stream | 98 KB |
| ChanAW-FX091009GBP.pdf | application/octet-stream | 99 KB |
| ChanAW-FX091009JPY1.pdf | application/octet-stream | 99 KB |
| ChanAW-FX091009JPY2.pdf | application/octet-stream | 99 KB |
| ChanAW-FX121009.pdf | application/octet-stream | 98 KB |
| ChanAW-FX121009b.pdf | application/octet-stream | 99 KB |

Dear Mr & Mrs Chan,

Please find attached trade confirmations for your reference.

1) AUDUSD - to switch partial AUD loan tagged " CL2 " to USD loan


2) GBPUSD - to switch partial GBP loan tagged " CLF " to USD loan


Kindly also be advised that we will be switching deposit tagged " H " &
partial " E " to JPY deposit for the USDJPY no. 3 & 4 as per email
below.


Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   :  (65) 6395 5708
FAX   :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building
         #18-01 Singapore 049320



----- Forwarded by Moi Jan CHONG/PBD RSP/PBRS/HSBC on 12/10/09 05:22 PM -----

Moi Jan CHONG/PBD RSP/PBRS/HSBC
09 Oct 2009 17:44 Mail Size: 421212

To

be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
**********************************************************

***********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
***********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►





## Read Message

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Thu, 6 Aug 2009 16:25:32 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Alpha Plus confirmation

**Attachments:** *no attachments*

Dear Mr & Mrs Chan,

Please note that USD500,000/- for the following alpha plus will
withdraw from your deposit 'J'.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building
         #18-01 Singapore 049320

Dear Mr Chan

Here are the Alpha Plus details:-

Base currency              : USD
Alt currency               : AUD
Amount                     : 500,000.00
Trade date                 : 05 Aug 2009
Value date                 : 11 Aug 2009
Fixing date                : 19 Aug 2009
Maturity date              : 21 Aug 2009
Interest rate              : 4% p.a.
Strike price               : 0.8118
Principal + interest (USD) : 500,555.56

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Wed, 5 Aug 2009 17:24:08 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Alpha Plus confirmation

**Attachments:** *no attachments*

Dear Mr Chan

Here are the Alpha Plus details:-

| | |
|---|---|
| Base currency | : USD |
| Alt currency | : AUD |
| Amount | : 500,000.00 |
| Trade date | : 05 Aug 2009 |
| Value date | : 11 Aug 2009 |
| Fixing date | : 19 Aug 2009 |
| Maturity date | : 21 Aug 2009 |
| Interest rate | : 4% p.a. |
| Strike price | : 0.8118 |
| Principal + interest (USD) | : 500,555.56 |

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID  : (65) 6395 5708
FAX  : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building
         #18-01 Singapore 049320


The contents of this email are for your information only.  Should the
particulars of the transaction contained herein differ from the official
Confirmation Advice which will be sent to you shortly, the said
Confirmation Advice will be taken as the correct record of the
transaction.


************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its

Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*****************************************************

-------------------------------------------
*****************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*****************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"


This mail contains HTML, which is displayed below.


Dear Mr Chan

Here are the Alpha Plus details:-

| Base currency | : USD |
| Alt currency | : AUD |
| Amount | : 500,000.00 |
| Trade date | : 05 Aug 2009 |
| Value date | : 11 Aug 2009 |
| Fixing date | : 19 Aug 2009 |
| Maturity date | : 21 Aug 2009 |
| Interest rate | : 4% p.a. |
| Strike price | : 0.8118 |
| Principal + interest (USD) | : 500,555.56 |

*From: Deposit 1* (handwritten)

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID  : (65) 6395 5708
FAX  : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building
         #18-01 Singapore 049320


The contents of this email are for your information only.  Should the particulars of the transaction contained
herein differ from the official
Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the
correct record of the transaction.


*****************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy,
forward, disclose or use any part of it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return e-mail. Internet communications cannot



## Read Message

**Message moved to Trash.**                                    INBOX: 3 of 16 messages

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Thu, 24 Sep 2009 18:49:02 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Trade confirmation (Revised)

**Attachments:** ChanAW-FX240909.pdf   application/octet-stream   99 KB

Dear Mr & Mrs Chan,

Pls note that the loan tagged ' CL1 ' value 1 Oct 09 will be:

1) USD250,000/-
2) JPY8,313,750/-

*(handwritten: (G) 91.387 (B)  Ref: 83800-0)*

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   : (65) 6395 5708
FAX   : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320

———————————————

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmation for your reference.

We will switch partial JPY loan tagged ' CL1 ' to USD250,000/- loan value
1 Oct 09.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   : (65) 6395 5708
FAX   : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320

sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmation for your reference.

We will switch JPY loan principal of JPY46,515,000/- tagged ' CLO ' to USD loan value 1 Oct 09.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   : (65) 6395 5708
FAX   : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
        21 Collyer Quay
        HSBC Building
        #18-01 Singapore 049320

*********************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy,
forward, disclose or use any part of it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return e-mail. Internet communications cannot
be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or
omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*********************************************************

*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

## Read Message

Message moved to Trash.

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Wed, 23 Sep 2009 19:35:35 +0800
**From:** moi.jan.chong@hsbcpb.com
**To:** jess2003@singnet.com.sg
**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com
**Subject:** Trade confirmation
**Attachments:** ChanAW-FX230909.pdf    application/octet-stream    99 KB

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmation for your reference.

We will switch JPY loan principal of JPY46,515,000/- tagged CLO to USD
loan value 1 Oct 09.

*@ 91·387*
*Ref : 89800-0*

*usd:500 k·*
*ref : 89420-0*
*@ 90·97 (B)*

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
         21 Collyer Quay
         HSBC Building
         #18-01 Singapore 049320

*****************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*****************************************************

----------------------------------------------------
*****************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Thu, 1 Oct 2009 12:22:58 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Trade confirmation

**Attachments:**

| | | |
|---|---|---|
| ChanAW-FX011009.pdf | application/octet-stream | 98 KB |
| ChanAW-USDJPY011009.pdf | application/octet-stream | 17 KB |
| ChanAW-AUDUSD011009.pdf | application/octet-stream | 17 KB |

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmation, USDJPY & AUDUSD closed position
for your reference.


The AUDUSD is to:

1) switch USD250,079.48 loan to AUD loan for loan tagged " CL2 "
2) switch AUD287,840.01 deposit to USD deposit for deposit tagged " H
".

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    : (65) 6395 5708
FAX    : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
                21 Collyer Quay
                HSBC Building
                #18-01 Singapore 049320



**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
**********************************************************

HSBC Private Bank (Suisse) SA Singapore
21 Collyer Quay
#18-01 HSBC Building
Singapore 049320
DID: (65) 6229 0367
FAX: (65) 6225 1330
Email: cheryl.y.l.chew @hsbcpb.com


*********************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy,
forward, disclose or use any part of it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return e-mail. Internet communications cannot
be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or
omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*********************************************************


*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions..
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"


Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Facsimile transmission**

# HSBC ◆◆ Private Bank

| | |
|---|---|
| Telephone number: | +65 6229 0295/ +65 6421 3930 |
| Facsimile number: | +65 6225 1330 |
| Company: | HSBC PRIVATE BANK (SUISSE) SA SINGAPORE |
| | |
| To: | Mr Chan |
| From: | Stephanie Chan / Ella Gui |
| Date: | 14 Sept 2009 |
| Number of pages: | 1 OF 1 |
| Re: | A/C : CHAN AVI/ LIM CKW (8212-344549-0001) |
| | PRELIMINARY TRADE CONFIRMATION – |
| | ALPHA PLUS |

☐ Urgent
☐ Confidential

Dear Mr Chan

This is to confirm that the following trade have been executed for the above account.

| Original currency | USD |
|---|---|
| Principal | USD516,240.69 |
| Interest rate | 4.20% p.a |
| Principal + Interest | USD517,083.88 |
| Alternate currency | AUD623,744.13 |
| Strike Price | 0.8290 |
| Tenor | 2 WEEKS |
| | |
| Trade date | 14 SEPT 2009 |
| Settlement date | 16 SEPT 2009 |
| Fixing date | 28 SEPT 2009 |
| Maturity date | 30 SEPT 2009 |

Yours sincerely,

Ella Gui
PB Marketing
ella.x.w.gui@hsbcpb.com

*As per Deposit "G" & "I"
trojan email on same date*

**Disclaimer:**
The contents of this Preliminary Trade Confirmation is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC PRIVATE BANK (SUISSE) SA        T +65 6421 3930/6229 0887
21 Collyer Quay                      F +65 6225 1330
#18-01, HSBC Building
Singapore 049320

www.theworldsprivatebank.com

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Fri, 9 Nov 2007 19:07:01 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** ALPHA PLUS CONFO - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mrs Chan,

Please find the following details of the Alpha Plus trades executed on 07
Nov 2007.

A/c Chan Ah Wah/ Lim Cheok Kee Willy

1. USD CALL AUD PUT ALPHA PLUS
 Original currency
USD
 Principal
USD400,000.00 ⟶ )
Interest rate
10.20%
Principal + Interest
USD401,586.67 - *410 415.54*
Alternate currency
AUD447,201.19
Strike Price
0.8980 = *0.9090 - 2919*
Tenor
2 Week   *89 = 5903*



Trade date
09 NOV 07
Settlement date
14 NOV 07
Fixing date
26 NOV 07
Maturity date
28 NOV 07

2. USD CALL AUD PUT ALPHA PLUS
 Original currency
USD
 Principal
USD664,094.07
Interest rate
7.00%
Principal + Interest
USD664,997.98
Alternate currency
AUD747,188.74

Strike Price
0.8900
Tenor
1 Week


Trade date
09 NOV 07
Settlement date
14 NOV 07
Fixing date
19 NOV 07
 Maturity date
21 NOV 07

3. NZD CALL AUD PUT ALPHA PLUS
 Original currency
NZD
 Principal
NZD350,000.00
Interest rate
11.20%
Principal + Interest
NZD350,762.22
Alternate currency
AUD297,256.12
Strike Price
1.1800
Tenor
1 Week


Trade date
09 NOV 07
Settlement date
14 NOV 07
Fixing date
19 NOV 07
 Maturity date
21 NOV 07


Thanks and best regards,
June

The contents of this email is for your information only.  Should the
particulars of the transaction contained herein differ from the official
Confirmation Advice which will be sent
to you shortly, the said Confirmation Advice will be taken as the correct
record of the transaction.


*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss

or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
************************************************************

************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
************************************************************

************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
************************************************************


------------------------------------------
****************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

```
Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
**************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"
```

This mail contains HTML, which is displayed below.

Dear Mrs Chan,

Please find the following details of the Alpha Plus trades executed on 07 Nov 2007.

A/c Chan Ah Wah/ Lim Cheok Kee Willy

### 1. USD CALL AUD PUT ALPHA PLUS

| | |
|---|---|
| Original currency | USD |
| Principal | USD400,000.00 |
| Interest rate | 10.20% |
| Principal + Interest | USD401,586.67 |
| Alternate currency | AUD447,201.19 |
| Strike Price | 0.8980 |
| Tenor | 2 Week |
| Trade date | 09 NOV 07 |
| Settlement date | 14 NOV 07 |
| Fixing date | 26 NOV 07 |
| Maturity date | 28 NOV 07 |

### 2. USD CALL AUD PUT ALPHA PLUS

| | |
|---|---|
| Original currency | USD |
| Principal | USD664,094.07 |
| Interest rate | 7.00% |
| Principal + Interest | USD664,997.98 |
| Alternate currency | AUD747,188.74 |
| Strike Price | 0.8900 |
| Tenor | 1 Week |
| Trade date | 09 NOV 07 |
| Settlement date | 14 NOV 07 |
| Fixing date | 19 NOV 07 |
| Maturity date | 21 NOV 07 |

### 3. NZD CALL AUD PUT ALPHA PLUS

| | |
|---|---|
| Original currency | NZD |

| Principal | NZD350,000.00 |
|---|---|
| Interest rate | 11.20% |
| Principal + Interest | NZD350,762.22 |
| Alternate currency | AUD297,256.12 |
| Strike Price | 1.1800 |
| Tenor | 1 Week |
| Trade date | 09 NOV 07 |
| Settlement date | 14 NOV 07 |
| Fixing date | 19 NOV 07 |
| Maturity date | 21 NOV 07 |

**Thanks and best regards,**
**June**

The contents of this email is for your information only.  Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent
to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

*****************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*****************************************************

*****************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*****************************************************

*****************************************************

Disclaimer

Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*************************************************************

************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

 **Read Message**

**Message moved to Trash.**

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Wed, 16 Apr 2008 17:40:02 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought     : SGD20,000.00
You Sold       : USD14,776.51
All in  rate   : 1.3535
Trade Date     : 16 Apr 2008
Value date     : 17 Apr 2008
```

As per your instruction, we have taken USD110,000.00 from your deposit of USD250,738.15 (CL4) due on 16 April 08 for the outgoing payment today. We will transfer USD110,000.00 back to the above deposit CL4 from deposit USD310,797.89 (E) maturing on 21 April 08.

Thanks and best regards,
June


*****************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*******************************************************



*****************************************************************
Disclaimer

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

| | |
|---|---|
| **Date:** | Wed, 7 May 2008 17:17:54 +0800 |
| **From:** | june.s.s.teo@hsbcpb.com |
| **To:** | jess2003@singnet.com.sg |
| **Cc:** | amy.low@hsbcpb.com |
| **Subject:** | FX CONFIRMATION - (8212-344549-0001) |
| **Attachments:** | SGD Cheque.doc   application/octet-stream   25 KB  |
| | Statement.pdf   application/octet-stream   138 KB |

Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought    : SGD16,321.80
You Sold      : USD12,000.00
All in  rate  : 1.36015
Trade Date    : 07 May 2008
Value date    : 08 May 2008
```

Please find enclosed the transfer instruction of SGD16,321.80 to HSBC Powervantage account. Please fax back the signed instruction to us.

Thanks and best regards,
June

```
************************************************************
```
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
```
************************************************************
```



## Read Message

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Tue, 3 Nov 2009 18:53:44 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Loan Repayment on 22 Oct 09 (amendment)

**Attachments:**   ChanAW-Loanpmt221009.pdf   application/octet-stream   7 KB

   ChanAW-Loanpmt221009.pdf   application/octet-stream   7 KB

Dear Mr & Mrs Chan,

Please find attached amendment for your reference.  Hope this one is clearer for you.


Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320


---

Dear Mr Chan & Mrs Chan,

Please find attached the loan repayment details on 22 Oct 09.


Kindly note that we are now retrieving the last year statements to check on the deposit "F" which is with amount of USD294k and subsequently became
USD283k in Feb 09.  Please give us sometime to check and revert to you soonest possible.

Thank you for your kind understanding.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com


# Read Message

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Tue, 17 Nov 2009 13:04:03 +0800

**From:** joseline.c.b.ang@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** Loan Amount

**Attachments:** *no attachments*


Dear Mr Chan,

Your loan (principal + interest) for value 19 Nov 2009 are as follows:

(1) USD2,096,745.38
(2) JPY225,183,751

Regards,
Joseline Ang
HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building, Singapore 049320
T: +65 6395 2784
F: +65 6225 1330

************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
************************************************************


-------------------------------------------
************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mr Chan,

Your loan (principal + interest) for value 19 Nov 2009 are as follows:

(1) USD2,096,745.38
(2) JPY225,183,751

Regards,
Joseline Ang
HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building, Singapore 049320
T: +65 6395 2784
F: +65 6225 1330

**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy,
forward, disclose or use any part of it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return e-mail. Internet communications cannot
be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or
omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
**********************************************************
_____ ************************************************* This e-mail is confidential. It may also be legally
privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the sender immediately by return e-mail. Internet communications cannot be
guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
************************************************* "SAVE PAPER - THINK BEFORE YOU PRINT!"

**Reply** | **Reply to All** | **Forward** | **Delete** | **Save As** | ◀ **Previous** | **Next** ▶

 **Read Message**

Message moved to Trash.

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Tue, 10 Jun 2008 18:58:15 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

```
Dear Mr and Mrs Chan,

We are pleased to inform you of the following trades done for subject
account:

You Bought    : USD    500,000.00
You Sold      : JPY52,575,000.00
All in rate   : 105.15
Trade Date    : 09 Jun 2008
Value date    : 11 Jun 2008

You Bought    : JPY52,575,000.00
You Sold      : USD    495,476.39
All in rate   : 106.11
Trade Date    : 09 Jun 2008
Value date    : 11 Jun 2008

Profit = USD4,523.61
---------------------------------------------------------------------

You Bought    : JPY52,632,699.00
You Sold      : USD    496,020.16
All in rate   : 106.11
Trade Date    : 09 Jun 2008
Value date    : 11 Jun 2008

You Bought    : JPY52,641,471.00
You Sold      : USD    491,654.72
All in rate   : 107.07
Trade Date    : 10 Jun 2008
Value date    : 12 Jun 2008

Profit = USD13,329.10

You have fully repaid loan of JPY105,274,170 (CL3) on 12 Jun 08. Profit =
USD1,001,003.98 - USD496,020.16 - USD491,654.72)

Thanks and best regards,
June


**************************************************************
Disclaimer
```


**Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Wed, 30 Jul 2008 13:20:30 +0800

**From:** joanne.p.h.chew@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** Trade Confirmation and Details

**Attachments:** 📄   FX conf 290708 ON deal.pdf   application/octet-stream   157 KB

Dear Mr and Mrs Chan

Please find attached the trade being executed yesterday night.

You have earned a profit of USD9,487.60 from this position.           29/07/08

Further to the above, please find below the details requested for the
trades done when I'm not around.                                        ✓

                                                                        in genting.
              Value date          Details
1)            15July08            Buy USD500,000 Sell JPY @106.10 (open)
              16July08            Sell USD250,000 Sell JPY @106.71 (close
half)
              23July08            Sell USD247,150.08 Sell JPY @106.76    ✓
(closed)
profit earned for this position is USD2,849.92

2)            15July08            Buy USD500,000 Sell JPY @104.65 (open)
              22July08            Sell USD496,843.85 Buy JPY @105.35
(closed)
profit earned for this position is USD3,156.15

Thanks

Regards,
Joanne Chew

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building, Singapore 049320
T: +65 6229 0848
F: +65 6225 1330
email to: joanne.p.h.chew@hsbcpb.com

*****************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss

Nomura Research

The Case-Shiller housing index futures are currently pricing in a bottom in November 2010, at which time house prices would have fallen to the level of 2003 Q2 (Exhibit 2).

In other words, two very different indices are pricing in the same outcome. A 25.2% drop from the peak measured using the OFHEO index and a 34.6% decline measured by the Case-Shiller index would both imply a return to near-DCF values for US houses.

**\* Housing bubble allowed Americans to spend $1.5trn that should have been saved**

A return of house prices to 2003 levels would force many US households to put aside the money they had neglected to save since 2003 Q2. That would naturally weigh on future consumption.

Exhibit 3 shows actual savings and the savings rate from 1997, when house prices and rents began to diverge, to the present. It also shows how much money would have been saved if the average savings rate in 1997-98 had persisted.

**3. Americans spent $1.5trn that should have been saved**



Note: Average savings rate for US households in 1997-98.
Source: Nomura, based on US Department of Commerce data

In 1997–98 the average US household saved 4% of its disposable income. The cumulative gap from 2003 to the present between actual savings and what households would have saved at this rate is about $1.5trn. I think this amount can be considered money that should have been saved but was spent instead.

At the most recent rate of $115.7bn (2008 Q3 savings annualized), it represents 12.9 years worth of savings. In other words, US households need to save for 13 years at current rates in order to cover the shortfall due to rising house prices since 2003.

Put differently, Americans need to double their current savings rate and sustain that level of savings for 13 years in order to restore savings lost because of the housing bubble collapse.

**\* Fiscal outlays of at least 36% of GDP are needed...**

But the story does not end there. With next to no possibility of home prices resuming their rise in the near future, I think household savings rates will probably return to the historical average quite apart from the need to cover the short fall in past savings.

Assuming that average to be 4%, the savings rate in the years to come will be the 4% plus whatever is needed to make up for the lack of savings during the bubble years.

The savings rate stood at 1.1% in 2008 Q3. A return to the historical average of 4% plus additional savings to eliminate the bubble-related shortfall would entail an increase in the savings rate from 1.1% to over 5%.

Any increase in the savings rate beyond 5.1% (= 1.1% + 4%) would shorten the duration of the correction to less than 13 years, but it would also mean a correspondingly more painful correction



## Read Message

INBOX: 7 of 10 messages

**Reply** | **Reply to All** | **Forward** | **Delete** | **Save As** | ◄ **Previous** | **Next** ►

**Date:** Tue, 15 Jul 2008 18:17:45 +0800

**From:** jean.w.c.chua@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mr and Mrs Chan,

We are pleased to inform you of the following trades done for subject
account:

```
1.
You Bought  : USD1million
You Sold    : JPY107,070,000 (CLC)
All in rate :        107.07
Trade Date  : 07  July 2008
Value date  : 09  July 2008
```
*See back paper*

```
2.
You Bought  : USD500,000.00
You Sold    : JPY53,050,000 (CLD)
All in rate :        106.10
Trade Date  : 11  July 2008
Value date  : 15  July 2008
```
*See back paper*

```
3.
You Bought  : JPY26,677,500
You Sold    : USD250,000.00 (closed half position of CLD)
All in rate :        106.71
Trade Date  : 14  July 2008
Value date  : 16  July 2008

Profit made = USD1429.11
```
*@ sell 106.79 (actual) -0.8 pip ?*

Thanks and best regards,
Jean

*********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA

## Read Message

**Message moved to Trash.**

⟮Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Thu, 29 May 2008 16:46:54 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mr and Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought    : JPY25,802,200.00
You Sold      : USD   245,601.91
All in rate   : 105.057 (spot at 105.12)
Trade Date    : 28 May 2008
Value date    : 04 Jun 2008
```

You have fully repaid your JPY loan (CL4) on 04 Jun 08 and the net profit made is USD5,851.09 (USD251,453.00 - USD245,601.91)

Thanks and best regards,
June


*********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*********************************************************



*********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential



## Read Message

INBOX

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Mon, 3 Mar 2008 13:40:25 +0800
**From:** june.s.s.teo@hsbcpb.com
**To:** jess2003@singnet.com.sg
**Cc:** amy.low@hsbcpb.com
**Subject:** FX CONFIRMATION - (8212-344549-0001)
**Attachments:** no attachments

Dear Mrs Chan,

We are pleased to inform you of the following trade done for sub
account:

```
You Bought    : USD    250,000.00
You Sold      : JPY25,785,000.00
All in  rate  : 103.14
Trade Date    : 03 Mar 2008
Value date    : 05 Mar 2008
```

Thanks and best regards,
June

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other
communication (e.g. cellular phones, post office mail), not conf:
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bar
responsible for and will not be liable to you or any one else fo:
or damages whether arising from the foregoing causes or otherwise
connection with an e-mail sent by you to the Bank or an e-mail s
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*************************************************************

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other
communication (e.g. cellular phones, post office mail), not conf:
and subject to possible delay or failure in electronic/Internet
```

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Thu, 13 Mar 2008 15:18:30 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought     : USD    500,000.00
You Sold       : JPY50,040,000.00
All in rate    : 100.08         102.34
Trade Date     : 13 Mar 2008       02/04/08
Value date     : 17 Mar 2008
```

~~102.3~~ *102.34*

*02/04/08*

*US$129.89*        *Done*

✓

Thanks and best regards,
June

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss

 **Read Message**

**Message moved to Trash.**

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Fri, 20 Jun 2008 12:31:01 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , joanne.p.h.chew@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mr and Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought    : USD359,992.79
You Sold      : AUD378,951.75 (CL2)
All in  rate  : 0.94997
Trade Date    : 20 Jun 2008
Value date    : 25 Jun 2008

Profit made = USD4,358.60
```

Thanks and best regards,
June

```
***********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
***********************************************************


***********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
```

 **Read Message**

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Fri, 29 Feb 2008 17:50:10 +0800
**From:** june.s.s.teo@hsbcpb.com
**To:** jess2009@singnet.com.sg
**Cc:** amy.low@hsbcpb.com
**Subject:** FX CONFIRMATION - (8212-344549-0001)
**Attachments:** *no attachments*

Dear Mrs Chan,

We are pleased to inform you of the following trades done for subject account:

```
You Bought    : USD294,533.75
You Sold      : AUD310,787.96
All in  rate  : 0.9477
Trade Date    : 28 Feb 2008
Value date    : 03 Mar 2008

You Bought    : USD280,580.72
You Sold      : AUD296,211.82
All in  rate  : 0.94723
Trade Date    : 28 Feb 2008
Value date    : 07 Mar 2008

You Bought    : USD   1,000,000.00
You Sold      : JPY105,230,000.00
All in  rate  : 105.23
Trade Date    : 28 Feb 2008
Value date    : 03 Mar 2008
```

Thanks and best regards,
June


*********************************************************

Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080    Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability

*************************************************************

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*************************************************************


----------------------------------------------
*************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.


Dear Mrs Chan,

We are pleased to inform you of the following trades done for subject account:

You Bought    : USD294,533.75
You Sold      : AUD310,787.96
All in  rate  : 0.9477
Trade Date    : 28 Feb 2008
Value date    : 03 Mar 2008

You Bought    : USD280,580.72
You Sold      : AUD296,211.82
All in  rate  : 0.94723
Trade Date    : 28 Feb 2008
Value date    : 07 Mar 2008

You Bought    : USD  1,000,000.00

http://webmail.singnet.com.sg/webmail/message.php?index=55d1e7e62384fdf638f754a050...   3/6/2008

You Sold : JPY105,230,000.00
All in rate : 105.23
Trade Date : 28 Feb 2008
Value date : 03 Mar 2008

Thanks and best regards,
June

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss. The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*************************************************************

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss. The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*************************************************************

*************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"



### 📝 Read Message

INBOX:

↩ Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Wed, 7 Nov 2007 16:47:31 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** ALPHA PLUS CONFO - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mrs Chan,

Please find the following details of the Alpha Plus trade execute
Nov 2007.

A/c Chan Ah Wah/ Lim Cheok Kee Willy

1. USD CALL AUD PUT ALPHA PLUS
 Original currency
USD
 Principal
USD256,198.66
Interest rate
12.70%
Principal + Interest
USD256,831.33
Alternate currency
AUD280,689.98
Strike Price
0.9150
Tenor
1 Week



Trade date
07 NOV 07
Settlement date
13 NOV 07
Fixing date
16 NOV 07
 Maturity date
20 NOV 07


Thanks and best regards,
June

The contents of this email is for your information only.  Should
particulars of the transaction contained herein differ from the
Confirmation Advice which will be sent
to you shortly, the said Confirmation Advice will be taken as the
record of the transaction.



## Read Message

**Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶**

**Date:** Wed, 13 Feb 2008 17:15:06 +0800

**From:** june.s.s.teo@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** FX CONFIRMATION - (8212-344549-0001)

**Attachments:** *no attachments*

Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

```
You Bought   : USD307,901.88
You Sold     : AUD343,456.50
All in rate  : 0.89648
Trade Date   : 13 Feb 2008
Value date   : 19 Feb 2008
```

*(handwritten: USD 307,901 13/2/08)*

*(handwritten: E)*

Thanks and best regards,
June

*(handwritten: 0.8600)*

*****************************************************

Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080    Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*****************************************************


*****************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss

or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*****************************************************

----------------------------------------
*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

You Bought   : USD307,901.88
You Sold     : AUD343,456.50
All in rate  : 0.89648
Trade Date   : 13 Feb 2008
Value date   : 19 Feb 2008

Thanks and best regards,
June

***********************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones,
post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission,
interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one
else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-
mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
***********************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
"SAVE PAPER - THINK BEFORE YOU PRINT!"

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶


# Read Message

**Message moved to Trash.**

◀ Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Tue, 29 Jul 2008 17:57:08 +0800

**From:** joanne.p.h.chew@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com

**Subject:** Details (Jan 08 to current)

**Attachments:** *no attachments*

```
Dear Mr and Mrs Chan,

As per requested, please find below details that I managed to extract from
the statements (for year 2008). Hope it tallys with your figures
ultimately?

Thanks

FX profits:
07/04/08       USD11,291.89
04/06/08       USD5,851.09
12/06/08       USD13,329.10
07/06/08       USD1,354.47
25/06/08       USD4,358.60
30/06/08       USD1,016.61
30/06/08       USD1,227.19
22/07/08       USD3,156.15
23/07/08       USD2,849.92
               _____
Total          USD44,435.02

Outward remittances:
24/03/08       (USD100,000)
16/04/08       (USD110,000)
17/04/08       (USD14,776)
08/05/08       (USD12,000)
13/06/08       (USD20,000)
18/07/08       (USD100,000)
31/07/08       (USD10,000)


Regards,
Joanne Chew

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building, Singapore 049320
T: +65 6229 0848
F: +65 6225 1330
email to: joanne.p.h.chew@hsbcpb.com

*************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
```

and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*********************************************************

----------------------------------------
*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

Dear Mr and Mrs Chan,

As per requested, please find below details that I managed to extract from the statements (for year 2008). Hope
it tallys with your figures ultimately?

Thanks

**FX profits:**

| | |
|---|---|
| 07/04/08 | USD11,291.89 |
| 04/06/08 | USD5,851.09 |
| 12/06/08 | USD13,329.10 |
| 07/06/08 | USD1,354.47 |
| 25/06/08 | USD4,358.60 |
| 30/06/08 | USD1,016.61 |
| 30/06/08 | USD1,227.19 |
| 22/07/08 | USD3,156.15 |
| 23/07/08 | USD2,849.92 |
| **Total** | **USD44,435.02** |

**Outward remittances:**

| | |
|---|---|
| 24/03/08 | (USD100,000) |
| 16/04/08 | (USD110,000) |
| 17/04/08 | (USD14,776) |
| 08/05/08 | (USD12,000) |
| 13/06/08 | (USD20,000) |
| 18/07/08 | (USD100,000) |

Land & Investment Limited, Prudential PLC, Dah Sing Banking Group Ltd, Pfizer Inc., Bawang International (Group) Holdings Ltd, Mahindra Holdings, Neptune Orient Lines, GCL-Poly Energy, Shanghai Industrial Holdings Ltd, OJSC Polymetal, OJSC Polyus Gold or in connection with transactions involving the above companies in the past 12 months.

PBRS HNK is part of the HSBC Group. Companies within the HSBC Group and/or their officers, directors and employees may have positions in any securities mentioned in this document (or any related investment) and may from time to time add to or dispose of any such securities (or investment). Companies within the HSBC Group may act as market maker or have assumed an underwriting commitment in securities discussed in this document (or related investments), may sell them or buy them from Investors on a principal basis and may also perform or seek to perform investment banking or underwriting services for or relating to those securities.

© Copyright. HSBC Private Bank (Suisse) S.A. ALL RIGHTS RESERVED.

No part of this document may be reproduced, stored in a retrieval system, or transmitted, on any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of HSBC Private Bank (Suisse) S.A.

31/07/08       (USD10,000)

Regards,
Joanne Chew

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building, Singapore 049320
T: +65 6229 0848
F: +65 6225 1330
email to: joanne.p.h.chew@hsbcpb.com

**************************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones,
post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission,
interception, corruption, hacking or loss. The Bank is not responsible for and will not be liable to you or any one
else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-
mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
**************************************************************

**************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
**************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

## FX positions as of Oct 16/09

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | 89.2775 | USD | 994,449.08 |
| 2) | Oct 5/09 | Oct 8/09 | JPY | 59,274,250 | 89.5487 | USD | 661,921.95 |
| 3) | Oct 6/09 | Oct 8/09 | JPY | 160,129,150 | 88.7200 | USD | 1,804,882.21 |
| 4) | Oct 9/09 | Oct 8/09 | JPY | 22,254,675 | 89.0187 | USD | 250,000.00 |
| 5) | Oct 9/09 | Oct 8/09 | JPY | 22,317,175 | 89.2687 | USD | 250,000.00 |
| 6) | Oct 15/09 | Oct 21/09 | JPY | 22,616,850 | 90.4674 | USD | 250,000.00 |
| **Average USD/JPY rate :** | | | JPY | 375,374,028 | 89.1359 | USD | 4,211,253.24 |
| 1) | Oct 8/09 | Oct 15/09 | GBP | 155,112.83 | 1.61173 | USD | 250,000.00 |
| 2) | Oct 9/09 | Oct 15/09 | GBP | 157,656.10 | 1.58573 | USD | 250,000.00 |
| **Average GBP/USD rate :** | | | GBP | 312,768.92 | 1.5986 | USD | 500,000.00 |
| 1) | Oct 08/09 | Oct 14/09 | AUD | 288,098.09 | 0.90825 | USD | 261,665.09 |
| 2) | Oct 12/09 | Oct 14/09 | AUD | 277,685.22 | 0.90030 | USD | 250,000.00 |
| **Average AUD/USD rate :** | | | AUD | 565,783.31 | 0.9043 | USD | 511,665.09 |

THIS IS NOT AN OFFICIAL STATEMENT OF THE BANK AND IS NOT A SUBSTITUTE FOR YOUR OFFICIAL BANK STATEMENT. THIS SUMMARY IS PREPARED FOR OUR CLIENTS AS A SERVICE TO PROVIDE ACCOUNT INFORMATION AND IS INTENDED FOR DISCUSSION PURPOSES ONLY. IT MAY NOT BE COMPLETE, ACCURATE OR CURRENT AND AS SUCH, THE BANK DOES NOT ACCEPT ANY LIABILITY FOR THE INFORMATION REFLECTED THEREIN. PLEASE REFER TO YOUR OFFICIAL BANK STATEMENTS FOR AN ACCURATE AND COMPLETE RECORD OF YOUR ACCOUNT.

**Sub A/c 2 Transactions as at Nov 05/09**

| | Sub A/c 1 USD | Sub A/c 2 USD | Remarks |
|---|---|---|---|
| Opening | | 5,653.31 | |
| Oct 01/09 | | 0.07 | Interest received |
| Oct 01/09 | -9,391.42 | 9,391.42 | FX profit for USDJPY @ 90.4225 |
| Oct 01/09 | 635.94 | -635.94 | repayment of USD635.94 on Loan CLI (USD1 mil) |
| Oct 01/09 | 1,184.25 | -1,184.25 | FX loss incurred on USDJPY overdone amount @ 89.9575 |
| Oct 01/09 | 4,000.00 | -4,000.00 | Repayment of Loan CLP |
| Oct 01/09 | 3,000.00 | -3,000.00 | Repayment of Loan CLP |
| Oct 01/09 | -843.19 | 843.19 | Alpha plus maturity interest of 4.20%p.a. (mature on 30 Sept 09) |
| Oct 07/09 | -7,603.04 | 7,603.04 | FX profit for AUDUSD @ 0.88138 |
| Oct 07/09 | 79.48 | -79.48 | Repayment of Loan interest on USD250k (Loan CL2) |
| Oct 07/09 | -2,157.86 | 2,157.86 | FX profit for AUDUSD @ 0.88775 |
| Oct 07/09 | -2,899.66 | 2,899.66 | FX profit for USDJPY @ 89.8112 |
| Oct 08/09 | -2,122.22 | 2,122.22 | FX profit for USDJPY @ 89.5524 |
| Oct 08/09 | 565.91 | -565.91 | Repayment of Loan interest on USD1.78 MM |
| Oct 08/09 | 524.93 | -524.93 | Repayment of Lona interest on USD1.65 MM |
| Oct 08/09 | 41.09 | -41.09 | Repayment of loan interest on USD129k (CLF) |
| Oct 08/09 | | -2,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 08/09 | 3,000.00 | -3,000.00 | Repayment of Loan (CLP) |
| Oct 13/09 | | -3,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 13/09 | -866.67 | 866.67 | Alpha Plus maturity interest of 4.8% |
| Oct 14/09 | 527.60 | -527.60 | AUD loan interest on AUD288k & AUD384K |
| Oct 15/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 15/09 | 786.59 | -186.59 | GBP loan interest on GBP339K |
| Oct 15/09 | 1,139.75 | -1,139.75 | USD loan interest on total USD loan of USD3.585Mil |
| Oct 23/09 | | -3,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 23/09 | -1,147.22 | 1,147.22 | Alpha Plus maturity intrest of 5.9% |
| Oct 26/09 | | -3,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 29/09 | 1,197.97 | -1,197.97 | Loan maturity interest (total USD1,556.28 - USD358.31 [sub a/c 1] |
| Oct 29/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Oct 30/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Nov 01/09 | | 0.09 | Interest received |
| Nov 05/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| Nov 05/09 | 1,331.90 | -1,331.90 | AUD, GBP & JPY Loan maturity interest |
| Nov 05/09 | 317.92 | -317.92 | USD loan maturity interest |
| | 1,951.42 | | Balance as at Nov 05/09 |

4-十二月-09

## USD/JPY INITIAL POSITIONS

| TAG | No. | Ccy | You bought | Exchange Rate | Ccy | You sold | Value Date | USD/JPY Ave Rate | USD equivalent |
|---|---|---|---|---|---|---|---|---|---|
| CL2 | 1) | USD | 350,000.00 | 116.53 | JPY | 40,785,500 | Oct 18/07 | | |
| CLF | 2) | USD | 500,000.00 | 109.85 | JPY | 54,925,000 | Aug 13/08 | | |
| OTT | 3) | USD | 85,000.00 | 113.3 | JPY | 9,630,500 | Sep 12/07 | | |
| OT2 | 4) | USD | 100,000.00 | 100.05 | JPY | 10,005,000 | Mar 24/08 | | |
| OT3 | 5) | USD | 100,000.00 | 104.69 | JPY | 10,469,000 | Jul 16/08 | | |
| CLI | 6) | USD | 1,000,000.00 | 108.87 | JPY | 108,870,000 | Sep 02/08 | | |
| CLO | 7) | USD | 500,000.00 | 107.37 | JPY | 53,685,000 | Sep 24/08 | | |
| CLP | 8) | USD | 500,000.00 | 102.77 | JPY | 51,385,000 | Oct 08/08 | | |
| Total : | | USD | 3,135,000.00 | 108.3748 Ave Rate | JPY | 339,755,000 | | | USD |

## NZD/JPY INITIAL POSITIONS

| TAG | No. | Ccy | You bought | Exchange Rate | Ccy | You sold | Value Date | USD/JPY Ave Rate | USD equivalent |
|---|---|---|---|---|---|---|---|---|---|
| CL | 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | 118.72 | USD 284,581.37 |
| CL1 | 2) | NZD | 350,000.00 | 89.03 | JPY | 31,160,500 | Oct 18/07 | 115.97 | USD 268,694.49 |
| Total : | | NZD | 700,000.00 | 92.78 Ave Rate | JPY | 64,946,000 | | | USD 553,275.86 |

Total Initial Loan : USD 3,688,275.86

Total loan based on today's USD/JPY 88.30 : 404,701,000   88.30   USD 4,583,250.28

Increase in loan amount based on the initial positions and based on USD/JPY 88:30 : 404,701,000   USD 894,974.43

| Present loan positions : | Exchange Rate | Ccy | | USD equivalent |
|---|---|---|---|---|
| 27,114.90 | 1.6650 | GBP | | USD 45,146.31 |
| 138,521,813 | 88.30 | JPY | | USD 1,568,763.45 |
| 3,096,079.00 | 1.0000 | USD | | USD 3,096,079.00 |

Present total loan positions : USD 4,709,988.76

Increase in loan positions :
Increase in loan amount based on the initial positions and based on the present indicative exchange rates : USD 1,021,712.90

Credit Lending Limit : USD 4,700,000.00
Present total loan positions : USD 4,709,988.76
Limit Excess : USD -9,988.76

Chan Ah Wah / Lim Check Kee Willy
Account no.: 6212-54648-0001
Outstanding FX positions as at 17 June 2009 (20 positions)

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54555 | GBP | 500,000.00 |
| 2 | 20-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.575 | USD | 787,500.00 |
| 3 | 21-May-09 | 18-Jun-09 | GBP | 782,750.00 | 1.5654 | USD | 500,000.00 |
| 4 | 21-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5602 | USD | 780,100.00 |
| 5 | 27-May-09 | 18-Jun-09 | USD | 802,070.00 | 1.60415 | GBP | 500,000.00 |
| 6 | 27-May-09 | 18-Jun-09 | USD | 500,000.00 | 1.5972 | GBP | 500,000.00 |
| 7 | 29-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5972 | USD | 798,600.00 |
| 8 | 29-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.6153 | USD | 798,600.00 |
| 9 | 1-Jun-09 | 18-Jun-09 | USD | 804,010.00 | 1.60802 | GBP | 500,000.00 |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63956 | GBP | 500,000.00 |
| 11 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.449 | GBP | 500,000.00 |
| 12 | 2-Jun-09 | 18-Jun-09 | USD | 303,315.24 | 1.64645 | GBP | 303,214.07 |
| 13 | 2-Jun-09 | 18-Jun-09 | USD | 303,214.07 | 1.64941 | GBP | 303,214.07 |
| 14 | 4-Jun-09 | 18-Jun-09 | GBP | 303,214.07 | 1.63955 | USD | 496,182.54 |
| 15 | 4-Jun-09 | 18-Jun-09 | USD | 500,018.94 | 1.64945 | GBP | 500,000.00 |
| 16 | 4-Jun-09 | 18-Jun-09 | USD | 304,794.42 | 1.64477 | GBP | 500,000.00 |
| 17 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.61507 | GBP | 305,792.31 |
| 18 | 4-Jun-09 | 18-Jun-09 | GBP | 306,024.03 | 1.61607 | USD | 380,010.12 |
| 19 | 4-Jun-09 | 18-Jun-09 | GBP | 305,511.28 | 1.61545 | USD | 500,000.00 |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 306,997.85 | 1.61453 | USD | 500,000.00 |

Total:  USD 5,565,076.94  GBP 4,143,469.82    USD 6,670,032.54  GBP 3,528,818.05

Net:  1.64  GBP 614,671.77  USD 1,008,051.70    USD (1,004,953.60)

Difference:  USD 3,108.10

CLOSED POSITIONS

| Tran No. | Ccy | You bought | Rate | Ccy | You sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| 99 | JPY | 46,615,000.00 | 93.23 | USD | 500,000.00 | Jul 14/09 | User CLO |

**CLOSED POSITIONS**

| Tkt | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| E9 | 09 | USD | 600,000.00 | 1.5417 | EUR | 377,281.63 | Apr 2009 | (profit made = USD4,795.19) |
| E10 | 10 | USD | 600,000.00 | 1.5359 | EUR | 379,815.10 | Apr 2009 | |
| | | EUR | 376,969.27 | 1.31981 | USD | 496,619.94 | Apr 2009 | (profit made = USD3,020.00) |
| E11 | 11 | USD | 600,000.00 | 1.5421 | EUR | 377,850.48 | May 2009 | |
| | | EUR | 372,850.48 | 1.3467 | USD | 502,456.83 | May 2009 | (profit made = USD2,456.83) |

Personal FX positions (EUR)

**Outstanding FX positions as at 17 June 2009 (21 positions)**

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54655 | GBP | 500,000.00 |
| 2 | 20-May-09 | 18-Jun-09 | USD | 787,500.00 | 1.575 | GBP | 500,000.00 |
| 3 | 21-May-09 | 18-Jun-09 | USD | 782,700.00 | 1.5654 | GBP | 500,000.00 |
| 4 | 21-May-09 | 18-Jun-09 | USD | 500,000.00 | 1.5602 | GBP | 780,100.00 |
| 5 | 21-May-09 | 18-Jun-09 | USD | 802,275.00 | 1.60415 | GBP | 500,000.00 |
| 6 | 27-May-09 | 18-Jun-09 | USD | 798,600.00 | 1.5972 | GBP | 500,000.00 |
| 7 | 27-May-09 | 18-Jun-09 | GBP | 807,650.00 | 1.6153 | USD | 500,000.00 |
| 8 | 29-May-09 | 18-Jun-09 | USD | 800,010.00 | 1.60002 | GBP | 500,000.00 |
| 9 | 1-Jun-09 | 18-Jun-09 | GBP | 304,343.13 | 1.60965 | USD | 500,000.00 |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 303,714.07 | 1.646 | GBP | 303,714.07 |
| 11 | 1-Jun-09 | 18-Jun-09 | GBP | 303,315.24 | 1.64846 | USD | 500,000.00 |
| 12 | 2-Jun-09 | 18-Jun-09 | GBP | 303,314.07 | 1.63941 | USD | 498,182.54 |
| 13 | 2-Jun-09 | 18-Jun-09 | USD | 503,018.94 | 1.64645 | GBP | 304,943.13 |
| 14 | 4-Jun-09 | 18-Jun-09 | GBP | 304,794.42 | 1.63477 | USD | 308,983.42 |
| 15 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63077 | GBP | 305,797.31 |
| 16 | 4-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.61807 | USD | 308,010.12 |
| 17 | 4-Jun-09 | 18-Jun-09 | USD | 308,024.03 | 1.62025 | GBP | 500,000.00 |
| 18 | 4-Jun-09 | 18-Jun-09 | GBP | 305,511.28 | 1.61545 | USD | 500,000.00 |
| 19 | 4-Jun-09 | 18-Jun-09 | USD | 309,897.65 | 1.61463 | GBP | 500,000.00 |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.6462 | USD | 807,450.00 |
| 21 | 16-Jun-09 | 18-Jun-09 | GBP | 1,000,000.00 | | USD | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total : | | | | 6,965,778.94 | | | 9,570,002.34 |
| | | | | 4,145,469.82 | | | 4,136,077.65 |
| Nett | 1.94 | | GBP | 11,827.96 | | GBP | |
| | | | USD | 7,212.17 | | USD | |
| Difference | | | USD | 9,874.36 | | USD | (4,953.60) |

| CLOSED POSITIONS | Tkt No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| A09 | 09 | USD | 492,601.18 | 6.75064 | AUD | 665,112.44 | Apr 2009 | Loan L CL 2 |
| A09 | 09 | AUD | 665,735.89 | 0.8119 | USD | 494,822.30 | Jun 200 | |
| | | USD | 492,357.88 | 0.82996 | AUD | 659,731.88 | Jun 200 | (profit realize = USD3,442.88) place under call acct |

Personal

loan repayment
via email by HSBC

requested
aggressively
by
Amy &
Jeffery

## Total Loan repayment as at 22 Oct 09

| Ccy | Principal | Value Date | Maturity Date | Interest Rate | Maturity Interest Tag |
|-----|-----------|------------|---------------|---------------|----------------------|
| USD | 129,232.93 | 15-Oct-09 | 22-Oct-09 | 1.6350% | 41.09 CLF |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 1.6350% | 79.48 CLF |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 1.6350% | 79.48 CLF |
| Total USD | 629,232.93 | | | | |

| | | | | | |
|-----|-----------|------------|---------------|---------------|----------------------|
| Less | 140,898.02 > for Loan repayment on 22 Oct 09 (to cover the limit excess) | | | | |
| USD | 488,334.91 | 22-Oct-09 | 29-Oct-09 | 1.6350% | 155.25 CLF |

## October 20, 2009

| Deposit | Loan | Nett |
|---|---|---|
| USD3,621,700.61 | USD4,599,124.85 | (USD977,424.24) |
| JPY67,188,700 | - | JPY67,188,700 |
| - | AUD106,977.91 | (AUD106,977.91) |
| - | GBP27,114.90 | (GBP27,114.90) |

Total :

(USD977,424.24)    loan

JPY67,188,700    deposit (approx. USD750K)

(AUD106,977.91)    loan

(GBP27,114.90)    loan

THIS IS NOT AN OFFICIAL STATEMENT OF THE BANK AND IS NOT A SUBSTITUTE FOR YOUR OFFICIAL BANK STATEMENT.  THIS SUMMARY IS PREPARED FOR OUR CLIENTS AS A SERVICE TO PROVIDE ACCOUNT INFORMATION AND IS INTENDED FOR DISCUSSION PURPOSES ONLY.  IT MAY NOT BE COMPLETE, ACCURATE OR CURRENT AND AS SUCH, THE BANK DOES NOT ACCEPT ANY LIABILITY FOR THE INFORMATION REFLECTED THEREIN.  PLEASE REFER TO YOUR OFFICIAL BANK STATEMENTS FOR AN ACCURATE AND COMPLETE RECORD OF YOUR ACCOUNT.

**October 20, 2009**

| Deposit | Loan | Nett | |
|---|---|---|---|
| USD3,871,700.61 | USD4,599,124.85 | (USD727,424.24) | |
| JPY44,571,850 | - | JPY44,571,850 | |
| - | AUD106,977.91 | (AUD106,977.91) | |
| - | GBP27,114.90 | (GBP27,114.90) | |
| | **Total :** | **(USD727,424.24)** | loan |
| | | **JPY44,571,850** | deposit |
| | | **(AUD106,977.91)** | loan |
| | | **(GBP27,114.90)** | loan |

## CURRENCY LEVERAGE POSITIONS

| | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| CL | 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | Alpha AUD Put/NZD Call for 1 week, strike:1.1930 rate : 12%p.a. Deposit AUD301k |
| | | | assigned AUD297,256.12@1.18 | | | | | |
| CL2 | 2) | USD | 350,000.00 | 116.53 | JPY | 40,785,500 | Oct 18/07 | |
| | | AUD | 378,455.03 | 0.9397 | USD | 355,634.19 | Jun 18/08 | convert AUD from USD355,634.19 |
| | | USD | 359,992.79 | 0.95 | AUD | 378,951.75 | Jun 25/08 | convert USD from AUD378,951.75 (profit made USD4,358.60) |
| | | AUD | 376,522.11 | 0.9561 | USD | 359,992.79 | Jun 25/08 | convert AUD from USD359,992.79 |
| | | USD | 361,009.40 | 0.9588 | AUD | 376,522.11 | Jun 30/08 | profit made USD1,016.61 |
| CL1 | 3) | NZD | 350,000.00 | 89.03 | JPY | 31,160,500 | Oct 18/07 | |
| OTT | 4) | USD | 85,000.00 | 113.30 | JPY | 9,630,500 | Sep 12/07 | remit USD85,000 to Malaysia |
| OT2 | 5) | USD | 100,000.00 | 100.05 | JPY | 10,005,000 | Mar 24/08 | remit USD100,000 to Malaysia |
| OTT3 | 6) | USD | 100,000.00 | 104.69 | JPY | 10,469,000 | July 16/08 | remit USD100,000 to Malaysia |
| CLA | 7) | USD | 500,000.00 | 107.44 | JPY | 53,720,000 | Jun 25/08 | |
| | i) | JPY | 26,992,500 | 107.97 | USD | 250,000.00 | Jun 30/08 | half position closed (profit JPY132,500 = equiv USD1227.19) |
| | ii) | JPY | 26,727,500 | | | | | |
| CLB | 8) | USD | 500,000.00 | 107.2 | JPY | 53,600,000 | Jun 30/08 | |

### CLOSED POSITIONS

| Ref | No | | Amount | Rate | | Amount | Date | Notes |
|---|---|---|---|---|---|---|---|---|
| CL5 | 1) | USD | 500,000.00 | 100.08 | JPY | 50,040,000.00 | Mar 17/08 | Converted JPY50,058,487 @102.289 for v/d 07 Apr 08 USD489,382.90 (profit made USD11,291.89) |
| CL4 | 2) | USD | 250,000.00 | 103.14 | JPY | 25,785,000.00 | Mar 5/08 | Converted JPY25,802,200 @105.057 for v/d 04 Jun 08 USD245,601.91 (profit made USD5,851.09) |
| CL3 | 3) | USD | 1,000,000.00 | 105.23 | JPY | 105,230,000.00 | Mar 7/08 | Converted JPY52,632,699 @106.11 for v/d 11 Jun 08 and JPY52,641,471 @107.07 for v/d 12 Jun 08 (profit made USD13,329.10) |
| CLC | 4) | USD | 500,000.00 | 106.40 | JPY | 53,200,000.00 | Jul 01/08 | Converted 53,218,813 @106.70 for v/d 07 Jun 08 |
| | | JPY | 53,200,000.00 | 106.70 | USD | 498,594.19 | Jul 07/08 | USD498,770.51 (profit made USD1,354.47) |
| CLE | 5) | USD | 500,000.00 | 104.65 | JPY | 52,325,000.00 | July 15/08 | Converted JPY52,342,500 (P+I) @ 105.35 for v/d 22 July 08 |
| | | JPY | 52,325,000.00 | 105.35 | JPY | 496,677.74 | July 22/08 | USD496,843.85 (profit = USD3,156.15) |
| CLD | 6) | USD | 500,000.00 | 106.1 | JPY | 53,050,000 | July 15/08 | half position closed (profit JPY152,500= equiv USD1429.11) |
| | i) | JPY | 26,677,500.00 | 106.71 | USD | 250,000.00 | July 16/08 | Converted JPY26,385,743 (P+I) @ 106.76 for v/d 23 July 08 |
| | ii) | JPY | 26,372,500.00 | 106.76 | USD | 247,026.04 | July 23/08 | USD247,150.08 (profit made USD2,849.92) |
| CLC | 7) | USD | 1,000,000.00 | 107.07 | JPY | 107,070,000 | July 9/08 | Converted JPY107,105,393 (P+I) @107.99 for v/d 31 July 08 |
| | | JPY | 107,070,000 | 107.99 | JPY | 991,481 | July 31/08 | USD991,808.44 (profit made USD9,487.60) |

*(Before)*
*No of 30 September 2009*

## CLOSED POSITIONS

| Trd | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| G01 | 01 | USD | 496,315.54 | 1.4917 | GBP | 339,305.10 | Apr 2009 | (profit made = USD4,406.05) |
|  |  | GBP | 339,425.24 | 1.44832 | USD | 491,910.95 | Apr 2009 |  |
| G02 | 02 | GBP | 345,333.54 | 1.44915 | USD | 500,306.78 | Apr 2009 | (profit made = USD23,941.39) |
|  |  | USD | 503,441.17 | 1.44528 | GBP | 345,333.34 | Apr 2009 |  |
| G03 | 03 | USD | 496,190.88 | 1.44915 | GBP | 337,744.55 | Apr 2009 | (profit made = USD3,512.54) |
|  |  | GBP | 337,744.55 | 1.44873 | USD | 492,678.11 | Apr 2009 |  |
| G04 | 04 | USD | 496,190.88 | 1.4716 | GBP | 337,177.56 | Apr 2009 | Loss CLF |
| G05 | 05 | USD | 500,000.00 | 1.5061 | GBP | 331,983.27 | May 2009 | (Profit made = USD7,888.11) |
|  |  | GBP | 331,983.27 | 1.5117 | USD | 501,688.11 | May 2009 |  |
| G06 | 06 | USD | 783,400.00 | 1.5668 | GBP | 500,000.00 | May 2009 | (Profit made = USD3450.00) |
|  |  | GBP | 500,000.00 | 1.5687 | USD | 782,850.00 | May 2009 |  |
| G07 | 07 | USD | 504,873.89 | 1.5411 | GBP | 324,873.89 | Jul 2009 | (Profit made = USD2,888.78) |
|  |  | GBP | 324,873.89 | 1.53356 | USD | 497,345.38 | Jun 2009 |  |
| G08 | 08 | USD | 500,000.00 | 1.5249 | GBP | 305,997.55 | Jul 2009 | (Profit made = USD4,411.14) |
|  |  | GBP | 305,997.55 | 1.6225 | USD | 496,491.02 | Jul 2009 |  |
| G09 | 09 | USD | 600,000.00 | 1.5815 | GBP | 303,756.07 | Jun 2009 | (Profit made = USD4,534.48) |
|  |  | GBP | 302,756.07 | 1.62953 | USD | 495,698.86 | Jun 2009 |  |
| G10 | 10 | USD | 500,000.00 | 1.5400 | GBP | 324,840.57 | Jun 2009 | (Profit made = USD1,234.48) |
|  |  | GBP | 324,840.57 | 1.52367 | USD | 497,266.51 | Jun 2009 |  |

Personal FD positions (GBP)

Page 1 of 2

## CLOSED POSITIONS

| Trd | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| G11 | 11 | USD | 500,000.00 | 1.5347 | GBP | 325,845.41 | Jun 2009 | (Profit made = USD1,907.95) |
|  |  | GBP | 325,845.62 | 1.5283 | USD | 498,042.46 | Jun 2009 |  |
| G12 | 12 | USD | 500,000.00 | 1.6472 | GBP | 303,545.41 | Jul 2009 |  |
|  |  | GBP | 303,545.41 | 1.62462 | USD | 498,242.11 | Jul 2009 |  |
| G13 | 13 | USD | 500,000.00 | 1.8892 | GBP | 299,497.26 | Jul 2009 | (Profit made = USD24,374.37) |
|  |  | GBP | 299,497.26 | 1.86048 | USD | 497,295.43 | Jul 2009 |  |
| G14 | 14 | USD | 500,000.00 | 1.61941 | GBP | 308,754.43 | Jul 2009 | (Profit made = USD4,351.93) |
|  |  | GBP | 308,754.43 | 1.60639 | USD | 496,666.17 | Jul 2009 |  |
| G15 | 15 | USD | 500,000.00 | 1.62766 | GBP | 308,615.19 | Jul 2009 | (Profit made = USD2,288.35) |
|  |  | GBP | 308,615.19 | 1.61323 | USD | 497,741.65 | Jul 2009 |  |
| G16 | 16 | USD | 500,000.00 | 1.62001 | GBP | 305,746.55 | Jul 2009 | (loss incurred USD2,620.05) |
|  |  | GBP | 308,746.55 | 1.63663 | USD | 502,620.05 | Jul 2009 |  |
| G17 | 17 | USD | 500,000.00 | 1.64482 | GBP | 303,986.15 | Aug 2009 | (Profit made = USD2,404.37) |
|  |  | GBP | 303,986.15 | 1.63701 | USD | 497,595.63 | Aug 2009 |  |
| G18 | 18 | USD | 500,000.00 | 1.66526 | GBP | 302,083.70 | Sept 2009 |  |
|  |  | GBP | 302,083.70 |  | USD | 0.00 | 2009 |  |

Personal FD positions (GBP)

Page 2 of 2

**Outstanding FX positions as at 17 June 2009 (21 positions)**

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54655 | GBP | 500,000.00 |
| 2 | 20-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.575 | USD | 787,500.00 |
| 3 | 21-May-09 | 18-Jun-09 | USD | 782,700.00 | 1.5654 | GBP | 500,000.00 |
| 4 | 21-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5602 | USD | 780,100.00 |
| 5 | 27-May-09 | 18-Jun-09 | USD | 802,075.00 | 1.60415 | GBP | 500,000.00 |
| 6 | 27-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5972 | USD | 798,600.00 |
| 7 | 29-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.6153 | USD | 807,650.00 |
| 8 | 29-May-09 | 18-Jun-09 | USD | 804,010.00 | 1.60802 | GBP | 500,000.00 |
| 9 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63965 | GBP | 304,943.13 |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.649 | GBP | 303,214.07 |
| 11 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.64845 | GBP | 303,315.24 |
| 12 | 2-Jun-09 | 18-Jun-09 | GBP | 303,214.07 | 1.63641 | USD | 496,182.54 |
| 13 | 2-Jun-09 | 18-Jun-09 | USD | 503,018.94 | 1.64955 | GBP | 304,943.13 |
| 14 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.64045 | GBP | 304,794.42 |
| 15 | 4-Jun-09 | 18-Jun-09 | GBP | 305,853.42 | 1.63477 | USD | 500,000.00 |
| 16 | 4-Jun-09 | 18-Jun-09 | GBP | 305,797.31 | 1.63507 | USD | 500,000.00 |
| 17 | 4-Jun-09 | 18-Jun-09 | GBP | 308,024.03 | 1.62325 | USD | 500,000.00 |
| 18 | 4-Jun-09 | 18-Jun-09 | GBP | 309,010.12 | 1.61807 | USD | 500,000.00 |
| 19 | 4-Jun-09 | 18-Jun-09 | GBP | 309,511.28 | 1.61545 | USD | 500,000.00 |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 309,687.65 | 1.61453 | USD | 500,000.00 |
| 21 | 16-六月-09 | 18-六月-09 | USD | 1,000,000.00 | 1.6462 | GBP | 607,459.60 |
| | Total : | | USD | 6,665,078.94 | | USD | 6,670,032.54 |
| | | | GBP | 4,143,489.82 | | GBP | 4,136,277.65 |
| | Nett | | GBP | 7,212.17 | 1.64 | | |
| | | | USD | 11,827.96 | | USD | |
| | Difference | | USD | 6,874.36 | | USD | (4,953.60) |

**Chan Ah Wah / Lim Cheok Kee Willy**
**Account no.: 8212-344549-0001**

## Outstanding FX positions as at 17 June 2009 (20 positions)

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54655 | GBP | 500,000.00 |
| 2 | 20-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.575 | USD | 787,500.00 |
| 3 | 21-May-09 | 18-Jun-09 | USD | 782,700.00 | 1.5654 | GBP | 500,000.00 |
| 4 | 21-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5602 | USD | 780,100.00 |
| 5 | 27-May-09 | 18-Jun-09 | USD | 802,075.00 | 1.60415 | GBP | 500,000.00 |
| 6 | 27-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5972 | USD | 798,600.00 |
| 7 | 29-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.6153 | USD | 807,650.00 |
| 8 | 29-May-09 | 18-Jun-09 | USD | 804,010.00 | 1.60802 | GBP | 500,000.00 |
| 9 | 1-Jun-09 | 18-Jun-09 | GBP | 304,943.13 | 1.63965 | USD | 500,000.00 |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.649 | GBP | 303,214.07 |
| 11 | 1-Jun-09 | 18-Jun-09 | GBP | 303,315.24 | 1.64845 | USD | 500,000.00 |
| 12 | 2-Jun-09 | 18-Jun-09 | GBP | 303,214.07 | 1.63641 | USD | 496,182.54 |
| 13 | 2-Jun-09 | 18-Jun-09 | USD | 503,018.94 | 1.64955 | GBP | 304,943.13 |
| 14 | 4-Jun-09 | 18-Jun-09 | GBP | 304,794.42 | 1.64045 | USD | 500,000.00 |
| 15 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63477 | GBP | 305,853.42 |
| 16 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63507 | GBP | 305,797.31 |
| 17 | 4-Jun-09 | 18-Jun-09 | USD | 308,024.03 | 1.61807 | GBP | 309,010.12 |
| 18 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.62325 | GBP | 305,787.31 |
| 19 | 4-Jun-09 | 18-Jun-09 | GBP | 309,511.28 | 1.61545 | USD | 500,000.00 |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 309,687.65 | 1.61453 | USD | 500,000.00 |
| **Total :** | | | USD | 5,665,078.94 | | USD | 6,670,032.54 |
| | | | GBP | 4,143,489.82 | | GBP | 3,528,818.05 |
| **Nett** | | | GBP | 614,671.77 | 1.64 | USD | (1,004,953.60) |
| | | | USD | 1,008,061.70 | | | |
| **Difference** | | | USD | 3,108.10 | | USD | |

**Chan Ah Wah / Lim Cheok Kee Willy**
**Account no.: 8212-344549-0001**

**Outstanding FX positions as at 5 June 2009**

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54655 | GBP | 500,000.00 |
| 2 | 20-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.575 | USD | 787,500.00 |
| 3 | 21-May-09 | 18-Jun-09 | USD | 782,700.00 | 1.5654 | GBP | 500,000.00 |
| 4 | 21-May-09 | 18-Jun-09 | GBP | 780,100.00 | 1.5602 | USD | 780,100.00 |
| 5 | 27-May-09 | 18-Jun-09 | USD | 802,075.00 | 1.60415 | GBP | 500,000.00 |
| 6 | 27-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5972 | USD | 798,600.00 |
| 7 | 29-May-09 | 18-Jun-09 | USD | 807,650.00 | 1.6153 | GBP | 500,000.00 |
| 8 | 29-May-09 | 18-Jun-09 | USD | 804,010.00 | 1.60802 | GBP | 500,000.00 |
| 9 | 1-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.639655 | USD | 303,214.07 |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 304,943.13 | 1.849 | GBP | 500,000.00 |
| 11 | 1-Jun-09 | 18-Jun-09 | GBP | 303,315.24 | 1.64845 | USD | 500,000.00 |
| 12 | 2-Jun-09 | 18-Jun-09 | GBP | 503,018.94 | 1.63641 | USD | 496,182.54 |
| 13 | 2-Jun-09 | 18-Jun-09 | USD | 303,214.07 | 1.64955 | GBP | 304,943.13 |
| 14 | 4-Jun-09 | 18-Jun-09 | GBP | 304,794.42 | 1.64045 | USD | 500,000.00 |
| 15 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63477 | GBP | 305,797.31 |
| 16 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63507 | GBP | 305,853.42 |
| 17 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.61807 | GBP | 309,010.12 |
| 18 | 4-Jun-09 | 18-Jun-09 | GBP | 308,024.03 | 1.62325 | USD | 500,000.00 |
| 19 | 4-Jun-09 | 18-Jun-09 | GBP | 309,511.28 | 1.61545 | USD | 500,000.00 |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 309,687.65 | 1.61453 | USD | 500,000.00 |

| | | | | Amount | | | Amount |
|---|---|---|---|---|---|---|---|
| Total : | | | USD | 5,665,078.94 | | USD | 6,670,032.54 |
| | | | GBP | 4,143,489.82 | | GBP | 3,528,818.05 |
| Nett | 1.603 | | GBP | 614,671.77 | | USD | |
| | | | USD | 985,318.85 | | GBP | |
| Difference | | | USD | (19,634.75) | | | (1,004,953.60) |

## FX positions as of Nov 02/09

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | 89.2775 | USD | 994,449.08 |
| 2) | Oct 5/09 | Oct 8/09 | JPY | 59,274,250 | 89.5487 | USD | 661,921.95 |
| 3) | Oct 6/09 | Oct 8/09 | JPY | 160,129,150 | 88.7200 | USD | 1,804,882.21 |

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 9/09 | Oct 8/09 | JPY | 22,254,675 | 89.0187 | USD | 250,000.00 |
| 2) | Oct 9/09 | Oct 8/09 | JPY | 22,317,175 | 89.2687 | USD | 250,000.00 |

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 15/09 | Oct 21/09 | JPY | 22,616,850 | 90.4674 | USD | 250,000.00 |
| 2) | Nov 02/09 | Nov 05/09 | JPY | 179,460,000 | 89.7300 | USD | 2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Average FX rate** | | | JPY | 554,834,028 | 89.3272 | USD | 6,211,253.24 |

*(handwritten annotations: "average 89.13- 3.46", "750k", bracket marks)*

## FX positions as of Nov 02/09

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 21/09 | Oct 29/09 | USD | 737,573.06 | 91.0946 | JPY | 67,188,923 |
| 2) | Oct 22/09 | Oct 29/09 | USD | 3,458,226.83 | 90.9923 | JPY | 314,672,013 |
| Average FX rate | | | USD | 4,195,799.89 | 91.0103 | JPY | 381,860,936.18 |

*(handwritten: 91.0946 (91.06) ($)JPY; 90.9923 (5) (90.96))*

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 8/09 | Oct 15/09 | GBP | 155,112.83 | 1.61173 | USD | 250,000.00 |
| 2) | Oct 9/09 | Oct 15/09 | GBP | 157,656.10 | 1.58573 | USD | 250,000.00 |
| Average FX rate | | | GBP | 312,768.92 | 1.5986 | USD | 500,000.00 |

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 08/09 | Oct 14/09 | AUD | 288,098.09 | 0.90825 | USD | 261,665.09 |
| 2) | Oct 12/09 | Oct 14/09 | AUD | 277,685.22 | 0.90030 | USD | 250,000.00 |
| 3) | Oct 29/09 | Nov 05/09 | AUD | 106,977.91 | 0.89812 | USD | 96,079.00 |
| Average FX rate | | | AUD | 672,761.22 | 0.9034 | USD | 607,744.09 |

*(handwritten: non (Deposit))*

**Outstanding FX positions as at 18 June 2009 (21 positions)**

| | Trade Date | Value Date | Buy Ccy | Amount | FX rate | Sell Ccy | Amount | | Profit/Loss according to pairing | USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19-May-09 | 18-Jun-09 | USD | 773,275.00 | 1.54655 | GBP | 500,000.00 | USD | (14,225.00) 1 | |
| 2 | 20-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.575 | USD | 787,500.00 | USD | 2,600.00 2 | |
| 3 | 21-May-09 | 18-Jun-09 | USD | 782,700.00 | 1.5654 | USD | 500,000.00 | USD | 3,475.00 3 | |
| 4 | 21-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5602 | USD | 780,100.00 | | | |
| 5 | 27-May-09 | 18-Jun-09 | USD | 802,075.00 | 1.60415 | GBP | 500,000.00 | USD | 3,018.94 5 | |
| 6 | 27-May-09 | 18-Jun-09 | GBP | 500,000.00 | 1.5972 | USD | 798,600.00 | USD | 3,817.46 5 | |
| 7 | 29-May-09 | 18-Jun-09 | USD | 804,010.00 | 1.6153 | GBP | 807,650.00 | USD | (3,640.00) 4 | |
| 8 | 29-May-09 | 18-Jun-09 | USD | 500,000.00 | 1.60802 | GBP | 500,000.00 | USD | 3,018.94 6 | |
| 9 | 1-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.63965 | USD | 500,000.00 | | 3,817.46 6 | |
| 10 | 1-Jun-09 | 18-Jun-09 | USD | 304,943.13 | 1.649 | GBP | 500,000.00 | | | |
| 11 | 1-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.64845 | USD | 303,214.07 | | | |
| 12 | 2-Jun-09 | 18-Jun-09 | USD | 303,315.24 | 1.63641 | GBP | 500,000.00 | | | |
| 13 | 2-Jun-09 | 18-Jun-09 | GBP | 303,214.07 | 1.84955 | USD | 496,182.54 | | | |
| 14 | 4-Jun-09 | 18-Jun-09 | USD | 503,018.94 | 1.64045 | GBP | 304,943.13 | | 3,657.86 7 | |
| 15 | 4-Jun-09 | 18-Jun-09 | GBP | 304,794.42 | 1.63477 | USD | 500,000.00 | GBP | 3,890.34 9 | |
| 16 | 4-Jun-09 | 18-Jun-09 | USD | 500,000.00 | 1.63507 | GBP | 305,853.42 | GBP | (986.09) 8 | |
| 17 | 4-Jun-09 | 18-Jun-09 | GBP | 500,000.00 | 1.61807 | GBP | 305,797.31 | GBP | | |
| 18 | 4-Jun-09 | 18-Jun-09 | USD | 308,024.03 | 1.62325 | USD | 309,010.12 | | | |
| 19 | 4-Jun-09 | 18-Jun-09 | GBP | 309,511.28 | 1.61545 | USD | 500,000.00 | | | |
| 20 | 5-Jun-09 | 18-Jun-09 | GBP | 309,687.65 | 1.61453 | USD | 500,000.00 | | | |
| 21 | 16-Jun-09 | 18-Jun-09 | USD | 1,000,000.00 | 1.6462 | GBP | 607,459.60 | GBP | 650.06 10 | |

| Total: | USD | 6,665,078.94 | | USD | 6,870,032.54 | USD | (4,953.60) |
|---|---|---|---|---|---|---|---|
| | GBP | 4,143,489.82 | | GBP | 4,136,277.65 | GBP | 7,212.17 |

| Nett | GBP | 7,212.17 | | | | USD | (4,953.60) |
|---|---|---|---|---|---|---|---|
| | USD | 11,861.86 | 1.6447 | | Nett Profit | GBP | 7,212.17 |
| | | | | | | | 1.6447 |
| | | | | | | | 11,861.86 |

| Difference | USD | 6,908.25 | | | | | 6,908.26 |
|---|---|---|---|---|---|---|---|

*(handwritten annotations in right and bottom margins, partially legible: "12,911.40", "14,275.00", "3,640.00", "+12,911.40", "48.20", "75 GBP", "650", "8198.26", "956.69", "7212.17", "4,773.26", "14,275.00", "3,640.00", "USD 11,611.5", "4 USD")*

**October 19, 2009**

**Deposits :**

| Ccy | Principal | Value Date | Maturity Date | P + I | Remarks | USD equivalent | FX rate |
|---|---|---|---|---|---|---|---|
| USD | 218,051.70 | 15-Oct-09 | 22-Oct-09 | 218,060.60 | CL | 218,060.60 | |
| USD | 208,789.91 | 15-Oct-09 | 22-Oct-09 | 208,798.44 | CL1 | 208,798.44 | |
| USD | 364,728.97 | 14-Oct-09 | 21-Oct-09 | 364,743.86 | CL2 | 364,743.86 | |
| USD | 374,771.01 | 15-Oct-09 | 22-Oct-09 | 374,786.31 | CLF | 374,786.31 | |
| USD | 129,188.87 | 15-Oct-09 | 22-Oct-09 | 129,194.15 | CLF | 129,194.15 | |
| USD | 1,006,771.55 | 15-Oct-09 | 22-Oct-09 | 1,006,812.66 | CLI | 1,006,812.66 | |
| USD | 503,195.41 | 15-Oct-09 | 22-Oct-09 | 503,215.96 | CLO | 503,215.96 | |
| USD | 502,233.27 | 15-Oct-09 | 22-Oct-09 | 502,253.78 | CLP | 502,253.78 | |
| USD | 123,383.45 | 15-Oct-09 | 22-Oct-09 | 123,388.49 | E | 123,388.49 | |
| USD | 282,434.87 | 14-Oct-09 | 21-Oct-09 | 282,446.40 | F | 282,446.40 | |
| JPY | 22,254,675.00 | 15-Oct-09 | 22-Oct-09 | 22,254,718.00 | H | 245,096.01 | 90.80 |
| JPY | 22,317,175.00 | 15-Oct-09 | 22-Oct-09 | 22,317,218.00 | H&E | 245,784.34 | 90.80 |
| USD | 16,240.69 | 08-Oct-09 | 23-Oct-09 | 16,242.11 | I&G | 16,242.11 | |
| USD | 141,916.91 | 13-Oct-09 | 20-Oct-09 | 141,916.70 | J | 141,916.70 | |
| USD | 500,000.00 | 09-Oct-09 | 23-Oct-09 | 501,147.22 | J | 501,147.22 | |
| Alpha Call A/C  USD | 501,921.75 | 19-Oct-09 | 19-Oct-09 | 501,921.75 | J | 501,921.75 | |
| **Total :** USD | **3,871,700.61** | | | **3,871,859.46** | | | |
| JPY | **44,571,850.00** | | | **44,571,936.00** | | **5,365,808.78** | |

**Loans :**

| Ccy | Principal | Value Date | Maturity Date | P + I | Remarks | USD equivalent | FX rate |
|---|---|---|---|---|---|---|---|
| USD | 377,266.33 | 15-Oct-09 | 22-Oct-09 | 377,406.28 | CL | 377,406.28 | |
| USD | 257,515.21 | 15-Oct-09 | 22-Oct-09 | 257,597.08 | CL1 | 257,597.08 | |
| USD | 92,840.54 | 15-Oct-09 | 22-Oct-09 | 92,870.06 | CL1 | 92,870.06 | |
| AUD | 106,977.91 | 14-Oct-09 | 22-Oct-09 | 107,071.52 | CL2 | 98,719.94 | 0.9220 |
| USD | 250,000.00 | 14-Oct-09 | 21-Oct-09 | 250,079.48 | CL2 | 250,079.48 | |
| USD | 261,665.09 | 15-Oct-09 | 22-Oct-09 | 261,748.28 | CL2 | 261,748.28 | |
| GBP | 27,114.90 | 14-Oct-09 | 21-Oct-09 | 27,124.33 | CL2 | 44,224.40 | 1.6310 |
| USD | 129,232.93 | 15-Oct-09 | 22-Oct-09 | 129,274.02 | CLF | 129,274.02 | |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 250,079.48 | CLF | 250,079.48 | |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 250,079.48 | CLF | 250,079.48 | |
| USD | 1,023,077.10 | 15-Oct-09 | 22-Oct-09 | 1,023,402.35 | CLI | 1,023,402.35 | |
| USD | 200,779.59 | 15-Oct-09 | 22-Oct-09 | 200,843.42 | CLI | 200,843.42 | |
| USD | 524,289.90 | 15-Oct-09 | 22-Oct-09 | 524,456.58 | CLO | 524,456.58 | |
| USD | 80,068.16 | 15-Oct-09 | 22-Oct-09 | 80,093.62 | CLO | 80,093.62 | |
| USD | 565,507.97 | 15-Oct-09 | 22-Oct-09 | 565,687.75 | CLP | 565,687.75 | |
| USD | 111,726.92 | 15-Oct-09 | 22-Oct-09 | 111,762.44 | OT2 | 111,762.44 | |
| USD | 117,263.59 | 15-Oct-09 | 22-Oct-09 | 117,300.87 | OT3 | 117,300.87 | |
| USD | 107,871.52 | 15-Oct-09 | 22-Oct-09 | 107,905.81 | OTT | 107,905.81 | |
| **Total :** USD | **4,599,124.85** | | | **4,600,587.00** | USD | | |
| AUD | **106,977.91** | | | **107,071.52** | USD | | |
| GBP | **27,114.90** | | | **27,124.33** | USD | **4,743,531.34** | |

NETT BALANCE :   622,277.44
CREDIT LIMIT :   4,700,000.00
LIMIT EXCESS :   (4,700,000 - 4,743,531.34) =   -43,531.34

Attn: Mo Jan
(P) 6225-1330

08/10  チ → USD

(its/ 180-65)l/r

## FX positions as of Oct 16/09

| | Trade Date | Value Date | | You bought | | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|---|---|
| 1) | Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | | 89.2775 | USD | 994,449.08 | } A |
| 2) | Oct 5/09 | Oct 8/09 | JPY | 59,274,250 | | 89.5487 | USD | 661,921.95 | } A |
| 3) | Oct 6/09 | Oct 8/09 | JPY | 160,129,150 | | 88.7200 | USD | 1,804,882.21 | B |
| | Average FX rate | | JPY | 308,185,328 | | 89.0387 | USD | 3,461,253.24 | C |

| | Trade Date | Value Date | | You bought | | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|---|---|
| 1) | Oct 9/09 | Oct 8/09 | JPY | 22,254,675 | | 89.0187 | USD | 250,000.00 | |
| 2) | Oct 9/09 | Oct 8/09 | JPY | 22,317,175 | | 89.2687 | USD | 250,000.00 | |
| | Average FX rate | | JPY | 44,571,850 | | 89.1437 | USD | 500,000.00 | D |

| | Trade Date | Value Date | | You bought | | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|---|---|
| 1) | Oct 15/09 | Oct 21/09 | JPY | 22,616,850 | | 90.4674 | USD | 250,000.00 | |
| | Average FX rate | | JPY | 22,616,850 | | 90.4674 | USD | 250,000.00 | E |

| | | | You bought | | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|---|
| Average FX rate for A + E | | JPY | 170,673,028 | | 89.528 | USD | 1,906,371.03 | |
| Average FX rate for A + D + E | | JPY | 215,244,878 | | 89.448 | USD | 2,406,371.03 | |

| Trade Date | Value Date | You bought | | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|
| 1) Oct 8/09 | Oct 15/09 | GBP | 155,112.83 | 1.61173 | USD | 250,000.00 | |
| 2) Oct 9/09 | Oct 15/09 | GBP | 157,656.10 | 1.58573 | USD | 250,000.00 | |
| Average FX rate | | GBP | 312,768.92 | 1.5986 | USD | 500,000.00 | |

## 20-Oct-09 at 9.20am

| Customer5 | Cust Sub A/C | Limit Type | Buy Ccy | Buy Amount | Sell Ccy | Sell Amount | Limit Rate | Input Date | Good Till D |
|---|---|---|---|---|---|---|---|---|---|
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | JPY | 0 | USD | 0 | 88.8000 | 15-Oct-09 | GTC Orde |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | NZD | 0 | USD | 0 | 0.7300 | 13-Oct-09 | GTC Orde |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | AUD | 0 | USD | 0 | 0.8950 | 08-Oct-09 | GTC Orde |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | USD | 0 | JPY | 0 | 87.8500 | 07-Oct-09 | GTC Orde |
| CHAN AH WAH/LIM | 8212-344549-0001 | Take Profit | AUD | 286,697.25 | USD | 250,000.00 | 0.8720 | 06-Oct-09 | GTC Orde |
| CHAN AH WAH/LIM | 8212-344549-0001 | Take Profit | AUD | 291,919.66 | USD | 250,000.00 | 0.8564 | 05-Oct-09 | GTC Orde |

## CURRENCY LEVERAGE POSITIONS

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| CL | 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | Alpha AUD Put/NZD Call for 1 week, strike:1.1930 |
| | | | | | | | | rate : 12%p.a. |
| | | | assigned AUD297,256.12@1+8 | | | | | Deposit AUD301k |
| CL2 | 2) | USD | 350,000.00 | 116.53 | JPY | 40,785,500 | Oct 18/07 | |
| | | AUD | 378,455.03 | 0.9397 | USD | 355,634.19 | Jun 18/08 | convert AUD from USD355,634.19 |
| | | USD | 359,992.79 | 0.94997 | AUD | 378,951.75 | Jun 25/08 | convert USD from AUD378,951.75 |
| | | | | | | | | (profit made USD4,358.60) |
| | | AUD | 376,522.11 | 0.9561 | USD | 359,992.79 | Jun 25/08 | convert AUD from USD359,992.79 |
| | | USD | 361,009.40 | 0.9588 | AUD | 376,522.11 | Jun 30/08 | profit made USD1,016.61 |
| CL1 | 3) | NZD | 350,000.00 | 89.03 | JPY | 31,160,500 | Oct 18/07 | |
| OTT | 4) | USD | 85,000.00 | 113.30 | JPY | 9,630,500 | Sep 12/07 | remit USD85,000 to Malaysia |
| OT2 | 5) | USD | 100,000.00 | 100.05 | JPY | 10,005,000 | Mar 24/08 | remit USD100,000 to Malaysia |
| OT3 | 6) | USD | 100,000.00 | 104.69 | JPY | 10,469,000 | July 16/08 | remit USD100,000 to Malaysia |
| CLF | 7) | USD | 500,000 | 109.85 | JPY | 54,925,000 | Aug 13/08 | |
| CLI | 8) | USD | 1,000,000 | 108.87 | JPY | 108,870,000 | Sep 02/08 | |
| CLO | 9) | USD | 500,000 | 107.37 | JPY | 53,685,000 | Sep 24/08 | |
| CLP | 10) | USD | 500,000 | 102.77 | JPY | 51,385,000 | Oct 08/08 | |

AUDUSD closed

*(handwritten margin notes: (B) 8630 (864... 230F ; 8695 (86... ; 0.8675 (B) = 0.8820 ; 0.8695 (B))*

## CLOSED POSITIONS

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| A12 | 12) | AUD | 289,264.80 | 0.86426 | USD | 250,000.00 | Sept 16/09 | |
| | | USD | 251,675.30 | 0.86965 | AUD | 289,398.38 | Sept 23/09 | (profit made = USD1,675.30 converted to AUD @ 0.87527, AUD1,914.04 - add to deposit H) |
| A13 | 13) | AUD | 285,662.05 | 0.87516 | USD | 250,000.00 | Sept 23/09 | Deposit H (AUD285,662.05 + AUD1,914.04* = AUD287,576.09) |
| | | | (Avg cost @ 0.8694) | | | | | * AUD1,914.04 converted from USD1,875.30 from position A12 |
| A14 | 14) | AUD | 288,098.09 | 0.86776 | USD | 250,000.00 | Sept 23/09 | Loan CL2 (USD) |
| | | | (Avg cost for A13 & A14 = 0.8686) | | | | | |
| A15 | 15) | USD | 507,603.04 | 0.88135 | AUD | 575,938.10 | Oct 07/09 | Take profit on position A13 & A14 / Deposit H = USD250,000.00, Loan CL2 = AUD238,098.09 / Net profit = USD7,603.04 - USD79.48 (loan int) = USD7,523.56 put in sub a/c 2 |
| A16 | 16) | AUD | 288,098.09 | 0.88026 | USD | 253,601.22 | Oct 07/09 | Loan CL2 (USD) |

FX positions as of Oct 8/09

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | 89.2775 | USD | 994,449.08 |
| 2) | Oct 5/09 | Oct 8/09 | JPY | 59,274,250 | 89.5487 | USD | 661,921.95 |
| 3) | Oct 6/09 | Oct 8/09 | JPY | 160,129,150 | 88.7200 | USD | 1,804,882.21 |
| Average FX rate | | | JPY | 308,185,328 | 89.0387 | USD | 3,461,253.24 |

3.46 milliona

USD/JPY   CLOSED

**CLOSED POSITIONS**

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|-----|-----|-----|-----------|------|-----|----------|-----------|---------|
| J17 | 17) | JPY | 33,785,500 | 89.6675 | USD | 376,786.46 | Oct 01/09 | Loan CL |
|     |     | USD | 377,270.74 | 89.5524 | JPY | 33,785,500 | Oct 08/09 | (profit made = USD484.28 put in sub a/c 2) |
| J18 | 18) | JPY | 8,313,750 | 89.6675 | USD | 92,717.54 | Oct 01/09 | Loan CL1 |
|     |     | USD | 92,836.71 | 89.5524 | JPY | 8,313,750 | Oct 08/09 | (profit made = USD119.17 put in sub a/c 2) |
| J19 | 19) | JPY | 17,925,100 | 89.6675 | USD | 199,906.32 | Oct 01/09 | Loan CLi |
|     |     | USD | 200,163.25 | 89.5524 | JPY | 17,925,100 | Oct 08/09 | (profit made = USD256.93 put in sub a/c 2) |
| J20 | 20) | JPY | 7,170,000 | 89.6675 | USD | 79,962.08 | Oct 01/09 | Loan CLO |
|     |     | USD | 80,064.86 | 89.5524 | JPY | 7,170,000 | Oct 08/09 | (profit made = USD102.78 put in sub a/c 2) |
| J21 | 21) | JPY | 51,385,000 | 89.6675 | USD | 573,061.59 | Oct 01/09 | Loan CLP |
|     |     | USD | 566,789.14 | 89.5524 | JPY | 50,757,328 | Oct 08/09 | Reduce USD7k on loan = USD566,061.59 (profit made = USD727.55 put in sub a/c 2) |
| J22 | 22) | JPY | 10,005,000 | 89.6675 | USD | 111,578.89 | Oct 01/09 | Loan OT2 |
|     |     | USD | 111,722.30 | 89.5524 | JPY | 10,005,000 | Oct 08/09 | (profit made = USD143.41 put in sub a/c 2) |
| J23 | 23) | JPY | 10,469,000 | 89.6675 | USD | 116,753.56 | Oct 01/09 | Loan OT3 |
|     |     | USD | 116,903.62 | 89.5524 | JPY | 10,469,000 | Oct 08/09 | (profit made = USD150.06 put in sub a/c 2) |
| J24 | 24) | JPY | 9,630,500 | 89.6675 | USD | 107,402.35 | Oct 01/09 | Loan OTT |
|     |     | USD | 107,540.39 | 89.5524 | JPY | 9,630,500 | Oct 08/09 | (profit made = USD138.04 put in sub a/c 2) |

USD    1,663,291.01    89.5524    JPY    148,056,178

Total profit USD2,122.22 on Oct 08/09 to be put in sub a/c 2

Total loan interest on Oct 08/09 - USD524.93

USDJPY CLOSED

**CLOSED POSITIONS**

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|-----|-----|-----|------------|------|-----|----------|------------|---------|
| J14 | 14) | JPY | 22,846,750 | 89.9575 | USD | 253,972.71 | Oct 01/09 | Loan CLI |
|     |     | USD | 254,386.42 | 89.8112 | JPY | 22,846,750 | Oct 08/09 | (profit made = USD413.71 put in sub a/c 2) |
| J15 | 15) | JPY | 46,515,000 | 89.9575 | USD | 517,077.51 | Oct 01/09 | Loan CLO |
|     |     | USD | 517,919.81 | 89.8112 | JPY | 46,515,000 | Oct 08/09 | (profit made = USD842.30 put in sub a/c 2) |
| J16 | 16) | JPY | 90,767,400 | 89.9575 | USD | 1,009,003.14 | Oct 01/09 | Loan CL1 |
|     |     | USD | 1,010,646.79 | 89.8112 | JPY | 90,767,400 | Oct 08/09 | (profit made = USD1,643.65 put in sub a/c 2) |

USD   1,782,953.02   89.8112   JPY   160,129,150   Oct 08/09

Total profit USD2,899.66 on Oct 08/09 to be put in sub a/c 2

Total loan interest on Oct 08/09 - USD565.91

Dear Mr Chan & Mrs Chan,

Please find attached account transaction details for your reference & I will email the account statement tomorrow.

## Call Account transaction details

| | Remarks |
|---|---|
| JPY20,676,472 | Alpha Plus principal amount |
| JPY22,112 + | Alpha Plus interest amount (from sub a/c 2) |
| JPY182,534,800 + | Switch from USD deposit to JPY @ 91.2674 for USD2,000,000/- |
| JPY888,700 + | JPY profit (93.4587 & 92.57 for USD1mil) |
| JPY1,212,250 + | JPY profit (91.3125 & 91.7974 for USD2.5mil) |
| JPY1,152,600 + | JPY profit (91.9982 & 91.4219 for USD2mil) |
| JPY120,248 - | JPY loan interest |
| JPY9,090,000 - | JPY loss (88.4675 & 92.5125 for USD2mil) |
| JPY142,750 - | JPY loss (92.4674 & 92.7529 for USD500k) |
| JPY198,133,936 | Balance as at 13 May 2010 |

*(handwritten notes: "Alpha Plus ¥ 090,000,000" / "Alpha Plus int Rate 01.26 - 05.26" / "¥ 762,191,454 (909) 43,500) thru" / "Hdl Back")*

## USD deposit transaction details

| | Remarks |
|---|---|
| USD4,698,882.23 | Deposit Principal as at 6 May 2010 |
| USD191.87 + | Deposit interest |
| USD2,000,000.00 - | Switch from USD deposit to JPY @ 91.2674 for USD2,000,000/- |
| USD282.70 - | Deposit loan interest |
| USD2,698,791.40 | Deposit principal as at 13 May 2010, roll for 2 weeks till 27 May 2010 |

## USD loan transaction details

| | Remarks |
|---|---|
| USD889,220.61 | Loan principal as at 6 May 2010 |
| USD2,000,000.00 + | Switch JPY loan to USD loan (USD2 mil @ 93.3587) |
| USD2,889,220.61 | Loan principal as at 13 May 2010, roll for 2 weeks till 27 May 2010 |

## JPY loan transaction details

| | Remarks |
|---|---|
| JPY353,362,062 | Loan principal as at 6 May 2010 |
| JPY186,717,400 - | Switch JPY loan to USD loan (USD2 mil @ 93.3587) |
| JPY166,644,662 | Loan principal as at 13 May 2010, roll for 2 weeks till 27 May 2010 |

Thanks and best regards
Moi Jan

CHONG Moi Jan
HSBC Private Bank (Suisse) SA
21 Collyer Quay # 18-01 HSBC Building Singapore 049320
Direct:+65 6395 5708 General: +65 6224 8080 Fax: +65 6225 1330
Email: moi.jan.chong@hsbcpb.com

*********************************************************
This e-mail is confidential. It may also be legally privileged. If you are not the addressee, you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return e-mail. Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

```
          JPY353,362,062    Loan principal as at 6 May 2010
  -       JPY186,717,400    Switch JPY loan to USD loan (USD2 mil @
93.3587)
          JPY166,644,662  Loan principal as at 13 May 2010, roll for 2 weeks
till 27 May 2010
```

Thanks and best regards
Moi Jan

CHONG Moi Jan
HSBC d Private Bank (Suisse) SA
21 Collyer Quay # 18-01 HSBC Building Singapore 049320
Direct:+65 6395 5708 General: +65 6224 8080 Fax: +65 6225 1330
Email: moi.jan.chong@hsbcpb.com

*****************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*****************************************************************


------------------------------------------
*****************************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*****************************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.

**Read Message**

Message moved to Trash.

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

Date: Thu, 13 May 2010 19:23:33 +0800

From: moi.jan.chong@hsbcpb.com

To: jess2003@singnet.com.sg

Cc: amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

Subject: Deposit & loan details

Attachments: *no attachments*

Dear Mr Chan & Mrs Chan,

Please find attached account transaction details for your reference & I
will email the account statement tomorrow.


Call Account transaction details

```
                     Remarks
        JPY20,676,472    Alpha Plus principal amount
+       JPY22,112        Alpha Plus interest amount (from sub a/c 2)
+       JPY182,534,800   Switch from USD deposit to JPY @ 91.2674 for
USD2,000,000/-
+       JPY888,700       JPY profit (93.4587 & 92.57 for USD1mil)
+       JPY1,212,250     JPY profit (91.3125 & 91.7974 for USD2.5mil)
+       JPY1,152,600     JPY profit (91.9982 & 91.4219 for USD2mil)
-       JPY120,248       JPY loan interest
-       JPY8,090,000     JPY loss (88.4675 & 92.5125 for USD2mil)
-       JPY142,750       JPY loss (92.4674 & 92.7529 for USD500k)
        JPY198,133,936   Balance as at 13 May 2010
```

USD deposit transaction details

```
                        Remarks
        USD4,698,882.23  Deposit Principal as at 6 May 2010
+       USD191.87        Deposit Interest
-       USD2,000,000.00  Switch from USD deposit to JPY @ 91.2674 for
USD2,000,000/-
-       USD282.70        USD loan interest
        USD2,698,791.40  Deposit principal as at 13 May 2010, roll
for 2 weeks till 27 May 2010
```

USD loan transaction details

```
                        Remarks
        USD889,220.61    Loan principal as at 6 May 2010
+       USD2,000,000.00  Switch JPY loan to USD loan (USD2 mil @ 93.3587)
        USD2,889,220.61  Loan principal as at 13 May 2010, roll for 2 weeks
till 27 May 2010
```

JPY loan transaction details

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*********************************************************************

-------------------------------------- ************************************************************* This e-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return e-mail. Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
*********************************************************** "SAVE PAPER - THINK BEFORE YOU PRINT!"

<u>Reply</u> | <u>Reply to All</u> | <u>Forward</u> | <u>Delete</u> | <u>Save As</u> | ◀ <u>Previous</u> | <u>Next</u> ▶

# CURRENCY LEVERAGE POSITIONS

18-Sep-09

| Tag No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | Alpha AUD Put/NZD Call for 1 week, strike:1.1930 |
| | | | | | | | rate : 12%p.a. |
| | | assigned AUD297,256.12@1.18 | | | | | Deposit AUD301k |
| | USD | 219,677.39 | 0.6922 | AUD | 317,361.16 | Dec 19/08 | |
| | AUD | 317,793.74 | 0.67125 | USD | 213,319.05 | Feb 02/09 | (TD: 13Jan. Profit made USD6,406.86) |
| | USD | 213,598.71 | 0.67213 | AUD | 317,793.74 | Feb 02/09 | profit made USD279.66 |
| | AUD | 317,793.74 | 0.6631 | USD | 210,729.03 | Feb 02/09 | (TD: 14Jan. Profit made USD2,869.68) |
| | AUD | 217,784.05 | 0.6853 | USD | 317,793.74 | Mar 24/09 | profit made USD7,055.02 |
| CL | Position: USD217,825.82 (deposit) JPY33,785,500 (loan) | | | | | | |
| 2) | USD | 350,000.00 | 116.53 | JPY | 40,785,500 | Oct 18/07 | |
| | AUD | 378,455.03 | 0.9397 | USD | 355,634.19 | Jun 18/08 | convert AUD from USD355,634.19 |
| | USD | 359,992.79 | 0.94997 | AUD | 378,951.75 | Jun 25/08 | convert USD from AUD378,951.75 (profit made USD4,358.60) |
| | JPY | 40,785,500 | 94.75 | USD | 430,453.83 | Nov 25/08 | convert JPY loan to USD loan |
| | AUD | 376,522.11 | 0.9661 | USD | 359,992.79 | Jun 25/08 | convert AUD from USD359,992.79 |
| | USD | 361,009.40 | 0.9588 | AUD | 376,522.11 | Jun 30/08 | profit made USD1,016.61 |
| | USD | 434,473.45 | 0.8734 | JPY | 40,785,500 | Dec 02/08 | profit made USD4,019.62 |
| | JPY | 40,425,352 | 93.8282 | USD | 430,844.37 | Dec 02/08 | convert JPY loan to USD loan (profit made USD3,629.08) |
| | USD | 434,268.62 | 93.0905 | JPY | 40,425,352 | Dec 09/08 | profit made USD3,414.25 (avg rate USDJPY now is 115.50) |
| | JPY | 40,425,352 | 92.8577 | USD | 435,347.33 | Dec 09/08 | loss incurred USD1,088.71 |
| | USD | 438,310.22 | 92.23 | JPY | 40,425,352 | Dec 09/08 | convert USD loan to JPY loan (profit made USD2,962.89) |
| | JPY | 40,425,352 | 91.42 | USD | 442,193.74 | Dec 16/08 | loss incurred USD3,883.52 |
| | USD | 445,900.64 | 90.66 | JPY | 40,425,352 | Dec 16/08 | profit made USD3,706.90 |
| | JPY | 40,425,352 | 90.3014 | USD | 447,671.38 | Dec 24/08 | loss incurred USD1,770.74 |
| | USD | 459,203.15 | 88.0337 | JPY | 40,425,352 | Dec 24/08 | profit made USD11,531.77 |
| | JPY | 40,425,352 | 87.4665 | USD | 462,180.97 | Dec 24/08 | loss incurred USD2,977.82) |
| | USD | 462,501.18 | 0.70064 | AUD | 660,112.44 | Apr 22/09 | convert USD loan to AUD loan |
| C2 | Position: USD364,351.16 (deposit) AUD660,112.44 (loan) | | | | | | |

# CURRENCY LEVERAGE POSITIONS

18-Sep-09

_[handwritten annotation: "Why so much?"]_

**Position: USD208,573.66 (deposit), JPY31,160,500 (loan)**

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| CL1 | 3) | NZD | 350,000.00 | 89.03 | JPY | 31,160,500 | Oct 18/07 | |
| | | USD | 225,543.89 | 0.6037 | NZD | 373,602.60 | Nov 07/08 | |
| | | USD | 373,602.60 | 0.5893 | USD | 220,164.01 | Nov 12/08 | profit made USD5,379.88 |
| | | USD | 220,208.55 | 0.5866 | NZD | 375,398.15 | Dec 19/08 | |
| | | NZD | 375,398.15 | 0.5542 | USD | 208,045.65 | Jan 16/09 | profit made USD12,186.44 |
| | | NZD | 208,383.51 | 0.5551 | NZD | 375,398.15 | Jan 16/09 | profit made USD337.86 |
| | | NZD | 375,398.15 | 0.5453 | USD | 204,704.61 | Jan 16/09 | profit made USD3,678.90 |
| | | USD | 208,533.67 | 0.5555 | NZD | 375,398.15 | Mar 24/09 | profit made USD3,829.06 |
| CO | 4) | USD | 85,000.00 | 113.30 | JPY | 9,630,500 | Sep 12/07 | remit USD85,000 to Malaysia |
| OT2 | 5) | USD | 100,000.00 | 100.05 | JPY | 10,005,000 | Mar 24/08 | remit USD100,000 to Malaysia |
| OT3 | 6) | USD | 100,000.00 | 104.69 | JPY | 10,469,000 | July 16/08 | remit USD100,000 to Malaysia |
| COF | 7) | USD | 500,000.00 | 109.85 | JPY | 54,925,000 | Aug 13/08 | convert JPY loan to USD loan |
| | | JPY | 54,925,000 | 95.37 | USD | 575,914.86 | Nov 25/08 | convert JPY loan to USD loan |
| | | USD | 579,177.25 | 94.8328 | JPY | 54,925,000 | Nov 25/08 | profit made USD3,262.39 |
| | | AUD | 924,421.92 | 0.6230 | USD | 575,914.86 | Nov 25/08 | convert JPY loan to USD loan (loss incurred USD22,119.71) |
| | | USD | 578,188.94 | 0.6255 | AUD | 924,421.92 | Nov 25/08 | profit made USD2,274.08 |
| | | JPY | 54,925,000 | 89.4600 | USD | 613,961.55 | Dec 16/08 | convert JPY loan to USD loan |
| | | USD | 605,834.99 | 90.6600 | JPY | 54,925,000 | Dec 16/08 | loss incurred USD8,126.56 |
| | | JPY | 54,925,000 | 87.4666 | USD | 627,954.70 | Dec 24/08 | convert JPY loan to USD loan |
| | | USD | 500,000.00 | 1.3269 | EUR | 376,818.15 | Apr 09/09 | |
| | | EUR | 376,969.27 | 1.31581 | USD | 496,019.94 | Apr 16/09 | profit made USD3,980.06 (refer to closed position E10) |
| | | USD | 496,019.94 | 1.46187 | GBP | 339,305.10 | Apr 16/09 | |
| | | GBP | 339,435.24 | 1.44832 | USD | 491,610.85 | Apr 23/09 | profit made USD4,409.09 (refer to closed position G01) |
| | | USD | 496,190.65 | 1.46913 | GBP | 337,744.55 | Apr 24/09 | |
| | | GBP | 337,744.55 | 1.45873 | USD | 492,678.11 | Apr 30/09 | profit made USD3,512.54 (refer to closed position G03) |

_[handwritten annotation: "???"]_

Outstanding Positions

# CURRENCY LEVERAGE POSITIONS

18-Sep-09

| Tag No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| o/s Position: USD503,425.26 (deposit) USD128,216.31 and GBP337,177.66 (loan) | | | | | | | |
| 8) | USD | 1,000,000 | 108.87 | JPY | 108,870,000 | Sep 02/08 | |
| | USD | 496,190.65 | 1.4716 | GBP | 337,177.66 | Apr 30/09 | |
| | AUD | 1,530,690.34 | 0.6533 | USD | 1,000,000.00 | Oct 28/08 | |
| | USD | 1,017,449.87 | 0.6647 | AUD | 1,530,690.34 | Oct 31/08 | refer to closed position A05 (avg rate USDJPY now is 107.00) |
| | JPY | 108,870,000 | 90.6651 | USD | 1,200,792.81 | Dec 19/08 | profit made USD12,301.52 |
| | USD | 1,213,094.33 | 89.7457 | JPY | 108,870,000 | Dec 19/08 | profit made USD12,301.52 |
| | USD | 1,000,000.00 | 90.5013 | JPY | 90,501,300 | Sep 17/09 | |
| | JPY | 90,678,800 | 90.6788 | USD | 1,000,000.00 | Sep 17/09 | profit made JPY177,500eqUSD1,946.27 |
| o/s Position: USD...(loan) | | | | | | | |
| 9) | JPY | 90,767,400 | 90.7674 | USD | 1,000,000.00 | Sep 17/09 | (18Sep09 10.30am USDJPY 91.20) (using profit JPY177,500, cost : 90.94.5) |
| 9) | USD | 500,000 | 107.37 | JPY | 53,685,000 | Sep 24/08 | |
| | JPY | 46,515,000 | 93.03 | USD | 500,000.00 | Jul 16/09 | |
| | USD | 500,000 | 94.6811 | JPY | 47,340,550 | Sept 2/09 | Refer to closed position J05 |
| o/s Position: USD500,599 (deposit) JPY...(loan) | | | | | | | |
| 10) | USD | 500,000 | 102.77 | JPY | 51,385,000 | Oct 08/08 | |
| | AUD | 765,345.17 | 0.6533 | USD | 500,000.00 | Oct 28/08 | |
| | USD | 508,724.93 | 0.6647 | AUD | 765,345.17 | Oct 31/08 | refer to closed position A05 (avg rate USDJPY now is 101.01) |
| | JPY | 51,385,000.00 | 97.0687 | USD | 529,367.34 | Aug 13/09 | |
| | USD | 540,421.44 | 95.0832 | JPY | 51,385,000 | Aug 20/09 | refer to closed position J06 |

*handwritten:* 76928

*handwritten:* 90.97. (B). JPY/USD. 30/09/09.

*handwritten:* average

USDJPY CLOSED

## CLOSED POSITIONS

| Tag No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| J09 09) | JPY | 90,767,400 | 90.7674 | USD | 1,000,000.00 | Sept 17/09 | Loan CLI |
| | USD | 1,003,814.32 | 90.4225 | JPY | 90,767,400 | Oct 01/09 | (profit made = USD3,814.32 put in sub a/c 2) |
| J11 11) | JPY | 46,515,000 | 90.937 | USD | 511,507.97 | Oct 01/09 | Loan CLO |
| | USD | 514,418.42 | 90.4225 | JPY | 46,515,000 | Oct 01/09 | (profit made = USD2,910.45 put in sub a/c 2) |
| J12 12) | JPY | 22,846,750 | 91.387 | USD | 250,000.00 | Oct 01/09 | Loan CL1 |
| | USD | 252,666.65 | 90.4225 | JPY | 22,846,750 | Oct 01/09 | (profit made = USD2,666.65 put in sub a/c 2) |
| J13 13) | USD | 229,100.61 | 90.4225 | JPY | 20,715,850 | Oct 01/09 | Overdone amount JPY20,715,850/- |
| | JPY | 20,715,850 | 89.9575 | USD | 230,284.86 | Oct 01/09 | (loss incurred USD1,184.25 debited from sub a/c 2) |

Total profit on position J09, J11 & J12 is USD9,391.42

Pending your decision by 4pm today on the partial repayment of Loan CLP with the profit of USD9,391.42

Personal FD positions (JPY)

## CURRENCY LEVERAGE POSITIONS

| No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | Alpha AUD Put/NZD Call for 1 week, strike:1.1930 |
|  |  |  |  |  |  |  | rate : 12% p.a. |
|  |  |  |  |  |  |  | Deposit AUD301k |
| 2) | USD | 350,000.00 | 116.53 | JPY | 40,785,500 | Oct 18/07 | |
|  | AUD | 378,455.03 | 0.9397 | USD | 355,634.19 | Jun 18/08 | convert AUD from USD355,634.19 |
|  | USD | 359,992.79 | 0.94997 | AUD | 378,951.75 | Jun 25/08 | convert USD from AUD378,951.75 |
|  | AUD | 376,522.11 | 0.9561 | USD | 359,992.79 | Jun 25/08 | convert AUD from USD359,992.79 (profit made USD4,358.60) |
|  | AUD | 361,009.40 | 0.9588 | AUD | 376,522.11 | Jun 30/08 | profit made USD1,016.61 |
| 3) | NZD | 350,000.00 | 89.03 | JPY | 31,160,500 | Oct 18/07 | |
| 4) | USD | 85,000.00 | 113.30 | JPY | 9,630,500 | Sep 12/07 | remit USD85,000 to Malaysia |
| 5) | USD | 100,000.00 | 100.05 | JPY | 10,005,000 | Mar 24/08 | remit USD100,000 to Malaysia |
| 6) | USD | 100,000.00 | 104.69 | JPY | 10,469,000 | July 16/08 | remit USD100,000 to Malaysia |
| 7) | USD | 500,000 | 109.85 | JPY | 54,925,000 | Aug 13/08 | |
| 8) | USD | 1,000,000 | 108.87 | JPY | 108,870,000 | Sep 02/08 | |
|  | AUD | 1,530,690.34 | 0.6533 | USD | 1,000,000.00 | Oct 28/08 | |
| 9) | USD | 500,000 | 107.37 | JPY | 53,685,000 | Sep 24/08 | |

assigned AUD297,256.12@1.18

Outstanding Positions

## CURRENCY LEVERAGE POSITIONS

| Tsn No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---------|-----|------------|------|-----|----------|------------|---------|
| CFP 10) | USD | 500,000 | 102.77 | JPY | 51,385,000 | Oct 08/08 | |
| | AUD | 765,345.17 | 0.6533 | USD | 500,000.00 | Oct 28/08 | |

Outstanding Positions

| | | DATE | AMOUNT | | Remarks |
|---|---|---|---|---|---|
| E | 1) | 19-Dec-07 | AUD | 340,136.05 | Incoming fund from HSBC KL |
| | | 19-Feb-08 | USD | 307,901.88 | Converted AUD343,456.50 at 0.89648 |
| | | 26-Feb-08 | JPY | 33,190,338 | Converted USD308,071.01 at 107.736 |
| | | 26-Feb-08 | USD | 311,508.47 | Converted JPY33,184,997 at 106.53 |
| | | 15-Jan-09 | USD | 222,656.73 | Add in USD20,000 on 24/12/08 |
| | | 18-Feb-09 | EUR | 174,469.13 | Converted USD222,727.29 to EUR @ 1.2766 |
| | | 25-Feb-09 | USD | 224,571.78 | Converted EUR174,492.45 to USD @ 1.2870 |
| | | 23-Apr-09 | USD | 20,000.00 | Remited to Lim Cheok Kee Willy HSBC Msia |
| | | 1-Jun-09 | AUD | 252,132.61 | Converted USD204,706.47 to AUD @ 0.8119 |
| | | 3-Jun-09 | USD | 204,706.47 | Converted AUD252,132.61 to USD @ 0.82098 (USD2,289.36 in 24hrs call) |
| F | 2) | 08-Jan-08 | AUD | 310,130.94 | Incoming fund from HSBC KL |
| | | 03-Mar-08 | USD | 294,533.75 | Converted AUD310,787.96 at 0.9477 |
| | | 18-Feb-09 | EUR | 174,469.13 | Converted USD283,816.46 to EUR @ 1.2766 |
| | | 25-Feb-09 | USD | 282,040.23 | Converted EUR222,351.87 to USD @ 1.2870 (USD4,126.63 in 24hrs call) |
| | | 1-Jun-09 | AUD | 347,599.25 | Converted USD282,215.83 to AUD @ 0.8119 |
| | | 3-Jun-09 | USD | 282,215.83 | Converted AUD347,599.25 to USD @ 0.82098 (USD3,156.20 in 24hrs call) |
| G | 3) | 21-Jan-08 | AUD | 293,609.67 | Incoming fund from HSBC KL |
| | | 07-Mar-08 | USD | 280,580.72 | Converted AUD296,211.82 at 0.94723 |
| | 4) | 21-Feb-07 | USD | 632,430.00 | Converted NZD900,000.00 at 0.7027 |
| H | a) | | AUD | 451,000.00 | Alpha AUD Put / USD Call for USD400,000.00 assigned at strike rate 0.8980 |
| | | 11-Feb-08 | USD | 410,870.49 | Converted AUD451,904.93 at 0.90819 |
| | | 06-Jan-09 | JPY | 29,134,516 | Converted USD317,241.19 to JPY @91.94 |
| | | 06-Jan-09 | USD | 99,776.50 | Remaining USD |
| | | 13-Jan-09 | USD | 317,241.19 | Converted back to USD @90.80 |
| | | 29-Jan-09 | EUR | 188,650.77 | USD250,000 converted to EUR @1.3252 |
| | | 29-Jan-09 | USD | 167,017.69 | Remaining USD |
| | | 30-Jan-09 | USD | 250,565.95 | Converted back to USD fr EUR @1.3282 |
| | | 02-Feb-09 | USD | 565.95 | Remaining USD |
| | | 02-Feb-09 | NZD | 482,811.90 | USD250,000 converted to NZD @0.5178 |
| | | 06-Feb-09 | EUR | 51,921.52 | USD67,253.95 converted to EUR @1.2953 |
| | | 06-Feb-09 | USD | 99,820.84 | Remaining USD |
| | | 18-Mar-09 | USD | 250,869.70 | NZD484,444.53 converted to USD @0.5327 (profit USD7,193.90 put back to call) |
| | | 20-Mar-09 | USD | 67,347.00 | EUR51,921.52 converted to USD @1.3125 (profit USD800 put back to call) |
| | | 16-Sep-09 | USD | 250,000.00 | AUD385,662.05 converted to USD @0.87516 (profit USD1,675.30 put back to call to offset outstanding FX position USD250,000 converted to AUD @0.87516 on Sep 23 |
| | b) | 20-Nov-07 | AUD | 280,689.00 | Alpha AUD Put / USD Call for USD255,387.00 assigned at strike @0.9150 |
| | | 29-Feb-09 | USD | 266,257.94 | Converted AUD283,958.56 at 0.9377 |
| | | 16-Jan-09 | NZD | 459,981.60 | USD250,000 converted to NZD459,981.60 @0.5435 |
| | | 16-Jan-09 | USD | 20,528.25 | Remaining USD |
| | | 24-Mar-09 | USD | 257,008.96 | NZD462,495.88 converted to USD @0.5557 (profit USD5,611.78 put back to call) |
| | | 29-Jan-09 | USD | 272,001.22 | Combine USD20,544.10 & USD251,457.12 |
| | | 02-Sep-09 | USD | 30,000.00 | Remited to Lim Cheok Kee Willy HSBC Msia |
| | | 02-Sep-09 | USD | 242,202.26 | Remaining USD |
| J | 5) | 23-Apr-07 | USD | 641,181.69 | Converted NZD909,864.75 at 0.7047 |
| | | 06-Jan-09 | JPY | 62,805,484 | Converted to JPY @91.94 |
| | | 13-Jan-09 | USD | 682,758.81 | Converted back to USD @90.80 |
| | | 21-Jan-09 | EUR | 380,865.33 | USD500,000 converted to EUR @1.3128 |
| | | 21-Jan-09 | USD | 182,731.13 | Remaining USD |
| | | 29-Jan-09 | USD | 506,549.18 | USD converted back fr EUR @1.3297 |
| | | 29-Jan-09 | EUR | 375,968.12 | USD500,000 converted to EUR @1.3299 |
| | | 29-Jan-09 | USD | 189,280.31 | Remaining USD |
| | | 30-Jan-09 | USD | 499,360.86 | EUR converted back to USD @1.3282 |
| | | 02-Feb-09 | EUR | 382,175.34 | USD500,000 converted to EUR @1.3083 |
| | | 06-Feb-09 | EUR | 141,083.96 | USD182,746.05 converted to EUR @1.2953 |
| | | 20-Mar-09 | USD | 182,783.56 | EUR141,183.43 converted to USD @1.3125 (profit USD2,519.69 put back to call) |
| | | 24-Mar-09 | USD | 500,389.38 | EUR382,444.13 converted to USD @1.33705 (profit USD10,957.54 put back to call) |
| | | 23-Apr-09 | GBP | 345,233.54 | USD500,505.78 converted to GBP @ 1.44976 |
| | | 24-Apr-09 | USD | 503,447.17 | GBP converted back to USD @ 1.45828 (profit USD2,941.39 put back to call) |
| | | 28-Apr-09 | USD | 683,336.92 | Combine both USD182,831.14 & USD500,505.78 |
| | | 11-Aug-09 | USD | 41,899.45 | Convert to SGD60k (SGD30k @ 1.4312 & SGD30k @1.4328) |
| | | 11-Aug-09 | USD | 500,000.00 | Alpha Plus - USD call AUD Put, strike @ 0.8118 , 2 weeks @ 4%p.a. |
| | | 11-Aug-09 | USD | 141,858.80 | USD place on weekly deposit |
| | | 11-Aug-09 | USD | 500,000.00 | Proceeds from alpha plus, interest of USD555.56 in sub a/c 2 |

# CURRENCY LEVERAGE POSITIONS

| Tag No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| 1) | NZD | 350,000.00 | 96.53 | JPY | 33,785,500 | Jul 27/07 | Alpha AUD Put/NZD Call for 1 week, strike:1.1930 |
| | | assigned AUD297,256.12@1.18 | | | | | rate : 12%p.a. |
| | | | | | | | Deposit AUD301k |

**C1Position: AUD317,793.74 (deposit) JPY33,785,500 (loan)**

| Tag No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|
| | USD | 219,677.39 | 0.6922 | AUD | 317,361.16 | Dec 19/08 | |
| | AUD | 317,793.74 | 0.6631 | USD | 210,729.03 | Feb 02/09 | (TD: 14Jan. Profit made USD2,869.68) |
| | USD | 213,598.71 | 0.67213 | AUD | 317,793.74 | Feb 02/09 | (TD: 13Jan. Profit made USD6,406.86) |
| | AUD | 317,793.74 | 0.67125 | USD | 213,319.05 | Feb 02/09 | |
| 2) | USD | 350,000.00 | (116.53) | JPY | 40,785,500 | Oct 18/07 | Deposit |
| | AUD | 378,455.03 | 0.9397 | USD | 355,634.19 | Jun 18/08 | convert AUD from USD355,634.19 |
| | USD | 369,992.79 | 0.94997 | AUD | 378,951.75 | Jun 25/08 | convert USD from AUD378,961.75 (profit made USD4,358.60) |
| | AUD | 376,522.11 | 0.9561 | USD | 369,992.79 | Jun 25/08 | convert AUD from USD359,992.79 |
| | USD | 361,009.40 | 0.9588 | AUD | 376,522.11 | Jun 30/08 | profit made USD1,016.61 |
| | JPY | 40,785,500 | 94.75 | USD | 430,453.83 | Nov 25/08 | convert JPY loan to USD loan |
| | USD | 434,258.62 | 93.09505 | JPY | 40,425,352 | Dec 09/08 | profit made USD3,414.25 (avg rate USDJPY now is 115.50) |
| | USD | 434,473.45 | 93.8734 | JPY | 40,785,500 | Dec 02/08 | profit made USD4,019.62 |
| | USD | 430,844.37 | 93.8282 | JPY | 40,425,352 | Dec 02/08 | convert JPY loan to USD loan (profit made USD3,629.08) |
| | JPY | 40,425,352 | 92.8577 | USD | 435,347.33 | Dec 09/08 | loss incurred USD1,088.71 |
| | USD | 438,310.22 | 92.23 | JPY | 40,425,352 | Dec 09/08 | convert USD loan to JPY loan (profit made USD2,962.89) |
| | JPY | 40,425,352 | 91.42 | USD | 442,193.74 | Dec 16/08 | |
| | USD | 445,900.64 | 90.66 | JPY | 40,425,352 | Dec 16/08 | profit made USD3,706.90 |
| | JPY | 40,425,352 | 90.3014 | USD | 447,671.38 | Dec 24/08 | |
| | USD | 459,203.15 | 88.0337 | JPY | 40,425,352 | Dec 24/08 | profit made USD11,531.77 |
| | JPY | 40,425,352 | 87.4665 | USD | 462,180.97 | Dec 24/08 | convert JPY loan to USD loan (loss incurred USD2,977.82) |

**C2 Position: USD350,000 (deposit) USD462,180.97 (loan)**

Outstanding Positions

1

*Handwritten annotations: 31/01/09 · 3.6200 · 12650-12800 · 8950-9030 · 87.15-90.70 · 6200-6200 · 18062912605 - 659212808 C-S*

# CURRENCY LEVERAGE POSITIONS

| Tag | No. | Ccy | You Bought | Rate | Ccy | You Sold | Value Date | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | AUD | 1,530,690.34 | 0.6533 | USD | 1,000,000.00 | Oct 28/08 | |
| | | USD | 1,017,449.87 | 0.6647 | AUD | 1,530,690.34 | Oct 31/08 | |
| | | JPY | 108,870,000 | 90.6651 | USD | 1,200,792.81 | Dec 19/08 | |
| | | USD | 1,213,094.33 | 89.7457 | JPY | 108,870,000 | Dec 19/08 | loss incurred USD12,301.52 |
| CLI Position: USD1,017,449.87 (deposit) JPY108,870,000 (loan) | | | | | | | | |
| | 9) | USD | 500,000 | 107.37 | JPY | 53,685,000 | Sep 24/08 | |
| CLI Position: USD500,000 (deposit) JPY53,685,000 (loan) | | | | | | | | |
| | 10) | USD | 500,000 | 102.77 | JPY | 51,385,000 | Oct 08/08 | |
| | | AUD | 765,345.17 | 0.6533 | USD | 500,000.00 | Oct 28/08 | |
| | | USD | 508,724.93 | 0.6647 | AUD | 765,345.17 | Oct 31/08 | |
| CLI Position: USD508,724.93 (deposit) JPY51,385,000 (loan) | | | | | | | | |

*(handwritten calculations in margin:)*

Loss

116.53 → $2,977.82

109 → $22,119.71

108 → $12,301.52

worked out the 3 FX trades you did on Friday night. The break

| | | Buy | Rate | Sell | |
|---|---|---|---|---|---|
| ng positions : | JPY | 22,846,750 | 91.387 | USD | -250,000.00 |
| | JPY | 46,515,000 | 90.937 | USD | -511,507.97 |
| | JPY | 90,767,400 | 90.7674 | USD | -1,000,000.00 |
| # | JPY | 160,129,150 | 90.905 | USD | -1,761,507.97 |
| 1) | USD | 2,000,000.00 | 90.39 | JPY | -187,780,000 |
| 2) | JPY | 179,980,000 | 89.99 | USD | -2,000,000.00 |
| 3) | JPY | 148,005,000 | 89.70 | USD | -1,650,000.00 |

be forwarded to October 1, 2009

on)
rate :

| 1) | USD | 2,000,000.00 | 90.4225 | JPY | -180,845,000 |

**Option 1**

on)
rate :

| 2) | JPY | 180,845,000 | 89.9575 | USD | -2,010,327.04 |

on2)
iate off # a) JPY 160,129,150 90.4225 JPY -160,129,150
nce: b) USD 229,100.61 90.4225 JPY -20,715,850
nent overdone)

**Option 2**

on2)
rate :

| 2) | JPY | 179,177,584 | 89.9575 | USD | -1,991,791.55 |

iate off # a) JPY 158,461,734 89.9575 USD -1,761,507.97
e out the b) JPY 20,715,850 89.9575 USD -230,284.86
t overdone)

on3)
rate :

| 3) | JPY | 148,683,850 | 89.6675 | USD | 1,658,168.79 |

| Date | Sub A/c 1 USD | Sub A/c 2 USD | Remarks |
|---|---|---|---|
| | | 5,653.31 | |
| | | 0.07 | Interest received |
| /09 | 9,391.42 | 9,391.42 | FX profit for USDJPY @ 90.4225 |
| /09 | 635.94 | -635.94 | repayment of USD635.94 on Loan CLI (USD1 mil) |
| /09 | 1,184.25 | -1,184.25 | FX loss incurred on USDJPY overdone amount @ 89.9575 |
| /09 | 4,000.00 | -4,000.00 | Repayment of Loan CLP |
| /09 | 3,000.00 | -3,000.00 | Repayment of Loan CLP |
| /09 | -843.19 | 843.19 | Alpha plus maturity interest of 4.20%p.a. (mature on 30 Sept 09) |
| /09 | -7,603.04 | 7,603.04 | FX profit for AUDUSD @ 0.88135 |
| /09 | 79.48 | -79.48 | Repayment of Loan interest on USD250k (Loan CL2) |
| /09 | -2,157.86 | 2,157.86 | FX profit for AUDUSD @ 0.88775 |
| /09 | -2,899.66 | 2,899.66 | FX profit for USDJPY @ 89.8112 |
| /09 | -2,122.22 | 2,122.22 | FX profit for USDJPY @ 89.5524 |
| /09 | 565.91 | -565.91 | Repayment of Loan interest on USD1.78 MM |
| /09 | 524.93 | -524.93 | Repayment of Lona interest on USD1.65 MM |
| /09 | 41.09 | -41.09 | Repayment of loan interest on USD129k (CLF) |
| 3/09 | | -2,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 8/09 | | -1,000.00 | Repayment of Loan (CLP) |
| 3/09 | 3,000.00 | -3,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 3/09 | | -1,000.00 | Alpha Plus maturity interest of 4.8% |
| 4/09 | -866.67 | 866.67 | AUD loan interest on AUD288K & AUD384K |
| 5/09 | 527.60 | -527.60 | Issue chq fvg Revelline Holdings Ltd |
| 5/09 | | -1,000.00 | GBP loan interest on GBP339k |
| 5/09 | 786.59 | -186.59 | USD loan interest on total USD loan of USD3,585Mil |
| 3/09 | 1,139.75 | -1,139.75 | Alpha Plus maturity intrest of 5.8% |
| 5/09 | | -3,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 3/09 | -1,147.22 | 1,147.22 | Loan maturity interest (total USD1,556.28 - USD358.31 [sub a/c 1) |
| 6/09 | 1,197.97 | -1,197.97 | Issue chq fvg Revelline Holdings Ltd |
| 19/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 19/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 30/09 | | 0.09 | Interest received |
| 01/09 | | -1,000.00 | Issue chq Revelline Holdings Ltd |
| 05/09 | 1,331.90 | -1,331.90 | AUD, GBP & JPY Loan maturity interest |
| 05/09 | 317.92 | -317.92 | USD loan maturity interest |
| 09/09 | -1,127.78 | 1,127.78 | Alpha Plus maturity interest of 5.8% |
| 12/09 | 548.21 | -548.21 | GBP & JPY loan Maturity interest |
| 16/09 | 983.88 | -983.88 | USD loan maturity interest (USD984.30 - USD0.42 [sub a/c 1 accrued interest]) |
| 16/09 | | -1,000.00 | Issue chq fvg Revelline Holdings Ltd |
| 19/09 | | 2,000.00 | Incoming funds |
| 18/09 | 906.82 | -906.82 | GBP & JPY loan Maturity interest |
| 19/09 | 666.38 | -666.38 | USD loan maturity interest |
| | 973.91 | | Balance as at Nov 19/09 |

| Date | Currency | Amount | Description |
|---|---|---|---|
| 20-十一月-07 | AUD | 280,689.00 | Alpha AUD Put / USD Call for USD255,387.00 assigned at strike at 0.9150 |
| 29-十二月-08 | USD | 266,267.94 | Converted AUD283,958.56 at 0.9377 |
| 16-一月-09 | NZD | 459,981.60 | USD250,000 converted to NZD459,981.60 @0.5435 |
| 16-一月-09 | USD | 20,528.25 | Remaining USD |
| 16-一月-09 | USD | 257,008.96 | NZD462,495.88 converted to USD @0.5557 (profit USD5,611.78 put back to call) |
| 24-二月-09 | USD | 272,001.22 | Combine USD20,544.10 & USD251,457.12 |
| 23-三月-09 | USD | 30,000.00 | Remited to Lim Check Kee Willy HSBC Msia |
| 24-三月-09 | USD | 242,202.26 | Remaining USD |
| 24-三月-09 | USD | 242,202.26 | Alpha USD call / AUD put strike @ 0.8290, 2 wk @ 4.2% (combine & deposit G - total USD516,240.69) |
| 25-五月-09 | USD | 242,222.04 | Alpha USD call / AUD put strike @ 0.8650, 2 wk @ 5.9% (combine & deposit G - total USD500,000/-) |
| 15-七月-09 | USD | 242,222.04 | Balance USD16,240.69 place on deposit till 23 Oct 09 |
| 16-七月-09 | USD | 641,181.69 | Converted NZD909,864.75 at 0.7047 |
| 16-七月-09 | JPY | 62,805,484 | Converted to JPY @91.94 |
| 16-七月-09 | USD | 682,758.81 | Converted back to USD @90.80 |
| 13-七月-09 | USD | 500,000.000 | USD500,000.000 converted to EUR @1.3128 |
| 20-七月-09 | EUR | 380,865.33 | Remaining USD |
| 20-七月-09 | EUR | 182,731.13 | USD converted back fr EUR @1.3297 |
| 21-七月-09 | USD | 506,549.18 | USD500,000 converted to EUR @1.3299 |
| 24-七月-09 | EUR | 375,988.12 | Remaining USD |
| 24-七月-09 | USD | 189,280.31 | EUR converted back to USD @1.3282 |
| 24-七月-09 | EUR | 499,360.86 | USD500,000 converted to EUR @1.3083 |
| 24-七月-09 | USD | 382,175.34 | USD converted back to EUR @1.2963 |
| 24-七月-09 | EUR | 141,083.96 | EUR182,746.05 converted to USD @1.3125 (profit USD2,619.69 put back to call) |
| 24-七月-09 | USD | 182,783.56 | EUR141,183.43 converted to USD @1.33705 (profit USD10,957.54 put back to call) |
| 24-七月-09 | USD | 500,389.38 | USD500,505.78 converted to GBP @1.44976 |
| 24-七月-09 | GBP | 345,233.54 | GBP converted back to USD @ 1.45828 (profit USD2,941.39 put back to call) |
| 24-七月-09 | GBP | 503,447.17 | Combine both USD182,831.14 & USD500,505.78 |
| 24-七月-09 | USD | 683,336.92 | Convert to SGD60k (SGD30k @ 1.4312 & SGD30k @ 1.4328) |
| 28-七月-09 | USD | 41,899.45 | Alpha Plus - USD call AUD Put, strike @ 0.8118, 2 weeks @ 4%p.a. |
| 24-七月-09 | USD | 500,000.00 | USD place on weekly deposit |
| 31-七月-09 | USD | 141,868.80 | Proceeds from alpha plus, interest of USD555.56 put in sub a/c 2 |
| 4-八月-09 | USD | 500,000.00 | Alpha Plus - USD call AUD Put, strike @ 0.8400, 2 weeks @ 4.8%p.a. |
| 20-Sep-09 | USD | 500,000.00 | |

**October 19, 2009**

### Deposits :

| Ccy | Principal | Value Date | Maturity Date | P + I | Remarks | USD equivalent | FX rate |
|---|---|---|---|---|---|---|---|
| USD | 218,051.70 | 15-Oct-09 | 22-Oct-09 | 218,060.60 | CL | 218,060.60 | |
| USD | 208,789.91 | 15-Oct-09 | 22-Oct-09 | 208,798.44 | CL1 | 208,798.44 | |
| USD | 364,728.97 | 14-Oct-09 | 21-Oct-09 | 364,743.86 | CL2 | 364,743.86 | |
| USD | 374,771.01 | 15-Oct-09 | 22-Oct-09 | 374,786.31 | CLF | 374,786.31 | |
| USD | 129,188.87 | 15-Oct-09 | 22-Oct-09 | 129,194.15 | CLF | 129,194.15 | |
| USD | 1,006,771.55 | 15-Oct-09 | 22-Oct-09 | 1,006,812.66 | CLI | 1,006,812.66 | |
| USD | 503,195.41 | 15-Oct-09 | 22-Oct-09 | 503,215.96 | CLO | 503,215.96 | |
| USD | 502,233.27 | 15-Oct-09 | 22-Oct-09 | 502,253.78 | CLP | 502,253.78 | |
| USD | 123,383.45 | 15-Oct-09 | 22-Oct-09 | 123,388.49 | E | 123,388.49 | |
| USD | 282,434.87 | 14-Oct-09 | 21-Oct-09 | 282,446.40 | F | 282,446.40 | |
| JPY | 22,254,675.00 | 15-Oct-09 | 22-Oct-09 | 22,254,718.00 | H | 245,096.01 | 90.80 |
| JPY | 22,317,175.00 | 15-Oct-09 | 22-Oct-09 | 22,317,218.00 | H&E | 245,784.34 | 90.80 |
| USD | 16,240.69 | 08-Oct-09 | 23-Oct-09 | 16,242.11 | I&G | 16,242.11 | |
| USD | 141,910.91 | 13-Oct-09 | 20-Oct-09 | 141,916.70 | J | 141,916.70 | |
| USD (Alpha Call A/C) | 500,000.00 | 09-Oct-09 | 23-Oct-09 | 501,147.22 | I&G | 501,147.22 | |
| USD | 501,921.75 | 19-Oct-09 | 19-Oct-09 | 501,921.75 | J | 501,921.75 | |
| **Total :** USD | **3,871,700.61** | | | **3,871,859.46** | | **5,365,808.78** | |
| JPY | **44,571,850.00** | | | **44,571,936.00** | | | |

### Loans :

| Ccy | Principal | Value Date | Maturity Date | P + I | Remarks | USD equivalent | FX rate |
|---|---|---|---|---|---|---|---|
| USD | 377,286.33 | 15-Oct-09 | 22-Oct-09 | 377,406.28 | CL | 377,406.28 | |
| USD | 257,515.21 | 15-Oct-09 | 22-Oct-09 | 257,597.08 | CL1 | 257,597.08 | |
| USD | 92,840.54 | 15-Oct-09 | 22-Oct-09 | 92,870.06 | CL1 | 92,870.06 | |
| AUD | 106,977.91 | 14-Oct-09 | 21-Oct-09 | 107,071.52 | CL2 | 98,719.94 | 0.9220 |
| USD | 250,000.00 | 14-Oct-09 | 21-Oct-09 | 250,079.48 | CL2 | 250,079.48 | |
| USD | 261,665.09 | 15-Oct-09 | 22-Oct-09 | 261,748.28 | CL2 | 261,748.28 | |
| GBP | 27,114.90 | 15-Oct-09 | 22-Oct-09 | 27,124.33 | CLF | 44,224.40 | 1.6310 |
| USD | 129,232.93 | 15-Oct-09 | 22-Oct-09 | 129,274.02 | CLF | 129,274.02 | |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 250,079.48 | CLF | 250,079.48 | |
| USD | 250,000.00 | 15-Oct-09 | 22-Oct-09 | 250,079.48 | CLF | 250,079.48 | |
| USD | 1,023,077.10 | 15-Oct-09 | 22-Oct-09 | 1,023,402.35 | CLI | 1,023,402.35 | |
| USD | 200,779.59 | 15-Oct-09 | 22-Oct-09 | 200,843.42 | CLI | 200,843.42 | |
| USD | 524,289.90 | 15-Oct-09 | 22-Oct-09 | 524,456.58 | CLO | 524,456.58 | |
| USD | 80,068.16 | 15-Oct-09 | 22-Oct-09 | 80,093.62 | CLO | 80,093.62 | |
| USD | 565,507.97 | 15-Oct-09 | 22-Oct-09 | 565,687.75 | CLP | 565,687.75 | |
| USD | 111,726.92 | 15-Oct-09 | 22-Oct-09 | 111,762.44 | OT2 | 111,762.44 | |
| USD | 117,263.59 | 15-Oct-09 | 22-Oct-09 | 117,300.87 | OT3 | 117,300.87 | |
| USD | 107,871.52 | 15-Oct-09 | 22-Oct-09 | 107,905.81 | OTT | 107,905.81 | |
| **Total :** USD | **4,599,124.85** | | | **4,600,587.00** | | **4,743,531.34** | |
| AUD | **106,977.91** | | | **107,071.52** | | | |
| GBP | **27,114.90** | | | **27,124.33** | | | |

NETT BALANCE :   USD   622,277.44

CREDIT LIMIT :   USD   4,700,000.00

LIMIT EXCESS :   USD   (4,700,000 - 4,743,531.34) =   -43,531.34

FX positions as of Oct 16/09

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold | |
|---|---|---|---|---|---|---|---|---|
| 1) | Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | 89.2775 | USD | 994,449.08 | } A |
| 2) | Oct 5/09 | Oct 8/09 | JPY | 59,274,250 | 89.5487 | USD | 661,921.95 | } A |
| 3) | Oct 6/09 | Oct 8/09 | JPY | 160,129,150 | 88.7200 | USD | 1,804,882.21 | B |
| Average FX rate | | | JPY | 308,185,328 | 89.0387 | USD | 3,461,253.24 | C |
| | Trade Date | Value Date | | You bought | FX Rate | | You Sold | |
| 1) | Oct 9/09 | Oct 8/09 | JPY | 22,254,675 | 89.0187 | USD | 250,000.00 | |
| 2) | Oct 9/09 | Oct 8/09 | JPY | 22,317,175 | 89.2687 | USD | 250,000.00 | |
| Average FX rate | | | JPY | 44,571,850 | 89.1437 | USD | 500,000.00 | D |
| | Trade Date | Value Date | | You bought | FX Rate | | You Sold | |
| 1) | Oct 15/09 | Oct 21/09 | JPY | 22,616,850 | 90.4674 | USD | 250,000.00 | |
| Average FX rate | | | JPY | 22,616,850 | 90.4674 | USD | 250,000.00 | E |
| Average FX rate for A + E | | | JPY | 170,673,028 | 89.528 | USD | 1,906,371.03 | |
| rage FX rate for A + D + E | | | JPY | 215,244,878 | 89.448 | USD | 2,406,371.03 | |

| | Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|---|
| 1) | Oct 8/09 | Oct 15/09 | GBP | 155,112.83 | 1.61173 | USD | 250,000.00 |
| 2) | Oct 9/09 | Oct 15/09 | GBP | 157,656.10 | 1.58573 | USD | 250,000.00 |
| | Average FX rate | | GBP | 312,768.92 | 1.5986 | USD | 500,000.00 |

**20-Oct-09**     **at 9.20am**

| Customer5 | Cust Sub A/C | Limit Type | Buy Ccy | Buy Amount | Sell Ccy | Sell Amount | Limit Rate | Input Date | Good Till |
|---|---|---|---|---|---|---|---|---|---|
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | JPY | 0 | USD | 0 | 88.8000 | 15-Oct-09 | GTC Orc |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | NZD | 0 | USD | 0 | 0.7300 | 13-Oct-09 | GTC Orc |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | AUD | 0 | USD | 0 | 0.8950 | 08-Oct-09 | GTC Orc |
| CHAN AH WAH/LIM | 8212-344549-0001 | Call Level | USD | 0 | JPY | 0 | 87.8500 | 07-Oct-09 | GTC Ord |
| CHAN AH WAH/LIM | 8212-344549-0001 | Take Profit | AUD | 286,697.25 | USD | 250,000.00 | 0.8720 | 06-Oct-09 | GTC Ord |
| CHAN AH WAH/LIM | 8212-344549-0001 | Take Profit | AUD | 291,919.66 | USD | 250,000.00 | 0.8564 | 05-Oct-09 | GTC Ord |

are as follow:

tch JPY loan to USD loan

ion 1)
ion 2)
ion 3)

rd to Oct 1/09 to match the loans

rd of USD(1,770,899.39 - 1,761,507.97)=9,391.42

rd to Oct 1/09 to match the loans

780,043.46 loan to be drawndown on Oct 1/09

USD(230,283.58 - 229,100.61)=1,182.97

rd to Oct 1/09 to match the loans

PY160,129,150-158,461,734)=1,667,416 eqv.USD18,609.55@89.60

USD(230,283.58 - 229,100.61)=1,182.97

tch balance JPY148,683,850 loans to USD loans

worked out the 3 FX trades you did on Friday night. The break

Case 1:18-cv-07789-LGS Document 928 Filed 01/12/18 Page 122 of 233

| | # | | Buy | Rate | | Sell |
|---|---|---|---|---|---|---|
| ng positions : JPY | | JPY | 22,846,750 | 91.387 | USD | -250,000.00 |
| | | JPY | 46,515,000 | 90.937 | USD | -511,507.97 |
| | | JPY | 90,767,400 | 90.7674 | USD | -1,000,000.00 |
| | # | JPY | 160,129,150 | 90.905 | USD | -1,761,507.97 |
| night | 1) | USD | 2,000,000.00 | 90.39 | JPY | -187,780,000 |
| | 2) | JPY | 179,980,000 | 89.99 | USD | -2,000,000.00 |
| | 3) | JPY | 148,005,000 | 89.70 | USD | -1,650,000.00 |
| be forwarded to October 1, 2009 | | | | | | |
| on:) | 1) | USD | 2,000,000,000.00 | 90.4225 | JPY | -180,845,000 |
| rate: | | | | | | |
| | | | Option 1 | | | |
| on:) | 2) | JPY | 180,845,000 | 89.9575 | USD | -2,010,327.04 |
| rate: | | | | | | |
| at off # a) | | USD | 1,770,899.39 | 90.4225 | JPY | -160,129,150 |
| nce: b) | | USD | 229,100.61 | 90.4225 | JPY | -20,715,850 |
| nt overdone) | | | | | | |
| are off # a) | | JPY | 160,129,150 | 89.9575 | USD | -1,780,043.46 |
| e b) | | JPY | 20,715,850 | 89.9575 | USD | -230,284.86 |
| it overdone | | | | | | |
| on:) | 2) | JPY | 179,177,584 | 89.9575 | USD | -1,991,791.55 |
| rate: | | | Option 2 | | | |
| are off # a) | | JPY | 158,461,734 | 89.9575 | USD | -1,761,507.97 |
| e b) | | JPY | 20,715,850 | 89.9575 | USD | -230,284.86 |
| it overdone | | | | | | |
| on:) | 3) | JPY | 148,683,850 | 89.6675 | USD | 1,658,168.79 |
| rate: | | | | | | |

re as follow:

tc JPY loan to USD loan

on1)
on2)
on3)

rd to Oct 1/09 to match the loans

ro of USD(1,770,899.39 - 1,761,507.97)=9,391.42

rd to Oct 1/09 to match the loans

780,043.46 loan to be drawndown on Oct 1/09
USD(230,283.58 - 229,100.61)=1,182.97

rd to Oct 1/09 to match the loans
PY160,129,150-158,461,734)=1,667,416 eqv.USD18,609.55@89.60
USD(230,283.58 - 229,100.61)=1,182.97

tch balance JPY148,683,850 loans to USD loans

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 02NOV2007
PAGE:      1

### ALPHA-PLUS MATURED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has matured.

| | | | |
|---|---|---|---|
| Reference No. | : 59721-0 | Principal Amount | : NZD**********350,000.00 |
| Trade Date | : 26OCT2007 | Base Currency | : NZD |
| Value Date | : 30OCT2007 | Interest Rate | : 7.62500% |
| No. of Days | : 8 | Premium | : NZD*************355.83 |
| Maturity Date | : 07NOV2007 | | (Annualized Yield 4.57500%) |
| Expiration Date / | : 02NOV2007 | Strike Price | : 1.1810 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : NZD*************593.06 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH – ACU "RSP" | Principal + Interest + Premium | : NZD**********350,948.89 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH – ACU "RSP" | P+I+Premium in Reference Currency | : AUD**********297,162.48 |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY | Premium Payment Date | : 07NOV2007 |
| | | Option Style | : European |

Call Ccy Amount    : NZD**********350,948.89
### SETTLEMENT

| | |
|---|---|
| Value Date | : 07NOV2007 |
| Matured Principal | : NZD**********350,000.00 |
| Interest at Maturity | : NZD*************593.06 |
| Premium | : NZD*************355.83 |
| Option Status | : Matured |
| Repayment | : NZD**********350,948.89 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

### *** END OF CONFIRMATION ***

 **Read Message**

**Reply** | **Reply to All** | **Forward** | **Delete** | **Save As** | ◀ **Previous** | **Next** ▶

**Date:** Mon, 13 Apr 2009 13:43:46 +0800

**From:** amy.low@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , joanne.p.h.chew@hsbcpb.com

**Subject:** AS DISCUSSED - BREAKDOWN

**Attachments:** 📄   Chan Ah Wah-breakdown.xls.zip    application/zip    3 KB

Dear Mr Chan

As discussed this afternoon, I have enclosed the breakdown on the FX trades
and the loan drawndown for your kind reference.
After reducing the spread on the 2 FX trades done, there is still a
difference of USD55.59 owe to you.

We apologise for the inconvenience caused and will rectify earliest
possible.
Thank you for your understanding.

(See attached file: Chan Ah Wah-breakdown.xls.zip)

Thanks & Regards
Amy


**************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
**************************************************


**************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of
communication (e.g. cellular phones, post office mail), not confidential
and subject to possible delay or failure in electronic/Internet
transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.



# Read Message

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Date:** Wed, 4 Nov 2009 13:51:49 +0800
**From:** moi.jan.chong@hsbcpb.com
**To:** jess2003@singnet.com.sg
**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com
**Subject:** Trade confirmations
**Attachments:** ChanAW-FX041109.pdf   application/octet-stream   102 KB

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmations for your reference.

The attached FX done to repay the JPY, AUD & GBP loan interest due on 5
Nov 09.  Total USD1,331.90 to transfer from sub a/c 2.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   :  (65) 6395 5708
FAX   :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
                21 Collyer Quay
                HSBC Building
                #18-01 Singapore 049320

*****************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*****************************************************


------------------------------------------
*****************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the


**Read Message**

<u>Reply</u> | <u>Reply to All</u> | <u>Forward</u> | <u>Delete</u> | <u>Save As</u> | ◄ <u>Previous</u> | <u>Next</u> ▶

**Date:** Wed, 21 Oct 2009 16:42:17 +0800
**From:** <u>moi.jan.chong@hsbcpb.com</u>
**To:** <u>jess2003@singnet.com.sg</u>
**Cc:** <u>amy.low@hsbcpb.com</u> , <u>moi.jan.chong@hsbcpb.com</u>
**Subject:** Trade confirmations
**Attachments:** ChanAW-FX201009.pdf   application/octet-stream   100 KB

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmations for your reference.


AUD93.61 & GBP9.43 converted from USD of the above to repay loan interest
of AUD106,977.91 & GBP27,114.90.

USD to debit from sub a/c 1.

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320




*************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*************************************************************

*************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of

 **Read Message**

**Reply** | **Reply to All** | **Forward** | **Delete** | **Save As** | ◄ **Previous** | **Next** ►

**Date:** Fri, 23 Oct 2009 11:25:17 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Alpha Plus confirmation

**Attachments:** *no attachments*

Dear Mr Chan & Mrs Chan,

Here are the Alpha Plus details:-

```
Base currency              : USD
Alt currency               : AUD
Amount                     : 500,000.00
Trade date                 : 22 Oct 2009
Value date                 : 26 Oct 2009
Fixing date                : 05 Nov 2009
Maturity date              : 09 Nov 2009
Interest rate              : 5.80% p.a.
Strike price               : 0.8970
Principal + interest (USD) : 501,127.78
Alternate amount (AUD)     : 558,670.88
```

Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID   :  (65) 6395 5708
FAX   :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320


The contents of this email are for your information only.  Should the
particulars of the transaction contained herein differ from the official
Confirmation Advice which will be sent to you shortly, the said
Confirmation Advice will be taken as the correct record of the
transaction.


**********************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.



# Read Message

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Tue, 13 Oct 2009 12:49:48 +0800
**From:** moi.jan.chong@hsbcpb.com
**To:** jess2003@singnet.com.sg
**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com
**Subject:** Trade confirmations
**Attachments:** ChanAW-FX131009.pdf     application/octet-stream     99 KB
ChanAW-FX131009b.pdf    application/octet-stream    98 KB

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmations for your reference.

1)  AUD580.49 to repay loan interest due on 14 Oct 09 for both AUD loans
(AUD288,098.09 & AUD384,663.13) tagged " CL2 " and USD527.60 to be
debited
from sub a/c 2.


2) GBP118.15 to repay loan interest due on 15 Oct 09 for GBP loan
(GBP339,883.83) tagged " CLF " and USD186.59 to be debited from sub
a/c 2.


Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    :  (65) 6395 5708
FAX    :  (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320

*****************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146



# Read Message

Message moved to Trash.

Reply | Reply to All | Forward | Delete | Save As | ◀ Previous | Next ▶

**Date:** Tue, 27 Oct 2009 18:03:18 +0800

**From:** moi.jan.chong@hsbcpb.com

**To:** jess2003@singnet.com.sg

**Cc:** amy.low@hsbcpb.com , moi.jan.chong@hsbcpb.com

**Subject:** Trade confirmations

**Attachments:** ChanAW-FX271009.pdf  application/octet-stream  100 KB

Dear Mr Chan & Mrs Chan,

Please find attached trade confirmations for your reference.


AUD109.21 & GBP9.43 converted from USD of the above to repay loan interest
of AUD106,977.91 & GBP27,114.90.

As spoken, I will debit USD from sub a/c 1 for all loan interest repayment
on 29 Oct 09.  Balance USD to be transferred from sub a/c 2.


Thank you & regards
Moi Jan
HSBC Private Bank (Suisse) SA
Singapore
DID    : (65) 6395 5708
FAX    : (65) 6225 1330
Email : moi.jan.chong@hsbcpb.com
Address: HSBC Private Bank (Suisse) SA
              21 Collyer Quay
              HSBC Building
              #18-01 Singapore 049320

*************************************************************
This e-mail is confidential. It may also be legally privileged. If you are
not the addressee, you may not copy, forward, disclose or use any part of
it. If you have received this message in error, please delete it and all
copies from your system and notify the sender immediately by return
e-mail. Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any errors
or omissions.

HSBC Private Bank (Suisse) SA
a company incorporated in Switzerland with limited liability with its
Singapore office at
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146
*************************************************************

transmission, interception, corruption, hacking or loss.  The Bank is not
responsible for and will not be liable to you or any one else for any loss
or damages whether arising from the foregoing causes or otherwise in
connection with an e-mail sent by you to the Bank or an e-mail sent by the
Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
**********************************************************

----------------------------------------
**********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
**********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

This mail contains HTML, which is displayed below.


Dear Mrs Chan,

We are pleased to inform you of the following trade done for subject account:

You Bought     : JPY33,190,338.00
You Sold       : USD   308,071.01
All in  rate   : 107.736
Trade Date     : 20 Feb 2008
Value date     : 26 Feb 2008

Thanks and best regards,
June

*******************************************************
Disclaimer
Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones,
post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission,
interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one
else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-
mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability

*********************************************************

*********************************************************

**Disclaimer**

Any e-mail communication over the Internet is, as with any other form of communication (e.g. cellular phones, post office mail), not confidential and subject to possible delay or failure in electronic/Internet transmission, interception, corruption, hacking or loss.  The Bank is not responsible for and will not be liable to you or any one else for any loss or damages whether arising from the foregoing causes or otherwise in connection with an e-mail sent by you to the Bank or an e-mail sent by the Bank to you at your request.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080   Fax: (65) 6223 7146

Incorporated in Switzerland with limited liability
*********************************************************

*********************************************************
This e-mail is confidential. It may also be legally privileged.
If you are not the addressee you may not copy, forward, disclose
or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return e-mail.

Internet communications cannot be guaranteed to be timely,
secure, error or virus-free. The sender does not accept liability
for any errors or omissions.
*********************************************************
"SAVE PAPER - THINK BEFORE YOU PRINT!"

Reply | Reply to All | Forward | Delete | Save As | ◄ Previous | Next ►

**Positions as of Oct 16/09**

| Trade Date | Value Date | | You bought | FX Rate | | You Sold |
|---|---|---|---|---|---|---|
| Oct 5/09 | Oct 8/09 | JPY | 88,781,928 | 89.2775 | USD | 994,449.08 |
| Oct 5/09 | | JPY | 59,274,250 | 89.5487 | USD | 661,921.95 |
| Oct 6/09 | | JPY | 160,129,150 | 88.7200 | USD | 1,804,882.21 |
| Oct 9/09 | | JPY | 22,254,675 | 89.0187 | USD | 250,000.00 |
| Oct 9/09 | | JPY | 22,317,175 | 89.2687 | USD | 250,000.00 |
| Oct 15/09 | Oct 21/09 | JPY | 22,616,850 | 90.4674 | USD | 250,000.00 |
| Average USD/JPY rate : | | JPY | 375,374,028 | 89.1359 | USD | 4,211,253.24 |
| Oct 8/09 | Oct 15/09 | GBP | 155,112.83 | 1.61173 | USD | 250,000.00 |
| Oct 9/09 | Oct 15/09 | GBP | 157,656.10 | 1.58573 | USD | 250,000.00 |
| Average GBP/USD rate : | | GBP | 312,768.92 | 1.5986 | USD | 500,000.00 |
| Oct 08/09 | Oct 14/09 | AUD | 288,098.09 | 0.90825 | USD | 261,665.09 |
| Oct 12/09 | Oct 14/09 | AUD | 277,685.22 | 0.90030 | USD | 250,000.00 |
| Average AUD/USD rate : | | AUD | 565,783.31 | 0.9043 | USD | 511,665.09 |

THIS IS NOT AN OFFICIAL STATEMENT OF THE BANK AND IS NOT A SUBSTITUTE FOR YOUR OFFICIAL BANK STATEMENT.  THIS SUMMARY IS PREPARED FOR OUR CLIENTS AS A SERVICE TO PROVIDE ACCOUNT INFORMATION AND IS INTENDED FOR DISCUSSION PURPOSES ONLY.  IT MAY NOT BE COMPLETE, ACCURATE OR CURRENT AND AS SUCH, THE BANK DOES NOT ACCEPT ANY LIABILITY FOR THE INFORMATION REFLECTED THEREIN.  PLEASE REFER TO YOUR OFFICIAL BANK STATEMENTS FOR AN ACCURATE AND COMPLETE RECORD OF YOUR ACCOUNT.

# HSBC Private Bank ◆X◆

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 19NOV2007
PAGE: 1

### ALPHA-PLUS EXERCISED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has been exercised.

| | | | |
|---|---|---|---|
| Reference No. | : 61515-0 | Principal Amount | : NZD**********350,000.00 |
| Trade Date | : 09NOV2007 | Base Currency | : NZD |
| Value Date | : 14NOV2007 | Interest Rate | : 7.56250% |
| No. of Days | : 7 | Premium | : NZD*************247.55 |
| Maturity Date | : 21NOV2007 | | (Annualized Yield 3.63750%) |
| Expiration Date / | : 19NOV2007 | Strike Price | : 1.1800 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : NZD*************514.67 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : NZD**********350,762.22 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********297,256.12 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 21NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |
| Call Ccy Amount | : NZD**********350,762.22 | | |

### SETTLEMENT

| | |
|---|---|
| Value Date | : 21NOV2007 |
| Matured Principal | : NZD**********350,000.00 |
| Interest at Maturity | : NZD*************514.67 |
| Premium | : NZD*************247.55 |
| Option Status | : Exercised @ 1.1800 |
| Repayment | : AUD**********297,256.12 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

### *** END OF CONFIRMATION ***

# HSBC Private Bank ⊠

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 09NOV2007
PAGE:      1

### ALPHA-PLUS MATURED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has matured.

| | | | |
|---|---|---|---|
| Reference No. | : 59605-0 | Principal Amount | : USD*********400,000.00 |
| Trade Date | : 25OCT2007 | Base Currency | : USD |
| Value Date | : 29OCT2007 | Interest Rate | : 4.34375% |
| No. of Days | : 15 | Premium | : USD**********1,109.37 |
| Maturity Date | : 13NOV2007 | | (Annualized Yield 6.65625%) |
| Expiration Date / | : 09NOV2007 | Strike Price | : 0.8800 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : USD**********723.96 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : USD*********401,833.33 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD*********456,628.78 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 13NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |

Call Ccy Amount   : USD*********401,833.33
**SETTLEMENT**

| | |
|---|---|
| Value Date | : 13NOV2007 |
| Matured Principal | : USD*********400,000.00 |
| Interest at Maturity | : USD***********723.96 |
| Premium | : USD**********1,109.37 |
| Option Status | : Matured |
| Repayment | : USD*********401,833.33 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the
foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to
the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

### *** END OF CONFIRMATION ***

# HSBC Private Bank ⟨X⟩

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 09NOV2007
PAGE:        1

ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of a
Alpha Plus which you have agreed to place with us. This Confirmation constitutes a
"Confirmation" as referred to in the Standard Terms and Conditions (the "Standard Terms").
This Confirmation supplements, forms a part of, and is subject to, the Account Documentation of
HSBC Private Bank (Suisse) SA as defined in the Standard Terms. In the event of any inconsistency
between the Account Documentation and this Confirmation, this Confirmation will govern.

| | | | |
|---|---|---|---|
| Reference No. | : 61513-0 | Principal Amount | : USD*********400,000.00 |
| Trade Date | : 09NOV2007 | Base Currency | : USD |
| Value Date | : 14NOV2007 | Interest Rate | :          4.12500% |
| No. of Days | :    14 | Premium | : USD************945.00 |
| Maturity Date | : 28NOV2007 | | (Annualized Yield  6.07500%) |
| Expiration Date / | : 26NOV2007 | Strike Price | :          0.8980 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : USD***********641.67 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : USD*********401,586.67 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD*********447,201.19 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 28NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |

Call Ccy Amount   : USD*********401,586.67
The Alpha Plus is not a traditional deposit. It is linked to a currency option and is subject to the
risk of fluctuation in the Base Currency against the Reference Currency. On the Maturity Date, the Alpha
Plus will be repaid in the weaker of the two currencies.

On the Expiration Date, if AUD (the Reference Currency) depreciates against USD (the Base Currency) and
AUD/USD trades at the Strike Price or at a price worse than the Strike Price, the Bank may at its
discretion exercise the option written above and purchase the Base Currency from you at the Strike Price
and the Alpha Plus shall be repaid to you in AUD.

For the purpose of this Confirmation, the spot exchange rate for AUD/USD means the spot rate for the
conversion of AUD for USD, expressed as the number of AUD required to buy one unit of USD, as prevailing
in the foreign exchange market and conclusively determined by the Bank.

The amounts payable by the Bank to you on the Maturity Date shall be as follows:

(a)  where the Bank has not exercised the option, the Principal Amount of the Alpha Plus shall be repaid

# HSBC Private Bank ⟨X⟩

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 09NOV2007
PAGE:      2

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

Interest and Premium shall be converted at the Strike Price and paid to you in AUD (Reference Currency).

You shall not withdraw all or any part of the Alpha Plus before the Maturity Date.

There shall be no automatic renewal of the Alpha Plus. Unless instructions to the contrary are received by the Bank from you prior to the Maturity Date, proceeds of the Alpha Plus payable by the Bank shall be placed on call deposit with HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH – ACU "RSP".

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

*** END OF CONFIRMATION ***

# HSBC Private Bank ◇◇

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 07NOV2007
PAGE:      1

### ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of a Alpha Plus which you have agreed to place with us. This Confirmation constitutes a "Confirmation" as referred to in the Standard Terms and Conditions (the "Standard Terms"). This Confirmation supplements, forms a part of, and is subject to, the Account Documentation of HSBC Private Bank (Suisse) SA as defined in the Standard Terms. In the event of any inconsistency between the Account Documentation and this Confirmation, this Confirmation will govern.

| | | | |
|---|---|---|---|
| Reference No. | : 61065-0 | Principal Amount | : USD**********256,198.66 |
| Trade Date | : 07NOV2007 | Base Currency | : USD |
| Value Date | : 13NOV2007 | Interest Rate | : 4.12500% |
| No. of Days | : 7 | Premium | : USD***********427.18 |
| Maturity Date | : 20NOV2007 | | (Annualized Yield  8.57500%) |
| Expiration Date / | : 16NOV2007 | Strike Price | : 0.9150 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : USD************205.49 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : USD**********256,831.33 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********280,689.98 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 20NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |

Call Ccy Amount   : USD**********256,831.33

The Alpha Plus is not a traditional deposit. It is linked to a currency option and is subject to the risk of fluctuation in the Base Currency against the Reference Currency. On the Maturity Date, the Alpha Plus will be repaid in the weaker of the two currencies.

On the Expiration Date, if AUD (the Reference Currency) depreciates against USD (the Base Currency) and AUD/USD trades at the Strike Price or at a price worse than the Strike Price, the Bank may at its discretion exercise the option written above and purchase the Base Currency from you at the Strike Price and the Alpha Plus shall be repaid to you in AUD.

For the purpose of this Confirmation, the spot exchange rate for AUD/USD means the spot rate for the conversion of AUD for USD, expressed as the number of AUD required to buy one unit of USD, as prevailing in the foreign exchange market and conclusively determined by the Bank.

The amounts payable by the Bank to you on the Maturity Date shall be as follows:

(a) where the Bank has not exercised the option, the Principal Amount of the Alpha Plus shall be repaid

# HSBC Private Bank ◈

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
Tel: (65) 6224 8080  Fax: (65) 6223 7146
*Incorporated in Switzerland*

DATE: 09NOV2007
PAGE:        1

### ALPHA-PLUS MATURED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has matured.

| | | | |
|---|---|---|---|
| Reference No. | : 60581-0 | Principal Amount | : NZD**********350,000.00 |
| Trade Date | : 02NOV2007 | Base Currency | : NZD |
| Value Date | : 07NOV2007 | Interest Rate | :              7.81250% |
| No. of Days | :     6 | Premium | : NZD**************244.27 |
| Maturity Date | : 13NOV2007 | | (Annualized Yield  4.18750%) |
| Expiration Date / | : 09NOV2007 | Strike Price | :              1.1930 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : NZD**************455.73 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : NZD**********350,700.00 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********293,964.79 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 13NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |
| Call Ccy Amount | : NZD**********350,700.00 | | |

**SETTLEMENT**

| | |
|---|---|
| Value Date | : 13NOV2007 |
| Matured Principal | : NZD**********350,000.00 |
| Interest at Maturity | : NZD**************455.73 |
| Premium | : NZD**************244.27 |
| Option Status | : Matured |
| Repayment | : NZD**********350,700.00 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

*** END OF CONFIRMATION ***

ALPHA-PLUS MATURED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has matured.

| | | | |
|---|---|---|---|
| Reference No. | : 61523-0 | Principal Amount | : USD**********664,094.07 |
| Trade Date | : 09NOV2007 | Base Currency | : USD |
| Value Date | : 14NOV2007 | Interest Rate | :            4.12500% |
| No. of Days | : 7 | Premium | : USD*************371.25 |
| Maturity Date | : 21NOV2007 | | (Annualized Yield  2.87500%) |
| Expiration Date / | : 19NOV2007 | Strike Price | :            0.8900 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : USD*************532.66 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH – ACU "RSP" | + Premium | : USD**********664,997.98 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********747,188.74 |
| | SINGAPORE BRANCH – ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 21NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |

Call Ccy Amount      : USD**********664,997.98
**SETTLEMENT**

| | |
|---|---|
| Value Date | : 21NOV2007 |
| Matured Principal | : USD**********664,094.07 |
| Interest at Maturity | : USD*************532.66 |
| Premium | : USD*************371.25 |
| Option Status | : Matured |
| Repayment | : USD**********664,997.98 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the
foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to
the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

*** END OF CONFIRMATION ***

*Incorporated in Switzerland*

ALPHA-PLUS EXER(          )N

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930


A/C NO. : 8212-344549-0001    MR CHAN AH WA        H CHEOK KEE WILLY


We confirm that the following Alpha-Plus co          exercised.


| | | | | |
|---|---|---|---|---|
| Reference No. | : 61065-0 | :ipal Amount | : U | :***256,198.66 |
| Trade Date | : 07NOV2007 | Currency | : U | |
| Value Date | : 13NOV2007 | :st Rate | : | 4.12500% |
| No. of Days | : 7 | :um | : U | :*******427.18 |
| Maturity Date | : 20NOV2007 | (An:          :ield | | 8.57500%) |
| Expiration Date / | : 16NOV2007 | :e Price | : | 0.9150 |
| Expiration Time | (2:00PM Singapore Time) | :st at Maturity | : U | :*******205.49 |
| Booking Centre | : HSBC PRIVATE BANK (SUIS: | :ipal + Interest | | |
| | SINGAPORE BRANCH – ACU " | :remium | : U | :***256,831.33 |
| | | :nce Currency | : A | |
| Option Buyer | : HSBC PRIVATE BANK (SUIS: | :remium in | : A | :***280,689.98 |
| | SINGAPORE BRANCH – ACU " | :rence Currency | | |
| | | | : 3 | |
| Option Seller | : MR CHAN AH WAH AND/OR M: | :um Payment Date | : 2 | |
| | CHEOK KEE WILLY | :t Style | : E | |


Call Ccy Amount    : USD**********256,831.33
SETTLEMENT

Value Date              : 20NOV2007
Matured Principal       : USD**********256
Interest at Maturity    : USD**********>
Premium                 : USD**********>
Option Status           : Exercised a
Repayment               : AUD**********280


This is a computer-generated Confirmation an          s required. Please          n whether the
foregoing correctly sets forth the terms of


This Confirmation shall be deemed conclusive          , you as correct unl:          :otify us to
the contrary within 10 business days after t:          :d receipt of this C          :ion by you.


*** END          ***

--
-

ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of this communication (this "Confirmation") is to confirm the t     s and conditions of a
Alpha Plus which you have agreed to place with us. This Confirmation consti      s a
"Confirmation" as referred to in the Standard Terms and Conditions (the "St      ard Terms").
This Confirmation supplements, forms a part of, and is subject to, the Acco      Documentation of   .
HSBC Private Bank (Suisse) SA as defined in the Standard Terms. In the eve      of any inconsistency
between the Account Documentation and this Confirmation, this Confirmation      l govern.

| | | | |
|---|---|---|---|
| Reference No. | : 61523-0 | Principal Amount | USD***********664,094.07 |
| Trade Date | : 09NOV2007 | Base Currency | USD |
| Value Date | : 14NOV2007 | Interest Rate | 4.12500% |
| No. of Days | : 7 | Premium | USD***************371.25 |
| Maturity Date | : 21NOV2007 | | (   ualized Yield  2.87500%) |
| Expiration Date / | : 19NOV2007 | Strike Price | 0.8900 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | USD************532.66 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | USD**********664,997.98 |
| | | Reference Currency | AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | USD**********747,188.74 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | 50 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | 21NOV2007 |
| | CHEOK KEE WILLY | Option Style | uropean |

Call Ccy Amount    : USD**********664,997.98
The Alpha Plus is not a traditional deposit. It is linked to a currency opt    and is subject to the
risk of fluctuation in the Base Currency against the Reference Currency. On    e Maturity Date, the Alpha
Plus will be repaid in the weaker of the two currencies.

On the Expiration Date, if AUD (the Reference Currency) depreciates against    D (the Base Currency) and
AUD/USD trades at the Strike Price or at a price worse than the Strike Pric    the Bank may at its
discretion exercise the option written above and purchase the Base Currency    m you at the Strike Price
and the Alpha Plus shall be repaid to you in AUD.

For the purpose of this Confirmation, the spot exchange rate for AUD/USD me    the spot rate for the
conversion of AUD for USD, expressed as the number of AUD required to buy o    nit of USD, as prevailing
in the foreign exchange market and conclusively determined by the Bank.

The amounts payable by the Bank to you on the Maturity Date shall be as fol    s:

(a)  where the Bank has not exercised the option, the Principal Amount of t    Alpha Plus shall be repaid
     to you with Interest and Premium in USD (the Base Currency); or

(b)  where the Bank has exercised the option, the Principal Amount of the A    a Plus together with

DATE: 02NOV2007
PAGE:      1

ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH
MDM LIM CHEOK KE
1 JALAN ULU SEM:
THE SENSORIA
#05-10
SINGAPORE 75893(

A/C NO. : 8212-3          P CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of t          n (this "Confirmation") is to confirm the terms and conditions of a
Alpha Plus which          d to place with us. This Confirmation constitutes a
"Confirmation" a          the Standard Terms and Conditions (the "Standard Terms").
This Confirmatio          forms a part of, and is subject to, the Account Documentation of
HSBC Private Ban          s defined in the Standard Terms. In the event of any inconsistency
between the Acco          ) and this Confirmation, this Confirmation will govern.

| | | |
|---|---|---|
| Reference No. | Principal Amount | : NZD××××××××××350,000.00 |
| Trade Date | Base Currency | : NZD |
| Value Date | Interest Rate | : 7.81250% |
| No. of Days | Premium | : NZD×××××××××××××244.27 |
| Maturity Date | | (Annualized Yield 4.18750%) |
| Expiration Date | Strike Price | : 1.1930 |
| Expiration Time | Interest at Maturity | : NZD×××××××××××××455.73 |
| Booking Centre | E BANK (SUISSE) SA, | Principal + Interest |
| | ANCH - ACU "RSP" | + Premium | : NZD××××××××××350,700.00 |
| | | Reference Currency | : AUD |
| Option Buyer | E BANK (SUISSE) SA, | P+I+Premium in | : AUD××××××××××293,964.79 |
| | ANCH - ACU "RSP" | Reference Currency |
| | | Basis | : 360 Days |
| Option Seller | AH AND/OR MDM LIM | Premium Payment Date | : 13NOV2007 |
| | LLY | Option Style | : European |

Call Ccy Amount          --350,700.00
The Alpha Plus is          al deposit. It is linked to a currency option and is subject to the
risk of fluctuat:          Currency against the Reference Currency. On the Maturity Date, the Alpha
Plus will be repa          of the two currencies.

On the Expiration          the Reference Currency) depreciates against NZD (the Base Currency) and
AUD/NZD trades at          e or at a price worse than the Strike Price, the Bank may at its
discretion exerci          itten above and purchase the Base Currency from you at the Strike Price
and the Alpha Plu          d to you in AUD.

For the purpose c          tion, the spot exchange rate for AUD/NZD means the spot rate for the
conversion of AUD          ssed as the number of AUD required to buy one unit of NZD, as prevailing
in the foreign ex          d conclusively determined by the Bank.

The amounts payab          to you on the Maturity Date shall be as follows:

(a)  where the Ba          ised the option, the Principal Amount of the Alpha Plus shall be repaid
     to you with          emium in NZD (the Base Currency); or

(b)  where the Ba          the option, the Principal Amount of the Alpha Plus together with

ALPHA-PLUS CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of a
Alpha Plus which you have agreed to place with us. This Confirmation constitutes a
"Confirmation" as referred to in the Standard Terms and Conditions (the "Standard Terms").
This Confirmation supplements, forms a part of, and is subject to, the Account Documentation of
HSBC Private Bank (Suisse) SA as defined in the Standard Terms. In the event of any inconsistency
between the Account Documentation and this Confirmation, this Confirmation will govern.

| | | | |
|---|---|---|---|
| Reference No. | : 59721-0 | Principal Amount | : NZD**********350,000.00 |
| Trade Date | : 26OCT2007 | Base Currency | : NZD |
| Value Date | : 30OCT2007 | Interest Rate | : 7.62500% |
| No. of Days | : 8 | Premium | : NZD**************355.83 |
| Maturity Date | : 07NOV2007 | | (Annualized Yield 4.57500%) |
| Expiration Date / | : 02NOV2007 | Strike Price | : 1.1810 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : NZD**************593.06 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH - ACU "RSP" | + Premium | : NZD**********350,948.89 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********297,162.48 |
| | SINGAPORE BRANCH - ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 07NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |

Call Ccy Amount    : NZD**********350,948.89
The Alpha Plus is not a traditional deposit. It is linked to a currency option and is subject to the
risk of fluctuation in the Base Currency against the Reference Currency. On the Maturity Date, the Alpha
Plus will be repaid in the weaker of the two currencies.

On the Expiration Date, if AUD (the Reference Currency) depreciates against NZD (the Base Currency) and
AUD/NZD trades at the Strike Price or at a price worse than the Strike Price, the Bank may at its
discretion exercise the option written above and purchase the Base Currency from you at the Strike Price
and the Alpha Plus shall be repaid to you in AUD.

For the purpose of this Confirmation, the spot exchange rate for AUD/NZD means the spot rate for the
conversion of AUD for NZD, expressed as the number of AUD required to buy one unit of NZD, as prevailing
in the foreign exchange market and conclusively determined by the Bank.

The amounts payable by the Bank to you on the Maturity Date shall be as follows:

(a)  where the Bank has not exercised the option, the Principal Amount of the Alpha Plus shall be repaid
     to you with Interest and Premium in NZD (the Base Currency); or

(b)  where the Bank has exercised the option, the Principal Amount of the Alpha Plus together with

## ALPHA-PLUS EXERCISED CONFIRMATION

MR CHAN AH WAH AND/OR
MDM LIM CHEOK KEE WILLY
1 JALAN ULU SEMBAWANG
THE SENSORIA
#05-10
SINGAPORE 758930

A/C NO. : 8212-344549-0001    MR CHAN AH WAH AND/OR MDM LIM CHEOK KEE WILLY

We confirm that the following Alpha-Plus contract has been exercised.

| | | | |
|---|---|---|---|
| Reference No. | : 61513-0 | Principal Amount | : USD**********400,000.00 |
| Trade Date | : 09NOV2007 | Base Currency | : USD |
| Value Date | : 14NOV2007 | Interest Rate | :              4.12500% |
| No. of Days | :    14 | Premium | : USD*************945.00 |
| Maturity Date | : 28NOV2007 | | (Annualized Yield  6.07500%) |
| Expiration Date / | : 26NOV2007 | Strike Price | :             0.8980 |
| Expiration Time | (2:00PM Singapore Time) | Interest at Maturity | : USD*************641.67 |
| Booking Centre | : HSBC PRIVATE BANK (SUISSE) SA, | Principal + Interest | |
| | SINGAPORE BRANCH — ACU "RSP" | + Premium | : USD**********401,586.67 |
| | | Reference Currency | : AUD |
| Option Buyer | : HSBC PRIVATE BANK (SUISSE) SA, | P+I+Premium in | : AUD**********447,201.19 |
| | SINGAPORE BRANCH — ACU "RSP" | Reference Currency | |
| | | Basis | : 360 Days |
| Option Seller | : MR CHAN AH WAH AND/OR MDM LIM | Premium Payment Date | : 28NOV2007 |
| | CHEOK KEE WILLY | Option Style | : European |
| Call Ccy Amount | : USD**********401,586.67 | | |

SETTLEMENT

| | |
|---|---|
| Value Date | : 28NOV2007 |
| Matured Principal | : USD**********400,000.00 |
| Interest at Maturity | : USD*************641.67 |
| Premium | : USD*************945.00 |
| Option Status | : Exercised @     0.8980 |
| Repayment | : AUD**********447,201.19 |

This is a computer-generated Confirmation and no signature is required. Please ascertain whether the foregoing correctly sets forth the terms of our agreement.

This Confirmation shall be deemed conclusive and accepted by you as correct unless you notify us to the contrary within 10 business days after the date of deemed receipt of this Confirmation by you.

### *** END OF CONFIRMATION ***

# HSBC Private Bank

HSBC Private Bank (Suisse) SA
ollyer Quay #18-01, HSBC Building, Singapore 049320
5 6224 8080  F +65 6223 7146

## Preliminary Advice

MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          07 November 2008
8212-344549-0001                                                          Page 1 of 1

nfirm we have executed the following transaction for you today:

### Foreign Exchange

|  |  |  |
|---|---|---|
| o. | : | 03792-0 |
| Date | : | 07 November 2008 |
| Date | : | 12 November 2008 |
| ner Sell | : | USD220,164.01 |
| ner Buy | : | NZD373,602.60 |
| nge Rate | : | 0.589300 |

*Own*
*NZD*

*Sell*

*Profit : us > $5,379. 88*

nputer generated advice and no authorized signature is required

for your information only. Should the particulars of the transaction contained herein differ
cial Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
correct record of the transaction.



# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          24 October 2008
        8212-344549-0001                                   Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 97118-0 |
| Trade Date | : | 24 October 2008 |
| Value Date | : | 28 October 2008 |
| Customer Sell | : | USD1,500,000.00 |
| Customer Buy | : | AUD2,296,035.51 |
| Exchange Rate | : | 0.653300 |

(B)

0.6697
2,239,808.80

Profit   USD 20,672.42

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :     MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          08 October 2008
         8212-344549-0001                                  Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 89616-0 |
| Trade Date | : | 08 October 2008 |
| Value Date | : | 14 October 2008 |
| Customer Sell | : | USD2,005,217.25 |
| Customer Buy | : | AUD3,084,142.99 |
| Exchange Rate | : | 0.650170          (β) |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Sing        20
T +65 6224 8080  F +65 6223 7146

## Prelim    Advice

**TO :**   MR CHAN AH WAH / MDM LIM CH    E WILLY          08 October 2008
8212-344549-0001                                          Page 2 of 2

We confirm we have executed the following t        n for you today:

## Forei    nange

| | | |
|---|---|---|
| Ref. No. | : | 89268-0 |
| Trade Date | : | 08 October 2008 |
| Value Date | : | 14 October 2008 |
| Customer Sell | : | AUD1,422,282.24 |
| Customer Buy | : | USD1,011,811.59 |
| Exchange Rate | : | 0.711400 |

*Same*
*(A)*

*USD 8,988.83*

This is a computer generated advice and no authorize        is required

**Disclaimer**
The above is for your information only. Should the part        e transaction contained herein differ
from the official Confirmation Advice which will be sent        rtly, the said Confirmation Advice will be
taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          20 November 2008
8212-344549-0001                                          Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 07556-0 |
| Trade Date | : | 20 November 2008 |
| Value Date | : | 25 November 2008 |
| Customer Sell | : | USD575,914.86 |
| Customer Buy | : | JPY54,925,000.00 |
| Exchange Rate | : | 95.370000 |

(Buy)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          15 September 2008
       8212-344549-0001                                   Page 2 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

Ref. No.          :   78356-0
Trade Date        :   12 September 2008
Value Date        :   17 September 2008
Customer Sell     :   USD496,840.44
Customer Buy      :   JPY53,465,000.00
Exchange Rate     :   107.610000

*Profit USD 3,159.56*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

TO :

**Preliminary Advice**

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 78348-0 |
| Trade Date | : | 12 September 2008 |
| Value Date | : | 17 September 2008 |
| Customer Sell | : | JPY53,465,000.00 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 106.930000 |

(s) 107·64

Profit:
USD-3,159.36

HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

# Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          15 September 2008
             8212-344549-0001                                              Page 1 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 78348-0 |
| Trade Date | : | 12 September 2008 |
| Value Date | : | 17 September 2008 |
| Customer Sell | : | JPY53,465,000.00 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 106.930000 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

**Preliminary Advice**

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

19 September 2008
Page 1 of 1

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 80766-0 |
| Trade Date | : | 19 September 2008 |
| Value Date | : | 24 September 2008 |
| Customer Sell | : | USD494,407.16 |
| Customer Buy | : | JPY52,659,307.00 |
| Exchange Rate | : | 106.510000 |

profit :

(B) 105.74.
17/09/08
(S)   106.
USD : 5,592.84.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          06 August 2008
8212-344549-0001                                            Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 63150-0 |
| Trade Date | : | 06 August 2008 |
| Value Date | : | 08 August 2008 |
| Customer Sell | : | USD247,118.49 |
| Customer Buy | : | JPY26,800,000.00 |
| Exchange Rate | : | 108.450000 |

*USD.*
*profit $2,881.51*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          28 January 2009
8212-344549-0001                                             Page 4 of 4

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 25502-0 |
| Trade Date | : | 27 January 2009 |
| Value Date | : | 29 January 2009 |
| Customer Sell | : | EUR380,949.97 |
| Customer Buy | : | USD506,549.18 |
| Exchange Rate | : | 1.329700 |

*(handwritten notes:)*
27/01/09. 6:35 pm.
( slip not in =>) 1·3125 (B)
1·3300 (S)
500,000 k
? Profit : 6,436.63

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

*Tag*

## Preliminary Advice

**TO :**    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          21 Nove
8212-344549-0001                                               Page 1 o

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 08190-0 |
| Trade Date | : | 21 November 2008 |
| Value Date | : | 25 November 2008 |
| Customer Sell | : | JPY54,925,000.00 |
| Customer Buy | : | USD579,177.25 |
| Exchange Rate | : | 94.832800 |

*(sell)*

*Profit USD 3,262.39*
*to CLF deposit*
*(USD)*
*on 21/11/08.*

*USD/ AUD/*
*¥ → USD.*
*loan*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained h
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY       28 October 2008
8212-344549-0001                                         Page 1 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 98152-0 |
| Trade Date | : | 27 October 2008 |
| Value Date | : | 30 October 2008 |
| Customer Sell | : | USD501,251.58 |
| Customer Buy | : | JPY46,434,894.00 |
| Exchange Rate | : | 92.637900 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          23 October 2008
      8212-344549-0001                                  Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 96644-0 |
| Trade Date | : | 23 October 2008 |
| Value Date | : | 27 October 2008 |
| Customer Sell | : | AUD1,511,715.80 |
| Customer Buy | : | USD1,011,942.56 |
| Exchange Rate | : | 0.669400 |

*Profit USD 11,942⁵⁵* (handwritten)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

30 October 2008
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | |
|---|---|
| Ref. No. | : 00224-0 |
| Trade Date | : 29 October 2008 |
| Value Date | : 31 October 2008 |
| Customer Sell | : AUD2,297,057.23 |

*Profit USD 26,174.80*

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

*(Tag)*

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY        24 November 2008
8212-344549-0001                                         Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 08636-0 |
| Trade Date | : | 24 November 2008 |
| Value Date | : | 25 November 2008 |
| Customer Sell | : | AUD924,421.93 |
| Customer Buy | : | USD578,188.94 |
| Exchange Rate | : | 0.625460 |

*(Buy)aud @ 0.6227 (0.6230)*
*(sell)*
*USD = 2,274.08*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.



# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          16 December 2008
       8212-344549-0001                                  Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

*(Buy) - 90.34*
*16/12/08*
*Sell at 88.93*

| | | |
|---|---|---|
| Ref. No. | : | 15342-0 |
| Trade Date | : | 16 December 2008 |
| Value Date | : | 24 December 2008 |
| Customer Sell | : | USD448,032.87 |
| Customer Buy | : | JPY40,457,995.00 |
| Exchange Rate | : | 90.301400 |

*Profit = 11,541.08*

*144 pip*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 



**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          17 June 2009
       8212-344549-0001                                   Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

Ref. No.          :   62024-0
Trade Date        :   16 June 2009
Value Date        :   18 June 2009
Customer Sell     :   GBP607,459.60
Customer Buy      :   USD1,000,000.00
Exchange Rate     :   1.646200 ✓

16465 (S)    16/06/09

Profit : USD 650=

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          05 June 2009
       8212-344549-0001                                  Page 2 of 6

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 58080-0 |
| Trade Date | : | 04 June 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | GBP305,797.31 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.635070 |

*163 55 (s)   04/06/09*

*Profit: USD 3,890.34*
*Profit: USD*
*loss: 989.09 GBP*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY      28 January 2009
8212-344549-0001                                          Page 2 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 25360-0 |
| Trade Date | : | 23 January 2009 |
| Value Date | : | 28 January 2009 |
| Customer Sell | : | EUR390,228.67 |
| Customer Buy | : | USD502,107.23 |
| Exchange Rate | : | 1.286700 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          12 December 2008
8212-344549-0001                                        Page 2 of 10

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14306-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 17 December 2008 |
| Customer Sell | : | AUD317,793.74 |
| Customer Buy | : | USD212,511.85 |
| Exchange Rate | : | 0.668710 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          12 December 2008
       8212-344549-0001                                  Page 10 of 10

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14848-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 19 December 2008 |
| Customer Sell | : | JPY108,911,017.00 |
| Customer Buy | : | USD1,201,245.21 |
| Exchange Rate | : | 90.665100 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singa‍
T +65 6224 8080  F +65 6223 7146

## Prelimi‍ice

TO :   MR CHAN AH WAH / MDM LIM CHE‍LY          12 December 2008
       8212-344549-0001                          Page 9 of 10

We confirm we have executed the following tra‍ou today:

## Foreign

| | | |
|---|---|---|
| Ref. No. | : | 14846-0 |
| Trade Date | : | 12 December 200‍ |
| Value Date | : | 16 December 200‍ |
| Customer Sell | : | JPY54,945,693.00 |
| Customer Buy | : | USD606,063.24 |
| Exchange Rate | : | 90.660000 |

This is a computer generated advice and no authoriz‍quired

**Disclaimer**
The above is for your information only. Should the par‍nsaction contained herein differ
from the official Confirmation Advice which will be se‍e said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080 F +65 6223 7146

## Preliminary Advice

**TO :** MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

r 2008

We confirm we have executed the following transaction for you today:

## Foreign Exchange

Ref. No. : 79536-0

Trade Date : 16 September 2008

Value Date :- 18 Sept.

(S) USD 4 92

(B) JPP 5 5,000.00

Ex. Rate :

USD 4,011.08

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

TO :     MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
         8212-344549-0001

**Preliminary Advice**

18 September 2008
Page 1 of 1

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 80112-0 |
| Trade Date | : | 17 September 2008 |
| Value Date | : | 19 September 2008 |
| Customer Sell | : | JPY52,635,000.00 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 105.270000 |

*(handwritten: 19/09/08 (S). 106.84. only (CB) USD - 5,592.84)*



**HSBC PRIVATE BANK** ⟨XX⟩

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

| TO : | MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY | 08 October 2008 |
|---|---|---|
| | 8212-344549-0001 | Page 1 of 2 |

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| Ref. No. | : | 89120-0 |
|---|---|---|
| Trade Date | : | 08 October 2008 |
| Value Date | : | 14 October 2008 |
| Customer Sell | : | USD1,002,822.76 |
| Customer Buy | : | AUD1,422,282.24 |
| Exchange Rate | : | 0.705080 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          12 December 2008
8212-344549-0001                                             Page 3 of 10

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14312-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 17 December 2008 |
| Customer Sell | : | NZD375,417.69 |
| Customer Buy | : | USD207,012.82 |
| Exchange Rate | : | 0.551420 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          12 December 2008
8212-344549-0001                                          Page 4 of 10

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14748-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 19 December 2008 |
| Customer Sell | : | USD1,213,551.37 |
| Customer Buy | : | JPY108,911,017.00 |
| Exchange Rate | : | 89.745700 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          12 December 2008
8212-344549-0001                                               Page 5 of 10

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14750-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 16 December 2008 |
| Customer Sell | : | USD614,192.86 |
| Customer Buy | : | JPY54,945,693.00 |
| Exchange Rate | : | 89.460000 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

12 December 2008
Page 6 of 10

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 14840-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 17 December 2008 |
| Customer Sell | : | USD209,505.52 |
| Customer Buy | : | AUD317,793.74 |
| Exchange Rate | : | 0.659250 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private B 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore
T +65 6224 8080  F +65 6223 7146

## Prelimina

TO : MR CHAN AH WAH / MDM LIM CHEO 
      8212-344549-0001

12 December 2008
Page 8 of 10

We confirm we have executed the following trans      oday:

## Foreign E

| | | |
|---|---|---|
| Ref. No. | : | 14844-0 |
| Trade Date | : | 12 December 2008 |
| Value Date | : | 16 December 2008 |
| Customer Sell | : | JPY40,440,582.00 |
| Customer Buy | : | USD446,068.63 |
| Exchange Rate | : | 90.660000 |

This is a computer generated advice and no authorized       ed

**Disclaimer**
The above is for your information only. Should the partic     ction contained herein differ
from the official Confirmation Advice which will be sent t     aid Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY        28 January 2009
8212-344549-0001                                        Page 1 of 3

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 25346-0 |
| Trade Date | : | 23 January 2009 |
| Value Date | : | 28 January 2009 |
| Customer Sell | : | USD500,000.00 |
| Customer Buy | : | EUR390,228.67 |
| Exchange Rate | : | 1.281300 |

*(handwritten) Ⓒ*

*(handwritten notes):*
Profit : USD : 2,107.23

EUR USD
128.10  C B) . 500,000
128.70  (S).

6pm  (CB)
9pm  (S)

✓

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY                 26 June 2009
8212-344549-0001                                             Page 1 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64350-0 |
| Trade Date | : | 25 June 2009 |
| Value Date | : | 29 June 2009 |
| Customer Sell | : | GBP305,866.52 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.634700 |

16350

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ◆◇◆

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          18 June 2009
       8212-344549-0001                                 Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 62646-0 |
| Trade Date | : | 18 June 2009 |
| Value Date | : | 19 June 2009 |
| Customer Sell | : | USD497,343.24 |
| Customer Buy | : | GBP304,673.69 |
| Exchange Rate | : | 1.632380 |

*16320*

*16414  (S)*
*16320  (CB)*

*Profit: USD 2,656.76*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          18 June 2009
8212-344549-0001                                        Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 62564-0 |
| Trade Date | : | 17 June 2009 |
| Value Date | : | 19 June 2009 |
| Customer Sell | : | GBP304,673.69 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.641100 |

16414. (S)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

| | |
|---|---|
| TO : | MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY |
| | 8212-344549-0001 |

22 June 2009
Page 2 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 63314-0 |
| Trade Date | : | 18 June 2009 |
| Value Date | : | 10 July 2009 |
| Customer Sell | : | GBP305,997.55 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.634000 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

22 June 2009
Page 1 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 63294-0 |
| Trade Date | : | 19 June 2009 |
| Value Date | : | 23 June 2009 |
| Customer Sell | : | GBP302,755.07 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.651500 |

1651 8 (s)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.



# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          19 June 2009
8212-344549-0001                                                           Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 63044-0 |
| Trade Date | : | 18 June 2009 |
| Value Date | : | 22 June 2009 |
| Customer Sell | : | GBP305,960.10 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.634200 |

*to I ignored this talked to Moi Jan on 25/06/09*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          03 June 2009
        8212-344549-0001                                  Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 57534-0 |
| Trade Date | : | 03 June 2009 |
| Value Date | : | 03 June 2009 |
| Customer Sell | : | AUD599,731.86 |
| Customer Buy | : | USD492,367.86 |
| Exchange Rate | : | 0.820980 |

*(handwritten:)*
```
( my:
  0.8116 ) 0.8119        (B)
( 0.8212) 0.82098        (S) first.

                         Profit: USD 5,445.56
```

This is a computer generated advice and no authorized signature is required

*(handwritten:)* * used deposit E &
                                    F

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY        01 June 2009
       8212-344549-0001                                Page 2 of 3

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 56670-0 |
| Trade Date | : | 01 June 2009 |
| Value Date | : | 03 June 2009 |
| Customer Sell | : | USD486,922.30 |
| Customer Buy | : | AUD599,731.86 |
| Exchange Rate | : | 0.811900 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ◀▨▶

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY        05 June 2009
       8212-344549-0001                                Page 6 of 6

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 58118-0 |
| Trade Date | : | 05 June 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | USD500,000.00 |
| Customer Buy | : | GBP309,687.65 |
| Exchange Rate | : | 1.614530 ✓ |

*1·61443 (B). 05/06/09.*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Sin
T +65 6224 8080  F +65 6223 7146



### Prelir                ce

TO :   MR CHAN AH WAH / MDM LIM            Y          05 June 2009
       8212-344549-0001                                Page 4 of 6

We confirm we have executed the followin            ou today:

### For                e

| | | |
|---|---|---|
| Ref. No. | : | 58106-0 |
| Trade Date | : | 04 June 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | USD500,000 |
| Customer Buy | : | GBP308,024 |
| Exchange Rate | : | 1.623250 |

*16                              04/06/09*

*loss : 986.09 GBP*
*Profit : _____*

This is a computer generated advice and n              e is required

**Disclaimer**
The above is for your information only. Sho                  the transaction contained herein differ
from the official Confirmation Advice which                  ortly, the said Confirmation Advice will be
taken as the correct record of the transac

# HSBC Private Bank ◁▷

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          07 July 2008
8212-344549-0001                                        Page 1 of 1

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 53150-0 |
| Trade Date | : | 07 July 2008 |
| Value Date | : | 09 July 2008 |
| Customer Sell | : | JPY107,070,000.00 |
| Customer Buy | : | USD1,000,000.00 |
| Exchange Rate | : | 107.070000 |



This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

| | |
|---|---|
| **TO :** | MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY |
| | 8212-344549-0001 |
| | 27 June 2008 |
| | Page 1 of 1 |

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 50600-0 |
| Trade Date | : | 26 June 2008 |
| Value Date | : | 30 June 2008 |
| Customer Sell | : | JPY53,600,000.00 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 107.200000 |

C.LB.

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.





HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080 F +65 6223 7146

# Preliminary Advice

| | | |
|---|---|---|
| TO : | MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY | 30 July 2008 |
| | 8212-344549-0001 | Page 1 of 1 |

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 60676-0 |
| Trade Date | : | 29 July 2008 |
| Value Date | : | 31 July 2008 |
| Customer Sell | : | USD991,808.44 |
| Customer Buy | : | JPY107,105,393.00 |
| Exchange Rate | : | 107.990000 |

*Profit = USD 9,483.60*
*09/07/08*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          02 June 2009
8212-344549-0001                                          Page 1 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 56842-0 |
| Trade Date | : | 01 June 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | USD500,000.00 |
| Customer Buy | : | GBP304,943.13 |
| Exchange Rate | : | 1.639650 |

*16392   (B)   02/06/09*

*Profit : USD 3,018.94*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ◇◆◇

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          14 January 2009
       8212-344549-0001                                  Page 3 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 21844-0 |
| Trade Date | : | 13 January 2009 |
| Value Date | : | 15 January 2009 |
| Customer Sell | : | AUD328,898.19 |
| Customer Buy | : | USD220,723.58 |
| Exchange Rate | : | 0.671100 |

*Faxed to me*

*(Buy) 0.6686    13/01/09  9pm*
*0.6714    (sell)    13/01/09  7pm*
*0.0028 (earn)*
*p.p.*
*Profit: USD 723.58*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          14 January 2009
       8212-344549-0001                                  Page 2 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 21842-0 |
| Trade Date | : | 13 January 2009 |
| Value Date | : | 15 January 2009 |
| Customer Sell | : | USD220,000.00 |
| Customer Buy | : | AUD328,898.19 |
| Exchange Rate | : | 0.668900 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

to record on Booklet

# HSBC Private Bank ◈

## HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
2) Cotton Quay #18-01 HSBC Building
Singapore

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be taken as the correct record of the transaction.

This is a computer generated document and no authorized signature is required.

Page 1 of 1
03 Apr. 2009

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64998-0 |
| Trade Date | : | 26 June 2009 |
| Value Date | : | 15 July 2009 |
| Customer Sell | : | GBP303,545.41 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.647200 |

**Preliminary Advice**

This is a computer...

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

30 June 2009
Page 2 of 2

*(handwritten)* 88/εσ9ε. 0289491 :: Ref. No. 65982479.1
*(handwritten)* 44 68/07/09 Ref. No. 65982479.1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 65982479.1 |
| Trade Date | : | 03 July 2009 |
| Value Date | : | 15 July 2009 |
| Customer Sell | : | USD500,000.11 |
| Customer Buy | : | GBP303,545.41 |
| Exchange Rate | : | 1.647200 |

*(handwritten)* 03/07/09.
*(handwritten)* 26/06/09.

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be taken as the correct record of the transaction.

# HSBC Private Bank ⬨

**HSBC Private Bank (Suisse) SA,**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8300  F +65 6223 7146

## Preliminary Advice

13 July 2009
Page 1 of 1

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 68008-0 |
| Trade Date | : | 13 July 2009 |
| Value Date | : | 17 July 2009 |
| Customer Sell | : | USD497,741.65 |
| Customer Buy | : | GBP308,518.19 |
| Exchange Rate | : | 1.613330 |

497741 ⟵
308.519

(S) 2pm.  7/07/09.
(B) 9am  13/07/09.

profit: USD 21,258.35

nofie: [signature]

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ◇✕✕◇

HSBC Private Bank (Suisse) S.A.
21 Collyer Quay #16-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

30 June 2009
Page 1 of 2

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64996-0 |
| Trade Date | : | 30 June 2009 |
| Value Date | : | 15 July 2009 |
| Customer Sell | : | GBP299,487.28 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.669520 |

*167.00 (S). isf 30/06/09*
*166.00 (B).*

*Profit: 2,704.37*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

*Seg at Back*

## Preliminary Advice

07 July 2009
Page 1 of 1

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 66532-0 |
| Trade Date | : | 06 July 2009 |
| Value Date | : | 15 July 2009 |
| Customer Sell | : | GBP308,754.42 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.619410 |

*16194 (S) 6/07/09*
*16050 (B) 08/07/09*

*Profit : USD4,331.83*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

## Preliminary Advice

09 July 2009
Page 1 of 1

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 67024-0 |
| Trade Date | : | 08 July 2009 |
| Value Date | : | 15 July 2009 |
| Customer Sell | : | USD495,668.17 |
| Customer Buy | : | GBP308,754.42 |
| Exchange Rate | : | 1.605380 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

25 June 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64266-0 |
| Trade Date | : | 25 June 2009 |
| Value Date | : | 26 June 2009 |
| Customer Sell | : | USD497,765.51 |
| Customer Buy | : | GBP304,840.87 |
| Exchange Rate | : | 1.632870 |

*1632* (handwritten)

*16402 (S)*
*16325 (B).*   *Profit USD 2,234.49* (handwritten)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          25 June 2009
       8212-344549-0001                                    Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64206-0 |
| Trade Date | : | 24 June 2009 |
| Value Date | : | 26 June 2009 |
| Customer Sell | : | GBP304,840.87 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.640200 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

26 June 2009
Page 2 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 64354-0 |
| Trade Date | : | 25 June 2009 |
| Value Date | : | 29 June 2009 |
| Customer Sell | : | USD498,042.45 |
| Customer Buy | : | GBP305,866.52 |
| Exchange Rate | : | 1.628300 |

*16280*

*16280 (CB)*
*16350 (S).*

*Profit: USD 1,957.55*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 



**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          01 June 2009
           8212-344549-0001                                  Page 1 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 56530-0 |
| Trade Date | : | 29 May 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | USD807,650.00 |
| Customer Buy | : | GBP500,000.00 |
| Exchange Rate | : | 1.615300 |

*16150 (B). 29/05/09.*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY       28 January 2009
8212-344549-0001                                          Page 3 of 3

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 25368-0 |
| Trade Date | : | 27 January 2009 |
| Value Date | : | 29 January 2009 |
| Customer Sell | : | USD500,000.00 |
| Customer Buy | : | EUR375,968.12 |
| Exchange Rate | : | 1.329900 |

*6pm*
*27/01/09.*
*(32.96  500,000  (B)*
*132·85          (S) . 6pm . 28/01/09*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          28 January 2009
8212-344549-0001                                              Page 1 of 4

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 25418-0 |
| Trade Date | : | 27 January 2009 |
| Value Date | : | 29 January 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | EUR188,650.77 |
| Exchange Rate | : | 1.325200 |

*27/01/09.*
*132.49.  (B).  6:05*
*250,000₽*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

## HSBC ◇◇ Private Bank

v.200908

Incorporated in Switzerland with limited liability

Preliminary Advice

02 October 2009
Page 1 of 1

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 918040 |
| Trade Date | : | 01 October 2009 |
| Value Date | : | 07 October 2009 |
| Customer Sell | : | USD253,601.22 |
| Customer Buy | : | AUD288,098.09 |
| Exchange Rate | : | 0.880260 |

*Handwritten notes:*
Profit: USD2,157.86
0.88026 (B) - 0.8880 (S) = 01/10 - 06/10 = 0.2%

This is a computer generated advice and no authorized signature is required.

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA    T +65 6224 8980
21 Collyer Quay #18-01           F +65 6227 7146
HSBC Building
Singapore 049320

---

## HSBC ◇◇ Private Bank

v.200908

Preliminary Advice

07 October 2009
Page 1 of 2

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93160-0 |
| Trade Date | : | 06 October 2009 |
| Value Date | : | 07 October 2009 |
| Customer Sell | : | AUD288,098.09 |
| Customer Buy | : | USD255,759.08 |
| Exchange Rate | : | 0.887750 |

This is a computer generated advice and no authorized signature is required.

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA    T +65 6224 8980
21 Collyer Quay #18-01           F +65 6227 7146
HSBC Building
Singapore 049320

v.200908

# HSBC ⬦ Private Bank

**Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

02 November 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | |
|---|---|
| Ref. No. | : 99738-0 |
| Trade Date | : 02 November 2009 |
| Value Date | : 05 November 2009 |
| Customer Sell | : USD2,000,000.00 |
| Customer Buy | : JPY179,460,000.00 |
| Exchange Rate | : 89.730000 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA          T +65 6224 8080
21 Collyer Quay #18-01                  F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

*Handwritten notes:*

cn

($)

2 mil

89.78   2/11/09.

(worth 3.45 mil)
(490.96 (s))
27/10/05.

---

v.200908

# HSBC ⬦ Private Bank

**Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

29 October 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | |
|---|---|
| Ref. No. | : 99064-0 |
| Trade Date | : 29 October 2009 |
| Value Date | : 05 November 2009 |
| Customer Sell | : USD96,079.00 |
| Customer Buy | : AUD106,977.91 |
| Exchange Rate | : 0.898120 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA          T +65 6224 8080
21 Collyer Quay #18-01                  F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

*Handwritten notes:*

cn

aud $ bal. from last transactn

Bal. audited.

v.200908

# HSBC ⬥⬥ Private Bank

**Preliminary Advice**

22 October 2009
Page 1 of 2

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 97180-0 |
| Trade Date | : | 21 October 2009 |
| Value Date | : | 29 October 2009 |
| Customer Sell | : | JPY67,188,923.00 |
| Customer Buy | : | USD737,573.06 |
| Exchange Rate | : | 91.094600 |

*(handwritten)* 3 Deposit 700k.
(s) 91.06.
= 9/10/00

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice
will be taken as the correct record of the transaction.

Incorporated in Switzerland with limited liability

HSBC Private Bank (Suisse) SA     T +65 6224 8090
21 Collyer Quay #18-01             F +65 6227 7746
HSBC Building
Singapore 049320

v.200908

# HSBC ⬧ Private Bank

### Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
        8212-344549-0001

22 October 2009
Page 2 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 97188-0 |
| Trade Date | : | 22 October 2009 |
| Value Date | : | 29 October 2009 |
| Customer Sell | : | JPY314,672,013.00 |
| Customer Buy | : | USD3,458,226.83 |
| Exchange Rate | : | 90.992300 |

(s)
90.96
3.4% mils.
27/10/09

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice
will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 9080
F +65 6223 7146

Incorporated in Switzerland with limited liability

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

*open*

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY         18 December 2008
       8212-344549-0001                                 Page 3 of 4

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 15934-0 |
| Trade Date | : | 17 December 2008 |
| Value Date | : | 19 December 2008 |
| Customer Sell | : | AUD317,361.16 |
| Customer Buy | : | USD219,677.39 |
| Exchange Rate | : | 0.692200 |

(S)
0.6925  16/12/08

(B)
0.6717

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Pr▓▓▓▓ Bank ◆

**HSBC Private Bank (Suiss▓▓**
21 Collyer Quay #18-01, HSB▓▓
T +65 6224 8080  F +65 6223

▓▓re 049320

*open*

▓▓nary Advi▓e

TO :   MR CHAN AH WAH ▓  ▓OK KEE WILLY        18 December 2008
       8212-344549-0001                            Page 4 of 4

We confirm we have executed ▓ ▓ ▓saction for y▓u today:

**▓ Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 159 |
| Trade Date | : | 17 ▓ |
| Value Date | : | 19 ▓ |
| Customer Sell | : | NZ▓ |
| Customer Buy | : | US▓ |
| Exchange Rate | : | 0.5▓ |

(S) / 0.6925  (S) / 0.5869  16/12

(B) 0.6717  (B) 0.5539

USD $12,162.90

This is a computer generated advi▓▓  ▓ signature is re▓uired

**Disclaimer**
The above is for your information on▓  ▓iculars of the tr▓nsaction contained herein differ
from the official Confirmation Advice  ▓  to you shortly, t▓e said Confirmation Advice will be
taken as the correct record of  the t▓

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY         23 January 2009
8212-344549-0001                                          Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 24676-0 |
| Trade Date | : | 22 January 2009 |
| Value Date | : | 23 January 2009 |
| Customer Sell | : | USD492,874.91 |
| Customer Buy | : | EUR380,807.17 |
| Exchange Rate | : | 1.294290 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          21 January 2009
8212-344549-0001                                          Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 23906-0 |
| Trade Date | : | 21 January 2009 |
| Value Date | : | 23 January 2009 |
| Customer Sell | : | EUR380,807.17 |
| Customer Buy | : | USD491,888.62 |
| Exchange Rate | : | 1.291700 |

*Short transaction*
*1.2917 (S)*
*1.2938 (B)*
*USD*
*loss 900*
*$986.29*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          03 June 2009
8212-344549-0001                                            Page 1 of 1

We confirm we have executed the following transaction for you today:   

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 57158-0 |
| Trade Date | : | 02 June 2009 |
| Value Date | : | 18 June 2009 |
| Customer Sell | : | GBP304,943.13 |
| Customer Buy | : | USD503,018.94 |
| Exchange Rate | : | 1.649550 |

*16500 (5) 03/06/09*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC  ate Bank ◇◆◇

**HSBC Private B** **A**
21 Collyer Quay # ding, Singapore 049320
T +65 6224 8080



## Preliminary Advice

**TO :**   MR CHAN M LIM CHEOK KEE WILLY     01 June 2009
8212-344                                       Page 3 of 3

We confirm we hav ollowing transaction for you today:

### Foreign Exchange

Ref. No.
Trade Date                     2009
Value Date                     2009
Customer Sell                  ,000.00
Customer Buy                   ,010.00
Exchange Rate                  0

*160 85   (s)   29/05/09*

*Profit: usD*
*usD*
*loss: 3, 640 00*

This is a computer gen no authorized signature is required

**Disclaimer**
The above is for your i ould the particulars of the transaction contained herein differ
from the official Confirm h will be sent to you shortly, the said Confirmation Advice will be
taken as the correct re ction.

v.200908

# HSBC ◇◇◇ Private Bank

**Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY         01 October 2009
       8212-344549-0001                                 Page 1 of 1

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 91628-0 |
| Trade Date | : | 30 September 2009 |
| Value Date | : | 07 October 2009 |
| Customer Sell | : | AUD571,585.95 |
| Customer Buy | : | USD503,767.28 |
| Exchange Rate | : | 0.881350 |

*(Handwritten notes:)*

(7)  0·8820  500k (S) — 17/06
for
Average { 0·8695  250k  I  (B) — 15/06
0·8896 { 0·8675  250k  II  (B) — 17/06

pay
Profit: 7,523·56  (over ind. US279.48)

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA      T +65 6224 9090
21 Collyer Quay #18-01             F +65 6223 7145
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

v.200908

# HSBC ⬦ Private Bank

**Preliminary Advice**

29 September 2009
Page 2 of 3

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

Ref. No.        : 90748-0
Trade Date      : 25 September 2009
Value Date      : 01 October 2009
Customer Sell   : JPY180,845,000.00
Customer Buy    : USD2,000,000.00
Exchange Rate   : 90.422500

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA        T +65 6224 8080
21 Collyer Quay #18-01               F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

---

v.200908

# HSBC ⬦ Private Bank

**Preliminary Advice**

29 September 2009
Page 3 of 3

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

Ref. No.        : 90756-0
Trade Date      : 25 September 2009
Value Date      : 01 October 2009
Customer Sell   : USD2,010,338.22
Customer Buy    : JPY180,845,000.00
Exchange Rate   : 89.957500

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA        T +65 6224 8080
21 Collyer Quay #18-01               F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

---

*Handwritten notes:*

( S )  90.00   (B)   1.78 mil
( B )  89.78   (S)   1.78 mil   05/10/09
                                  8:00am
       13 pts

Profit.

Closed sales for 90.7
3 trans at 90.95
                    91.42
            average
            90.90

# HSBC ⟨X⟩ Private Bank

Incorporated in Switzerland with limited liability

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001
Reg
29 September 2009

This is a computer generated advice and no authorized signature is required.
1 of 1

**Disclaimer**

The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice to be sent to you shortly, the said Confirmation Advice will be taken as the correct and binding instruction.

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 90740-0 |
| Trade Date | : | 23 September 2009 |
| Value Date | : | 25 September 2009 |
| Customer Sell | : | 01 October 2009 |
| Customer Buy | : | USD1,658,168.79 |
| Exchange Rate | : | JPY148,883,899.16 |

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

v.200908

*Handwritten notes:*

(B) 91.42 @ 2.9.639 (s) . with

on

(8) 91.42 @ 2.9.639 (s) . with

average
< 90.90

Closed
up → 90.39
omit
25/9/09

---

# HSBC ⟨X⟩ Private Bank

Incorporated in Switzerland with limited liability

TO :  MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001
Reg
24 September 2009

This is a computer generated advice and no authorized signature is required.
1 of 1

**Disclaimer**

The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice to be sent to you shortly, the said Confirmation Advice will be taken as the correct and binding instruction.

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 88800-0 |
| Trade Date | : | 23 September 2009 |
| Value Date | : | 01 October 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | JPY22,846,750.00 |
| Exchange Rate | : | 91.3870 |

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 8080

v.200908

*Handwritten note:* right side

v.200908

# HSBC ✕ Private Bank

**Preliminary Advice**

07 October 2009
Page 2 of 2

TO :    MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
        8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93164-0 |
| Trade Date | : | 06 October 2009 |
| Value Date | : | 08 October 2009 |
| Customer Sell | : | USD1,804,882.21 |
| Customer Buy | : | JPY160,129,150.00 |
| Exchange Rate | : | 88.720000 |

*(handwritten)*
(B)
88.75  $\times$  (USD.CS)
         (1.78)
88.75   1.80 min

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice
will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA      T +65 6234 8060
21 Collyer Quay #18-01             F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

v.200908

# HSBC ⟨X⟩ Private Bank

**Preliminary Advice**

09 October 2009
Page 1 of 1

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93878-0 |
| Trade Date | : | 08 October 2009 |
| Value Date | : | 15 October 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | GBP155,112.83 |
| Exchange Rate | : | 1.611750 |

*[handwritten: CB)*
*DSOK.*
*1·6114  08/10/09.*
*"CUF "]*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA       T +65 6224 8080
21 Collyer Quay #18-01              F +65 6227 7146
HSBC Building
Singapore 049320

*Incorporated in Switzerland with limited liability*

---

v.200908

# HSBC ⟨X⟩ Private Bank

**Preliminary Advice**

09 October 2009
Page 1 of 1

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93868-0 |
| Trade Date | : | 08 October 2009 |
| Value Date | : | 14 October 2009 |
| Customer Sell | : | USD261,665.09 |
| Customer Buy | : | AUD288,098.09 |
| Exchange Rate | : | 0.908250 |

*[handwritten: 0·9080  CB)  08/10/09*
*DSOK*
*"CL2 "]*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA       T +65 6224 8080
21 Collyer Quay #18-01              F +65 6227 7146
HSBC Building
Singapore 049320

*Incorporated in Switzerland with limited liability*

v.200908

# HSBC ⬦ Private Bank

**Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

16 October 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 95526-0 |
| Trade Date | : | 15 October 2009 |
| Value Date | : | 21 October 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | JPY22,616,850.00 |
| Exchange Rate | : | 90.467400 |

*[handwritten:] 250k - WODRPY 90.46 our deposit*

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #19-01
HSBC Building
Singapore 049320

T +65 6224 8080
F +65 6227 7146

Incorporated in Switzerland with limited liability

# HSBC ◇◇ Private Bank

v.200908

**Preliminary Advice**

05 October 2009
Page 3 of 3

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 92850-0 |
| Trade Date | : | 02 October 2009 |
| Value Date | : | 08 October 2009 |
| Customer Sell | : | JPY148,0056,178.00 |
| Customer Buy | : | USD1,653,291.01 |
| Exchange Rate | : | 89.552400 |

This is a computer generated advice and no authorized signature is required.

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 6080
F +65 6223 7146

Incorporated in Switzerland with limited liability

(OW)

_handwritten notes:_ 08/10/09 89.70 (B) 1.65 K mil  #6.52 (S) 89.52

NO

08/10/09 1.78 mils #6 (S) 89.78

---

# HSBC ◇◇ Private Bank

v.200908

**Preliminary Advice**

05 October 2009
Page 2 of 3

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 92848-0 |
| Trade Date | : | 05 October 2009 |
| Value Date | : | 08 October 2009 |
| Customer Sell | : | JPY160,129,150.00 |
| Customer Buy | : | USD1,782,953.02 |
| Exchange Rate | : | 89.811200 |

808090v2

v.200908

# HSBC ⟨X⟩ Private Bank

**Preliminary Advice**

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344649-0001

09 October 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93904-0 |
| Trade Date | : | 09 October 2009 |
| Value Date | : | 15 October 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | JPY22,317,175.00 |
| Exchange Rate | : | 89.268700 |

*Self Deposit*
*89.30  (B)  ¥*

*partial "E"*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 9090
F +65 6223 7146

Incorporated in Switzerland with limited liability

---

v.200908

# HSBC ⟨X⟩ Private Bank

**Preliminary Advice**

TO : MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344649-0001

09 October 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 93902-0 |
| Trade Date | : | 09 October 2009 |
| Value Date | : | 15 October 2009 |
| Customer Sell | : | USD250,000.00 |
| Customer Buy | : | JPY22,254,675.00 |
| Exchange Rate | : | 89.018700 |

*Self Deposit*
*89.05  (B)  ¥*

*"H"*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 9090
F +65 6223 7146

Incorporated in Switzerland with limited liability



# HSBC Private Bank 〈X〉

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080 F +65 6223 7148

**Preliminary Advice**

23 July 2009
Page 1 of 1

TO: MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344548-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 72346-0 |
| Trade Date | : | 22 July 2009 |
| Value Date | : | 14 August 2009 |
| Customer Sell | : | GBP303,866.15 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.644920 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

---

# HSBC Private Bank 〈X〉

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080 F +65 6223 7148

**Preliminary Advice**

29 July 2009
Page 1 of 1

TO: MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344548-0001

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 74294-0 |
| Trade Date | : | 29 July 2009 |
| Value Date | : | 14 August 2009 |
| Customer Sell | : | USD497,595.63 |
| Customer Buy | : | GBP303,866.15 |
| Exchange Rate | : | 1.637010 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

GBP/USD.
1.6450 (S)
(1.6365)/1.6370 (B)
profit: 2,404 = USD





v.200908

# HSBC ⬡ Private Bank

**Preliminary Advice**

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

06 October 2009
Page 1 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 93092-0 |
| Trade Date | : | 05 October 2009 |
| Value Date | : | 08 October 2009 |
| Customer Sell | : | USD661,921.95 |
| Customer Buy | : | JPY59,274,250.00 |
| Exchange Rate | : | 89.548700 |

( USD7PY (S)
¥ (B)
85·85
ウ56 Y

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA    T +65 6224 8080
21 Collyer Quay #19-01         F +65 6223 7146
HSBC Building
Singapore 049320

Incorporated in Switzerland with limited liability

v.200908

# HSBC ⬥ Private Bank

TO :     MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
         8212-344549-0001

**Preliminary Advice**

05 October 2009
Page 1 of 3

We confirm we have executed the following transaction for you today:

**Foreign Exchange**

| | | |
|---|---|---|
| Ref. No. | : | 92842-0 |
| Trade Date | : | 02 October 2009 |
| Value Date | : | 06 October 2009 |
| Customer Sell | : | USD1,000,000.00 |
| Customer Buy | : | JPY89,277,500.00 |
| Exchange Rate | : | 89.277500 |

02/10/09.
(B).
89.31.
1 million.

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be taken as the correct record of the transaction.

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01
HSBC Building
Singapore 049320

T +65 6224 6080
F +65 6223 7146

Incorporated in Switzerland with limited liability

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          19 March 2009
8212-344549-0001                                           Page 1 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 39052-0 |
| Trade Date | : | 18 March 2009 |
| Value Date | : | 20 March 2009 |
| Customer Sell | : | EUR193,141.55 |
| Customer Buy | : | USD253,498.28 |
| Exchange Rate | : | 1.312500 |

*( See Jan 29 page )*

*( buy )*
*1.2950 .     (S)*

*(sell)*
*1.3128 .     (18/03/09 (pm)*

*Profit : _____*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank ◇◇

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

**Preliminary Advice**

05 August 2009
Page 1 of 1

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 77080-0 |
| Trade Date | : | 05 August 2009 |
| Value Date | : | 14 August 2009 |
| Customer Sell | : | USD500,000.00 |
| Customer Buy | : | GBP295,471.60 |
| Exchange Rate | : | 1.692210 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

---

# HSBC Private Bank ◇◇

HSBC Private Bank (Suisse) SA
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

**Preliminary Advice**

06 August 2009
Page 1 of 1

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
       8212-344549-0001

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 77558-0 |
| Trade Date | : | 05 August 2009 |
| Value Date | : | 14 August 2009 |
| Customer Sell | : | GBP295,471.60 |
| Customer Buy | : | USD502,331.27 |
| Exchange Rate | : | 1.700100 |

169 10 (B)
1 7005 (S).

Profit : USD 2,331.27

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

✓

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY
8212-344549-0001

20 March 2009
Page 1 of 1

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 39626-0 |
| Trade Date | : | 19 March 2009 |
| Value Date | : | 24 March 2009 |
| Customer Sell | : | NZD462,495.88 |
| Customer Buy | : | USD256,546.46 |
| Exchange Rate | : | 0.554700 |

*(handwritten)*
(sell first).  (19/03/09)
0·5550
(Buy back).
0·5432  nq  (14/01/09)
(NZD 7)

Profit : _____

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          19 March 2009
            8212-344549-0001                                                        Page 2 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 39058-0 |
| Trade Date | : | 18 March 2009 |
| Value Date | : | 24 March 2009 |
| Customer Sell | : | EUR382,444.13 |
| Customer Buy | : | USD511,346.92 |
| Exchange Rate | : | 1.337050 |

(s).

(see Jan 26 '09 page)
(Buy) 1.3080
(Sell) 1.3375    (18/03/09.

Profit: ———————

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

HSBC PRIVATE BANK

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          13 April 2009
       8212-344549-0001                                  Page 2 of 2

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 45180-0 |
| Trade Date | : | 09 April 2009 |
| Value Date | : | 16 April 2009 |
| Customer Sell | : | GBP339,305.10 |
| Customer Buy | : | USD496,019.94 |
| Exchange Rate | : | 1.461870 |

(Sell First).     spot usd   1.4620    09/04/09.

(Buy Back).       1.44450   22/04/09.

Pnga :

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

**TO :**   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY      07 April 2009
8212-344549-0001                                                                    Page 2 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 44336-0 |
| Trade Date | : | 07 April 2009 |
| Value Date | : | 09 April 2009 |
| Customer Sell | : | EUR376,818.15 |
| Customer Buy | : | USD500,000.00 |
| Exchange Rate | : | 1.326900 |

*(sell first)*
*1.3272    07/04/09.*

*(buy back)*
*1.3157.   09/04/09*

*Profit. 4,178.91.*

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.



**HSBC Private Bank (Suisse) SA**
21 Collier Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

| | | |
|---|---|---|
| **TO :** | MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY | 13 April 2009 |
| | 8212-344549-0001 | Page 1 of 2 |

We confirm we have executed the following transaction for you today:

### Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 45156-0 |
| Trade Date | : | 09 April 2009 |
| Value Date | : | 16 April 2009 |
| Customer Sell | : | USD496,019.94 |
| Customer Buy | : | EUR376,969.27 |
| Exchange Rate | : | 1.315810 |

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.

# HSBC Private Bank 

**HSBC Private Bank (Suisse) SA**
21 Collyer Quay #18-01, HSBC Building, Singapore 049320
T +65 6224 8080  F +65 6223 7146

## Preliminary Advice

TO :   MR CHAN AH WAH / MDM LIM CHEOK KEE WILLY          07 April 2009
       8212-344549-0001                                   Page 1 of 2

We confirm we have executed the following transaction for you today:

## Foreign Exchange

| | | |
|---|---|---|
| Ref. No. | : | 44324-0 |
| Trade Date | : | 07 April 2009 |
| Value Date | : | 08 April 2009 |
| Customer Sell | : | USD495,203.85 |
| Customer Buy | : | EUR372,661.55 |
| Exchange Rate | : | 1.328830 |

*(handwritten:)*
(sell first)
134.20.

(buy back)
1.3285

Profit :- 4,796.15

This is a computer generated advice and no authorized signature is required

**Disclaimer**
The above is for your information only. Should the particulars of the transaction contained herein differ
from the official Confirmation Advice which will be sent to you shortly, the said Confirmation Advice will be
taken as the correct record of the transaction.