# EXHIBIT 1

EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
IN RE FOREIGN EXCHANGE :
BENCHMARK RATES ANTITRUST : No. 1:13-cv-07789-LGS
LITIGATION :
:
:
:
:
:
------------------------------------------------------- x

SUMMARY EXHIBITS

PLAINTIFFS' COUNSEL'S HOURS, LODESTAR, AND EXPENSES

| EXHIBIT | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 2 | Scott+Scott, Attorneys at Law, LLP | 74,615.20 | $ 41,549,862.00 | $ 6,415,207.30 |
| 3 | Hausfeld LLP | 34,949.50 | $ 19,019,143.00 | $ 5,332,804.73 |
| 4 | Korein Tillery LLC | 41,348.68 | $ 30,900,604.00 | $ 5,866,472.97 |
| 5 | Kirby McInerney LLP | 14,760.75 | $ 7,456,023.75 | $ 579,501.05 |
| 6 | Labaton Sucharow LLP | 9,436.90 | $ 4,191,575.00 | $ 296,177.41 |
| 7 | Lowey Dannenberg Cohen & Hart, P.C. | 4,309.70 | $ 2,068,552.50 | $ 418,255.10 |
| 8 | Robbins Geller Rudman & Dowd LLP | 9,360.45 | $ 4,006,431.75 | $ 314,583.38 |
| 9 | MoginRubin LLP | 6,862.00 | $ 3,071,388.75 | $ 229,174.86 |
| 10 | Boni & Zack LLC | 5,909.50 | $ 3,200,912.50 | $ 219,228.71 |
| 11 | Obermayer Rebmann Maxwell & Hippel LLP | 5,393.80 | $ 2,485,574.50 | $ 213,825.58 |
| 12 | Steyer Lowenthal Boodrookas Alvarez & Smith LLP | 12,423.00 | $ 6,087,046.25 | $ 161,251.21 |
| 13 | Cafferty Clobes Meriwether & Sprengel LLP | 11,088.50 | $ 4,982,056.00 | $ 318,192.44 |
| 14 | Nussbaum Law Group, P.C. | 15,242.70 | $ 7,665,757.50 | $ 130,611.47 |
| 15 | Wolf Popper LLP | 613.40 | $ 407,504.50 | $ 107,591.08 |
| 16 | Entwistle & Cappucci LLP | 2,375.65 | $ 1,380,578.25 | $ 143,619.35 |
| 17 | Grant & Eisenhofer, P.A. | 11,328.50 | $ 4,403,525.50 | $ 111,998.78 |
| 18 | Motley Rice LLC | 12,503.65 | $ 5,345,501.25 | $ 106,299.77 |

| EXHIBIT | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 19 | Glancy Prongay & Murray LLP | 11,530.50 | $ 4,621,494.50 | $ 99,400.14 |
| 20 | Berman Tabacco | 4,743.65 | $ 2,374,482.00 | $ 78,624.57 |
| 21 | Cohen Milstein Sellers & Toll PLLC | 1,613.25 | $ 633,332.50 | $ 71,827.51 |
| 22 | Louis F. Burke P.C. | 5,251.70 | $ 2,313,628.00 | $ 73,429.00 |
| 23 | Criden & Love, P.A. | 8,132.90 | $ 3,359,195.00 | $ 63,843.35 |
| 24 | Cera LLP | 231.00 | $ 150,481.25 | $ 60,144.13 |
| 25 | Morris and Morris LLC Counselors at Law | 1,333.75 | $ 1,121,325.00 | $ 243,842.70 |
| 26 | Cowper Law LLP | 36.60 | $ 25,437.00 | $ - |
| 27 | Cuneo Gilbert & LaDuca, LLP | 424.00 | $ 191,945.00 | $ 198.17 |
| 28 | Freed Kanner London & Millen LLC | 5,653.10 | $ 2,435,953.50 | $ 772.04 |
| 29 | Heins Mills & Olson, P.L.C. | 781.75 | $ 332,243.75 | $ 284.35 |
| 30 | Young Law Group, P.C. | 1,453.80 | $ 527,865.00 | $ - |
| 31 | Radice Law Firm, PC | 15,591.70 | $ 6,993,746.00 | $ 17,605.29 |
| 32 | Greenwich Legal Associates, LLC | 254.70 | $ 101,337.50 | $ 853.04 |
| 33 | Keller Rohrback L.L.P. | 1,046.70 | $ 637,257.50 | $ 48,463.95 |
|  | Litigation Fund Accounts Payable |  |  | $ 771,586.30 |
|  | TOTAL | 330,600.98 | $ 174,041,760.50 | $ 22,495,669.73 |

EXPENSES BY CATEGORY

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Experts & Consultants | $ 17,222,662.19 |
| Document Management, Litigation Support, & Data Platform | $ 3,597,209.57 |
| Travel & Meals | $ 1,051,484.30 |
| Online Legal & Factual Research | $ 332,947.63 |
| Copying | $ 111,942.34 |
| Telephone | $ 73,345.70 |
| Postage & Delivery | $ 29,498.21 |
| Court Fees & Service of Process | $ 24,074.00 |
| Court Reporters & Transcripts | $ 21,339.22 |
| Staff Overtime | $ 18,170.58 |
| Miscellaneous | $ 12,219.18 |
| Bank Fees & Wire Fees | $ 776.81 |
| TOTAL | $ 22,495,669.73 |