UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE FOREIGN EXCHANGE                      :
BENCHMARK RATES ANTITRUST          :
LITIGATION                                              :     13 Civ. 7789 (LGS)
:
------------------------------------------------------------X          ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Chan Ah Wah and Lim Cheok Kee (the "Chans") are not parties to this action;

WHEREAS, by letter dated January 23, 2018, the HSBC defendants ("HSBC") explained their determination that the Chans are not members of the settlement class;

WHEREAS, the Chans subsequently filed letters at Docket Nos. 954, 956, 958, 959, 962, 966, 968, 971 and 973 that lack argument, information, or documentation suggesting that they are class members. It is hereby

**ORDERED** that the Pro Se Intake Unite shall not accept any future submissions from the Chans for filing in this case.

Dated: February 21, 2018
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE