UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In re FOREIGN EXCHANGE BENCHMARK
RATES ANTITRUST LITIGATION

-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2018
```

13 Civ. 7789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for March 7, 2018 at 10:50 a.m., is adjourned to March 7, 2018 at 11:15 a.m., due to a scheduling conflict.

Dated: March 6, 2018
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**