```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
In re FOREIGN EXCHANGE BENCHMARK          :    13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                :
                                                              :        ORDER
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2018

LORNA G. SCHOFIELD, District Judge:

With apologies for multiple schedule changes, it is hereby **ORDERED** that the conference currently scheduled for March 7, 2018 at 11:15 a.m. is adjourned to March 14, 2018 at 11:15 a.m. because of expected inclement weather.

Dated: March 6, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**