New York / Paris
Northern California / Madrid
Washington DC / Tokyo
São Paulo / Beijing
London / Hong Kong

**Davis Polk**

Charles Shioleno

Davis Polk & Wardwell LLP    212 450 3067 tel
450 Lexington Avenue         212 701 6067 fax
New York, NY 10017           charles.shioleno@davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/18

March 5, 2018

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation v. Royal Bank of Scotland Group, PLC et al.*, No. 13 Civ. 7789 (LGS)

The Honorable Lorna G. Schofield
United States District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendant Royal Bank of Scotland Group, plc in the above-referenced action. As of March 2, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent these defendants in this action.

Respectfully submitted,

s/ Lewis Charles Shioleno
Lewis Charles Shioleno

cc: All Counsel of Record (via ECF)

Application GRANTED.
The Clerk of Court is respectfully directed to remove Mr. Shioleno's registration as counsel of record.

Dated: March 6, 2018
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE