USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/18

March 9, 2018

**Application granted.** The deadline to submit claim forms is extended to May 16, 2018. Class Counsel shall file a letter by 12:00 p.m. on May 22, 2018, reporting the results of the claims process, including number and percentage of claimants, percentage return on the dollar, and any other information necessary to inform the Court of the actual results of the claims process. If such information is not available by May 22, 2018, the Fairness Hearing will be adjourned. The Court would appreciate advance notice if that is the case.

New York, New York
March 12, 2018

*signature*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Via ECF

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
      Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

We write pursuant to paragraph 10(c)(ii) of the Se[ttlement Agreement to request that the] Court enter an order extending the deadline to submit [claim forms from March 16, 2018 to] May 16, 2018. Given the feedback we have received fr[om class members regarding the] time it is taking to source data from potentially multip[le sources (e.g., investment managers,] custodian banks, brokers) for claims submission, we believe this extension will permit class members to submit more complete data sets without materially delaying distribution.

If the Court grants the extension, we will direct the Claims Administrator to inform class members of the new deadlines on the Settlement Website and also in direct communications with class members. The Settlement Website will also inform class members that the Claims Administrator will commence providing claimants with Claim Assessment Notifications on May 31, 2018 and will roll out Claim Assessment Notifications as they become ready, with larger claims taking longer to process. We anticipate that for "Option 1" claims submitted by May 1, 2018, the Claims Administrator will begin providing claimants with Claim Assessment Notifications on May 31. Claim Assessment Notifications for Option 1 claims submitted by May 16, 2018 will begin to be rolled out on June 18, 2018. Claim Assessment Notifications for "Option 2" claims submitted by May 16, 2018 will be rolled out beginning on July 16, 2018.

The remaining dates in the schedule on Class Plaintiffs' motion for final approval are as follows: Reply briefs in support of final approval and the attorneys' fee application are due April 23, 2018, and the Fairness Hearing is set for May 23, 2018 at 4:00 p.m. In advance of the Fairness Hearing, we will provide the Court with any material updates that occur between the due date of the reply briefs and the hearing.

Respectfully submitted,

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
| /s/ Christopher M. Burke | /s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |

*Interim Co-Lead Counsel and Counsel for Class Plaintiffs*