UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Foreign Exchange Benchmark Rates Antitrust Litigation | No.  13 Civ. 7789 (LGS) |

## NOTICE OF FIRM NAME CHANGE

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately the firm Boni & Zack LLC has changed its name to Boni, Zack & Snyder LLC.  The firm's contact information is unchanged.

                                              Respectfully submitted,

Dated: March 27, 2018               /s/ Joshua D. Snyder
                                        Michael J. Boni (*Pro Hac Vice*)
                                        Joshua D. Snyder (*Pro Hac Vice*)
                                        John E. Sindoni (*Pro Hac Vice*)
                                        **BONI, ZACK & SNYDER LLC**
                                        15 St. Asaphs Road
                                        Bala Cynwyd, Pennsylvania 19004
                                        Telephone: (610) 822-0200
                                        mboni@bonizack.com
                                        jsnyder@bonizack.com
                                        jsindoni@bonizack.com

                                        *Counsel for Plaintiff the City of Philadelphia, Board of Pensions and Retirement*