UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | 1:13-cv-07789-LGS<br><br>**NOTICE OF CHANGE OF NAME** |

PLEASE TAKE NOTICE that effective April 1, 2018, Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. became known as MUFG Bank, Ltd.

Dated: New York, New York
April 9, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo

Kenneth A. Gallo
Michael E. Gertzman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kgallo@paulweiss.com
mgertzman@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)*