UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE FOREIGN EXCHANGE BENCHMARK     No. 1:13-cv-07789 [LGS]
RATES ANTITRUST LITIG.

------------------------------------------------------------------X

## UNOPPOSED MOTION TO WITHDRAW OBJECTION

     Pursuant to FRCP 23e(5), Class Member Gregory Galan hereby moves to withdraw his objection in this matter. Mr. Galan is withdrawing his objection for reasons having to do with his health. Neither Mr. Galan nor his counsel have received, or will receive, anything of value in exchange for this withdrawal.

                           Respectfully submitted,
                           Gregory Galan,

                           By his attorney,

                           */s/ John J Pentz*
                           John J. Pentz, Esq.
                           19 Widow Rites Lane
                           Sudbury, MA  01776
                           Phone: (978) 261-5715
                           jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on April 10, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

                           */s/ John J. Pentz*
                           John J. Pentz