# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## RESPONSE TO OBJECTOR GREGORY GALAN'S MOTION TO WITHDRAW OBJECTION

Although Class Counsel do not oppose Gregory Galan's request to withdraw his objection to their pending motion for attorneys' fees, for context, they respectfully direct the Court to several admissions in Mr. Galan's recent deposition:

- Mr. Galan did not know what this lawsuit was about.[1]

- Mr. Galan could not name a single defendant, had not read any of the complaints, and did not understand what class he was in or what that class alleged.[2]

- Mr. Galan had no idea what Class Counsel did to litigate this case, how many attorneys worked on it, how many hours those attorneys worked, or what risks Class Counsel faced.[3]

- Mr. Galan did not have any objections to the requested attorneys' fees before talking to his lawyers.[4]

---

[1] Galan Depo. at 81:8-10 ("Q. Do you know what this lawsuit is about? A. No.").

[2] *Id.* at 81:11-82:11.

[3] *Id.* at 104:14-105:15.

[4] *Id.* at 104:9-13 ("Q. Did you have any objections to class counsel's requested attorneys' fees before talking to Mr. Pentz or Mr. Cochran? A. No.").

While Mr. Galan's health issues may be one factor influencing his decision to withdraw, another likely factor is the substance of his testimony and how it reflects on his lawyers.

DATED: April 10, 2018

Respectfully submitted,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

  *s*/ Christopher M. Burke
CHRISTOPHER M. BURKE (CB-3648)
WALTER W. NOSS (WN-0529)
KRISTEN M. ANDERSON (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
DAVID R. SCOTT (DS-8053)
JOSEPH P. GUGLIELMO (JG-2447)
DONALD A. BROGGI (DB-9661)
SYLVIA M. SOKOL (SS-0317)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
drscott@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
ssokol@scott-scott.com

-and-

HAUSFELD LLP
MICHAEL D. HAUSFELD
REENA ARMILLAY GAMBHIR
TIMOTHY S. KEARNS
NATHANIEL C. GIDDINGS
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7143
Facsimile: 202-5407201
mhausfeld@hausfeld.com
rgambhir@hausfeld.com
tkearns@hausfeld.com
ngiddings@hausfeld.com

HAUSFELD LLP
MICHAEL P. LEHMANN
CHRISTOPHER L. LEBSOCK
BONNY E. SWEENEY
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1949
Facsimile: 415-693-0770
mlehmann@hausfeld.com
clebsock@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                               *s/* Christopher M. Burke
                                               CHRISTOPHER M. BURKE