UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE FOREIGN EXCHANGE BENCHMARK      No. 1:13-cv-07789 [LGS]
RATES ANTITRUST LITIG.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/18

## UNOPPOSED MOTION TO WITHDRAW OBJECTION

Pursuant to FRCP 23e(5), Class Member Gregory Galan hereby moves to withdraw his objection in this matter. Mr. Galan is withdrawing his objection for reasons having to do with his health. Neither Mr. Galan nor his counsel have received, or will receive, anything of value in exchange for this withdrawal.

Respectfully submitted,
Gregory Galan,

By his attorney,

*/s/ John J Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5715
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on April 10, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ John J. Pentz*
John J. Pentz

Dated: April 12, 2018
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE