USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/18

April 13, 2018

Dated: April 16, 2018
New York, New York

Class counsel shall file a courtesy copy of the fully briefed motions per the Court's Individual Rules.

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

Class Plaintiffs respectfully request leave to file reply memoranda of law and declarations in excess of the limits set out in Rule III.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases in support of: (i) Class Plaintiffs' Motion for Final Approval of Class Action Settlements and Plan of Distribution; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. These papers are due on April 23, 2018.

Specifically, Class Plaintiffs seek to file:

(i)   A 15-page reply memorandum of law in support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. The reply memorandum will address the first objection filed by Mr. Keith Kornell (ECF No. 963);

(ii)  A 20-page reply memorandum of law in support of Class Plaintiffs' Motion for Final Approval of Class Action Settlements and Plan of Distribution. The reply memorandum will address the 32-page objection filed by the plaintiffs in *Allen v. Bank of America Corp.*, No. 1:15-cv-4285-LGS (ECF No. 972), whose separate action the Court dismissed on August 23, 2016; and

(iii) Reply declarations from the claims administrator (GCG), Settling Defendants' notice agent (Rust Consulting), and certain Settling Defendants that handled portions of the notice mailing themselves. The declarations will attest to the implementation of the class action notice program.

Accordingly, Class Plaintiffs respectfully request leave to file the above-listed memoranda and declarations in excess of the limits set out in Rule III.B.3.

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW, LLP        HAUSFELD LLP

/s/ Christopher M. Burke                  /s/ Michael D. Hausfeld
Christopher M. Burke                      Michael D. Hausfeld
600 W. Broadway, Suite 3300               1700 K Street NW, Suite 650
San Diego, CA 92101                       Washington, DC 20006
(619) 233-4565                            (202) 540-7200
cburke@scott-scott.com                    mhausfeld@hausfeld.com

Honorable Lorna G. Schofield
April 13, 2018
Page 2

*Interim Co-Lead Counsel*

cc: All Counsel (via ECF)