UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
IN RE FOREIGN EXCHANGE                               :
BENCHMARK RATES ANTITRUST                            :   No. 1:13-cv-07789-LGS
LITIGATION                                           :
                                                     :
                                                     :
                                                     :
                                                     :
                                                     :
----------------------------------------------------x

# DECLARATION OF CHRISTOPHER M. BURKE IN SUPPORT OF
# REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD COUNSEL'S MOTION
# FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT
# OF LITIGATION EXPENSES

Pursuant to 28 U.S.C. §1746, I, Christopher M. Burke, declare:

1. I am a partner in the law firm of Scott+Scott Attorneys at Law LLP.

2. I have been actively involved in prosecuting this action, am familiar with its proceedings, and have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could competently testify thereto.

3. Attached to this declaration are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1 | *Cobell v. Salazar*, Case No. 1:96CV01285, Agreement on Attorneys' Fees, Expenses, and Costs (D.D.C. Dec. 17, 2010) (ECF No. 3664-1) |
| Exhibit 2 | *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179, Order and Reasons (E.D. La. Feb. 15, 2017)(ECF No. 22252) |
| Exhibit 3 | *In re Processed Egg Products Antitrust Litigation*, No. 08-md-2002, Order (E.D. Pa. Nov. 20, 2017)(ECF No. 1570) |
| Exhibit 4 | Relevant excerpts from the deposition transcript of Keith Kornell, taken on March 30, 2018 |
| Exhibit 5 | Relevant excerpts from the deposition transcript of Gregory John Galan, taken on March 30, 2018 |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2018 in New York, New York.

<pre>
                                s/ Christopher M. Burke
                                CHRISTOPHER M. BURKE
                                SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                600 W. Broadway, Suite 3300
                                San Diego, CA 92101
                                Telephone: 619-233-4565
                                Facsimile:  619-233-0508
</pre>

# CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      s/ Christopher M. Burke
CHRISTOPHER M. BURKE