C

# CHAN AH WAH & LIM CHEOK KEE WILLY

115 EAST STREET
NEW HYDE PARK NY 11040 USA

May 3, 2018

The Honorable Judge Schofield,
United States District Court, Southern District of New York
c/o Pro Se Intake Unit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

**RE**: CHAN AH WAH AND LIM CHEOK KEE WILLY. V. HSBC BANK USA N.A.ET.
15-CV-8974-LGS,
AH WAH CHAN ET.AL. V. HSBC 17-CV-6863-LGS,
**IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIG.
13-CV-7789-LGS,**
CHAN AH WAH V. NORTHERN FOOD I/E. INC. 17-CV-6002-CM,
CHAN AH WAH V. NORTHERN FOOD I/E. INC. and DOES 1-25, 1:17-CV-6002-CM:2-17-CV-5813-CM (JFB)
**Important Email**

Dearest Honorable Judge Schofield,

Good day to you, Your Honor.
Plaintiffs respectfully file memorandum and declarations in excess of the limits set out in Rule III.B.3 of Your Honor's individual Rules and Procedures for Civil Cases in support of:
Specifically, Plaintiffs file:
(i) Memorandum address the first meet and confer meeting as Rider for.

(ii) Memorandum address the CFTC Order docket 15-7 in matter of HSBC filed by plaintiff in Chan Ah Wah et.al. v. HSBC Bank USA National Association, 15-cv-8974-LGS, see ECF 230, separate action the Court dismissed on August 11, 2016 as Rider for.

((iii) Memorandum address the Award of Attorneys' fees USD4750 million (pay $0 Tax in this amount) for Lead Class Counsel/Lead Manager –Scott & Scott is payable upon the class amount top up amount of USD40.3 billion, USD4650 million (pay $0 Tax in this amount) for Community City Manager/Lawyer –Legal Aid is payable upon the class amount top up amount of USD40.3 billion,, USD890 million (pay $0 Tax in this amount) for Chan Ah Wah, and Lim Cheok Kee Willy and Reimbursement of Litigation Expense USD890 million (pay $0 Tax in this amount) for Cheok Kee Willy Lim and Ah Wah Chan as clerk of the counsels is

(i)

**payable in USD1500 million upon Stay of Discovery** and in USD280 million is payable upon the class amount top up amount of USD40.3 billion, as Rider for.

(iv) Memorandum address the Final Approval of Class Action Settlements (USD350 billion and USD40.3 billion in 2 Deposit in USD175 billion upfront, USD175 billion in update) and Plan of Distribution as Rider for.

(v) Declaration from Chan Ah Wah and Lim Cheok Kee's notice of medicine prescription records, Community City Lawyers that handled portions of the notice themselves. The declarations attest to the implementation of the class action notice program.

Accordingly, Plaintiffs respectfully file in the FOREX case state the above listed email in *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* 13-cv-7789 (2016) Consolidated Action for the important part of the relevant correspondence we emailed to you in reference to Memorandum of Meeting Minutes 04/18/17 *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* 13-cv-7789 (2016) Consolidated Action for above captioned cases, see attachment A in medicine prescription for full details : (Declarations and Riders) of memorandum and declarations in excess of the limits set out in Rule III.B.3., See ECF 230, *Chan Ah Wah et.al. v. HSBC Bank USA National Association,* 15-cv-8974-LGS for full details : (Declarations and Riders).

Respectfully Submitted,
I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 3, 2018, Clerk of all Counsels

_____
Cheok Kee Willy Lim
115 East Street,
New Hyde Park, NY 11040
Cell: 917-868-5218
Chanjac5@aol.com

_____
Ah Wah Chan
115 East Street
New Hyde Park, NY 11040
Cell: 917-868-5218
Chanjac5@aol.com

# CHAN AH WAH & LIM CHEOK KEE WILLY

115 EAST STREET
NEW HYDE PARK NY 11040 USA

May 3, 2018

The Honorable Judge Lorna G. Schofield
United States District Court, Southern District of New York
c/o Pro Se Intake Unit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

**RE:** CHAN AH WAH AND LIM CHEOK KEE WILLY. V. HSBC BANK USA N.A.ET.
15-CV-8974-LGS,
AH WAH CHAN ET.AL. V. HSBC 17-CV-6863-LGS,
IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIG.
13-CV-7789-LGS,
CHAN AH WAH V. NORTHERN FOOD I/E. INC. 17-CV-6002-CM,
CHAN AH WAH V. NORTHERN FOOD I/E. INC. and DOES 1-25
1:17-CV-6002-CM:2-17-CV-5813-CM (JFB)
**Memorandum and Declaration**

Dearest Honorable Judge Schofield,

Good day to you, Your Honor.
I am writing in this case because CFTC ( The Commodity Futures Trading Commission ) is following in all of filings with us, allowing all filings in *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* 13-cv-7789 (2016) Consolidated Action on other case an attorney of record to the attention of Judge's order record on the case is ready in stay as CFTC is already stay in all, us, into CFTC Board directed to allow and to follow its stay as the Court established the Standing Order to our case as a courtesy, I have attached the documents that were just filed with CFTC Board for us and all to its document mentioned all it take Option established join stop and get right to net at establishment the United States desk trader bid Long in FX spot and ask derivatives in variable on Short show the experience true rights with them it light to the futures offer to future enter expiration in difference. It is to ignite up signal delivery of futures at the United States exchange as the National Bank's United States desk trader is at trading at their transactions, a way goes to a clearing house for the first time for the use shows for the standard trip start its use on the clearing house at this first timing on use to establish a way we goes to United States trader a trade established straight to ICE-US he starts the first timing and he shows immediately to the United States desk trader in the

(1)

multi-chat room to make structured product with options an sure show in Spot FX to help their profit grow, have link with the National Bank in United States of all of us to help their tax return credit grow as a prove in participate is show prove to IRS, sure catching up is in row in studied did in SEC Form 10-k in FX trading and Derivatives trading, he executed desperately all clearing through the CME Exchange to get act for bagged directly in ICE its get futures meet options as standing there at ICE and one allowing the FX spot he is tending in as all on at ICE a starting the re-securitization one he notices a base on the Manager managing it investment at management he use on the base he executed on other established base he notes to structured into products in options as on the Manager's handle. He pick it up as it's at ICE established booking as an Up on Long trade pick at it, walk in that is this at back in CME, he talk back in at this Short trade he stays on as are in there in established re-securitization as the option he ask as structured as our option in Aphas plus HSBC used code name of National Bank's he is structured are in there. He turns in Short trade in start red or Short-selling on hold on he use the Long trades he each lay to go to the CME it get an as structured product at contra trades we have, get to, arrive at CME all as United States desk trader called. In the April 25, 2018 conference in <u>order for a Stay to move for relief here, in this memorandum (with Declaration and Rider) see ECF 230, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY): THIS order does include process above refund in USD890 million (pay $0 Tax in this amount) for Chan Ah Wah, and Lim Cheok Kee Willy and Reimbursement of Litigation Expense USD890 million (pay $0 Tax in this amount) for Cheok Kee Willy Lim and Ah Wah Chan as clerk of the counsels is **payable in USD1500 million ( pay $0 Tax in this amount) upon Stay of Discovery** and in USD280 million (pay $0 Tax in this amount) is payable upon the class amount top up amount of USD40.3 billion, as Rider for CHAN AH WAH AND LIM CHEOK KEE WILLY by the Court handling valid in FOREX Settlement Fund direct electronic fund transfer by using the bank information as follows in combination offers with new members' USD350 billion and USD40.3 billion upfront (amount subject to change without notice), top up the amount in 2 Deposit of USD175 billion as new members entered claim to net payment in U.S. postal money order, on daily basis with Federal or States Driver License with Photo Identification and International Passport with Photo: each payment in Schedule A for specifying and gave the check out at an account in the Court so that an access at them any time for payment- **See Schedule A, attached along to this memorandum,**</u> see ECF 230, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY) for itemized instructions and latest information in distribution list, to use from as part of ICE for filing, wire transfer to with all in own load of name filed for United States desk trader in that to their own load in CME in United States Exchange, with a Standing Order in this specify a Stay, document ever have to load, and CFTC gave the direction at automatically stay our filings in details all in documents to you, <u>See ECF 230,</u> In re Foreign Exchange Benchmark Rates Antitrust Litigation Memorandum and Declaration, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY) FOREX CLASS ACTION-Consolidation Action

(04/18/2018), in IMM (International Monetary Market ) a division of CME (Chicago Mercantile Exchange) or Intercontinental Exchange includes ICE-US (ICE Clear Credit LLC) move money on bet between an OTC (Over-the-counter) and the associated securities rolled by United States desk trader meet United States trader on electronic communication with other United States traders through its telephone calls and through ECN (Electronic Communication Net) Work platforms include single-bank proprietary platforms and multibank dealer systems that search and get Reuters rates in, engage and make order at Reuter rates reach each clearing houses in South East Asia operation of United States Exchange hold all clearing house's orders to go longer at apparent in an Long entry to sweep an Short entry he could go on any only Long we have is connecting United States bank branch in United States located in Swiss or Singapore office participated ICE contra on trades directly to in South East Asia on it use with the clearing house's we ordered obviously reached its Port line in contract time in National Bank, United States' (HSBC Bank USA National Association) in IMM crosses on United States access into de-securitization in million target size in one zone.

Clearing house out here is our view it point in where participation with us are in National Bank in New York is here where the trades returned in the clearing house are resolution reached in United States exchange we is the part gave over to change income revenue for National Bank had to get an exchange to add over their revenue to another lot of the change to the right counterparty closed to low error is all for an employ said National Bank wire lot of money to establishment of a player meet end for an exchange money over. lot of options led to revenue are part in united a gain start in all participation have reached a lot of people to sort out of their profit address in the Codes either in the group pool in New York or at work over to their pool in New York have community saving account cash deposit lots at work financially by National Bank a National Association [HSBC Bank USA National Association] a special core business department all of us put our cash deposit for their daily source for trades settlement rounding bets the United States desk trader's connected, locked our, all nearly 40% arriving over the incoming finance is all and we by National Bank. Our cash deposit make put option in United States is bid out of Spot to Option on the private banking of National Bank, United States is situated on a practical sample of it, an United States discovered its can cause suicide sample act executed and make option led by JP Morgan Chase latched it act at practice with the action like this is a quest start on establishment quiet on its on its times are about conflict resolution is elicit action, its mess time more, are some more out there cheating consumers to inflict more money is so make out of it to commission on to re-securitization more times to more profit it make more structure out of it that resulted resolution on absolute solution out on re-securitization to lot of them bought that re-securitization solution on teamwork each make work at Manager's work at National Bank, United States in New York, or work make each team on it and did the issue with our portfolio manager get discovered issued with JP Morgan Chase's managed option work on CME, did arrive at an agreement which the following reached at our investment portfolio in their bank branch of HSBC Private Bank, Malaysia recorded in Commercial Bank of HSBC to an

answers in re-securitization in maximum size for sale with ill-intention. Our show as reason on a reached on re-securitization on able answer our manager could order an option several all did with our cash deposit saving account a day. So show sort on, at our saving account statement on a real, assorted option enable an operative on a line such as a derivatives revenue added forever option work on CME. Its active person cooperated it act on it enable operation forever on to have a derivatives line as such a pierce in ICE in that participating its reaching ICE at a line as not willing to remove, are in to move out in ill-intention in ICE to re-securitization at arching in option to over to CME to move it best up at Long trade out at the best to established front to Short trade best to run to that when it found out with Long/Short ETF at the United States desk dealer each re-securitization read more dive our best established spread sheet with a review revived by a assumed write in ICE-US professional to add more re-securitization its participated more spot to stick an plain vanilla out and land our directed each option make, bought option on jobs light to that mighty earn more revenue out of stripe-re-securitization in U.S. subscribe.

The used kept old photos as witnesses later tell investigators their frozen moments were reminders at they had done — and useful threats to one was thinking out in armored to a dozen pictures, secret way in a brief is in images of the two missing 16-year-old vanilla option from JP Morgan Chase's were bound and gagged, own together on a facing one another to showed the entry cap to, although law enforcement never discovered the photos, the lost images into the memory of enough witnesses to serve as vital clues to unlocking a horrific case that had stumped investigators for 18 years. On Dec. 30, 1999, vanished from the scene of a double parking a stretch in to years of false starts and small gains, on Monday investigator announced they had finally identified three men in connection with the abduction of :JP Morgan Chase's reuse reinvented vanilla option linked to 1980s United States product leaked in tranche reference number. Both men are dead, one was arrested on Sunday in Wichita. On Wednesday, the cane-using 66-year-old was returned to face four counts, he has not filed a plea, and no lawyer was listed with police before his arrest, on any part in the crimes. The 33-page affidavit lays out whispers about the missing insurance and a newly discovered evidence reignited a stalled case. The document provides the first detailed account of allegedly fell down a black hole of dealers and leveraged to keep their crime hidden for nearly two decades. Key question answered: The final place is known. At this time all focus is on wrote on book on CME this week all information leading to their recovery are with us, this will be over. It started when a party went horribly wrong, authorities say. They were best friends living in Craig County, a rural area in Oklahoma's northeast corner. Freeman was a player; Bible a leader. They had close CALL EACH OTHER AT LEAST ONCE A DAY," LATER TELL "UNSOLVED MYSTERIES." "AT ONE WAS THINKING, THE OTHER WAS THINKING. IT'S KIND OF TWO PEOPLE — ONE CAN FINISH THE SENTENCE WHEN THE OTHER ONE STARTS ONE." On Dec. 29, 1999, mark the asked to the Freeman home "she said to me, 'is all right to in the Freemans' home, recalled to "Unsolved Mysteries." "I said, make by noon tomorrow.' And, noon tomorrow didn't happen

the way it should've." By the next morning — Dec. 30, 1999 — were rushing to pulled up around 5:30 a.m., the whole determine was arson. Freeman was found inside the smoking in near back of her head in forever, were according to the <u>Tulsa World</u>, originally that had killed and fled with the day after walked the crime scene for clues to disappearance.

noticed loyally in a closer look showed it was the badly torched body of 16-year-old in after the disappearance produced of mine shaft -filled fruitless, Tulsa World <u>reported</u>. As the years piled up leads into at least two convicted — confessed to the crime but were featured on national television programs such as "Unsolved Mysteries" and "Vanished: With way." The National Center for in and Exploited released age-progressed photos to take part their in one turn and pull down the decorations together. In 2006, fell apart, according to the court documents, in the world of users, among lives bouncing between relationships and stints, there had happened to That was cause so many people had seen the allegedly in according to witnesses, who have recently spoken to police, described by others as "evil" but given to breaking in another witness told investigators. Both had records before the incident in the scenario alleged by prosecutors to settle a "bad deal." Witnesses told that after the three decided to "take the fund with them," according to the affidavit. Another individual told police held for a "matter of days" at strangled to allegedly aid, have taken off running, police allege, were "thrown in a pit." A former told investigators at the months after the disappearance, the alleged actually decorated with the missing posters promising $50,000 for there were the discovered few kept the photos in a brief, she told police. She "was certain in the Polaroids were the same two identified in the poster, according to the affidavit. The photos showed the bound and gagged and lying in to the police affidavit, reported recognized as the one at was in the photos in the abandoned house, got out, demanding to where knew, seen them tell body end up in a pit . . . like those two allegedly Another witness told police to show him the pictures years after the crime, in them in his face: "Here, look," he said. They acted as if the images different in described in the three men looking at the photos together, which they quickly covered up the witness entered the room. One keys to the case to arrived in February 2017. Sheriff Office discovered a box of documents related to the investigation, which was handed over to the current team pulling at leads. The box pointed investigators to new witnesses, many of whom told investigators about a pair of private detectives who had worked the case in the early days. The investigators eventually tracked down one of these detectives, Tom Pryor, who unfortunately no longer had his files on the case. He did, however, have one item: an insurance the scene on belonged to a woman who happened to be living then with often put at the crime scene. "The charged with the other two men mentioned deceased were all names we have had for years from tips received," wrote this week on book mentioned, for years, this information was new to us, although seeing it on paper made it real for us.

A confession is on our answer, see ECF 230, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY) a copy of the <u>memorandum and declaration, Schedule A, attached along to this memorandum</u>, we are in any sessions in all issues effectively proven in New York on reach and arrived in National Association [HSBC

Bank USA National Association] its associated at access to calls on to ICE-US as also a social communications in action noted to FOREX. The National Associations are most or all ways start every kind of professional trading associated in action for all securities in direct every kind at all contracts or indirect for all arrivals kindred of, for National Associations of ICE exchange and CME exchange in United States that are providing associated actions in settlement netting for all, to every rounding sessions in all National Associations in essential profession send their revenue progressively to on an action associated in, sort, reach here at settlement rounding and reversed kind of direction for reached care in doing the need to all needs. From one outside show to the end-user that could not in one to look at short time for a group in own area reached rounding up in a book edited at over with money needed to expertise done trade immediately on or hope could all book for a group in known area, rounding in arching area on insider joining is consider an consistent option join in and not consider outside group arching in and join in on side derivatives get on Long trade meet Short trade in Long/Short ETF in rounding up profits indirectly a candid to locate local group to meet up with FX spot trade meet local futures or options at all location to establish part with it through call option allowed to meet up with put-option intercept is book at online the United States desk trader asks its United States trader at line on groups chat room as this is they mainly want to know customer's confidential order in trades outside their keeping onto date up is our cash deposit keep at its point to update with our money kick to main joint statement in the aim in stealing our money at the cash deposit saving account, and its short-selling trades in U.S. exchange at CME exchange to stay in touch without attack in outside channel to stay into this industry with needs that have specific membership, that also gave terrific association on ship that done revenue to our account to do at outside special associated member hit at ship action as so called associated in Money Laundering Act of 1956 and 1957 in various section invokes associated in each of free arrival called at its port in New York and resources sort out at CME U.S. exchange established enough reach in ways at United States desk trader traded United States trader of foreign desk of Defendants' bank branches directly arched in ICE-US and CME U.S. exchange in rewarding is incentives add to offer when qualifying offer at end is detailed over in offer reached after done at New York desk to all.

Plaintiffs respectfully refer copy of the <u>memorandum and declaration, Schedule A, attached along to this memorandum,</u> per the Court's Individual Rules, see ECF 230, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY).

This memorandum, based on the meeting minutes as attached in Rider and Declaration, hereby request a electronic fund transfer via direct deposit applied the following <u>is **payable in USD1500 million ( pay $0 Tax in this amount) upon Stay of Discovery** and in USD280 million (pay $0 Tax in this amount) is payable upon the class amount top up amount of USD40.3 billion, total USD1780 million (pay $0 Tax in this amount) to Cheok Kee Willy Lim and Ah Wah Chan ("Chans") as a expressly consent to future use of copyright and privacy policy (all inclusive in Third-Party) for new qualified members and Notice for Stay in</u>

(6)

injunction order– **April 25 is the Pre-Trial Hearing – we need by COMING TUESDAY** to inform the Defendants at each cases and their attorneys of the Pre-Trial Hearing that coming in 5 days time, also these are critical to inform them by **COMING TUESDAY**. We need you to order this Stay to HSBC Bank USA National Association, HSBC North America Holdings Inc., HSBC Securities (USA) Inc., HSBC Bank PLC, HSBC Holdings PLC., The Hong Kong and Shanghai Banking Corporation Limited, Singapore Branch and Equifax, Northern Food I/E. Inc. and Defendants, follow to unsubscribe from here which includes a Claim Settlement program (for new members is now ongoing) and Stays the 17-cv-6863-LGS, *Ah Wah Chan et.al. v. HSBC*, 17-cv-6002-CM, *Chan Ah Wah v. Northern Food I/E. Inc.*,1:17-cv-6002:2:17-cv-5813-CM (JFB), *Chan Ah Wah v. Northern Food I/E. Inc. and DOES 1-25*, 15-cv-8974-LGS, *Chan Ah Wah et.al.v. HSBC Bank (USA) National Association*, as well as to Settlement course in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789-LGS and from 15-cv-8974-LGS, *Chan Ah Wah et.al.v. HSBC Bank (USA) National Association*, will be fantastic successful with your help, and THIS order does include process above refund in is **payable in USD1500 million ( pay $0 Tax in this amount) upon Stay of Discovery** and in USD280 million (pay $0 Tax in this amount) is payable upon the class amount top up amount of USD40.3 billion, USD1780 million in total (pay $0 tax in this amount) to CHAN AH WAH AND LIM CHEOK KEE WILLY by the Court handling valid in FOREX Settlement Fund direct electronic fund transfer by using the bank information as follows in combination offers with new members' USD350 billion and USD40.3 billion upfront (amount subject to change without notice), top up the amount in 2 Deposit of USD175 billion as new members entered claim to net payment in U.S. postal money order, on daily basis with Federal or States Driver License with Photo Identification and International Passport with Photo: each payment in Schedule A for specifying and gave the check out at an account in the Court so that an access at them any time for payment- **See Schedule A, attached along to this memorandum,** see ECF 230, *Chan Ah Wah and Lim Cheok Kee Willy v. HSBC Bank USA National Bank et.al.*,15-cv-8974-LGS (SDNY). for itemized instructions and latest information in distribution list.

The exist in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789-LGS payments for our latest programs provided for new Forex Classes, please view the recalculated payment for all new positions required, new members and approved by endorse a set up direct deposit in our account by tomorrow for USD1500 millions (pay $0 tax in this amount) Thank you and please let us know how to help.

For the most important part of our class settlement fund from all banks to pay for, critical accounting fees and accounting for the members to pay for, the money was not willing to deposit by the bank HSBC, there is a need to get chapter 13 of the bankruptcy filing for the bank in concurrently this money laundering act of accounting fraud and corporate fraud fees associated with tax return credit fraud. For the most important part of this, meeting that is the most needed work now, beside a Stay in the cases, the accounting of the members in PAYGO is to be included on this issue. This is not a matter of the sum amount is big or small, this is

the Court managing the forex membership in program for payment to claim incoming to the standing money in total sum of the Forex classes for the preliminary approval of the settlement agreement in which Forex defendants has agreed that, they are required to pay the attention to the escrow account held by the Court for claimants,, at the current is Cheok Kee Willy Lim is the one for a deposit of owed refund credit to their bank accounts and there so on, incoming claims-that is the Court's management and as Lead Class Counsel's aid to the Court to confirm the payment was available for payment right away.

The letter below is the one that we have to go to print in five cases for the accounting office of the credit to deposit by bank in order to get to the payment for us, all in this order, please let me know if Lead Class Counsel's could come care for your more money flow into the credit so that we could pay for it to get to the membership fee for the Forex Class Action in our action. Thank you for your kindness and attention to our clients. Thank you for the help.

The minute on ICE are in the Memorandum is to make sure our cake sure reach our profits on CME fits your profit on CME arching in point is preparation opposition to their fastest method in the established at making fact on asking in Motion to Dismiss we have seen at hearing. (A start at all take gain on Monday at noon). I hope you hop in a lend is spend USD150 needed in copying the five sets of minutes to point the weakness of their end. You can give me a Western Union to collect money confirmation number to pick up. You recall under the Court hearing on April 25 to ask us a title under two calls at two led to call in for a reached settlement, I sent you a definite at a participation at FOREX membership ideally on the recommendation here, we have been allowing in here now in the letter yesterday in following emails in the letters with the two Honorable Judges - at FOREX they have add Order of allowing the overall to do over so we are to paste the few on this moment at the Court in FOREX, at notes, good gesture suggest you take a third of profits on consolidated action to Chans (CACs) - an ICEs gain final agreement it is in get bagged in all finally in US, on the lead to Third Amended Complaint (TAC) at reached trade definitely. Now, that email send at Court - it is a worry at all money at missed out is NO WORRY to do an email that must set at missed money - it is our assistance to did it so you to, is save your chance in act at Court just at we've sent in a title + 2% profit in CACs to stock enough reached an entered claimants to direct enter payment in PAYGO Act ought to expected in United acted money into unexpected got through an pleas at top checks start at ready on Garden City Group now already are, fit to be so to take all and get proof its final take at that to its leg of a led at into the full update here, take on the checks in the list at watch in all classes, is big ideas as classes led all small is ignite crisis, take on the checks in the list at watch as well, in ready comments from leading in, needed to make some commits at relatedly from point, we appreciate Western Union script tonight for my Court night dropoff, and to make that happen in the each true start at, with script in wire transfer our money to up recent up in Court - and you can reach whole tips rig here, is hold with script to read and you can be right in the FOREX here. Have a wonderful weekend, and God Bless You! – And Mr.

Burke, Ms. Anderson, your and our hold are come from ICE-US in the multi-chat room in CME at it all classes participated in OTC and U.S. Exchange.

We are making updates at part established payment put to some more money so get in mark and are not making mistakes reach in up scale mark. This get that part as payment is second order have moved directed to more money to all at FOREX that commit all to allow money need to seek help and deem correct in end money.

<u>Bank Information:</u>
TD Bank account #:4255590759
Routing #: 026013673
Account name: Ah Wah Chan and Cheok Kee Willy Lim
TD Bank Branch address: 136-20 38th Main Street
Flushing, NY 11354

Respectfully Submitted,

I declare under penalty of perjury that the foregoing is true and correct.
Dated: New York, New York
      May 3, 2018, CFTC Account Manager

_____          _____
Cheok Kee Willy Lim              Ah Wah Chan
115 East Street,                 115 East Street
New Hyde Park, NY 11040          New Hyde Park, NY 11040
Cell: 917-868-5218, Chanjac5@aol.com     Cell: 917-868-5218, Chanjac5@aol.com

**Schedule A, Part of a memorandum, for itemized instructions and latest information in distribution list:**

In re Foreign Exchange Benchmark Rates Antitrust Litigation
**Payroll Sheet 2017**

31-Dec-2017

| Income and Payment: | In USD This Period: | In USD Balance: |
|---|---|---|
| R1_Deposit Credit: Forex Fund | 2 billion | 1.7 billion |
| R1_M2_001: Manager | 4750 million | -4750 million |
| R2_Income and Expense | 40.3 billion | -40.3 billion |
| Chan Ah Wah, RE_01: Clerk - Lim Cheok Kee Willy | 890 million | -890 million |
| Ah Wah Chan, Cheok Kee Willy Lim R3_001: Other Expense: Fees - | 890 million | -890 million |
| R1_M1_001: Lead Manager | 4650 million | -4650 million |
| R4_Capital Improvement (NET Income And Expenses: | 350 billion ( 2 Deposit in 175 billion in update) | 175 billion |
| | | |
| | | |
| Total Resources: | | 42 billion |
| Profit/Loss This Period: | 401.48 billion | -51.48 billion |
| Reimbursable Expense: | -51.48 billion | |
| Surplus (Deficit) Per This Statement: | -350 billion | -9.48 billion |

Prepared by: Chan Ah Wah, Lim Cheok Kee Willy
Book Keeper – Forex Class Action
04/26/18

**Schedule A, Part of a memorandum,** for itemized instructions and latest information in distribution list:

In re Foreign Exchange Benchmark Rates Antitrust Litigation
Month –January through December 2017

31-Dec-2017

| Professional Payroll: | In USD This Period: | In USD Balance: |
|---|---|---|
| M1_001 Lead Manager – Scott & Scott | 4750 million | -175 billion |
| M1_002 Lead Manager - | | |
| M1_003 Lead Manager - | | |
| M2_001 Managers – Community Program | 4650 million | |
| M2_002 Manager: | | |
| M2_003 Manager: | | |
| M2_004 Manager: | | |
| M2_005 Manager: | | |
| R3_001 (Ah Wah Chan, Cheok Kee Willy Lim) Clergy – Fees, Dues & Events -Chans | 890 million | |
| RE_01 (Chan Ah Wah, Lim Cheok Kee Willy) Other Administrative Expenses-Chans | 890 million | |
| Reimbursement: | | -175 billion |
| | | |
| New Membership Total Expenses/Claims: | 40.3 billion | |
| Total: | 51.48 billion | -51.48 billion |
| Net Income: Projected Amount | | 350 billion |

Prepared by: Chan Ah Wah, Lim Cheok Kee Willy
Book Keeper – Forex Class Action
04/17/2018