```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE FOREIGN EXCHANGE                                      :
BENCHMARK RATES ANTITRUST                                   :
LITIGATION                                                  :    13 Civ. 7789 (LGS)
                                                            :
------------------------------------------------------------X    ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by email to the Chambers inbox dated July 9, 2018, Settling Defendants requested an extension of the deadline to submit the Proposed Final Orders to the Court, from July 11 to July 25, 2018.  It is hereby

**ORDERED** that the above-mentioned extension is **GRANTED**.

Dated: July 10, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**