UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/18
```

-------------------------------------------------------X
                                                       :
IN RE FOREIGN EXCHANGE                                 :
BENCHMARK RATES ANTITRUST                              :
LITIGATION                                             :          13 Civ. 7789 (LGS)
                                                       :
-------------------------------------------------------X          ORDER

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on July 11, 2018, Class Counsel filed an exhibit listing payments made to

experts and consultants for which Class Counsel seeks reimbursement;

   WHEREAS, Class Counsel have not disclosed any payments made or amounts due to

experts Fitzpatrick, Miller and Silver, who submitted declarations in support of Class Counsel's

fee request.   It is hereby

   **ORDERED** that Class Counsel shall file a letter by August 3, 2018, disclosing any such

payments made or amounts due, as well as the experts' hourly billing rates, regardless of whether

or not Class Counsel seeks reimbursement for those payments.

Dated: July 31, 2018
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**