August 1, 2018

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

Pursuant to the Court's July 31, 2018 Order (ECF No. 1092), class counsel write to provide the Court with information about their retention agreements and payments made to Professors Fitzpatrick, Miller, and Silver, who submitted declarations in support of class counsel's fee request. These payments cover the drafting of the expert reports as well as Fitzpatrick's and Miller's further analysis to extend the regression lines from their empirical fee studies to encompass the $2.31 billion settlement in this Action. Class counsel are not seeking reimbursement for these payments.

| Expert | Type of Retention | Rate | Amount Paid |
|---|---|---|---|
| Brian Fitzpatrick | Hourly | $695.00 | |
| Report | | | $43,611.25 |
| Regression Analysis | | | $2,432.50 |
| Geoffrey Miller | Hourly | $750.00 | |
| Report | | | $20,000.00 |
| Regression Analysis | | | $3,900.00 |
| Charles Silver Report | Flat Fee | N/A | $50,000.00 |
| | | | $119,943.75 |

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP     HAUSFELD LLP

s/ Christopher M. Burke                s/ Michael D. Hausfeld
Christopher M. Burke                   Michael D. Hausfeld
600 W. Broadway, Suite 3300            1700 K Street NW, Suite 650
San Diego, CA 92101                    Washington, DC 20006
(619) 233-4565                         (202) 540-7200
cburke@scott-scott.com                 mhausfeld@hausfeld.com

*Interim Co-Lead Counsel*