USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |
|---|---|

**[PROPOSED] FINAL APPROVAL ORDER OF SETTLEMENT AND FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AS TO SOCIÉTÉ GÉNÉRALE**

WHEREAS, a class action is pending in this Court entitled *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No 1:13-cv-07789-LGS;

WHEREAS, Class Plaintiffs[1] have entered into settlements as set forth in the Stipulation and Agreement of Settlement with Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated; Stipulation and Agreement of Settlement with Barclays Bank PLC and Barclays Capital Inc.; Stipulation and Agreement of Settlement with BNP Paribas Group, BNP Paribas North America Inc., BNP Paribas Securities Corp., and BNP Prime Brokerage, Inc.; Stipulation and Agreement of Settlement with Citigroup Inc., Citibank,

---

[1] "Class Plaintiffs" are: Aureus Currency Fund, L.P.; the City of Philadelphia, Board of Pensions and Retirement; Employees' Retirement System of the Government of the Virgin Islands; Employees' Retirement System of Puerto Rico Electric Power Authority; Fresno County Employees' Retirement Association; Haverhill Retirement System; Oklahoma Firefighters Pension and Retirement System; State-Boston Retirement System; Syena Global Emerging Markets Fund, LP; Systrax Corporation; Tiberius OC Fund, Ltd.; United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund; and Value Recovery Fund L.L.C. (collectively, "Direct Class Plaintiffs"); J. Paul Antonello; Marc G. Federighi; Thomas Gramatis; Doug Harvey; Izee Trading Company; John Kerstein; Michael Melissinos; Mark Miller; Robert Miller; Richard Preschern d/b/a Preschern Trading; Peter Rives; Michael J. Smith; Jeffrey Sterk; and Kimberly Sterk (collectively, "Exchange-Only Class Plaintiffs").

N.A., Citicorp, and Citigroup Global Markets Inc.; Stipulation and Agreement of Settlement with The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.; Stipulation and Agreement of Settlement with HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.; Stipulation and Amended Agreement of Settlement with JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; Stipulation and Agreement of Settlement with The Royal Bank of Scotland Group PLC, The Royal Bank of Scotland PLC, and RBS Securities Inc.; Stipulation and Amended Agreement of Settlement with UBS AG, UBS Group AG, and UBS Securities LLC; Stipulation and Agreement of Settlement with The Bank of Tokyo-Mitsubishi UFJ, Ltd.; Stipulation and Agreement of Settlement with Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc; Stipulation and Agreement of Settlement with RBC Capital Markets, LLC; Stipulation and Agreement of Settlement with Société Générale; Stipulation and Agreement of Settlement with Standard Chartered Bank; and Stipulation and Agreement of Settlement with Deutsche Bank AG;

WHEREAS each of the foregoing stipulations are collectively referred to as the "Settlement Agreements," and the foregoing defendants are collectively referred to as the "Settling Defendants";

WHEREAS the Stipulation and Agreement of Settlement with Société Générale (the "Settlement Agreement") provides for, among other things, a complete dismissal with prejudice of the claims asserted against Société Générale ("SG") in the Action[2] on the terms and conditions set forth in the Settlement Agreements, subject to the approval of this Court;

---

[2] The "Action" means *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 1:13 Civ. 7789, which is currently pending in the United States District Court for the Southern District of New York, and includes all actions filed in or transferred to the United States District Court for

WHEREAS, unless otherwise defined in this Final Approval Order of Settlement and Final Judgment and Order of Dismissal with Prejudice (the "Final Order and Judgment"), the capitalized terms herein shall have the same meaning as they have in the Settlement Agreement;

WHEREAS, "Released Defendant Parties" means, collectively, the "Released Parties" that are defined in each Settlement Agreement (within paragraph 2);

WHEREAS, by Orders dated September 8, 2017 (the "Preliminary Approval Order") and September 29, 2017 (the "Notice Order"), this Court: (a) preliminarily approved the Settlement Agreement and Plan of Distribution; (b) preliminarily certified the Settlement Classes; (c) ordered that notice of the Settlement Agreements be provided to potential members of the Settlement Classes; (d) provided members of the Settlement Classes with the opportunity either to exclude themselves from the Settlement Classes or to object to any of the proposed Settlement Agreements; (e) designated Christopher M. Burke and Michael D. Hausfeld as settlement class counsel for the Settlement Classes ("Class Counsel") and Class Plaintiffs as class representatives of the Settlement Classes; and (f) scheduled a hearing regarding final approval of the Settlement on May 23, 2018;

WHEREAS, due and adequate notice has been given to the Settlement Classes;

WHEREAS, the 90-day period provided by the Class Action Fairness Act, 28 U.S.C. §1715(d), having expired;

WHEREAS, the Court conducted a hearing on May 23, 2018 (the "Fairness Hearing") to consider, among other things, (a) whether the terms and conditions of the Settlement Agreements

---

the Southern District of New York and consolidated thereunder and all actions that may be so transferred and consolidated in the future, including: *Taylor v. Bank of America Corp.* (15 Civ. 1350), *Sterk v. Bank of America Corp.* (15 Civ. 2705), *Bakizada v. Bank of America Corp.* (15 Civ. 4230), *Teel v. Bank of America Corp.* (15 Civ. 4436), and *Robert Charles Class A, L.P. v. Bank of America Corp.* (15 Civ. 4926).

are fair, reasonable, and adequate to the Settlement Classes, and should therefore be approved; and (b) whether a judgment should be entered dismissing the Action with prejudice as against SG; and

WHEREAS, the Court having reviewed and considered the Settlement Agreements, all papers filed and proceedings held herein in connection with the Settlement Agreements, all oral and written comments received regarding the Settlement Agreements, and the record in the Action, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. **Jurisdiction** – This Court has jurisdiction over the subject matter of the Action, all matters relating to the Settlement Agreement, as well as personal jurisdiction over all Parties and each of the Settlement Class Members.

2. **CAFA Notice** – The notice provisions of the Class Action Fairness Act, 28 U.S.C. §1715, have been satisfied.

3. **Incorporation of Settlement Documents** – This Final Order and Judgment incorporates and makes a part hereof: (a) the Settlement Agreement; and (b) the Mail Notice, Claim Form, and Publication Notice, which were each approved by the Court on September 29, 2017.

4. **Class Certification for Settlement Purposes** − Pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, and based on the record before the Court, including the submissions in support of the settlement and objections and responses thereto, the Court hereby affirms its determinations in the Preliminary Approval Order and certifies, for the purposes of settlement only, the following Settlement Classes:

> **The Direct Settlement Class**: All Persons who, between January 1, 2003 and December 15, 2015, entered into an FX Instrument directly with a Defendant, a direct or indirect parent, subsidiary, or division of a Defendant, a Released Defendant Party, or co-conspirator where such Persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted FX Instruments in the United States or its territories. Specifically excluded from the Direct

Settlement Class are Defendants; Released Defendant Parties; co-conspirators; the officers, directors, or employees of any Defendant, Released Defendant Party, or co-conspirator; any entity in which any Defendant, Released Defendant Party, or co-conspirator has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant, Released Defendant Party, or co-conspirator and any person acting on their behalf; provided, however, that Investment Vehicles shall not be excluded from the definition of the Direct Settlement Class. Also excluded from the Direct Settlement Class are any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this Action.

**The Exchange-Only Settlement Class**: All Persons who, between January 1, 2003 and December 15, 2015, entered into FX Exchange-Traded Instruments where such Persons were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, entered into FX Exchange-Traded Instruments on a U.S. exchange. Specifically excluded from the Exchange-Only Settlement Class are Defendants; Released Defendant Parties; co-conspirators; the officers, directors, or employees of any Defendant, Released Defendant Party, or co-conspirator; any entity in which any Defendant, Released Defendant Party, or co-conspirator has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant, Released Defendant Party, or co-conspirator and any person acting on their behalf; provided, however, that Investment Vehicles shall not be excluded from the definition of the Exchange-Only Settlement Class. Also excluded from the Exchange-Only Settlement Class are: (i) any judicial officer presiding over this action and any member of his/her immediate family and judicial staff, and any juror assigned to this Action; and (ii) any Person who, between January 1, 2003 and December 15, 2015, entered into an FX Instrument directly with a Defendant, a direct or indirect parent, subsidiary, or division of a Defendant, a Released Defendant Party, or co-conspirator, where such Person was either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted FX Instruments in the United States or its territories.

5. The Court finds that the requirements of Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure are satisfied solely for settlement purposes, as follows:

a. Pursuant to Rule 23(a)(l), the Court determines that the Settlement Class Members are so numerous that their joinder before the Court would be impracticable.

b. Pursuant to Rule 23(a)(2), the Court determines that there are one or more questions of fact or law common to the Settlement Classes.

c. Pursuant to Rule 23(a)(3), the Court determines that Class Plaintiffs' claims are typical of the claims of the Settlement Classes.

d. Pursuant to Rule 23(a)(4), the Court determines that Class Plaintiffs will fairly and adequately protect the interests of the Settlement Classes. Direct Class Plaintiffs are certified as class representatives on behalf of the Direct Settlement Class; and Exchange-Only Class Plaintiffs are certified as class representatives on behalf of the Exchange-Only Settlement Class.

e. Pursuant to Rule 23(b)(3), the Court determines that common questions of law and fact predominate over questions affecting only individual members.

f. Also pursuant to Rule 23(b)(3), the Court determines that a class action is superior to other available methods for the fair and efficient adjudication of this Action.

6. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Class Counsel are certified as settlement class counsel for the Settlement Classes.

7. **Notice** – The Court finds that the dissemination of the Mail Notice and Publication Notice: (a) were implemented in accordance with the Notice Order; (b) constitutes the best notice practicable under the circumstances; (c) constitutes notice that was reasonably calculated, under the circumstances, to apprise the Settlement Classes of (i) the pendency of the Action; (ii) the effect of the Settlement Agreements (including the Releases to be provided thereunder); (iii) Class Counsel's motion for an award of attorneys' fees and reimbursement of expenses; (iv) the right to object to any aspect of the Settlement Agreements, the Plan of Distribution, and/or Class Counsel's motion for attorneys' fees and reimbursement of expenses; (v) the right to opt out of the Settlement Classes; and (vi) the right to appear at the Fairness Hearing; (d) constitutes due, adequate, and sufficient notice to all persons and entities entitled to receive notice of the Settlement Agreements; and (e) satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and the United States Constitution (including the Due Process Clause).

8. **Final Settlement Approval** – Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court hereby grants final approval of the Settlement Agreement in all respects (including, without limitation: the Settlement Fund amount; the Releases; and the dismissal with prejudice of the claims asserted against SG in the Action), and finds that the Settlement Agreement is, in all respects, fair, reasonable, and adequate to the Settlement Classes. In reaching this conclusion, the Court considered the factors set forth in *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 463 (2d Cir. 1974), *abrogated on other grounds by Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000). Moreover, the Court concludes that:

a. the Settlement Agreement was fairly and honestly negotiated by counsel with significant experience litigating class actions and is the result of vigorous arm's-length negotiations undertaken in good faith and with the assistance of Kenneth R. Feinberg, an experienced and well-regarded mediator of complex cases;

b. the Action involves contested issues of law and fact, such that the value of an immediate monetary recovery, in conjunction with the value of the cooperation agreement, outweigh the mere possibility of future relief after protracted and expensive litigation;

c. this is a partial settlement of the Action in a multi-defendant antitrust case, meaning that if Class Plaintiffs' claims are proven at trial, non-settling defendants will remain liable for all class damages under principles of joint and several liability, and, as such, the Settlement Agreement provides a guaranteed cash recovery and other benefits to the Settlement Classes without substantially diminishing the value of the case going forward;

d. success in antitrust cases such as this one is inherently uncertain, and there is no guarantee that continued litigation would yield a superior result; and

e. Class Counsel's judgment that the Settlement Agreement is fair and reasonable.

9. **Dismissal of the Action and Release** – Except as to any claim of those Persons (identified in Exhibit A) who have validly and timely requested exclusion from the Settlement Classes ("Opt-Outs"), the Action and all claims contained therein, as well as all of the Released Claims against any of the Released Parties by Class Plaintiffs, Settlement Class Members, and Releasing Parties are each hereby dismissed with prejudice. The Parties are to bear their own costs, except as otherwise provided in the Settlement Agreement.

10. The Opt-Outs identified in Exhibit A are excluded from the Settlement Classes pursuant to properly made requests, are not bound by the Settlement Agreements, or this Final Order and Judgment, and may not make any claim or receive any benefit from the Settlement Agreements, whether monetary or otherwise.

11. The releases set forth in paragraph 8 of the Settlement Agreement, together with the Definitions contained in paragraph 2 of the Settlement Agreement relating thereto, are expressly incorporated herein in all respects. The releases are effective as of the Effective Date.

12. Upon the Effective Date, each of the Released Parties: (a) shall be deemed to have, and by operation of this Final Order and Judgment shall have fully, finally, and forever waived, released, relinquished, and discharged (i) Class Plaintiffs, Class Lead Counsel, and each and all Settlement Class Members from each and every one of the Settling Defendants' Claims, and (ii) any rights to the protections afforded under California Civil Code §1542 and/or any other similar, comparable, or equivalent laws; (b) shall forever be enjoined from prosecuting the Settling Defendants' Claims; and (c) agrees and covenants not to sue on the basis of any Settling

Defendants' Claims, or to assist any third party in commencing or maintaining any such suit related to any Settling Defendants' Claims.

13. Upon the Effective Date, each of the Releasing Parties: (a) shall be deemed to have, and by operation of this Final Order and Judgment, shall have fully, finally, and forever waived, released, relinquished, and discharged (i) all Released Claims against the Released Parties, regardless of whether such Releasing Party executes and delivers a proof of claim and release form, and (ii) any rights to the protections afforded under California Civil Code §1542 and/or any other similar, comparable, or equivalent laws; (b) shall forever be enjoined from prosecuting in any forum any Released Claim against any of the Released Parties; and (c) agrees and covenants not to sue any of the Released Parties on the basis of any Released Claims or to assist any third party in commencing or maintaining any suit against any Released Party related in any way to any Released Claims.

14. Upon the Effective Date, claims against the Released Parties for contribution or indemnification (however denominated) for all or a portion of any amounts paid in the Action by way of settlement, judgment, or otherwise, are barred.

15. This Final Order and Judgment shall not affect, in any way, the right of Class Plaintiffs, Settlement Class Members, or Releasing Parties to pursue claims, if any, outside the scope of the Released Claims.

16. Nothing in this Final Order and Judgment shall bar any action by any of the Parties to enforce or effectuate the terms of the Settlement Agreement or this Final Order and Judgment.

17. All rights of Class Plaintiffs, Settlement Class Members, and Releasing Parties against non-settling defendants or any Persons other than the Released Parties with respect to any of the Released Claims are specifically reserved by Class Plaintiffs, Settlement Class Members, or

Releasing Parties. The purchase, sale, and trading of FX Instruments and FX Exchange-Traded Instruments by SG shall remain in the case as a potential basis for joint and several liability damages claims against non-settling defendants, or any other Persons other than the Released Parties.

18. **No Admission** – Neither the Settlement Agreement nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or the settlement contained therein: (a) is or may be deemed to be or may be used as an admission or evidence of the validity of any Released Claim, or of any wrongdoing or liability of the Released Parties; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Settlement Agreement may be filed in an action to enforce or interpret the terms of the Settlement Agreement, the settlement contained therein, and any other documents executed in connection with the performance of the agreements embodied therein. The Released Parties may file the Settlement Agreement and/or this Final Order and Judgment in any action that may be brought against them in order to support a defense or counterclaim based on the principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar, or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

19. **Retention of Jurisdiction** – Without affecting the finality of this Final Order and Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement Agreement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining

applications for attorneys' fees and reimbursement of expenses; and (d) all Parties hereto for the purpose of construing, enforcing, and administering the terms of the Settlement Agreement.

20. **Rule 11 Findings** – The Court finds that during the course of the Action, the Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

21. **Termination of Settlement or Failure of Effective Date to Occur** – In the event that the settlement does not become effective in accordance with the terms of the Settlement Agreement or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to SG in accordance with the Settlement Agreement, then this Final Order and Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement Agreement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

22. Except as otherwise provided herein, in the event the Settlement Agreement is terminated, is vacated, is not approved, or the Effective Date fails to occur for any reason, then the Parties to the Settlement Agreement shall be deemed to have reverted to their respective status in the Action as of the Execution Date, and the Parties shall proceed in all respects as if the Settlement Agreement and any related orders had not been entered, and any portion of the Settlement Fund previously paid by or on behalf of SG, together with any interest earned thereon (and, if applicable, re-payment of any Fee and Expense Award referred to in paragraph 9(a) of the Settlement Agreement), less any Taxes due, if any, with respect to such income, and less costs of administration and notice actually incurred and paid or payable from the Settlement Fund (not to exceed $500,000 without the prior approval of the Court) shall be returned to SG within ten (10)

business days from the date of the event causing such termination. At the request of SG's Counsel, the Escrow Agent shall apply for any tax refund owed on the Settlement Fund and pay the proceeds to SG.

23. **Modification** – Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement Agreement.

24. **Separate Orders** – Separate orders shall be entered regarding approval of the Plan of Distribution and awarding attorneys' fees and reimbursement of litigation expenses. Such orders shall in no way disturb or affect this Final Order and Judgment and shall not affect or delay the Effective Date of the Settlement.

25. **Entry of Order** – There is no just reason for delay in the entry of this Final Order and Judgment, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: August 6, 2018

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

**Exhibit A**

| 1. | Aegon N.V. |
|---|---|
| • | Aegon N.V. |

**2. Allianz Global Investors GmbH**

- Allianz Global Investors GmbH (f/k/a DEUTSCHER INVESTMENT-TRUST Gesellschaft für Wertpapieranlagen mbH, Allianz Global Investors Kapitalanlagegesellschaft mbH, and Allianz Global Investors Europe GmbH), on behalf of itself and the funds for which it acts as management company
- Allianz Global Investors Ireland Limited (f/k/a Dresdner International Management Services Limited), on behalf of itself and the funds for which it acts as management company
- Allianz Global Investors Fund Société d'Investissement à Capital Variable (f/k/a Dresdner Global Strategies Fund Société d'Investissement à Capital Variable)
- Allianz European Pension Investments Société d'Investissement à Capital Variable
- Allianz Global Investors Fund II Société d'Investissement à Capital Variable
- Allianz Institutional Investors Series Société d'Investissement à Capital Variable
- RP Rendite Plus Société d'Investissement à Capital Variable
- ALLIANZ ACTIO FRANCE Société d'Investissement à Capital Variable (f/k/a AGF ACTIO FRANCE Société d'Investissement à Capital Variable)
- ALLIANZ ACTIO EURO Société d'Investissement à Capital Variable (f/k/a AGF ACTIO EURO Société d'Investissement à Capital Variable)
- ALLIANZ ACTIONS FRANCE Société d'Investissement à Capital Variable (f/k/a AGF EPARGEN ACTIONS Société d'Investissement à Capital Variable)
- ALLIANZ FONCIER Société d'Investissement à Capital Variable (f/k/a AGF FONCIER Société d'Investissement à Capital Variable)
- ALLIANZ IMMO Société d'Investissement à Capital Variable (f/k/a AGF IMMO Société d'Investissement à Capital Variable)
- ALLIANZ MONETAIRE Société d'Investissement à Capital Variable (f/k/a AGF MONETAIRE Société d'Investissement à Capital Variable)
- ALLIANZ OBLIGATIONS INTERNATIONALES Société d'Investissement à Capital Variable (f/k/a AGF OBLIGATIONS INTERNATIONALES Société d'Investissement à Capital Variable)
- ALLIANZ SECURITE Société d'Investissement à Capital Variable (f/k/a PHENIX SECURITE Société d'Investissement à
- Allianz AGIC International Fund
- Allianz AGIC International Growth Fund
- Allianz AGIC International Growth Opportunities Fund
- Allianz AGIC Pacific Rim Fund
- Allianz AGIC Small to Mid Cap Growth Fund
- Allianz AGIC Target Fund
- Allianz Azioni America Fund
- ALLIANZ AZIONI GLOBALE
- Allianz CGI Subfonds North America Equity Fonds
- ALLIANZ DIT GLOBAL INNOVATION TRENDS FUND
- Allianz Dresdner Euro Balanced DRCM Large Cap Growth - EQ
- Allianz Dresdner Global Strategies Fund
- Allianz Dresdner Global Strategies Fund-Euro Balanced
- Allianz Dresdner Global Strategies Fund-Global Vision
- Allianz Dresdner Global Vision DRCM Large Cap Growth - EQ
- Allianz Dresdner US Small Cap Equity Fund - K
- ALLIANZ EQUITY INVESTMENTS
- Allianz Global Agricultural Trends Fund
- Allianz Global Hi-Tech Growth Fund
- Allianz Global Insights Fund
- Allianz Global Investors
- Allianz Global Investors
- Allianz Global Investors Capital International Systematic Fund LL
- Allianz Global Investors Nicholas Applegate Global Select Fund
- Allianz Global Investors RCM Global Analysts' Choice Fund
- Allianz Global Investors RCM Global Analysts' Choice Fund-FE
- Allianz Global Investors Selections-OpCap Global Eq. Fund
- Allianz Global Select Equity Investment Trust
- Allianz GREQ RCM US Large Caps Fonds
- Allianz Nederland America Fund (Eur)
- ALLIANZ OCC EQUITY PREMIUM STRATEGY FUND
- Allianz OCC International Equity Fund
- Allianz OCC Renaissance
- Allianz OCC Value
- Allianz PIMCO Sterling Total Return Fund
- Allianz PIMCO UK Corporate Bond Fund
- Allianz Private International Systematic Trust
- Allianz PV-WS RCM US Large Cap Fonds
- AllianzGI Technology Fund-WAL
- ALLMCV
- ALZ GLOBAL SUSTAINABLE FUND
- Asia All sector RSM
- Asia All Sector RSM
- Australian Portfolio Managers - FE
- AV- COMPLETION (BS)
- AV- COMPLETION (MS)
- AZL Allianz AGIC Opportunity Fund
- AZL NACM International
- AZL NACM International Growth
- AZL OCC RENAISSANCE
- AZL OCC Value
- AZL OCC VALUE II
- AZLIFE
- CITINT
- Coronado Fund LLC – Long
- Coronado Fund LLC - Short
- Deutscher Investment Trust
- DIPS
- DIT - Dresdner New America Fund
- DIT - Dresdner New America Fund - BD
- DIT - Dresdner New America Fund - I
- DIT AKTIEN GLOBAL
- DIT Global Eco Trend Fund
- DIT GLOBAL ECO TREND FUND
- DIT GROSSBRITANNIEN
- DIT INTERGLOBAL
- Dresdner Global Distributor North American Fund
- Dresdner Global Distributor North American Fund - EQ
- Dresdner Global Technology Fund - EQ
- Dresdner RCM Global Analysts Choice Fund
- Dresdner RCM Global Analysts Choice Fund - CD
- Dresdner RCM Global Analysts Choice Fund - CS
- Dresdner RCM Global Analysts Choice Fund - FL
- Dresdner RCM Global Analysts Choice Fund - HC
- Dresdner RCM Global Analysts Choice Fund - IT
- Dresdner RCM Global Analysts Choice Fund - TL
- Dresdner RCM Global Analysts Choice Fund- IN
- Dresdner RCM Global Equities Trust Fund - FE
- Dresdner RCM Global Equity Fund (Ex-Canada) - FE
- Dresdner RCM Global Investors LLC Comm Fd - Grassroots Fd FE

Exhibit A

Capital Variable)
- ALLIANZ VALEURS DURABLE Société d'Investissement à Capital Variable (f/k/a AGF VALEURS DURABLE Société d'Investissement à Capital Variable)
- ALLIANZ EPARGNE RETRAITE Société d'Investissement à Capital Variable
- ALLIANZ EPARGNE SALARIALE Société d'Investissement à Capital Variable
- ALLIANZ PFIZER Société d'Investissement à Capital Variable
- Allianz International Investment Funds OEIC
- Allianz UK & European Investment Funds OEIC
- Allianz Global Investors Fund VI PLC (f/k/a dit-RCM Asian Selections Fund PLC, Dresdner RCM Asian Selections Fund PLC)
- Allianz Global Investors Fund X PLC (f/k/a RCM Global Series Fund PLC)
- Allianz Global Investors Opportunities SICAV
- Rogge Funds PLC
- Allianz Global Investors Asia Pacific Limited as investment manager for:
- Allianz Global Investors Choice Fund
    - Allianz Choice Absolute Return Fund
    - Allianz Choice Asian Fund
    - Allianz Choice Balanced Fund
    - Allianz Choice HK$ Liquidity Fund
    - Allianz Choice HK$ Cash Fund
    - Allianz Choice Growth Fund
    - Allianz Choice Hong Kong Fund
    - Allianz Choice Stable Growth Fund
    - Allianz Choice Capital Stable Fund
    - Allianz Choice Greater China Fund
    - Allianz Choice Oriental Fund
    - Allianz Choice RMB Money Market Fund
- Allianz Global Investors Trust
    - Allianz Short Duration High Yield
    - Allianz Dynamic Global Bond Allocation Fund
- Allianz Global Investors Singapore Limited as investment manager for:
- Allianz Global Investors Premier Funds
    - Allianz Global High Payout Fund
    - Allianz Global Twin-Focus Fund
- Allianz Global Investors Taiwan Limited as investment manager for:
    - Allianz Global Investors Asia Pacific Dynamic Strategy Fund
    - Allianz Global Investors Global Bond Fund
    - Allianz Global Investors Global Emerging Market Fund
    - AllianzGI Eco-Trends Fund
- Allianz PV-WS RCM US Large Caps Fonds
- Allianz RCM All Alpha Fund
- Allianz RCM All Alpha Fund-Segregated Cash Futures
- Allianz RCM All Horizons Fund
- Allianz RCM Biotechnology Fund
- Allianz RCM Biotechnology Fund - EQ
- Allianz RCM Brazil Fund
- Allianz RCM BRIC Stars Fund
- Allianz RCM Continental European Fund
- Allianz RCM Customised Global Equity Fund
- Allianz RCM Disciplined International Equity Fund
- Allianz RCM Disciplined International Equity Fund - Fgn.Equity
- Allianz RCM Dynamic Growth Fund
- Allianz RCM European Equity Income Fund
- Allianz RCM Financial Services Fund
- Allianz RCM Financial Services Fund - FE
- Allianz RCM Focused Growth Fund
- Allianz RCM Focused Growth Fund- WCP/HC
- Allianz RCM Focused Growth Fund-OP
- Allianz RCM Focused Growth Fund-PMT
- Allianz RCM Global Eco Trends Fund
- Allianz RCM Global EcoTrends
- ALLIANZ RCM GLOBAL EQUITY FUND
- Allianz RCM Global Hi-Tech Growth Fund - AS
- Allianz RCM Global Hi-Tech Growth Fund - EQ
- Allianz RCM Global Resources - Choice Fund (MPF)
- Allianz RCM Global Small Cap Fund
- Allianz RCM Global Small Cap Fund - Non US
- Allianz RCM Global Small-Cap Fund - Fgn. Equity
- ALLIANZ RCM GLOBAL SUSTAINABILITY FUND
- Allianz RCM HDD USA Fund -Equity
- Allianz RCM HDD USA Fund -Options
- ALLIANZ RCM HORIZON FUND
- ALLIANZ RCM IIS GLOBAL SMALL CAP - EUROPE
- ALLIANZ RCM IIS GLOBAL SMALLER CAP - HONG KONG
- ALLIANZ RCM IIS GLOBAL SMALLER CAP - JAPAN
- Allianz RCM Innovation Fund
- Allianz RCM Innovation Fund-FE
- Allianz RCM International Opportunities Fund
- ALLIANZ RCM INTERNATIONAL OPPORTUNITIES FUND
- Allianz RCM Japan Fund
- Allianz RCM Large-Cap Growth Fund
- Allianz RCM Mid-Cap Fund - Consumer
- Allianz RCM North American Equity Growth Fund
- Allianz RCM Technology Fund - K
- Allianz RCM Technology Fund-ABS
- Dresdner RCM Global Investors LLC Comm Fd - Grassroots Fd SH
- Dresdner RCM Global Investors LLC Comm Fd - Grassroots Fund
- Dresdner RCM Global Scap Fund 920
- Dresdner RCM Global Scap Fund 920 - Equity
- Dresdner RCM Global Scap Fund 920 - Fe
- DRESDNER RCM INCOME GROWTH INVESTMENT TRUST PLC
- Dresdner RCM U.S. Large Cap Fund
- Dresdner RCM U.S. Large Cap Fund - EQ
- DYNAMIC HYBRID INV
- EAFE Research Plus
- EMVALU
- GLB EQ HIGH ALPHA X JPN
- GLB EQTY HIGH ALPHA
- GLBDIT
- Global Agricultural Trends
- GLOBAL WATER FUND
- GRASSROOTS
- INTEAFE
- INTSCV
- KOREAN GLOBAL ECO TRENDS
- LCVLUX
- MD International Growth Fund - IE Portfolio (closed)
- NAIF US SMALL TO MID MASTER
- NFJGDV
- NFJISC
- NFJIVF
- NFJMCB
- Nicholas-Applegate Emerging Markets Fund
- Nicholas-Applegate Glbl Eqty 130/30 Long
- Nicholas-Applegate Glbl Eqty 130/30 Short
- Nicholas-Applegate Global Healthcare Fund Class IClosed
- Nicholas-Applegate Global Select Fund
- Nicholas-Applegate International Growth Fund
- Nicholas-Applegate International Systematic Fund
- Nicholas-Applegate Small Cap Emerging Countries Series LLC
- Nicholas-Applegate U.S. Convertible Arbitrage Fund
- Nicholas-Applegate US Market Neutral Fund LLC- Euro Hedge
- OPPENHEIMER QUEST BALANCED VALUE FUND
- OPPENHEIMER QUEST CAPITAL VALUE FUND
- OPPENHEIMER QUEST INTERNATIONAL VALUE FUND
- PIMCO INTERNATIONAL VALUE FUND
- PIMCO NACM International Fund

**Exhibit A**

- AllianzGI Quantitative Balanced Fund
- Allianz Global Investors Taiwan Money Market Fund
- Allianz Global Investors Global Biotech Fund
- Allianz Global Investors Taiwan Fund
- Allianz Global Investors Taiwan Technology Fund
- AllianzGI Demographic Trends Fund
- AllianzGI Agricultural Trends Fund
- AllianzGI Taiwan Intelligence Trends Fund
- Allianz Global Investors All Seasons Return Fund of Bond Funds
- Allianz Global Investors China Strategic Growth Fund
- Allianz Global Investors Global Resources Trends Fund
- Allianz Global Investors Rising Asia Fund
- Allianz Global Investors All Seasons Harvest Fund of Bond Funds
- Allianz Global Investors All Seasons Double Income Fund of Funds
- Allianz Global Investors All Seasons Growth Fund of Funds
- Allianz Global Investors Target Income Fund (FOF)
- ABL Global Emerging Equity Investment Trust
- AD Euro Balanced Fund - NACM US Large Cap Value
- AGI France Creaction 2
- AGI France Global Systematic Fund
- AGI France Global Systematic Fund Hedge
- AGI Global Growth 130/30 (Long)
- AGI Global Growth 130/30 (Short)
- AGI GLOBAL UNCONSTRAINED
- AGI International All Cap 120/20 (Long)
- AGI International All Cap 120/20 (Short)
- AGI Italia Emerging Markets Systematic
- AGI Managed Account Equity Shares Series 1
- AGI MANAGED ACCOUNT EQUITY SHARES SERIES 1
- AGI Managed Account Equity Shares Series 1 - Equity
- AGI NACM Global Equity 130/30 (Long)
- AGI NACM Global Equity 130/30 (Short)
- AGI Oppenheimer Capital Global Shares Fund
- AGI Premier PEA Value Fund
- AGI Systematic Emerging
- AGI Taiwan Rising Asia Fund
- AGI US Systematic SMID 130/30 (Long)
- AGI US-EAFE Value Equity
- AGI US-Global Equity
- AGI US-Global Value Equity
- AGIFR
- AIM US Equity
- ALLACV
- Allianz RCM Total Return Asian Equity Fund
- Allianz RCM U.S. Equity Fund - W Shares
- Allianz RCM U.S. High Dividend Plus
- Allianz RCM UK Equity Fund
- Allianz RCM UK Equity Income Fund
- Allianz RCM UK Growth Fund
- Allianz RCM UK Index Fund
- Allianz RCM UK Mid-Cap Fund
- Allianz RCM US Equity Fund
- Allianz Structured Alpha Strategy UCITS
- Allianz Structured Alpha Strategy UCITS/SSB
- Allianz Technology Trust PLC
- Allianz US Equity Fund - W Shares
- Allianz US Equity Fund (Ireland)
- Allianz US Equity Fund (LUX)
- Allianz US Equity Fund (OEIC)
- Allianz US Equity Fund (OEIC) - Equity
- Allianz US Large Cap Growth
- Allianz VKA RCM US large Caps Fonds
- Allianz VKA RCM US Large Caps Fonds
- ALLIANZ VLBR VEREINTE KRANKEN
- AllianzGI Emerging Markets Consumer
- AllianzGI Emerging Markets Consumer CIT
- AllianzGI Emerging Markets Opportunities Fund
- AllianzGI Emerging Markets Small Cap
- AllianzGI Global Equity & Convertible Income - INTLEQ
- AllianzGI Global Equity & Convertible Income - INTLOP
- AllianzGI Global Health Sciences Fund
- AllianzGI Global Managed Volatility
- AllianzGI Global Managed Volatility Fund
- AllianzGI Global Natural Resources Fund
- AllianzGI Global Small Cap Opportunities
- AllianzGI Global Small-Cap Fund
- AllianzGI Global Small-Cap Fund - A
- AllianzGI Global Small-Cap Fund - E
- AllianzGI Global Small-Cap Fund - Equity
- AllianzGI Global Small-Cap Fund - J
- AllianzGI Global Water Fund
- AllianzGI Health Sciences Fund - Equity
- AllianzGI Income & Growth Equity
- AllianzGI International & Premium Strategy Fund
- AllianzGI International & Premium Strategy Fund - INTLEQ
- AllianzGI International Managed Volatility Fund
- AllianzGI Intl & Premium Strategy - Intl Options
- AllianzGI Large-Cap Growth Fund - Equity
- AllianzGI Mid-Cap Fund
- AllianzGI Mid-Cap Fund - LL
- PIMCO RCM Europe Fund
- PIMSCV
- PREMIER VIT OPCAP GLOBAL EQUITY PORTFOLIO
- PREMIER VIT OPCAP MID CAP PORTFOLIO
- PREMIER VIT OPCAP RENAISSANCE
- RCM Choice US Equity Fund
- RCM Choice US Equity Fund - F
- RCM Disciplined International Equity - RA
- RCM Emerging Markets - FE
- RCM Europe - FE
- RCM Global Eco Trend Fund
- RCM GLOBAL EQUITIES FUND
- RCM Global Equity - FE
- RCM GLOBAL EQUITY EUR HEDGED
- RCM GLOBAL EQUITY GBP HEDGED
- RCM Global Research Growth 130/30 Strategy
- RCM Global Research Growth Equity
- RCM Global Resources Alpha Fund
- RCM Global Technology - A
- RCM GLOBAL UNC
- RCM Health Care Alpha Partners US
- RCM International Equity Fund
- RCM International Equity Fund - FE
- RCM International Small Cap Fund
- RCM Multi-Strategy Absolute Return
- RCM Multi-Strategy Absolute Return - Segregated Cash Futures
- RCM Small-Cap - NF
- RCM Strategic Growth Fund
- RCM Strategic Growth Fund- OP
- RCM Strategic Growth Fund- WCP/HC
- RCM TECHNOLOGY TRUST
- RCM Technology Trust PLC
- RCM WELLNESS ex-Health Care Model
- RCM WELLNESS Model
- RCMSM-I
- SIT International Equity Trust
- SIT Strategic Equity Trust
- SITIET
- Systematic International Core Equity
- Systematic International Value Equity
- The Korea Fund
- US GLOBAL ECO TRENDS
- US INTL SYS TRANS
- VGL RCM US Large Cap
- VGL RCM US Large Cap - Q portfolio
- Vision ADAM Completion

**Exhibit A**

- Allianz US Equity Fund (Ireland) - Equity
- Allianz AGIC Global Fund
- Allianz AGIC Growth Fund
- AllianzGI Mid-Cap Fund - SK
- AllianzGI Technology Fund
- AllianzGI Technology Fund-DAN
- AllianzGI Technology Fund-HUA
- AllianzGI Technology Fund-MIK
- Vision OPCAP Small Cap Value
- Vision- RCM Currency Alpha
- Vision RCM French Equities
- Vision RCM Systematic Pairs

**3. Allianz SE**

- Allianz SE

**4. Anadarko Petroleum Corporation**

- Anadarko Petroleum Corporation
- Anadarko (SL) Company
- Anadarko Algeria Company LLC
- Anadarko Cote D'Ivoire Co.
- Anadarko International Energy
- Anadarko International Holdings
- Anadarko International O&G Company
- Anadarko International Services
- Anadarko Kenya Co.
- Anadarko Liberia Block 10 Co.
- Anadarko Liberia Co.
- Anadarko Morocco ASSA Company
- Anadarko New Zealand Co.
- Anadarko NZ Taranaki Co.
- Anadarko Offshore Holding Company LLC
- Anadarko Petroleum Suez Production
- Anadarko Retirement Plan
- FTI DIT Anadarko Petroleum Corporation
- Kerr-McGee Benin Consortium
- Kerr-McGee Corporation
- Kerr-McGee Corp., Allocation
- Kerr-McGee Indonesia Holdings, Ltd.
- Kerr-McGee Thailand Ltd.
- Western Gas Resources Inc.

**5. Anchorage Capital Group, LLC**

- Anchorage Capital Group, LLC
- Anchorage Capital Master Offshore LTD
- Anchorage Capital Master Offshore LTD/ANCOFF-NYC
- Anchorage Capital Partners, L.P.
- Anchorage Crossover Credit Finance, LTD
- Anchorage Crossover Credit Offshore Master Fund, LTD
- Anchorage Illiquid Opportunities Offshore Master II, L.P.
- Anchorage Illiquid Opportunities Offshore Master III, L.P.
- Anchorage Illiquid Opportunities Offshore Master IV, L.P.
- Anchorage Illiquid Opportunities Offshore Master, L.P.
- Anchorage MSW Structured Credit Master, L.P.
- Anchorage Short Credit Offshore Master Fund, Ltd.
- GRF Master Fund, L.P
- PCI Fund LLC
- Anchorage Short Credit Offshore Master Fund II, L.P.
- GRF Master Fund II, L.P.

**6. ArcelorMittal Treasury**

- ArcelorMittal Treasury

**7. AtomVest Master Fund Limited**

- AtomVest Master Fund Limited

**8. Ayrshire Metal Products (Daventry) Ltd.**

- Ayrshire Metal Products (Daventry) Ltd.

**9. Banco Davivienda Salvadoreño, S.A.**

- Banco Davivienda Salvadoreño, S.A.

**10. BlackRock, Inc., both on its own behalf and on behalf of its affiliates and subsidiaries**

- Blackrock, Inc.
- AA 500 Morgan Stanley Long CP
- Active International Equity Fund - Jacket
- Active International Equity Fund B - Jacket
- ACWI ex-US ex-Tobacco B1
- AIEA Overlay
- AIEB Overlay
- Alpha Advantage 1000 Fund B - Aggregate
- Alpha Advantage 3000 Fund - Aggregate
- Alpha Advantage 3000 Fund B - Aggregate
- Emerging Markets Alpha Tilts Fund (Jacket)
- Emerging Markets Alpha Tilts Fund B (Jacket)
- Emerging Markets Equity Index Master Fund
- Emerging Markets Equity Index Plus Fund
- Emerging Markets ex-Controversial Weapons Equity Index Fund B
- Emerging Markets Index Non-Lendable Fund
- Emerging Markets Index Non-Lendable Fund B
- Emerging Markets Local Bond Index Fund B
- Emerging Markets Opportunities LR Fund - Aggregate
- iShares MSCI Emerging Markets Minimum Volatility UCITS ETF
- iShares MSCI Emerging Markets Small Cap
- iShares MSCI Emerging Markets Small Cap UCITS ETF
- iShares MSCI Emerging Markets Small-Cap ETF
- iShares MSCI Emerging Markets UCITS ETF
- iShares MSCI Emerging Markets UCITS ETF (Acc)
- iShares MSCI Emerging Markets UCITS ETF (Dist)
- iShares MSCI EMU ETF
- iShares MSCI Europe ex-EMU UCITS ETF

- Alpha Advantage 500 Fund - Aggregate
- Alpha Advantage 500 Fund B - Aggregate
- Alpha Advantage International Fund - Aggregate
- Alpha Advantage Japan Fund
- Alpha Advantage Japan Fund B
- Alpha Advantage US Fund B - Aggregate
- Ascent Life Sovereign Screened Fund
- Asia ex-J Mkt Neut Fd B
- Barclays Active Currency Fund
- BCIF - 100 UK equity Tracker Fund
- BCIF - 350 UK Equity Tracker Fund
- BCIF - Balanced Managed Fund - Aggregate
- BCIF - Continental European Equity Tracker Fund
- BCIF - Emerging Markets Equity Tracker F
- BCIF - Emerging Markets Equity Tracker Fund
- BCIF - Global Property Sec EQTracker Fd
- BCIF - Global Property Securities Equity Tracker Fund
- BCIF - Japan Equity Tracker Fund
- BCIF - North American Equity Tracker Fun
- BCIF - North American Equity Tracker Fund
- BCIF - Overseas Corporate Bond Tracker Fund
- BCIF - Overseas Government Bond Tracker Fund
- BCIF - Pacific ex Japan Equity Tracker Fund
- BCIF - UK Equity Tracker Fund
- BCIF - US Equity Tracker Fund
- BGF Asean Leaders Fund - Aggregate
- BGF Asia Pacific Equity Income Fund - Aggregate
- BGF Asian Dragon Fund - Aggregate
- BGF Asian Growth Leaders Fund - AGG
- BGF Asian Local Bond Fund - AGG
- BGF Asian Tiger Bond Fund
- BGF China Bond Fund
- BGF China Fund - Aggregate
- BGF Continental European Flexible Fund
- BGF Emerging Europe Fund - Aggregate
- BGF Emerging Markets Bond Fund - Aggregate
- BGF Emerging Markets Corporate Bond Fund - Aggregate
- BGF Emerging Markets Equity Income Fund
- BGF Emerging Markets Fund - Global Emerging Markets Portfolio
- BGF Emerging Markets Investment Grade Bond Fund - Aggregate
- BGF Emerging Markets Local Currency Bond Fund - Aggregate
- BGF Euro Bond Fund - Aggregate
- BGF Euro Corporate Bond Fund - AGG
- BGF Euro Short Duration Bond Fund - Aggregate
- Emerging Markets Opportunities MR Fund - Aggregate
- Emerging Markets Opportunities MR Fund B - Aggregate
- Emerging Markets SF Index Fd
- Emerging Markets Small Capitalization Equity Index Fund
- Emerging Markets Small Capitalization Equity Index Non-Lendable Fund
- Emerging Markets Small Capitalization Equity Index Non-Lendable Fund B
- Emerging Markets Sudan Free Equity Index Fund
- Emerging Mkts Index NL Fund
- Emerging Mkts Index NL Fund B
- EMSI Non-Lendable Fund
- EMSI Non-Lendable Fund B
- Equity Dividend (Active Stock Sleeve)
- Equity Dividend Fund
- EUR xControversial Weapons B
- Euro Ex-UK Alpha Tilts Fund
- Euro Ex-UK Alpha Tilts Fund B
- Euro Ex-UK Alpha Tilts Fund L
- Euro exUK Alpha Tilts Fund O
- Europe Alpha Tilts Fund
- Europe Alpha Tilts Fund L
- Europe Alpha Tilts Fund O
- Europe ex-Controversial Weapons Equity Index Fund B
- Europe Ex-UK Alpha Tilts Fund B
- EuropeAlphaTiltsNon-LenFundB
- Fixed Income GlobalAlpha Master Fund Ltd.
- Frontier Markets ESG Screened Fund B - Jacket
- Frontier Markets ex-Gulf Cooperation Council Countries ESG Screened Fund B
- FT-A World Indx Fd B-Irel
- FTSE RAFI EM Index NL Fund
- FTSE RAFI Emerging Markets Index Non-Lendable Fund
- Fundamental Large Cap Growth (Active Stock Sleeve)
- Funds SA-Intl Eq Portfolio Hedge
- GAL ACM (2)
- GAL ACM HSBC
- GAL ACM RBS
- GAL ACM UBS
- GAL HSBC FX
- GAL Short Horizon Currency CP
- GAL UBS FX
- GLOBAL AGG EX-USD BOND INDX FUND B
- Global Aggregate ex-USD Currency Hedged Index Fund
- Global Alpha Tilts Fund B
- Global Ascent (Sterling) Ltd.
- Global Ascent Limited
- iShares MSCI Europe ex-UK UCITS ETF
- iShares MSCI Europe Financials ETF
- iShares MSCI Europe Minimum Volatility U
- iShares MSCI Europe Minimum Volatility UCITS ETF
- iShares MSCI Europe SC ETF
- iShares MSCI Europe Small-Cap ETF
- iShares MSCI Europe UCITS ETF (Acc)
- iShares MSCI Europe UCITS ETF (Dist)
- iShares MSCI Eurozone ETF
- iShares MSCI Far East Financials ETF
- iShares MSCI Finland Capped ETF
- iShares MSCI France ETF
- iShares MSCI Frontier 100 ETF
- iShares MSCI GCC ex-Saudi Arabia UCITS ETF
- iShares MSCI Germany ETF
- iShares MSCI Germany SC ETF
- iShares MSCI Germany Small-Cap ETF
- iShares MSCI Gl Ag Producers ETF
- iShares MSCI Gl Energy Prod ETF
- iShares MSCI Gl Gold Miners ETF
- iShares MSCI Gl Mtls & Min Prod ETF
- iShares MSCI Gl Silver Miners ETF
- iShares MSCI Global Agriculture Producers ETF
- iShares MSCI Global Energy Producers ETF
- iShares MSCI Global Gold Miners ETF
- iShares MSCI Global Metals & Mining Producers ETF
- iShares MSCI Global Silver Miners ETF
- iShares MSCI Hong Kong ETF
- iShares MSCI Hong Kong SC ETF
- iShares MSCI Indonesia ETF
- iShares MSCI Ireland Capped ETF
- iShares MSCI Ireland Mkt Idx
- iShares MSCI Israel Capped ETF
- iShares MSCI Italy Capped ETF
- iShares MSCI Japan CHF Hedged UCITS ETF (Acc) Agg
- iShares MSCI Japan ETF
- iShares MSCI Japan EUR Hedged UCITS ETF (Acc)
- iShares MSCI Japan GBP Hedged UCITS ETF (Acc)
- iShares MSCI Japan Small Cap UCITS ETF (
- iShares MSCI Japan Small Cap UCITS ETF (Dist)
- iShares MSCI Japan Small-Cap ETF
- iShares MSCI Japan UCITS ETF (Acc)
- iShares MSCI Japan UCITS ETF (Dist)
- iShares MSCI Japan USD Hedged UCITS ETF (Acc) AGG
- iShares MSCI Kokusai ETF
- iShares MSCI Korea UCITS ETF (Dist)
- iShares MSCI Malaysia ETF

- BGF Euro-Markets Fund - Aggregate
- BGF European Equity Income Fund - Aggregate
- BGF European Focus Fund - Aggregate
- BGF European Fund - Aggregate
- BGF European Special Situations Fund - Aggregate
- BGF European Value Fund - Aggregate
- BGF Fixed Income Global Opportunities Fund - Aggregate
- BGF Flexible Multi-Asset Fund - Aggregate
- BGF Global Allocation Fund - Aggregate
- BGF Global Corporate Bond Fund - Aggregate
- BGF Global Dynamic Equity Fund - Aggregate
- BGF Global Enhanced Equity Yield Fund - Aggregate
- BGF Global Equity Fund - Aggregate
- BGF Global Equity Income Fund - Aggregate
- BGF Global Government Bond Fund - Aggregate
- BGF Global High Yield Bond Fund - Aggregate
- BGF Global Inflation Linked Bond Fund
- BGF Global Multi-Asset Income Fund - Aggregate
- BGF Global Opportunities Fund - Aggregate
- BGF India Fund - Equities Portfolio
- BGF Japan Flexible Equity Fund - Aggregate
- BGF Japan Small & MidCap Opportunities Fund - Aggregate
- BGF Latin American Fund - Aggregate
- BGF Natural Resources Growth & Income Fund
- BGF New Energy Fund - Aggregate
- BGF North American Equity Income Fund
- BGF Pacific Equity Fund
- BGF Swiss Small & MidCap Opportunities Fund
- BGF United Kingdom Fund
- BGF US Dollar Bond Fund - AG
- BGF US Dollar High Yield Bond Fund - Aggregate
- BGF US Dollar Short Duration Bond Fund - Agg
- BGF US Growth Fund - Aggregate
- BGF US Small & MidCap Opportunities Fund - Aggregate
- BGF World Agriculture Fund - Aggregate
- BGF World Bond Fund - Aggregate
- BGF World Energy Fund - Aggregate
- BGF World Financials Fund - Aggregate
- BGF World Gold Fund - Aggregate
- BGF World Healthscience Fund - Aggregate
- BGF World Mining Fund
- BGF World Technology Fund
- BGICL CoreActive Long Bond Fd
- BGICL Global Ascent Fd
- BGICL Global Market Selection - TMP
- BGICL Hed Syn EAFE Index Fd
- BGICL Heg Syn US Index Fd
- Global Ascent Ltd ECM
- Global Dividend Income Fund
- Global Dividend Income Fund B
- Global Equity Focus Fund B
- Global Equity Mandate Fund B
- Global Ex-US Alpha Tilts Fund
- Global High Yield Bond Index Fund B
- Global Market Neutral Fund B
- Global Multi-cap Equity Fund B
- Global Treasury ex-U.S. Screened USD Hedged Fund E
- GMI Active Currency
- GMI B Tilts Component Account
- GMN B - Asia ex Japan Component-UBS
- GMN B - Asia ex-Japan Component -GS
- GMN B - Asia ex-Japan Component -MS
- GMN B - EM Comp Long - MS
- GMN B Pan Asia UBS Comp Long
- Gold Fund
- Gold Metal Open Mother Fund
- i-mizuho Developed Markets Inflation Linked Bond Index
- India Equity Fund Aggregate
- International Alpha Tilts Fund
- International Alpha Tilts Fund B
- International Equity Index Plus Fund Jacket
- International Equity Index Plus Fund B - Jacket
- International Multi-cap Equity Fund
- International Tilts Master Portfolio
- Intl Active Stock Cur Hedged
- Intl Alpha Tilts Fd
- Intl Alpha Tilts RSLFund
- Intl Sudan Divestment Fund
- Intl Tilts Hedged CAD Fund B
- iShares $ Corporate Bond UCITS ETF
- iShares $ High Yield Corporate Bond UCITS ETF
- iShares $ Treasury Bond 1-3yr UCITS ETF
- iShares $ Treasury Bond 7-10yr UCITS ETF
- iShares 1-3 Year International Treasury Bond ETF
- iShares 1-3 Yr Intl Treasury Bd ETF
- iShares 1-5 Year Laddered Corporate Bond Index Fund
- iShares AEX UCITS ETF
- iShares Agribusiness UCITS ETF
- iShares Alternative Completion PB
- iShares Asia 50 ETF
- iShares Asia Dev Real Estate ETF
- iShares Asia Pacific Dividend UCITS ETF
- iShares Asia Property Yield UCITS ETF
- iShares Asia/Pacific Dividend ETF
- iShares MSCI Mexico Capped ETF
- iShares MSCI Mexico IMI Capped UCITS ETF
- iShares MSCI Netherlands ETF
- iShares MSCI New Zealand Capped ETF
- iShares MSCI North America UCITS ETF
- iShares MSCI Norway Capped ETF
- iShares MSCI NZ Capped ETF
- iShares MSCI Pacific ex Japan ETF
- iShares MSCI Pacific ex-Japan UCITS ETF
- iShares MSCI Pacific ex-Japan UCITS ETF (Dist)
- iShares MSCI Philippines ETF
- iShares MSCI Poland Capped ETF
- iShares MSCI Poland UCITS ETF
- iShares MSCI Singapore ETF
- iShares MSCI Singapore SC ETF
- iShares MSCI South Africa
- iShares MSCI South Africa ETF
- iShares MSCI South Africa UCITS ETF
- iShares MSCI Spain Capped ETF
- iShares MSCI Sweden ETF
- iShares MSCI Switz Capped ETF
- iShares MSCI Switzerland Capped ETF
- iShares MSCI Taiwan ETF
- iShares MSCI Taiwan UCITS ETF
- iShares MSCI Thailand Capped ETF
- iShares MSCI Turkey UCITS ETF
- iShares MSCI Turkey ETF
- iShares MSCI United Kingdom ETF
- iShares MSCI United Kingdom SC ETF
- iShares MSCI United Kingdom Small-Cap ETF
- iShares MSCI USA Min Vol
- iShares MSCI USA Minimum Volatility Index Fund
- iShares MSCI World CHF Hedged UCITS ETF (Acc)
- iShares MSCI World ETF
- iShares MSCI World EUR Hedged UCITS ETF (Acc)
- iShares MSCI World GBP Hedged UCITS ETF (Acc)
- iShares MSCI World Index Fund
- iShares MSCI World Islamic UCITS ETF
- iShares MSCI World Minimum Volatility UC
- iShares MSCI World Minimum Volatility UCITS ETF
- iShares MSCI World UCITS ETF (Acc)
- iShares MSCI World UCITS ETF (Dist)
- iShares NAFTRAC
- iShares NASDAQ 100 (CAD-Hed)
- iShares NASDAQ 100 Index Fund (CAD-Hedged)
- iShares NASDAQ-100 (R) (DE)
- iShares NASDAQ-100 UCITS ETF (DE)

- BGICL U.S. Currency Overlay Fd
- BGICL Unhed Syn EAFE Index Fd
- BGICL Unhed Syn US Eq Index Fd
- BGICL Unheg Syn R3000 Index Fd
- BGICL Unheg Syn US Eq Index CL A
- BGICL Unheg Syn US Eq Index CL D
- BGIF - BlackRock Emerging Markets Equity Index Fund
- BGIF - BlackRock Europe Equity Index Fund
- BGIF - BlackRock Global Government Bond Index Fund
- BGIF - BlackRock Japan Equity Index Fund
- BGIF - BlackRock North America Equity Index Fund
- BGIF - BlackRock Pacific ex Japan Equity Index Fund
- BGIF - BlackRock World Equity Index Fund
- BGIF - BR Pacific ex Japan Equity Index
- BGIS Emerging Markets Local Currency Bond Index Portfolio
- BGIS Global Equity Income Portfolio
- BGIS Income Strategies Portfolio - Aggregate
- BIJF - Dynamic Diversified Growth Fund - Aggregate
- BlackRock Absolute Return Bond Fund -Aggregate
- BlackRock Advantage Global Fund, Inc.
- BlackRock Advantage International Fund
- BlackRock Advantage Large Cap Growth Fund - Aggregate
- BlackRock Advantage U.S. Total Market V.I. Fund of BLK Variable Series Fund
- BlackRock All-Cap Energy & Resources Portfolio
- BlackRock Appreciation Strategy Fund, Ltd. - Aggregate
- BlackRock Balanced Capital Portfolio of BlackRock Series Fund, Inc.
- BlackRock Balanced Growth Portfolio Fund - Aggregate
- BlackRock Canada CorePlus Long Bond Fund
- BlackRock Capital Appreciation Fund Inc
- BlackRock Capital Appreciation Portfolio (Ins - Series)
- BlackRock Capital Appreciation V.I. Fund (Ins - Var Ser)
- BlackRock Capital Investment Corp. - AGG
- BlackRock Commodities Income Investment Trust plc
- BlackRock Commodity Strategies Fund - Aggregate
- BlackRock Continental European Fund
- BlackRock Continental European Income Fund - AGG
- BlackRock Core Bond Portfolio
- BlackRock Core Bond Trust - Aggregate
- Blackrock Core Plus Global Corporate Bond Fund - Agg
- BlackRock Corporate Bond Fund
- BlackRock Corporate High Yield Fund Inc.
- BlackRock Credit Allocation Income Trust (Preferred Sleeve)
- BlackRock Credit Strategies Income Fund - Aggregate
- BlackRock Debt Strategies Fund Inc.
- BlackRock Defined Opportunity Credit Trust
- iShares AXJ MSCI APEX Mid Cap
- iShares AXJ MSCI APEX Small Cap
- iShares AXJ MSCI Asia APEX 50
- iShares BRIC 50 UCITS ETF
- iShares BRIC Index Fund
- iShares Broad Emerging Markets
- iShares Broad Emerging Markets Fund
- iShares Canadian Fundamental Index Fund
- iShares Canadian Growth Index ETF
- iShares CDN Fundamental Ind Fd
- iShares China ETF
- iShares China Index ETF
- iShares China Index Fund
- iShares China Large Cap UCITS ETF
- iShares China Large-Cap ETF
- iShares Conservative Core PB Fund
- iShares Core Euro Corporate Bond UCITS ETF
- iShares Core Euro Government Bond UCITS ETF
- iShares Core GBP Corporate Bond UCITS ETF
- iShares Core MSCI EAFE ETF
- iShares Core MSCI EAFE IMI Index ETF
- iShares Core MSCI EM IMI ETF
- iShares Core MSCI Emerging Markets ETF
- iShares Core MSCI Emerging Markets IMI Index ETF
- iShares Core MSCI Japan IMI UCITS ETF
- iShares Core MSCI Total Int Stk ETF
- iShares Core MSCI Total International Stock ETF
- iShares Core MSCI World UCITS ETF
- iShares Core S&P 500 Index ETF
- iShares Core S&P/TSX Capped Composite Index ETF
- iShares Developed Markets Property Yield
- iShares Developed Markets Property Yield UCITS ETF
- iShares Developed World ex-UK UCITS ETF
- iShares Div Alt - RBS Prime Brokerage Ac
- iShares DJC Value Index Fund
- iShares Dow Jones Asia Pacific Select Di
- iShares Dow Jones Asia Pacific Select Dividend 30 UCITS ETF (DE)
- iShares Dow Jones Canada Select Value Index Fund
- iShares Dow Jones China Offshore 50 (DE)
- iShares Dow Jones China Offshore 50 UCITS ETF (DE)
- iShares Dow Jones Europe Sustainability
- iShares Dow Jones Europe Sustainability Screened UCITS ETF
- iShares Dow Jones Global Sustainability
- iShares Dow Jones Global Sustainability Screened UCITS ETF
- iShares Dow Jones Global Titans 50 (DE)
- iShares Nikkei 225 UCITS ETF (DE)
- iShares North America Real Estate ETF
- iShares NYSE Composite ETF
- iShares Oil & Gas Exploration & Producti
- iShares Oil & Gas Exploration & Production UCITS ETF
- iShares Oil Sands Index Fund
- iShares S&P 500 CHF Hedged UCITS ETF (Acc)
- iShares S&P 500 EUR Hedged UCITS ETF (Acc)
- iShares S&P 500 GBP Hedged UCITS ETF (Acc)
- iShares S&P 500 Index CADHED
- iShares S&P 500 Index ETF
- iShares S&P 500 UCITS ETF (Dist)
- iShares S&P CNX Nifty India Index
- iShares S&P Global Water Index Fund
- iShares S&P Latin Am 40 Index Fd
- iShares S&P SmallCap 600 UCITS ETF
- iShares S&P TSX Canadian Dividend Aristocrats Index Fund
- iShares S&P US Dividend Growers Index Fund (CAD-Hedged)
- iShares S&P/TSX 60 Index Fund
- iShares S&P/TSX CAN Div Arist
- iShares S&P/TSX Capped Comp Index
- iShares S&P/TSX Capped Energy Index
- iShares S&P/TSX Capped Energy Index Fund
- iShares S&P/TSX Capped Information Technology Index Fund
- iShares S&P/TSX Capped IT Index Fund
- iShares S&P/TSX Capped Materials Index Fund
- iShares S&P/TSX Capped Mats Index
- iShares S&P/TSX Capped REIT Index
- iShares S&P/TSX Capped REIT Index Fund
- iShares S&P/TSX Comp Idx ETF
- iShares S&P/TSX Completion Index
- iShares S&P/TSX Completion Index ETF
- iShares S&P/TSX Glob Base Met
- iShares S&P/TSX Global Base Metals Index Fund
- iShares S&P/TSX Global Gold Index
- iShares S&P/TSX Global Gold Index Fund
- iShares S&P/TSX Global Mining Index Fund
- iShares S&P/TSX NA PrfStk Fnd
- iShares S&P/TSX North American Preferred Stock Index Fund (CAD-Hedged)
- iShares S&P/TSX SmallCap Index Fund
- iShares S&P/TSX Venture Fund
- iShares Short Maturity Bond ETF
- iShares Silver Bullion ETF
- iShares SLI UCITS ETF (DE)
- iShares SMI (DE)

- BlackRock Developed Markets Bond Index Mother Fund
- BlackRock Dynamic Diversified Growth Fund - Aggregate
- BlackRock EAFE A Multi-Country Portfolio
- BlackRock Emerging Europe plc
- BlackRock Emerging Markets Dividend Fund
- BlackRock Emerging Markets Flexible Dynamic Bond Portfolio of BlackRock Fun
- BlackRock Emerging Markets Fund
- BlackRock Emerging Markets Fund Inc..
- BlackRock Energy & Resources Portfolio
- BlackRock Energy and Resources Trust
- BlackRock Enhanced Capital and Income Fund, Inc.
- BlackRock Enhanced Equity Dividend Trust
- BlackRock Enhanced Government Fund Inc.
- BlackRock Enhanced International Dividend Trust - Aggregate
- BlackRock Equity Dividend Fund
- BlackRock Equity Dividend V.I. Fund
- BlackRock EuroFund
- BlackRock European Absolute Alpha Fund
- BlackRock European Dynamic Fund - AGG
- BlackRock Fixed Income Global Opportunities Fund
- BlackRock Floating Rate Income Portfolio
- BlackRock Floating Rate Income Strategies Fund Inc.
- BlackRock Floating Rate Income Trust
- BlackRock Frontier Markets Fund - Jacket
- BlackRock Funds II High Yield Bond Portfolio
- BlackRock Funds II, Inflation Protected Bond Portfolio - Aggregate
- BlackRock Global Aggregate ex-Japan Fund
- BlackRock Global Allocation Collective Fund
- BlackRock Global Allocation Fund (Aust)
- BlackRock Global Allocation Fund, Inc
- BlackRock Global Allocation Portfolio (Ins - Series)
- BlackRock Global Allocation Variable Series (V.I.) Fund (Ins - Var Ser)
- BlackRock Global Dividend Portfolio
- BlackRock Global Equity Fund - Higher Performance Portfolio
- BlackRock Global Income Fund
- BlackRock Global Inflation-Linked (USD Hedged)
- BlackRock Global Long/Short Credit Fund - Aggregate
- BlackRock Global Long/Short Equity Fund
- BlackRock Global Market Insight
- BlackRock Global Market Insight Fund B - Jacket
- BlackRock Global Multi Asset Income Fund - Aggregate
- BlackRock Global Opportunities Equity Trust
- iShares Dow Jones Global Titans 50 UCITS ETF (DE)
- iShares Dow Jones Industrial Average (DE
- iShares Dow Jones Industrial Average UCITS ETF (DE)
- iShares Dow Jones U.S. Select Dividend
- iShares Dow Jones U.S. Select Dividend UCITS ETF (DE)
- iShares EM Infrastructure ETF
- iShares EM Local Currency Bd ETF
- iShares Emerging Asia Local Government Bond UCITS ETF
- iShares Emerging Market Infrastructure U
- iShares Emerging Market Infrastructure UCITS ETF
- iShares Emerging Markets Dividend ETF
- iShares Emerging Markets Dividend UCITS
- iShares Emerging Markets Dividend UCITS ETF
- iShares Emerging Markets Government Bond Index Fund (LU)
- iShares Emerging Markets Infrastructure ETF
- iShares Emerging Markets Local Currency Bond ETF
- iShares Emerging Markets Local Government Bond UCITS ETF
- iShares Euro Aggregate Bond UCITS ETF
- iShares Euro Corporate Bond 1-5yr UCITS ETF
- iShares Euro Corporate Bond ex-Financials 1-5yr UCITS ETF
- iShares Euro Corporate Bond ex-Financials UCITS ETF
- iShares Euro Corporate Bond Large Cap UCITS ETF
- iShares Euro Covered Bond UCITS ETF
- iShares EURO Dividend UCITS ETF
- iShares Euro Government Bond 10-15yr UCITS ETF
- iShares Euro Government Bond 1-3yr UCITS ETF
- iShares Euro Government Bond 15-30yr UCITS ETF
- iShares Euro Government Bond 3-5yr UCITS ETF
- iShares Euro Government Bond 5-7yr UCITS ETF
- iShares Euro Government Bond 7-10yr UCITS ETF
- iShares Euro High Yield Corporate Bond UCITS ETF
- iShares Euro Inflation Linked Government Bond UCITS ETF
- iShares EURO STOXX (DE)
- iShares EURO STOXX 50 UCITS ETF (Acc)
- iShares EURO STOXX 50 UCITS ETF (Dist)
- iShares EURO STOXX Health Care (DE)
- iShares EURO STOXX Mid UCITS ETF
- iShares EURO STOXX Small UCITS ETF
- iShares EURO STOXX UCITS ETF (DE)
- iShares EURO Total Market Growth Large U
- iShares EURO Total Market Growth Large UCITS ETF
- iShares EURO Total Market Value Large UC
- iShares EURO Total Market Value Large UCITS ETF
- iShares Europe Dev Real Estate ETF
- iShares Europe Developed Real Estate ETF
- iShares SP Global Water Ind Fd
- iShares SPUSDiv Gwrs Ind CDHgd
- iShares STOXX Europe 50 (DE)
- iShares STOXX Americas 600 Real Estate C
- iShares STOXX Asia Pacific 600 Real Estate Cap UCITS ETF (DE)
- iShares STOXX Asia/Pacific 600 Real Esta
- iShares STOXX EU Enlarged 15 (DE)
- iShares STOXX EU Enlarged 15 UCITS ETF (DE)
- iShares STOXX Europe 50 UCITS ETF
- iShares STOXX Europe 50 UCITS ETF (DE)
- iShares STOXX Europe 600 (DE) (large siz
- iShares STOXX Europe 600 Automobiles & P
- iShares STOXX Europe 600 Automobiles & Parts UCITS ETF (DE)
- iShares STOXX Europe 600 Banks (DE)
- iShares STOXX Europe 600 Banks UCITS ETF (DE)
- iShares STOXX Europe 600 Basic Resources
- iShares STOXX Europe 600 Basic Resources UCITS ETF (DE)
- iShares STOXX Europe 600 Chemicals (DE)
- iShares STOXX Europe 600 Chemicals UCITS ETF (DE)
- iShares STOXX Europe 600 Construction &
- iShares STOXX Europe 600 Construction & Materials UCITS ETF (DE)
- iShares STOXX Europe 600 Financial Servi
- iShares STOXX Europe 600 Financial Services UCITS ETF (DE)
- iShares STOXX Europe 600 Food & Beverage
- iShares STOXX Europe 600 Food & Beverage UCITS ETF (DE)
- iShares STOXX Europe 600 Health Care (DE
- iShares STOXX Europe 600 Health Care UCITS ETF (DE)
- iShares STOXX Europe 600 Industrial Good
- iShares STOXX Europe 600 Industrial Goods & Services UCITS ETF (DE)
- iShares STOXX Europe 600 Insurance (DE)
- iShares STOXX Europe 600 Insurance UCITS ETF (DE)
- iShares STOXX Europe 600 Media (DE)
- iShares STOXX Europe 600 Media UCITS ETF (DE)
- iShares STOXX Europe 600 Oil & Gas (DE)
- iShares STOXX Europe 600 Oil & Gas UCITS ETF (DE)
- iShares STOXX Europe 600 Personal & Hous
- iShares STOXX Europe 600 Personal & Household Goods UCITS ETF (DE)
- iShares STOXX Europe 600 Real Estate Cap
- iShares STOXX Europe 600 Real Estate UCITS ETF (DE)
- iShares STOXX Europe 600 Retail (DE)
- iShares STOXX Europe 600 Retail UCITS ETF (DE)
- iShares STOXX Europe 600 Technology (DE)

- BlackRock Global Opportunities V.I. Fund (Ins - Var Ser)
- BlackRock Global Small Cap Fund
- BlackRock Gold & General Fund - Natural Resources
- BlackRock Greater Europe Investment Trust plc - Investment Portfolio
- BlackRock Growth & Recovery Fund
- BlackRock Health Sciences Master Unit Trust
- BlackRock Health Sciences Opportunities Portfolio
- BlackRock Health Sciences Trust
- BlackRock Hedged Global Small Cap Fund
- BlackRock High Yield Portfolio of BlackRock Series Fund Inc
- BlackRock High Yield V.I. Fund
- BlackRock Income and Growth Investment Trust plc.
- BlackRock International Equity Fund - Aggregate - Pending Closure
- BlackRock International Equity Fund - US Equity Portfolio - Pending Closure
- BlackRock International Fund Global Equity
- BlackRock International Gold Fund
- BlackRock International Opportunities Portfolio
- BlackRock International V.I. Fund of BLK Variable Series Fund
- BlackRock Korea Emerging Europe Fund - Master
- BlackRock Korea Latin American Fund - Master
- BlackRock Korea World Energy Fund - Master
- BlackRock Korea World Gold Fund - Master
- BlackRock Korea World Mining Fund - Master
- BlackRock Latin America Fund Inc.
- BlackRock Latin American Investment Trust plc
- BlackRock LBG DC 'A' Fund - Aggregate
- BlackRock Limited Duration Income Trust - Aggregate
- BlackRock Long-Horizon Equity Fund
- BlackRock Low Duration Bond Portfolio - Aggregate
- BlackRock Managed Income Fund
- Blackrock Managed Volatility Fund
- BlackRock Managed Volatility Fund I
- BlackRock Managed Volatility Fund II
- BlackRock Managed Volatility Fund III
- BlackRock Managed Volatility V.I. Fund of BlackRock Variable Series Fund
- BlackRock Market Advantage Strategy Fund
- BlackRock Mid Cap Dividend Fund of BlackRock Mid Cap Dividend Series, Inc.
- BlackRock Mid-Cap Growth Equity Portfolio
- BlackRock Monthly Income Fund
- BlackRock MSCI ACWI Minimum Volatility Index Fund
- BlackRock MSCI Canada Small Cap Equity Index Fund
- iShares Europe ETF
- iShares European Property Yield UCITS ET
- iShares European Property Yield UCITS ETF
- iShares FTSE 100 (DE)
- iShares FTSE 100 UCITS ETF (DE)
- iShares FTSE 100 UCITS ETF (Dist)
- iShares FTSE 250 UCITS ETF
- iShares FTSE China ETF
- iShares FTSE MIB UCITS ETF (Dist)
- iShares FTSEurofirst 100 UCITS ETF
- iShares FTSEurofirst 80 UCITS ETF
- iShares Gbl Real Estate Idx Fd
- iShares Gl Consumer Discretionary ETF
- iShares Gl Inflation-Linked Bd ETF
- iShares Gl Infrastructure Indx
- iShares Glob Hltcar In ETF C-H
- iShares Global 100 ETF
- iShares Global AAA-AA Government Bond UCITS ETF
- iShares Global Ag Index Fund
- iShares Global Agriculture Index Fund
- iShares Global Clean Energy ETF
- iShares Global Clean Energy UCITS ETF
- iShares Global Completion PB Fund
- iShares Global Consumer Discretionary ETF
- iShares Global Consumer Staples ETF
- iShares Global Corporate Bond EUR Hedged UCITS ETF
- iShares Global Corporate Bond UCITS ETF
- iShares Global Energy ETF
- iShares Global Financials ETF
- iShares Global Government Bond UCITS ETF
- iShares Global Healthcare ETF
- iShares Global High Yield Corp Bond GBP Hedged UCITS ETF
- iShares Global High Yield Corp Bond UCITS ETF
- iShares Global High Yield Corporate Bond ETF
- iShares Global Industrials ETF
- iShares Global Inflation Linked Government Bond UCITS ETF
- iShares Global Inflation-Linked Bond ETF
- iShares Global Infrastructure ETF
- iShares Global Infrastructure Index Fund
- iShares Global Infrastructure UCITS ETF
- iShares Global Materials ETF
- iShares Global Monthly Dividend Index ETF (CAD-Hedged) AGG
- iShares Global Nuclear Energy ETF
- iShares Global Real Estate Index Fund
- iShares Global Tech ETF
- iShares Global Telecom ETF
- iShares STOXX Europe 600 Technology UCITS ETF (DE)
- iShares STOXX Europe 600 Telecommunicati
- iShares STOXX Europe 600 Telecommunications UCITS ETF (DE)
- iShares STOXX Europe 600 Travel & Leisur
- iShares STOXX Europe 600 Travel & Leisure UCITS ETF (DE)
- iShares STOXX Europe 600 UCITS ETF (DE)
- iShares STOXX Europe 600 Utilities (DE)
- iShares STOXX Europe 600 Utilities UCITS ETF (DE)
- iShares STOXX Europe Large 200 (DE)
- iShares STOXX Europe Large 200 UCITS ETF (DE)
- iShares STOXX Europe Mid 200 (DE)
- iShares STOXX Europe Mid 200 UCITS ETF (DE)
- iShares STOXX Europe Select Dividend 30
- iShares STOXX Europe Select Dividend 30 UCITS ETF (DE)
- iShares STOXX Europe Small 200 (DE)
- iShares STOXX Europe Small 200 UCITS ETF (DE)
- iShares STOXX Global Select Dividend 100
- iShares STOXX Global Select Dividend 100 UCITS ETF (DE)
- iShares STOXX North America 600 Real Estate Cap UCITS ETF (DE)
- iShares TecDAX (R) (DE)
- iShares TecDAX UCITS ETF (DE)
- iShares U.S. Corporate Bond CADHED
- iShares U.S. High Dividend Equity Index ETF (CAD-Hedged)
- iShares U.S. High Yield CADHED
- iShares U.S. High Yield Bond Index ETF (CAD-Hedged)
- iShares US Aggregate Bond UCITS ETF
- iShares US Fundamental Index ETF
- iShares US Hi Div Eq CAD-Hed
- iShares US SmallCap Inx ETF CAD-Hdg
- iShs CoreS&P/TSX Comp High Div Idx
- Japan Alpha Tilts Fd B
- Japan Alpha Tilts Fund
- Japan Alpha Tilts Fund L
- Japan Alpha Tilts Fund O
- Japan ex-Controversial Weapons Equity Index Fund B
- JPN xControversial Weapons B
- JTSB #65429-0019 Global Bond
- Large Cap Active Stock Trdg
- LDAC Plus
- LifePath Dynamic 2020 Portfolio - Aggregate
- LifePath Dynamic 2030 Portfolio - Aggregate
- LifePath Dynamic 2040 Portfolio - Aggregate
- LifePath Dynamic Retirement Portfolio - Aggregate
- Long Duration Alpha Plus Bond Fund
- Long Duration Alpha Plus Fund

**Exhibit A**

- BlackRock MSCI Canada Small Cap Equity Index Fund B
- BlackRock MSCI Canada Small Cap Equity Index Non-Lendable Fund
- BlackRock MSCI EAFE Equity Index Non-Lendable Fund
- BlackRock MSCI EAFE Equity Index Non-Lendable Fund B
- BlackRock MSCI EAFE Equity Index RSL Fund
- BlackRock MSCI EAFE Small Cap Equity Index Fund
- BlackRock MSCI EAFE Small Cap Equity Index Fund B
- BlackRock MSCI EAFE Small Cap Equity Index Non-Lendable Fund
- BlackRock MSCI EMU IMI Index Fund B
- BlackRock MSCI Eq NL B Canada
- BlackRock MSCI Equity Index Non-Lendable Fund - Canada
- BlackRock MSCI Equity Index Non-Lendable Fund B - Canada
- BlackRock MSCI Europe Equity Index Fund B
- BlackRock Multi-Asset Income Portfolio of BlackRock Funds II
- BlackRock Multi-Sector Income Trust - Aggregate
- BlackRock Natural Resources Growth & Income Fund
- BlackRock Natural Resources Trust
- Blackrock North American Income Trust Plc
- BlackRock Overseas Fund - Global Equity ex UK - Pending Closure
- BlackRock Pacific Fund Inc.
- BlackRock Resources and Commodities Strategy Trust - Aggregate
- BlackRock Science & Technology Opportunities Portfolio of BlackRock Funds
- BlackRock Scientific Hedged International Equity Fund
- BlackRock Scientific International Equity Fund
- BlackRock Smaller Companies Trust plc - Investment Portfolio
- BlackRock Strategic Global Bond Fund, Inc. - Aggregate
- BlackRock Strategic Income Opportunities Portfolio
- BlackRock Tactical Growth Fund
- BlackRock Tactical Opportunities Fund
- BlackRock Throgmorton Trust plc
- BlackRock Total Factor Fund
- BlackRock Total Return Portfolio (Ins - Series)
- BlackRock Total Return V.I. Portfolio (Ins - Var Ser)
- BlackRock U.S. Government Bond Portfolio of BlackRock Funds II
- BlackRock U.S. Opportunities Portfolio
- BlackRock UK Absolute Alpha Fund- Aggregate
- BlackRock UK Dynamic Fund - Pending Closure
- BlackRock UK Emerging Companies Hedge Fund
- BlackRock UK Equity Fund - Aggregate
- iShares Global Timber & Forestry ETF
- iShares Global Timber & Forestry UCITS E
- iShares Global Timber & Forestry UCITS ETF
- iShares Global Utilities ETF
- iShares Global Water UCITS ETF
- iShares Gold Bullion ETF
- iShares Gold Producers UCITS ETF
- iShares Growth Core PB Fund
- iShares India Index ETF
- iShares INMEX Total Return TR
- iShares INMEX Total Return TRAC
- iShares International Dev Real Estate ET
- iShares International Developed Property ETF
- iShares International Developed Real Estate ETF
- iShares International Fundamental Index Fund
- iShares International High Yield Bond ETF
- iShares International Inflation-Linked Bond ETF
- iShares International Preferred Stock ETF
- iShares International Select Div ETF
- iShares International Select Dividend ETF
- iShares International Treasury Bond ETF
- iShares Intl Developed Property ETF
- iShares Intl Fndmntl Index Fd
- iShares Intl Inflation-Linked Bd ETF
- iShares Intl Preferred Stock ETF
- iShares Intl Treasury Bond ETF
- iShares IPC CompMX TR
- iShares IPC Large Cap Total Return Trac
- iShares IPC Large Cap TR
- iShares J. P. Morgan $ EM Bond EUR Hedged UCITS ETF
- iShares J.P. Morgan $ Emerging Markets Bond UCITS ETF
- iShares Jantzi Social Index Fund
- iShares Japan Fundamental Index Fund (CAD-Hedged)
- iShares Japan Large-Cap ETF
- iShares JP Fdmntal Indx CADHgd
- iShares JPM EM Bond $C-hedged
- iShares JPX-Nikkei 400 ETF
- iShares Latin America 40 ETF
- iShares Listed Private Equity UCITS ETF USD (Dist) AGG
- iShares MSCI  AC Asia ex Japan Index ETF
- iShares MSCI AC Asia ex Japan ETF
- iShares MSCI AC Asia ex Japan Index ETF
- iShares MSCI AC Asia IT ETF
- iShares MSCI AC Asia xJapan SC ETF
- iShares MSCI AC Far East ex-Japan Small
- iShares MSCI AC Far East ex-Japan Small Cap UCITS ETF
- iShares MSCI AC Far East ex-Japan UCITS
- Long Duration AlphaCredit Plus Bond Fund
- Market Advantage Collective Non-Lendable Fund
- Market Advantage, Ltd.
- Master International Index Series of Quantitative Master Series LLC
- Master Intl Index QMST
- Master Total Return Portfolio of Master Bond LLC - Aggregate
- MIP International Index
- MIP Lifepath 2010
- MSCI Canada Small Cap Index Fund
- MSCI Canada Small Cap Index Fund B
- MSCI EAFE Index RSL Fund
- MSCI EAFE SY Index Fund
- MSCI EMU IMI Index Fund B
- MSCI Eq Index Fd B-Argentina
- MSCI Eq Index Fd B-Austria
- MSCI Eq Index Fd B-Belgium
- MSCI Eq Index Fd B-Brazil
- MSCI Eq Index Fd B-Canada
- MSCI Eq Index Fd B-Chile
- MSCI Eq Index Fd B-China
- MSCI Eq Index Fd B-Czech Rep
- MSCI Eq Index Fd B-Denmark
- MSCI Eq Index Fd B-Egypt
- MSCI Eq Index Fd B-Finland
- MSCI Eq Index Fd B-France
- MSCI Eq Index Fd B-Germany
- MSCI Eq Index Fd B-Greece
- MSCI Eq Index Fd B-Hong Kong
- MSCI Eq Index Fd B-Hungary
- MSCI Eq Index Fd B-India
- MSCI Eq Index Fd B-Indonesia
- MSCI Eq Index Fd B-Ireland
- MSCI Eq Index Fd B-Israel
- MSCI Eq Index Fd B-Italy
- MSCI Eq Index Fd B-Malaysia
- MSCI Eq Index Fd B-Mexico
- MSCI Eq Index Fd B-Neth
- MSCI Eq Index Fd B-Norway
- MSCI Eq Index Fd B-NZ
- MSCI EQ Index Fd B-Pakistan
- MSCI Eq Index Fd B-Peru
- MSCI Eq Index Fd B-Philippines
- MSCI Eq Index Fd B-Poland
- MSCI Eq Index Fd B-Portugal
- MSCI Eq Index Fd B-Russia

**Exhibit A**

- BlackRock UK Focus Fund
- BlackRock UK Fund
- BlackRock UK Income Fund
- BlackRock UK Smaller Companies Fund
- BlackRock UK Special Situations Fund
- BlackRock UK Specialist Fund
- BlackRock US Dynamic Fund
- Blackrock US Equity Tracker Fund
- BlackRock US Opportunities Fund
- BlackRock Utility and Infrastructure Trust
- BlackRock World Mining Trust plc
- BlackRock Yen LIBOR Fund
- BLK ACWI exUS Index Mutual Fd
- BLK CDN MSCI EAFE Eq Index Fund
- BLK CDN MSCI EAFE Index Cl D
- BLK CDN MSCI EAFE Index Hgd Fund
- BLK CDN R3000 Index Hedged
- BLK CDN US Equity Index NonTax Cl A
- BLK MSCI CAD Small Cap EQ NL
- BLK MSCI World ex US MIN Vol Inx Fd
- BLK Scientific Hdg Int Eq Fund
- BPF Hong Kong Equity Index Fund
- BR MSCI ACWI Min Vol Index
- BSF - BlackRock Asia Extension Fund - Aggregate
- BSF - BlackRock European Absolute Return Fund - Aggregate
- BSF - BlackRock European Opportunities Extension Fund
- BSF - BlackRock Fixed Income Strategies Fund - Aggregate
- BSF - BlackRock Global Absolute Return Bond Fund - Aggregate
- BSF BlackRock Americas Diversified Equity Absolute Return Fund - Aggregate
- BSF BlackRock Dynamic Diversified Growth Fund Aggregate
- BSF BlackRock Emerging Markets Absolute Return Fund Aggregate
- BSF BlackRock Emerging Markets Allocation Fund - Aggregate
- BSF BlackRock European Credit Strategies Fund - Aggregate
- BSF BlackRock European Diversified Equity Absolute Return Fund Aggregate
- BSF Emerging Markets Flexi Dynamic Bond Fund
- BSF European Constrained Credit Strategies Fund - Aggregate
- Cadbury Hedge Fund Alternatives Portfolio - Aggregate
- Canada Alpha Tilts Fund
- Canada Alpha Tilts Fund B
- Canada ex-Controversial Weapons Equity Index Fund B
- Canada Market Neutral Fund B - Aggregate
- iShares MSCI AC Far East ex-Japan UCITS ETF
- iShares MSCI AC World Min Vol ETF
- iShares MSCI ACWI ETF
- iShares MSCI ACWI ex U.S. ETF
- iShares MSCI ACWI Min Vol
- iShares MSCI ACWI UCITS ETF
- iShares MSCI ACWI xUS Cons Disc ETF
- iShares MSCI ACWI xUS Cons St ETF
- iShares MSCI ACWI xUS Energy ETF
- iShares MSCI ACWI xUS Fin ETF
- iShares MSCI ACWI xUS Hlthcre ETF
- iShares MSCI ACWI xUS Ind ETF
- iShares MSCI ACWI xUS IT ETF
- iShares MSCI ACWI xUS Materials ETF
- iShares MSCI ACWI xUS Tele Svs ETF
- iShares MSCI ACWI xUS Util ETF
- iShares MSCI All Country Asia ex Japan ETF
- iShares MSCI All Country World Minimum Volatility ETF
- iShares MSCI All Country World Minimum Volatility Index Fund
- iShares MSCI All Peru Capped ETF
- iShares MSCI Asia APEX Mid Cap Index ETF
- iShares MSCI Asia APEX Small Cap Index ETF
- iShares MSCI Australia ETF
- iShares MSCI Australia SC ETF
- iShares MSCI Australia UCITS ETF
- iShares MSCI Austria Capped ETF
- iShares MSCI Belgium Capped ETF
- iShares MSCI Brazil Capped ETF
- iShares MSCI Brazil Index Fund
- iShares MSCI Brazil Small-Cap ETF
- iShares MSCI Brazil UCITS ETF (Dist)
- iShares MSCI BRIC ETF
- iShares MSCI Canada ETF
- iShares MSCI Canada Min Vol
- iShares MSCI Canada Minimum Volatility Index Fund
- iShares MSCI Canada SC ETF
- iShares MSCI Canada UCITS ETF
- iShares MSCI China ETF
- iShares MSCI China Small-Cap ETF
- iShares MSCI Colombia Cap
- iShares MSCI Colombia Capped ETF
- iShares MSCI Denmark Capped ETF
- iShares MSCI EAFE ETF
- iShares MSCI EAFE Growth ETF
- iShares MSCI EAFE IMI ETF
- iShares MSCI EAFE Index CADHED
- MSCI Eq Index Fd B-S Korea
- MSCI Eq Index Fd B-Singapore
- MSCI Eq Index Fd B-South Africa
- MSCI Eq Index Fd B-Spain
- MSCI Eq Index Fd B-Sweden
- MSCI Eq Index Fd B-Switz
- MSCI Eq Index Fd B-Switzerland
- MSCI Eq Index Fd B-Taiwan
- MSCI Eq Index Fd B-Thailand
- MSCI Eq Index Fd B-Turkey
- MSCI Eq Index Fd B-UK
- MSCI Eq Index Fd-Australia
- MSCI Eq Index Fd-Austria
- MSCI Eq Index Fd-Belgium
- MSCI Eq Index Fd-Canada
- MSCI Eq Index Fd-Denmark
- MSCI Eq Index Fd-Finland
- MSCI Eq Index Fd-France
- MSCI Eq Index Fd-Germany
- MSCI Eq Index Fd-Greece
- MSCI Eq Index Fd-Hong Kong
- MSCI Eq Index Fd-Ireland
- MSCI Eq Index Fd-Italy
- MSCI Eq Index Fd-Japan
- MSCI Eq Index Fd-Malaysia
- MSCI Eq Index Fd-Mexico
- MSCI Eq Index Fd-Netherlands
- MSCI Eq Index Fd-New Zealand
- MSCI Eq Index Fd-Norway
- MSCI Eq Index Fd-Portugal
- MSCI Eq Index Fd-Singapore
- MSCI Eq Index Fd-Spain
- MSCI Eq Index Fd-Sweden
- MSCI Eq Index Fd-Switzerland
- MSCI Eq Index Fd-Turkey
- MSCI Eq Index Fd-UK
- MSCI Eq Index NL Fd - Canada
- MSCI Eq Indx Fd B-Colombia
- MSCI Equity Index Fund B - Morocco
- MSCI Equity Index Fund B-Australia
- MSCI Equity Index Fund B-Japan
- MSCI Europe Eq Index Fd B
- Multi Cur Alpha Tilts SS B
- NAFTRAC
- Nikkei (T+1)
- Pacific Rim ex-Japan ex-Controversial Weapons Equity Index Fund B

- CDN xControversial Weapons B
- CoreAlpha Bond Fund E
- CoreAlpha Bond Master Port
- CoreAlpha Bond Master Portfolio
- CorePlus Bond Fd B
- CorePlus Bond Fund B
- Currency Selection Developed Markets AGG
- Currency Selection Emerging Markets AGG
- Dev ex-US Real Estate NL Fund
- Developed ex-US RE Index Fd B
- Developed ex-US RE Index Fund
- Developed ex-US Real Estate Index Fund
- Developed Real Estate Index Non-Lendable Fund
- Developed Real Estate NL
- EAFE A Multi-Cntry Portfolio
- EAFE Curr Hedged Eq Indx Fd
- EAFE Eq. Value Index
- EAFE Equity Growth Index Fund
- EAFE Equity Index Fund E
- EAFE Equity Index Fund F
- EAFE Equity Index Fund P
- EAFE Equity Index NL Fund
- EAFE Equity Index NL Fund B
- EAFE Equity Index NL Fund F
- EAFE SF Equity Index Fund
- EAFE Small Cap Eq Index Fd B
- EAFE Small Cap Eq Index Fund
- EAFE Small Cap Eq Index NL Fund
- EAFE Sudan Free Equity Index Fund
- EBIG Bond Fund B Non-Erisa
- EM Eq Index Master Fund
- EM Local Bond Index Fund B
- EM Small Cap Equity Index Fd
- EM Small Cap NL Fund
- EM Small Cap NL Fund B
- EM xControversial Weapons B
- Emerging Markets Alpha Fund B - Jacket
- Emerging Markets Alpha Master Fund Ltd.
- iShares MSCI EAFE Min Vol
- iShares MSCI EAFE Min Vol ETF
- iShares MSCI EAFE Minimum Volatility ETF
- iShares MSCI EAFE Minimum Volatility Index Fund
- iShares MSCI EAFE Small-Cap ETF
- iShares MSCI EAFE Value ETF
- iShares MSCI Eastern Europe Capped UCITS
- iShares MSCI Eastern Europe Capped UCITS ETF
- iShares MSCI EM Asia ETF
- iShares MSCI EM Asia UCITS ETF
- iShares MSCI EM Cons Disc ETF
- iShares MSCI EM Eastern Europe ETF
- iShares MSCI EM EMEA ETF
- iShares MSCI EM Energy Capped ETF
- iShares MSCI EM Financials ETF
- iShares MSCI EM Growth ETF
- iShares MSCI EM IMI Index ETF
- iShares MSCI EM Index ETF
- iShares MSCI EM Lat Am ETF
- iShares MSCI EM Latin America UCITS ETF
- iShares MSCI EM Latin America UCITS ETF (Dist)
- iShares MSCI EM Materials ETF
- iShares MSCI EM Min Vol ETF
- iShares MSCI EM Small-Cap ETF
- iShares MSCI EM Value ETF
- iShares MSCI Emer Mkts Min Vo
- iShares MSCI Emerging Markets Asia ETF
- iShares MSCI Emerging Markets ETF
- iShares MSCI Emerging Markets Index
- iShares MSCI Emerging Markets Index ETF
- iShares MSCI Emerging Markets Islamic UC
- iShares MSCI Emerging Markets Islamic UCITS ETF
- iShares MSCI Emerging Markets Latin America ETF
- iShares MSCI Emerging Markets Minimum Vo
- iShares MSCI Emerging Markets Minimum Volatility ETF
- iShares MSCI Emerging Markets Minimum Volatility Index Fund
- Pac-Rim xJPN xCW B
- Pan Asia Opportunities Fund B - Jacket
- PAO Master - UBS Short
- Q-BLK ARS III - Institutional, Ltd.
- R3 Capital
- Risk Arbitrage Fund B
- Russell Dev xUS LargeCap NL
- Russell Dev xUS LargeCap NL B
- Russell Developed ex-U.S. Large Cap Index Non-Lendable Fund
- Russell Developed ex-U.S. Large Cap Index Non-Lendable Fund B
- Strategic Income Opportunities Bond Fund
- Swiss Performance Index NL B
- The 32 Capital Yen Fund LTD
- The Obsidian Fund - Aggregate
- Total Int ex U.S. Index Mstr Port
- Total International ex U.S. Index Master Portfolio
- U.S. Long Corporate Bond Fund
- UK Alpha Tilts Fund L
- UK Alpha Tilts Fund O
- UK Long-Short Fund
- US Basic Value Open Mother Fund (9810)
- US Core Bond Mother Fund (9834)
- US Small Cap Growth Stock Mother Fund (9802)
- Wells Fargo Int''l Index S/A
- Wells Fargo Outlook 2040
- World Alpha Tilts Fund B
- World Alpha Tilts NL B
- World Alpha Tilts Non-Lendable Fund B
- World Bond Mother Fund (JPY Hedged) (9816)
- World Bond Mother Fund (Unhedged) (9815)
- World ex-U.S. Index Fund A2
- World ex-US Alpha Tilts
- World ex-US Alpha Tilts B
- World ex-US Alpha Tilts Fund L
- World ex-US Alpha Tilts L
- World ex-US Small Cap Plus Fund - Jacket
- World xUS Tilts Fund O

**11. Blaise Nkufo a/o Adrienne Nkufo**

- Blaise Nkufo
- Adrienne Nkufo

**12. BlueCrest Capital Management**

- BlueCrest Capital Management
- BlueCrest Capital International Master Fund Limited
- BlueCrest Capital International Limited
- BlueCrest Capital LP
- BlueCrest Multi Strategy Credit Master Fund Limited
- BlueCrest Volatility Arbitrage Master Fund Limited
- Alignment Global Fund
- BSMA Limited
- BlueCrest Capital Management (UK) LLP
- BlueCrest Capital Management Guernsey LP
- BlueCrest Capital Management (Singapore) Pte. Ltd
- BlueCrest Capital Management Brasil Limitada

- BlueCrest Strategic Limited
- BlueCrest Emerging Markets Fund Limited
- BlueCrest Emerging Markets Master Fund Limited
- BlueCrest Mercantile Master Fund Limited
- BlueCrest Special Situations Master Fund Limited
- BlueCrest Equity Strategies Master Fund Limited
- BlueCrest Capital Management Limited
- BlueCrest Capital Management (New York) LP
- BlueCrest Capital Management (Boston) LP
- BlueCrest Capital Management (Canada) Limited
- BlueCrest Capital Management (Hong Kong) Limited
- BlueCrest Capital Management Jersey Limited
- BlueCrest Capital Management LP

**13. Brevan Howard**

- Brevan Howard
- Brevan Howard Multi-Strategy Master Fund Limited
- Brevan Howard Master Fund Limited
- Brevan Howard Asia Master Fund Limited
- Brevan Howard Strategic Opportunities Fund Limited
- Brevan Howard Strategic Macro Master Fund Limited
- Brevan Howard Emerging Markets Strategies Master Fund Limited
- WCG Strategies Fund Limited
- Brevan Howard Equities Strategies Master Fund Limited

**14. CalSTRS**

- California State Teachers' Retirement System

**15. Centricus Asset Management Limited (f/k/a Halkin Asset Management Limited)**

- Centricus Asset Management Limited
- Halkin Asset Management Limited
- Eurofin Capital SICAV SIF SCA Eurof Ldn

**16. Charlotte Katharina Marianne Rahn**

- Charlotte Katharina Marianne Rahn

**17. China Foreign Exchange Trade System (National Interbank Funding Center)**

- China Foreign Exchange Trade System (National Interbank Funding Center)

**18. Commonwealth Bank of Australia**

- Commonwealth Bank of Australia

**19. Eduardo Negrete Franco**

- Eduardo Negrete Franco

**20. Effissimo Capital Management Pte. Ltd. as management company of ECM Master Fund**

- Effissimo Capital Management Pte. Ltd.
- ECM Master Fund

**21. Fexco Merchant Services Unlimited Company**

- Fexco Merchant Services Unlimited Company

**22. Fexco Unlimited Company**

- Fexco Unlimited Company

**23. Gervasio Negrete Franco**

- Gervasio Negrete Franco

**24. Hamburger Sparkasse AG**

- Hamburger Sparkasse AG

**25. Herald Fund SPC (In Official Liquidation)**

- Herald Fund SPC

**26. Lion Television**

- Lion Television Inc.
- Lion Television LLC
- Lion Television Limited

**27. Mario Alberto Angelastro & Ernestina Maria Angela Di Leo**

Exhibit A

- Mario Alberto Angelastro
- Ernestina Maria Angela Di Leo

**28. Massachusetts Pension Reserve Investment Management Board ("PRIM")**

- Massachusetts Pension Reserve Investment Management Board ("PRIM")
- Pension Reserves Investment Trust Fund
- Health Care Security Trust

**29. Mitsubishi Corporation**

- Mitsubishi Corporation

**30. Norges Bank**

- Norges Bank

**31. Pacific Investment Management Company LLC ("PIMCO")**

- Pacific Investment Management Company LLC
- PIMCO Australia Management Limited as responsible entity for PIMCO Australian Short-Term Bond Fund
- PIMCO BRAVO Fund L.P.
- Catamount Partners LP
- PIMCO CommoditiesPLUS Collective Trust
- PIMCO Core Plus Bond Fund
- PIMCO Global Advantage Strategy Collective Trust
- PIMCO Real Return Collective Trust II
- PIMCO Real Return Strategy Fund
- PIMCO RealEstatePLUS Collective Trust
- PIMCO Total Return Collective Trust
- PIMCO Unconstrained Bond Collective Trust
- PIMCO Combined Alpha Strategies Master Fund LDC
- Combined Alpha Strategies Fund - Euro Credit Sleeve
- Combined Alpha Strategies Fund - Invest Grade Sleeve
- Combined Alpha Strategies Fund - LBAG Sleeve
- PIMCO Distressed Credit Fund B L.P.
- PIMCO Distressed Credit Fund L.P.
- PIMCO Distressed Credit Fund Offshore Investments L.P.
- PIMCO Distressed Senior Credit Opportunities Fund II L.P.
- PIMCO Equity Series: PIMCO Dividend and Income Builder Fund
- PIMCO Select Funds plc Dynamic Global Investment Grade Credit Fund
- PIMCO Fixed Income Source ETFs plc PIMCO Emerging Markets Advantage Local Bond Index Source UCITS ETF
- PIMCO Fixed Income Source ETFs plc PIMCO Euro Short Maturity Source UCITS ETF
- PIMCO Fixed Income Source ETFs plc PIMCO Sterling Short Maturity Source UCITS ETF
- PIMCO BRAVO Fund II L.P.
- Fixed Income SHares: Series C
- Fixed Income SHares: Series M
- Fixed Income SHares (Series R)
- PIMCO Global Credit Opportunity Master Fund LDC
- PIMCO Absolute Return Strategy IV Master Fund LDC with respect to its Class relating to the Sterling Institutional Class of the PIMCO Absolute Return Strategies IV Offshore Fund I Ltd.
- PIMCO Absolute Return Strategy IV Master Fund LDC with respect to its Class relating to the Yen Institutional Class of the PIMCO Absolute Return Strategies IV Offshore Fund I Ltd.
- PIMCO Absolute Return Strategy V Master Fund LDC with respect to its Class relating to the Euro Institutional Class of the PIMCO Absolute Return Strategies V Offshore Fund Ltd.
- PIMCO ETF Trust: PIMCO Active Bond Exchange-Traded Fund
- PIMCO Cayman Trust: PIMCO Asia High Income Bond Fund
- PIMCO Cayman Trust: PIMCO Asia High Income Bond Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Australian Bond Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Diversified Fixed Interest Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Emerging Markets Bond Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Global Bond Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Global Credit Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Global Real Return Fund
- PIMCO Australia Management Limited as responsible entity for PIMCO Target Return Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda Bank Loan Fund A
- PIMCO Bermuda Trust II: PIMCO Bermuda Bank Loan Fund (M)
- PIMCO Bermuda Trust II: PIMCO Bermuda Bank Loan Fund B
- PIMCO Bermuda Trust IV: PIMCO Bermuda Brazil Corporate Bond Fund
- PIMCO Bermuda Trust IV: PIMCO Bermuda Brazil
- PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund
- PIMCO Commodity Alpha Master Fund Ltd.
- PIMCO Funds: PIMCO CommodityRealReturn Strategy Fund®
- PIMCO Corporate & Income Opportunity Fund
- PIMCO Corporate & Income Strategy Fund
- PIMCO Fixed Income Source ETFs plc PIMCO Covered Bond Source UCITS ETF
- PIMCO Funds: PIMCO Credit Absolute Return Fund
- PIMCO Funds: PIMCO Diversified Income Fund
- PIMCO Dynamic Credit and Mortgage Income Fund
- PIMCO Dynamic Income Fund
- PIMCO Bermuda Trust II: PIMCO Emerging Bond Income Fund III
- PIMCO Funds: PIMCO Emerging Local Bond Fund
- PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund (M)
- PIMCO Funds: PIMCO Emerging Markets Bond Fund
- PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund (Yen-Hedged)
- PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund III
- PIMCO Funds: PIMCO Emerging Markets Corporate Bond Fund
- PIMCO Funds: PIMCO Emerging Markets Currency Fund
- PIMCO Equity Series: PIMCO EqS Long/Short Fund
- PIMCO Funds: PIMCO Extended Duration Fund
- PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)
- PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged)
- PIMCO Funds: Global Investors Series plc StocksPLUS Fund (GBP Hedged Share class)
- PIMCO Global Advantage Strategy Bond Fund (Canada)
- PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund
- PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-

- PIMCO Funds: Global Investors Series plc PIMCO Capital Securities Fund
- PIMCO Funds: Global Investors Series plc Commodity Real Return Fund
- PIMCO Funds: Global Investors Series plc PIMCO Credit Absolute Return Fund
- PIMCO Funds: Global Investors Series plc PIMCO Credit Absolute Return Fund
- PIMCO Funds: Global Investors Series plc Diversified Income Duration Hedged Fund
- PIMCO Funds: Global Investors Series plc Diversified Income Fund
- PIMCO Funds: Global Investors Series plc Emerging Asia Bond Fund
- PIMCO Funds: Global Investors Series plc Emerging Local Bond Fund
- PIMCO Funds: Global Investors Series plc Emerging Markets Bond Fund
- PIMCO Funds: Global Investors Series plc Emerging Markets Corporate Bond Fund
- PIMCO Funds: Global Investors Series plc Emerging Markets Short-Term Local Currency Fund
- PIMCO Funds: Global Investors Series plc PIMCO Emerging Multi-Asset Fund
- PIMCO Funds: Global Investors Series plc Euro Bond Fund
- PIMCO Funds: Global Investors Series plc Euro Bond Fund
- PIMCO Funds: Global Investors Series plc Euro Credit Fund
- PIMCO Funds: Global Investors Series plc Euro Income Bond Fund
- PIMCO Funds: Global Investors Series plc Euro Long Average Duration Fund
- PIMCO Funds: Global Investors Series plc Euro Low Duration Fund
- PIMCO Funds: Global Investors Series plc Euro Short-Term Fund
- PIMCO Funds: Global Investors Series plc Global Advantage Fund
- PIMCO Funds: Global Investors Series plc Global Advantage Fund
- PIMCO Funds: Global Investors Series plc Global Advantage Real Return Fund
- PIMCO Funds: Global Investors Series plc Global Advantage Real Return Fund
- PIMCO Funds: Global Investors Series plc Global Bond Ex-US Fund
- PIMCO Funds: Global Investors Series plc Global Bond Fund
- PIMCO Funds: Global Investors Series plc Global Investment Grade Credit Fund

Government Bond Fund

- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Markets and Infrastructure Bond Fund A
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Markets and Infrastructure Bond Fund B
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Markets and Infrastructure Bond Fund (M)
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Market High Yield Corporate Bond Fund B
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Market High Yield Corporate Bond Fund (M)
- PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund II
- PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund (JITF)
- PIMCO Bermuda Trust II: PIMCO Bermuda Emerging Markets Bond Fund (M)
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Market High Yield Corporate Bond Fund A
- PIMCO Bermuda Trust: PIMCO Euro Total Return Fund
- PIMCO Bermuda Trust: PIMCO Bermuda Foreign Low Duration Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda U.S. High Yield Fund II (M)
- PIMCO Bermuda Trust II: PIMCO Emerging Bond Income Fund
- PIMCO Bermuda Trust II: PIMCO Emerging Bond (Yen-Hedged) Income Fund
- PIMCO Bermuda Trust II: PIMCO Emerging Bond Income Fund (M)
- PIMCO Bermuda Trust II: PIMCO U.S. High Yield (Yen-Hedged) Fund II
- PIMCO Bermuda Trust II: PIMCO World High Income
- PIMCO Bermuda Trust II: PIMCO Emerging Bond Income Fund II
- PIMCO Bermuda Trust II: PIMCO Bermuda Emerging Markets Bond Fund II
- PIMCO Bermuda Trust II: PIMCO Bermuda JGB Floater Foreign Strategy Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda JGB Floater US Strategy Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda U.S. High Yield Fund
- PIMCO Bermuda Trust II: PIMCO U.S. High Yield (Yen-Hedged) Fund
- PIMCO Bermuda Trust II: PIMCO U.S. High Yield Strategy

Hedged)

- PIMCO Funds: PIMCO Global Bond Fund (Unhedged)
- PIMCO Funds: PIMCO Global Multi-Asset Fund
- PIMCO Variable Insurance Trust: PIMCO Global Multi-Asset Managed Allocation Portfolio
- PIMCO Global StocksPLUS & Income Fund
- PIMCO High Income Fund
- PIMCO Funds: PIMCO High Yield Fund
- PIMCO Funds: PIMCO High Yield Spectrum Fund
- PIMCO Funds: PIMCO Income Fund
- PIMCO Income Opportunity Fund
- PIMCO Income Strategy Fund
- PIMCO Income Strategy Fund II
- PIMCO Funds: PIMCO Inflation Response Multi-Asset Fund
- PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund
- PIMCO Large Cap StocksPLUS Absolute Return Fund
- PIMCO Loan Interests and Credit Master Fund Ltd.
- PIMCO Funds: PIMCO Long Duration Total Return Fund
- PIMCO Funds: PIMCO Long-Term Credit Fund
- PIMCO Funds: PIMCO Low Duration ESG Fund
- PIMCO Funds: PIMCO Low Duration Fund
- PIMCO Funds: PIMCO Low Duration Income Fund
- PIMCO Funds: PIMCO Moderate Duration Fund
- PIMCO Monthly Income Fund (Canada)
- PIMCO Funds: PIMCO Mortgage Opportunities Fund
- PIMCO Multi-Asset Volatility Master Fund Ltd.
- PIMCO Multi-Asset Volatility Offshore Fund II Ltd.
- PIMCO Funds: PIMCO RAE Fundamental Advantage PLUS Fund
- PIMCO Funds: PIMCO RAE Fundamental PLUS EMG Fund
- PIMCO Funds: PIMCO RAE Fundamental PLUS Fund
- PIMCO Funds: PIMCO RAE Fundamental PLUS International Fund
- PIMCO Funds: PIMCO RAE Fundamental PLUS Small Fund
- PIMCO Funds: PIMCO RAE Worldwide Fundamental Advantage PLUS Fund
- PIMCO Funds: PIMCO Real Return Asset Fund
- PIMCO Funds: PIMCO Real Return Fund
- PIMCO Funds: PIMCO RealEstateRealReturn Strategy Fund
- PIMCO Funds: PIMCO RealPath® 2020 Fund
- PIMCO Funds: PIMCO RealPath® 2025 Fund
- PIMCO Funds: PIMCO RealPath® 2030 Fund
- PIMCO Funds: PIMCO RealPath® 2035 Fund
- PIMCO Funds: PIMCO RealPath® 2040 Fund
- PIMCO Funds: PIMCO RealPath® 2045 Fund
- PIMCO Funds: PIMCO RealPath® 2050 Fund

- PIMCO Funds: Global Investors Series plc Global High Yield Bond Fund
- PIMCO Funds: Global Investors Series plc Global Investment Grade Credit Fund
- PIMCO Funds: Global Investors Series plc Global Multi-Asset Fund
- PIMCO Funds: Global Investors Series plc Global Real Return Fund
- PIMCO Funds: Global Investors Series plc Income Fund
- PIMCO Funds:  Global Investors Series plc Income Fund
- PIMCO Funds: Global Investors Series plc Inflation Strategy Fund
- PIMCO Funds: Global Investors Series plc Low Average Duration Fund
- PIMCO Funds: Global Investors Series plc PIMCO RAE Fundamental PLUS Emerging Markets Fund
- PIMCO Funds: Global Investors Series plc PIMCO RAE Fundamental PLUS Global Developed Fund
- PIMCO Funds: Global Investors Series plc PIMCO RAE Fundamental PLUS US Fund
- PIMCO Funds: Global Investors Series plc Socially Responsible Emerging Markets Bond Fund
- PIMCO Funds: Global Investors Series plc StocksPLUS™ Fund
- PIMCO Funds: Global Investors Series plc Strategic Income Fund
- PIMCO Funds: Global Investors Series plc Total Return Bond Fund
- PIMCO Funds: Global Investors Series plc UK Corporate Bond Fund
- PIMCO Funds: Global Investors Series plc UK Long Term Corporate Bond Fund
- PIMCO Funds: Global Investors Series plc Unconstrained Bond Fund
- PIMCO Funds: Global Investors Series plc US High Yield Bond Fund
- PIMCO Combined Alpha Strategies Master Fund LDC with respect to its Class relating to US Government/Credit Overlay Share Class of PIMCO Combined Alpha Strategies Offshore Fund Ltd.
- LVS I LLC
- LVS II LLC
- LVS II Offshore L.P.
- LVS Offshore I L.P.
- PIMCO Multi-Sector Strategy Fund Ltd.
- PIMCO Offshore Funds: PIMCO Offshore Funds Overlay Strategies Fund X
- PIMCO Offshore Funds: PIMCO Offshore Funds Overlay Strategies Fund XI Fund
- PIMCO Bermuda Trust II: PIMCO U.S. High Yield Strategy Fund II
- PIMCO Bermuda Trust IV: PIMCO Bermuda Brazil Corporate Bond Fund (M)
- PIMCO Bermuda Trust IV: PIMCO Bermuda Brazil Government Bond Fund (M)
- PIMCO Bermuda Trust IV: PIMCO Emerging Bond Strategy Fund
- PIMCO Bermuda Trust IV: PIMCO Bermuda Emerging Currency High Income Fund
- PIMCO Bermuda Trust IV: PIMCO Bermuda Global Bond Ex-Japan Fund
- PIMCO Bermuda Trust IV: PIMCO Global Bond Strategy Fund
- PIMCO Bermuda Trust IV: PIMCO Global High Yield Strategy Fund
- PIMCO Bermuda Trust IV: PIMCO U.S. High Yield Strategy Fund B
- PIMCO Bermuda Trust IV: PIMCO U.S. High Yield Strategy Fund A
- PIMCO Bermuda Trust: PIMCO Real Return Fund
- PIMCO Bermuda Trust II: PIMCO Bermuda U.S. High Yield Fund (M)
- PIMCO Bermuda Trust: PIMCO Bermuda U.S. Low Duration Fund
- PIMCO Canada Canadian CorePLUS Bond Trust
- PIMCO Canada Canadian CorePLUS Long Bond Trust
- PIMCO Canada Canadian Tactical Bond Trust
- PIMCO Canadian Short Term Bond Fund
- PIMCO Canadian Total Return Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Australian Corporate Fund
- PIMCO Cayman Trust: PIMCO Cayman Australian Multi-Sector Fund
- PIMCO Cayman Trust:  PIMCO Cayman Bank Loan Fund
- PIMCO Cayman Trust: PIMCO Cayman Bank Loan Fund
- PIMCO Cayman Commodity Fund I Ltd.
- PIMCO Cayman Commodity Fund III Ltd.
- PIMCO Cayman Commodity Fund VII Ltd.
- PIMCO Cayman Commodity Portfolio I Ltd.
- PIMCO Cayman Trust: PIMCO Cayman Emerging Bond Fund B
- PIMCO Cayman Trust: PIMCO Cayman Emerging Bond Fund A
- PIMCO Cayman Trust:  PIMCO Cayman Emerging Bond Fund B
- PIMCO Cayman Trust: PIMCO Cayman Emerging Bond Fund (M)
- PIMCO Funds: PIMCO RealPath® Income Fund
- PIMCO Funds: PIMCO RealRetirement® 2015 Fund
- PIMCO Select Funds plc UK Income Bond Fund
- PIMCO Select Funds plc Unconstrained Bond Fund
- PIMCO Select Funds plc U.S. High Yield BB-B Bond Fund
- PIMCO Funds: PIMCO Senior Floating Rate Fund
- PIMCO Funds: PIMCO Short-Term Fund
- PIMCO Fixed Income Source ETFs plc PIMCO Short-Term High Yield Corporate Bond Index Source UCITS ETF
- PIMCO Equity Series VIT: PIMCO StocksPLUS Global Portfolio
- StocksPLUS Sub-Fund B LLC
- PIMCO Funds: PIMCO StocksPLUS® Absolute Return Fund
- PIMCO Funds: PIMCO StocksPLUS® Fund
- PIMCO Funds: PIMCO StocksPLUS® International Fund (Unhedged)
- PIMCO Funds: PIMCO StocksPLUS® International Fund (U.S. Dollar-Hedged)
- PIMCO Funds: PIMCO StocksPLUS® Long Duration Fund
- PIMCO Funds: PIMCO StocksPLUS® Short Fund
- PIMCO Funds: PIMCO StocksPLUS® Small Fund
- PIMCO Strategic Income Fund Inc.
- PIMCO Tactical Opportunities Master Fund Ltd.
- PIMCO Tail Risk Hedging March Master Fund Ltd.
- PIMCO Tail Risk Hedging September Master Fund Ltd.
- PIMCO Funds: PIMCO Total Return ESG Fund
- PIMCO Funds: PIMCO Total Return Fund
- PIMCO Luxembourg Trust IV PIMCO Total Return Fund II
- PIMCO Funds: PIMCO Total Return Fund IV
- PIMCO Luxembourg Trust IV PIMCO Total Return Fund Multi-Currency Selection
- PIMCO Offshore Funds: PIMCO U.S. IG Intermediate Corporate Bond Fund
- PIMCO Funds: PIMCO Unconstrained Bond Fund
- PIMCO Funds: PIMCO Unconstrained Tax Managed Bond Fund
- PIMCO Bermuda Trust II:  PIMCO U.S. High Yield Strategy Fund II
- PIMCO Luxembourg Trust CommoditiesPLUS Strategy Fund
- PIMCO Luxembourg Trust Global Investment Grade Credit Fund
- PIMCO Luxembourg Trust Global Real Return Fund in Swiss Francs
- PIMCO Luxembourg Trust IV PIMCO Total Return Fund
- PIMCO Luxembourg Trust IV PIMCO Total Return Strategy Fund
- PIMCO Luxembourg IV PIMCO Total Return Fund Multi-Currency Selection

**Exhibit A**

- PIMCO Funds: Private Account Portfolio Series Emerging Markets Portfolio
- PIMCO Funds: Private Account Portfolio Series High Yield Portfolio
- PIMCO Funds: Private Account Portfolio Series International Portfolio
- PIMCO Funds: Private Account Portfolio Series Investment Grade Corporate Portfolio
- PIMCO Funds: Private Account Portfolio Series Long Duration Corporate Bond Portfolio
- PIMCO Funds: Private Account Portfolio Series Low Duration Portfolio
- PIMCO Funds: Private Account Portfolio Series Real Return Portfolio
- PIMCO Funds: Private Account Portfolio Series Short Term Floating NAV Portfolio II
- PIMCO Funds: Private Account Portfolio Series Short-Term Floating NAV Portfolio III
- PIMCO Absolute Return Strategy 3 Master Fund LDC
- PIMCO Absolute Return Strategy 3D Offshore Fund Ltd.
- PIMCO Absolute Return Strategy 3E Master Fund LDC
- PIMCO Absolute Return Strategy IV Master Fund LDC
- PIMCO Absolute Return Strategy IV IDF LLC
- PIMCO Absolute Return Strategy V Master Fund LDC
- PIMCO Funds Ireland plc PIMCO Capital Securities Fund
- PIMCO Funds Ireland plc PIMCO European ABS Fund
- PIMCO Absolute Return Strategy 3 Master Fund LDC with respect to its Class relating to the GBP Class of PIMCO Absolute Return Strategy 3 Offshore Fund Ltd.
- PIMCO Absolute Return Strategy 3E Master Fund LDC with respect to its Class relating to the AUD Class of the PIMCO Absolute Return Strategies 3E Offshore Fund Ltd.
- PIMCO Absolute Return Strategy 3E Master Fund LDC with respect to its Class relating to the EURO Institutional Class of the PIMCO Absolute Return Strategies 3E Offshore Fund Ltd.
- PIMCO Absolute Return Strategy 3E Master Fund LDC with respect to its Class relating to the Swedish Krona Institutional Class of the PIMCO Absolute Return Strategy 3E Offshore Fund Ltd.
- PIMCO Absolute Return Strategy 3E Master Fund LDC with respect to its Class relating to the GBP Class of the PIMCO Absolute Return Strategies 3E Offshore Fund Ltd.
- PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund
- PIMCO Absolute Return Strategy IV Master Fund LDC with respect to its Class relating to the Australian Dollar Institutional Class of the PIMCO Absolute Return
- PIMCO Cayman Trust: PIMCO Cayman Emerging Local Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Emerging Local Bond Strategy Fund
- PIMCO Cayman Trust: PIMCO Cayman European High Yield Fund
- PIMCO Cayman Trust: PIMCO Cayman Foreign Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Advantage Government Ex-Japan Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Advantage Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II
- PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Income Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Income Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Credit Alpha Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Credit Alpha Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Ex-Japan Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman Global High Income Fund
- PIMCO Cayman Trust: PIMCO Cayman Global High Income (Yen-Hedged) Fund
- PIMCO Cayman Trust: PIMCO Cayman Japan Bank Capital Fund II (For Qualified Institutional Investors Only)
- PIMCO Cayman SPC Limited: PIMCO Cayman Japan Core Segregated Portfolio
- PIMCO Cayman Trust: PIMCO Cayman Japan CorePLUS Fund II
- PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Segregated Portfolio
- PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Strategy Segregated Portfolio
- PIMCO Cayman Trust: PIMCO Cayman Mortgage Fund
- PIMCO Cayman Trust: PIMCO Cayman Mortgage Fund
- PIMCO Cayman Trust: PIMCO Cayman Total Return Strategy Fund
- PIMCO Cayman SPC Limited: PIMCO Cayman Unconstrained
- PIMCO Offshore Funds: PIMCO Cayman UK Long Duration Fund
- PIMCO Offshore Funds: PIMCO Offshore Funds Overlay Strategies Fund VII
- PIMCO Offshore Funds: PIMCO U.S. Investment Grade Corporate Bond Fund
- PIMCO Variable Insurance Trust: PIMCO Balanced Allocation Portfolio
- PIMCO Variable Insurance Trust: PIMCO CommodityRealReturn Strategy Portfolio
- PIMCO Variable Insurance Trust: PIMCO Emerging Markets Bond Portfolio
- PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (Unhedged)
- PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (U.S. Dollar Hedged)
- PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio (Unhedged)
- PIMCO Variable Insurance Trust: PIMCO Global Core Bond (Hedged) Portfolio
- PIMCO Variable Insurance Trust: PIMCO Global Multi-Asset Managed Allocation Portfolio
- PIMCO Variable Insurance Trust: PIMCO High Yield Portfolio
- PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio
- PIMCO Variable Insurance Trust: PIMCO Real Return Portfolio
- PIMCO Variable Insurance Trust: PIMCO Short-Term Portfolio
- PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio
- PIMCO Variable Insurance Trust: PIMCO Unconstrained Bond Portfolio
- Terlingua Fund 2 LP
- PIMCO Funds: PIMCO Total Return Fund II
- PIMCO Bermuda Trust II: PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M)
- PIMCO Global Multi-Asset Managed Allocatio Portfolio
- PIMCO Funds: Global Investors Series plc PIMCO Emerging Multi-Asset Fund
- PIMCO Equity Series: PIMCO Dividend and Income Fund
- GIS EMAF Sleeve - DLM
- GIS EMAF Sleeve - EM Corporate Bond
- GIS EMAF Sleeve - EM Equity
- GIS EMAF Sleeve - EM External Debt
- GIS EMAF Sleeve - EM Local Debt
- GIS GMAF Sleeve - FX Strategies
- GIS GMAF Sleeve - Pathfinder EM

Strategies IV Offshore Fund I Ltd.

- PIMCO Absolute Return Strategy IV Master Fund LDC with respect to its Class relating to the Canadian Dollar Institutional Class of the PIMCO Absolute Return Strategy IV Offshore Fund 1 Ltd.
- PIMCO Absolute Return Strategy IV Master Fund LDC with respect to its Class relating to the Euro Institutional Class of the PIMCO Absolute Return Strategies IV Offshore Fund I Ltd.

Bond Segregated Portfolio

- PIMCO Cayman Trust: PIMCO Cayman U.S. Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman U.S. Investment Grade Corporate Bond Fund
- PIMCO Cayman Trust: PIMCO Cayman U.S. Investment Grade Intermediate Corporate Bond (Yen-Hedged) Fund
- PIMCO Cayman Trust: PIMCO Cayman U.S. Investment Grade Corporate Bond Fund
- GIS Global Mulit-Asset Fund (CAD Hedged)
- GIS Global Multi-Asset Fund (CHF Hedged)
- PIMCO Equity Series: PIMCO Dividend and Income Fund
- PIMCO Cayman Japan Fund I Ltd
- PIMCO Parent (PAPS Short-Term Floating NAV Portfolio III)

**32. Peter Lundstedt**

- Peter Lundstedt

**33. PFA Pension**

- PFA Pension
- FunktionærPension (merged with PFA Pension, Forsikringsaktieselskab)
- Investeringsforeningen PFA Invest
- PFA Investment Fund
- PFA Kapitalforening
- PFA Pension, Forsikringsaktieselskab

**34. Portigon AG (f/k/a WestLB AG and Westdeutsche Landesbank Girozentrale)**

- Portigon AG (f/k/a WestLB AG and Westdeutsche Landesbank Girozentrale)
- Erste Abwicklungsanstalt

**35. Qantas Airways Limited**

- Qantas Airways Limited

**36. Richard Green (Fine Paintings)**

- Richard Green (Fine Paintings)

**37. SEI Trust Company**

- SEI Trust Company
- CIT - Core Plus Bond Fund
- CIT - Global Advantage Strategy Collective Trust
- CIT - Real Return Collective Trust II
- CIT - Real Return Strategy Fund
- CIT - RealEstatePLUS Collective Trust
- CIT - Total Return Collective Trust
- CIT - Unconstrained Bond Collective Trust
- CIT - CommoditiesPLUS Collective Trust

**38. Swedish state pension funds ("AP Funds")**

- Forsta AP-fonden
- Andra AP-fonden
- Tredje AP-fonden
- Fjarde AP-fonden

**39. The ECU Group Public Limited Company**

- The ECU Group Public Limited Company

**40. The Okazaki Shinkin Bank**

- The Okazaki Shinkin Bank

**41. Thomson Reuters (Markets) LLC, on behalf of itself and all Thomson Reuters affiliates**

- Thomson Reuters (Markets) LLC
- Thomson Reuters Finance Co.
- Reuters Limited
- Reuters America LLC
- West Publishing Corporation
- Thomson Reuters (SEF) LLC
- Reuters Transaction Services Limited

**42. Tokyo Commodity Exchange, Inc.**

- Tokyo Commodity Exchange, Inc.

**Exhibit A**

**43. Vulpes Investment Management**

- Vulpes Investment Management
- AB2 Fund
- Artradis Barracuda Fund
- Vulpes Long Asian Volatility and Arbitrage Fund
- Vulpes Russian Opportunities Fund
- Vulpes Testudo Fund

**44. XTO Energy, Inc.**

- XTO Energy, Inc
- 32 Mineral O&G NM, L.L.C.
- 820MT O&G NM, L.L.C.
- ACB O&G NM, LLC
- Antero Resources Corporation
- Antero Resources I GP, LLC
- Antero Resources I, LP
- Antero Resources I LP, LLC
- Antero Resources Pipeline LP
- ARBGT (SRB) O&G NM, LLC
- ARB-LMB PC O&G NM, L.L.C.
- ARB-RMB PC O&G NM, L.L.C.
- ARB-SRB PC O&G NM, L.L.C.
- Barnett Gathering, LLC
- Bass Energy Services, LLC
- BEPCO NM, LLC
- BMT O&G NM, LLC
- BOPCO GP LLC
- BOPCO Midstream Services, LLC
- BOPCO, L.P.
- Capital Partnership II O&G NM, LLC
- Capital Partnership O&G NM, LLC
- Classic Oil & Gas, Inc.
- Classic Petroleum, Inc.
- CMB O&G NM, LLC
- Cravens Oil Company
- Cross Timbers Energy Services, Inc.
- Cross Timbers Oil Company
- Cross Timbers Oil Company, L.P.
- Cross Timbers Trading Company
- CTV O&G NM, LLC
- DBFL Holdings, L.P.
- DBH Genpar, LLC
- Delbasin Corporation
- Dominion Reserves - Utah, Inc.
- Dominion San Juan, Inc.
- East Timbers Limited Partnership
- Ellora Energy Inc.
- English Bay Pipeline, LLC
- EPB-PC O&G NM L.L.C.
- Fayetteville Gathering Company
- Fine Line O&G NM, L.L.C.
- Goliad O&G NM, L.L.C.
- Hartshorne Gathering, LLC
- Havre Pipeline Company, LLC
- HHE Energy Company
- Hickory Timbers Limited Partnership
- HHEC Acquisition Corporation
- Houston County Timber Company
- HPC Acquisition Corporation
- HPT Land Company
- Keystone O&G NM, LLC
- LMBI O&G NM, LLC
- Main Elk Corporation
- Mega Natural. Gas Company, L.L.C.
- MBCA Holdings, LLC
- MLB O&G NM, LLC
- Mountain Gathering, LLC
- Nesson Gathering System, LLC
- North Timbers Limited Partnership
- NPB Holdings, L.P.
- NPBH Genpar, LLC
- PBCA Holdings, L.P.
- PBH Genpar, LLC
- PERI Acquisitions Management #2, LLC
- PERI Energy Acquisition #2, LLC
- PERI LLC
- PERI Texas Resources, LP
- Phillips Drilling Company
- Phillips Exploration, LLC
- Phillips Resources, Inc.
- PRB 111993A O&G NM, LLC
- PRB 111993C O&G NM, LLC
- RFB 1993A O&G NM, LLC
- RFB 1993C O&G NM, LLC
- Ringwood Gathering Company
- RMB O&G NM, LLC
- San Juan Partners, LLC
- SBBCA Holdings, L.P.
- SBBH Genpar, LLC
- South Timbers Limited Partnership
- Spring Holding Company
- Spring Resources, Inc.
- SRBI O&G NM, L.L.C.
- SRBMT O&G NM, L.L.C.
- SSB 1993A O&G NM, LLC
- SSB 1993C O&G NM, LLC
- Summit Gas Gathering, LLC
- TBP Holdings, L.L.C.
- Thomas C. Mueller Inc.
- Thomas C. Mueller of Crawford County, Inc.
- Thomas C. Mueller, Limited
- Thru Line O&G NM, L.L.C.
- Timberland Gathering & Processing Company, Inc.
- TRB O&G NM, LLC
- Trend Gathering & Treating, LLC
- TWP, Inc.
- WD O&G, NM, L.L.C
- West Timbers Limited Partnership
- WTW Properties, Inc.
- X Landmark LLC
- XH, LLC
- XTO Barnett LLC
- XTO Offshore Inc.
- XTO Netherlands, Ltd.
- XTO Resources I GP, LLC
- XTO Resources I LP
- XTO Resources I LP, LLC
- XTO UK, Ltd

**45. Zdenka Kotenova**

- Zdenka Kotenova