UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE FOREIGN EXCHANGE                                      :
BENCHMARK RATES ANTITRUST                                   :
LITIGATION                                                  :    13 Civ. 7789 (LGS)
                                                            :
------------------------------------------------------------X    ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/18
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Final Approval Orders were issued as to Settling Defendants, and the Plan of Distribution was approved, on August 6, 2018. It is hereby

**ORDERED** that Class Counsel and Settling Defendants file a joint letter with the Court by August 14, 2018, outlining a proposed schedule for distributing the settlement funds.

Dated: August 8, 2018
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**