```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE FOREIGN EXCHANGE                                      :
BENCHMARK RATES ANTITRUST                                   :
LITIGATION                                                  :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2018

13 Civ. 7789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 12, 2018, Class Counsel filed a motion seeking attorneys' fees pursuant to Federal Rule of Civil Procedure 23(h).  It is hereby

**ORDERED** that by **November 2, 2018**, Class Counsel will file a letter on ECF stating:

(1) Whether any portion of the fee award will be used to pay fees other than for legal work performed on behalf of the Class (for example, referral fees), and, if so, what the fees are for and in what amount; and

(2) Whether any portion of the fee award will be used to pay any individual or entity not listed in Exhibit 2 to Class Counsel's supplemental briefing (Dkt. No. 1087), and, if so, what the fees are for and in what amount.

Dated: October 30, 2018
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**