November 9, 2018

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
             Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    Pursuant to the Second Amended Civil Case Management Plan and Scheduling Order entered in this action ("Scheduling Order") (ECF No. 1014), Plaintiffs and Credit Suisse Securities (USA) LLC, Credit Suisse Group AG, and Credit Suisse AG ("Credit Suisse") submit this joint status letter.

    **I.**    **Pending Motions**

Presently, there are no pending motions.

    **II.**    **Discovery**

           **A.**    **Credit Suisse**

    <u>Data</u>: Credit Suisse and Plaintiffs have completed their meet and confers regarding the outstanding data production.

    <u>Documents</u>: Credit Suisse substantially completed its document production with its January 2018 production and thereafter made an additional production of documents previously withheld from production after the parties met and conferred regarding Credit Suisse's privilege logs.

    <u>Audio</u>: On September 10, 2018, the parties reached an agreement on cost-sharing in connection with the restoration of the audio production files. Presently, the audio restoration process is underway, and responsive non-privileged audio files will be produced following Credit Suisse's review of the files.

Honorable Lorna G. Schofield
November 9, 2018
Page 2

### B. Plaintiffs

Plaintiffs have completed their production of documents and data responsive to Defendants' First and Second Sets of Requests for the Production of Documents and each Plaintiff has been deposed.

Credit Suisse has issued subpoenas for documents and depositions of current and/or former investment managers and other third parties who provided services to Plaintiffs, including the Northern Trust Company, A.G. Bisset Associates LLC, M.S. Howells & Co., MF Global Inc., PartnersAdmin LLC, and Daniels Trading, Segal Marco Advisors, Inc., Asset Consulting Group, Lerner Trading Group, LLC, Meketa Investment Group, Inc., Pershing LLC, PFGBest, Advantage Futures LLC, Blackrock Financial Management, Inc., Brandywine Global Investment Management, LLC, Klarity FX, Inc., and Oechsle International Advisors, LLC, Lazard Asset Management LLC, PanAgora Asset Management, Inc., Boston Company Asset Management, LLC, Fisher Investments, Hardman Johnson Global Advisors LLC, Loomis Sayles & Co., Causeway Capital Management LLC, Pacific Investment Management Company, LLC, State Street Corporation, and AllianceBernstein Institutional Investments, and have begun to receive documents responsive to certain of these subpoenas. On April 6, 2018, Credit Suisse deposed A.G. Bisset Associates LLC.

### III. Next Joint Status Letter

The parties will submit their next joint status letter on Friday, January 11, 2019.

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| s/ Christopher M. Burke | s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

Honorable Lorna G. Schofield
November 9, 2018
Page 3


CAHILL GORDON & REINDEL LLP

 s/ Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
80 Pine Street
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*