UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE FOREIGN EXCHANGE BENCHMARK  No. 1:13-cv-07789
[LGS]
RATES ANTITRUST LITIG.

------------------------------------------------------------------X

## NOTICE OF APPEAL

Objector Keith Kornell hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's November 8, 2018 Opinion and Order (Doc. 1140).

> Respectfully submitted,
> Keith Kornell,
> By his attorney,
>
> */s/ John J Pentz*
> John J. Pentz, Esq.
> 19 Widow Rites Lane
> Sudbury, MA 01776
> Phone: (978) 261-5715
> jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on December 7, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

> */s/ John J. Pentz*
> John J. Pentz