

January 2, 2019

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

      We write in response to the Court's July 31, 2015 Order (ECF No. 365) to update the Court concerning the continuing need for redactions in the Third Consolidated Amended Class Action Complaint ("TAC"). We have conferred with the United States Department of Justice about the continuing need for redactions in the TAC. For the reasons set forth in our September 11, 2015 letter (ECF No. 460), the DOJ has informed us that it wishes that the current redactions remain in place at this time.

                                        Very truly yours,

| HAUSFELD LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
|---|---|
| */s/* Michael D. Hausfeld | */s/* Christopher M. Burke |
| Michael D. Hausfeld | Christopher M. Burke |
| 1700 K Street, NW, Suite 650 | 600 W. Broadway, Suite 3300 |
| Washington, DC 20006 | San Diego, CA 92101 |
| Telephone: 202-540-7143 | Telephone: 619-233-4565 |
| mhausfeld@hausfeldllp.com | cburke@scott-scott.com |

                                        *Interim Co-Lead Class Counsel*