UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
IN RE FOREIGN EXCHANGE BENCHMARK  :
RATES ANTITRUST LITIGATION              :      13 Civ. 7789 (LGS)
                                                  :
                                                  :         <u>ORDER</u>
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to Chambers dated January 8, 2019, Plaintiffs requested leave to file portions of the papers in support of Plaintiffs' Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Take Testimony Overseas in redacted form or wholly under seal.  It is hereby

**ORDERED** that Plaintiffs' redaction requests are **DENIED** without prejudice to renewal. Individual Rule I.C.3 provides that "[r]easons must be provided for each document to be filed in redacted form or wholly under seal." Plaintiffs' letter states that the documents contain information that has been designated as "Confidential" under the Protective Order. This reason does not overcome the common law presumption of access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). Moreover, Plaintiffs sought to file certain documents wholly under seal, but failed to attach those documents to their letter. *See* Individual I.C.3.

Dated: January 9, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**