```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
IN RE FOREIGN EXCHANGE BENCHMARK                              :
RATES ANTITRUST LITIGATION                                    :      13 Civ. 7789 (LGS)
                                                              :
                                                              :      ORDER
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 4, 2019, Plaintiffs filed a pre-motion letter to compel UBS to produce certain expert reports (Dkt. No. 1166);

WHEREAS, after filing the letter, Plaintiffs sought to have the pre-motion letter placed under temporary seal. This request was approved and Plaintiffs were instructed to follow the procedures for redaction/seal requests in Individual Rule I.C.3. It is hereby

**ORDERED** that Plaintiffs shall file their redaction/seal request, in accordance with Individual Rule I.C.3, by **February 11, 2019**. It is further

**ORDERED** that UBS shall file a letter responding to Plaintiffs' pre-motion letter by **February 14, 2019**. Given that Plaintiffs' pre-motion letter is currently under seal, Plaintiffs shall serve their letter on UBS by **February 7, 2019**, if they have not done so already.

Dated: February 6, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE