CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3435

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

February 7, 2019

Re:   In re Foreign Exchange Benchmark Rates Antitrust
      Litigation, No. 1:13-cv-07789 (LGS)

Dear Judge Schofield:

  With the Plaintiffs' consent, we write on behalf of the Credit Suisse Defendants to request leave to file a short sur-reply on Plaintiffs' motion for class certification.

  Last Thursday, January 31, Plaintiffs submitted a reply brief in support of their class certification motion which amends the OTC class definition and newly describes the injury and damages model that can be applied to the proposed Exchange Class. Credit Suisse has not previously had an opportunity to address these key issues.

  By prior order of the Court (Dkt. 1113; Dkt. 1127), Credit Suisse is due to file a 25-page reply brief in support of its Daubert motion on February 21, 2019. We therefore respectfully request that the Court permit Credit Suisse to file a short sur-reply of up to 13 pages to respond to Plaintiffs' reply in support of class certification, and that both the Daubert reply and the sur-reply be due on March 7, 2019. Plaintiffs have consented to this request.

  The Court previously granted the parties' request for an extension of the briefing schedule on the class certification motion and stated that no further extensions would be granted absent extraordinary circumstances. (Dkt. 1113.) We respectfully submit that the requested relief is both appropriate and necessary, as it would afford Credit Suisse an opportunity to address Plaintiffs' further amendment to the proposed OTC class definition, their expert rebuttal reports, and their new proposal for an Exchange Class injury and damages model.

CAHILL GORDON & REINDEL LLP

- 2 -

Respectfully submitted,

Herbert S. Washer

The Honorable Lorna G. Schofield
United States District Court
40 Foley Square
New York, New York 10007

<u>BY ECF</u>

cc:    All Counsel (via ECF)