February 15, 2019

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  RE: *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-07789; *Nypl, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-09300; *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139; and *Allianz Global Investors GMBH, et al. v. Bank of Am. Corp., et al.*, 18-cv-10364.

Dear Judge Schofield:

  On behalf of all parties in the above-referenced actions, we respectfully write to request an extension of time for filing a Proposed Deposition Protocol Order from February 19, 2019 to March 4, 2019, as the parties are continuing to negotiate a proposed order. *See, e.g.*, *Contant*, ECF No. 105 (ordering that a Proposed Deposition Protocol be filed with the Court within 60 days of the Court's December 20, 2018 Order). No previous request for an adjournment or extension of time has been made. This requested extension would not affect any other scheduled dates.

        Respectfully submitted,

        SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP

        By: /s/ Boris Bershteyn
        Boris Bershteyn
        Gretchen M. Wolf
        Four Times Square
        New York, New York 10036
        Telephone: (212) 735-3000
        boris.bershteyn@skadden.com
        gretchen.wolf@skadden.com

        *Attorneys for Defendants JPMorgan Chase*
        *& Co., JPMorgan Chase Bank, N.A., and*
        *J.P. Morgan Securities LLC*[1]

---

[1] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint in *Allianz Global Investors GMBH, et al. v. Bank of Am. Corp., et al.*, 18-cv-10364.