| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>                                                                                      :<br>                                                                                      :<br>IN RE FOREIGN EXCHANGE BENCHMARK  :<br>RATES ANTITRUST LITIGATION                  :<br>                                                                                      :<br>                                                                                      :<br>-------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/27/2019<br><br>13 Civ. 7789 (LGS)<br><br><u>ORDER</u> |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to Chambers dated February 14, 2019, the parties filed an updated request seeking leave to file in redacted form or wholly under seal portions of the papers relating to Plaintiffs' Motion for Class Certification and Credit Suisse's *Daubert* Motion to Exclude Plaintiffs' Proposed Expert Opinions.  It is hereby

**ORDERED** that the parties' redaction and seal requests, listed in Appendix A to the parties' February 14, 2019, letter, are **GRANTED**.  Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Filing the above-referenced documents in redacted form or wholly under seal is necessary to prevent the unauthorized dissemination of confidential business information, trade secrets and other sensitive information.

Dated: February 27, 2019
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE