CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3352

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

February 27, 2019

Re:  *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

We write in response to Plaintiffs' February 21, February 22, February 25, and February 26 letters to the Court requesting permission to file redacted versions of Plaintiffs' Motions for Issuance of a Hague Convention Request for International Judicial Assistance to Take Testimony Overseas of Mr. Richard Usher, Mr. James Michael Anthony Wynne, Mr. Christopher Ashton, Mr. Matthew Gardiner, Mr. Ian Drysdale, Mr. Gordon Andrew, and Mr. Paul Nash ("Plaintiffs' Hague Requests").

As the Court is aware, the parties are continuing to negotiate a Proposed Deposition Protocol with all parties in the related actions.[1]  *See* ECF No. 1147 (ordering that a Proposed Deposition Protocol be filed with the Court within 60 days of the Court's December 20, 2018 Order); ECF No. 1187 (granting extension of time for filing a Proposed Deposition Protocol Order from February 19, 2019 to March 4, 2019).  In light of these continued negotiations, the coordination benefits that may arise from the Proposed Deposition Protocol, and in an effort to avoid duplicative Hague requests and imposing undue burden on foreign witnesses and the foreign courts, Credit Suisse respectfully requests that the Court hold such motions in abeyance pending the Parties' submission of the Proposed Deposition Protocol.

---

[1]  *Nypl, et al.* v. *JPMorgan Chase & Co., et al.*, 15-cv-09300; *Contant et al.* v. *Bank of Am. Corp., et al.*, 17-cv-3139; and *Allianz Global Investors GMBH, et al.* v. *Bank of Am. Corp., et al*, 18-cv-10364.

CAHILL GORDON & REINDEL LLP

- 2 -

Respectfully submitted,

David Januszewski

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

VIA ECF

cc:   All Counsel (via ECF)