# EXHIBIT 127

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|                                      |   |                           |
|--------------------------------------|---|---------------------------|
|                                      | ) |                           |
|                                      | ) | **ECF CASE**              |
| IN RE FOREIGN EXCHANGE               | ) | No. 1:13-cv-07789-LGS     |
| BENCHMARK RATES ANTITRUST            | ) |                           |
| LITIGATION                           | ) |                           |
|                                      | ) |                           |
|                                      | ) | **SUPPLEMENTAL**          |
|                                      | ) | **REPORT OF**             |
|                                      | ) |                           |
|                                      | ) | **HAL J. SINGER, PH.D**   |
|                                      | ) |                           |
|                                      | ) |                           |

**(REDACTED)**

**Contains Information Designated as Highly Confidential**

**INTRODUCTION**

1. In my initial class certification report ("Class Cert Report"),[1] I presented an econometric model demonstrating that, holding other factors constant, interbank spreads narrowed after the end of the Class Period, indicating more competitive FX pricing after the Challenged Conduct was eliminated ("EBS regressions").[2] I also presented econometric analyses demonstrating that interbank spreads are highly predictive of the prices paid by individual Class Members ("time series regressions").[3] Taken together, these two findings indicate that the Challenged Conduct is statistically associated with inferior performance of the FX market from the perspective of all or almost all Class Members during the Class Period. In this supplemental report, I first demonstrate that my econometric analysis is robust to including eight minor currency pairs that were omitted from the analysis in my Class Cert Report due to time constraints.[4] Next, I demonstrate that my econometric analysis is robust to additional sensitivity tests detailed below.

### I. MY ECONOMETRICS ARE ROBUST TO INCLUDING THE EIGHT MINOR CURRENCY PAIRS NOT INCLUDED IN MY ORIGINAL ANALYSIS DUE TO TIME CONSTRAINTS

2. As explained in my Class Cert Report, due to time constraints, my EBS regressions and time-series regressions incorporated 44 of the 52 currency pairs that Plaintiffs allege to have been affected by the Challenged Conduct.[5] My conclusions are robust to inclusion of the remaining eight minor currency pairs not included in my original analysis.[6]

---

1. Class Certification Report of Hal J. Singer (May 31, 2018) [hereafter, "Class Cert Report"].
2. *Id.* ¶¶41-48.
3. *Id.* ¶¶49-56.
4. *Id.* ¶¶41, n. 94.
5. *Id.*
6. These eight remaining currency pairs represent at most about 5.6 percent of FX transaction volume. *Id.* The eight currency pairs are EUR/ILS, EUR/RON, EUR/RUB, EUR/TRY, EUR/ZAR, USD/CZK, USD/HUF, and USD/RON.

Specifically, when I re-run the EBS regressions including the full set of 52 currency pairs, the results confirm my prior conclusions. As before, the coefficient on the *Conduct* variable is positive and highly statistically significant in all specifications, confirming that EBS spreads narrowed after the Class Period.[7] Indeed, the *Conduct* coefficient is larger than in my Class Cert Report, indicating that, after the Class Period, spreads may have narrowed more for these eight new currency pairs than they did for the original 44 currency pairs analyzed in my Class Cert Report.

3. It bears noting that, when all 52 currency pairs are analyzed, the EBS regressions cannot include a control variable for order book depth, because these data are not reported for six of the eight new currency pairs.[8] But regardless of whether I control for order book depth (as I did in my Class Cert Report, with 44 currency pairs), or whether I do not control for order book depth (as in the EBS regression reported above, with all 52 currency pairs) my conclusions remain unaltered: In either case, I found that EBS spreads narrowed significantly after the Class Period. This demonstrates that my conclusions are not sensitive to the exclusion or inclusion of the order book depth control variable. Nor are they sensitive to the inclusion of a few additional minor currency pairs.

4. I performed additional analyses to confirm that the inclusion or exclusion of the order book control variable does not affect my conclusions. Specifically, I re-ran the EBS regressions including the two new currency pairs for which order book depth data are available,[9] plus the original 44 currency pairs analyzed in my Class Cert Report, while also

---

7. The results of all analyses described herein are included in the work papers to this supplemental report.
8. In contrast, the EBS regressions in my Class Cert Report do control for order book depth, as these data were available for the 44 original currency pairs studied.
9. The two currency pairs for which depth of order book are reported are EUR/RON and EUR/RUB.

controlling for order book depth. Once again, the *Conduct* coefficient remains positive and highly statistically significant.[10] This confirms that, for the full set of 46 currency pairs for which order book depth data are available, my conclusion that EBS spreads narrowed significantly after the end of the Class Period remains unchanged after controlling for order book depth. It is reasonable to infer that, had order book depth data been available for the remaining six minor currency pairs, controlling for order book depth in these six minor currency pairs would not have changed my conclusion either.

5. Next, I used the full set of 52 currency pairs to replicate my time series regressions, which demonstrate that interbank spreads are highly predictive of the prices paid by individual Class Members.[11] The results again confirm my prior conclusions: *First*, as before, the EBS prices and bank prices are cointegrated. *Second*, as before, the EBS price explains the vast majority of the variation in the prices that banks charge to Class Members. The $R$-squared exceeds 99 percent for 48 of 52 currency pairs, and exceeds 96 percent for 50 of 52 currency pairs. Even the lowest $R$-squared (for EUR/DKK, the Euro/Danish Krone) is 81 percent, and this result is driven entirely by a statistical anomaly in a single bank ▮.[12] These results confirm again that interbank spreads are highly predictive of the prices paid by individual Class Members for the full set of 52 currency pairs.

---

10. The *Conduct* coefficient remains larger than in my Class Cert Report, albeit smaller than the regression that includes all 52 currency pairs.
11. Class Cert Report ¶¶49-56. Note that my time series regressions, which measure the extent to which movements in EBS prices can explain movements in Class Member prices, do not utilize data on order book depth (or other control variables), and can therefore incorporate all 52 currency pairs without further modifications to the analysis.
12. For the Euro/Danish Krone only, ▮▮▮▮▮ ▮▮▮▮▮ show an anomalously low $R$-squared (less than ten percent) between the EBS price and the prices paid by Class Members. For all other banks, the $R$-squared is 96 percent or higher. If ▮▮▮ is excluded from the EUR/DKK data, the $R$-squared for this currency pair exceeds 99 percent.

## II. MY ECONOMETRICS ARE ROBUST TO ADDITIONAL SENSITIVITY TESTS

6. I have performed additional sensitivity tests on my time series regressions, all of which confirm my prior conclusions.[13] *First*, I confirmed that my results are robust to the inclusion or exclusion of trades in the time series regressions flagged as having been executed at the WM/Reuters 4PM "fixing" rate. In particular, I ran my time series regressions both with and without trades flagged as fixing trades. Regardless of whether the flagged trades are included in or excluded from the analysis, the time series regressions confirm once again that interbank spreads are highly predictive of the prices paid by individual Class Members for the full set of 52 currency pairs.[14]

7. *Second*, I confirmed that my results are robust to the inclusion or exclusion of voice trades in the time series regressions. In particular, I ran my time series regressions both with and without voice trades. Regardless of whether voice trades are included in the analysis, the time series regressions confirm that interbank spreads are highly predictive of the prices paid by individual Class Members for the full set of 52 currency pairs.[15]

8. *Third*, I confirmed that my time series regressions are robust to performing these regressions on a bank-specific basis. Specifically, I ran my time series regressions for each bank individually. Regardless of whether the time series regressions are run for all banks together, or for each bank individually, the time series regressions confirm that interbank spreads are highly

---

13. For each of these sensitivity tests, I used the same process described in my Class Cert Report to construct the time series data used in the regressions. *Id.* ¶50.

14. Because the EBS regressions calculate the bid-ask spread using interbank electronic bid and ask prices, by definition they do not include trades at the fixing rate. The fixing rates are "calculated by taking a snapshot of trades every second in a window from 30 seconds before until 30 seconds after the time of the fix." *See* Daniel Schäfer and Sam Fleming, "WM/Reuters examines forex fix overhaul," *Financial Times* (March 21, 2014), *available at*: https://www.ft.com/content/8bfcd38c-b0d6-11e3-bbd4-00144feab7de

15. Because the EBS regressions use data from electronic interbank platforms, by definition they do not include voice trades.

predictive of the prices paid by individual Class Members for the full set of 52 currency pairs.[16] The only exception is the statistical anomaly (noted above), which occurs in a single currency pair (EUR/DKK) at a single bank ▮.

## CONCLUSION

9. For the foregoing reasons, I conclude that my econometrics are robust to the sensitivity analyses detailed above. My conclusions remain unaltered from my Class Cert Report.

---

16. Because the EBS regressions use data from anonymous interbank platforms, by definition they do not include bank-specific information.

\*     \*     \*

_____
Hal J. Singer

Executed on August 17, 2018.

**APPENDIX 1: CURRENCY PAIR ABBREVIATIONS**

| Abbreviation | Currency |
|:---:|:---:|
| AUD | Australian Dollar |
| BRL | Brazilian Real |
| CAD | Canadian Dollar |
| CHF | Swiss Franc |
| CLP | Chilean Peso |
| CNH | Chinese Yuan (offshore) |
| CNY | Chinese Yuan (onshore) |
| COP | Columbian Peso |
| CZK | Czech Koruna |
| DKK | Danish Krone |
| EUR | Euro |
| GBP | British Pound |
| HKD | Hong Kong Dollar |
| HUF | Hungarian Forint |
| IDR | Indonesian Rupiah |
| ILS | Israeli Shekel |
| INR | Indian Rupee |
| JPY | Japanese Yen |
| KRW | South Korean Won |
| MXN | Mexican Peso |
| MYR | Malaysian Ringgit |
| NOK | Norwegian Krone |
| NZD | New Zealand Dollar |
| PEN | Peruvian Sol |
| PHP | Philippine Piso |
| PLN | Polish Zloty |
| RON | Romanian Leu |
| RUB | Russian Ruble |
| SAR | Saudi Riyal |
| SEK | Swedish Krona |
| SGD | Singapore Dollar |
| THB | Thai Baht |
| TRY | Turkish Lira |
| TWD | Taiwan Dollar |
| USD | US Dollar |
| ZAR | South African Rand |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I caused the foregoing to be electronically served on all counsel of record.

Dated: August 17, 2018    SCOTT+SCOTT ATTORNEYS AT LAW LLP

*Walter W. Noss*
Walter W. Noss