# EXHIBIT 1

## Redacted Pursuant to February 27, 2019 Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:13-cv-07789-LGS

- - - - - - - - - - - - - - - - - -x
:
IN RE FOREIGN EXCHANGE BENCHMARK :
:
RATES ANTITRUST LITIGATION :
:
- - - - - - - - - - - - - - - - - -x

80 Pine Street
New York, New York
September 27, 2018
9:32 a.m.

***CONFIDENTIAL***

VIDEOTAPED DEPOSITION OF ROBIN POYNDER, held at the above-mentioned time and place, before Randi Friedman, a Registered Professional Reporter, within and for the State of New York.

R. Poynder - Confidential

would have what it would decide is the HSBC version of the core market price from which everything else was based. So the core market price would have a feed from EBS and Reuters Matching. So, yeah, those would be the two main feeds.

And then as the E-commerce world developed, additional feeds came into play, such as Currenex and Hotspot, a number of different feeds. And that core price would be originally driven from those marketplaces and then adjusted by the traders.

For instance, if the traders were long of currency they could adjust that price up or down to affect their inventory. From that core price the system managed the various different client categories so they would receive the price that was designed for them.

Q Through that system were there situations in which different clients would receive different prices?

A We had price discrimination for different clients.

Q How did that work, generally?

R. Poynder - Confidential

A As I just described. There was a core price and different categories of client received different pricing spreads.

Q So that's the price discrimination?

A Right.

Q Can you give us a better sense of the factors that would go into deciding how to discriminate between customers? What other factors would one consider at the time in that system when deciding what price to charge this client versus another client or another type of client?

A So I don't recall all of the factors that will go into that, but for instance, there might be creditworthiness of the client would be a factor. Volatility of the market at the time would affect the price.

Q Okay. My understanding is that these pricing streams are driven by algorithms; is that right?

MR. KLENOV: Object to form.

THE WITNESS: So the -- as I described, the core price comes from the market. There are a set of rules in terms

R. Poynder - Confidential

of which clients received which spreads, so that they receive that on an automatic basis. Although -- there's an algorithm managing it, but there's the human oversight as well, if that answers your question.

BY MR. WASHER:

Q Yes.

A The traders -- they had the price on their desk all the time. They had the ability to move the core price. Not individually with their client, but the core price as necessary.

Q So in that instance that you're describing, the algorithm would generate prices, but then the trader had human oversight and could exercise discretion to adjust the price that the algorithm was showing if the trader thought it appropriate; is that fair?

A That is correct.

Q And then you had indicated that at Reuters, you were also involved in the development of an E-commerce platform there that clients would use. I think you mentioned something about 128 bank customers. Can you just describe that platform for us?

R. Poynder - Confidential

A Yeah. It sounds remarkably similar to the platform I just described that HSBC developed. Essentially, it was rented software that the client bank would rent from Reuters, then Thomson Reuters. It allowed a bank to white label that product with their own marketing colors and icons, whatever. The essential pricing mechanism was similar, so it allowed the bank to dictate from where it was sourced pricing.

To my knowledge, everyone had EBS and Reuters, and then a selection of other sources as they deemed fit. And they could also take feeds from other banks, so for instance, in the case of a regional bank, where perhaps they had a specialty in that currency. So if we imagine a Scandinavian bank, they might choose to make all their prices as principal for Scandinavian currencies, but, for instance, take a feed from Deutsche Bank or Credit Suisse or whomever for eurodollar. So that would be one of their inputs. And -- but again, they would decide what their core price looked like and then assign categories to their various clients to dictate

R. Poynder - Confidential

which actual spreads -- which price that client would ultimately receive.

Q And so the banks that used that platform as you described it, were they -- they were making prices. Would they earn the spread to the extent that they traded through that platform?

In other words, would they be, you know, selling at a higher price and buying at a lower price, they would be making a two-way price on that system?

MR. KLENOV: Object to form.

THE WITNESS: When you say "the banks," which ones?

BY MR. WASHER:

Q You had mentioned these 128 banks that used that platform. So each of those banks. I gather they effectively made prices through that system; right?

A That's correct.

Q And the prices that they offered through that system, was there a spread built into those prices?

A So the system managed the core price



R. Poynder - Confidential

and the spread, as I described, and their price -- sorry, their clients would trade on that price or not. And the resulting trade would then be taken into their book.

Q I understand. So I'm just trying to -- is it true that a bank, a typical bank using that system, when they make prices and set the spreads based on their own factors, would they typically earn a spread? In other words, would the price at which they are offering to sell on that system typically be higher than the price that they're willing to buy on that system?

A There was a spread between the bid and the offer, if that's what you mean, absolutely.

Q Yeah.

A Some clients would indicate what they wanted to do before trading, so they would already say, "I want to buy," in which case the bank would only show the offer. But oftentimes the client would simply ask for a two-way price without indicating whether they want to buy or sell ahead of time. And the bank would show the bid and the offer.

Q This system that we're talking about



R. Poynder - Confidential

that was the Thomson Reuters system, is that system still in place today?

A There's a variant of that system. It's developed over the years, as you might imagine, but it's -- essentially the same system is there.

Q Again, is it a system that -- do you know how many banks offer prices on the system that exists today?

A I have no idea. I don't work there anymore.

Q Do you have a sense of it? One hundred, 1,000?

A I just don't know the number.

Q Yeah. And at the time you were at Thomson Reuters, again, could you just describe what types of banks made prices available on this system?

A The -- there were a -- quite a wide number of banks. The banks that tended to get more volume would be the larger banks, who were more aggressively marketing themselves, I guess, to other banks as clients.

Q Any other types of institutions use



R. Poynder - Confidential

the system to make prices?

A I think it was all banks, yeah.

Q Okay. I gather that during your time as an FX trader and a supervisor of FX traders, you and your team were acting as liquidity providers; is that fair?

A Sorry. Which time are we talking about now?

Q Sorry. While you were at Charterhouse and CCF and HSBC, is it fair to say that you and the team were liquidity providers during that period of time, at least with respect to certain transactions?

A Yes, we were liquidity providers.

Q So you all were earning the spread that you had effectively building into your prices?

A Hopefully.

Q Was it a profitable business at the time?

A It was profitable, yeah.

Q Okay. All right. During the class period -- do you recall what the class period is in this litigation?

Page 54

R. Poynder - Confidential

Page 55

R. Poynder - Confidential

BY MR. WASHER:

Q Going back to the asymmetry of information we were talking about before, what would be your expectation of a trader's response when confronted with asymmetry of information? You had said when you were faced with that situation you would avoid that counterparty, I think, correct me if I'm wrong. But do you have a sense of what typically a trader would do if they're faced with a situation where they believe there is asymmetry?

A To answer, I didn't say I would avoid it. I said I would try to manage the situation. I can't remember my exact words, but it might involve avoidance, it might involve managing the price differently. If I was confronted back then.

Q Got it. Just so I understand, if you were to manage the price differently, what does that mean? What would you do?

A Broaden the spread.

Q Okay. So sort of back to my question, so what would your expectation be of a typical

Page 56

R. Poynder - Confidential

trader when confronted with asymmetry of information?

MR. KLENOV: Object to form.

THE WITNESS: Well, I can't speculate how another trader will handle their pricing in the market. Depends on the market and the situation and many things.

BY MR. WASHER:

Q So they may or may not widen spreads, depending upon other factors?

MR. KLENOV: Object to form.

THE WITNESS: I can't speculate what they would do. I mean -- right.

BY MR. WASHER:

Q Have you -- in instances where you have observed asymmetry of information, have you observed those who have superior information agreeing to charge one another wider spreads?

MR. KLENOV: Object to form.

THE WITNESS: There are a number of elements in your question there, and I'm not sure I observed the first piece to even look at the second piece of your question. Rephrase it, but I think that's right.

Page 57

R. Poynder - Confidential

MR. WASHER: Why don't we go ahead and mark as Poynder Exhibit 3 a copy of the expert report of Mr. Bjonnes Ljungqvist.

(Poynder Exhibit 3 was marked.)

BY MR. WASHER:

Q Mr. Poynder, have you reviewed this report?

A I've seen it before. I've read it.

Q Okay. One of the statements in this report is that in the context of adverse selection, the defendants would widen the spreads that they charge in the interdealer market.

Is that consistent with your experience and expectations?

MR. KLENOV: Object to form.

THE WITNESS: I don't really have any expectations about adverse selection.

BY MR. WASHER:

Q Based on your experience in the marketplace, studying these markets, does -- would you expect that in a situation that is being alleged here, where the defendant dealers have superior information to non-defendants, would you, in fact, expect the dealers, the

R. Poynder - Confidential

Thank you.

THE WITNESS: I have not studied the area of last look to the detailed level to be able to give you an answer for that on any level.

BY MR. WASHER:

Q Okay. So I guess I'll ask the question until I get an answer.

Have you ever -- sitting here today, are you aware of any situation in which any liquidity provider employed a last look window of less than a second?

A That sounds like the same question you asked. I've answered that.

Q I'm going to keep asking it until you answer it.

Have you -- sitting here today, can you recall any instance in which a liquidity provider employed a last look window of less than a second?

A So I don't recall that because I've not studied it to be able to recall it.

Q Okay. Sitting here today, you don't recall any instance of that?

R. Poynder - Confidential

MR. KLENOV: Objection, asked and answered.

THE WITNESS: I've answered your question.

BY MR. WASHER:

Q So you can't recall any instance of that? I'm not trying to be difficult.

A You're obviously looking for some -- it appears that you're looking for some particular wording that is different than the wording I've given you.

I have not studied this area such that I can recall it. I don't have anything to recall.

Q Well, you have testified that you worked in the area of electronic trading. I mean, did you ever -- when you were at HSBC did -- the electronic platform that you were helping to develop, did that employ a last look mechanism?

A Last look wasn't a term that was used back in those days.

Q Okay. Reflecting back on your time at HSBC with that electronic platform, do you have a

R. Poynder - Confidential

general sense of how frequently prices changed in the pricing streams that were pried provided on that system?

I'm not looking for a very specific answer. Millisecond, second, minutes, hours. Can you characterize generally how often prices changed on these pricing screens?

A It really depended on who we were quoting and who they were and the price -- the size they were asking it.

So for instance, if we were quoting a client that was based in, I don't know, Kazakhstan, I'm making that up, somewhere not geographically close to us, in a small size trade where we weren't particularly worried about the risk, then the price might be good for seven seconds.

Q Okay.

A If we were quoting a sophisticated customer through FXall, the price might change -- sorry. If there was a request for quote it might be good for a couple of seconds. If it was a request for stream, then it would be changing more frequently. I actually don't know what that

R. Poynder - Confidential

frequency would be, but more frequent.

Q In your experience, does price movement in one currency tend to affect prices in other currencies?

A The foreign exchange market is very interrelated, so I can imagine an occasion where it's not true for every currency but in general, yes. Price movement in one currency, given a currency pair is what's normally moving, one of those currencies is traded against other currencies also. So, for instance, if we take the example of eurodollar, if euros are being sold against dollars it may be they're going to be sold elsewhere as well, against sterling or whatever.

Q Understood. Just giving you an example, a random example, would, for example, you expect a change in the price of the Brazilian real to affect the price of the Russian ruble?

MR. KLENOV: Object to form.

THE WITNESS: That is less of an obvious correlation, but there will be times -- I wouldn't be surprised to see there would be times when they are

R. Poynder - Confidential

prime broker, typically a large bank, and the large bank, the prime broker, allows the lesser rating client to trade in the market in their name, in the name of the prime broker bank. Now that might be that the lesser credit client trades with another bank and then after the trade, the prime broker steps into the middle, novates the trade and essentially creates two trades, one with the prime broker client and the prime broker and one with the prime broker and the counterparty with whom the lesser client traded.

Given the time frame with which trades are executed on EBS or Reuters Matching, the idea of post-trade novation could be tricky in terms of time. So the way it's managed is a relationship is set up into EBS or Reuters Matching whereby a counterparty name is set up in the name of the lesser credit client in the name of the prime broker. And therefore the system recognizes the credit of the prime broker at the outset, and therefore the lesser credit client is able to trade alongside the banks.

Now the lesser credit client we are

R. Poynder - Confidential

talking about is often small banks, particularly following the crisis in 2008-2009, when credit was an issue and balance sheets suddenly was an issue as well -- well, more of an issue than it was before. Lesser credit banks or banks who had suffered credit rating losses would use prime broker mechanism to be able to trade more actively in the markets than they otherwise would have been able to do.

Q Understood. I don't mean to get into data issues because I know you're going to talk about that next week, so I just want to understand this process, this prime brokerage process you just described.

So in a situation where a lesser client is trading through a prime broker, Barclays, for example, in the trading data that we have and you have as part of this case, let's say, you know, lesser client trades through Barclays, its prime broker and Barclays trades on EBS with UBS. Would we in the trading data see a trade between Barclays and UBS or would we see something else?

A Could you rephrase that exactly again,

R. Poynder - Confidential

just so I understand who's trading where?

Q Sure. So we have a lesser client who is using their prime brokerage relationship with Barclays to trade through Barclays on EBS.

A Right.

Q And Barclays, on behalf of that lesser client, executes a trade with EB -- sorry, UBS. Should have picked a different bank.

So when we look at the trading data, that EBS trading data, will we see a trade between Barclays and UBS or will we see a trade between the lesser client and UBS?

R. Poynder - Confidential

Q Got it. Let's talk about price matrices for a second.

Are you familiar with price matrices?

A So to some degree I think I talk about it in my report. And in that context and what I've observed in the chats, I'm familiar with that.

Q Can you just describe price matrices generally, what they are and why they exist?

A I guess there are a number of different reasons they might exist. Perhaps you could just narrow that down a little bit for me.

Q Let's start with what they are. What do price matrices show?

A So in the context of my observations in the chats, price matrices are a function where the bank is setting down a set of spreads that they would then use to price client or clients in a range of sizes and currency pairs.

