# EXHIBIT 10

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3          CASE NO. 1:13-cv-07789-LGS

4

5    _____

6    IN RE FOREIGN EXCHANGE BENCHMARK RATES

7    ANTITRUST LITIGATION

8    _____

9

10          VIDEOTAPED DEPOSITION OF

11           GEIR HØIDAL BJØNNES

12

13          *** CONFIDENTIAL ***

14           September 21, 2018

15              9:47 a.m.

16

17        CAHILL GORDON & REINDEL LLP

18           80 Pine Street

19          New York, New York

20

21

22

23    Sharon Lengel, RMR, CRR

24

25

1    Q.   I'm on page 16.
2    A.   But I'm -- okay.  I can -- I may
3  focus on page 16.  But there is nothing
4  about the factors there, as far as I can
5  see.
6    Q.    Just -- yeah.  Just the
7  beginning of the section that talks about
8  the factors.  But yeah.  They're --
9  certainly in the pages that follow,
10  there's a much more detailed description
11  of the factors.
12       So if you turn to
13  paragraph 68 --
14    A.   Sorry?  68?
15    Q.   Paragraph 68.
16    A.   Okay.
17    Q.   You identify certain groups of
18  these factors, which include
19  dealer-specific factors, which is
20  paragraph 68, market-specific factors in
21  paragraph 69, and customer-specific
22  factors in paragraph 70; is that right?
23    A.   You mean 70.  Yes?  That's
24  correct.
25    Q.   Yes.  And do you remember how

1  you selected these factors?
2    A.   Yes.  I remember how these
3  factors were selected.  They are selected
4  from the FX market microstructure
5  literature.
6    Q.   Okay.  And what expertise do you
7  have that permitted you to identify these
8  factors?
9    A.   As mentioned, I am working in
10  the field of FX market microstructure.
11  And I have also been doing work related
12  with some of these factors, as you may
13  know.
14    Q.   Did you consult with anyone else
15  to put together this list of factors?
16    A.   This is something that Alexander
17  and I were collaborating on.
18    Q.   Okay.
19    A.   We tried to do our best in order
20  to identify the factors suggested in the
21  literature.
22    Q.   So these are factors just based
23  on your review of literature.  You didn't
24  interview any FX traders or do any
25  realtime --

1    A.   We have reviewed the literature
2  in order to come up with these factors.
3    Q.   Okay.  Do you remember which
4  literature?  I mean --
5    A.   The foreign exchange market
6  microstructure literature.
7    Q.   Any specific articles or books?
8    A.   As you can see here, it's
9  referred to, among others, one of my
10  articles.  It's also -- it's also selected
11  from standard well-known articles in the
12  field of FX market microstructure.  So --
13    Q.   Okay.  But you list a lot of
14  stuff here.
15       Was there any one in
16  particular -- one or two that you found
17  especially helpful?
18    A.   As mentioned, a lot of
19  documentation for this you can find in one
20  of my 2017 articles.  Most of these or all
21  of these factors are also established in
22  the FX market micro literature.  So these
23  factors show up in many studies.
24    Q.   Okay.  Okay.  So first let's
25  walk through the dealer-specific factors

1  at paragraph 68.
2    A.   Okay.
3    Q.   So first, you identify order
4  flow information.  It's actually a little
5  before 68.  I'm sorry.  65, 66.
6       You talk about order flow
7  information as one of the factors that
8  influences spreads in FX spot markets; is
9  that right?
10    A.   FX order flow is regarded as a
11  very important parameter among -- or in
12  the literature.  There are several
13  publications using that factor.  For
14  instance, Rich Lyons, which I also know he
15  has several articles marked in evidence;
16  earlier studies by me, Dagfinn Rime, and
17  many, many other authors in the FX market
18  microstructure literature.
19       So actually, this has been -- in
20  the market -- FX market micro literature,
21  and even in the literature on stock
22  exchanges and so on, the concept of order
23  flow is regarded as a very important one.
24    Q.   Okay.  And what do you mean by
25  "order flow information"?

1    Q.    Okay.  So how does your model
2 take account of this factor?
3    A.    Then we have to go to Appendix D
4 again.
5    Q.    Okay.
6    A.    Okay.  Thank you.  Sorry.  I
7 forgot the factor.  Which factor was it?
8    Q.    We were doing customer trading
9 activity.
10    A.    Yeah.  Client trading frequency.
11    Q.    Okay.
12    A.    You can see that that factor is
13 defined the following way:  The fraction
14 of days this year that this client traded
15 with this bank.
16    Q.    Okay.  And now we can look at --
17 customer sophistication is next in
18 paragraph 70.
19         Can you -- is that right?
20    A.    That's probably correct.
21    Q.    Can you explain what customer
22 sophistication is.
23    A.    Yes, I can.  If we go back to
24 Appendix D, client sophistication is
25 defined as the fraction of this client's

1 trades with this bank this year that
2 derive the multi-bank trading platforms.
3    Q.    Can you explain in laymen's
4 terms what you understand it to mean?
5    A.    What it is?
6    Q.    What --
7    A.    It's just the percentage -- it's
8 just the fraction of the trades a
9 particular customer has been doing on the
10 multi-bank platforms.
11    Q.    Okay.  And why is that a measure
12 of sophistication?
13    A.    Well, because more sophisticated
14 customers -- that's customers that have --
15 know more about the markets that tend to
16 use such platforms.
17    Q.    Okay.
18    A.    So non-sophisticated clients
19 will not use those platforms.
20    Q.    And how does customer
21 sophistication affect spreads?
22    A.    Ex-Ante would expect --
23 according to the literature, Ex-Ante would
24 expect that they would obtain slightly
25 better spreads or slightly smaller

1 spreads.
2    Q.    Okay.  Next is customer
3 informedness in paragraph 70.
4    A.    Yeah.
5    Q.    So you note that the customer's
6 likelihood of being informed.
7    A.    That's correct.  That is defined
8 on page 2, I guess, in the appendix.  I
9 think we call it -- no.  It's on page 1.
10 It's just the client's trade-size-weighted
11 average return when trading with this bank
12 this year measured as the midpoint to
13 midpoint return over the 60 seconds after
14 the trade using top-of-the-book data from
15 EBS/Reuters.
16    Q.    And how does that affect
17 spreads?
18    A.    Well, it may affect spreads in
19 different ways.  Of course, if this -- if
20 this -- if, for instance, a good
21 performance by the -- is because --
22 because of low latency trading, such as
23 some high-frequency traders are doing,
24 then you may want to increase spreads.
25 There may be some very few occasions where

1 you think you might learn something about
2 trading by some clients where you would
3 offer slightly more favorable terms.
4    Q.    Okay.  Okay.  So we've discussed
5 the various factors outlined in your
6 report.
7         Did we skip over any?
8    A.    What did you say?  Sorry?
9    Q.    Did we skip any factors that you
10 think are important to FX spreads?
11    A.    We have tried to do our best to
12 capture the factors mentioned in the
13 market microstructure literature -- FX
14 market microstructure literature.
15    Q.    I mean in our discussion today,
16 do you feel that we've addressed all of
17 the major factors that you've identified
18 in your report?
19    A.    There are more factors here, as
20 you can see in the appendix.  I am happy
21 to go through all of them if you want to.
22    Q.    Right.  These are variables used
23 in your regressions.  And then I think
24 here in this section, you've listed out
25 "We have been trying to address the

1 data.
2    Q.   Okay.
3    A.   So we have a better measure for
4 it, I think.
5    Q.   Would the trader's view on the
6 likely direction of the market affect the
7 spread?
8    A.   Can you repeat that question?
9    Q.   Sure.  Would a trader's view on
10 the likely direction of the market affect
11 the spread?
12    A.   In which setting do you mean?
13    Q.   Everything we're talking about
14 today is foreign exchange.
15    A.   May or may not.  It's hard to
16 give a clear answer on that.
17    Q.   In what situation would it not?
18    A.   It depends on, you know -- it --
19 I don't really understand what you want.
20 Can you --
21    Q.   If a trader has a view on
22 the likely direction the market is moving,
23 does that affect spreads?
24    A.   If -- you know, if -- if the
25 dealer, because of that, wants to adjust

1 his inventories rates, of course, he can
2 try to adjust prices a little bit.
3    Q.   Okay.  And does your model take
4 account of a trader's view of the likely
5 direction of the market?
6    A.   As mentioned, we have -- we have
7 the order flow measure in there.  So --
8    Q.   And that -- and you're saying
9 that measuring the volume of trades coming
10 in and out is the same as understanding a
11 trader's view of the likely direction of
12 the market?
13    A.   Could be, yes.  It's, of course,
14 impossible to measure exactly the view of
15 a dealer at a particular time.  I don't
16 really know how you want to measure that.
17 It's not easy.
18    Q.   What about other trader-specific
19 factors, like risk limits, intraday
20 losses?  How would factors like this
21 affect trader's risk tolerance in quoted
22 spreads?
23    A.   I think you refer to information
24 that is very hard to obtain.
25    Q.   Would that affect spreads, that

1 information?
2    A.   Occasionally, it may.  But
3 it's -- this is something that's not
4 common to -- there are no common variables
5 in the market microstructure on FX.
6    Q.   Okay.  And does your model
7 account for that factor?
8    A.   Which factor are you --
9    Q.   These trader-specific factors,
10 like risk limits, intraday losses.
11    A.   I think it's likely, of course,
12 that they are related with some other
13 variables that it could be -- that kind of
14 things could be correlated with -- for
15 instance, with volatility.
16    Q.   So an individual trader's risk
17 limit or measurement of his own book for
18 losses would be linked to volatility?
19    A.   Have you finished your question?
20    Q.   Yeah.
21    A.   Of course, with more volatility,
22 it's more likely that there are bigger
23 changes.  So --
24    Q.   Sorry.  You just said with
25 volatility, it's more likely that there

1 are bigger changes?
2    A.   If -- of course, with bigger
3 volatility, the risk of both making money
4 or losing money increases.
5    Q.   Right.  But that factor would
6 not consider a trader's individual issues.
7 It's a market factor; right?
8    A.   But it could be correlated.  So
9 we have used -- we have used the variables
10 that we have a motivation for in the FX
11 market microstructure literature.  And
12 those variables, of course, have to be
13 possible to estimate, which is also common
14 for the rest of the FX market
15 microstructure literature, of course.  So
16 variables that are not possible to
17 calculate will not be included in the
18 analysis.
19    Q.   Do you know whether negotiations
20 ever take place between FX traders at a
21 particular dealer or salespeople and
22 clients either on a trade-by-trade basis
23 or on a client relationship basis?
24    A.   Many details in that sentence.
25 Can you please split it up a little bit?

1  Q.  Sure.  We can go through it
2  again.
3       So are you aware of any
4  negotiations that take place between FX
5  traders at a particular dealer and
6  salespeople and clients about -- on a
7  trade-by-trade basis or on a client
8  relationship basis?
9  A.  That's something we have not
10 looked into in our analysis.
11 Q.  Okay.  Do you think that
12 negotiations like that could affect the
13 spread a client is quoted?
14 A.  I don't really see how that
15 matters in our analysis.
16 Q.  Why?
17 A.  We have included the variables
18 that we think should be relevant in the
19 clean -- for FX trading.  So that's why.
20 Q.  Okay.  Do you know whether FX
21 salespeople sometimes have the discretion
22 to mark up a price quoted by a trader?
23 A.  This is -- this is something we
24 have not been asked to investigate.
25 Q.  Okay.  Did class counsel

1  instruct you to investigate the other
2  factors that you outlined in your report?
3  A.  The factors are based on the FX
4  market microstructure literature, and that
5  has been Alexander and my job to identify
6  those --
7  Q.  Okay.
8  A.  --- variables.
9  Q.  And so one of those variables
10 was not the potential for a salesperson to
11 mark up a price.
12 A.  I don't think such a variable is
13 possible to measure, to be honest.
14 Q.  Okay.  Would that variable
15 affect the spreads?
16 A.  It's nothing I have any answer
17 to.  It's --
18 Q.  Okay.  Do you know --
19 A.  As mentioned, again, we have --
20 we have included those variables that are
21 identified in the FX market micro
22 literature.  So we have done our best to
23 identify those variables.
24 Q.  Do you know whether anticipated
25 customer flow at a given dealer bank could

1  affect the spread that a trader of that
2  bank would be willing to quote?
3  A.  So I guess what you are -- right
4  now, again, this is a little bit back to
5  where we started today.  Of course, this
6  is through sharing sensitive common
7  information about spreads, about order
8  flows, et cetera.  For instance, stop loss
9  orders, take profit loss orders.  That
10 might be relevant information for that.
11 So that could be a result of the
12 conspiracy.
13 Q.  What could be a result of the
14 conspiracy?
15 A.  So what I think you suggested
16 now was that because the defendant banks
17 were sharing information, sensitive
18 competitive information on spreads, on
19 order flows, on price contingent orders,
20 such as take profit, stop losses, that
21 kind of sensitive competitive information,
22 if that is shared, of course, some dealers
23 may be able to expect order flows.
24 Q.  Are you offering an opinion on
25 whether particular information sharing is

1  legitimate or illegitimate?
2  A.  We have not been asked to do an
3  analysis on that.
4  Q.  Okay.  So in your -- in the
5  capacity of your expertise, do you know
6  whether a customer -- anticipated customer
7  trade flow would have an effect on
8  spreads?
9  A.  As mentioned, we have not been
10 doing an analysis on that.
11 Q.  Okay.  Do you know whether a
12 trader's perception of market risk could
13 affect the trade?
14 A.  Affect the trade in what sense?
15 Q.  Whether his sense of the risk of
16 the market could affect the spread that
17 he's offering.
18 A.  Exactly.  If uncertainty is
19 increasing, expected uncertainty, for
20 instance, then spreads will go up -- will
21 go out, as we discussed when we were going
22 through the variables.
23 Q.  Right.  But here it's a little
24 bit more nuanced.  It's the trader's
25 perception of that market risk.

1    So other than frequency of
2 trades placed with the bank, does your
3 model account for relationships that might
4 exist between a client and the trader,
5 salesperson, or bank?
6         Other than that frequency
7 variable, is there anything else?
8    A.   This is the type of variable
9 that is possible to measure and that we've
10 captured such effects.  It's impossible
11 to -- you see, we cannot really -- we
12 cannot really analyze each and every
13 trader.  I don't know how -- it's
14 impossible to calculate such a variable.
15   Q.   Okay.
16   A.   And that's also reflected in the
17 literature.  Nobody uses that kind of
18 factors, because they are not -- it's not
19 possible to measure them.
20   Q.   Okay.  Did you consider
21 potential synergies with other relevant
22 business lines?  For example, if there's
23 an important client to the bank for other
24 reasons or that has a relationship with
25 other branches or business lines, could

1 that affect spreads too, or is that just
2 another thing that's difficult to measure?
3    A.   It's certainly difficult to
4 measure.  But as mentioned a few times, we
5 have included those variables that is
6 related -- that is regarded as relevant in
7 the literature of FX market
8 microstructure.
9    Q.   Okay.  Okay.  To your knowledge,
10 do traders at a specific bank ever
11 specialize in one or more currencies or
12 currency pairs?
13   A.   Can you repeat that, please?
14   Q.   Do traders specialize in
15 currency pairs, in your experience?
16   A.   Are you talking about human
17 dealers?
18   Q.   Yes.
19   A.   Of course, they cannot handle
20 every currency pair.
21   Q.   So --
22   A.   You know, so there will be some
23 specialization, of course.
24   Q.   Okay.  And is there usually at
25 each bank an individual trader responsible

1 for trading certain currencies?
2    A.   Can you repeat that again?
3    Q.   At each bank, is there usually a
4 specific trader responsible for trading
5 certain currencies?
6    A.   Typically, no trader -- no
7 dealer will handle all currencies at all
8 times.  So they may handle some
9 currencies.  If you are dealing in big
10 currencies, you may have one.  If you are
11 dealing in small currencies, you may have
12 more.
13   Q.   And do you think that an
14 individual trader's specialization would
15 affect spreads?
16   A.   In what sense are you suggesting
17 that it would --
18   Q.   Well, I'm asking you if a
19 trader's specialization in currencies
20 would affect quoted spreads.
21   A.   And that kind of information is
22 captured by our common factors.
23   Q.   Which factor would that be
24 captured in?
25   A.   Then I think I would have to go

1 through all of them, actually.
2    Q.   For an individual trader's
3 specialization in currencies?
4    A.   Of course.  If you are -- if you
5 are a currency dealer, you would have
6 to -- you would typically take into
7 account these client-specific factors.
8 You would take into account market-wide
9 factors.  Of course, you would typically
10 provide different prices for different
11 spreads for -- let's say if you are
12 trading in Swedish Kroner/Euro, for
13 instance, you would typically provide
14 other quotes for 5 Euro, 5 million Euro
15 than for 300 million Euro.  So then size
16 factor will matter.  For instance, if the
17 market is volatile at that time, maybe you
18 would have to increase the spread a little
19 bit further.  And, yeah, you could also go
20 through other -- you could be -- VIX index
21 could matter.
22   Q.   But it's safe to say a trader
23 who specializes in a particular currency
24 pair would have a certain familiarity with
25 the ups and down of that currency pair, is

1 trade or executed on electronic trading
2 platform may be considered an operating
3 cost factor.
4    A.   Yes.  That's correct.
5    Q.   Okay.
6    A.   It's because -- I can tell you
7 why, since you asked about it.  When you
8 are trading, doing a voice trade, it means
9 that there is a person sitting in the
10 other end.  So a bank used up dealer time.
11 And that means that you have some -- so of
12 course, that time will cost some money.
13 And that has to be incorporated into the
14 spread.
15          On the other hand, when doing an
16 electronic trade, everything is automatic.
17 So there is actually no human involvement
18 in that trade.  That means that you have
19 lower costs, and that's something that
20 will be reflected in the spreads.
21          So, for instance, if there is a
22 trade for a small amount, let's say that a
23 human dealer spends 10 minutes or 15
24 minutes, that would have to be reflected
25 in a wider spread, for instance, compared

1 to if the same client had done the same
2 deal on an electronic platform.
3    Q.   Okay.  And is it correct you --
4 I think you write a little bit further in
5 paragraph 72 that there is greater price
6 transparency on electronic platforms; is
7 that right?
8    A.   On some platforms, yes.
9    Q.   Okay.  So can you explain how
10 spreads are set on electronic trades on
11 single-dealer electronic trading
12 platforms?
13    A.   How they are set?  Well, I have
14 some experience in that.  And typically,
15 it's -- I would say that the common
16 factors that is presented in this appendix
17 are typically among those factors that
18 will be used to create those spreads.  So
19 typically, they start with -- they start
20 with using reference prices, reference bid
21 and ask, which typically are derived from
22 ECNs.
23          For instance, during this
24 period, maybe EBS, Reuters, or typically
25 EBS and Reuters, maybe also some other

1 platforms.  Those spreads will typically
2 also reflect these common factors.  In
3 addition to that, they may also regard
4 factors such as the customer-specific
5 factors and also, to some extent, many
6 inventory considerations and so on.
7 Actually, banks that spend effort on doing
8 customer profiling and the relevant input
9 into those models are reflected by our
10 common factors.
11    Q.   Is it correct that spreads on
12 electronic trades on single-dealer
13 electronic trading platforms are set by
14 algorithms?
15    A.   They are -- they are typically
16 set by algorithms.
17    Q.   What about for multi-dealer
18 trading platforms?
19    A.   Also typically set by
20 algorithms.
21    Q.   So do voice traders set spreads
22 on single-dealer platforms?
23    A.   A voice dealer?  It's --
24 actually, do you know the difference
25 between electronic and voice?  Electronic,

1 typically, it's just a human dealer
2 typically will use this kind of input when
3 providing prices.  It's not much different
4 on electronic platforms.  Also the prices
5 there will be -- will be made up by
6 similar type of variables.
7    Q.   But the trades -- but the quotes
8 in electronic system would be set by
9 algorithm, not by a voice trader; is that
10 right?
11    A.   Of course, in the electronic
12 system, it will be set by an algorithm.
13 And the algorithm will be -- will be made
14 by humans.
15    Q.   Okay.  Speaking generally, are
16 there any characteristic differences
17 between an electronic trade and a voice
18 trade?
19    A.   Can you repeat that, please?
20    Q.   Are there any general
21 differences between an electronic trade
22 and a voice trade?
23    A.   In which respect are you --
24    Q.   Any characteristics about the
25 essence of the trade, how it's traded, the

1 spreads quoted?
2    A.   You have different versions of
3 electronic platforms.  So some -- some
4 type of those platforms, it's just
5 electronic version of voice.  But you also
6 may have other versions of electronic
7 platforms.
8    Q.   When a dealer knows the identity
9 of the counterparty it is trading with, is
10 it true that it may be able to offer a
11 tighter spread if it is less concerned
12 about toxic order flow?
13    A.   If -- toxic -- if -- in the
14 sense that that order flow, for instance,
15 from a high frequency hedge fund or
16 something --
17    Q.   Exactly.
18    A.   Of course, if you risk losing
19 money from trading with some particular
20 counterparty, you -- you would set a
21 higher spread than if you did not face
22 that risk.
23    Q.   Do you know whether dealers
24 always know the identity of the
25 counterparty when trading through

1 electronic channels?
2    A.   They do not -- they -- sometimes
3 no.  But there are also occasions where
4 they do not know.
5    Q.   Okay.  Is it right that EBS and
6 Reuters are anonymous platforms?
7    A.   That's correct.  EBS and Reuters
8 are anonymous platforms where the
9 participant submits limit orders.
10    Q.   Okay.  Imagine that a bank is
11 asked to provide a Euro/U.S. Dollar quote
12 to a counterparty that does not bring
13 toxic order flow and a Euro/U.S. Dollar
14 quote for the same amount to an unknown
15 counterparty that may or may not tend to
16 generate toxic order flow.
17        Which quote would be wider,
18 other things being equal?
19    A.   Can you repeat that, please?
20    Q.   Right.  We have the same -- same
21 request, same currency pair, one set going
22 to someone who we know is associated with
23 toxic order flow or may be associated with
24 toxic order flow and the other going to
25 someone who we know is not associated with

1 toxic order flow.
2        What would be the difference in
3 spreads?
4    A.   It's -- it's hard to tell
5 upfront.  You know, we have all these
6 common factors that may be relevant in
7 that respect.
8    Q.   So you don't think the spread
9 would be wider for the toxic flow?
10    A.   It all depends.
11    Q.   Okay.
12    A.   I cannot make general
13 predictions, because there are many
14 different factors that may play a role.
15    Q.   Does your model consider
16 differences in information about
17 counterparty identity at the time of
18 quote?
19    A.   Can you repeat that?
20    Q.   Does your model consider
21 information about counterparty identity at
22 time of quote?
23    A.   In electronic trade, you mean,
24 or voice trade, for instance?
25    Q.   In electronic trading.

1    A.   It may take into account aspects
2 of the client.  That's correct.
3    Q.   And what variables cover
4 counterparty identity?
5    A.   Well, I can go through the list
6 again.
7    Q.   Okay.  Please do.
8    A.   For instance, let's talk about
9 the single-bank trade or a single-bank
10 platform.  Okay?  Customer profiling by
11 banks typically include some measure
12 of client sophistication.  It's the first
13 variable.
14    Q.   Customer profiling.  Client
15 sophistication.  Okay.
16    A.   They would also include some
17 element of toxicity, for instance, to
18 protect themselves against high-frequency
19 traders.
20    Q.   So your client sophistication
21 variable is the fraction of client trades
22 with this bank this year that arrives via
23 multi-bank trading platforms.
24    A.   Exactly.
25    Q.   So that will consider --

42 (Pages 162 - 165)

1    Q.   Okay.  And just so I'm
2 understanding, it's a standard methodology
3 for estimating impact and for estimating
4 damages; right?
5    A.   It's -- you can use that kind of
6 analysis for different purposes.  And this
7 is certainly one of the purposes you can
8 use it for.  That's correct.
9    Q.   Okay.
10    A.   So it's -- actually, this is a
11 methodology that is commonly used among --
12 also fund -- those handling funds and so
13 on, we can use it -- for instance, fund
14 managers can use it for estimating their
15 costs.  It could be other -- several other
16 ways to do it.  So it's a quite common
17 methodology.
18    Q.   Okay.
19    A.   So the references are in there.
20 So --
21    Q.   Okay.  Okay.  So if we can turn
22 to Appendix E of your report.
23    A.   E?
24    Q.   Yes.
25    A.   Okay.

1    Q.   And, again, I'm going to have to
2 ask you for some assistance with --
3    A.   I'm willing to provide some
4 assistance.  No problem.
5    Q.   -- the economics of this.
6    A.   Yeah.
7    Q.   Okay.  Are you familiar with the
8 term "R squared"?
9    A.   I am.
10    Q.   Okay.  And what is R squared?
11    A.   That's a measure that you
12 frequently use in some regressions, which
13 explains -- explained variance.
14    Q.   Okay.
15    A.   In predicted regressions, we
16 typically use another measure, which is
17 RMSE, root-mean-square error.
18    Q.   Okay.  And in laymen's terms,
19 please, what does the R squared tell you
20 about the fit or precision of your model?
21    A.   It's typically, as mentioned, a
22 measure that you use for another type of
23 regressions.  But it's a measure of
24 explained variance.
25    Q.   Okay.  So what would an R

1 squared of zero percent mean?
2    A.   Zero would mean that you are not
3 explaining the variance.
4    Q.   Okay.  And what would an R
5 squared of 100 percent mean?
6    A.   I hope we never find that,
7 because it means that you are doing
8 something wrong, I guess.
9    Q.   But it would mean -- and you
10 mean that because you can't possibly
11 explain everything.
12    A.   It's impossible.
13    Q.   Okay.  But that is what --
14    A.   Then you don't need to run a
15 regression.
16    Q.   In an ideal world, it's --
17 100 percent means you've explained every
18 single thing; is that right?
19    A.   Then you don't need to run a
20 regression.
21    Q.   Okay.  So if you could again
22 just explain in laymen's terms here on
23 page 4 of Appendix E, there is an R
24 squared of .4 percent; is that right?
25    A.   Yeah.  See, it differs a little

1 bit from 0.4, 11 percent.
2    Q.   Right.
3    A.   10.  It's the usual experience
4 in this type of regressions.  I have some
5 similar experiences from other datasets as
6 well.
7    Q.   Okay.  But can you just explain
8 to me what that means, again, as a
9 non-economist?
10    A.   It explains that it's hard to
11 explain a large proposition, of course, so
12 uncertainty.
13    Q.   Okay.
14    A.   Which is not unexpected, of
15 course.
16    Q.   Okay.  Right.
17       Okay.  If we can turn back to
18 paragraph 25.  I'm looking at the last
19 paragraph of 25 on page 7.
20    A.   25.  Okay.  I guess I should --
21    Q.   You can start, of course.
22 Please read the whole paragraph.
23    A.   I think I should read the whole
24 paragraph.
25    Q.   Yes, of course.

1    A.   (Witness perusing document.)
2        Yeah.  That's correct.
3    Q.   Okay.  So I'm just -- I'm
4 looking at the second half where you start
5 "Conducting this clean period analysis,
6 our working model shows that there are
7 identifiable common factors that influence
8 pricing in the FX market in a
9 statistically significant fashion and that
10 the conspiracy resulted in statistically
11 significant increases in FX spreads, the
12 difference between bid and ask, buy and
13 sell prices for FX transactions during the
14 class period."
15       So I just want to understand
16 what you mean by "statistically
17 significant."
18       What is the test you used to
19 establish the statistical significance of
20 these factors?
21    A.   This is a standard -- I think we
22 should go to the appendix, and I can
23 explain to you.  It's Appendix F; right?
24 No.  E.
25    Q.   D, I think.

1    A.   Okay.  So statistically
2 significant is statistically -- a concept,
3 which is basically used in all
4 regressions.  So in our case, we have --
5 all methodology suggests that we should
6 use the so-called T values.  Okay.  Sorry.
7    Q.   No.  I'm sorry.  You can go
8 ahead.
9    A.   Yeah.
10   Q.   Thank you.
11   A.   Statistically significant, that
12 has to do with the standard error of the
13 coefficients.
14   Q.   Okay.
15   A.   And if you look at the T values.
16 Can you see the T values?
17   Q.   Yes.
18   A.   In the right column?  A
19 coefficient is statistically significant
20 or statistically reliable if that one is
21 bigger or smaller than two minus two.  In
22 that case, it's statistically significant
23 at 95 percent level.  The higher, the more
24 statistically significant it is.  That's
25 the --

1    Q.   Got it.
2    A.   Yeah.  So this is just pure
3 standard statistics.
4    Q.   So this is just -- so when you
5 say that, you're just talking about the T
6 statistic.
7    A.   Exactly.
8    Q.   Okay.  And then when you say the
9 conspiracy resulted in statistically
10 significant increases in FX spreads --
11   A.   That's another.  That's another
12 issue.
13   Q.   Okay.
14   A.   That's not captured directed by
15 the --
16   Q.   Okay.
17   A.   So that's our damage estimates,
18 which we have a bottom-up approach, as
19 described in our document or paper.
20   Q.   Okay.
21   A.   And so for each and every trade,
22 we have an estimate of the damage, and we
23 can aggregate that up to -- for instance,
24 up to the class-wide level.  So we have a
25 common -- we have a common model for how

1 to calculate damage for each trade, each
2 customer, class-wide level.
3    Q.   Got it.
4    A.   And looking at those estimates,
5 they are also highly statistically
6 significant.  That's -- that's the content
7 of that sentence.
8    Q.   I see.  Okay.  Okay.
9        And just so I understand --
10 again, forgive my ignorance of statistics.
11 So the T statistics are high, and that's
12 why you're calling them statistically
13 significant.  And then -- but when you
14 look at it in combination with the R
15 squared, it's saying that it's
16 statistically significant but for
17 explaining less than one percent of the
18 variance; is that right?
19   A.   That particular regression
20 explains a small percentage of the
21 variance.
22   Q.   Okay.
23   A.   This is very -- if you have
24 looked at other, you know, similar kind of
25 regressions, you would recognize that

1    A.   That's -- you know, that's just
2 how the market works.
3    Q.   Got it.  Got it.
4         Okay.  I'm going to move on to a
5 different topic.  Talk a little bit about
6 FX benchmark fixes.
7         Can you tell me how many
8 different FX benchmark fixes occurred
9 during the class period?
10   A.   I know that you raised that
11 question at the beginning of today's
12 session.  I do not know exactly the number
13 of benchmark fixes.  Actually, there are
14 quite a few out there.
15   Q.   Okay.  Do you have, like, an
16 estimate?  Is it --
17   A.   No, I don't have an estimate.
18   Q.   Is it, like, 10?  Is it 100?
19   A.   I mentioned a couple of them
20 earlier today.
21   Q.   Okay.  Okay.  Can you name a
22 couple of them for me?
23   A.   I mentioned, for instance, the
24 WMR fix 4.  I think I mentioned the ECB
25 fix.

1    Q.   Right.  And we can look at the
2 class definitions that plaintiffs are
3 seeking to certify at paragraph 2 of your
4 report.  They are included for ease of
5 reference.
6         But is it correct that the
7 definitions of both the OTC and the
8 exchanged classes exclude trades whose
9 prices were set on the basis of a
10 benchmark rate, such as the WM Reuters
11 closing spot rates or the ECB reference
12 rates?
13        MR. HAUSFELD:  We'll stipulate
14   to that.  Next question.
15   Q.   Okay.  If you flip back to
16 paragraph 128 of your report.  You state
17 that counsel instructed you to remove
18 transaction data at the WM Reuters 4 p.m.
19 fix; is that right?
20   A.   I can read from paragraph 128.
21 "As instructed by counsel, we have removed
22 transactions data at the WM Reuters 4 p.m.
23 fix."
24   Q.   Okay.
25   A.   That's correct.

1    Q.   And that's correct?
2         Does the WM/Reuters benchmark
3 have other fixing windows?
4    A.   As we mentioned here, we will
5 try to, you know -- for purposes of the --
6 so if you read this sentence, we will try
7 to remove the fix, fixed rates.
8    Q.   Right.  I just wanted to -- just
9 if you could answer my question.
10        Do you know whether the
11 WM/Reuters benchmark has other fixing
12 windows?
13   A.   I don't remember all the fixes.
14   Q.   But just for that one in
15 particular, do you know if there are other
16 windows?
17   A.   I don't remember at the moment.
18   Q.   Okay.  Did you exclude data from
19 other WM/Reuters windows from your
20 analysis?
21   A.   As mentioned here, the plan is
22 to get rid of the fixed rates.
23   Q.   Right.  I know that's the plan.
24        I just want to understand what
25 was included in your data for this report.

1    A.   It's -- if you read
2 paragraph 128, "As instructed by counsel,
3 we have removed transaction data at the
4 WM/Reuters 4 p.m. fix."  So this is
5 ongoing work.  It will be -- those type of
6 fixed rates will be removed.
7    Q.   Okay.  So the only fix trade
8 that you removed for was WM/Reuters at
9 4 p.m.; is that right?
10   A.   At the moment, those trades have
11 been removed.  That's correct.
12   Q.   Right.  So this report and
13 that's it.  That's the only fixing trades.
14   A.   The plan is to remove other fix
15 trades as well.
16   Q.   Right.  But I'm just talking
17 about this report, only 4 p.m. Reuters;
18 right?  Okay.  Okay.
19        MR. HAUSFELD:  You have to
20   answer.  Did you get an answer?  You
21   have to say yes or no to that.
22   A.   To --
23        MR. HAUSFELD:  The question is
24   whether or not this report just
25   removed the 4 p.m. fix.

80 (Pages 314 - 317)

1   A.   Whether this report -- it's --
2  as mentioned here in paragraph 128, "As
3  instructed by counsel, we have removed
4  transaction data at the WM/Reuters 4 p.m.
5  fix."
6   Q.   Right. And my question was is
7  that the only fix trade that you removed
8  for and the dataset that you relied on for
9  this report?
10     I understand your plan in the
11  future is different. But the only fix
12  trade removed here is the 4 p.m.
13  WM/Reuters.
14   A.   As you can also read from the
15  next sentence in that paragraph, "To the
16  extent possible, trades at other benchmark
17  fixes during trading day will also be
18  removed"; right? So it's all --
19   Q.   Okay. Okay. I'm understanding
20  that -- I'm understanding -- I don't
21  know -- it's not -- it seems like the only
22  thing you removed from this dataset is the
23  4 p.m. fix with the plan to remove
24  everything else later.
25   A.   Yes. Of course.

1   Q.   Okay.
2   A.   So --
3   Q.   Okay. That's great.
4     So -- and just touching on that,
5  you write -- you do write, as you've read
6  a couple of times now, "For purposes of
7  the merits phase of the case, we will
8  remove, to the extent possible, trades at
9  other benchmark fixes during the trading
10  day, such as the ECB fix"; is that right?
11   A.   The sentence is --
12   Q.   Right.
13   A.   -- correct.
14   Q.   So what do you mean by "to the
15  extent possible"?
16   A.   You know, we need to identify
17  those trades. So that's ongoing work to
18  identify those trades. And when
19  identified, they can be removed. Those
20  trades cannot be removed before they are
21  identified.
22   Q.   Okay. And is it difficult to
23  identify those trades?
24   A.   Sometimes it is difficult to
25  identify such trades.

1   Q.   Okay. Do you think that you'll
2  eventually be able to get rid of all of
3  them from the dataset?
4   A.   There are continuous refinements
5  of the dataset.
6   Q.   Okay.
7   A.   So let's see.
8   Q.   Okay. If you are not able to
9  remove trades at other benchmark fixes,
10  does that mean your model includes
11  transactions that are excluded from the
12  class definitions?
13   A.   If you are not able to exclude
14  all of them, you mean? Well, then they
15  will certainly be in the dataset, of
16  course.
17   Q.   Okay. Thanks.
18     Okay. Now if we turn to
19  paragraph 135. You write that "As of the
20  date of this declaration, trade data for
21  FX exchange traded instruments have not
22  yet been made available to us"; is that
23  right?
24   A.   That is correct.
25   Q.   So you have not applied your

1  model to data for exchanged traded FX
2  instruments.
3   A.   It's impossible to apply the
4  model to data that we do not have access
5  to.
6   Q.   Right. Right. Okay. And at
7  paragraph 137, you write, "Based on the
8  characteristics of exchange traded
9  instruments and the ways they are traded,
10  your model of how defendants conduct
11  caused spreads to widen would be equally
12  applicable to such instruments"; is that
13  right?
14   A.   That's -- you read the sentence.
15   Q.   Okay. What characteristics are
16  those?
17   A.   Actually, we would apply -- we
18  would apply the current model to those
19  trades as well.
20   Q.   Right. But you write here,
21  "Based on the characteristics of exchange
22  traded instruments and the ways they are
23  traded, the model will be equally
24  applicable."
25     So I just want to understand

CONFIDENTIAL

1 what those characteristics are and what
2 the ways they are traded are.
3    A.   It's just what it said; right?
4 Based on the characteristics.  So they
5 would use a similar model.
6    Q.   Right.  But can you identify
7 some of the characteristics of those
8 instruments that make them --
9    A.   For those instruments --
10    Q.   -- make the model applicable?
11    A.   -- you know, for instance,
12 volatility, et cetera, will be relevant.
13    Q.   Okay.  And what about the ways
14 in which they are traded?
15    A.   On the exchange, you mean, or --
16    Q.   I don't know.  What did you
17 mean?
18    A.   What's the question?
19    Q.   You wrote here "based on the
20 characteristics and the ways they are
21 traded."
22    A.   Yeah.  We have discussed those
23 characteristics before.  So --
24    Q.   Right.  The characteristics
25 you --

1    A.   You mean some particular
2 characteristics of the --
3    Q.   Of the exchange traded
4 instruments.  Yes.
5    A.   Is that what it says?  I think
6 it's referring to based on the
7 characteristics of exchange traded
8 instruments and the ways they are traded.
9 What we are talking about here is to apply
10 the same model on those trades.
11    Q.   Right.  And we're just trying to
12 understand why you think you can.
13    A.   Why?
14    Q.   Right.  You say "based on
15 characteristics and ways they're traded."
16       So just if you can explain what
17 that means.
18    A.   I think the final analysis will
19 be performed when we have the data.  Of
20 course, it's hard to tell exactly how that
21 analysis will be run before we actually
22 have access to the data.
23    Q.   Of course.  That makes sense.
24    A.   So it's -- you know, that's
25 always the case; right?  You need to see

1 what we can get.
2    Q.   Right.  Right.  Okay.  And I
3 guess that kind of answers my next
4 question, but I'll ask just to be clear.
5       How can you assess reliability
6 if you have not done any testing with this
7 dataset?
8    A.   Of course, we need to do
9 analysis on the data first.  I think we
10 also stated that somewhere in the
11 document.
12    Q.   Okay.  Because also at the end
13 of paragraph 137, you write, "Our model
14 will then be able to reliably assess the
15 percentage of exchange class as separate
16 injury as well as to calculate aggregate
17 damages."
18    A.   Yeah.
19    Q.   So how can you -- how can you
20 know that if you haven't seen the data?
21    A.   We are not concluding any
22 results from that analysis.  We are saying
23 that when we have the data, we can do the
24 analysis.  So we have not concluded
25 anything.

1    Q.   Okay.
2    A.   And we cannot, because we do not
3 have the data.
4    Q.   And if you do not get access to
5 the data, will you be able to calculate
6 impact or damages for FX exchange traded
7 instruments?
8    A.   In the hypothetical case where
9 we do not get access to data, we cannot
10 run our model --
11    Q.   Okay.
12    A.   -- on those data.
13    Q.   Okay.  Okay.  If you turn to
14 paragraph 119.  It starts on page 39, but
15 I'm going to focus on what's on page 40.
16 But please feel free to read the whole
17 paragraph.
18    A.   Which paragraph are you talking
19 about?
20    Q.   119.
21    A.   119.
22       (Witness perusing document.)
23    Q.   Okay.  So in that paragraph, you
24 state that your regression model here is
25 based on a 2017 paper that you coauthored;