# EXHIBIT 15

1

2   ** H I G H L Y   C O N F I D E N T I A L **

3   UNITED STATES DISTRICT COURT

4   SOUTHERN DISTRICT OF NEW YORK

5   Case No. 1:13-cv-07789-LGS

6   ------------------------------------x

7

    IN RE FOREIGN EXCHANGE BENCHMARK RATES

8   ANTITRUST LITIGATION

9

    ------------------------------------x

10

11                  September 27, 2018

12                  9:50 a.m.

13

14       Videotaped Deposition of HAL J.

15   SINGER, Ph.D., taken by Plaintiffs,

16   pursuant to Notice, held at the offices of

17   Cahill Gordon & Reindel LLP, 80 Pine

18   Street, before Todd DeSimone, a Registered

19   Professional Reporter and Notary Public of

20   the State of New York.

21

22

23

24

25

Page 122
1    SINGER - HIGHLY CONFIDENTIAL
2 other, but I don't think you could run
3 both.
4    Q.    Coming back to the three firm,
5 four firm, five firm analysis that you
6 mentioned a minute ago, does that analysis
7 involve quantifying in some way thresholds
8 over which a market would be considered
9 unconcentrated, moderately concentrated or
10 highly concentrated?
11   A.    I think I have seen thresholds
12 provided, but if you are asking could one
13 calculate the three, four and five firm
14 concentration metric, of course you could.
15   Q.    And on the question of
16 thresholds in particular, you believe
17 that's something that exists in the
18 literature?
19   A.    Yes.
20   Q.    Anything in mind?  Any papers
21 in mind that deal with that?
22   A.    I seem to recall an older
23 version of the guidelines including various
24 metrics in that dimension, and potentially
25 this version of the guidelines.  I'm not

Page 123
1    SINGER - HIGHLY CONFIDENTIAL
2 capable of searching it in my current
3 state.
4    Q.    But at this point in your
5 report you don't report results of a
6 concentration analysis on either the HHI or
7 the three firm, four firm, five firm
8 analysis that you described just a minute
9 ago; is that right?
10   A.    I think what I hear you asking
11 is have I presented results on either the
12 three, four, or five firm concentration
13 measures by currency pair.
14        The answer is no.  I have given
15 you one example for the most important
16 currency pair for the five firm.  But I
17 haven't provided you the three, four and
18 five of every currency pair, but I'm
19 testifying that it is feasible if you are
20 so interested to compute any or all of them
21 yourself.
22        On the question of --
23   Q.    So that assumes facts, but go
24 ahead.
25   A.    This is really not that

Page 124
1    SINGER - HIGHLY CONFIDENTIAL
2 complicated.
3        And, similarly, on HHI, you
4 asked me if I have done it.  I think I or
5 my staff have done it, but it is not
6 reported in this report.
7    Q.    Understood.
8        We talked a little bit earlier,
9 I'm switching gears here, about
10 non-defendant liquidity providers.
11       Now I'm at paragraph 27 of your
12 report.  I will ask you a few questions
13 around that.  So maybe it would be worth
14 taking the time to read through that.
15       (Witness perusing document.)
16   A.    Okay, I have read 27.
17   Q.    So the first sentence says "In
18 the FX market, Class Members are price
19 takers and Defendants are price makers
20 (also referred to as market makers,
21 liquidity providers, or dealer banks)."
22       Fair to say that that's a
23 general statement that might have some
24 exceptions?
25   A.    Yes.

Page 125
1    SINGER - HIGHLY CONFIDENTIAL
2    Q.    We spoke a little bit earlier
3 about non-defendant dealer banks that might
4 be in the class.
5        That would be one of the
6 exceptions that you are thinking about; is
7 that fair?
8    A.    I think that -- well, let me
9 just say something, that both non-defendant
10 banks and banks are sometimes liquidity
11 takers, if that's what you are asking me.
12   Q.    My question is just a little
13 bit different, although we will come to
14 that in a moment.
15       But it's possible that a
16 non-defendant bank provided liquidity such
17 that it is a price maker in a certain
18 context?
19   A.    Non-defendant banks sometimes
20 provide liquidity, yes, yes.
21   Q.    Hedge funds sometimes provide
22 liquidity; is that right?
23       MR. NOSS:  Objection to form.
24   Q.    Let me rephrase the question.
25       Do you have any understanding

32 (Pages 122 - 125)