# Exhibit 4

**EXHIBIT 4**

| Deficiency Category | Paragraph | Claim Count | Letter Deadline: 30-60 Days | Letter Deadline: 60-90 Days | Letter Deadline: 90-120 Days | Letter Deadline: 120-160 Days | Letter Deadline: 160-200 Days | Letter Deadline: Over 200 Days | Reminder Notice |
|---|---|---|---|---|---|---|---|---|---|
| Claims that were not eligible for Option 1 but were submitted under Option 1 | 18.a | 6,110 | - | - | - | 5,101 | 836 | 189 | 6,110 |
| Claims filed under Option 2 without accompanying transaction data | 18.b | 1,526 | - | - | - | 1,011 | 513 | 2 | 1,526 |
| Failure to provide a country of domicile on the Claim Form | 18.c | 595 | - | - | - | 555 | 37 | 4 | 595 |
| Missing authorization documents for person signing on behalf of the Claimant and also require Settling Defendants confirm name provided | 18.d | 1,398 | - | - | - | 1,353 | 45 | - | 1,398 |
| Missing authorization documents for person signing on behalf of the Claimant | 18.e | 2,501 | - | - | - | 76 | 693 | 1,732 | 2,501 |
| Conflict Claims | 20 | 315 | 202 | - | 113 | - | - | - | 315 |
| Total | | 12,445 | 202 | - | 113 | 8,096 | 2,124 | 1,927 | 12,445 |

Prepared: 02/28/2019