**EXHIBITS 7,8**

**(FILED UNDER SEAL)**