UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) |

**CREDIT SUISSE DEFENDANTS' NOTICE OF *DAUBERT* MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERT OPINIONS**

PLEASE TAKE NOTICE that, upon the accompanying papers described herein, Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC (together, "Credit Suisse Defendants") will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 (the "Court"), on a date and time to be determined by the Court, for an order pursuant to Rule 702 of the Federal Rules of Civil Procedure and the *Daubert* line of cases, excluding the opinions offered by Mr. Robin Poynder, Hal J. Singer, Ph.D, and Professors Geir Høidal Bjønnes and Alexander Ljungqvist, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that the papers filed in support of this motion to exclude Plaintiffs' proposed expert opinions, consist of the:

1) Memorandum of Law in Support of Credit Suisse Defendants' *Daubert* Motion to Exclude Plaintiffs' Proposed Expert Opinions;

2) October 25, 2018 Declaration of David G. Januszewski and Exhibits thereto;

3) Report of Allan W. Kleidon, Ph.D.;

4) Expert Report of Prof. Justin McCrary;

5) Report of Janusz A. Ordover; and

    6) Expert Report of Keith Underwood.

PLEASE TAKE FURTHER NOTICE that movants request oral argument of this motion.[1]

| | |
|---|---|
| Dated: October 25, 2018<br>New York, New York | CAHILL GORDON & REINDEL LLP<br><br> s/ David G. Januszewski<br>David G. Januszewski<br>Herbert S. Washer<br>Elai Katz<br>Jason M. Hall<br>Sheila C. Ramesh<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br>sramesh@cahill.com<br><br>*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC* |

---

[1] At the Court's request, Credit Suisse Defendants' experts, as described herein, are available to provide testimony in support of Credit Suisse Defendants' motion to exclude Plaintiffs' proposed expert opinions.