# Davis Polk

New York · Paris
Menlo Park · Madrid
Washington DC · Tokyo
São Paulo · Beijing
London · Hong Kong

**Melissa King**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4673 tel
212 701 5673 fax
melissa.king@davispolk.com

April 2, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation* No. 13 Civ. 7789 (LGS)

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendants The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities Inc. in the above-referenced action. After April 2, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

Melissa C. King

cc:  All Counsel of Record (via ECF)


SO ORDERED.       DATE: _____

_____
U.S.D.J.