UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-CV-07789-LGS |

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that Kirby McInerney LLP has relocated its New York office as of Friday, April 19, 2019.  The new address is:

> Kirby McInerney LLP
> 250 Park Avenue, Suite 820
> New York, NY 10177

Additionally, our fax number has changed to (212) 699-1194.  The telephone numbers and email addresses remain the same.

Dated: New York, New York
April 30, 2019

By:  /s/ David E. Kovel
David E. Kovel
Karen M. Lerner
Thomas W. Elrod
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Fax: (212) 699-1194
dkovel@kmllp.com

*Counsel for Plaintiffs*