May 10, 2019

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      Pursuant to the Second Amended Civil Case Management Plan and Scheduling Order entered in this action ("Scheduling Order") (ECF No. 1014), Plaintiffs and Credit Suisse Securities (USA) LLC, Credit Suisse Group AG, and Credit Suisse AG ("Credit Suisse") submit this joint status letter.

      **I.**    **Pending Motions**

      Plaintiffs' motion for class certification is fully briefed and is pending.  Credit Suisse's motion to exclude Plaintiffs' experts Robin Poynder, Hal J. Singer, Ph.D, and Professors Geir Høidal Bjønnes and Alexander Ljungqvist is fully briefed and is pending.  On March 21, 2019, the parties submitted a joint letter to the Court advising that, should the Court be inclined to hold oral argument on these motions, the parties are prepared to appear at a status conference to address: (i) the Court's preference for any hearing(s) on such motions; (ii) the content, format, and duration of such hearing(s); and (iii) the potential involvement of live testimony, including expert witnesses, at such hearing(s).  *See* ECF No. 1247.

      **II.**    **Discovery**

      <u>Audio</u>:  On September 10, 2018, the parties reached an agreement on cost sharing in connection with the restoration of the audio production files.  Credit Suisse substantially completed the audio restoration process, and responsive non-privileged audio files will be produced following processing and Credit Suisse's review of the files.  The parties are continuing to meet and confer regarding indexing of the audio files and the use of phonetic search terms.

Honorable Lorna G. Schofield
May 10, 2019
Page 2

### III.     Next Joint Status Letter

The parties will submit their next joint status letter on Friday, July 12, 2019.

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s*/ Christopher M. Burke | *s*/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

*s*/ Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
80 Pine Street
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*