USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2019

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

May 30, 2019

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 1:13-cv-07789-LGS

Dear Judge Schofield:

    I have appeared as counsel for Citigroup Inc., Citibank, N.A., Citicorp, and Citigroup Global Markets Inc. (collectively, "Citi") in the above-captioned matter. As of May 31, 2019, I will no longer be an attorney at the law firm Covington & Burling LLP. Pursuant to Local Civil Rule 1.4, I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

    My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Citi has already settled this matter, and the Court granted final approval to that settlement on August 6, 2018. Covington & Burling LLP has already appeared in this action and will continue to represent the interests of Citi in this action. There is no retaining or charging lien being asserted.

Application GRANTED.

Dated: May 31, 2019
      New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**