June 10, 2019

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litig.*,
               No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      Pursuant to the Court's Order Approving an Initial Distribution of the Settlement Fund (ECF No. 1230), the Claims Administrator has disbursed payments to Authorized Claimants approved by the Order.  In total, the Claims Administrator has disbursed payments to approximately 50% of the Estimated Authorized Claims.  *See* Casey Decl., ECF No. 1216, §II.B. (explaining that Estimated Authorized Claims is the number of claims that the Claims Administrator expects to administratively accept based on current status).

      Likewise, pursuant to the Court's Opinion and Order awarding attorneys' fees (ECF No. 1140), the first half of the fee award will be disbursed to Class Counsel, subject to the re-payment obligations set forth in the Settlement Agreements (*see, e.g.*, Bank of America Stip., ECF No. 481-5 at ¶9(a) (In the event the Fee and Expense Award is reduced or reversed on appeal, Class Counsel "shall, within ten (10) business days from the event which requires repayment of the Fee and Expense Award, refund to the Settlement Fund the Fee and Expense Award paid to them, along with interest.").[1]

               Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP     HAUSFELD LLP

  s/ Christopher M. Burke               s/ Michael D. Hausfeld
Christopher M. Burke                   Michael D. Hausfeld
600 W. Broadway, Suite 3300          1700 K Street NW, Suite 650
San Diego, CA 92101                   Washington, DC 20006
(619) 233-4565                       (202) 540-7200
cburke@scott-scott.com             mhausfeld@hausfeld.com

*Settlement Class Counsel*

---

[1]    All 15 Settlement Agreements contain an identical repayment obligation provision.