UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE FOREIGN EXCHANGE  : Case No. 1:13-cv-07789-LGS
BENCHMARK RATES ANTITRUST  :
LITIGATION  :
:
------------------------------------------------------------x

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A.,
AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendants Bank of America Corporation and Bank of America, N.A. make the following supplemental disclosure through its undersigned counsel:

1. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

2. Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than

10% of Bank of America Corporation's outstanding common stock.

3. Merrill Lynch, Pierce, Fenner & Smith Incorporated is a direct, wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: August 7, 2019
   New York, New York      **SHEARMAN & STERLING LLP**

                By: */s/ Adam S. Hakki*
                  Adam S. Hakki
                  Richard F. Schwed
                  Jeffrey J. Resetarits
                  599 Lexington Avenue
                  New York, New York 10022
                  Telephone:  (212) 848-4000
                  Facsimile:  (212) 848-7179
                  ahakki@shearman.com
                  rschwed@shearman.com
                  jeffrey.resetarits@shearman.com

                  *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*