UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

**NOTICE OF MOTION FOR ISSUANCE OF A HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE TESTIMONY OVERSEAS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Christopher M. Burke, dated August 9, 2019 (the "Burke Declaration"), Plaintiffs respectfully move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on such date and at such time as the Court may direct, to issue a Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letter of Request") to take testimony overseas, pursuant to 28 U.S.C. §1781, Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555. The proposed Letter of Request is attached as Exhibit A to the Burke Declaration.

A Proposed Order is attached to this Notice of Motion.

Dated:  August 9, 2019                    Respectfully submitted,

                                          SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                          *s*/ Christopher M. Burke
                                          CHRISTOPHER M. BURKE (CB-3648)

WALTER W. NOSS (WN-0529)
KRISTEN M. ANDERSON (*pro hac vice*)
STEPHANIE A. HACKETT (*pro hac vice*)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
shackett@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
DAVID R. SCOTT (DS-8053)
JOSEPH P. GUGLIELMO (JG-2447)
DONALD A. BROGGI (DB-9661)
PETER A. BARILE III (PB-3354)
SYLVIA M. SOKOL (SS-0317)
THOMAS K. BOARDMAN (TB-0530)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
drscott@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
pbarile@scott-scott.com
ssokol@scott-scott.com
tboardman@scott-scott.com

HAUSFELD LLP
MICHAEL D. HAUSFELD
REENA ARMILLAY GAMBHIR
TIMOTHY S. KEARNS
NATHANIEL C. GIDDINGS
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7143
Facsimile:  202-5407201
mhausfeld@hausfeld.com
rgambhir@hausfeld.com
tkearns@hausfeld.com
ngiddings@hausfeld.com

2

        HAUSFELD LLP
        MICHAEL P. LEHMANN
        CHRISTOPHER L. LEBSOCK
        BONNY E. SWEENEY
        600 Montgomery Street, Suite 3200
        San Francisco, CA 94111
        Telephone: 415-633-1949
        Facsimile:  415-693-0770
        mlehmann@hausfeld.com
        clebsock@hausfeld.com
        bsweeney@hausfeld.com

        *Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: August 9, 2019

                  _s/ Christopher M. Burke_
                  Christopher M. Burke