**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | ECF CASE<br><br>No. 1:13-cv-07789-LGS |

## NOTICE OF ATTORNEY WITHDRAWAL

PLEASE TAKE NOTICE that, Scott+Scott Attorneys at Law LLP, counsel for Plaintiffs, hereby informs the Court that Julie A. Kearns is no longer a member of the firm, and respectfully requests that the Court withdraw Ms. Kearns' appearance and requests removal from the service list, including Notices of Electronic Filing with respect to representation of Haverhill Retirement Systems and Oklahoma Firefighters Pension and Retirement System.  All remaining counsel for Plaintiffs will continue to represent Plaintiffs.

DATED:  September 16, 2019

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*s*/ Christopher M. Burke
CHRISTOPHER M. BURKE (CB-3648)
WALTER W. NOSS (WN-0529)
KRISTEN M. ANDERSON (*pro hac vice*)
STEPHANIE A. HACKETT (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
shackett@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
DAVID R. SCOTT (DS-8053)
JOSEPH P. GUGLIELMO (JG-2447)
DONALD A. BROGGI (DB-9661)
PETER A. BARILE III (PB-3354)
SYLVIA M. SOKOL (SS-0317)
THOMAS K. BOARDMAN (TB-0530)
MICHELLE E. CONSTON (MC-1688)
The Helmsley Building

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
drscott@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
pbarile@scott-scott.com
ssokol@scott-scott.com
tboardman@scott-scott.com
mconston@scott-scott.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2019, I caused the foregoing to be served via electronic mail on all counsel of record.

Dated: September 16, 2019     SCOTT+SCOTT ATTORNEYS AT LAW LLP

*s/* Christopher M. Burke
Christopher M. Burke