| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>:<br>:<br>IN RE FOREIGN EXCHANGE BENCHMARK  :<br>RATES ANTITRUST LITIGATION  :<br>:<br>:<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 09/16/2019<br><br>13 Civ. 7789 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letters to Chambers dated September 13, 2019, Plaintiffs requested leave to file in redacted form or under seal portions of Plaintiff's supplemental interrogatory responses. It is hereby

**ORDERED** that Plaintiffs' request is **GRANTED**. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced documents in redacted form or under seal is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: September 16, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**