UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE OF AARON M. ZIGLER

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Aaron M. Zigler is no longer associated with the law firm of Korein Tillery, LLC and should be removed from the Court's service list with respect to this action. The law firm of Korein Tillery, LLC continues to serve as counsel for Plaintiff Haverhill Retirement System, on Behalf of Itself and All Others Similarly Situated, in the above captioned action, through its attorneys listed below and all future correspondence and papers in this action should continue to be directed to them.

Dated October 11, 2019

Respectfully submitted,

**KOREIN TILLERY, LLC**

BY: /s/ *George A. Zelcs*
George A. Zelcs
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Phone: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Counsel for Plaintiff Haverhill Retirement System, on Behalf of Itself and All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I caused the foregoing to be served via electronic mail on all counsel of record.

Dated: October 11, 2019                    KOREIN TILLERY, LLC

                                           /s/ *George A. Zelcs*
                                           George A. Zelcs