UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## DECLARATION OF GEORGE A. ZELCS PURSUANT TO LOCAL RULE 1.4

I, George A. Zelcs, hereby declare under penalty of perjury, that the following is true and correct:

1. I make this Declaration pursuant to Local Rule 1.4 of the Rules of this Court.

2. I am an attorney and partner at Korein Tillery, LLC and representing Plaintiff Haverhill Retirement System, on Behalf of Itself and All Others Similarly Situated, in the above-captioned matter.

3. Aaron M. Zigler is no longer associated with Korein Tillery, LLC. Attorneys at Korein Tillery, LLC continue to be counsel for Plaintiff Haverhill Retirement System, on Behalf of Itself and All Others Similarly Situated in this matter.

4. Mr. Zigler is not asserting any retaining or charging lien against Plaintiff Haverhill Retirement System.

5. I respectfully request that the Court enter the accompanying proposed Order allowing Aaron M. Zigler to withdraw as counsel for Plaintiff Haverhill Retirement System, on Behalf of Itself and All Others Similarly Situated.

Dated October 11, 2019        /s/ *George A. Zelcs*
                              George A. Zelcs