

**U.S. Department of Justice**

Antitrust Division

*New York Office*

| | |
|---|---|
| *26 Federal Plaza* | *212/335-8000* |
| *Room 3630* | |
| *New York, New York 10278-0004* | *FAX 212/335-8023* |

November 1, 2019

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:  *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS); *NYPL, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-9300 (LGS); *Contant, et al. v. Bank of America Corporation, et al.*, No. 17-cv-3139 (LGS); *Allianz, et al. v. Bank of America Corporation, et al.*, No. 18-cv-10364 (LGS)

Dear Judge Schofield:

Pursuant to the Court's July 11, 2019 Order (13-cv-7789, Dkt. No. 1311), the United States Department of Justice, through the Antitrust Division and the Fraud Section of the Criminal Division ("the Department"), submits this letter apprising the Court of the status of the *Aiyer* trial. The trial was adjourned from October 21, 2019 to October 30, 2019. Trial has commenced and is estimated to last four to five weeks. Consistent with the Court's July 11, 2019 order, the Department requests that the stay remain in place through the conclusion of the trial. The Department expects the trial to conclude no later than December 6, 2019, and the Department proposes that it submit a letter apprising the Court of the status of the trial on that date.

Plaintiffs in the *In re Foreign Exchange* case (13-cv-7789) and the *Allianz* case (18-cv-10364) consent to the Department's request to extend the stay through December 6, 2019. Plaintiffs in the *Contant* case (17-cv-3139) take no position. All Defendants consent to the request except for Credit Suisse, which takes no position.[1]

---

[1] Plaintiffs in the *NYPL* matter (15-cv-9300) have not stated a position as to the Department's instant proposal but have consistently opposed the Department's request for stay.

Respectfully submitted,

JOSEPH MUOIO
Acting Chief, New York Office
Antitrust Division

By: /s/ Katherine Calle
Katherine Calle, Trial Attorney
Antitrust Division, New York Office
26 Federal Plaza
New York, NY  10278
(212) 335-8000
Katherine.calle@usdoj.gov

cc: All counsel (via ECF)