

**U.S. Department of Justice**

Antitrust Division

*New York Office*

26 Federal Plaza  212/335-8000
Room 3630
New York, New York 10278-0004  FAX 212/335-8023

January 10, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS); *NYPL, et al. v. JPMorgan Chase & Co., et al.*, 15-cv-9300 (LGS); *Contant, et al. v. Bank of America Corporation, et al.*, No. 17-cv-3139 (LGS); *Allianz, et al. v. Bank of America Corporation, et al.*, No. 18-cv-10364 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's December 4, 2019 Order (13-cv-7789, Dkt. No. 1373), the United States Department of Justice, through the Antitrust Division and the Fraud Section of the Criminal Division ("the Department"), submits this letter regarding the discovery stay in the foreign-exchange related matters.

    The Department requests that the stay remain in place with respect to Frank Cahill and Serge Sarramegna until the Second Circuit rules on Defendant Johnson's petition for rehearing en banc in *United States v. Johnson*, 18-1503-cr. As to individuals associated with *United States v. Akshay Aiyer*, 18-cr-333 (JGK), the Department requests that the stay remain in place with respect to Jason Katz, Christopher Cummins, and Nicholas Williams until Defendant Aiyer, Mr. Katz, and Mr. Cummins are sentenced. Their sentencings are scheduled for April 2020.

    Plaintiffs in the *In re Foreign Exchange* case (13-cv-7789), the *Allianz* case (18-cv-10364), and the *Nypl* case (18-cv-10364) consent to the Department's request. Plaintiffs in the *Contant* case (17-cv-3139) take no position. All Defendants consent to the request except for Credit Suisse, which takes no position.

        Respectfully submitted,

        JOSEPH MUOIO
        Acting Chief, New York Office
        Antitrust Division

By:   /s/ Katherine Calle
       Katherine Calle, Trial Attorney
       Antitrust Division, New York Office
       26 Federal Plaza
       New York, NY  10278
       (212) 335-8000
       Katherine.calle@usdoj.gov

cc: All counsel (via ECF)