# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

N.Y.S.D. Case #
13-cv-7789(LGS)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand and twenty.

_____

Keith Kornell,

          Objector-Appellant,

v.

Haverhill Retirement System, on behalf of itself and all other similarly situated, Value Recovery Fund LLC, State-Boston Retirement System, The City of Philadelphia, Board of Pensions and Retirement, Oklahoma Firefighters Pension and Retirement System, Tiberius OC Fund, LTD., Aureus Currency Fund, L.P., Employees Retirement System of Puerto Rico Electric Power Authority, Syena Global Emerging Markets Fund, LP, J. Paul Antonello, Marc G. Frederighi, Thomas Gramatis, Doug Harvey, Izee Trading Company, John Kerstein, Michael Elissinos, Mark Miller, Robert Miller, Richard Preschern, DBA Preschern Trading, Peter Rives, Michael J. Smith, Systrax Corporation, Casey Sterk, United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund,

          Plaintiffs-Appellees.

_____

**STATEMENT OF COSTS**
Docket No. 18-3673

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 23 2020
```

IT IS HEREBY ORDERED that costs are taxed in the amount of $1724.13 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/23/2020