By ECF												February 19, 2020

The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation,*
              S.D.N.Y. Case No. 1:13-cv-7789 (LGS)

Dear Judge Schofield:

      The undersigned counsel write pursuant to Your Honor's Order dated February 13, 2020 (ECF No. 1396), directing the relevant parties to explain whether they seek to have redactions applied to chat transcripts that are included in plaintiffs' proposed Hague Convention application to take the deposition of Robert de Groot.

      We have reviewed plaintiffs' proposed motion papers, and have determined that neither redactions nor filing under seal are necessary with respect to the particular chats at issue here. This determination is based on a review of these particular chats. We do not intend to waive any rights with respect to any future filings including other chat transcripts that may contain confidential and sensitive material warranting such measures.

                                Respectfully submitted,

| ALLEN & OVERY LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: <u>s/ David C. Esseks</u>* <br> David C. Esseks <br> Laura R. Hall <br> Rebecca Delfiner | By: <u>s/ Matthew A. Schwartz</u>* <br>     Matthew A. Schwartz <br>     Matthew A. Peller <br>     Maeghan O. Mikorski |
| *Attorneys for BNP Paribas Group, BNP Paribas North America, Inc., BNP Paribas Securities Corp., and BNP Paribas Prime Brokerage, Inc.* | *Attorneys for Barclays PLC and Barclays Capital Inc.* |
| COVINGTON & BURLING LLP | |
| By: <u>s/ Andrew A. Ruffino</u> <br>     Andrew A. Ruffino <br>     Andrew D. Lazerow | * Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5 |
| *Attorneys for Citicorp, Citigroup Inc. and Citibank N.A.* | |