```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE FOREIGN EXCHANGE BENCHMARK                            :
RATES ANTITRUST LITIGATION                                  :
                                                            :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020

13 Civ. 7789 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs have filed three letter motions for leave to file redacted motion papers (Dkt. Nos. 1410, 1413, 1416);

WHEREAS, pursuant to this Court's new electronic sealing system, any order granting a motion to seal includes a list of the names of all parties and attorneys who shall be granted access to the sealed documents. It is hereby

ORDERED that, by March 17, 2020, Plaintiffs shall file a letter in support of their letter motions, attached to which Plaintiffs shall provide a list of (1) all parties to this action; and (2) the names of the parties' attorneys of record.

Dated: March 13, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**