UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE FOREIGN EXCHANGE BENCHMARK    :    13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                     :
                                                            :    ORDER
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 4, 2020, Plaintiffs filed Renewed Motions for Issuance of Hague Convention Requests for International Judicial Assistance to Take Testimony Overseas of Frank Cahill, Niall O'Riordan and Richard Gibbons (Dkt. Nos. 1457, 1461 and 1465) and supporting papers;

WHEREAS, due to the COVID-19 pandemic, the Courthouse is not open for Plaintiffs to collect any signed Letters Rogatory.  It is hereby

**ORDERED** that, by **June 12, 2020**, Plaintiffs shall file a letter with sufficient information for the Court to FedEx the documents to the appropriate counsel of record.

Dated: June 9, 2020
       New York, New York

_____
       **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**