```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
IN RE FOREIGN EXCHANGE BENCHMARK                             :    13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                                   :
                                                             :            ORDER
                                                             :
                                                             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 8, 2020, the New York State Department of Financial Services ("NYDFS"), filed a pre-motion letter in anticipation of a motion to quash a subpoena that Plaintiffs served on NYDFS in this action, (the "Subpoena") (Dkt. No. 1490);

WHEREAS, on September 11, 2020, Defendant Credit Suisse filed a letter in support of the September 8, 2020, pre-motion letter at Dkt. No. 1490 (Dkt. No. 1495);

WHEREAS, on September 14, 2020, Plaintiffs filed a letter responsive to the September 8, 2020 pre-motion letter at Dkt. No. 1490, and the September 11, 2020 letter in support at Dkt. No. 1495 (Dkt. No. 1497); it is hereby

**ORDERED**, for substantially the reasons stated in NYDFS's September 8, 2020, letter (Dkt. No. 1490) and Defendant Credit Suisse's September 11, 2020, letter in support (Dkt. No. 1490), that, NYDFS's motion to quash is granted.

Dated: September 15, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**