**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

**CLASS PLAINTIFFS' NOTICE OF MOTION FOR**
**AN ORDER APPROVING OF THE FORM AND MANNER OF**
<u>**NOTICE FOR THE CERTIFIED LITIGATION CLASS**</u>

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, at a time and date to be set by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Class Plaintiffs will, and hereby do, move the Court, pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure, for entry of an Order Approving the Form and Manner of Notice of the Certified Litigation Class.

In support of the Motion, Class Plaintiffs submit herewith:

- [Proposed] Order Approving the Form and Manner of Notice of the Certified Litigation Class

- Declaration of Christopher M. Burke and Michael D. Hausfeld in Support of Motion for an Order Approving the Form and Manner of Notice to the Certified Litigation Class

	Exhibit 1:    [Proposed] Summary Notice of Certified Litigation Class

	Exhibit 2:    [Proposed] Detailed Notice of Certified Litigation Class

Along with the accompanying Memorandum of Law in Support of Class Plaintiffs' Motion for an Order Approving the Form and Manner of Notice of the Certified Litigation Class.

Dated:  September 30, 2020                Respectfully submitted,

/s/  *Michael D. Hausfeld*
Michael D. Hausfeld


SCOTT+SCOTT ATTORNEYS AT LAW LLP

CHRISTOPHER M. BURKE (CB-3648)
WALTER W. NOSS (WN-0529)
KRISTEN M. ANDERSON (*pro hac vice*)
STEPHANIE A. HACKETT (*pro hac vice*)
KATE LV (*pro hac vice*)

1


600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
shackett@scott-scott.com
klv@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
DAVID R. SCOTT (DS-8053)
JOSEPH P. GUGLIELMO (JG-2447)
DONALD A. BROGGI (DB-9661)
PETER A. BARILE III (PB-3354)
SYLVIA M. SOKOL (SS-0317)
THOMAS K. BOARDMAN (TB-0530)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
drscott@scott-scott.com
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
pbarile@scott-scott.com
ssokol@scott-scott.com
tboardman@scott-scott.com

-and-

HAUSFELD LLP
MICHAEL D. HAUSFELD
REENA ARMILLAY GAMBHIR
TIMOTHY S. KEARNS
NATHANIEL C. GIDDINGS
SARAH LAFRENIERE
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile:  202-540-7201
mhausfeld@hausfeld.com
rgambhir@hausfeld.com
tkearns@hausfeld.com
ngiddings@hausfeld.com

2

slafreniere@hausfeld.com

HAUSFELD LLP
MICHAEL P. LEHMANN
CHRISTOPHER L. LEBSOCK
BONNY E. SWEENEY
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile:  415-358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
bsweeney@hausfeld.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2020.

>*/s/ Michael D. Hausfeld*
>Michael D. Hausfeld