```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
IN RE FOREIGN EXCHANGE BENCHMARK                             :      13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                                   :
                                                             :              ORDER
                                                             :
                                                             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was scheduled for October 7, 2020, at 10:40 A.M. (*see* Dkt. No. 1503); it is hereby

**ORDERED** that, the status conference will now occur on **October 7, 2020, at 10:30 A.M.** The conference shall occur telephonically, on the following conference line: (888) 363-4749, access code: 5583333. The time is approximate, but the parties shall ensure that they are dialed into the conference line by the appointed conference time.

Dated: October 5, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**