```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
IN RE FOREIGN EXCHANGE BENCHMARK                             :   13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                                   :
                                                             :       ORDER
                                                             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2020, Defendant Credit Suisse filed a pre-motion letter requesting a conference to discuss the production of the unified FX cash extract database (the "Unified Dataset") in *Allianz Global Investors GmbH, et al. v. Bank of America Corp., et al.*, No. 18 Civ. 10364 (S.D.N.Y.) ("*Allianz*") (Dkt. No. 1498);

WHEREAS, on September 23, 2020, Plaintiffs filed a responsive letter to Credit Suisse's September 15, 2020, pre-motion letter at Docket No. 1498 (Dkt. No. 1501);

WHEREAS, on October 7, 2020, a pre-motion conference was held; it is hereby

**ORDERED** that, for substantially the reasons stated at the conference, Credit Suisse's request to produce the Unified Dataset in the *Allianz* litigation is **DENIED**.

Dated: October 7, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**