

MICHAEL HAUSFELD    1700 K Street, NW
Suite 650
Washington, DC 20006

202-540-7200 Main
202-540-7201 Fax

October 29, 2020

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
            Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    I write on behalf of the Plaintiffs to inform the court that Counsel William P. Butterfield passed away, and to request the Court's permission to remove Mr. Butterfield's name from the docket.

    ECF help desk has instructed us to have this letter endorsed by Your Honor so that Mr. Butterfield's name can be removed from the docket in this action. The firm of Hausfeld LLP and the attorneys who have appeared on behalf of the Plaintiffs will continue their representation.

    We appreciate the Court's attention to this matter and are available to answer any additional questions the Court may have regarding the above.

                        Respectfully submitted,

                        /s/ *Michael D. Hausfeld*
                        Michael D. Hausfeld
                        **HAUSFELD LLP**
                        1700 K Street, NW, Suite 650
                        Washington, DC 20006
                        Telephone: 202-540-7200
                        Facsimile:  202-540-7201
                        mhausfeld@hausfeld.com

                        *Attorney for Plaintiffs*