UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
IN RE FOREIGN EXCHANGE BENCHMARK       :       13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION             :
                                                               :       ORDER
                                                               :
                                                               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 26, 2020, Plaintiffs filed a motion to seal portions of Plaintiffs' forthcoming motion for issuance of a Hague Convention request for international judicial assistance to take testimony overseas and supporting papers (the "Motion"). Dkt. No. 1514. It is hereby

**ORDERED** that Plaintiffs' redaction and seal requests are **GRANTED**. The unredacted versions of these documents will remain sealed, and only the parties and individuals identified in Appendix A will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. v. Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced documents in redacted form or under seal is necessary to prevent the unauthorized dissemination of confidential business and sensitive personal information.  It is further

**ORDERED** that, by **November 4, 2020**, Plaintiffs shall file the Motion with the approved redactions.

Dated: October 30, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        **UNITED STATES DISTRICT JUDGE**

# APPENDIX A

| Class Counsel | Of Counsel for Plaintiffs |
|---|---|
| **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Walter W. Noss<br>wnoss@scott-scott.com<br><br>Kristen M. Anderson<br>kanderson@scott-scott.com<br><br>Donald A Broggi<br>dbroggi@scott-scott.com<br><br>Peter Anthony Barile, III<br>pbarile@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>Michelle Elizabeth Conston<br>mconston@scott-scott.com<br><br>William Curtis Fredericks<br>wfredericks@scott-scott.com<br><br>Joseph Peter Guglielmo<br>jguglielmo@scott-scott.com<br><br>Sylvia Sokol<br>ssokol@scott-scott.com<br><br>Stephanie Ann Hackett<br>shackett@scott-scott.com<br><br>Kate Lv<br>klv@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com<br><br>Tim Kearns<br>tkearns@hausfeld.com<br><br>Reena Gambhir<br>rgambhir@hausfeldllp.com | **Fine, Kaplan and Black, R.P.C.**<br>Roberta D. Liebenberg<br>rliebenberg@finekaplan.com<br>Adam Pessin<br>apessin@finekaplan.com<br><br>**Motley Rice LLC**<br>William H. Narwold<br>bnarwold@motleyrice.com<br><br>Donald A. Migliori<br>dmigliori@motleyrice.com<br><br>Michael M. Buchman<br>mbuchman@motleyrice.com<br><br>**Miller Law LLC**<br>Marvin A. Miller<br>mmiller@millerlawllc.com<br><br>Matthew Van Tine<br>mvantine@millerlawllc.com<br><br>**Kirby McInerney LLP**<br>David E Kovel<br>dkovel@kmllp.com<br><br>Karen Lerner<br>klerner@kmllp.com |

| | |
|---|---|
| Katie Beran<br>kberan@hausfeld.com<br><br>Sarah Rebecca Lafreniere<br>slafreniere@hausfeld.com<br><br>Christopher L. Lebsock<br>clebsock@hausfeldllp.com | |

| Class Representatives | Class Representitives Counsel |
|---|---|
| Aureus Currency Fund, L.P. ("Aureus") | **CERA LLP**<br>Solomon B. Cera<br>scera@cerallp.com<br><br>C. Andrew Dirksen<br>cdirksen@cerallp.com |
| City of Philadelphia, Board of Pensions and Retirement | **Obermayer Rebmann Maxwell & Hippel LLP**<br>William Leonard<br>william.leonard@obermayer.com<br><br>Rigel Farr<br>rigel.farr@obermayer.com<br><br>**BONI & ZACK LLC**<br>Michael J. Boni<br>mboni@bonizack.com<br><br>Joshua D. Snyder<br>jsnyder@bonizack.com |

| | |
|---|---|
| Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands") | **Robbins Geller Rudman & Dowd LLP**<br>Patrick Joseph Coughlin<br>patc@rgrdlaw.com<br><br>David W. Mitchell<br>davidm@rgrdlaw.com<br><br>Brian O. O' Mara<br>bomara@rgrdlaw.com<br><br>Randi Dawn Bandman<br>randib@rgrdlaw.com |
| Employees' Retirement System of Puerto Rico Electric Power Authority ("ERS-PREPA") | **Wolf Popper LLP**<br>Marian Rosner<br>mrosner@wolfpopper.com<br><br>Patricia Avery<br>pavery@wolfpopper.com<br><br>Fei-Lu Qian<br>fqian@wolfpopper.com |
| Fresno County Employees' Retirement Association ("FCERA") | **Berman DeValerio**<br>Joseph J. Tabacco , Jr.<br>jtabacco@bermantabacco.com<br><br>Todd Seaver<br>tseaver@bermantabacco.com<br><br>Sarah Khorasanee McGrath<br>smcgrath@bermantabacco.com |

| | |
|---|---|
| Haverhill Retirement System ("Haverhill") | **Korein Tillery, LLC**<br>Stephen M. Tillery<br>stillery@koreintillery.com<br><br>George A. Zelcs<br>gzelcs@koreintillery.com<br><br>Robert E Litan<br>rlitan@koreintillery.com<br><br>Steven Michael Berezney<br>sberezney@koreintillery.com<br><br>Michael E. Klenov<br>mklenov@koreintillery.com<br><br>**Scott and Scott Attorneys At Law LLP**<br>See Class Counsel Column for Details<br><br>**The Mogin Law Firm, P.C.**<br>Daniel J. Mogin<br>dmogin@moginlaw.com<br><br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>Allan Steyer<br>asteyer@steyerlaw.com<br><br>Alexander Dewitt Singh Kullar<br>akullar@steyerlaw.com |
| Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") | **Korein Tillery, LLC**<br>*See supra for details*<br>**Scott and Scott Attorneys At Law LLP**<br>*See Class Counsel Column for Details*<br><br>**The Mogin Law Firm, P.C.**<br>*See supra*<br><br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>*See supra* |

| | |
|---|---|
| State-Boston Retirement System ("Boston Retirement") | **Labaton Sucharow LLP**<br>Gregory S. Asciolla<br>gasciolla@labaton.com<br><br>Jay L. Himes<br>jhimes@labaton.com<br><br>Robin A. Van Der Meulen<br>rvandermeulen@labaton.com<br><br>Matthew J. Perez<br>mperez@labaton.com |
| Syena Global Emerging Markets Fund, LP ("Syena") | **Grant & Eisenhofer, PA**<br>Robert G. Eisler<br>reisler@gelaw.com |

| | |
|---|---|
| Tiberius OC Fund, Ltd. ("Tiberius") | **Entwistle & Cappucci LLP**<br>Andrew J Entwistle<br>aentwistle@entwistle-law.com<br><br>Robert N Cappucci<br>Entwistle & Cappucci LLP<br><br>Vincent Roger Cappucci<br>vcappucci@entwistle-law.com |
| Value Recovery Fund L.L.C. ("VRF") | **Entwistle & Cappucci LLP**<br>*See supra* |
| United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund ("United Food") | **Lowey Dannenberg Cohen & Hart, P.C.**<br>Vincent Briganti<br>vbriganti@lowey.com<br><br>Geoffrey Milbank Horn<br>ghorn@lowey.com<br><br>Gerald Lawrence<br>glawrence@lowey.com<br><br>Peter Dexter St. Phillip , Jr<br>pstphillip@lowey.com<br><br>Raymond Peter Girnys<br>rgirnys@lowey.com<br><br>**Shepherd, Finkelman, Miller & Shah, LLC**<br>Eric L. Young<br>eyoung@sfmslaw.com |

| | |
|---|---|
| Systrax Corporation ("Systrax") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Robert Miller, Makr Miller, and Petter Rives | **Korein Tillery, LLC**<br>*See supra* |
| J. Paul Antonello | **Criden & Love, P.A.**<br>Michael E. Criden<br>mcriden@cridenlove.com<br><br>Lindsey C. Grossman<br>lgrossman@cridenlove.com |
| Marc G. Federighi, Michael J. Smith | **Criden & Love, P.A.**<br>*See supra*<br><br>**Labaton Sucharow LLP**<br>*See supra* |
| Thomas Gramatis, John Kerstein | **Freed Kanner London Millen LLC**<br>Michael J. Freed<br>mfreed@fklmlaw.com<br><br>Steven A. Kanner<br>skanner@fklmlaw.com |

| | |
|---|---|
| Doug Harvey, Izee Trading Company ("Izee"), and Richard Preschern d/b/a Preschern Trading ("Preschern") | **Radice Law Firm, P.C.**<br>John Radice<br>jradice@radicelawfirm.com<br><br>Kenneth Pickly<br>kpickle@radicelawfirm.com |
| Jeffrey Sterk, Kimberly Sterk, and Michael Melissinos | **Nussbaum Law Group, P.C.**<br>Linda P Nussbaum<br>lnussbaum@nussbaumpc.com |

| Non-Settling Defendant | Counsel |
|---|---|
| Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC (collectively "Credit Suisse") | David George Januszewski<br>Cahill Gordon & Reindel LLP<br>djanuszewski@cahill.com |
| | Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>hwasher@cahill.com |
| | Jason Michael Hall<br>Cahill Gordon & Reindel LLP<br>jhall@cahill.com |
| | Sheila Chithran Ramesh<br>Cahill Gordon & Reindel LLP<br>sramesh@cahill.com |
| | Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>ekatz@cahill.com |
| | Charles Matthew Miller<br>Tarter Krinsky & Drogin LLP<br>cmiller@tarterkrinsky.com |
| | Richard Carl Schoenstein<br>Tarter Krinsky & Drogin LLP<br>rschoenstein@tarterkrinsky.com |

| Settled Defendants | Counsel |
|---|---|
| Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc. (collectively "Bank of America") | Adam Selim Hakki<br>Shearman & Sterling LLP<br>ahakki@shearman.com |
| | Richard Franklin Schwed<br>Shearman & Sterling LLP<br>rschwed@shearman.com |
| | Jeffrey Jason Resetarits<br>Shearman & Sterling LLP<br>jeffrey.resetarits@shearman.com |
| Bank of Tokyo Mitsubishi UFJ Ltd.  ("BOTM") | Michael E. Gertzman<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>mgertzman@paulweiss.com |
| | Andrew Corydon Finch<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>afinch@paulweiss.com |
| | Anand Sithian<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>asithian@paulweiss.com |
| | Kenneth Anthony Gallo<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>kgallo@paulweiss.com |

| | |
|---|---|
| Barclays Bank PLC, Barclays Capital Inc. (collectively "Barclays") | David Harold Braff<br>Sullivan and Cromwell, LLP<br>braffd@sullcrom.com |
| | Jeffrey T. Scott<br>Sullivan and Cromwell, LLP<br>scottj@sullcrom.com |
| | Matthew Alexander Schwartz<br>Sullivan & Cromwell, LLP<br>schwartzmatthew@sullcrom.com |
| | Yvonne Susan Quinn<br>Sullivan & Cromwell, LLP<br>quinny@sullcrom.com |
| | Kathleen Suzanne McArthur<br>Sullivan & Cromwell, LLP<br>mcarthurk@sullcrom.com |
| BNP Paribas Group, BNP Paribas North America,. Inc., BNP Paribas Securities Corp., BNP Prime Brokerage, Inc. (collectively BNP Paribas) | Camille Latoya Fletcher<br>Patterson, Belknap, Webb & Tyler LLP<br>cfletcher@pbwt.com |
| | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>jgoldberg@pbwt.com |
| | Rebecca Rose Delfiner<br>Allen & Overy, LLP<br>rebecca.delfiner@allenovery.com |
| | Molly Anne Kelley<br>Allen & Overy LLP<br>molly.kelley@allenovery.com |
| | John Terzaken<br>Allen & Overy LLP<br>john.terzaken@allenovery.com |
| | Laura Rose Hall<br>Allen & Overy, LLP<br>laura.hall@allenovery.com |
| Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc. (collectively "Citigroup") | Andrew Arthur Ruffino<br>Covington & Burling LLP<br>aruffino@cov.com |
| | Thomas A. Isaacson<br>Covington & Burling, LLP<br>tisaacson@cov.com |
| | Alan M. Wiseman<br>Covington & Burling, LLP<br>awiseman@cov.com |
| | Andrew D. Lazerow<br>Covington & Burling, LLP<br>alazerow@cov.com |

| | |
|---|---|
| Deutsche Bank AG, Deutsche Bank Securities Inc. (collectively "Deutsche Bank") | George Patrick Montgomery<br>King & Spalding LLP<br>pmontgomery@kslaw.com |
| | Nickolas Barber<br>Kirkland & Ellis LLP<br>nickolas.barber@kirkland.com |
| | Joseph Serino, JR.<br>Latham & Watkins LLP<br>joseph.serino@lw.com |
| | Eric Foster Leon<br>Latham & Watkins LLP<br>eric.leon@lw.com |
| Goldman Sachs Group, Inc., Goldman, Sachs & Co. (collectively "Goldman Sachs") | Leah Brannon<br>Cleary Gottlieb Steen & Hamilton LLP<br>lbrannon@cgsh.com |
| | George S Cary<br>Cleary Gottlieb Steen & Hamilton LLP<br>gcary@cgsh.com |
| | Robert Alexander Lawner<br>Cleary Gottlieb Steen & Hamilton LLP<br>rlawner@cgsh.com |
| | Thomas J. Moloney<br>Cleary Gottlieb Steen & Hamilton LLP<br>tmoloney@cgsh.com |
| | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>evicens@cgsh.com |
| | Victor L. Hou<br>Cleary Gottlieb Steen & Hamilton LLP<br>vhou@cgsh.com |
| HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc. (collectively "HSBC") | Gregory Thomas Casamento<br>Locke Lord LLP<br>gcasamento@lockelord.com |
| | Julia C Webb<br>Locke Lord LLP<br>jwebb@lockelord.com |
| | Roger Brian Cowie<br>Locke Lord LLP<br>rcowie@lockelord.com |
| | James Matthew Goodin<br>Locke Lord LLP<br>jmgoodin@lockelord.com |
| | Edwin R DeYoung<br>Locke Lord LLP<br>edeyoung@lockelord.com |

| | |
|---|---|
| JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (collectively "JPMorgan") | Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>boris.bershteyn@skadden.com |
| | John Coghlan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>john.coghlan@skadden.com |
| | Patrick Joseph Fitzgerald<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>patrick.fitzgerald@skadden.com |
| | Peter Edward Greene<br>Skadden, Arps, Slate, Meagher & Flom Llp<br>peter.greene@skadden.com |
| | Peter S. Julian<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>peter.julian@skadden.com |
| | Harry Peter Koulos<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>harry.koulos@skadden.com |
| | Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>tansy.woan@skadden.com |
| | Tibor Ludovico Nagy, Jr.<br>Dontzin Nagy & Fleissig LLP<br>tnagy@dnfllp.com |
| | Anuja Thatte<br>Dontzin Nagy & Fleissig LLP<br>athatte@dnfllp.com |
| | Stephen Leonard Ratner<br>Proskauer Rose LLP<br>sratner@proskauer.com |
| | Russell Laurence Hirschhorn<br>Proskauer Rose LLP<br>rhirschhorn@proskauer.com |
| Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc (collectively "Morgan Stanley") | Keia Denise Cole<br>Wachtell Lipton Rosen & Katz<br>kdcole@wlrk.com |
| | Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>JMMoses@wlrk.com |
| | Bradley Reid Wilson<br>Wachtell, Lipton, Rosen & Katz<br>brwilson@wlrk.com |
| | John David Tortorella<br>Marino Tortorella & Boyle, P.C.<br>jtortorella@khmarino.com |
| | Kevin H. Marino<br>Marino Tortorella & Boyle, P.C.<br>kmarino@khmarino.com |

| | |
|---|---|
| RBC Capital Markets LLC ("RBC") | James P. McLoughlin, Jr.<br>Moore & Van Allen, PLLC<br>jimmcloughlin@mvalaw.com |
| | Neil Thomas Bloomfield<br>Moore & Van Allen, PLLC<br>neilbloomfield@mvalaw.com |
| | Mark A. Nebrig<br>Moore & Van Allen, PLLC<br>marknebrig@mvalaw.com |
| | Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>joshlanning@mvalaw.com |
| Royal Bank of Scotland Group PLC, RBS Securities, Inc. (collectively "RBS") | Paul Steel Mishkin<br>Davis Polk & Wardwell LLP<br>paul.mishkin@dpw.com |
| | Greg Donald Andres<br>Davis Polk & Wardwell<br>greg.andres@davispolk.com |
| | Joel M. Cohen<br>Davis Polk & Wardwell<br>joel.cohen@dpw.com |
| | Alyssa Beaver Gomez<br>Davis Polk & Wardwell LLP<br>alyssa.gomez@davispolk.com |
| | Maude Paquin<br>Davis Polk & Wardwell LLP<br>maude.paquin@davispolk.com |
| | Jennifer Kan<br>Davis Polk & Wardwell LLP<br>jkan@bsfllp.com |
| Société Générale S.A. ("SocGen") | Patrick Coby Ashby<br>Linklaters, LLP<br>patrick.ashby@linklaters.com |
| | Katherine Zupan Machan<br>Linklaters, LLP<br>kate.machan@linklaters.com |
| | James Robert Warnot, Jr<br>Linklaters, LLP<br>jim.warnot@linklaters.com |
| | Adam Samuel Lurie<br>Linklaters, LLP<br>adam.lurie@linklaters.com |

| | |
|---|---|
| Standard Chartered Bank ("Standard Chartered") | Andrew W. Stern<br>Sidley Austin LLP (NY)<br>astern@sidley.com |
| | Nicholas Primer Crowell<br>Sidley Austin LLP (NY)<br>ncrowell@sidley.com |
| UBS AG, UBS Group AG, UBS Securities LLC (collectively "UBS") | David Jarrett Arp<br>Gibson, Dunn & Crutcher, LLP<br>jarp@gibsondunn.com |
| | Melanie L. Katsur<br>Gibson, Dunn & Crutcher LLP<br>mkatsur@gibsondunn.com |
| | Mark Adam Kirsch<br>Gibson, Dunn & Crutcher, LLP<br>mkirsch@gibsondunn.com |
| | Joshua H. Soven<br>Gibson, Dunn & Crutcher LLP<br>jsoven@wsgr.com |
| | Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP<br>estock@gibsondunn.com |