UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :

IN RE FOREIGN EXCHANGE BENCHMARK  :      13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION                   :
                                                            :             ORDER
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 29, 2020, Plaintiffs filed a pre-motion letter in anticipation of a motion for summary judgment. Dkt. No. 1518.

      WHEREAS, on October 29, 2020, Defendant Credit Suisse filed a pre-motion letter in anticipation of a motion for summary judgment. Dkt. No. 1519.

      WHEREAS, on October 30, 2020, Plaintiffs filed a letter indicating that Plaintiffs' pre-motion letter at Docket No. 1518 contains information Defendants have designated as either "Confidential" or "Highly Confidential" under the terms of the Stipulation and Order of Confidentiality at Docket No. 555, and that the pre-motion letter has been placed under temporary seal. Dkt. No. 1520.

      WHEREAS, pursuant to the Seventh Amended Civil Case Management Plan and Scheduling Order a case management conference is scheduled for November 12, 2020, at 10:40 a.m. Dkt. No. 1454. It is hereby

      **ORDERED** that, by **November 2, 2020**, Plaintiffs shall file a letter motion to file a redacted version of the pre-motion letter at Docket No. 1518, pursuant to Individual Rule I.C.3. Pursuant to Individual Rule I.C.3, Plaintiffs shall also publicly file the document with the proposed redactions and electronically file under seal a copy of the unredacted document with the proposed redactions highlighted. It is further

      **ORDERED** that, because the party with an interest in confidential treatment bears the

burden of persuasion, by **November 4, 2020**, Defendants shall file any letter in support of the motion.  It is further

**ORDERED** that the parties' anticipated motions for summary judgment will be discussed during the case management conference scheduled for November 12, 2020, at 10:40 a.m.  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code:  5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**