UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
                                                        :
IN RE FOREIGN EXCHANGE BENCHMARK   :          13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION              :
                                                        :          <u>ORDER</u>
                                                        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 29, 2020, Plaintiffs filed a pre-motion letter in anticipation of a

motion for summary judgment.  Dkt. No. 1518.

WHEREAS, on October 30, 2020, Plaintiffs filed a letter indicating that Plaintiffs' pre-

motion letter at Docket No. 1518 contains information Defendants have designated as either

"Confidential" or "Highly Confidential" under the terms of the Stipulation and Order of

Confidentiality at Docket No. 555, and that the pre-motion letter has been placed under

temporary seal.  Dkt. No. 1520.

WHEREAS, on October 30, 2020, the Court issued an Order directing Plaintiffs to file a

letter motion to file a redacted version of the pre-motion letter at Docket No. 1518, pursuant to

Individual Rule I.C.3.  Dtk. No. 1524.

WHEREAS, Plaintiffs filed a letter motion to redact portions of the pre-motion letter at

Docket No. 1518.  Dkt. Nos. 1522, 1523 and 1525.

WHEREAS, Defendants filed a letter in support of Plaintiffs' letter motion to redact

portions of the pre-motion letter at Docket No. 1518.  Dkt. No. 1532.  It is hereby

**ORDERED** that, Plaintiffs' motion to seal is **GRANTED**.  The unredacted versions of the

pre-motion letter filed at Docket Nos. 1518 and 1525 will remain sealed, and only the parties and

individuals identified in the attached Appendix A will have access.  Although "[t]he common law

right of public access to judicial documents is firmly rooted in our nation's history," this right is

not absolute, and courts "must balance competing considerations against" the presumption of

access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal

quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978)

("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion

to be exercised in light of the relevant facts and circumstances of the particular case.").  Filing the

above-referenced document in redacted form is necessary to prevent the unauthorized

dissemination of confidential information related to non-parties.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 1520, 1522,

1523 and 1525.


Dated:  November 6, 2020
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**

# Appendix A

| Class Counsel | Of Counsel for Plaintiffs |
|---|---|
| **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Walter W. Noss<br>wnoss@scott-scott.com<br><br>Kristen M. Anderson<br>kanderson@scott-scott.com<br><br>Donald A Broggi<br>dbroggi@scott-scott.com<br><br>Peter Anthony Barile, III<br>pbarile@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>Michelle Elizabeth Conston<br>mconston@scott-scott.com | **Fine, Kaplan and Black, R.P.C.**<br>Roberta D. Liebenberg<br>rliebenberg@finekaplan.com<br>Adam Pessin<br>apessin@finekaplan.com<br><br>**Motley Rice LLC**<br>William H. Narwold<br>bnarwold@motleyrice.com |

| | |
|---|---|
| William Curtis Fredericks<br>wfredericks@scott-scott.com | Donald A. Migliori<br>dmigliori@motleyrice.com |
| Joseph Peter Guglielmo<br>jguglielmo@scott-scott.com | Michael M. Buchman<br>mbuchman@motleyrice.com |
| Sylvia Sokol<br>ssokol@scott-scott.com | **Miller Law LLC**<br>Marvin A. Miller<br>mmiller@millerlawllc.com |
| Stephanie Ann Hackett<br>shackett@scott-scott.com | |
| Kate Lv<br>klv@scott-scott.com | Matthew Van Tine<br>mvantine@millerlawllc.com |
| **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com | **Kirby McInerney LLP**<br>David E Kovel<br>dkovel@kmllp.com |
| Tim Kearns<br>tkearns@hausfeld.com | Karen Lerner<br>klerner@kmllp.com |
| Reena Gambhir<br>rgambhir@hausfeldllp.com | |
| Katie Beran<br>kberan@hausfeld.com | |
| Sarah Rebecca Lafreniere<br>slafreniere@hausfeld.com | |
| Christopher L. Lebsock<br>clebsock@hausfeldllp.com | |
| | |
| **Class Representatives** | **Class Representitives Counsel** |

| | |
|---|---|
| Aureus Currency Fund, L.P. ("Aureus") | **CERA LLP**<br>Solomon B. Cera<br>scera@cerallp.com<br><br>C. Andrew Dirksen<br>cdirksen@cerallp.com |
| City of Philadelphia, Board of Pensions and Retirement | **Obermayer Rebmann Maxwell & Hippel LLP**<br>William Leonard<br>william.leonard@obermayer.com<br><br>Rigel Farr<br>rigel.farr@obermayer.com<br><br>**BONI & ZACK LLC**<br>Michael J. Boni<br>mboni@bonizack.com<br><br>Joshua D. Snyder<br>jsnyder@bonizack.com |

| | |
|---|---|
| Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands") | **Robbins Geller Rudman & Dowd LLP**<br>Patrick Joseph Coughlin<br>patc@rgrdlaw.com<br><br>David W. Mitchell<br>davidm@rgrdlaw.com<br><br>Brian O. O' Mara<br>bomara@rgrdlaw.com<br><br>Randi Dawn Bandman<br>randib@rgrdlaw.com |
| Employees' Retirement System of Puerto Rico Electric Power Authority ("ERS-PREPA") | **Wolf Popper LLP**<br>Marian Rosner<br>mrosner@wolfpopper.com<br><br>Patricia Avery<br>pavery@wolfpopper.com<br><br>Fei-Lu Qian<br>fqian@wolfpopper.com |
| Fresno County Employees' Retirement Association ("FCERA") | **Berman DeValerio**<br>Joseph J. Tabacco , Jr.<br>jtabacco@bermantabacco.com<br><br>Todd Seaver<br>tseaver@bermantabacco.com<br><br>Sarah Khorasanee McGrath<br>smcgrath@bermantabacco.com |

| | |
|---|---|
| Haverhill Retirement System ("Haverhill") | **Korein Tillery, LLC**<br>Stephen M. Tillery<br>stillery@koreintillery.com<br><br>George A. Zelcs<br>gzelcs@koreintillery.com<br><br>Robert E Litan<br>rlitan@koreintillery.com<br><br>Steven Michael Berezney<br>sberezney@koreintillery.com<br><br>Michael E. Klenov<br>mklenov@koreintillery.com<br><br>**Scott and Scott Attorneys At Law LLP**<br>See Class Counsel Column for Details<br><br>**The Mogin Law Firm, P.C.**<br>Daniel J. Mogin<br>dmogin@moginlaw.com<br><br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>Allan Steyer<br>asteyer@steyerlaw.com<br><br>Alexander Dewitt Singh Kullar<br>akullar@steyerlaw.com |
| Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") | **Korein Tillery, LLC**<br>*See supra for details*<br>**Scott and Scott Attorneys At Law LLP**<br>*See Class Counsel Column for Details*<br><br>**The Mogin Law Firm, P.C.**<br>*See supra*<br><br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>*See supra* |

| | |
|---|---|
| State-Boston Retirement System ("Boston Retirement") | **Labaton Sucharow LLP**<br>Gregory S. Asciolla<br>gasciolla@labaton.com<br><br>Jay L. Himes<br>jhimes@labaton.com<br><br>Robin A. Van Der Meulen<br>rvandermeulen@labaton.com<br><br>Matthew J. Perez<br>mperez@labaton.com |
| Syena Global Emerging Markets Fund, LP ("Syena") | **Grant & Eisenhofer, PA**<br>Robert G. Eisler<br>reisler@gelaw.com |

| | |
|---|---|
| Tiberius OC Fund, Ltd. ("Tiberius") | **Entwistle & Cappucci LLP**<br>Andrew J Entwistle<br>aentwistle@entwistle-law.com<br><br>Robert N Cappucci<br>Entwistle & Cappucci LLP<br><br>Vincent Roger Cappucci<br>vcappucci@entwistle-law.com |
| Value Recovery Fund L.L.C. ("VRF") | **Entwistle & Cappucci LLP**<br>*See supra* |
| United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund ("United Food") | **Lowey Dannenberg Cohen & Hart, P.C.**<br>Vincent Briganti<br>vbriganti@lowey.com<br><br>Geoffrey Milbank Horn<br>ghorn@lowey.com<br><br>Gerald Lawrence<br>glawrence@lowey.com<br><br>Peter Dexter St. Phillip , Jr<br>pstphillip@lowey.com<br><br>Raymond Peter Girnys<br>rgirnys@lowey.com<br><br>**Shepherd, Finkelman, Miller & Shah, LLC**<br>Eric L. Young<br>eyoung@sfmslaw.com |

| | |
|---|---|
| Systrax Corporation ("Systrax") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Robert Miller, Mark Miller, and Peter Rives | **Korein Tillery, LLC**<br>*See supra* |
| J. Paul Antonello | **Criden & Love, P.A.**<br>Michael E. Criden<br>mcriden@cridenlove.com<br><br>Lindsey C. Grossman<br>lgrossman@cridenlove.com |
| Marc G. Federighi, Michael J. Smith | **Criden & Love, P.A.**<br>*See supra*<br><br>**Labaton Sucharow LLP**<br>*See supra* |
| Thomas Gramatis, John Kerstein | **Freed Kanner London Millen LLC**<br>Michael J. Freed<br>mfreed@fklmlaw.com<br><br>Steven A. Kanner<br>skanner@fklmlaw.com |

| | |
|---|---|
| Doug Harvey, Izee Trading Company ("Izee"), and Richard Preschern d/b/a Preschern Trading ("Preschern") | **Radice Law Firm, P.C.**<br>John Radice<br>jradice@radicelawfirm.com<br><br>Kenneth Pickly<br>kpickle@radicelawfirm.com |
| Jeffrey Sterk, Kimberly Sterk, and Michael Melissinos | **Nussbaum Law Group, P.C.**<br>Linda P Nussbaum<br>lnussbaum@nussbaumpc.com |
| | |

| Non-Settling Defendant | Counsel |
|---|---|
| Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC (collectively "Credit Suisse") | David George Januszewski<br>Cahill Gordon & Reindel LLP<br>djanuszewski@cahill.com |
| | Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>hwasher@cahill.com |
| | Jason Michael Hall<br>Cahill Gordon & Reindel LLP<br>jhall@cahill.com |
| | Sheila Chithran Ramesh<br>Cahill Gordon & Reindel LLP<br>sramesh@cahill.com |
| | Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>ekatz@cahill.com |
| | Charles Matthew Miller<br>Tarter Krinsky & Drogin LLP<br>cmiller@tarterkrinsky.com |
| | Richard Carl Schoenstein<br>Tarter Krinsky & Drogin LLP<br>rschoenstein@tarterkrinsky.com |
| **Settled Defendants** | **Counsel** |
| Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc. (collectively "Bank of America") | Adam Selim Hakki<br>Shearman & Sterling LLP<br>ahakki@shearman.com |
| | Richard Franklin Schwed<br>Shearman & Sterling LLP<br>rschwed@shearman.com |
| | Jeffrey Jason Resetarits<br>Shearman & Sterling LLP<br>jeffrey.resetarits@shearman.com |
| Bank of Tokyo Mitsubishi UFJ Ltd.  ("BOTM") | Michael E. Gertzman<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>mgertzman@paulweiss.com |
| | Andrew Corydon Finch<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>afinch@paulweiss.com |
| | Anand Sithian<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>asithian@paulweiss.com |
| | Kenneth Anthony Gallo<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>kgallo@paulweiss.com |

| | |
|---|---|
| Barclays Bank PLC, Barclays Capital Inc. (collectively "Barclays") | David Harold Braff<br>Sullivan and Cromwell, LLP<br>braffd@sullcrom.com |
| | Jeffrey T. Scott<br>Sullivan and Cromwell, LLP<br>scottj@sullcrom.com |
| | Matthew Alexander Schwartz<br>Sullivan & Cromwell, LLP<br>schwartzmatthew@sullcrom.com |
| | Yvonne Susan Quinn<br>Sullivan & Cromwell, LLP<br>quinny@sullcrom.com |
| | Kathleen Suzanne McArthur<br>Sullivan & Cromwell, LLP<br>mcarthurk@sullcrom.com |
| BNP Paribas Group, BNP Paribas North America,. Inc., BNP Paribas Securities Corp., BNP Prime Brokerage, Inc. (collectively BNP Paribas) | Camille Latoya Fletcher<br>Patterson, Belknap, Webb & Tyler LLP<br>cfletcher@pbwt.com |
| | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>jgoldberg@pbwt.com |
| | Rebecca Rose Delfiner<br>Allen & Overy, LLP<br>rebecca.delfiner@allenovery.com |
| | Molly Anne Kelley<br>Allen & Overy LLP<br>molly.kelley@allenovery.com |
| | John Terzaken<br>Allen & Overy LLP<br>john.terzaken@allenovery.com |
| | Laura Rose Hall<br>Allen & Overy, LLP<br>laura.hall@allenovery.com |
| Citigroup Inc., Citibank, N.A., Citicorp,  Citigroup Global Markets Inc. (collectively "Citigroup") | Andrew Arthur Ruffino<br>Covington & Burling LLP<br>aruffino@cov.com |
| | Thomas A. Isaacson<br>Covington & Burling, LLP<br>tisaacson@cov.com |
| | Alan M. Wiseman<br>Covington & Burling, LLP<br>awiseman@cov.com |
| | Andrew D. Lazerow<br>Covington & Burling, LLP<br>alazerow@cov.com |

| | |
|---|---|
| Deutsche Bank AG, Deutsche Bank Securities Inc. (collectively "Deutsche Bank") | George Patrick Montgomery<br>King & Spalding LLP<br>pmontgomery@kslaw.com |
| | Nickolas Barber<br>Kirkland & Ellis LLP<br>nickolas.barber@kirkland.com |
| | Joseph Serino, JR.<br>Latham & Watkins LLP<br>joseph.serino@lw.com |
| | Eric Foster Leon<br>Latham & Watkins LLP<br>eric.leon@lw.com |
| Goldman Sachs Group, Inc., Goldman, Sachs & Co. (collectively "Goldman Sachs") | Leah Brannon<br>Cleary Gottlieb Steen & Hamilton LLP<br>lbrannon@cgsh.com |
| | George S Cary<br>Cleary Gottlieb Steen & Hamilton LLP<br>gcary@cgsh.com |
| | Robert Alexander Lawner<br>Cleary Gottlieb Steen & Hamilton LLP<br>rlawner@cgsh.com |
| | Thomas J. Moloney<br>Cleary Gottlieb Steen & Hamilton LLP<br>tmoloney@cgsh.com |
| | Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>evicens@cgsh.com |
| | Victor L. Hou<br>Cleary Gottlieb Steen & Hamilton LLP<br>vhou@cgsh.com |
| HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc. (collectively "HSBC") | Gregory Thomas Casamento<br>Locke Lord LLP<br>gcasamento@lockelord.com |
| | Julia C Webb<br>Locke Lord LLP<br>jwebb@lockelord.com |
| | Roger Brian Cowie<br>Locke Lord LLP<br>rcowie@lockelord.com |
| | James Matthew Goodin<br>Locke Lord LLP<br>jmgoodin@lockelord.com |
| | Edwin R DeYoung<br>Locke Lord LLP<br>edeyoung@lockelord.com |

| | |
|---|---|
| JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (collectively "JPMorgan") | Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>boris.bershteyn@skadden.com |
| | John Coghlan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>john.coghlan@skadden.com |
| | Patrick Joseph Fitzgerald<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>patrick.fitzgerald@skadden.com |
| | Peter Edward Greene<br>Skadden, Arps, Slate, Meagher & Flom Llp<br>peter.greene@skadden.com |
| | Peter S. Julian<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>peter.julian@skadden.com |
| | Harry Peter Koulos<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>harry.koulos@skadden.com |
| | Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>tansy.woan@skadden.com |
| | Tibor Ludovico Nagy, Jr.<br>Dontzin Nagy & Fleissig LLP<br>tnagy@dnfllp.com |
| | Anuja Thatte<br>Dontzin Nagy & Fleissig LLP<br>athatte@dnfllp.com |
| | Stephen Leonard Ratner<br>Proskauer Rose LLP<br>sratner@proskauer.com |
| | Russell Laurence Hirschhorn<br>Proskauer Rose LLP<br>rhirschhorn@proskauer.com |
| Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley &  Co. International plc (collectively "Morgan Stanley") | Keia Denise Cole<br>Wachtell Lipton Rosen & Katz<br>kdcole@wlrk.com |
| | Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>JMMoses@wlrk.com |
| | Bradley Reid Wilson<br>Wachtell, Lipton, Rosen & Katz<br>brwilson@wlrk.com |
| | John David Tortorella<br>Marino Tortorella & Boyle, P.C.<br>jtortorella@khmarino.com |
| | Kevin H. Marino<br>Marino Tortorella & Boyle, P.C.<br>kmarino@khmarino.com |

| | |
|---|---|
| RBC Capital Markets LLC ("RBC") | James P. McLoughlin, Jr.<br>Moore & Van Allen, PLLC<br>jimmcloughlin@mvalaw.com |
| | Neil Thomas Bloomfield<br>Moore & Van Allen, PLLC<br>neilbloomfield@mvalaw.com |
| | Mark A. Nebrig<br>Moore & Van Allen, PLLC<br>marknebrig@mvalaw.com |
| | Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>joshlanning@mvalaw.com |
| Royal Bank of Scotland Group PLC, RBS Securities, Inc. (collectively "RBS") | Paul Steel Mishkin<br>Davis Polk & Wardwell LLP<br>paul.mishkin@dpw.com |
| | Greg Donald Andres<br>Davis Polk & Wardwell<br>greg.andres@davispolk.com |
| | Joel M. Cohen<br>Davis Polk & Wardwell<br>joel.cohen@dpw.com |
| | Alyssa Beaver Gomez<br>Davis Polk & Wardwell LLP<br>alyssa.gomez@davispolk.com |
| | Maude Paquin<br>Davis Polk & Wardwell LLP<br>maude.paquin@davispolk.com |
| | Jennifer Kan<br>Davis Polk & Wardwell LLP<br>jkan@bsfllp.com |
| Société Générale S.A. ("SocGen") | Patrick Coby Ashby<br>Linklaters, LLP<br>patrick.ashby@linklaters.com |
| | Katherine Zupan Machan<br>Linklaters, LLP<br>kate.machan@linklaters.com |
| | James Robert Warnot, Jr<br>Linklaters, LLP<br>jim.warnot@linklaters.com |
| | Adam Samuel Lurie<br>Linklaters, LLP<br>adam.lurie@linklaters.com |
| | Andrew W. Stern<br>Sidley Austin LLP (NY)<br>astern@sidley.com |

| | |
|---|---|
| Standard Chartered Bank ("Standard Chartered") | Nicholas Primer Crowell<br>Sidley Austin LLP (NY)<br>ncrowell@sidley.com |
| UBS AG, UBS Group AG,UBS Securities LLC (collectively "UBS") | David Jarrett Arp<br>Gibson, Dunn & Crutcher, LLP<br>jarp@gibsondunn.com |
| | Melanie L. Katsur<br>Gibson, Dunn & Crutcher LLP<br>mkatsur@gibsondunn.com |
| | Mark Adam Kirsch<br>Gibson, Dunn & Crutcher, LLP<br>mkirsch@gibsondunn.com |
| | Joshua H. Soven<br>Gibson, Dunn & Crutcher LLP<br>jsoven@wsgr.com |
| | Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP<br>estock@gibsondunn.com |