January 22, 2021

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

Pursuant to Court's November 12, 2020 Order (ECF No. 1544), Plaintiffs and Credit Suisse Securities (USA) LLC, Credit Suisse Group AG, and Credit Suisse AG ("Credit Suisse") submit this joint letter requesting relief from Rules III.B.3 and III.C.6 of Your Honor's Individual Rules and Procedures for Civil Cases.

The Court's November 12, 2020 Order (ECF No. 1544) granted each party 75 pages to address the cross-motions for summary judgment. The parties have conferred and in connection with its opening brief in support of its motion for summary judgment Credit Suisse proposes to file:

1. A Rule 56.1 Statement in Support of the Credit Suisse Defendants' Motion for Summary Judgment, not to exceed 50 pages.

2. No more than 80 exhibits, not to exceed 400 pages in total. The exhibits shall consist of excerpts from: depositions in the action, expert submissions, interrogatory responses, and documents produced in discovery, including emails and chatroom transcripts.

Plaintiffs have indicated that they consent to these requests.

Credit Suisse respectfully submits that the additional pages are necessary to properly address the two issues certified by the Court. As the Court is well-aware, the discovery record in this action is extensive and includes millions of pages of documents, multiple expert reports from each side, and more than 70 depositions. The requested relief from the page limitations will enable Credit Suisse to clearly present its arguments to the Court

The parties have also conferred regarding Plaintiffs' opposition to Credit Suisse's motion and cross-motion for summary judgment, which are due March 5, 2021 (ECF No. 1544). As originally proposed by the parties, the January 22 date contemplated both parties filing simultaneous opening motions. The Court conformed the proposed briefing schedule to its rules for cross-motion practice. Given the difficulty in estimating the number of exhibits and pages that will be required to respond to Credit Suisse's forthcoming motion, the parties respectfully propose that Plaintiffs request leave to file a request for relief from Rules III.B.3 and III.C.6 of Your Honor's Individual Rules and Procedures for Civil Cases one week prior to filing their opposition to Credit Suisse's motion for summary judgment and their cross-motion for summary

Honorable Lorna G. Schofield
November 13, 2020
Page 2

judgment. Credit Suisse reserves the right to respond to Plaintiffs' request at that time.

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

 *s/* Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*