

RECEIVED
SDNY PRO SE OFFICE
2021 FEB 11  AM 10: 18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**No. 1:13-cv-07789-LGS**

**February 3th, 2021**

**Dear Sirs:**

In reference to your Summary Notice of Certified Litigation Class received on January 24, 2021 by Simec International, S.A. de C.V. (the "Notice"), a Mexican Corporation addressed at Av. Lázaro Cárdenas #601, Edificio "A" 5° piso, interior 1, Colonia La Nogalera, Guadalajara, Jalisco, 44470, Mexico (Simec); in accordance to the Legal Rights and Options in the Action referred in the Notice, we, respectfully inform to you that Simec or any of its controllers, or subsidiaries do not have any pending claim, action, trial, dispute or litigation against the CS Defendants, as defined in the Notice, and/or against Credit Suisse Group and/or Credit Suisse Securities (USA) LLC, in matter of Foreign Exchange Benchmark Rates or any other matter in which Simec and the Defendants could have had any relationship for reason of their respective business.

Therefore, this statement must serve as the request of Simec to be excluded from the Litigation Class, as defined in the Notice, agreeing that Simec or any of its controllers or subsidiaries will not be bound by future decisions of the Court, including any determinations at trial on the Threshold issues, as defined in the Notice, and accepting that Simec will not be able to participate in future class settlements.

Respectfully yours,
Simec International, S.A. de C.V.

Mario Moreno
CEO

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK
500 PEARL ST, NEW YORK (212) 805-0136

SIMEC INTERNATIONAL, S.A. DE C.V.
Av. Lázaro Cárdenas No. 601, Edificio "A" 5to. Piso Int. 1
Colonia la Nogalera
Guadalajara
C.P. 44470 México

