UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Foreign Exchange Benchmark Rates Antitrust Litigation

No. 1:13-cv-07789-LGS

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Anand Sithian hereby withdraws as counsel for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  Kenneth A. Gallo and Michael E. Gertzman of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent MUFG Bank, Ltd. in this proceeding.

Dated: New York, New York
         February 26, 2021

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Anand Sithian*
Anand Sithian
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
asithian@paulweiss.com

So Ordered.

Dated: March 1, 2021
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Foreign Exchange Benchmark Rates Antitrust Litigation | No. 1:13-cv-07789-LGS |

## DECLARATION OF ANAND SITHIAN

I, ANAND SITHIAN, declare as follows:

1. I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) in the above captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Kenneth A. Gallo and Michael E. Gertzman of Paul, Weiss will continue to represent MUFG Bank, Ltd. in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 26, 2021          By: */s/ Anand Sithian*
New York, New York              Anand Sithian

2

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that, on February 26, 2021, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) via email to Jonathan D. Perry, Esq., Assistant General Counsel – Director, MUFG Bank, Ltd. at JPerry@us.mufg.jp.

February 26, 2021
New York, New York

*/s/ Anand Sithian*
Anand Sithian