March 12, 2021

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
             Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

Pursuant to the Seventh Amended Civil Case Management Plan and Scheduling Order entered in this action (ECF No. 1454), Plaintiffs and Credit Suisse Securities (USA) LLC, Credit Suisse Group AG, and Credit Suisse AG ("Credit Suisse") submit this joint status letter.

    **I.**    **Motions**

On January 29, 2021, Credit Suisse served its opening brief in support of its motion for summary judgment. On March 5, 2021, Plaintiffs served their memorandum in opposition to Credit Suisse's motion for summary judgment and cross-motion for summary judgment. Order at ECF No. 1544. Credit Suisse's responsive/reply brief is due on April 9, 2021 and Plaintiffs' reply brief is due on April 28, 2021. *Id.* The parties will file the summary judgment briefing on the docket on April 30, 2021. *Id.*

    **II.**    **Discovery**

        **A.**    **Depositions**

Depositions of fact witnesses have concluded. In total, Credit Suisse took 27 depositions of the Plaintiffs and/or their investment advisors. Plaintiffs took 55 fact depositions and eight Rule 30(b)(6) depositions of Defendants, including Credit Suisse. Of the 55 fact depositions taken by Plaintiffs, 26 witnesses invoked the Fifth Amendment protection against self-incrimination.

        **B.**    **Remaining Deadlines**

There are no other remaining discovery deadlines.

    **III.**    **Litigation Class Notice**

In accordance with the Court's Order Approving the Form and Manner of Notice of the Certified Litigation Class (ECF No. 1546), Plaintiffs disseminated notice to potential Class Members that have been identified in the records maintained by the Notice Administrator. The general request for exclusion deadline of February 17, 2021 has passed. For a small subset of class

Honorable Lorna G. Schofield
March 12, 2021
Page 2

members which were mailed notices directly by UBS after January 26, 2021, the request for exclusion deadline is April 27, 2021. ECF No. 1557.

### IV. Next Joint Status Letter

The parties will submit their next joint status letter on Friday, May 14, 2021.

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

*s/* Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*