May 13, 2021

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
           Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    The parties write jointly to provide an update regarding their requests to seal portions of the record on their cross-motions for summary judgment, filed on April 30, 2021 (Dkt. Nos. 1572, 1578). On May 3, 2021, the Court issued an Order directing Defendants to file any opposition to Plaintiffs' proposed redactions by May 13, 2021 (Dkt. No. 1589). The parties have conferred further and have now reached an agreement regarding the proposed redactions.

    The parties respectfully request that the Court deny the prior motions (Dkt. Nos. 1572, 1578) as moot and grant permission for the parties to file a joint motion to seal portions of the summary judgment record no later than Tuesday May 18, 2021, which will include an explanation of the proposed redactions along with the proposed redactions themselves.

    Respectfully submitted,

CAHILL GORDON & REINDEL LLP

*s/* Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants
Credit Suisse Group AG, Credit Suisse AG,
and Credit Suisse Securities (USA) LLC*

The application is **GRANTED**.

By **May 20, 2021**, the parties shall file a joint motion to seal portions of the record on their cross motions for summary judgment.

The parties' motions to seal at Dkt. No. 1572 and 1578 are **DENIED as moot**. However, because the parties will file a new joint motion to seal, **the materials filed at Dkt. No. 1573 and 1579 should remain filed under seal**.

The Clerk of Court is respectfully directed to close the motions at Docket No. 1572, 1578 and 1590.

Dated: May 14, 2021
      New York. New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s*/ Christopher M. Burke | *s*/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*