UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                 :

IN RE FOREIGN EXCHANGE BENCHMARK   :          13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION            :

                                 :                <u>ORDER</u>

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 30, 2020[1], pursuant to the Court's November 12, 2020, Order (Dkt. No. 1544), the parties filed cross-motions for summary judgment.

WHEREAS, on May 20, 2021, the parties filed a joint motion to seal portions of their cross-motions for summary judgment. Dkt. Nos. 1593 and 1594. It is hereby

**ORDERED** that the motion to seal is **GRANTED**. The documents filed at Docket No. 1594 will remain sealed and only the parties and individuals identified in the attached Appendix will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information and personal information, including personal information pertaining to individuals subject to foreign data privacy regimes.

The Clerk of Court is respectfully directed to close the motion at Docket No. 1593.

Dated: May 28, 2021
       New York, New York

                                 LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE

# APPENDIX

| Class Counsel | Of Counsel for Plaintiffs |
|---|---|
| **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Walter W. Noss<br>wnoss@scott-scott.com<br><br>Kristen M. Anderson<br>kanderson@scott-scott.com<br><br>Donald A. Broggi<br>dbroggi@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>Michelle Elizabeth Conston<br>mconston@scott-scott.com<br><br>William Curtis Fredericks<br>wfredericks@scott-scott.com<br><br>Joseph Peter Guglielmo<br>jguglielmo@scott-scott.com<br><br>Sylvia Sokol<br>ssokol@scott-scott.com<br><br>Kate Lv<br>klv@scott-scott.com<br><br>Jennifer Janine Scott<br>jscott@scott-scott.com<br><br>Julie A. Kearns<br>jkearns@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com | **Motley Rice LLC**<br>William H. Narwold<br>bnarwold@motleyrice.com<br><br>Donald A. Migliori<br>dmigliori@motleyrice.com<br><br>Michael M. Buchman<br>mbuchman@motleyrice.com<br><br>**Kirby McInerney LLP**<br>David E. Kovel<br>dkovel@kmllp.com<br><br>Thomas W. Elrod<br>telrod@kmllp.com<br><br>Anthony Epifanio Maneiro<br>amaneiro@kmllp.com<br><br>Karen M. Lerner<br>klerner@kmllp.com |

| | |
|---|---|
| Timothy S. Kearns<br>tkearns@hausfeld.com<br><br>Reena Gambhir<br>rgambhir@hausfeldllp.com<br><br>Katie Beran<br>kberan@hausfeld.com<br><br>Sarah Rebecca Lafreniere<br>slafreniere@hausfeld.com<br><br>Christopher L. Lebsock<br>clebsock@hausfeldllp.com<br><br>William P. Butterfield<br>wbutterfield@hausfeldllp.com<br><br>Hilary Kathleen Scherrer<br>hscherrer@hausfeldllp.com<br><br>Steven M. Nathan<br>snathan@hausfeld.com | |
| **Class Representatives** | **Class Representatives Counsel** |
| Augustus International Master Fund, L.P. | **Entwistle & Cappucci LLP**<br>Andrew J Entwistle<br>aentwistle@entwistle-law.com<br><br>Robert N Cappucci<br>rcappucci@entwistle-law.com<br><br>Vincent Roger Cappucci<br>vcappucci@entwistle-law.com |
| Aureus Currency Fund, L.P. ("Aureus") | **CERA LLP**<br>Solomon B. Cera<br>scera@cerallp.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com |

| | |
|---|---|
| | **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com<br><br>**Cohen Milstein Sellers & Toll P.L.L.C.**<br>Michael Benjamin Eisenkraft<br>meisenkraft@cohenmilstein.com |
| City of Philadelphia, Board of Pensions and Retirement | **Obermayer Rebmann Maxwell & Hippel LLP**<br>William Leonard<br>william.leonard@obermayer.com<br><br>Angela L. Baglanzis<br>angela.baglanzis@obermayer.com<br><br>**Boni, Zack & Snyder LLC**<br>Michael J. Boni<br>mboni@bonizack.com<br><br>Joshua D. Snyder<br>jsnyder@bonizack.com<br><br>John Elliott Sindoni<br>jsindoni@bonizack.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands") | **Robbins Geller Rudman & Dowd LLP**<br><br>Patrick Joseph Coughlin<br>patc@rgrdlaw.com<br><br>David W. Mitchell<br>davidm@rgrdlaw.com<br><br>Brian O. O' Mara<br>bomara@rgrdlaw.com |

| | |
|---|---|
| | Randi Dawn Bandman<br>randib@rgrdlaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Employees' Retirement System of Puerto Rico Electric Power Authority ("ERS-PREPA") | **Wolf Popper LLP**<br>Marian Rosner<br>mrosner@wolfpopper.com<br><br>Patricia Avery<br>pavery@wolfpopper.com<br><br>Matthew Tucker Insley-Pruitt<br>minsley-pruitt@wolfpopper.com<br><br>**Saxena White P.A.**<br>Fei-Lu Qian<br>fqian@saxenawhite.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Fresno County Employees' Retirement Association ("FCERA") | **Berman Tabacco**<br>Joseph J. Tabacco, Jr.<br>jtabacco@bermantabacco.com<br><br>Todd Seaver<br>tseaver@bermantabacco.com<br><br>Sarah Khorasanee McGrath<br>smcgrath@bermantabacco.com<br><br>**Scott+Scott Attorneys at Law LLP** |

| | |
|---|---|
| | Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Haverhill Retirement System ("Haverhill") | **Korein Tillery, LLC**<br>George A. Zelcs<br>gzelcs@koreintillery.com<br><br>Robert E. Litan<br>rlitan@koreintillery.com<br><br>Steven Michael Berezney<br>sberezney@koreintillery.com<br><br>Michael E. Klenov<br>mklenov@koreintillery.com<br><br>Randall P. Ewing, Jr.<br>rewing@koreintillery.com<br><br>Robert L. King<br>rking@koreintillery.com<br><br>**The Mogin Law Firm, P.C.**<br>Daniel J. Mogin<br>dmogin@moginlaw.com<br><br>**Steyer Lowenthal Boodrookas Alvarez &<br>Smith LLP**<br>Allan Steyer<br>asteyer@steyerlaw.com<br><br>Alexander Dewitt Singh Kullar<br>akullar@steyerlaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Donald A. Broggi<br>dbroggi@scott-scott.com |

| | |
|---|---|
| | Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>John Peter Guglielmo<br>jguglielmo@scott-scott.com<br><br>Kristen M. Anderson<br>kanderson@scott-scott.com<br><br>Walter W. Noss<br>wnoss@scott-scott.com<br><br>Jennifer Janine Scott<br>jscott@scott-scott.com<br><br>Julie A. Kearns<br>jkearns@scott-scott.com<br><br>Katie Lv<br>klv@scott-scott.com<br><br>Michelle Elizabeth Conston<br>mconston@scott-scott.com<br><br>Sylvia Sokol<br>ssokol@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>William Curtis Fredericks<br>wfredericks@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com<br><br>William P. Butterfield<br>wbutterfield@hausfeldllp.com<br><br>Christopher L. Lebsock<br>clebsock@hausfeldllp.com<br><br>Hilary Kathleen Scherrer<br>hscherrer@hausfeldllp.com<br><br>Katie Beran<br>kberan@hausfeld.com |

| | |
|---|---|
| | Reena Gambhir<br>rgambhir@hausfeldllp.com<br><br>Sara Rebecca Lafreniere<br>slafreniere@hausfeld.com<br><br>Steven M. Nathan<br>snathan@hausfeld.com<br><br>**Cowper Law**<br>C. Moze Cowper<br>mcowper@cowperlaw.com<br><br>**Cuneo Gilbert & Laduca, LLP**<br>Daniel Cohen<br>danielc@cuneolaw.com<br><br>**Glancy Binkow & Goldberg LLP**<br>Gregory Bradley Linkh<br>glinkh@glancylaw.com<br><br>**Glancy Prongay & Murray LLP**<br>Lee Albert<br>lalbert@glancylaw.com<br><br>**Lowey Dannenberg, P.C.**<br>Peter Anthony Barile, III<br>pbarile@lowey.com<br><br>**Heins Mills & Olson, P.L.C.**<br>Renae Diane Steiner<br>rsteiner@heinsmills.com<br><br>**Elias Gutzler Spicer LLC**<br>Richard M. Elias<br>relias@egslitigation.com |
| Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") | **Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>Allan Steyer<br>asteyer@steyerlaw.com<br><br>Alexander Dewitt Singh Kullar<br>akullar@steyerlaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke |

| | |
|---|---|
| | cburke@scott-scott.com |
| | Thomas Kay Boardman<br>tboardman@scott-scott.com |
| | Julie A. Kearns<br>jkearns@scott-scott.com |
| | Kate Lv<br>klv@scott-scott.com |
| | Sylvia Sokol<br>ssokol@scott-scott.com |
| | **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| | **Glancy Binkow & Goldberg LLP**<br>Gregory Bradley Linkh<br>glinkh@glancylaw.com |
| Robert Charles Class A, L.P. | **Richardson, Patrick, Westbrook & Brickman, LLC**<br>James Christopher Bradley<br>jbradley@rpwb.com<br><br>**Louis F. Burke PC**<br>Leslie Scot Wybiral<br>lwybiral@lfblaw.com<br><br>Louis Fox Burke<br>lburke@lfblaw.com |
| State-Boston Retirement System ("Boston Retirement") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Syena Global Emerging Markets Fund, LP ("Syena") | **Lowey Dannenberg, P.C.**<br>Peter Anthony Barile, III |

| | |
|---|---|
| | pbarile@lowey.com<br><br>**Grant & Eisenhofer, PA**<br>Robert Gerard Eisler<br>reisler@gelaw.com<br><br>**Nussbaum Law Group, P.C.**<br>Linda P. Nussbaum<br>lnussbaum@nussbaumpc.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Tiberius OC Fund, Ltd. ("Tiberius") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Value Recovery Fund L.L.C. ("VRF") | **Entwistle & Cappucci LLP**<br>Andrew J Entwistle<br>aentwistle@entwistle-law.com<br><br>Robert N Cappucci<br>rcappucci@entwistle-law.com<br><br>Vincent Roger Cappucci<br>vcappucci@entwistle-law.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com |

| | |
|---|---|
| | **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund ("United Food") | **Lowey Dannenberg, P.C.**<br>Vincent Briganti<br>vbriganti@lowey.com<br><br>Geoffrey Milbank Horn<br>ghorn@lowey.com<br><br>Gerald Lawrence<br>glawrence@lowey.com<br><br>Peter Dexter St. Phillip , Jr<br>pstphillip@lowey.com<br><br>Raymond Peter Girnys<br>rgirnys@lowey.com<br><br>**Grant & Eisenhofer, P.A.**<br>Barbara J. Hart<br>bhart@gelaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>Thomas Kay Boardman<br>tboardman@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Systrax Corporation ("Systrax") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Systrax Corporation ("Systrax") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com |

| | |
|---|---|
| | **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Nasser Bakizada | **Cohen Milstein Sellers & Toll**<br>Daniel H. Silverman<br>dsilverman@cohenmilstein.com<br><br>J. Douglas Richards<br>drichards@cohenmilstein.com<br><br>Manuel Juan Dominguez<br>jdominguez@cohenmilstein.com<br><br>Michael Benjamin Eisenkraft<br>misenkraft@cohenmilstein.com<br><br>**Handley Farah & Anderson PLLC**<br>George Fuad Farah<br>gfarah@hfajustice.com |
| John Burnside | **Cafferty Clobes Meriwether & Sprengel LLP**<br>Anthony F. Fata<br>afata@caffertyclobes.com<br><br>Brian L. Clobes<br>bclobes@caffertyclobes.com<br><br>Jennifer Winter Sprengel<br>jsprengel@caffertyclobes.com<br><br>**Kirby McInerney LLP**<br>David E. Kovel<br>dkovel@kmllp.com<br><br>**Thomas W. Elrod**<br>telrod@kmllp.com<br><br>**Morris & Morris, LLC**<br>Karen L. Morris<br>kmorris@morrisandmorrislaw.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| Marc G. Frederighi | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke |

| | |
|---|---|
| | cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Thomas Gramatis | **Freed Kanner London Millen LLC**<br>Brian M. Hogan<br>bhogan@fklmlaw.com<br><br>Steven A. Kanner<br>skanner@fklmlaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Doug Harvey | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Izee Trading Company ("Izee") | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| John Kerstein | **Freed Kanner London Millen LLC**<br>Brian M. Hogan<br>bhogan@fklmlaw.com<br><br>Steven A. Kanner<br>skanner@fklmlaw.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com |

| | |
|---|---|
| | **Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Steve Leaven | **Cafferty Clobes Meriwether & Sprengel LLP**<br>Anthony F. Fata<br>afata@caffertyclobes.com<br><br>Brian L. Clobes<br>bclobes@caffertyclobes.com<br><br>Jennifer Winter Sprengel<br>jsprengel@caffertyclobes.com<br><br>**Kirby McInerney LLP**<br>David E. Kovel<br>dkovel@kmllp.com<br><br>**Thomas W. Elrod**<br>telrod@kmllp.com<br><br>**Morris & Morris, LLC**<br>Karen L. Morris<br>kmorris@morrisandmorrislaw.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| Michael Melissinos | **Nussbaum Law Group, P.C.**<br>Linda P. Nussbaum<br>lnussbaum@nussbaumpc.com<br><br>**Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Mark Miller | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld |

| | |
|---|---|
| | mhausfeld@hausfeldllp.com |
| Robert Miller | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Richard Preschern dba Preschern Trading | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Peter Rives | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Michael J. Smith | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Casey Sterk | **Scott+Scott Attorneys at Law LLP**<br>Christopher M. Burke<br>cburke@scott-scott.com<br><br>**Hausfeld, LLP**<br>Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| Neil Taylor | **Cafferty Clobes Meriwether & Sprengel LLP**<br>Anthony F. Fata<br>afata@caffertyclobes.com<br><br>Brian L. Clobes |

| | bclobes@caffertyclobes.com |
| --- | --- |
| | Jennifer Winter Sprengel<br>jsprengel@caffertyclobes.com |
| | **Kirby McInerney LLP**<br>David E. Kovel<br>dkovel@kmllp.com |
| | Thomas W. Elrod<br>telrod@kmllp.com |
| | Anthony Epifanio Maneiro<br>amaneiro@kmllp.com |
| | Karen M. Lerner<br>klerner@kmllp.com |
| | **Richardson, Patrick, Westbrook &<br>Brickman, LLC**<br>James Christopher Bradley<br>jbradley@rpwb.com |
| | **Morris & Morris, LLC**<br>Karen L. Morris<br>kmorris@morrisandmorrislaw.com |
| | Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| Robert L. Teel | **Louis F. Burke PC**<br>Leslie Scot Wybiral<br>lwybiral@lfblaw.com |
| | Louis Fox Burke<br>lburke@lfblaw.com |

| **Non-Settling Defendant** | **Counsel** |
| --- | --- |
| Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC (collectively "Credit Suisse") | David George Januszewski<br>Cahill Gordon & Reindel LLP<br>djanuszewski@cahill.com |
| | Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>hwasher@cahill.com |

| | Jason Michael Hall<br>Cahill Gordon & Reindel LLP<br>jhall@cahill.com<br><br>Sheila Chithran Ramesh<br>Cahill Gordon & Reindel LLP<br>sramesh@cahill.com<br><br>Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>ekatz@cahill.com<br><br>Charles Matthew Miller<br>Tarter Krinsky & Drogin LLP<br>cmiller@tarterkrinsky.com<br><br>Richard Carl Schoenstein<br>Tarter Krinsky & Drogin LLP<br>rschoenstein@tarterkrinsky.com |
|---|---|
| **Settled Defendants** | **Counsel** |
| Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc. (collectively "Bank of America") | Adam Selim Hakki<br>Shearman & Sterling LLP<br>ahakki@shearman.com<br><br>Richard Franklin Schwed<br>Shearman & Sterling LLP<br>rschwed@shearman.com<br><br>Jeffrey Jason Resetarits<br>Shearman & Sterling LLP<br>jeffrey.resetarits@shearman.com |
| Bank of Tokyo Mitsubishi UFJ Ltd. ("BOTM") | Michael E. Gertzman<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>mgertzman@paulweiss.com<br><br>Kenneth Anthony Gallo<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>kgallo@paulweiss.com |
| Barclays Bank PLC, Barclays Capital Inc. (collectively "Barclays") | David Harold Braff<br>Sullivan and Cromwell, LLP<br>braffd@sullcrom.com |

| | |
|---|---|
| | Jeffrey T. Scott<br>Sullivan and Cromwell, LLP<br>scottj@sullcrom.com<br><br>Matthew Alexander Schwartz<br>Sullivan & Cromwell, LLP<br>schwartzmatthew@sullcrom.com<br><br>Yvonne Susan Quinn<br>Sullivan & Cromwell, LLP<br>quinny@sullcrom.com<br><br>Kathleen Suzanne McArthur<br>Sullivan & Cromwell, LLP<br>mcarthurk@sullcrom.com |
| BNP Paribas Group, BNP Paribas North America,. Inc., BNP Paribas Securities Corp., BNP Prime Brokerage, Inc. (collectively "BNP Paribas") | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>jgoldberg@pbwt.com<br><br>Rebecca Rose Delfiner<br>Allen & Overy, LLP<br>rebecca.delfiner@allenovery.com<br><br>Laura Rose Hall<br>Allen & Overy, LLP<br>laura.hall@allenovery.com |
| Citigroup Inc., Citibank, N.A., Citicorp, Citigroup Global Markets Inc. (collectively "Citigroup") | Andrew Arthur Ruffino<br>Covington & Burling LLP<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>Covington & Burling, LLP<br>awiseman@cov.com<br><br>Andrew D. Lazerow<br>Covington & Burling, LLP<br>alazerow@cov.com |
| Deutsche Bank AG, Deutsche Bank Securities Inc. (collectively "Deutsche Bank") | George Patrick Montgomery<br>King & Spalding LLP<br>pmontgomery@kslaw.com<br><br>Joseph Serino, JR.<br>Latham & Watkins LLP<br>joseph.serino@lw.com |

| | |
|---|---|
| | Eric Foster Leon<br>Latham & Watkins LLP<br>eric.leon@lw.com |
| Goldman Sachs Group, Inc., Goldman, Sachs & Co. (collectively "Goldman Sachs") | Leah Brannon<br>Cleary Gottlieb Steen & Hamilton LLP<br>lbrannon@cgsh.com<br><br>George S. Cary<br>Cleary Gottlieb Steen & Hamilton LLP<br>gcary@cgsh.com<br><br>Thomas J. Moloney<br>Cleary Gottlieb Steen & Hamilton LLP<br>tmoloney@cgsh.com<br><br>Elizabeth Vicens<br>Cleary Gottlieb Steen & Hamilton LLP<br>evicens@cgsh.com<br><br>Victor L. Hou<br>Cleary Gottlieb Steen & Hamilton LLP<br>vhou@cgsh.com |
| HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc. (collectively "HSBC") | James Matthew Goodin<br>Locke Lord LLP<br>jmgoodin@lockelord.com<br><br>Gregory Thomas Casamento<br>Locke Lord LLP<br>gcasamento@lockelord.com<br><br>Julia C. Webb<br>Locke Lord LLP<br>jwebb@lockelord.com<br><br>Roger Brian Cowie<br>Locke Lord LLP<br>rcowie@lockelord.com |
| JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (collectively "JPMorgan") | Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>boris.bershteyn@skadden.com<br><br>John Coghlan<br>Skadden, Arps, Slate, Meagher & Flom LLP |

| | |
|---|---|
| | john.coghlan@skadden.com<br><br>Patrick Joseph Fitzgerald<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>patrick.fitzgerald@skadden.com<br><br>Peter Edward Greene<br>Skadden, Arps, Slate, Meagher & Flom Llp<br>peter.greene@skadden.com<br><br>Peter S. Julian<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>peter.julian@skadden.com<br><br>Harry Peter Koulos<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>harry.koulos@skadden.com<br><br>Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>tansy.woan@skadden.com<br><br>Tibor Ludovico Nagy, Jr.<br>Dontzin Nagy & Fleissig LLP<br>tnagy@dnfllp.com<br><br>Stephen Leonard Ratner<br>Proskauer Rose LLP<br>sratner@proskauer.com<br><br>Russell Laurence Hirschhorn<br>Proskauer Rose LLP<br>rhirschhorn@proskauer.com |
| Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc (collectively "Morgan Stanley") | Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>JMMoses@wlrk.com<br><br>Bradley Reid Wilson<br>Wachtell, Lipton, Rosen & Katz<br>brwilson@wlrk.com<br><br>John David Tortorella<br>Marino Tortorella & Boyle, P.C. |

| | |
|---|---|
| | jtortorella@khmarino.com<br><br>Kevin H. Marino<br>Marino Tortorella & Boyle, P.C.<br>kmarino@khmarino.com |
| RBC Capital Markets LLC ("RBC") | James P. McLoughlin, Jr.<br>Moore & Van Allen, PLLC<br>jimmcloughlin@mvalaw.com<br><br>Neil Thomas Bloomfield<br>Moore & Van Allen, PLLC<br>neilbloomfield@mvalaw.com<br><br>Mark A. Nebrig<br>Moore & Van Allen, PLLC<br>marknebrig@mvalaw.com<br><br>Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>joshlanning@mvalaw.com |
| Royal Bank of Scotland Group PLC, RBS Securities, Inc. (collectively "RBS") | Paul Steel Mishkin<br>Davis Polk & Wardwell LLP<br>paul.mishkin@dpw.com<br><br>Arthur J. Burke<br>Davis Polk & Wardwell LLP<br>arthur.burke@davispolk.com<br><br>Alyssa Beaver Gomez<br>Davis Polk & Wardwell LLP<br>alyssa.gomez@davispolk.com<br><br>Maude Paquin<br>Davis Polk & Wardwell LLP<br>maude.paquin@davispolk.com |
| Société Générale S.A. ("SocGen") | James Robert Warnot, Jr<br>Linklaters, LLP<br>jim.warnot@linklaters.com<br><br>Patrick Coby Ashby<br>Linklaters, LLP<br>patrick.ashby@linklaters.com<br><br>Katherine Zupan Machan<br>Linklaters, LLP |

| | |
|---|---|
| | kate.machan@linklaters.com<br><br>Adam Samuel Lurie<br>Linklaters, LLP<br>adam.lurie@linklaters.com |
| Standard Chartered Bank ("Standard Chartered") | Marc Joel Gottridge<br>Hogan Lovells US LLP<br>marc.gottridge@hoganlovells.com<br><br>Benjamin Andrew Fleming<br>Hogan Lovells US LLP<br>benjamin.fleming@hoganlovells.com<br><br>Charles Barrera Moore<br>Hogan Lovells US LLP<br>charles.moore@hoganlovells.com<br><br>Lisa Jean Fried<br>Hogan Lovells US LLP<br>lisa.fried@hoganlovells.com |
| UBS AG, UBS Group AG, UBS Securities LLC (collectively "UBS") | David Jarrett Arp<br>Gibson, Dunn & Crutcher, LLP<br>jarp@gibsondunn.com<br><br>Melanie L. Katsur<br>Gibson, Dunn & Crutcher LLP<br>mkatsur@gibsondunn.com<br><br>Mark Adam Kirsch<br>Gibson, Dunn & Crutcher, LLP<br>mkirsch@gibsondunn.com<br><br>Joshua H. Soven<br>Gibson, Dunn & Crutcher LLP<br>jsoven@wsgr.com<br><br>Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP<br>estock@gibsondunn.com |