UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ x
IN RE FOREIGN EXCHANGE BENCHMARK RATES   :  No. 13 Civ. 7789 (LGS)
ANTITRUST LITIGATION                     :
------------------------------------ x
```

**ORDER GRANTING WITHDRAW AS COUNSEL**

Upon the Notice by Counsel for Defendants UBS AG and UBS Securities LLC and the accompanying Declaration of Eric J. Stock,

IT IS HEREBY ORDERED that the noticed request to withdraw David Jarrett Arp as counsel for Defendants UBS AG and UBS Securities LLC is granted, and the appearance of Mr. Arp is withdrawn as of the date of this Order.

Dated:  September 28, 2021
New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE