EXHIBIT C

"Timely and Valid"

| Number | Name | City | State | Country | Postmark Date |
|---|---|---|---|---|---|
| 83 | Michael Pizzino | Wavell Heights | | Australia | 12/21/2020 |
| 2 | Captive Investors Fund | Grand Cayman | | Cayman Islands | 12/22/2020 |
| 5 | Randall Fred Flanagan | Holland | MI | USA | 12/30/2020 |
| 57 | Taro Squires | Tokyo | | Japan | 12/30/2020 |
| 4 | The Commercial Bank (P.S.Q.C) | Doha | | Qatar | 1/4/2021 |
| 88 | Benjamin Amsellem | London | | United Kingdom | 1/5/2021 |
| 8 | INSTACOUSTIC Limited | Hogwood Business Park | | United Kingdom | 1/6/2021 |
| 9 | INSTAGROUP Limited | Hogwood Business Park | | United Kingdom | 1/6/2021 |
| 58 | Dronsfields Worldwide Ltd | Royton | | United Kingdom | 1/6/2021 |
| 3 | Key Energy Services | Houston | TX | USA | 1/7/2021 |
| 37 | P. Skedge | Essex | | England | 1/7/2021 |
| 41 | India International Insurance Pte Ltd | Singapore | | Singapore | 1/7/2021 |
| 54 | Diego Cecchin | Milan | | Italy | 1/7/2021 |
| 34 | Alexis Delcroix | Paris | | France | 1/8/2021 |
| 142 | Doric Capital Corporation | Hong Kong | | China, Peoples Republic | 1/8/2021 |
| 364 | Patrizia Sposati | Cosenza | | Italy | 1/8/2021 |
| 394 | Michele Balestrino | Cosenza | | Italy | 1/8/2021 |
| 13 | Silver Union Limited | Hong Kong | | China, Peoples Republic | 1/11/2021 |
| 18 | LKF Capital Partners Limited, | Hong Kong | | China, Peoples Republic | 1/11/2021 |
| 39 | Blue Capiral SA | Lugano | | Switzerland | 1/11/2021 |
| 45 | MS Amlin | London | | United Kingdom | 1/11/2021 |
| 6 | Luen Hung Lau | Hong Kong | | Peoples Republic of China | 1/12/2021 |
| 36 | Ulster Bank Ireland DAC | Dublin | | Ireland | 1/12/2021 |

"Timely and Valid"

| 106 | SEM Ltd | Kent | | United Kingdom | 1/12/2021 |
|---|---|---|---|---|---|
| 175 | Ian R Smith | Queensland | | Australia | 1/12/2021 |
| 11 | DBS (Hong Kong) Limited | Hong Kong | | Peoples Republic of China | 1/13/2021 |
| 59 | Samsung SDS Asia Pacific Pte. Ltd. | Singapore | | Singapore | 1/14/2021 |
| 256 | MACFAB | Carrickmacross | | Ireland | 1/14/2021 |
| 10 | Jinxia Chen / Youngjin Group | Pudong District | | Peoples Republic of China | 1/15/2021 |
| 19 | IHS Global Insight Limited (dissoved) | High Wycombe | | England | 1/15/2021 |
| 42 | Kenneth LO Lok Fung and Yvonne Lo Choy Yuk Ching | Hong Kong | | China, Peoples Republic | 1/15/2021 |
| 78 | Mini Gears (Stockport) Ltd | Stockport | | United Kingdom | 1/15/2021 |
| 81 | Sonia Townley | London | | United Kingdom | 1/15/2021 |
| 104 | Genus plc | Hampshire | | United Kingdom | 1/15/2021 |
| 560 | Coppola Investments Limited | Hong Kong | | Hong Kong | 1/15/2021 |
| 38 | Downhole Products Ltd | Aberdeen | | Scotland | 1/16/2021 |
| 60 | Phanixath Lectakone Sisay | Paris | | France | 1/16/2021 |
| 40 | M. Clifford Robert Baker | Southampton | | United Kingdom | 1/18/2021 |
| 70 | Chichester Metals PTY LTD | Perth | | Australia | 1/18/2021 |
| 71 | Fortescue Metal Group LTD | Perth | | Australia | 1/18/2021 |
| 72 | Fortescue Metals Group LTD | Perth | | Australia | 1/18/2021 |
| 73 | FMG Resources (August 2006) PTY LTD | Perth | | Australia | 1/18/2021 |
| 96 | HW Capital LTD | Hong Kong | | China, Peoples Republic | 1/18/2021 |
| 97 | Hing Wong Finance LTD | Hong Kong | | China, Peoples Republic | 1/18/2021 |
| 99 | Ludwig Roselius and Beate Roselius | Antoni | | Switzerland | 1/18/2021 |
| 103 | Alpiq Holding AG | Lausanne | | Switzerland | 1/18/2021 |
| 12 | Shinhan Bank Japan | Tokyo | | Japan | 1/19/2021 |
| 91 | Les Mines Opinaca Ltee | Vancouver | | Canada | 1/19/2021 |
| 92 | Porcupine Gold Mines | Vancouver | | Canada | 1/19/2021 |

"Timely and Valid"

| 93 | Goldcorp Canada | Vancouver | | Canada | 1/19/2021 |
|---|---|---|---|---|---|
| 94 | Shin-etsu Handotai Taiwan Co. LTD | Taiwan | | China, Peoples Republic | 1/19/2021 |
| 105 | Teng-Yung Liu | Taiwan | | China, Peoples Republic | 1/19/2021 |
| 418 | Kings International Traders Ltd | Singapore | | Singapore | 1/19/2021 |
| 419 | Queens International Traders Ltd | Singapore | | Singapore | 1/19/2021 |
| 17 | Merry Electronics Co, LTD | Taiwan | | China, Peoples Republic | 1/20/2021 |
| 20 | Tai Sun Limited | Hong Kong | | China, Peoples Republic | 1/20/2021 |
| 21 | Maida Holdings Limited | Hong Kong | | China, Peoples Republic | 1/20/2021 |
| 84 | Multrees Investor Services Limited | Edinburgh | | United Kingdom | 1/20/2021 |
| 98 | ACCtiv Beteiligungs GmbH | Selchow | | Germany | 1/20/2021 |
| 138 | Hwei-I Victoria Lim | Singapore | | Singapore | 1/20/2021 |
| 158 | UNESCO | Paris, 07 SP | | France | 1/20/2021 |
| 258 | SEB Life Insurance Company DAC | Dublin | | Ireland | 1/20/2021 |
| 307 | Robert Clive Ormsby Priestley | Mosman | | Australia | 1/20/2021 |
| 23 | Laboratorios Hipra, S.A. | Girona | | Spain | 1/21/2021 |
| 33 | TPK Holding Co. Ltd. | Taiwan | | China, Peoples Republic | 1/21/2021 |
| 43 | Point Break Capital Management LLC | Miami | FL | United States of America | 1/21/2021 |
| 47 | Gsyn III Limited | Taiwan | | China, Peoples Republic | 1/21/2021 |
| 48 | WK Growth Enterprise Limited | Taiwan | | China, Peoples Republic | 1/21/2021 |
| 53 | WK Global Investment Limited | Taiwan | | China, Peoples Republic | 1/21/2021 |
| 128 | Tokyo Gas Co., Ltd. | Tokyo | | Japan | 1/21/2021 |
| 504 | Marianne Allegonda Schipper-Pon | Bilthoven | | The Netherlands | 1/21/2021 |

"Timely and Valid"

| 22 | Zensho Tradings, Co. Ltd. | Tokyo | | Japan | 1/22/2021 |
|---|---|---|---|---|---|
| 25 | Sime Darby Unimills B.V. | Zwijndrecht | | The Netherlands | 1/22/2021 |
| 26 | Sime Darby Commodities Europe B.V. | Zwijndrecht | | The Netherlands | 1/22/2021 |
| 49 | Gsyn Limited | Taiwan | | China, Peoples Republic | 1/22/2021 |
| 69 | Carcassone Fund C/O BDL Capital Management SAS | Paris | | France | 1/22/2021 |
| 87 | KPMG AG Wirtschaftsprufungsgesellschaft | Berlin | | Germany | 1/22/2021 |
| 100 | Tokyo LNG Tanker Co., Ltd. | Tokyo | | Japan | 1/22/2021 |
| 111 | Shaun Baker | Kent | | United Kingdom | 1/22/2021 |
| 50 | Gsyn II Limited | Taiwan | | China, Peoples Republic | 1/23/2021 |
| 446 | Ch Hum Susan Chan | Kowloon | | Hong Kong | 1/23/2021 |
| 502 | Michael Gerard Joseph Gannon | Tadworth | | United Kingdom | 1/23/2021 |
| 51 | WK Global Investment III Limited | Taiwan | | China, Peoples Republic | 1/24/2021 |
| 27 | The Curzon Corporation | Upper Poppleton York | | United Kingdom | 1/25/2021 |
| 29 | Joint Municipal Pension Fund | Sandton | | South Africa | 1/25/2021 |
| 30 | Chang Shie-Chen Hsu & Wei-Lin Shao | Taiwan | | China, Peoples Republic | 1/25/2021 |
| 52 | WK Global Investment II Limited | Taiwan | | China, Peoples Republic | 1/25/2021 |
| 102 | Killybegs Seafoods Unlimited Company | Killybegs | | Ireland | 1/25/2021 |
| 167 | DNB Luxembourg S.A. | Luxembourg | | Grand Duchy of Luxembourg | 1/25/2021 |
| 350 | Toyo Engineering Corporation | Tokyo | | Japan | 1/25/2021 |
| 395 | Sopaf Small Cap | Rome | | Italy | 1/25/2021 |
| 396 | Adenium SGR | Milano | | Italy | 1/25/2021 |
| 24 | Iwasaki Kikai Kogyo f/k/a CMR f/k/a NEWTOM | Togane-shi Chiba | | Japan | 1/26/2021 |
| 32 | Cephei Capital Management Company Limited | Hong Kong | | China, Peoples Republic | 1/26/2021 |

"Timely and Valid"

| 44 | Osorio Enterprises Limited | Hong Kong | | China, Peoples Republic | 1/26/2021 |
|---|---|---|---|---|---|
| 79 | Vouvray Acquisition Limited | London | | United Kingdom | 1/26/2021 |
| 482 | Blue Capital Markets Ltd | Limassol | | Cyprus | 1/26/2021 |
| 525 | OM Financial Limited | Auckland | | New Zealand | 1/26/2021 |
| 28 | Telemark Developments Limited | Hong Kong | | China, Peoples Republic | 1/27/2021 |
| 61 | The Century Fund SICAV | Luxembourg | | Grand Duchy of Luxembourg | 1/27/2021 |
| 65 | Marmon Group Inc. | Chicago | IL | United States of America | 1/27/2021 |
| 67 | Marmon Retail Home Improvement Products, Inc. | Chicago | IL | United States of America | 1/27/2021 |
| 101 | Alison TM Jaques | Hants | | United Kingdom | 1/27/2021 |
| 177 | Leisure Cars U.K. & Ireland Limited | Wokingham | | United Kingdom | 1/27/2021 |
| 406 | Arnaud Gremont | Brussels | | Belgium | 1/27/2021 |
| 452 | SumiRiko Italy S.p.A. (formerly Dytech Dynamic Fluid Technologies S.p.A.) | Rivoli | | Italy | 1/27/2021 |
| 467 | Jorge Alberto Bogo & Maria Elena Lancelle | Buenos Aires | | Argentina | 1/27/2021 |
| 494 | Lim Hock Leng | Singapore | | Singapore | 1/27/2021 |
| 63 | SGD SA | Paris | | France | 1/28/2021 |
| 64 | Almacenes Exito S.A. | Envigado | | Colombia | 1/28/2021 |
| 66 | Allseas Finance S.A. | Rijswijk | | The Netherlands | 1/28/2021 |
| 127 | Robert Weaver | Wiltshire | | United Kingdom | 1/28/2021 |
| 134 | Banque de Nouvelle Caledonie | New Caledonia | | France | 1/28/2021 |
| 404 | International Trading Alliance (ITAL) | Hertfordshire | | United Kingdom | 1/28/2021 |
| 55 | Excel Spirit Assets Limited | Hong Kong | | China, Peoples Republic | 1/29/2021 |
| 68 | Steven N. Rappaport | New York | NY | United States of America | 1/29/2021 |
| 118 | China Southern Dragon Dynamic Fund - RMB High Yield Bond Fund | Mamer | | Grand Duchy of Luxembourg | 1/29/2021 |

"Timely and Valid"

| 405 | China Ping An Insurance (H.K.) Co., Ltd. | Hong Kong | | China, Peoples Republic | 1/29/2021 |
|---|---|---|---|---|---|
| 421 | China Foreign Exchange Trade System | Shanghai | | China, Peoples Republic | 1/29/2021 |
| 447 | Jodie Livermore | Point Lonsdale | | Australia | 1/29/2021 |
| 449 | OTP banka d.d. | Budapest | | Hungary | 1/29/2021 |
| 466 | Lilaram Bharvani Rajan | Singapore | | Singapore | 1/29/2021 |
| 480 | Stanhope Pension Trust Ltd | Warwick | | United Kingdom | 1/29/2021 |
| 95 | SomaLogic, Inc | Boulder | | United States of America | 1/30/2021 |
| 123 | Hundred Year Holdings Ltd. | Hong Kong | | China, Peoples Republic | 1/30/2021 |
| 513 | Taverners J Pty Ltd ATF Scanlon Foundation RC Unit Trust | Melbourne | | Australia | 1/30/2021 |
| 514 | Taverners J Pty Ltd ATF Taverners J Unit Trust | Melbourne | | Australia | 1/30/2021 |
| 515 | Taverners (Aust) Pty Ltd | Melbourne | | Australia | 1/30/2021 |
| 516 | Taverners J Pty Ltd | Melbourne | | Australia | 1/30/2021 |
| 62 | M/s, Choice International Limited | Mumbai | | India | 1/31/2021 |
| 143 | Michael Terzini | Hawthorn | | Australia | 1/31/2021 |
| 85 | Oesterreichische Kontrollbank Aktiengesellschaft | Vienna | | Austria | 2/1/2021 |
| 86 | Komatsu Mining Corp. Group | Worcester | | United Kingdom | 2/1/2021 |
| 120 | Fernando de Jesus Canales Clariond | Nuevo Leon | | Mexico | 2/1/2021 |
| 126 | Petrogas Group Limited | Dublin | | Ireland | 2/1/2021 |
| 300 | University of St Andrews | St Andrews | | UK | 2/1/2021 |
| 413 | Grant Thornton | Dublin | | Ireland | 2/1/2021 |
| 417 | The Eveson Charitable Trust | Worcester | | United Kingdom | 2/1/2021 |
| 76 | Japan Hybrids SPC | Grand Cayman | | Cayman Islands | 2/2/2021 |
| 107 | Raiffeisenbank | Prague | | The Czech Republic | 2/2/2021 |
| 108 | Foncer | Sassuolo | | Italy | 2/2/2021 |
| 117 | Carlson Ltd. (Ludovica Barbieri) | London | | United Kingdom | 2/2/2021 |
| 119 | Mawdsley Brooks & Company Limited | Salford | | United Kingdom | 2/2/2021 |

"Timely and Valid"

| 130 | Tokio Marine Holdings, Inc. | New York | NY | United States of America | 2/2/2021 |
|-----|----------------------------|----------|-----|--------------------------|----------|
| 131 | Tokio Marine Management, Inc. | New York | NY | United States of America | 2/2/2021 |
| 144 | Terminal Investment Limited Sarl | Geneva | | Switzerland | 2/2/2021 |
| 159 | Peng Chiang Hwa-Nein | Taipei | | Taiwan | 2/2/2021 |
| 160 | John Gordon Berry | Hampshire | | United Kingdom | 2/2/2021 |
| 301 | ATG Access | Haydock | | UK | 2/2/2021 |
| 308 | Paul Curran | Bundaberg | | Australia | 2/2/2021 |
| 387 | Elite Mega International Limited | Taipei | | Taiwan | 2/2/2021 |
| 390 | Julia Hazandras | London | | United Kingdom | 2/2/2021 |
| 465 | Paul Marshall | London | | United Kingdom | 2/2/2021 |
| 500 | White Stuff Limited | London | | United Kingdom | 2/2/2021 |
| 568 | Anna Kwun Wing Loo | Hong Kong | | Hong Kong | 2/2/2021 |
| 77 | Japanese Red Cross Society | Tokyo | | Japan | 2/3/2021 |
| 112 | AQS MENA Master Fund Limited | Doha | | Qatar | 2/3/2021 |
| 113 | AQS Frontiers Master Fund | Doha | | Qatar | 2/3/2021 |
| 114 | Baron Holding Guernsey I Limited | Guernsey | | Channel Islands | 2/3/2021 |
| 115 | EGT VI Limited | Guernsey | | Channel Islands | 2/3/2021 |
| 116 | Frigoglass Societe Anonyme of Industrial Coolers (S.A.I.C) | Athens | | Greece | 2/3/2021 |
| 125 | Celina Brener (Hellmund) | Houston | TX | United States of America | 2/3/2021 |
| 129 | Osaka Gas USA Corporation | Houston | TX | United States of America | 2/3/2021 |
| 306 | Sumitomo Corporation Europe Limited | Oslo | | Norway | 2/3/2021 |
| 343 | ISG Central Cervices Limited | London | | United Kingdom | 2/3/2021 |
| 344 | Acorn Income Fund Limited | Guernsey | | Channel Islands | 2/3/2021 |
| 351 | Arkenstone Director Services Limited | Douglas | | Isle of Man | 2/3/2021 |
| 538 | AM Capital L.P. | Mexico City | | Mexico | 2/3/2021 |
| 569 | Sociedad Promotora Bilbao Plaza Financiera S.A. | Bilbao | | Spain | 2/3/2021 |
| 132 | Capital Dynamics (S) Private Limited | Singapore | | Singapore | 2/4/2021 |

"Timely and Valid"

| 135 | Emes Holding LTD | Hamilton | | Bermuda | 2/4/2021 |
|-----|------------------|----------|--|---------|----------|
| 161 | Red Lake Gold Mines | Vancouver | | Canada | 2/4/2021 |
| 174 | Hong Kong Society for the Protection of Children | Hong Kong | | China, Peoples Republic | 2/4/2021 |
| 223 | Premier - DEP CS UK MID 250 Fund | Guildford | | United Kingdom | 2/4/2021 |
| 224 | Premier FM - CIP DEP Premier Alpha Income Fund | Guildford | | United Kingdom | 2/4/2021 |
| 225 | Premier FM - DEP Premier Income Fund | Guildford | | United Kingdom | 2/4/2021 |
| 226 | Premier - DEP ABN Fellowship Fund | Guildford | | United Kingdom | 2/4/2021 |
| 227 | Premier FM - Premier Account PQR01 | Guildford | | United Kingdom | 2/4/2021 |
| 228 | Premier Fund Managers Limited - PZK01 | Guildford | | United Kingdom | 2/4/2021 |
| 229 | Premier - DEP CS Monthly Income Fund | Guildford | | United Kingdom | 2/4/2021 |
| 230 | Premier FM - CEP DEP Premier UK Mid 250 Fund | Guildford | | United Kingdom | 2/4/2021 |
| 231 | Premier Managed Assets Fund | Guildford | | United Kingdom | 2/4/2021 |
| 232 | Premier High Income Bond Fund | Guildford | | United Kingdom | 2/4/2021 |
| 233 | Premier Fund Managers Limited - PQR01 | Guildford | | United Kingdom | 2/4/2021 |
| 234 | Premier Pan European Property Fund | Guildford | | United Kingdom | 2/4/2021 |
| 235 | Premier - Premier Corporate Bond Monthly Income | Guildford | | United Kingdom | 2/4/2021 |
| 236 | Premier Pan European Property Fund (PZJ01) | Guildford | | United Kingdom | 2/4/2021 |
| 237 | Premier Fund Managers Limited - PQM01 | Guildford | | United Kingdom | 2/4/2021 |
| 238 | Premier PM - Premier Managed Assets Fund | Guildford | | United Kingdom | 2/4/2021 |
| 239 | Premier Global Alpha Growth Fund | Guildford | | United Kingdom | 2/4/2021 |
| 240 | Premier Fund Managers Limited - SQF01 | Guildford | | United Kingdom | 2/4/2021 |
| 241 | Premier China Enterprise Fund (PEF01) | Guildford | | United Kingdom | 2/4/2021 |
| 242 | Premier Corporate Bond Monthly Income Fund | Guildford | | United Kingdom | 2/4/2021 |
| 243 | Premier FM - Global Strategic Asset | Guildford | | United Kingdom | 2/4/2021 |
| 249 | Aurizon Operations Limited | Queensland | | Australia | 2/4/2021 |
| 250 | Aurizon Network Pty Ltd | Queensland | | Australia | 2/4/2021 |
| 251 | Aurizon Finance Pty Ltd | Queensland | | Australia | 2/4/2021 |
| 288 | China Academy Foundation Limited (CAFL) | Central | | Hong Kong | 2/4/2021 |
| 296 | Sumitomo Corporation Capital Europe Plc | London | | United Kingdom | 2/4/2021 |

"Timely and Valid"

| 297 | Sumitomo Corporation Capital Netherlands B.V. | London | | United Kingdom | 2/4/2021 |
|---|---|---|---|---|---|
| 435 | Fu An International Investments Limited | Kowloon | | Hong Kong | 2/4/2021 |
| 461 | Kiatnakin Phatra Bank Public Company Limited | Bangkok | | Thailand | 2/4/2021 |
| 468 | Atrium European Real Estate Limited of Jersey | Jersey | | Channel Islands | 2/4/2021 |
| 483 | Aberdeen Fund Management Ireland Ltd (In Voluntary Liquidation) | Dublin | | Ireland | 2/4/2021 |
| 89 | United Overseas Bank Hong Kong Branch | Hong Kong | | China, Peoples Republic | 2/5/2021 |
| 110 | Calor Teoranta | Dublin | | Ireland | 2/5/2021 |
| 136 | Karnataka Bank Ltd. | Mumbai | | India | 2/5/2021 |
| 156 | Effissimo Capital Management | Singapore | | Singapore | 2/5/2021 |
| 173 | Korea Development Bank | Seoul | | South Korea | 2/5/2021 |
| 292 | Metro Legend Investments Limited | Kowloon | | Hong Kong | 2/5/2021 |
| 293 | Toenjoy Investments Limited | Kowloon | | Hong Kong | 2/5/2021 |
| 294 | Million Source Trading Limited | Kowloon | | Hong Kong | 2/5/2021 |
| 295 | Kind Sincere Investments Limited | Kowloon | | Hong Kong | 2/5/2021 |
| 309 | Clemens Family Corporation | Hatfield | PA | United States of America | 2/5/2021 |
| 415 | University of Keele | Staffordshire | | United Kingdom | 2/5/2021 |
| 529 | Banco BPI, S.A. | Lisbon | | Portugal | 2/5/2021 |
| 137 | BlueScope Steel (Finance) Limited | Melbourne | | Australia | 2/6/2021 |
| 145 | Salini Impregilo | Cheshire | CT | United States of America | 2/6/2021 |
| 345 | Clive Jackson | Kidderminster | | United Kingdom | 2/6/2021 |
| 194 | Osaka Gas Co., Ltd | Osaka | | Japan | 2/7/2021 |
| 195 | Nakayama Nagoya Kyodo Hatsuden Co., Ltd. | Osaka | | Japan | 2/7/2021 |
| 153 | Central Bank of Nicaragua | Managua | | Nicaragua | 2/8/2021 |
| 155 | Saxo Bank A/S | Hellerup | | Denmark | 2/8/2021 |
| 157 | China Life Insurance Co. Ltd. | Beijing | | China, Peoples Republic | 2/8/2021 |
| 190 | PrevAer - Fondo Pensione | Fiumicino | | Italy | 2/8/2021 |
| 222 | TAQA Bratani Limited | Westhill | | United Kingdom | 2/8/2021 |

"Timely and Valid"

| 254 | Pendle Sportswear Ltd | West Yorkshire | | United Kingdom | 2/8/2021 |
|---|---|---|---|---|---|
| 299 | MTR Corporation Limited | Kowloon | | Hong Kong | 2/8/2021 |
| 313 | Peel Jones Copper Products Ltd | Cleveland | | United Kingdom | 2/8/2021 |
| 398 | Hawker Pacific Pty Ltd | Coogee New South Wales | | Australia | 2/8/2021 |
| 400 | Stranda Venture Incorporated | Kuala Lumpur | | Malaysia | 2/8/2021 |
| 402 | Monster Cable International Limited | Ennis | | Ireland | 2/8/2021 |
| 403 | Monster Technology International Limited | Ennis | | Ireland | 2/8/2021 |
| 565 | Iquinosa Farma, S.A. | Madrid | | Spain | 2/8/2021 |
| 148 | Creval s.p.a. | Sondrio | | Italy | 2/9/2021 |
| 162 | Centricus Asset Management Limited | London | | United Kingdom | 2/9/2021 |
| 163 | Allianz Bank Financial Advisors S.p.A. | Milano | | Italy | 2/9/2021 |
| 169 | Solar Link International Inc. | Taiwan | | China, Peoples Republic | 2/9/2021 |
| 172 | Taiwan Cooperative Bank, Ltd. | Taiwan | | China, Peoples Republic | 2/9/2021 |
| 180 | Abante Asesores Gestion SGIIC S.A. and Funds | Madrid | | Spain | 2/9/2021 |
| 183 | Khalid Abdulla Ahmadi | Manama | | Bahrain | 2/9/2021 |
| 253 | Ben James Parker | London | | United Kingdom | 2/9/2021 |
| 257 | Smiths Medical Deutschland GMBH | Grasbrunn | | Germand | 2/9/2021 |
| 305 | Woodfarm ApS | Copenhagen | | Denmark | 2/9/2021 |
| 377 | Benesse Holdings, Inc. | Tokyo | | Japan | 2/9/2021 |
| 380 | Myriad Opportunities Master Fund Limited | Central | | Hong Kong | 2/9/2021 |
| 401 | Sylvia Wingens | London | | United Kingdom | 2/9/2021 |
| 517 | Kia Motors Slovakia s.r.o. | Teplicka nad Vahom | | Slovakia | 2/9/2021 |
| 539 | Close Brothers | London | | United Kingdom | 2/9/2021 |
| 579 | Alvaro Olivares Ynzenga | Madrid | | Spain | 2/9/2021 |
| 122 | Jean-Marie Laurent Josi | Bruxelles | | Belgium | 2/10/2021 |
| 139 | Highway Insurance Company UK Equity Fund | Croydon | | United Kingdom | 2/10/2021 |
| 140 | Axia Power Holdings B.V. | Amsterdam | | The Netherlands | 2/10/2021 |

"Timely and Valid"

| 149 | PJSC Bank Saint Petersburg | Saint Petersburg | | Russia | 2/10/2021 |
|---|---|---|---|---|---|
| 170 | Plexus Corp (UK) Limited | Kelso | | United Kingdom | 2/10/2021 |
| 171 | Hirose Tusyo Inc. | Osaka | | Japan | 2/10/2021 |
| 178 | Techtronic Industries Company Limited | New Territories | | Hong Kong | 2/10/2021 |
| 191 | GasLog LNG Services Ltd. | Piraeus | | Greece | 2/10/2021 |
| 201 | Holdac, SGPS., S.A. | Lisbon Lisboa | | Portugal | 2/10/2021 |
| 255 | The Trust Company of the Marshall Islands, Inc. | Majuro | | Republic of the Marshall Islands | 2/10/2021 |
| 298 | CLS Bank International | New York | NY | United States of America | 2/10/2021 |
| 315 | CCR S.A. | Sao Paulo | | Brazil | 2/10/2021 |
| 322 | Francesco Angelini | Rome | | Italy | 2/10/2021 |
| 367 | Hong Kong Monetary Authority (UIL-8139, UIL-7321 and UIL-716) | Hong Kong | | China, Peoples Republic | 2/10/2021 |
| 368 | Hong Kong SAR Government Exchange Fund c/o Hong Kong Monetary Authority (UIL-5894) | Hong Kong | | China, Peoples Republic | 2/10/2021 |
| 369 | The Hong Kong SAR Governments Exchange Fund (UIL-2169) | Hong Kong | | China, Peoples Republic | 2/10/2021 |
| 370 | Blackrock Fin – SDRV – Hong Kong Special Admin[i]strative R (UIL-7975) | Hong Kong | | China, Peoples Republic | 2/10/2021 |
| 371 | PIMCO9986 – SDRX (UIL-7972) | Hong Kong | | China, Peoples Republic | 2/10/2021 |
| 378 | Drawbridge Investment Limited | Hong Kong | | Hong Kong | 2/10/2021 |
| 379 | China Development Bank | Hong Kong | | Hong Kong | 2/10/2021 |
| 410 | Caroline Charlotte Ward | London | | United Kingdom | 2/10/2021 |
| 451 | Wing Fung Precious Metals Limited | Central | | Hong Kong | 2/10/2021 |
| 492 | Compaq Investment Enterprises, Inc. | Manila | | Philippines | 2/10/2021 |
| 531 | The Okazaki Shinkin Bank | Okazki | | Japan | 2/10/2021 |
| 554 | Proveedora de Alimentos Ave-Pecuarios, S.A. de C.V. (PROVI) | Yucatan | | Mexico | 2/10/2021 |
| 150 | Gonzalo Hinojosa Fernandez de Angulo | Madrid | | Spain | 2/11/2021 |
| 151 | María Elena Poch Broto | Madrid | | Spain | 2/11/2021 |

"Timely and Valid"

| 152 | Eletres, S.L. | Madrid | | Spain | 2/11/2021 |
|---|---|---|---|---|---|
| 154 | Inticom, S.P.A. | Gallarate | | Italy | 2/11/2021 |
| 181 | LG Electronics Canada, Inc. | North York | | Canada | 2/11/2021 |
| 303 | Khey Hau Lim | Tsim Sha Tsui | | Hong Kong | 2/11/2021 |
| 312 | Solid Quality USA Inc. | Reston | VA | United States of America | 2/11/2021 |
| 321 | Dr. Nabil H J AlQaddumi | Kuwait City | | Kuwait | 2/11/2021 |
| 347 | Aryzta Polska Spolka Z Ograniczona | Mazoweicki | | Poland | 2/11/2021 |
| 358 | Mario Alberto Angelastro & Ernestina Maria Angela Di Leo | Buenos Aires | | Argentina | 2/11/2021 |
| 389 | PricewaterhouseCoopers LLP | Leeds | | United Kingdom | 2/11/2021 |
| 411 | Ebmpapst | Mulfingen | | Germany | 2/11/2021 |
| 416 | AXA China Region Insurance Company (Bermuda) Limited | Hong Kong | | China, Peoples Republic | 2/11/2021 |
| 484 | RAM Capital Establishment | Schaan | | Liechtenstein | 2/11/2021 |
| 491 | Consejero Delegado de Nalpa SL | Valencia | | Spain | 2/11/2021 |
| 524 | Crown Group Finance Limited | Southbank | | Australia | 2/11/2021 |
| 552 | Scottish Power Limited | Glasgow | | Scotland | 2/11/2021 |
| 553 | FIMBank p.l.c. | St. Julian's | | Malta | 2/11/2021 |
| 168 | Fondomonte Inversiones Argentina S.A. | Buenos Aires | | Argentina | 2/12/2021 |
| 179 | Capgemini SE | Paris | | France | 2/12/2021 |
| 184 | Cosmopolitan Investment Fund - PanAgora Enhanced Cash Fund | Jersey | | Channel Islands | 2/12/2021 |
| 185 | Cosmopolitan Investment Fund - PanAgora Fixed Income Diversified Opportunities Fund | Jersey | | Channel Islands | 2/12/2021 |
| 186 | International Investment Fund - Putnam Global Aggregate Fixed Income A Fund (HP6) | Jersey | | Channel Islands | 2/12/2021 |
| 187 | Cosmopolitan Investment Fund - PanAgora Global Factor Tilt Equity Fund | Jersey | | Channel Islands | 2/12/2021 |
| 188 | International Investment Fund - Putnam Global Aggregate Income Fund (7JB) | Jersey | | Channel Islands | 2/12/2021 |
| 189 | Emerging Markets Equity Opportunities Fund (WELLS) | Jersey | | Channel Islands | 2/12/2021 |
| 192 | Mitsubishi Corporation | Tokyo | | Japan | 2/12/2021 |

"Timely and Valid"

| 193 | Marubeni Europe plc | London | | United Kingdom | 2/12/2021 |
|---|---|---|---|---|---|
| 244 | The Goldberg Trust | London | | United Kingdom | 2/12/2021 |
| 245 | The Blandy Trust | London | | United Kingdom | 2/12/2021 |
| 246 | The Tati Trust | London | | United Kingdom | 2/12/2021 |
| 247 | The Ganesh Trust | London | | United Kingdom | 2/12/2021 |
| 289 | Sumitomo Canada Limited | Calgary | | Canada | 2/12/2021 |
| 290 | Sumitomo Corporation of Americas | New York | NY | United States of America | 2/12/2021 |
| 291 | JSCB (NR Bank) | Moscow | | Russia | 2/12/2021 |
| 302 | Belfius Bank and Insurance | Brussels | | Belgium | 2/12/2021 |
| 316 | In Suk Jang (LG Electronics European Shared Service Center B.V.) | Amstelveen | | Netherlands | 2/12/2021 |
| 337 | Banco de Bogota S.A. | Bogota | | Colombia | 2/12/2021 |
| 412 | Mangar International Limited | Radnorshire | | United Kingdom | 2/12/2021 |
| 414 | Alifond Fondo Pensione | Rome | | Italy | 2/12/2021 |
| 429 | Lansforsakringar Fondforvaltning AB | Stockholm | | Sweden | 2/12/2021 |
| 477 | Sociedade Gestora dos Fundos de Pensoes do Banco de Portugal, S.A. | Lisbon | | Portugal | 2/12/2021 |
| 478 | Fundo de Pensoes do Banco de Portugal - Beneficio Definido | Lisbon | | Portugal | 2/12/2021 |
| 479 | Fundo de Pensoes do Banco de Portugal - Contribuicao Definida | Lisbon | | Portugal | 2/12/2021 |
| 490 | Three Horns Foundation | Zurich | | Switzerland | 2/12/2021 |
| 505 | Norton Rose Fullbright LLP | London | | United Kingdom | 2/12/2021 |
| 526 | Spafid Spa Via Filodrammatici | Milan | | Italy | 2/12/2021 |
| 530 | Sandvik Treasury Aktiebolag (publ) | Stockholm | | Sweden | 2/12/2021 |
| 535 | Premier Oil Holdings Limited | London | | United Kingdom | 2/12/2021 |
| 537 | ARCOR S.A.I.C. | Arroyito | | Argentina | 2/12/2021 |
| 555 | First Design 1 SPA | Turin | | Italy | 2/12/2021 |
| 559 | Slovenska sporitelna, a.s. | Bratislava | | Slovakia | 2/12/2021 |
| 561 | Arab Bank Switzerland LTD | Geneva | | Switzerland | 2/12/2021 |
| 564 | Haitong Banco De Investimento Do Brasil S.A. | Sao Paulo | | Brazil | 2/12/2021 |

"Timely and Valid"

| 252 | Kevin Hunt | Fairfield | CT | United States of America | 2/13/2021 |
|---|---|---|---|---|---|
| 310 | Pine River Crosby Fund Ltd. | Minnetoka | MN | United States of America | 2/13/2021 |
| 311 | Silver Sands Fund III Ltd. | Minnetoka | MN | United States of America | 2/13/2021 |
| 391 | Farmers Best International, LLC | Rio Rico | AZ | United States of America | 2/13/2021 |
| 386 | Vanguard Developments Limited | Miaoli County | | Taiwan | 2/14/2021 |
| 433 | Kate Calvert | London | | United Kingdom | 2/14/2021 |
| 498 | Edward Charles Wichett | Bexley | | United Kingdom | 2/14/2021 |
| 196 | Nestle S.A. | Vevey | | Switzerland | 2/15/2021 |
| 197 | Nestle Capital Management Ltd | Vevey | | Switzerland | 2/15/2021 |
| 198 | Nestle Capital Advisers S.A. | Vevey | | Switzerland | 2/15/2021 |
| 199 | NTC - Latin America SA | Cham | | Switzerland | 2/15/2021 |
| 202 | Novelis Inc. | Atlanta | GA | United States of America | 2/15/2021 |
| 203 | Aleris International Inc. | Beachwood | OH | United States of America | 2/15/2021 |
| 317 | Die Sparkasse Bremen AG | Bremen | | Germany | 2/15/2021 |
| 319 | Liverpool Football Club & Athletic Grounds Limited | Liverpool | | United Kingdom | 2/15/2021 |
| 339 | JSC ALFA Bank | Kyiv | | Ukraine | 2/15/2021 |
| 340 | Khaled AlJuffali & Olfat AlMutlag | Jeddah | | Saudi Arabia | 2/15/2021 |
| 361 | SEEK Limited | Melbourne | | Australia | 2/15/2021 |
| 362 | State Bank of India, Male' Branch, Republic of Maldives | Male' | | Republic of Maldives | 2/15/2021 |
| 365 | State Bank of India, Johannesburg (South Africa) Branch | Johannesburg | | South Africa | 2/15/2021 |
| 375 | LG Electronics Inc., Korea | Seoul | | Korea | 2/15/2021 |
| 445 | Trevor Alan Smale (C/O/ Buss Murton Law LLp) | Kent | | United Kingdom | 2/15/2021 |
| 462 | Mohamed Abdul Rahim Al Ali | Dubai | | United Arab Emirates | 2/15/2021 |
| 476 | Shawbrook Bank Limited | Brentwood | | United Kingdom | 2/15/2021 |

"Timely and Valid"

| 488 | Daniela Lutjens | Zollikon | | Switzerland | 2/15/2021 |
|-----|-----------------|----------|--|-------------|-----------|
| 489 | Lukas Lutjens | Zollikon | | Switzerland | 2/15/2021 |
| 499 | Intermedia Time Spa | Venice | | Italy | 2/15/2021 |
| 508 | Martin Jetzer | Meilen | | Switzerland | 2/15/2021 |
| 536 | Tennis Australia Limited | Melbourne | | Australia | 2/15/2021 |
| 557 | Danske Bank A/S | Copenhagen | | Denmark | 2/15/2021 |
| 566 | Banca del Ceresio SA | Lugano | | Switzerland | 2/15/2021 |
| 90 | Raiffeisen Bank Zrt. | Budapest | | Hungry | 2/16/2021 |
| 204 | Commonwealth Bank of Australia | Sydney | | Australia | 2/16/2021 |
| 206 | BTA Bank JSC | Almaty | | Kazakhstan | 2/16/2021 |
| 216 | Toyota Tsusho Corporation | Nagoya | | Japan | 2/16/2021 |
| 219 | Beacon Rail Leasing Limited | London | | United Kingdom | 2/16/2021 |
| 284 | Bank of Sydney Ltd. | Sydney | | Australia | 2/16/2021 |
| 304 | Central Bank of Bolivia | La Paz | | Bolivia | 2/16/2021 |
| 318 | Marubeni Corporation | Tokyo | | Japan | 2/16/2021 |
| 328 | Konings Juices and Drinks | Borgloon | | Belgium | 2/16/2021 |
| 329 | Banque SYZ SA | Geneva | | Switzerland | 2/16/2021 |
| 330 | PTTEP SP Limited | London | | United Kingdom | 2/16/2021 |
| 331 | Credit Mutuel Asset Management | Paris | | France | 2/16/2021 |
| 332 | State Bank of India, Hong Kong Branch | Central | | Hong Kong | 2/16/2021 |
| 333 | State Bank of India, Singapore Branch | Singapore | | Singapore | 2/16/2021 |
| 334 | Anima Sgr S.p.A. | Milan | | Italy | 2/16/2021 |
| 335 | Mitsubishi Corporation UK Plc | London | | United Kingdom | 2/16/2021 |
| 336 | Mitsubishi Corporation International Europe Plc | London | | United Kingdom | 2/16/2021 |
| 352 | Federal Reserve Bank of New York | New York | NY | United States of America | 2/16/2021 |
| 359 | Auchan Holding S.A. | Croix | | France | 2/16/2021 |
| 360 | Auchan Finances SNC (Auchan Holdings S.A.) | Croix | | France | 2/16/2021 |
| 363 | LG Electronics Australia Pty Ltd | Sydney | | Australia | 2/16/2021 |

"Timely and Valid"

| 372 | Overseas Investment SPC | Manama Center | | Kingdom of Bahrain | 2/16/2021 |
|---|---|---|---|---|---|
| 373 | Bancolombia Puerto Rico Internacional Inc. | San Juan | | Puerto Rico | 2/16/2021 |
| 388 | Capcom Co., Ltd. | Osaka | | Japan | 2/16/2021 |
| 397 | Devon Energy | Oklahoma City | OK | United States of America | 2/16/2021 |
| 407 | Sheng Jian Zhong | Singapore | | Singapore | 2/16/2021 |
| 408 | Fincantieri S.p.A. | Trieste | | Italy | 2/16/2021 |
| 434 | State Bank of India, New York branch | New York | NY | United States of America | 2/16/2021 |
| 436 | State Bank of India, Frankfurt Branch | Frankfurt | | Germany | 2/16/2021 |
| 439 | LINAK Holding A/S | Nordborg | | Denmark | 2/16/2021 |
| 448 | Daniella Gilbertson | London | | United Kingdom | 2/16/2021 |
| 463 | Teston Profits Limited | Kowloon | | Hong Kong | 2/16/2021 |
| 469 | Kulczyk Investments S.A. | Luxembourg | | Grand Duchy of Luxembourg | 2/16/2021 |
| 471 | CAF Brasil Industria E Comercio, S.A. | Madrid | | Spain | 2/16/2021 |
| 472 | Construcciones Y Auxiliar De Ferrocarriles, S.A. | Madrid | | Spain | 2/16/2021 |
| 473 | CAF Investment Projects, S.A.U. (formerly Inversiones En Concesiones Ferroviarias, S.A.) | Madrid | | Spain | 2/16/2021 |
| 474 | Constructora De Sistemas Ferroviarios, S.L. (dissolved and merged with CAF Turkey & Engineering, S.L.) | Madrid | | Spain | 2/16/2021 |
| 486 | Porsche Automobil Holding SE (Porsche SE) | Stuttgart | | Germany | 2/16/2021 |
| 496 | Nguyen Manh Cuong | Tokyo | | Japan | 2/16/2021 |
| 501 | Erica Jagmetti | Zollikon | | Switzerland | 2/16/2021 |
| 509 | Caue Austria Holding GmbH | Sao Paulo | | Brazil | 2/16/2021 |
| 511 | State Bank of India, Corporate Centre | Mumbai | | India | 2/16/2021 |
| 519 | State Bank of India, London Branch | London | | United Kingdom | 2/16/2021 |
| 532 | Twelve Capital AG | Zurich | | Switzerland | 2/16/2021 |
| 534 | ASOS.com Limited | London | | United Kingdom | 2/16/2021 |
| 540 | Thomas Ware & Sons LTD | Bristol | | United Kingdom | 2/16/2021 |

"Timely and Valid"

| 551 | Central Bank of the Republic of Turkey | Ankara | | Turkey | 2/16/2021 |
|---|---|---|---|---|---|
| 567 | PT. Bank Maybank Indonesia Tbk (Previously PT Bank Internasional Indonesia Tbk) | Jakarta | | Indonesia | 2/16/2021 |
| 164 | Japan International Cooperation Agency | Tokyo | | Japan | 2/17/2021 |
| 207 | Fonds de Pension Nestle | Vevey | | Switzerland | 2/17/2021 |
| 208 | Fonds de Pension Complementaire Nestle | Vevey | | Switzerland | 2/17/2021 |
| 209 | Nestle Fonds FPC Internal Cash FPC - NS317 | Vevey | | Switzerland | 2/17/2021 |
| 210 | Fonds de Pension Nestle JPM | Vevey | | Switzerland | 2/17/2021 |
| 211 | Nestle Fonds de Pension FPC-NS299 | Vevey | | Switzerland | 2/17/2021 |
| 212 | Nestle Fonds de Pension FPC-NS380 | Vevey | | Switzerland | 2/17/2021 |
| 213 | Nestle Fonds de Pension FPC-NS502 | Vevey | | Switzerland | 2/17/2021 |
| 217 | Grupo Energia Bogota S.A. ESP | Bogota | | Colombia | 2/17/2021 |
| 221 | Axians Communication Solutions B.V. | Capelle aan den Ijssel | | The Netherlands | 2/17/2021 |
| 262 | Fortum Oyj | Fortum | | Finland | 2/17/2021 |
| 263 | Travelex Limited | Leeds | | United Kingdom | 2/17/2021 |
| 283 | Sun Hung Kai Forex Limited | Causeway Bay | | Hong Kong | 2/17/2021 |
| 285 | Grandwood Limited | Gibraltar | | United Kingdom | 2/17/2021 |
| 286 | Stora Enso Oyi | Helsinki | | Finland | 2/17/2021 |
| 287 | Gregor McIntosh | Geneva | | Switzerland | 2/17/2021 |
| 327 | The Embassy of Hungary | Washington DC | DC | United States of America | 2/17/2021 |
| 338 | Domenzain Arizmendi Juan Carlos & Schlitter Audet Sophie | Mexico City | | Mexico | 2/17/2021 |
| 348 | LG Electronics European Holding B.V. | Amstelveen | | The Netherlands | 2/17/2021 |
| 353 | Scapa Group Plc | Greater Manchester | | United Kingdom | 2/17/2021 |
| 354 | First Water Limited | Marlborough | | United Kingdom | 2/17/2021 |
| 355 | Scapa UK Limited | Greater Manchester | | United Kingdom | 2/17/2021 |
| 356 | Scapa North America Inc. | Windsor | CT | United States of America | 2/17/2021 |

"Timely and Valid"

| 357 | Windstar Finance S.A. | Monrovia | | Liberia | 2/17/2021 |
|---|---|---|---|---|---|
| 366 | Actera Partners II (G.P.) Limited | Jersey | | Channel Islands | 2/17/2021 |
| 374 | Stadtwerke Munchen GmbH | Munchen | | Germany | 2/17/2021 |
| 393 | Banco de Brasil S.A. | Brasilia | | Brazil | 2/17/2021 |
| 399 | Ford Motor Company (collectively, the "Ford Opt-Out Entities) | New York | NY | United States of America | 2/17/2021 |
| 409 | King Power Duty Free Company Limited | Kowloon | | Hong Kong | 2/17/2021 |
| 420 | HSBC International Trustee Limited, Jersey Branch | Jersey | | Channel Islands | 2/17/2021 |
| 431 | Kia Motors (UK) Limited | Surrey | | United Kingdom | 2/17/2021 |
| 432 | Deutsche Telekom AG | Bonn | | Germany | 2/17/2021 |
| 437 | Braskem Idesa | Mexico City | | Mexico | 2/17/2021 |
| 440 | CFAO (Corporation for Africa & Overseas) | Sevres | | France | 2/17/2021 |
| 455 | Macduff Shellfish (Scotland) Limited | Nova Scotia | | Canada | 2/17/2021 |
| 456 | Investor Group Finance AB | Stockholm | | Sweden | 2/17/2021 |
| 457 | Investor Aktiebolag (publ) | Stockholm | | Sweden | 2/17/2021 |
| 458 | Chilisin Electronics Corp. | Taiwan | | China, Peoples Republic | 2/17/2021 |
| 459 | Fondo Pensione Per IL Personale Della Deutsche Bank | Milan | | Italy | 2/17/2021 |
| 460 | Samarco Mineracao S.A. | Belo Horizonte | | Brazil | 2/17/2021 |
| 464 | The Financial Conduct Authority | London | | United Kingdom | 2/17/2021 |
| 475 | Polymetal International plc | Jersey | | Channel Islands | 2/17/2021 |
| 481 | Falcon Real Estate BEL S.a.r.l. (f/k/a/ Delphi Limited) | Luxembourg | | Grand Duchy of Luxembourg | 2/17/2021 |
| 485 | P.J.B. Holdings Ltd (Emad Y. Boutros) | Monte Carlo | | Monaco | 2/17/2021 |
| 493 | TenneT TSO BV | Amhem | | The Netherlands | 2/17/2021 |
| 503 | Yoko Cheese NV | Genk | | Belgium | 2/17/2021 |
| 506 | Daughters of the Cross of Liege | London | | United Kingdom | 2/17/2021 |
| 510 | Kia Motors Sweden AB | Upplands Vasby | | Sweden | 2/17/2021 |
| 512 | Daniel Mate | Zurich | | Switzerland | 2/17/2021 |
| 518 | Kasikornbank Public Company Limited | Bangkok | | Thailand | 2/17/2021 |

"Timely and Valid"

| 520 | Galenica Ltd | Bern | | Switzerland | 2/17/2021 |
|---|---|---|---|---|---|
| 521 | T G Bramall 8/11/1988 Settlement | Harrogate | | United Kingdom | 2/17/2021 |
| 522 | Dr T G Bramall CBE | Harrogate | | United Kingdom | 2/17/2021 |
| 523 | The Liz and Terry Bramall Foundation | Harrogate | | United Kingdom | 2/17/2021 |
| 527 | Fundacion Manuel Arango AC | Mexico City | | Mexico | 2/17/2021 |
| 528 | Humarito Limited - in members' voluntary liquidation | Nicosia | | Cyprus | 2/17/2021 |
| 533 | Polimur S.A. | Murcia | | Spain | 2/17/2021 |
| 541 | St James's Place UK plc | Cirencester | | United Kingdom | 2/17/2021 |
| 542 | St James's Place Unit Trust Group Limited | Cirencester | | United Kingdom | 2/17/2021 |
| 543 | St James's Place Management Services Limited | Cirencester | | United Kingdom | 2/17/2021 |
| 544 | St James's Place Internaitonal plc | Cirencester | | United Kingdom | 2/17/2021 |
| 545 | St James's Place International Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 546 | St James's Place Strategic Managaed Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 547 | St James's Place Multi Asset Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 548 | St James's Place Global Equity Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 549 | St James's Place International Corporate Bond Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 550 | St James's Place Managed Growth Unit Trust | Cirencester | | United Kingdom | 2/17/2021 |
| 558 | De' Longhi Capital Servies S.r.l. | Treviso | | Italy | 2/17/2021 |
| 562 | Bank Zenit | Moscow | | Russia | 2/17/2021 |
| 563 | Promsvyazbank Public Joint-Stock Company | Moscow | | Russia | 2/17/2021 |
| 443 | Bancoldex | Bogota | | Colombia | 2/24/2021 |
| 444 | Linda Mary Cutting | Suffolk | | United Kingdom | 2/24/2021 |
| 575 | Maia Financial | Brisbane | | Australia | 3/26/2021 |
| 576 | Patrick Moser | Geneva | | Switzerland | 3/29/2021 |
| 577 | Hypothekarbank Lenzburg AG | Lenzburg | | Switzerland | 4/16/2021 |
| 574 | Duferco SA | Lugano | | Switzerland | 4/19/2021 |
| 572 | Vorsorgestiftund der Habasit AG | Reinach | | Switzerland | 4/22/2021 |
| 573 | Mario Raimondo | Miami Beach | FL | United States of America | 4/23/2021 |
| 214 | Maggi Unternehmungen AG | Cham | | Switzerland | 2/17/2021 |

"Timely and Valid"

| 200 | Robert Christopher Rees | London | | United Kingdom | 2/16/2021 |