UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING
THE SECOND DISTRIBUTION OF THE SETTLEMENT FUND
AND DISTRIBUTION OF ATTORNEYS' FEES

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, at a time and date to be set by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Class Plaintiffs will, and hereby do, move the Court for entry of an Order Approving the Second Distribution of the Settlement Fund and Distribution of Attorneys' Fees.

Submitted herewith in support of the Motion are the:

(1) Declaration of Christopher Burke in Support of a Motion for an Order Approving the Second Distribution of the Settlement Fund and Distribution of Attorneys' Fees;

(2) Declaration of Loree Kovach in Support of a Motion for an Order Approving the Second Distribution of the Settlement Fund; and

      Exhibit 1:    *De Minimis* Claims;

      Exhibit 2:    Automatic Claims;

      Exhibit 3:    *Pro Rata* Claims; and

      Exhibit 4:    Partially Accepted Claims;

(3) [Proposed] Order Approving the Second Distribution of the Settlement Fund and Distribution of Attorneys' Fees;

along with the accompanying Memorandum of Law in Support of Plaintiffs' Motion for an Order Approving the Second Distribution of the Settlement Fund and Distribution of Attorneys' Fees.

Dated: November 23, 2021

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s/ Christopher M. Burke* | *s/ Michael D. Hausfeld* |
| CHRISTOPHER M. BURKE (CB-3648)<br>WALTER W. NOSS (WN-0529)<br>KRISTEN M. ANDERSON (*pro hac vice*)<br>KATE LV (*pro hac vice*)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Facsimile:  619-233-0508<br>cburke@scott-scott.com<br>wnoss@scott-scott.com<br>kanderson@scott-scott.com<br>klv@scott-scott.com | MICHAEL D. HAUSFELD<br>REENA A. GAMBHIR<br>TIMOTHY S. KEARNS<br>SARAH R. LAFRENIERE<br>888 16th Street NW, Suite 300<br>Washington, DC 20006<br>Telephone: 202-540-7143<br>Facsimile:  202-540-7201<br>mhausfeld@hausfeld.com<br>rgambhir@hausfeld.com<br>tkearns@hausfeld.com<br>slafreniere@hausfeld.com |
| -and- | -and- |
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>DAVID R. SCOTT (DS-8053)<br>JOSEPH P. GUGLIELMO (JG-2447)<br>DONALD A. BROGGI (DB-9661)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile:  212-223-6334<br>david.scott@scott-scott.com<br>jguglielmo@scott-scott.com<br>dbroggi@scott-scott.com | HAUSFELD LLP<br>MICHAEL P. LEHMANN<br>BONNY E. SWEENEY<br>CHRISTOPHER L. LEBSOCK<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Telephone: 415-633-1908<br>Facsimile:  415-358-4980<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      *s/ Christopher M. Burke*
      CHRISTOPHER M. BURKE