IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Foreign Exchange Benchmark Rates Antitrust Litigation* | Civil Action No. 1:13-cv-7789-LGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that F. Franklin Amanat, of DiCello Levitt Gutzler LLC, hereby enters his appearance as counsel of record on behalf of the following interested parties, all of which are members of the certified settlement class in the above-referenced action, and each of which has filed claims against the class settlement fund under the Plan of Distribution entered in the above-referenced action:

FXDirectDealer, LLC
525 Washington Blvd., Suite 1404
Jersey City, New Jersey 07310

Forex Capital Markets, LLC
c/o FXCM
520 Madison Avenue
New York, New York 10041

Lucid Markets LLP
c/o FXCM
520 Madison Avenue
New York, New York 10041

Mapleridge Capital
26 Reditt Crt
Richmond Hill, Ontario  L4C 7S4 Canada

Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 425
Greenwich, Connecticut 06830

Virtu Financial LLC
1633 Broadway, 41st Floor
New York, New York 10019

TG Capital Fund LP
434 Bonvue Terrace
Laguna Beach, California 92651

November 29, 2021

          Respectfully Submitted,

          /s/ *F. Franklin Amanat*
          F. Franklin Amanat
          **DICELLO LEVITT GUTZLER LLC**
          One Grand Central Place
          60 East 42nd Street, Suite 2400
          New York, New York 10165
          Telephone: (646) 678-1737
          famanat@dicellolevitt.com