November 30, 2021

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

      We write in response to F. Franklin Amanat's letters (ECF Nos. 1635, 1636) on behalf of certain claimants requesting permission to file an opposition to Plaintiffs' distribution motion (ECF No. 1627),[1] which the Court granted on November 29 (ECF No. 1633).

      The claimants Mr. Amanat represents hired Battea, a third-party claims filer, to submit their claims. Class Counsel has engaged in extensive discussions with Battea because of this firm's systematic abuses of the claims-administration process, which have resulted in the rejection of hugely inflated claims that, had they not been audited and challenged, would have unjustifiably diluted the settlement fund. More recently, as discussions with Battea escalated, Class Counsel engaged in discussions with Mr. Amanat's firm regarding claims submitted by Battea. We have considered this group's views and have applied the Plan of Distribution in a consistent fashion to their claims, just as we have to all other claimants in this administration. The claims process is transparent, fair, and equitable.

      Plaintiffs do not oppose the claimants' request to file an opposition but write to respectfully request the following briefing schedule.

- By December 2, 2021: Class Counsel shall meet and confer with the claimants regarding Plaintiffs' distribution motion. During the meet and confer, the claimants shall describe each of their bases for opposing the motion, and the parties shall attempt to narrow the issues in dispute.

- December 7, 2021: Plaintiffs shall file a supplemental memorandum of no more than 15 pages in support of their distribution motion.

- December 14, 2021: Any opposition to Plaintiffs' distribution motion shall be filed, limited to no more than 15 pages. Claimants represented by Mr. Amanat's firm and/or Battea must file a single opposition of no more than 15 pages.

---

[1]    Mr. Amanat's letters repeatedly state that Plaintiffs filed their distribution motion on November 24. The motion was filed on November 23.

Honorable Lorna G. Schofield
November 30, 2021
Page 2

- December 21, 2021: Plaintiffs shall file a reply to any opposition(s) of no more than 10 pages for each opposition motion filed.

Plaintiffs respectfully submit that this proposed schedule will allow for a more orderly resolution of the claimants' objections.

We briefly respond to the claimants' statement that Class Counsel omitted information about the number and value of pending claims in the distribution motion. ECF No. 1636 at 2. To the contrary, the motion could have hardly been clearer about the number of pending claims and the dollar amount of future distributions. ECF No. 1628 at 6, 9.

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

 *s/* Christopher M. Burke
Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565

HAUSFELD LLP

 *s/* Michael D. Hausfeld
Michael D. Hausfeld
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: 202-540-7200

*Settlement Class Counsel and Counsel for Plaintiffs*