UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CONTANT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 17-cv-3139-LGS<br><br>(related to No. 13-cv-7789-LGS)<br><br>ECF CASE |

### NOTICE OF PLAINTIFFS' MOTION FOR DISBURSEMENT OF SETTLEMENT FUNDS

PLEASE TAKE NOTICE that, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Plaintiffs will, and hereby do, move this Court, pursuant to the Court-approved Plan of Allocation proposed in the May 22, 2020, Declaration of Janet S. Netz, Ph.D, ECF 420-6, for an Order:

(1) Approving the allocation determinations made by Court-appointed Claims Administrator Heffler Claims Group ("Heffler")[1] in consultation with Plaintiffs' expert economic consulting firm, applEcon, based on the Court-approved Plan of Allocation;

(2) Authorizing the Claims Administrator to accept the late-filed claims described in the Declaration of Lori L. Castaneda in Support of Plaintiffs' Motion for

---

[1] The Court-appointed Claims Administrator changed its name to Kroll Settlement Administration in April 2021.
Any response to Plaintiffs' motion shall be filed by **December 7, 2021**. So Ordered.

Dated: December 1, 2021
　　　New York, New York

　　　　　　　　　　*/s/ Lorna G. Schofield*
　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　UNITED STATES DISTRICT JUDGE