IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Foreign Exchange Benchmark Rates Antitrust Litigation* | Civil Action No. 1:13-cv-7789-LGS |

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that F. Franklin Amanat, of DiCello Levitt Gutzler LLC, hereby enters his appearance as counsel of record on behalf of the following interested parties, all of which are members of the certified settlement class in the above-referenced action, and each of which has filed claims against the class settlement fund under the Plan of Distribution entered in the above-referenced action:

>FXDirectDealer, LLC
>525 Washington Blvd., Suite 1404
>Jersey City, New Jersey 07310
>
>Forex Capital Markets, LLC
>c/o FXCM
>520 Madison Avenue
>New York, New York 10041
>
>Lucid Markets LLP
>c/o FXCM
>520 Madison Avenue
>New York, New York 10041
>
>Mapleridge Capital
>26 Reditt Crt
>Richmond Hill, Ontario  L4C 7S4 Canada
>
>Contrarian Capital Management, LLC
>411 West Putnam Avenue, Suite 425
>Greenwich, Connecticut 06830
>
>Virtu Financial LLC
>1633 Broadway, 41st Floor
>New York, New York 10019
>
>TG Capital Fund LP
>434 Bonvue Terrace
>Laguna Beach, California 92651

                NWI Management, L.P.
                623 Fifth Avenue, 23rd Floor
                New York, New York 10022

December 1, 2021

                                  Respectfully Submitted,

                                  /s/ *F. Franklin Amanat*
                                  F. Franklin Amanat
                                  **DICELLO LEVITT GUTZLER LLC**
                                  One Grand Central Place
                                  60 East 42nd Street, Suite 2400
                                  New York, New York 10165
                                  Telephone: (646) 678-1737
                                  famanat@dicellolevitt.com