UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
:
:
In re Foreign Exchange Benchmark Rates : 13 Civ. 7789 (LGS)
Antitrust Litigation. :
: ORDER
:
:
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs and Credit Suisse Securities (USA) LLC, Credit Suisse Group AG and Credit Suisse AG ("Credit Suisse") filed a status letter on March 11, 2022.

WHEREAS, the letter states that "[n]o settlement discussions have occurred since the entry of the summary judgment order."  It is hereby

**ORDERED** that Plaintiffs and Credit Suisse shall appear for a conference on **March 30, 2022, at 4:20 P.M.** to discuss whether it would be useful for the parties to explore settlement discussions.  The conference will be held on conference line **888-363-4749** using access code **558-3333**.  The timing of the conference is approximate, but the parties should be prepared to proceed at that time.

Dated: March 14, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE