UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re Foreign Exchange Benchmark Rates : 13 Civ. 7789 (LGS)
Antitrust Litigation.
ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 3, 2019, an issue class was certified in this action pursuant to Federal Rule of Civil Procedure 23(c)(4) (Dkt. No. 1331);

WHEREAS, Defendants filed a letter on March 25, 2022, requesting a pre-motion conference to seek permission to file a motion for decertification of the Rule 23(c)(4) issue class (Dkt. No. 1665), and Plaintiffs filed a letter in response on April 1, 2021 (Dkt. No. 1668);

WHEREAS, a pre-motion conference was held by telephone in this case on April 6, 2022. It is hereby

**ORDERED** that Defendants shall file the proposed motion for decertification by **April 22, 2022**, Plaintiffs shall file an opposition by **May 13, 2022**, and Defendants shall file a reply by **May 25, 2022**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1668.

Dated: April 7, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE