**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) |

**NOTICE OF THE CREDIT SUISSE DEFENDANTS'**
**MOTION FOR DECERTIFICATION**

PLEASE TAKE NOTICE THAT, pursuant to the schedule set by the Court (ECF No. 1669), upon the Memorandum of Law in Support of the Credit Suisse Defendants' Motion for Decertification, the Declaration of Herbert S. Washer in Support of the Credit Suisse Defendants' Motion for Decertification and the Exhibits thereto, and all prior Opinions, Orders and proceedings herein, Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC (together, "Credit Suisse Defendants") will move, by and through their undersigned attorneys, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007 (the "Court"), on such date and time as the Court determines, for an Order pursuant to Federal Rule of Civil Procedure 23 to decertify the issue class certified by the Court's September 3, 2019 Opinion and Order (ECF No. 1331), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that movants request oral argument of this motion.

Dated: April 22, 2022
      New York, New York

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Herbert S. Washer
Herbert S. Washer
Jason M. Hall
Tammy L. Roy
Miles Wiley
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
jhall@cahill.com
troy@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*