UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) |

**DECLARATION OF HERBERT S. WASHER IN SUPPORT OF THE CREDIT SUISSE DEFENDANTS' MOTION FOR DECERTIFICATION**

I, Herbert S. Washer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am admitted to the bars of the State of New York and this Court. I am a partner at the law firm of Cahill Gordon & Reindel LLP, counsel for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA), LLC (together, "Credit Suisse") in the above-captioned matter. I make this declaration in support of the Credit Suisse Defendants' Motion for Decertification and to put certain materials relevant to the motion before the Court.

2. Attached hereto are true and correct copies of the following:

| Exhibit | Date | Description |
|---|---|---|
| 1. | 09/25/2020 | Credit Suisse Defendants' First Set of Interrogatories |
| 2. | 10/26/2020 | Excerpts of Plaintiffs' Responses and Objections to the Credit Suisse Defendants' First Set of Interrogatories |
| 3. | 02/20/2020 | Excerpts of the Deposition Transcript of Dr. Hal Singer |
| 4. | 05/23/2011 | CS-FXLIT-07188795: Bloomberg chat between Credit Suisse and customer |
| 5. | 5/16/2008 | CS-FXLIT-07070979: Bloomberg chat between Credit Suisse and customer |

1

Executed on:   April 22, 2022
                New York, New York

/s/ Herbert S. Washer
Herbert S. Washer