UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

**DECLARATION OF CHRISTOPHER M. BURKE IN SUPPORT OF
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE
CREDIT SUISSE DEFENDANTS' MOTION FOR DECERTIFICATION**

I, Christopher M. Burke, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct:

1. I am admitted to the bars of New York, California, and Wisconsin, and this Court. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP, Class Counsel for Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' opposition to Credit Suisse Defendants' motion for decertification.

2. Attached hereto are true and correct copies of the following:

| EX. NO. | DESCRIPTION |
|---|---|
| Ex. 1 | Excerpt from July 23, 2020, Deposition of Michael Melvin |
| Ex. 2 | Excerpt from March 12, 2020, Expert Report of Michael Melvin, Ph.D. |
| Ex. 3 | Excerpt from August 13, 2020, Reply Expert Report of Eric Robin |
| Ex. 4 | Email Correspondence between Plaintiffs' and Credit Suisse Defendants' counsel regarding Litigation Class Notice |

Dated:  May 13, 2022         SCOTT+SCOTT ATTORNEYS AT LAW LLP

  *s/* Christopher M. Burke
 CHRISTOPHER M. BURKE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                *s/* Christopher M. Burke
                                                Christopher M. Burke