# EXHIBIT 1
# (REQUEST TO FILE UNDER SEAL)