# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE FOREIGN EXCHANGE BENCHMARK | ) | |
| RATES ANTITRUST LITIGATION | ) | No. 1:13-cv-07789 (LGS) |
| | ) | |
| _____ | ) | |

**EXPERT REPORT OF MICHAEL MELVIN, Ph.D.**

**March 12, 2020**

**\*Contains Highly Confidential Information\***

### C.   Live Market Orders

153.   Mr. Poynder identifies CSI shared in chats in which a trader stated that he had a live order or a position to fill. He suggests that this type of information sharing increased the likelihood that the other traders would front run that order. My experience in the market is that information is shared with trusted counterparties who would not disadvantage the dealer sharing the information. The trader who shared this information has to fill an order for the client or for her own book and is going to buy or sell. Most orders are priced based on firm quotes and therefore, allowing others to front run would be illogical, as it would only harm the trader that shared the live market order information in the chat.[160]

154.   The only situation in which front-running a live market order by other traders would harm the client and not the trader filling the client's order would be when the client agreed to buy or sell at a price based on the cost to fill the order, where the dealer works on a "best effort" basis. My understanding is that these types of trades were not common.

155.   In most cases in which the trader has quoted a price to the customer, and is committed to that price, the trader must now find the liquidity to fill the order. This search often involves sharing information with trusted counterparties that a large order has been received, in the hopes of finding another trader with a matching interest on the other side of the trade. For example, if a trader has agreed to sell 100 million Euro to a customer, the trader may need to buy 100 million Euro to fill that customer order, and may use chat rooms to source those Euros. Revealing this liquidity need is called "showing an axe." Banks commonly show

---

[160] The only situation in which front-running a live market order by other traders would harm the client and not the trader filling the client's order would be when the client agreed to buy or sell at a price based on the cost to fill the order, where the dealer works on a "best effort" basis. My understanding is that these types of trades were not common, and that even if that were to happen, it would not have had an effect on spreads quoted to customers. Moreover, to my knowledge, Plaintiffs have not alleged that such behavior has occurred.