# EXHIBIT 3

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| Master_Claim | Option_Selection |
|---|---|
| 10000976 | Option 2 |
| 10001504 | Option 1 |
| 10002502 | Option 2 |
| 1000306 | Option 1 |
| 10003675 | Option 2 |
| 10003704 | Option 2 |
| 10003716 | Option 2 |
| 10004231 | Option 2 |
| 10004534 | Option 2 |
| 10004582 | Option 2 |
| 10004777 | Option 2 |
| 10005152 | Option 1 |
| 10005169 | Option 2 |
| 10005174 | Option 2 |
| 10005637 | Option 2 |
| 10005638 | Option 2 |
| 10005639 | Option 2 |
| 10005642 | Option 2 |
| 10005647 | Option 2 |
| 10005648 | Option 2 |
| 10005649 | Option 2 |
| 10005653 | Option 2 |
| 10005658 | Option 2 |
| 10005659 | Option 2 |
| 10005661 | Option 2 |
| 10005663 | Option 2 |
| 10005664 | Option 2 |
| 10005674 | Option 2 |
| 10005675 | Option 2 |
| 10005676 | Option 2 |
| 10005677 | Option 2 |
| 10005679 | Option 2 |
| 10005688 | Option 2 |
| 10005689 | Option 2 |
| 10005690 | Option 2 |
| 10005692 | Option 2 |
| 10005706 | Option 2 |
| 10005888 | Option 2 |
| 1000601 | Option 1 |
| 10006454 | Option 2 |
| 10006526 | Option 2 |
| 10006548 | Option 2 |
| 10006552 | Option 2 |
| 10006589 | Option 2 |
| 10006605 | Option 2 |
| 10006626 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 10006628 | Option 2 |
| 10006652 | Option 2 |
| 10006831 | Option 2 |
| 10006857 | Option 2 |
| 10006962 | Option 2 |
| 10007263 | Option 2 |
| 10007266 | Option 2 |
| 10007270 | Option 2 |
| 10007273 | Option 2 |
| 10007279 | Option 2 |
| 10007280 | Option 2 |
| 10007282 | Option 2 |
| 10007283 | Option 2 |
| 10007284 | Option 2 |
| 10007285 | Option 2 |
| 10007286 | Option 2 |
| 10007336 | Option 2 |
| 10007337 | Option 2 |
| 10007412 | Option 2 |
| 10007419 | Option 2 |
| 10007884 | Option 2 |
| 10008393 | Option 2 |
| 10008498 | Option 2 |
| 10008894 | Option 2 |
| 10008897 | Option 2 |
| 10008900 | Option 2 |
| 10008902 | Option 2 |
| 10008906 | Option 2 |
| 10008971 | Option 2 |
| 10009274 | Option 2 |
| 10009592 | Option 2 |
| 10009602 | Option 2 |
| 10009603 | Option 2 |
| 10009679 | Option 2 |
| 10010639 | Option 2 |
| 10010680 | Option 2 |
| 10010787 | Option 2 |
| 10010792 | Option 2 |
| 10010891 | Option 2 |
| 10010892 | Option 2 |
| 10010913 | Option 2 |
| 10011041 | Option 2 |
| 10011089 | Option 2 |
| 10011091 | Option 2 |
| 10011092 | Option 2 |
| 10011095 | Option 2 |
| 10011096 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 10011100 | Option 2 |
| 10011101 | Option 2 |
| 10011102 | Option 2 |
| 10011103 | Option 2 |
| 10011106 | Option 2 |
| 10011116 | Option 2 |
| 10011127 | Option 2 |
| 10011152 | Option 2 |
| 10011344 | Option 2 |
| 10011347 | Option 2 |
| 10011447 | Option 1 |
| 10011458 | Option 2 |
| 10011528 | Option 2 |
| 10011530 | Option 2 |
| 10011547 | Option 2 |
| 10011562 | Option 2 |
| 10011563 | Option 2 |
| 10011564 | Option 2 |
| 10011682 | Option 2 |
| 10011683 | Option 2 |
| 10011684 | Option 2 |
| 10011685 | Option 2 |
| 10011687 | Option 2 |
| 10011690 | Option 2 |
| 10011691 | Option 2 |
| 10011693 | Option 2 |
| 10011695 | Option 2 |
| 10011696 | Option 2 |
| 10011697 | Option 2 |
| 10011702 | Option 2 |
| 10011704 | Option 2 |
| 10011705 | Option 2 |
| 10011706 | Option 2 |
| 10011708 | Option 2 |
| 10011712 | Option 2 |
| 10011715 | Option 2 |
| 10011716 | Option 2 |
| 10011719 | Option 2 |
| 10011720 | Option 2 |
| 10011724 | Option 2 |
| 10011725 | Option 2 |
| 10011726 | Option 2 |
| 10011736 | Option 2 |
| 10011747 | Option 2 |
| 10011749 | Option 2 |
| 10011756 | Option 2 |
| 10011769 | Option 2 |

**EXHIBIT 3**

| | |
|---|---|
| 10011770 | Option 2 |
| 10011774 | Option 2 |
| 10011775 | Option 2 |
| 10011808 | Option 2 |
| 10012078 | Option 2 |
| 10012095 | Option 2 |
| 10012098 | Option 2 |
| 10012100 | Option 2 |
| 10012105 | Option 2 |
| 10012106 | Option 2 |
| 10012110 | Option 2 |
| 10012118 | Option 2 |
| 10012186 | Option 1 |
| 10012264 | Option 2 |
| 10012294 | Option 2 |
| 10012298 | Option 2 |
| 10012299 | Option 2 |
| 10012339 | Option 2 |
| 10012416 | Option 2 |
| 10012434 | Option 2 |
| 10012437 | Option 2 |
| 10012457 | Option 2 |
| 10012461 | Option 2 |
| 10012843 | Option 2 |
| 10012979 | Option 2 |
| 10012983 | Option 2 |
| 10013185 | Option 2 |
| 10013275 | Option 2 |
| 10013279 | Option 2 |
| 10013352 | Option 2 |
| 10013431 | Option 2 |
| 10013447 | Option 2 |
| 10013517 | Option 2 |
| 10013618 | Option 2 |
| 10013657 | Option 2 |
| 10013669 | Option 2 |
| 10013745 | Option 2 |
| 10013758 | Option 2 |
| 10013768 | Option 2 |
| 10013776 | Option 2 |
| 10013846 | Option 2 |
| 10013876 | Option 2 |
| 10013888 | Option 2 |
| 1001440 | Option 2 |
| 1002071 | Option 2 |
| 1002072 | Option 2 |
| 1002081 | Option 2 |

**EXHIBIT 3**

| | |
|---|---|
| 1002245 | Option 2 |
| 1003422 | Option 2 |
| 1003426 | Option 2 |
| 1003430 | Option 2 |
| 1003446 | Option 2 |
| 1003731 | Option 2 |
| 1006713 | Option 2 |
| 1006820 | Option 1 |
| 1007316 | Option 1 |
| 1007535 | Option 2 |
| 1007547 | Option 2 |
| 1007550 | Option 2 |
| 1007561 | Option 2 |
| 1007958 | Option 2 |
| 1009218 | Option 2 |
| 1009536 | Option 2 |
| 1009538 | Option 2 |
| 1009890 | Option 2 |
| 1010830 | Option 2 |
| 1010868 | Option 2 |
| 1011003 | Option 2 |
| 1011406 | Option 2 |
| 1011461 | Option 2 |
| 1011513 | Option 2 |
| 1011599 | Option 2 |
| 1011692 | Option 2 |
| 1012154 | Option 2 |
| 1012193 | Option 2 |
| 1012431 | Option 2 |
| 1012443 | Option 2 |
| 1012463 | Option 1 |
| 1014100 | Option 2 |
| 1014998 | Option 2 |
| 1015525 | Option 2 |
| 1016221 | Option 2 |
| 1017154 | Option 2 |
| 1018019 | Option 2 |
| 1018093 | Option 2 |
| 1019323 | Option 1 |
| 1019607 | Option 2 |
| 1019881 | Option 1 |
| 1020245 | Option 2 |
| 1020558 | Option 2 |
| 1020744 | Option 2 |
| 1021055 | Option 2 |
| 1021056 | Option 2 |
| 1021057 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1021293 | Option 2 |
| 1021551 | Option 2 |
| 1021834 | Option 2 |
| 1021930 | Option 2 |
| 1022214 | Option 2 |
| 1022265 | Option 2 |
| 1022354 | Option 2 |
| 1022355 | Option 2 |
| 1023229 | Option 1 |
| 1024201 | Option 2 |
| 1024555 | Option 2 |
| 1024595 | Option 2 |
| 1025922 | Option 2 |
| 1026652 | Option 2 |
| 1027158 | Option 2 |
| 1027254 | Option 2 |
| 1027256 | Option 2 |
| 1027279 | Option 2 |
| 1027297 | Option 2 |
| 1027309 | Option 2 |
| 1027342 | Option 2 |
| 1027344 | Option 2 |
| 1027350 | Option 2 |
| 1027354 | Option 2 |
| 1027357 | Option 2 |
| 1027358 | Option 2 |
| 1027369 | Option 2 |
| 1027370 | Option 2 |
| 1027392 | Option 2 |
| 1027393 | Option 2 |
| 1027394 | Option 2 |
| 1027396 | Option 2 |
| 1027397 | Option 2 |
| 1027405 | Option 2 |
| 1027417 | Option 2 |
| 1027437 | Option 2 |
| 1027452 | Option 2 |
| 1027454 | Option 2 |
| 1027461 | Option 2 |
| 1027462 | Option 2 |
| 1027464 | Option 2 |
| 1027466 | Option 2 |
| 1027471 | Option 2 |
| 1027614 | Option 2 |
| 1027685 | Option 2 |
| 1027808 | Option 2 |
| 1028068 | Option 1 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1028129 | Option 2 |
| 1028277 | Option 2 |
| 1028484 | Option 2 |
| 1028496 | Option 2 |
| 1028890 | Option 2 |
| 1029071 | Option 2 |
| 1029260 | Option 2 |
| 1029265 | Option 2 |
| 1029622 | Option 2 |
| 1031165 | Option 2 |
| 1031166 | Option 2 |
| 1031728 | Option 2 |
| 1032003 | Option 2 |
| 1032048 | Option 2 |
| 1035777 | Option 1 |
| 1037326 | Option 2 |
| 1037609 | Option 2 |
| 1037788 | Option 2 |
| 1038789 | Option 2 |
| 1038791 | Option 2 |
| 1038894 | Option 2 |
| 1043249 | Option 2 |
| 1048017 | Option 1 |
| 1049894 | Option 1 |
| 1050802 | Option 2 |
| 1051068 | Option 2 |
| 1055263 | Option 1 |
| 1057072 | Option 2 |
| 1058477 | Option 1 |
| 1060258 | Option 2 |
| 1060271 | Option 2 |
| 1060745 | Option 1 |
| 1062239 | Option 1 |
| 1062307 | Option 2 |
| 1062464 | Option 2 |
| 1062789 | Option 2 |
| 1063225 | Option 2 |
| 1064112 | Option 2 |
| 1064295 | Option 2 |
| 1064497 | Option 2 |
| 1064618 | Option 2 |
| 1064619 | Option 2 |
| 1064910 | Option 2 |
| 1067899 | Option 1 |
| 1068368 | Option 2 |
| 1069891 | Option 2 |
| 1069964 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 1070007 | Option 2 |
| 1070019 | Option 2 |
| 1070450 | Option 1 |
| 1070764 | Option 1 |
| 1070788 | Option 1 |
| 1070789 | Option 1 |
| 1070790 | Option 1 |
| 1070795 | Option 1 |
| 1070796 | Option 1 |
| 1070797 | Option 1 |
| 1073928 | Option 2 |
| 1074051 | Option 2 |
| 1075070 | Option 2 |
| 1076433 | Option 2 |
| 1076549 | Option 1 |
| 1077183 | Option 2 |
| 1081637 | Option 2 |
| 1082273 | Option 2 |
| 1086107 | Option 2 |
| 1086677 | Option 1 |
| 1086803 | Option 2 |
| 1086938 | Option 2 |
| 1086948 | Option 2 |
| 1088519 | Option 2 |
| 1088580 | Option 2 |
| 1088582 | Option 2 |
| 1088599 | Option 2 |
| 1088613 | Option 2 |
| 1088619 | Option 2 |
| 1088625 | Option 2 |
| 1088695 | Option 2 |
| 1088713 | Option 2 |
| 1088721 | Option 2 |
| 1088746 | Option 2 |
| 1088751 | Option 2 |
| 1088884 | Option 2 |
| 1088898 | Option 2 |
| 1088905 | Option 2 |
| 1089006 | Option 2 |
| 1089041 | Option 2 |
| 1089080 | Option 2 |
| 1089085 | Option 2 |
| 1089102 | Option 2 |
| 1089107 | Option 2 |
| 1089116 | Option 2 |
| 1089122 | Option 2 |
| 1089205 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1089214 | Option 2 |
| 1089217 | Option 2 |
| 1089219 | Option 2 |
| 1089240 | Option 2 |
| 1089285 | Option 2 |
| 1089287 | Option 2 |
| 1089288 | Option 2 |
| 1089330 | Option 2 |
| 1089332 | Option 2 |
| 1089337 | Option 2 |
| 1089340 | Option 2 |
| 1089348 | Option 2 |
| 1089354 | Option 2 |
| 1089355 | Option 2 |
| 1089357 | Option 2 |
| 1089361 | Option 2 |
| 1089389 | Option 2 |
| 1089390 | Option 2 |
| 1089680 | Option 2 |
| 1089834 | Option 2 |
| 1089927 | Option 2 |
| 1089994 | Option 2 |
| 1089996 | Option 2 |
| 1089997 | Option 2 |
| 1090010 | Option 2 |
| 1090012 | Option 2 |
| 1090029 | Option 2 |
| 1090030 | Option 2 |
| 1090035 | Option 2 |
| 1090105 | Option 2 |
| 1093356 | Option 2 |
| 1095385 | Option 2 |
| 1095494 | Option 2 |
| 1096667 | Option 2 |
| 1096670 | Option 2 |
| 1096686 | Option 2 |
| 1096857 | Option 2 |
| 1096892 | Option 2 |
| 1096921 | Option 2 |
| 1097039 | Option 2 |
| 1097133 | Option 2 |
| 1097158 | Option 2 |
| 1097204 | Option 2 |
| 1097207 | Option 2 |
| 1097214 | Option 2 |
| 1097250 | Option 2 |
| 1097381 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 1097527 | Option 2 |
| 1097589 | Option 2 |
| 1097619 | Option 2 |
| 1097623 | Option 2 |
| 1097687 | Option 2 |
| 1097689 | Option 2 |
| 1097698 | Option 2 |
| 1097752 | Option 2 |
| 1097792 | Option 2 |
| 1097801 | Option 2 |
| 1097816 | Option 2 |
| 1097841 | Option 2 |
| 1097866 | Option 2 |
| 1097893 | Option 2 |
| 1098459 | Option 2 |
| 1098461 | Option 2 |
| 1098717 | Option 2 |
| 1099086 | Option 2 |
| 1099349 | Option 2 |
| 1101192 | Option 2 |
| 1101483 | Option 2 |
| 1101606 | Option 2 |
| 1101638 | Option 2 |
| 1101853 | Option 2 |
| 1102435 | Option 2 |
| 1102515 | Option 2 |
| 1102544 | Option 2 |
| 1102657 | Option 2 |
| 1104513 | Option 2 |
| 1104566 | Option 2 |
| 1104640 | Option 2 |
| 1104658 | Option 2 |
| 1104839 | Option 2 |
| 1104855 | Option 2 |
| 1104868 | Option 2 |
| 1104890 | Option 2 |
| 1104894 | Option 2 |
| 1104896 | Option 2 |
| 1104901 | Option 2 |
| 1104912 | Option 2 |
| 1104918 | Option 2 |
| 1104919 | Option 2 |
| 1104920 | Option 2 |
| 1104926 | Option 2 |
| 1104927 | Option 2 |
| 1104928 | Option 2 |
| 1104933 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 1105598 | Option 1 |
| 1107244 | Option 1 |
| 1107628 | Option 2 |
| 1107660 | Option 2 |
| 1107873 | Option 2 |
| 1109023 | Option 2 |
| 1115456 | Option 2 |
| 1116029 | Option 2 |
| 1116384 | Option 2 |
| 1116447 | Option 2 |
| 1116556 | Option 2 |
| 1116558 | Option 2 |
| 1116624 | Option 2 |
| 1116629 | Option 2 |
| 1116697 | Option 2 |
| 1116706 | Option 2 |
| 1116713 | Option 2 |
| 1116816 | Option 2 |
| 1116852 | Option 2 |
| 1116990 | Option 2 |
| 1117004 | Option 2 |
| 1117024 | Option 2 |
| 1117122 | Option 2 |
| 1117130 | Option 2 |
| 1117139 | Option 2 |
| 1117143 | Option 2 |
| 1117147 | Option 2 |
| 1117320 | Option 2 |
| 1117433 | Option 2 |
| 1117514 | Option 2 |
| 1117528 | Option 2 |
| 1117558 | Option 2 |
| 1117594 | Option 2 |
| 1117876 | Option 2 |
| 1118621 | Option 2 |
| 1118626 | Option 2 |
| 1118693 | Option 2 |
| 1118745 | Option 2 |
| 1118829 | Option 2 |
| 1118910 | Option 2 |
| 1118967 | Option 2 |
| 1118968 | Option 2 |
| 1119052 | Option 2 |
| 1119363 | Option 2 |
| 1119438 | Option 2 |
| 1119519 | Option 2 |
| 1120108 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1120266 | Option 2 |
| 1125157 | Option 2 |
| 1125281 | Option 2 |
| 1138032 | Option 1 |
| 1141395 | Option 2 |
| 1141996 | Option 2 |
| 1143058 | Option 2 |
| 1143749 | Option 1 |
| 1144443 | Option 2 |
| 1144672 | Option 1 |
| 1144849 | Option 2 |
| 1145456 | Option 2 |
| 1145604 | Option 2 |
| 1146910 | Option 1 |
| 1147517 | Option 2 |
| 1147644 | Option 2 |
| 1149748 | Option 2 |
| 1150135 | Option 1 |
| 1150139 | Option 2 |
| 1150157 | Option 1 |
| 1153255 | Option 2 |
| 1156630 | Option 2 |
| 1157004 | Option 1 |
| 1162003 | Option 1 |
| 1162241 | Option 2 |
| 1162888 | Option 2 |
| 1162890 | Option 2 |
| 1162896 | Option 2 |
| 1163593 | Option 2 |
| 1163594 | Option 2 |
| 1163599 | Option 2 |
| 1165033 | Option 2 |
| 1166140 | Option 2 |
| 1166173 | Option 2 |
| 1167321 | Option 2 |
| 1168582 | Option 1 |
| 1172882 | Option 1 |
| 1173889 | Option 2 |
| 1174702 | Option 2 |
| 1175018 | Option 2 |
| 1175511 | Option 2 |
| 1175949 | Option 2 |
| 1176891 | Option 2 |
| 1178247 | Option 2 |
| 1179128 | Option 1 |
| 1180035 | Option 2 |
| 1182269 | Option 1 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 1189089 | Option 2 |
| 1190462 | Option 2 |
| 1190766 | Option 1 |
| 1197103 | Option 2 |
| 1199109 | Option 2 |
| 1199178 | Option 2 |
| 1202887 | Option 2 |
| 1203997 | Option 2 |
| 1205146 | Option 1 |
| 1212632 | Option 2 |
| 1212739 | Option 1 |
| 1213183 | Option 2 |
| 1213425 | Option 2 |
| 1214417 | Option 1 |
| 1215247 | Option 2 |
| 1215830 | Option 2 |
| 1217500 | Option 2 |
| 1218611 | Option 2 |
| 1220437 | Option 2 |
| 1221835 | Option 1 |
| 1221891 | Option 2 |
| 1223269 | Option 2 |
| 1225330 | Option 2 |
| 1225816 | Option 2 |
| 1228681 | Option 2 |
| 1229298 | Option 2 |
| 1229890 | Option 2 |
| 1232413 | Option 2 |
| 1232434 | Option 1 |
| 1236709 | Option 2 |
| 1237390 | Option 1 |
| 1239091 | Option 2 |
| 1240761 | Option 2 |
| 1241243 | Option 1 |
| 1241798 | Option 2 |
| 1242879 | Option 2 |
| 1242890 | Option 2 |
| 1252336 | Option 2 |
| 1256189 | Option 2 |
| 1256840 | Option 2 |
| 1257632 | Option 2 |
| 1258891 | Option 2 |
| 1260944 | Option 2 |
| 1261098 | Option 2 |
| 1261436 | Option 2 |
| 1261909 | Option 2 |
| 1262194 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 1265920 | Option 2 |
| 1267661 | Option 2 |
| 1271135 | Option 2 |
| 1273711 | Option 2 |
| 1274208 | Option 2 |
| 1275638 | Option 2 |
| 1276506 | Option 2 |
| 1276626 | Option 2 |
| 1276676 | Option 1 |
| 1277747 | Option 2 |
| 1279511 | Option 2 |
| 1281370 | Option 2 |
| 1283135 | Option 2 |
| 1285288 | Option 2 |
| 1285649 | Option 2 |
| 1288950 | Option 2 |
| 1289262 | Option 2 |
| 1289466 | Option 1 |
| 1289879 | Option 2 |
| 1291020 | Option 2 |
| 1294496 | Option 2 |
| 1295121 | Option 2 |
| 1295154 | Option 2 |
| 1307203 | Option 1 |
| 1307204 | Option 1 |
| 1307389 | Option 2 |
| 1308575 | Option 2 |
| 1308713 | Option 2 |
| 1310552 | Option 1 |
| 1310961 | Option 2 |
| 1312094 | Option 1 |
| 1313011 | Option 2 |
| 1313825 | Option 2 |
| 1314688 | Option 2 |
| 1314701 | Option 2 |
| 1315027 | Option 2 |
| 1315096 | Option 2 |
| 1315455 | Option 2 |
| 1315966 | Option 1 |
| 1316252 | Option 2 |
| 1316706 | Option 2 |
| 1317040 | Option 2 |
| 1317392 | Option 2 |
| 1317646 | Option 1 |
| 1318194 | Option 2 |
| 1318554 | Option 1 |
| 1318945 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 1319295 | Option 2 |
| 1320112 | Option 1 |
| 1320141 | Option 1 |
| 1320462 | Option 2 |
| 1320484 | Option 1 |
| 1321321 | Option 2 |
| 1322022 | Option 1 |
| 1322165 | Option 2 |
| 1323117 | Option 2 |
| 1325518 | Option 2 |
| 1326788 | Option 2 |
| 1327371 | Option 2 |
| 1328135 | Option 2 |
| 1329084 | Option 2 |
| 1330205 | Option 2 |
| 1333965 | Option 2 |
| 1335265 | Option 2 |
| 1335933 | Option 2 |
| 1336065 | Option 2 |
| 1336397 | Option 2 |
| 1336980 | Option 2 |
| 1337422 | Option 2 |
| 1338750 | Option 1 |
| 1339470 | Option 2 |
| 1340096 | Option 2 |
| 1340200 | Option 2 |
| 1340254 | Option 2 |
| 1340644 | Option 2 |
| 1348510 | Option 2 |
| 1349310 | Option 2 |
| 1354067 | Option 1 |
| 1360504 | Option 2 |
| 1360770 | Option 2 |
| 1362627 | Option 2 |
| 1363300 | Option 1 |
| 1366142 | Option 2 |
| 1366164 | Option 1 |
| 1366602 | Option 2 |
| 1366756 | Option 1 |
| 1367687 | Option 2 |
| 1369004 | Option 1 |
| 1375872 | Option 2 |
| 1378142 | Option 1 |
| 1380311 | Option 2 |
| 1385456 | Option 2 |
| 1385791 | Option 2 |
| 1385792 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 1385793 | Option 2 |
| 1385795 | Option 2 |
| 1387703 | Option 2 |
| 1387864 | Option 2 |
| 1388481 | Option 2 |
| 1389344 | Option 2 |
| 1389630 | Option 2 |
| 1391492 | Option 2 |
| 1393215 | Option 1 |
| 1393544 | Option 2 |
| 1393917 | Option 2 |
| 1393933 | Option 1 |
| 1399131 | Option 2 |
| 1400555 | Option 2 |
| 1403458 | Option 2 |
| 1406666 | Option 2 |
| 1407445 | Option 2 |
| 1410789 | Option 1 |
| 1411067 | Option 2 |
| 1413344 | Option 2 |
| 1418860 | Option 2 |
| 1419529 | Option 2 |
| 1419774 | Option 2 |
| 1420016 | Option 2 |
| 1422365 | Option 2 |
| 1422888 | Option 2 |
| 1422889 | Option 2 |
| 1424214 | Option 2 |
| 1426227 | Option 2 |
| 1427520 | Option 1 |
| 1428479 | Option 2 |
| 1428510 | Option 2 |
| 1428566 | Option 2 |
| 1429118 | Option 2 |
| 1429549 | Option 1 |
| 1430101 | Option 2 |
| 1430449 | Option 2 |
| 1430461 | Option 2 |
| 1430698 | Option 2 |
| 1430703 | Option 2 |
| 1430705 | Option 2 |
| 1430709 | Option 2 |
| 1430713 | Option 2 |
| 1430716 | Option 2 |
| 1430822 | Option 2 |
| 1430876 | Option 2 |
| 1431146 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1431215 | Option 2 |
| 1431461 | Option 2 |
| 1432165 | Option 2 |
| 1432271 | Option 1 |
| 1438780 | Option 2 |
| 1439030 | Option 2 |
| 1444679 | Option 1 |
| 1444704 | Option 1 |
| 1445145 | Option 1 |
| 1449886 | Option 2 |
| 1450864 | Option 1 |
| 1454054 | Option 1 |
| 1456162 | Option 2 |
| 1466192 | Option 2 |
| 1470054 | Option 2 |
| 1470200 | Option 2 |
| 1470259 | Option 2 |
| 1473417 | Option 2 |
| 1477795 | Option 1 |
| 1482774 | Option 2 |
| 1486477 | Option 2 |
| 1489323 | Option 1 |
| 1489702 | Option 2 |
| 1490930 | Option 1 |
| 1491570 | Option 2 |
| 1491597 | Option 1 |
| 1491759 | Option 2 |
| 1492295 | Option 2 |
| 1492907 | Option 2 |
| 1493698 | Option 2 |
| 1494772 | Option 2 |
| 1495240 | Option 2 |
| 1496346 | Option 2 |
| 1496706 | Option 2 |
| 1496813 | Option 2 |
| 1497991 | Option 2 |
| 1499949 | Option 2 |
| 1500108 | Option 2 |
| 1501559 | Option 2 |
| 1502367 | Option 2 |
| 1503890 | Option 2 |
| 1504478 | Option 1 |
| 1509785 | Option 2 |
| 1513648 | Option 1 |
| 1516161 | Option 2 |
| 1516538 | Option 2 |
| 1517239 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1520503 | Option 2 |
| 1521879 | Option 1 |
| 1521984 | Option 2 |
| 1521986 | Option 2 |
| 1523288 | Option 2 |
| 1525800 | Option 2 |
| 1528260 | Option 2 |
| 1528473 | Option 2 |
| 1528774 | Option 2 |
| 1883045 | Option 2 |
| 1887540 | Option 2 |
| 1888062 | Option 2 |
| 1888254 | Option 2 |
| 1888265 | Option 2 |
| 1888313 | Option 2 |
| 1889235 | Option 2 |
| 1889236 | Option 2 |
| 1889240 | Option 2 |
| 1889246 | Option 2 |
| 1891199 | Option 1 |
| 1891647 | Option 2 |
| 1892055 | Option 2 |
| 1892646 | Option 2 |
| 1893029 | Option 2 |
| 1894784 | Option 2 |
| 1895390 | Option 1 |
| 1895605 | Option 2 |
| 1895748 | Option 2 |
| 1896453 | Option 2 |
| 1896603 | Option 2 |
| 1896630 | Option 2 |
| 1896640 | Option 2 |
| 1896661 | Option 2 |
| 1896662 | Option 2 |
| 1896699 | Option 2 |
| 1896724 | Option 2 |
| 1898162 | Option 1 |
| 1899066 | Option 1 |
| 1899748 | Option 1 |
| 1899753 | Option 1 |
| 1899755 | Option 1 |
| 1899772 | Option 2 |
| 1900501 | Option 1 |
| 1900555 | Option 2 |
| 1901170 | Option 1 |
| 1901549 | Option 2 |
| 1903028 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

EXHIBIT 3

| | |
|---|---|
| 1903029 | Option 2 |
| 1903049 | Option 2 |
| 1903178 | Option 2 |
| 1903345 | Option 2 |
| 1903358 | Option 2 |
| 1903361 | Option 2 |
| 1903996 | Option 2 |
| 1904047 | Option 2 |
| 1904185 | Option 2 |
| 1904193 | Option 2 |
| 1904589 | Option 1 |
| 1904671 | Option 2 |
| 1904937 | Option 2 |
| 1905359 | Option 2 |
| 1905673 | Option 2 |
| 1906415 | Option 2 |
| 1906675 | Option 2 |
| 1906712 | Option 2 |
| 1906731 | Option 2 |
| 1906733 | Option 2 |
| 1906739 | Option 2 |
| 1907380 | Option 2 |
| 1907420 | Option 2 |
| 1908454 | Option 2 |
| 1910513 | Option 2 |
| 1911838 | Option 2 |
| 1911839 | Option 2 |
| 1911894 | Option 2 |
| 1911900 | Option 2 |
| 1911983 | Option 2 |
| 1912296 | Option 2 |
| 1913233 | Option 2 |
| 1914746 | Option 2 |
| 1918317 | Option 2 |
| 1919129 | Option 2 |
| 1919132 | Option 2 |
| 1919133 | Option 2 |
| 1919637 | Option 2 |
| 1919639 | Option 1 |
| 1920057 | Option 1 |
| 1920435 | Option 2 |
| 1920436 | Option 2 |
| 1920438 | Option 2 |
| 1922207 | Option 2 |
| 1922235 | Option 2 |
| 1922609 | Option 1 |
| 1924118 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 1924423 | Option 2 |
| 1928777 | Option 2 |
| 1930777 | Option 2 |
| 1932110 | Option 1 |
| 1932180 | Option 1 |
| 1932663 | Option 2 |
| 1934975 | Option 2 |
| 1935177 | Option 2 |
| 1936082 | Option 2 |
| 1937079 | Option 2 |
| 1937162 | Option 2 |
| 1937424 | Option 2 |
| 1937433 | Option 2 |
| 1937434 | Option 2 |
| 1937899 | Option 2 |
| 1941490 | Option 2 |
| 1941840 | Option 2 |
| 1947448 | Option 1 |
| 1949174 | Option 2 |
| 1950531 | Option 2 |
| 1951181 | Option 2 |
| 1951344 | Option 2 |
| 1951518 | Option 2 |
| 1955240 | Option 2 |
| 1956470 | Option 2 |
| 1956714 | Option 2 |
| 1957382 | Option 2 |
| 1957392 | Option 2 |
| 1958448 | Option 2 |
| 1958913 | Option 2 |
| 1961040 | Option 2 |
| 1961123 | Option 2 |
| 1961458 | Option 2 |
| 1962137 | Option 2 |
| 1963211 | Option 2 |
| 1963918 | Option 2 |
| 1964784 | Option 2 |
| 1965223 | Option 2 |
| 1965284 | Option 2 |
| 1966150 | Option 2 |
| 1967524 | Option 2 |
| 1968499 | Option 2 |
| 1970185 | Option 2 |
| 1970432 | Option 2 |
| 1970546 | Option 2 |
| 1971513 | Option 2 |
| 1971515 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 1971521 | Option 2 |
| 1971523 | Option 2 |
| 1971533 | Option 2 |
| 1971534 | Option 2 |
| 1971549 | Option 2 |
| 1971550 | Option 2 |
| 1971551 | Option 2 |
| 1971552 | Option 2 |
| 1971561 | Option 2 |
| 1971566 | Option 2 |
| 1971567 | Option 2 |
| 1972037 | Option 2 |
| 1972048 | Option 2 |
| 1972051 | Option 2 |
| 1972053 | Option 2 |
| 1972643 | Option 2 |
| 1972645 | Option 2 |
| 1973571 | Option 2 |
| 1974373 | Option 2 |
| 1975516 | Option 2 |
| 1976640 | Option 2 |
| 1978526 | Option 2 |
| 1978532 | Option 2 |
| 1978533 | Option 2 |
| 1978534 | Option 2 |
| 1978537 | Option 2 |
| 1978846 | Option 2 |
| 1978852 | Option 2 |
| 1980990 | Option 2 |
| 1982609 | Option 2 |
| 1982611 | Option 2 |
| 1982613 | Option 2 |
| 1983389 | Option 2 |
| 1984339 | Option 2 |
| 1984624 | Option 2 |
| 1984627 | Option 1 |
| 1986428 | Option 1 |
| 1987820 | Option 2 |
| 1988103 | Option 2 |
| 1988889 | Option 2 |
| 1989982 | Option 2 |
| 1991707 | Option 2 |
| 1991779 | Option 2 |
| 1991943 | Option 1 |
| 1992157 | Option 2 |
| 1992514 | Option 2 |
| 1992925 | Option 1 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 1994366 | Option 2 |
| 1994632 | Option 2 |
| 1995075 | Option 1 |
| 1995768 | Option 2 |
| 1996126 | Option 1 |
| 1996283 | Option 2 |
| 1996598 | Option 2 |
| 1997774 | Option 2 |
| 1998372 | Option 2 |
| 1999945 | Option 2 |
| 2025255 | Option 2 |
| 2026008 | Option 1 |
| 2026724 | Option 2 |
| 2026736 | Option 2 |
| 2026790 | Option 2 |
| 2026967 | Option 2 |
| 2026975 | Option 2 |
| 2026983 | Option 2 |
| 2027281 | Option 2 |
| 2027332 | Option 2 |
| 2027339 | Option 2 |
| 2027700 | Option 2 |
| 2027702 | Option 2 |
| 2027708 | Option 2 |
| 2034570 | Option 2 |
| 2034929 | Option 2 |
| 2036237 | Option 2 |
| 2036238 | Option 2 |
| 2040284 | Option 2 |
| 2040294 | Option 2 |
| 2040393 | Option 2 |
| 2040451 | Option 2 |
| 2040493 | Option 2 |
| 2040495 | Option 2 |
| 2040591 | Option 2 |
| 2040671 | Option 2 |
| 2040688 | Option 2 |
| 2040692 | Option 2 |
| 2040705 | Option 2 |
| 2040725 | Option 2 |
| 2041033 | Option 2 |
| 2041034 | Option 2 |
| 2041066 | Option 2 |
| 2041067 | Option 2 |
| 2041118 | Option 2 |
| 2041150 | Option 2 |
| 2041151 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 2041152 | Option 2 |
| 2041153 | Option 2 |
| 2041154 | Option 2 |
| 2041155 | Option 2 |
| 2043507 | Option 2 |
| 2043583 | Option 2 |
| 2043585 | Option 2 |
| 2043587 | Option 2 |
| 2043605 | Option 2 |
| 2043761 | Option 2 |
| 2045505 | Option 2 |
| 2047853 | Option 2 |
| 2050452 | Option 1 |
| 2051158 | Option 2 |
| 2051315 | Option 2 |
| 2055417 | Option 2 |
| 2055451 | Option 2 |
| 2055679 | Option 1 |
| 2055713 | Option 2 |
| 2056614 | Option 2 |
| 2056773 | Option 1 |
| 2056963 | Option 2 |
| 2057032 | Option 2 |
| 2057194 | Option 1 |
| 2057395 | Option 2 |
| 2057396 | Option 2 |
| 2058864 | Option 2 |
| 2067181 | Option 2 |
| 2068116 | Option 2 |
| 2069023 | Option 2 |
| 2078904 | Option 2 |
| 2078926 | Option 2 |
| 2079018 | Option 1 |
| 21 | Option 2 |
| 24 | Option 2 |
| 5000035 | Option 2 |
| 50002471 | Option 2 |
| 50002475 | Option 2 |
| 50003123 | Option 2 |
| 50004246 | Option 2 |
| 50004352 | Option 2 |
| 50004731 | Option 2 |
| 50004778 | Option 2 |
| 50004803 | Option 2 |
| 50004864 | Option 2 |
| 50005000 | Option 2 |
| 50005007 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 50005184 | Option 2 |
| 50005193 | Option 2 |
| 50005204 | Option 2 |
| 50005205 | Option 2 |
| 50005302 | Option 2 |
| 50005305 | Option 2 |
| 50005306 | Option 2 |
| 50005350 | Option 2 |
| 50005355 | Option 2 |
| 50005359 | Option 2 |
| 50005382 | Option 2 |
| 50005401 | Option 2 |
| 50005466 | Option 2 |
| 50005521 | Option 2 |
| 50005532 | Option 2 |
| 50005579 | Option 2 |
| 50005601 | Option 2 |
| 50005614 | Option 2 |
| 50005618 | Option 2 |
| 50005619 | Option 2 |
| 50005628 | Option 2 |
| 50005849 | Option 2 |
| 50005953 | Option 2 |
| 50006029 | Option 2 |
| 50006034 | Option 2 |
| 50006055 | Option 2 |
| 50006068 | Option 2 |
| 50006361 | Option 2 |
| 50006387 | Option 2 |
| 50007557 | Option 2 |
| 50008673 | Option 2 |
| 50008678 | Option 2 |
| 50008688 | Option 2 |
| 50008690 | Option 2 |
| 50008696 | Option 2 |
| 50008715 | Option 2 |
| 50008718 | Option 2 |
| 50011342 | Option 2 |
| 50011604 | Option 2 |
| 50011610 | Option 2 |
| 50012515 | Option 2 |
| 50012956 | Option 2 |
| 50013087 | Option 2 |
| 50013207 | Option 2 |
| 50013219 | Option 2 |
| 50013343 | Option 2 |
| 50013386 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 50013479 | Option 2 |
| 50013482 | Option 2 |
| 50013494 | Option 2 |
| 50013497 | Option 2 |
| 50013584 | Option 2 |
| 50013588 | Option 2 |
| 50013760 | Option 2 |
| 50013761 | Option 2 |
| 50013859 | Option 2 |
| 50013861 | Option 2 |
| 50013871 | Option 2 |
| 50013958 | Option 2 |
| 50014056 | Option 2 |
| 50014060 | Option 2 |
| 50014072 | Option 2 |
| 50014246 | Option 2 |
| 50014263 | Option 2 |
| 50014399 | Option 2 |
| 50014400 | Option 2 |
| 50014401 | Option 2 |
| 50015183 | Option 2 |
| 50015184 | Option 2 |
| 50016457 | Option 2 |
| 50016458 | Option 2 |
| 50016464 | Option 2 |
| 50016467 | Option 2 |
| 50016470 | Option 2 |
| 50016471 | Option 2 |
| 50016472 | Option 2 |
| 50016474 | Option 2 |
| 50016475 | Option 2 |
| 50016476 | Option 2 |
| 50016477 | Option 2 |
| 50016478 | Option 2 |
| 50016481 | Option 2 |
| 50016484 | Option 2 |
| 50016485 | Option 2 |
| 50016492 | Option 2 |
| 50016494 | Option 2 |
| 50016495 | Option 2 |
| 50016499 | Option 2 |
| 50016501 | Option 2 |
| 50016502 | Option 2 |
| 50016507 | Option 2 |
| 50016510 | Option 2 |
| 50016512 | Option 2 |
| 50016516 | Option 2 |

In re Foreign Exchange Benchmark Rates Antitrust Litigation

**EXHIBIT 3**

| | |
|---|---|
| 50016517 | Option 2 |
| 50016530 | Option 2 |
| 50016534 | Option 2 |
| 50016536 | Option 2 |
| 50019209 | Option 2 |
| 50020612 | Option 2 |
| 50022293 | Option 2 |
| 50022294 | Option 2 |
| 50022300 | Option 2 |
| 50022326 | Option 2 |
| 50022655 | Option 2 |
| 50022656 | Option 2 |
| 50022748 | Option 2 |
| 50022770 | Option 2 |
| 50022772 | Option 2 |
| 50022793 | Option 2 |
| 50022796 | Option 2 |
| 50022858 | Option 2 |
| 50022918 | Option 2 |
| 50022919 | Option 2 |
| 50022924 | Option 2 |
| 50022933 | Option 2 |
| 50022934 | Option 2 |
| 50022938 | Option 2 |
| 50022939 | Option 2 |
| 50022961 | Option 2 |
| 50023706 | Option 2 |
| 50024306 | Option 2 |
| 50024408 | Option 2 |
| 50024418 | Option 2 |
| 50025257 | Option 2 |
| 50025284 | Option 2 |
| 50026124 | Option 2 |
| 50029936 | Option 2 |
| 50029971 | Option 2 |
| 50029984 | Option 2 |
| 50030016 | Option 2 |
| 50030074 | Option 2 |
| 50030075 | Option 2 |
| 50030082 | Option 2 |
| 50030230 | Option 2 |
| 50030292 | Option 2 |
| 50030387 | Option 2 |
| 50030409 | Option 2 |
| 50030424 | Option 2 |
| 50030437 | Option 2 |
| 50030499 | Option 2 |

**In re Foreign Exchange Benchmark Rates Antitrust Litigation**

**EXHIBIT 3**

| | |
|---|---|
| 50030530 | Option 2 |
| 50030531 | Option 2 |
| 50030536 | Option 2 |
| 50031522 | Option 2 |
| 50033528 | Option 2 |
| 50044719 | Option 2 |
| 50044727 | Option 2 |
| 50044729 | Option 2 |
| 50044730 | Option 2 |
| 50044734 | Option 2 |
| 50044735 | Option 2 |
| 50044736 | Option 2 |
| 50044737 | Option 2 |
| 50044742 | Option 2 |
| 50044747 | Option 2 |
| 50044751 | Option 2 |
| 50044752 | Option 2 |
| 50044754 | Option 2 |
| 50044758 | Option 2 |
| 50044763 | Option 2 |
| 50044764 | Option 2 |
| 50044765 | Option 2 |
| 50044767 | Option 2 |
| 50044768 | Option 2 |
| 50044769 | Option 2 |
| 50044770 | Option 2 |
| 50044773 | Option 2 |
| 50044774 | Option 2 |
| 50044780 | Option 2 |
| 50044781 | Option 2 |
| 50044782 | Option 2 |
| 50044784 | Option 2 |
| 50044785 | Option 2 |
| 50044789 | Option 2 |
| 50044792 | Option 2 |
| 50044793 | Option 2 |
| 50044794 | Option 2 |
| 50044795 | Option 2 |