UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

In re FOREIGN EXCHANGE BENCHMARK    :    13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION.                :
                                                       :         ORDER

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a trial in this matter is scheduled to commence on October 11, 2022, and the final pretrial order is not required to be filed until August 26, 2022.  Given the Court's criminal trial and other commitments, the trial date in this case may need to be adjourned;

      WHEREAS, the Court can accommodate approximately five hours of testimony per trial day.  It is hereby

      **ORDERED** that, by July 12, 2022, each party shall file a letter stating how many trial days they expect to request to present their case in chief (i.e., not including cross examination).

Dated: July 5, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE