July 12, 2022

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

   Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
     Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

  We write jointly on behalf of the parties in accordance with the Court's July 5, 2022 Order regarding the upcoming trial.

  Plaintiffs expect to request approximately 12 trial days, and Credit Suisse expects to request approximately 10 trial days, to present their respective cases-in-chief. These estimates do not include time for cross-examinations or jury addresses.

  We appreciate Your Honor's attention to this matter and are available if there is anything the Court wishes to discuss.

             Respectfully submitted,

CAHILL GORDON & REINDEL LLP

 *s/* Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*

Honorable Lorna G. Schofield
July 12, 2022
Page 2

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s*/ Christopher M. Burke | *s*/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*