July 27, 2022

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
            Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      The parties write regarding the Court's February 3, 2022 Scheduling Order (ECF No. 1653). In the Scheduling Order, the Court set August 12, 2022 as the date for the filing of any motions in *limine*. The parties also anticipate filing *Daubert* motions to limit or preclude certain expert testimony, but the Scheduling Order is silent as to dates for the filing of such motions. The parties have conferred and agreed upon a proposed briefing schedule for *Daubert* motions.

      The parties are completing additional expert discovery necessitated by the recent death of one of Credit Suisse's disclosed experts. Credit Suisse retained a replacement expert who submitted an expert report on May 20, 2022. Plaintiffs will serve a rebuttal report addressed to that new expert on July 31.

      In order to present the *Daubert* issues to the Court as efficiently and clearly as possible, the parties propose that each side would file a single *Daubert* brief raising any issues as to the other side's experts. The parties propose the following schedule and page lengths:

| **Filing** | **Date** | **Length** |
|---|---|---|
| Opening Papers | 8/26/2022 | Up to 20 pages |
| Oppositions | 9/9/2022 | Up to 20 pages |

      Credit Suisse believes a short reply of 10 pages is warranted and would propose to file the reply on September 16. Plaintiffs do not believe a reply is necessary, but will accept one if granted.

      Respectfully submitted,

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
| | |
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

 *s/* Jason M. Hall
Jason M. Hall
Herbert S. Washer
Anirudh Bansal
Edward N. Moss
Tammy L. Roy
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
jhall@cahill.com
hwasher@cahill.com
abansal@cahill.com
emoss@cahill.com
troy@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*