# EXHIBIT A

**Exhibit A**
Settlement Administration Expenses Paid and Incurred to Date

| Name | Invoice Date | Invoice Amount ($) | Amount Paid from Settlement Funds ($) | Amount Outstanding ($) |
|---|---|---|---|---|
| | Feinberg Subtotal: | 550,223.61 | 550,223.61 | - |
| | AACG Subtotal: | 27,050.78 | 27,050.78 | - |
| Ankura | 4/7/22 (for March '22) | 242,683.50 | 242,683.50 | - |
| Ankura | 5/16/22 (for April '22) | 201,757.00 | 201,757.00 | - |
| Ankura | 6/9/22 (for May'22) | 199,268.00 | 199,268.00 | - |
| Ankura | 7/13/22 (for June '22) | 216,365.00 | - | 216,365.00 |
| | Ankura Subtotal: | 12,743,633.98 | 12,527,268.98 | 216,365.00 |
| Epiq | 9/30/21 (for Sep. '21) | 120,354.14 | 120,354.14 | - |
| Epiq | 10/31/21 (for Oct. '21) | 110,003.40 | 110,003.40 | - |
| Epiq | 11/1/21 (for Nov. '21) | 143,053.17 | 143,053.17 | - |
| Epiq | 12/1/21 (for Dec. '21) | 147,355.89 | 147,355.89 | - |
| | GCG/Epiq Subtotal: | 8,890,927.24 | 8,890,927.24 | 0.00 |
| | Rust Subtotal: | 1,339,281.89 | 1,339,281.89 | - |
| | UBS Subtotal: | 47,551.26 | 47,551.26 | - |
| Velador | 4/25/22 (for March '22) | 862,257.45 | 862,257.45 | - |
| Velador | 5/20/22 (for April '22) | 501,869.83 | 501,869.83 | - |
| Velador | 6/21/22 (for May '22) | 557,010.29 | 557,010.29 | - |
| Velador | 7/19/22 (for June '22) | 530,222.20 | - | 530,222.20 |
| | Velador Subtotal: | 13,634,338.06 | 13,104,115.86 | 530,222.20 |
| | Total: | 37,233,006.82 | 36,486,419.62 | 746,587.20 |

Indicates vendor's sum of invoices
Indicates new invoice on this application