# EXHIBIT 1

# REQUESTED TO BE FILED UNDER SEAL