September 4, 2022

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
             Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      We write jointly on behalf of the parties to inform the Court that the parties have reached an agreement regarding the admissibility of certain exhibits that moots Plaintiffs' Motion *In Limine* No. 5 for an Order that Co-Conspirator Statements are Within the Fed. R. Evid. 801(d)(2)(E) Hearsay Exclusion.  ECF No. 1733.  A proposed stipulation will be filed on Tuesday, September 6, 2022.  The parties continue to meet and confer regarding objections to the admissibility of the parties' proposed exhibits and have made significant progress towards narrowing these disputes.

      Plaintiffs withdraw Motion *In Limine* No. 5 (ECF No. 1733) and the parties respectfully request that the Court deny the motion as moot.

                                    Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s*/ Christopher M. Burke | *s*/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

                                    *Attorneys for Plaintiffs*

Honorable Lorna G. Schofield
September 4, 2022
Page 2

CAHILL GORDON & REINDEL LLP

*s*/ Jason M. Hall
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*