September 7, 2022

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 1007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*,
                Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    We write jointly on behalf of the parties to inform the Court that, in light of the Court's recent orders, the parties have continued to meet and confer and have narrowed the scope of certain disputes.

    In the interests of efficiency, and in light of Plaintiffs' decision not to call Mr. Robin Poynder at trial, Credit Suisse will not call Professor Justin McCrary. Accordingly, Plaintiffs have agreed to withdraw their motion to exclude Dr. McCrary. This renders Section III of Plaintiffs' *Daubert* motion (ECF 1849 at 18-19) moot. The parties respectfully request that the Court deny those portions of Plaintiffs' *Daubert* motion as moot.

    The parties have also agreed to forgo replies to their respective *Daubert* motions. In light of this agreement, the parties respectfully request that the Court extend the deadline for the parties' *Daubert* opposition briefs to the date the reply briefs would have been be filed, September 14, 2022. *See* July 27, 2022 Scheduling Order (ECF 1701).

                                Respectfully submitted,

CAHILL GORDON & REINDEL LLP
*/s/ Herbert S. Washer*
Herbert S. Washer
Anirudh Bansal
Jason M. Hall
Edward Moss
Tammy L. Roy

32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
hwasher@cahill.com
abansal@cahill.com

---

Application GRANTED. The portion of Plaintiffs' *Daubert* motion referenced above will be denied as moot. The parties shall file their oppositions to each other's *Daubert* motions by **September 14, 2022**. The parties shall not file replies.

Dated: September 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

jhall@cahill.com
emoss@cahill.com
troy@cahill.com
*Attorneys for Defendants Credit Suisse Group AG,
Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
| /s/ Christopher M. Burke | /s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 1700 K Street, NW, Suite 650 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*