September 15, 2022

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

     In accordance with the Court's Order of September 14, 2022 emailed to the parties, the parties jointly submit this letter addressing the parties' exhibit lists.

     On September 9, the parties requested leave to provide the Court with revised exhibit lists by September 15. ECF No. 1890 at 2. The parties are submitting with this letter revised preliminary exhibit lists, reflecting progress the parties have made in narrowing objections. In light of the Court's recent rulings on motions *in limine* (ECF Nos. 1872, 1887), the parties continue to meet and confer to isolate any issues that remain for resolution by the Court.

     As further set forth in the accompanying Joint Trial Procedures Stipulation, the parties have agreed to an orderly process to submit remaining exhibit objections for resolution. Specifically, in advance of the conference the Court has scheduled for October 3, the parties propose to file a further joint letter no later than September 29, 2022, addressing objections to exhibits or categories of exhibits as to which the parties are unable to agree. No later than October 7, 2022, the parties will jointly submit to the Court proposed final exhibit lists, indicating all exhibits that may be pre-admitted.

     Given the number of exhibits and the voluminous nature of many of the chat exhibits, the parties expect to use agreed upon excerpts of most chat exhibits at trial, with each side reserving rights to offer a complete version of any chat exhibit after the other side has an opportunity to review the full document for application of the Court's motion *in limine* rulings. In the Trial Procedures Stipulation, the parties have agreed to a process by which either side can indicate with appropriate notice its intent to use a full chat exhibit at trial and raise any unresolved objection to the Court.

                            Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |

Honorable Lorna G. Schofield
September 15, 2022
Page 2

Telephone: 619-233-4565
cburke@scott-scott.com

Telephone: 202-540-7200
mhausfeld@hausfeld.com

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

 *s/* Jason M. Hall
Herbert S. Washer
Anirudh Bansal
Jason M. Hall
Edward Moss
Tammy L. Roy
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
abansal@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*