UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
In re FOREIGN EXCHANGE BENCHMARK  :  13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION.  :
:  ORDER
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a pre-trial conference was held in this matter on September 19, 2022. It is hereby

**ORDERED** that Defendants' letter motion at Dkt. No. 1912, requesting a pre-motion conference seeking permission to file a motion for certification pursuant to 28 U.S.C. § 1292(b) of the Court's order denying Defendants' motion to decertify the class, is DENIED without prejudice to renewal after trial for the reasons stated at the conference. It is further

**ORDERED** that Defendants' motion at Dkt. No. 1913, seeking reconsideration of the Court's order regarding the verdict form, is DENIED for the reasons stated at the conference. It is further

**ORDERED** that Defendants' request to offer into evidence Plaintiffs' responses to certain interrogatories listed in Dkt. No. 1853 is DENIED for the reasons stated at the conference. It is further

**ORDERED** that, by **September 22, 2022**, the parties shall file a joint status letter stating whether they have reached agreement on a protocol for introducing the Fifth Amendment testimony Plaintiffs seek to introduce or stating the parties' respective positions if they seek Court intervention to resolve a dispute. It is further

**ORDERED** that, by **October 5, 2022**, the parties shall file a letter with the names of all individuals whom the Court should introduce during jury selection, including witnesses each party expects to call, lawyers who will have speaking roles and others who will sit at counsel table, confer with counsel often in front of the jury or otherwise be highly visible to the jury.

Dated: September 19, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE