UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS<br><br>MOTION TO WITHDRAW |

PLEASE TAKE NOTICE that the undersigned attorney hereby moves for an order withdrawing him as counsel for Plaintiff Haverhill Retirement Systems, stating as follows:

1. The undersigned left the law firm of Korein Tillery LLC in June 2021.

2. The undersigned has not represented Haverhill Retirement System since he left Korein Tillery, and even prior to that time, he was not one of the Korein Tillery lawyers with day-to-day responsibility for or involvement in the litigation.

3. A reflected by the Court's docket, Korein Tillery continues to represent Haverhill Retirement System in this litigation, so the withdrawal of the undersigned will not leave Haverhill Retirement System unrepresented.

4. In compliance with local rules, Haverhill Retirement System will be served with this motion by virtue of the ECF system which will send notification of this motion to Haverhill Retirement System's counsel of record.

WHEREFORE the undersigned requests that the Court grant him leave to withdraw as counsel for Plaintiff Haverhill Retirement System.

Application GRANTED.  The Clerk of Court is respectfully directed to terminate Robert L. King's receipt of ECF notifications.

Dated:  September 22, 2022
New York, New York

/s Robert L. King
Robert L. King, 39478 (MO)
The Law Office of Robert L. King
9648 Olive Blvd. Suite 224
St. Louis, Missouri 63132
king@kinglaw.com
(314) 441-6580

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                                        */s Robert L. King*