## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

**WHEREAS**, on September 2, 2022, the Court ordered Plaintiffs to make a disclosure to the Credit Suisse Defendants relating to the number of Fifth Amendment witnesses by September 15, 2022, in advance of the pretrial conference scheduled for September 19, 2022 (ECF No. 1872 at 2);

**WHEREAS**, on September 15, 2022, Plaintiffs provided their disclosure relating to Fifth Amendment testimony to the Credit Suisse Defendants;

**WHEREAS**, on September 19, 2022, the Court held a pretrial conference during which a brief discussion of Plaintiffs' disclosure to the Credit Suisse Defendants occurred;

**WHEREAS**, the Court ordered Plaintiffs and the Credit Suisse Defendants (together, the "Parties") to meet and confer and reach resolution regarding Fifth Amendment testimony or file their respective positions by September 22, 2022;

**WHEREAS**, the Parties have met and conferred in good faith to agree on an orderly process for Fifth Amendment testimony at trial; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, as follows:

### FIFTH AMENDMENT TESTIMONY

1.  Plaintiffs shall be allowed to use up to, but no more than, 70 minutes of their allotted trial time to present Fifth Amendment testimony;

2. Plaintiffs must present their Fifth Amendment testimony in one continuous block of time;

3. Plaintiffs may choose to present their single block of Fifth Amendment testimony at any point in their case-in-chief and such block may start at the end of one trial day and continue until the next;

4. Plaintiffs shall be allowed to present testimony from Daniel Wise, Mitesh Parikh, Edward Pinto, Rohan Ramchandani, and Joseph Landes;

5. Plaintiffs shall be allowed to call Mr. Landes live, or in the event that he is unavailable, by video deposition designation;

6. Plaintiffs shall call the remaining four witness by video deposition testimony, which shall be provided to the Credit Suisse Defendants in accordance with the Court's order on deposition designations;

7. Credit Suisse reserves all rights to object to specific questions of each witness in accordance with the Court's order on deposition designation or at trial in the case of the live witness; and

8. At the conclusion of the testimony of the five aforementioned witnesses, the Parties agree that Plaintiffs may read the following paragraph to the jury:

> The following 21 FX traders asserted their Fifth Amendment rights under the United States Constitution and refused to testify about their conduct as FX traders during the Class Period, including their participation in multibank chats with FX traders from competitor banks where bid-ask spreads were discussed.

Plaintiffs will then read the names of the 21 traders (identified on Attachment A) and the bank or banks at which they worked during the Class Period.

Dated: September 22, 2022                                    Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**                **SCOTT+SCOTT**
                                                               **ATTORNEYS AT LAW LLP**

By: s/ Jason M. Hall                                        By: s/ Christopher M. Burke
    Jason M. Hall                                                Christopher M. Burke
    32 Old Slip                                                  600 West Broadway, Suite 3300
    New York, New York 10005                                     San Diego, CA 92101
    Telephone: (212) 701-3154                                    Telephone: (619) 233-4565
    jhall@cahill.com                                             cburke@scott-scott.com

*Attorneys for Credit Suisse Defendants*               **HAUSFELD LLP**

                                                            By: s/ Michael D. Hausfeld
                                                                Michael D. Hausfeld
                                                                888 16th Street NW, Suite 300
                                                                Washington, DC 20006
                                                                Telephone: (202) 540-7143
                                                                mhausfeld@hausfeld.com

                                                            *Attorneys for Plaintiffs*

DATED: September 22, 2022                       **SO ORDERED:**

                                                _____
                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**

3

## ATTACHMENT A

| Trader | Bank(s) During Class Period |
|---|---|
| Akshay Aiyer | JPMorgan |
| Carly McWilliams Hosler | Citigroup |
| Christopher Ashton | Barclays |
| Clark Read | Credit Suisse, Barclays |
| David Bowen | Goldman Sachs |
| Eduardo Hargreaves | Standard Chartered |
| Frank Cahill | Barclays, HSBC, Goldman Sachs |
| James Mullaney | Standard Chartered |
| James Wynne | RBS |
| John Erratt | Credit Suisse, Barclays |
| Julian Munson | RBS |
| Luxshan Thiagarajah | JPMorgan |
| Mark Clark | Citigroup, Barclays |
| Michael Keogh | Deutsche Bank, Standard Chartered |
| Michael Weston | Royal Bank of Canada, Barclays |
| Niall O'Riordan | UBS |
| Paul Nash | RBS |
| Richard Usher | RBS, JPMorgan |
| Roger Boehler | UBS |
| Russell Katz | Barclays |