October 3, 2022

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
           Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    On behalf of all Plaintiffs, in accordance with your Honor's request, we respectfully provide here a list of persons whom the jury might see during trial, including the names of witnesses appearing live and via video.

<u>Plaintiffs' Lawyers, Staff, Consultants, Experts, and Plaintiffs</u>

Christopher Burke
Walter Noss
Gary Foster
Yifan Kate Lv
Ellen DeWan
Maryana Karoomi
Michael Hausfeld
Timothy Kearns
Reena Gambhir
Ian Engdahl
Jose Roman Lavergne
Krishna Patel
Stephen Tillery
Steve Berezney
Jerry Brown
Patrick Coughlin
Alexandra Bernay
Carmen Medici
Charles McCue
Michael Torres
Dianna Case
Andrew Tarver
Bill Mayleben
Cathy Smith
Grenville Henderson

Honorable Lorna G. Schofield
October 3, 2022
Page 2

Chase Rankin
Jim Nimmo
Hal Singer
Eric Robin

Witnesses Appearing Live and/or Via Video

Jamie Lawes
Matthew Gardiner
Peter Little
Christopher Hatton
Christopher Cummins
Jason Katz
Stuart Dunn
Natalie Williams
Rohan Ramchandani
Daniel Wise
Edward Pinto
Mitesh Parikh
Joseph Landes
Angus Greig

5th Amendment Deponents Whose Testimony Will Be Read to the Jury Through a Summary

David Bowen
Eduardo Hargreaves
James Mullaney
Michael Keogh
Julian Munson
James Wynne
Paul Nash
Christopher Ashton
Richard Usher
Russell Katz
Mark Clark
John Erratt
Luxshan Thiagarajah
Michael Weston
Frank Cahill
Roger Boehler
Clark Read
Robert DeGroot
Carly McWilliams Hosler
Akshay Aiyer
Niall O'Riordan

Honorable Lorna G. Schofield
October 3, 2022
Page 3

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| s/ Christopher M. Burke | s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street, NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*