# CAHILL GORDON & REINDEL LLP
### 32 OLD SLIP
### NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| LISA COLLIER | BRIAN S. KELLEHER | (212) 701-3207 | THORN ROSENTHAL | |
| AYANO K. CREED | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | ‡ ADMITTED IN DC ONLY |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

October 3, 2022

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*,
Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

As discussed at today's conference, the Credit Suisse Defendants respectfully submit this letter to request that the Court introduce the following individuals to the venire during jury selection.

*First,* the following attorneys and support staff will sit at counsel table, question witnesses, and/or may consult with trial counsel in front of the jury: Anirudh Bansal, Tammy Roy, Edward Moss, Jason Hall, Herbert Washer, Miles Wiley, Margaret Barone, Sophie Slade-Ilaria, Philip Golodetz, and Armando Aquino.

*Second*, the Credit Suisse Defendants intend to call, or designate testimony from, the following witnesses: John Altadonna, Gordon Andrew, Niall Condie, Kevin Connors, Christopher Cummins, Stuart Dunn, Ian Drysdale, Matthew Gardiner, Richard Gibbons, Angus Greig, Christopher Hatton, Braden Howarth, Andre Katz, Allan Kleidon, Jamies Lawes, Peter Little, Jennifer Marietta-Westberg, Divya Mathur, Michael Melvin, Brian Walker, Natalie Williams, James Witt, and Steven Yanez.

Case 1:13-cv-07789-LGS   Document 1950   Filed 10/03/22   Page 2 of 2

CAHILL GORDON & REINDEL LLP

-2-

We stand ready to supply any additional information the Court may require.

    Respectfully submitted,

    CAHILL GORDON & REINDEL LLP

    *s/* Anirudh Bansal_____
    Herbert S. Washer
    Anirudh Bansal
    Jason M. Hall
    Edward Moss
    Tammy L. Roy
    32 Old Slip
    New York, NY 10005
    Telephone: (212) 701-3154
    Facsimile: (212) 269-5420
    hwasher@cahill.com
    abansal@cahill.com
    jhall@cahill.com
    emoss@cahill.com
    troy@cahill.com
    *Attorneys for Defendants*
    *Credit Suisse Group AG, Credit Suisse AG,*
    *and Credit Suisse Securities (USA) LLC*