October 11, 2022

<u>Via ECF</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
               Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      The parties respectfully request to provide clarification as to Plaintiffs' and the Credit Suisse Defendants' exhibits, which the Court pre-admitted today. The parties have conferred and agree that the following exhibits should not have been pre-admitted pursuant to the parties' prior agreements:

- Credit Suisse Exhibits:
    - DTX 215 – DTX 226
    - DTX 333 – DTX 335
    - DTX 343 – DTX 346
    - DTX 356 – DTX 357
    - DTX 378 – DTX 381
    - DTX 423 – DTX 440
    - DTX 565
    - DTX 575 – DTX 577
    - DTX 589 – DTX 593
    - DTX 1000 – DTX 1031

- Plaintiffs' Exhibits:
    - PTX 2144 – PTX 2223

      The parties have also conferred and respectfully request that the following exhibits be pre-admitted into evidence:

- Plaintiffs' Exhibits:
    - PTX 1191B
    - PTX 1942B
    - PTX 1974B
    - PTX 2228B

Respectfully submitted,

| SCOTT+SCOTT ATTORNEYS AT LAW LLP | HAUSFELD LLP |
|---|---|
| *s/* Christopher M. Burke | *s/* Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |
| cburke@scott-scott.com | mhausfeld@hausfeld.com |

*Attorneys for Plaintiffs*

CAHILL GORDON & REINDEL LLP

 *s/* Herbert S. Washer
Herbert S. Washer
Anirudh Bansal
Jason M. Hall
Edward Moss
Tammy L. Roy
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
abansal@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com

*Attorneys for Defendants*
*Credit Suisse Group AG, Credit Suisse AG,*
*and Credit Suisse Securities (USA) LLC*