# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) <br><br> **AMENDED STIPULATION AND [PROPOSED] ORDER** |

**WHEREAS**, on October 3, 2022, the Court entered a Stipulation and Order regarding Plaintiffs' ability to use trial time to present Fifth Amendment testimony (ECF No. 1947);

**WHEREAS**, that Stipulation and Order set forth a paragraph to be read to the jury at the conclusion of the testimony of Daniel Wise, Mitesh Parikh, Edward Pinto, Rohan Ramchandani, and Joseph Landes summarizing the Fifth Amendment invocation by 21 additional FX traders (*Id.*, ¶8);

**WHEREAS**, counsel for one of those 21 FX traders objected to the accuracy of the summary paragraph previously stipulated to by the Parties only as applied to him;

**WHEREAS**, the Parties have met and conferred in good faith to attempt to resolve the objection;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, as follows:

### FIFTH AMENDMENT TESTIMONY

1. At the conclusion of the testimony of Daniel Wise, Mitesh Parikh, Edward Pinto, Rohan Ramchandani, and Joseph Landes, the Parties agree that Plaintiffs may read the following paragraph to the jury:

> The following 21 FX traders asserted their Fifth Amendment rights under the United States Constitution and refused to testify about FX trading conduct during the Class Period, including multibank chats involving FX traders from competitor banks where bid-ask spreads were discussed.

Plaintiffs will then read the names the 21 traders (identified on Attachment A) and the bank or banks at which they worked during the Class Period.

    2.    All other aspects of the original stipulation in ECF No. 1947 continue to apply.

Dated: October 10, 2022

| **CAHILL GORDON & REINDEL LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| --- | --- |
| *Attorneys for Credit Suisse Defendants* | *Attorneys for Plaintiffs* |

By:  s/ Jason M. Hall
   Jason M. Hall
   32 Old Slip
   New York, New York 10005
   Telephone: (212) 701-3154
   jhall@cahill.com

By:  s/ Christopher M. Burke
   Christopher M. Burke
   600 West Broadway, Suite 3300
   San Diego, CA 92101
   Telephone: (619) 233-4565
   cburke@scott-scott.com

**HAUSFELD LLP**
*Attorneys for Plaintiffs*

By:  s/ Michael D. Hausfeld
   Michael D. Hausfeld
   888 16th Street NW, Suite 300
   Washington, DC 20006
   Telephone: (202) 540-7143
   mhausfeld@hausfeld.com

DATED: October 12, 2022

**SO ORDERED:**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2

**ATTACHMENT A**

| Trader | Bank(s) during Class Period |
|---|---|
| Akshay Aiyer | JPMorgan |
| Carly McWilliams Hosler | Citigroup |
| Christopher Ashton | Barclays |
| Clark Read | Credit Suisse, Barclays |
| David Bowen | Goldman Sachs |
| Eduardo Hargreaves | Standard Chartered |
| Frank Cahill | Barclays, HSBC, Goldman Sachs |
| James Mullaney | Standard Chartered |
| James Wynne | RBS |
| John Erratt | Credit Suisse, Barclays |
| Julian Munson | RBS |
| Luxshan Thiagarajah | JPMorgan |
| Mark Clark | Citigroup, Barclays |
| Michael Keogh | Deutsche Bank, Standard Chartered |
| Michael Weston | Royal Bank of Canada, Barclays |
| Niall O'Riordan | UBS |
| Paul Nash | RBS |
| Richard Usher | RBS, JPMorgan |
| Roger Boehler | UBS |
| Russell Katz | Barclays |