UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
:
:
In re FOREIGN EXCHANGE BENCHMARK  :  13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION.       :
:   ORDER
:
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Plaintiffs' application to preclude the testimony of Braden Howarth (Dkt. No. 1984) is DENIED.

It is further **ORDERED** that Defendants' direct examination of Mr. Howarth is limited to one hour and to the topics disclosed to the Court on the record today.

It is further **ORDERED** that Plaintiffs shall have one additional hour of trial time in which to present either additional cross-examination or a rebuttal case.

Dated: October 14, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE