# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | OLEG REZZY | |
| LISA COLLIER | BRIAN S. KELLEHER | | THORN ROSENTHAL | |
| AYANO K. CREED | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | ‡ ADMITTED IN DC ONLY |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

October 17, 2022

**Via ECF**

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

Under the September 20, 2022 Stipulation and Order regarding joint trial procedures (ECF No. 1917), Credit Suisse respectfully submits this letter to address Plaintiffs' objections to five demonstratives (DTX 2026, DTX 2027, DTX 2028, DTX 2029, DTX 2030) that Credit Suisse intends to offer into evidence during its examination of Dr. Divya Mathur. Plaintiffs have had these demonstratives for months, they are relevant and based on admitted evidence, and Plaintiffs' objections lack merit.

- **DTX 2026, DTX 2027, DTX 2028, DTX 2030** are graphs, first disclosed months ago in Dr. Mathur's report, which summarize information from the voluminous data that BlackRock compiled about the banks' spread grid submissions. The underlying data is in evidence at DTX 013. Each is a fair and accurate summary of the underlying data, and each will be helpful to the jury by displaying in graph form the differences between the spreads that each bank submitted in its spread grids to BlackRock. There is nothing misleading about them—scale or otherwise—and Plaintiffs are free to cross examine Dr. Mathur if they disagree. The Blackrock spread submissions have played a key role in this case (and Plaintiffs doubled down today by introducing through questioning of Professor Melvin the fact that BlackRock has sued the banks in a separate litigation), and this is important evidence that the jury should be permitted to examine.

- **DTX 2029** is a graph that contains Dr. Mathur's HHI concentration analysis, which directly rebuts Dr. Singer's testimony. It is based on the Euromoney data, which is in evidence as DTX 573 and DTX 574, and the parties have both introduced market share charts into evidence (PTX 2996, DTX 2011, DTX 2012) that is based on this same underlying data.

The exhibit fairly represents Dr. Mathur's analysis and is not misleading (and, again, Plaintiffs are of course free to cross examine Dr. Mathur on it if they disagree).

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

 *s*/ Edward Moss
Edward Moss
Herbert S. Washer
Anirudh Bansal
Jason M. Hall
Tammy L. Roy
32 Old Slip
New York, New York 10005

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007