# EXHIBIT A

# BlackRock Spread Grids, $100M GBP/USD, London

**2007 Q1 – 2013 Q4**



DTX 2026

DTX2026-0001

| 2

# BlackRock Spread Grids, $100M USD/JPY, London

**2007 Q1 – 2013 Q4**



DTX 2027

DTX2027-0001

| 3

# BlackRock Spread Grids, $100M EUR/JPY, London

**2007 Q1 – 2013 Q4**



DTX 2028

DTX2028-0001

| 4

# Dr. Mathur's Concentration Analysis



DTX2029-0001

Source: Euromoney, DTX 574

# BlackRock Spread Grids, $100M EUR/USD, London

**2007 Q1 – 2013 Q4**



DTX 2030

DTX2030-0001

| 1