# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | LONDON EC3M 3BY | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| LISA COLLIER | BRIAN S. KELLEHER | | THORN ROSENTHAL | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| AYANO K. CREED | RICHARD KELLY | | TAMMY L. ROY | |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

(212) 701-3207

October 18, 2022

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, Case No. 1:13-cv-07789-LGS

Dear Judge Schofield,

Following up on today's charge conference, the Credit Suisse Defendants respectfully request a balancing instruction, set forth below, before the final paragraph of the Court's instruction on Single or Multiple Conspiracies.

The Court will instruct the jury on the concept of *respondeat superior*, specifically that "[t]hrough its employees, … an entity is capable of conspiring with other persons or other entities." In addition, the verdict sheet, at question 4B, will ask the jury to identify "every bank" that participated in the conspiracy they find.

Accordingly, if the jury concludes that a Credit Suisse trader conspired in a chatroom with one trader from, for example, Bank of America (BofA), they will mark BofA as a co-conspirator in response to question 4B. However, as the charge and verdict sheet are currently drafted, if the jury then finds that a *separate trader* at BofA was involved in multiple other, unrelated agreements with other traders at other banks, Credit Suisse could be found to have conspired with those other banks as well, despite the lack of evidence to support such a finding.

To avoid this risk, the defense respectfully requests an instruction to the following effect, just before the final paragraph in the Single or Multiple Conspiracies section:

> In addition, the fact you find one of a bank's employees is part of a conspiracy, does not necessarily mean that all of the bank's employees are conspirators, or part of the same conspiracy.

CAHILL GORDON & REINDEL LLP

-2-

See *AD/SAT, Division of Skylight, Inc.* v. *Associated Press*, 181 F.3d 216, 234 (2d Cir. 1999) ("[A]lthough the nature of trade associations is such that they are frequently the object of antitrust scrutiny, every action by a trade association is not concerted action by the association's members. . . . [A]n antitrust plaintiff must present evidence tending to show that association members, in their individual capacities, consciously committed themselves to a common scheme designed to achieve an unlawful objective." (citation omitted)); Thomas V. Vakerics, Antitrust Basics § 6.10 ("In situations where a trade association, its officers, employees or members are found to have violated the antitrust laws, membership in the association will not automatically involve all members in the violation. There must, instead, be some evidence of actual knowledge of, and participation in, the illegal scheme in order to establish a violation of the antitrust laws by a particular association member.") (cited with approval in *AD/SAT*, 181 F. 3d at 234).

 Respectfully submitted,

 CAHILL GORDON & REINDEL LLP

 /s/ Anirudh Bansal
 Herbert S. Washer
 Anirudh Bansal
 Jason M. Hall
 Edward Moss
 Tammy L. Roy
 32 Old Slip
 New York, New York 10005
 Telephone: (212) 701-3000
 Facsimile: (212) 269-5420
 hwasher@cahill.com
 abansal@cahill.com
 jhall@cahill.com
 emoss@cahill.com
 troy@cahill.com

 *Attorney for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA) LLC*

Honorable Lorna G. Schofield
United States District Judge

Cahill Gordon & Reindel LLP

Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Via ECF