UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :    13 Civ. 7789 (LGS)
IN RE FOREIGN EXCHANGE BENCHMARK                              :
RATES ANTITRUST LITIGATION                                    :    **SPECIAL VERDICT**
                                                              :    **FORM**
                                                              :
------------------------------------------------------------- X

We, the jury, unanimously find as follows on the questions submitted to us:

**Question 1:** Did Plaintiffs prove, by a preponderance of the evidence, the existence of a conspiracy to widen, fix, stabilize or maintain bid-ask spreads in the FX spot market?

_____✓_____          _____
       Yes                    No

*If you answered "Yes" to Question 1, please continue to Question 2.*

*If you answered "No" to Question 1, your deliberations are complete.*

**Question 2:** Did Plaintiffs prove, by a preponderance of the evidence, that Credit Suisse knowingly participated in any conspiracy that you found in response to Question 1?

_____          _____✓_____
       Yes                    No

*If you answered "Yes" to Question 2, please continue to Question 3.*

*If you answered "No" to Question 2, your deliberations are complete.*

**Question 3:** How many conspiracies do you find Plaintiffs have proven, by a preponderance of the evidence, that Credit Suisse knowingly participated in? _____

*Please continue to Question 4.*

1

**Question 4:** For the first (or only) conspiracy you found, please answer the following two questions:

**Question 4A:** State the period of time that you found that the conspiracy existed: (*Circle or write in the dates*)

December 1, 2007, to
December 31, 2013
(inclusive)

*Or*

The following lesser period:

_____

**Question 4B:** Circle every bank below that you found knowingly participated in the conspiracy with Credit Suisse:

| | | |
|---|---|---|
| Bank of America | Bank of Tokyo-Mitsubishi | Barclays |
| BNP Paribas | Citigroup | Deutsche Bank |
| Goldman Sachs | HSBC | JPMorgan |
| Morgan Stanley | RBC | RBS |
| Société Générale | Standard Chartered | UBS |

*If you found only one conspiracy existed in which Credit Suisse knowingly participated (i.e. you answered "1" to Question 3), your deliberations are complete.*

*If you found that more than one conspiracy existed in which Credit Suisse knowingly participated, please proceed to answer Questions 5A and 5B for each of them.*

**Question 5:** For the _____ (*e.g. second*) conspiracy you found in response to Question 3, please answer the following two questions:

**Question 5A:** State the period of time that you found that the conspiracy existed: (*Circle or write in the dates*)

December 1, 2007, to
December 31, 2013
(inclusive)

*Or*

The following lesser period:

_____

**Question 5A:** Circle every bank below that you found knowingly participated in the conspiracy with Credit Suisse:

| | | |
|---|---|---|
| Bank of America | Bank of Tokyo-Mitsubishi | Barclays |
| BNP Paribas | Citigroup | Deutsche Bank |
| Goldman Sachs | HSBC | JPMorgan |
| Morgan Stanley | RBC | RBS |
| Société Générale | Standard Chartered | UBS |

*If you have answered Questions 5A and 5B for every conspiracy that you found in which Credit Suisse knowingly participated, your deliberations are complete.*

*If you found more than two conspiracies in which Credit Suisse knowingly participated, please write out the answers Questions 5A and 5B for each remaining conspiracy on a new sheet of paper.*

Each juror should place his or her signature on the lines below.
I attest that the foregoing accurately reflects the jury's decision.

1. _[signature]_____

2. _[signature]_____

3. _[signature] M Vella_____

4. _Mary E. Connelly_____

5. _[signature]_____

6. _[signature]_____

7. _[signature]_____

8. _[signature]_____

9. _William Dryer_____

10. _Joseph DelPozzo_____

*Please print the name of the foreperson*: __Mark Conn__

Dated: __10/20__, 2022

*You are finished. Please provide this completed form in a sealed envelope to the Court Security Officer.*