UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                   :           13 Civ. 7789 (LGS)
                                   :
IN RE FOREIGN EXCHANGE BENCHMARK  :
RATES ANTITRUST LITIGATION.          :         <u>ORDER FOR</u>
                                   :         <u>JUDGMENT</u>
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 11, 2022, a jury trial commenced on the two issues with respect

to which class certification was granted;

       WHEREAS, on October 20, 2022, the jury returned a special verdict finding that

Plaintiffs did not prove by a preponderance of the evidence that Defendants Credit Suisse AG,

Credit Suisse Group AG and Credit Suisse Securities (USA) LLC (the "Credit Suisse

Defendants") knowingly participated in a conspiracy to widen, fix, stabilize or maintain bid-ask

spreads in the foreign exchange market;

       WHEREAS, knowing participation in a conspiracy is an element of Plaintiffs' remaining

claims under Section 1 of the Sherman Act, 15 U.S.C. § 1 ("Section 1"). *See United States v.*

*Aiyer*, 33 F.4th 97, 122 (2d Cir. 2022) (noting that whether the defendant "knowingly joined a

conspiracy to fix prices" was one of the "essential elements" of a Section 1 violation).

       It is hereby

       **ORDERED** that:

1. Judgment is entered in favor of the Credit Suisse Defendants and against Plaintiffs on

      the Section 1 claims in the Third Consolidated Amended Class Action Complaint.

2. This Court retains jurisdiction over any matter pertaining to this Judgment.

Dated:  October 24, 2022
New York, New York

                                  _____
                                       LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE