## APPENDIX A-1

| Ex. | Letter Motion | Document | Document Type | Prior Redaction/ Sealing Request |
|---|---|---|---|---|
| 1. | Dkt. No. 1709 | Exhibit 7-2 to Declaration of Herbert S. Washer in Support of the Credit Suisse Defendants' Motion *in Limine* No. 7 to Exclude Internal Bank Policies Evidence ("Washer Decl. MIL 7") (BARC-FX-CIV_00458465) | Internal Corporate Policy | Seal |
| 2. | Dkt. No. 1709 | Exhibit 7-3 to Washer Decl. MIL 7 (CS-FXLIT-00000023) | Internal Corporate Policy | Seal |
| 3. | Dkt. No. 1709 | Exhibit 7-4 to Washer Decl. MIL 7 (HBEU-FXLITIG-00049082) | Internal Corporate Policy | Seal |
| 4. | Dkt. No. 1709 | Exhibit 7-5 to Washer Decl. MIL 7 (JPMC-CIVIL-0000132864) | Internal Corporate Policy | Seal |
| 5. | Dkt. No. 1709 | Exhibit 7-6 to Washer Decl. MIL 7 (RBS_IN_RE_FX_LITIG_00004877) | Internal Corporate Policy | Seal |
| 6. | Dkt. No. 1709 | Exhibit 7-7 to Washer Decl. MIL 7 (HBEU-FXLITIG-00007258) | Email | Seal |
| 7. | Dkt. No. 1844 | Memorandum of Law in Support of Plaintiffs' Daubert Motion to Exclude Credit Suisse's Proposed Expert Opinions | Legal Brief | Redacted (pp. 4-8, 10, 15-16) |
| 8. | Dkt. No. 1844 | Ex. 1 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (pp. 11, 24, 25, 30-33) |
| 9. | Dkt. No. 1844 | Ex. 2 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (pp. 34, 37, 69-76, 82) |

-4-

| | | | | |
|---|---|---|---|---|
| 10. | Dkt. No. 1844 | Ex. 5 to Hausfeld Decl. (Excerpt from Report) | Merits Rebuttal Report | Redacted (pp. 75, 76) |
| 11. | Dkt. No. 1844 | Ex. 6 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (p. 33) |
| 12. | Dkt. No. 1844 | Ex. 7 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (pp. 51, 54) |
| 13. | Dkt. No. 1844 | Ex. 8 to Hausfeld Decl. (Excerpt from Report) | Chat Document | Seal |
| 14. | Dkt. No. 1844 | Ex. 10 to Hausfeld Decl. (Excerpt from Report) | Chat Document | Seal |
| 15. | Dkt. No. 1844 | Ex. 12 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (pp. 50, 71) |
| 16. | Dkt. No. 1844 | Ex. 13 to Hausfeld Decl. (Excerpt from Report) | Expert Report | Redacted (p. 5) |
| 17. | Dkt. No. 1854 | Exhibit 1 to Washer Decl. (Expert Report of Robin Poynder on Bank Chats) | Expert Report | Redacted (p. 2) |
| 18. | Dkt. No. 1854 | Exhibit 6 to Washer Decl. (Merits Reply Report of Eric Robin) | Expert Report | Redacted (pp. 2-4, 11) |
| 19. | Dkt. No. 1895 | DE 19 to Washer Decl. (Excerpts of Expert Report of Michael Melvin, Ph.D.) | Expert Report | Redacted (pp. 10) |
| 20. | Dkt. No. 1895 | DE 22 to Washer Decl. (Excerpts of Expert Report of Divya Mathur, Ph.D.) | Expert Report | Redacted (pp. 7-9) |

-5-

| | | | | |
|---|---|---|---|---|
| 21. | Dkt. No. 1895 | Exhibits to Declaration of Michael Melvin, Ph.D. | Data Analysis | Seal |
| 22. | Dkt. No. 1941 | Exhibit 7 to Joint Submission FX-BOFA-0003919 | Internal Corporate Policies | Redact at 919- 920, 923-924, 929 |
| 23. | Dkt. No. 1941 | Exhibit 8 to Joint Submission FX-BOFA-0003947 | Internal Corporate Policies | Redact at 947- 948, 952-953, 960 |
| 24. | Dkt. No. 1941 | Exhibit 9 to Joint Submission FX-BOFA-0003932 | Internal Corporate Policies | Redact at 932- 933, 937, 944 |