## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## NOTICE OF PLAINTIFFS' MOTION FOR A NEW TRIAL

PLEASE TAKE NOTICE that, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 59, for a new trial.

The grounds for this motion are set forth in Plaintiffs' Memorandum of Law in Support of Their Motion for a New Trial.

Dated: November 10, 2022

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS
AT LAW LLP

HAUSFELD LLP

*s*/ Christopher M. Burke
Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
cburke@scott-scott.com

*s*/ Michael D. Hausfeld
Michael D. Hausfeld
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: 202-540-7200
mhausfeld@hausfeld.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: November 10, 2022

       *s/* Christopher M. Burke
       CHRISTOPHER M. BURKE