November 21, 2022

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:     In re Foreign Exchange Benchmark Rates Antitrust Litigation
                  Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

I write regarding my appointment as class counsel in this matter and my recent change of firm affiliation. On September 3, 2019, the Court appointed Michael Hausfeld and me as class counsel. (ECF No. 1331). On November 16, 2022, I became a partner in Korein Tillery PC.

I write to assure the Court that my change in firm affiliation will have no effect on my role as class counsel or the overall representation of the class. My former firm, Scott+Scott Attorneys at Law LLP, supports my continued role as class counsel in this matter, as does Hausfeld LLP. I will continue to work closely with Scott+Scott and Hausfeld on this matter, including, for example, finishing the claims administration process. My new firm, Korein Tillery, has been extensively involved in litigating from inception through trial. Accordingly, the transition will be seamless.

Should the Court have any questions regarding this issue, we are available for a conference call at the Court's convenience.[1]

Respectfully submitted,

/s Christopher M. Burke
Christopher M. Burke
KOREIN TILLERY, PC
707 Broadway, Suite 1410
San Diego, CA 92101
(619) 625-5621
cburke@koreintillery.com

---

[1] I will separately file a formal notice of change of address / firm affiliation on the docket.