## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION
## AND ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE that Christopher M. Burke, Class Counsel for all Plaintiffs in the above-captioned matter, is no longer affiliated with Scott+Scott, Attorneys at Law, LLP. Mr. Burke is now affiliated with the law firm of Korein Tillery, PC, and located at 707 Broadway, Suite 1410, San Diego, CA 92101, tel. (619) 625-2520.

Please enter the appearance of attorney Christopher M. Burke as counsel for all Plaintiffs in the above-captioned matter. Mr. Burke is admitted to practice before the Southern District of New York. Scott+Scott will remain as counsel for Plaintiffs.

Dated: November 21, 2022

Respectfully submitted,

/s Christopher M. Burke
Christopher M. Burke
KOREIN TILLERY, PC
707 Broadway, Suite 1410
San Diego, CA 92101
(619) 625-5621
cburke@koreintillery.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: November 21, 2022

                                                  __*s/* Christopher M. Burke_____
                                                    CHRISTOPHER M. BURKE