# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE that Walter W. Noss, counsel for all Plaintiffs in the above-captioned matter, is no longer affiliated with Scott+Scott, Attorneys at Law, LLP. Mr. Noss is now affiliated with the law firm of Korein Tillery, PC, and located at 707 Broadway, Suite 1410, San Diego, CA 92101, tel. (619) 625-2520.

Please enter the appearance of attorney Walter W. Noss as counsel for all Plaintiffs in the above-captioned matter. Mr. Noss is admitted to practice before the Southern District of New York. Scott+Scott will remain as counsel for Plaintiffs.

Dated: November 22, 2022

Respectfully submitted,

/s Walter W. Noss
Walter W. Noss (WN-0528)
KOREIN TILLERY, PC
707 Broadway, Suite 1410
San Diego, CA 92101
(619) 625-5620
wnoss@koreintillery.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: November 22, 2022

    /s Walter W. Noss
    WALTER W. NOSS