## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) |

**DECLARATION OF HERBERT S. WASHER IN SUPPORT OF THE CREDIT SUISSE DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A NEW TRIAL**

I, Herbert S. Washer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am admitted to the bars of the State of New York and this Court. I am a partner at the law firm of Cahill Gordon & Reindel LLP, counsel for Defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA), LLC (together, "Credit Suisse") in the above-captioned matter. I make this declaration in support of the Credit Suisse Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a New Trial.

2. Attached hereto are true and correct copies of the following:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 10/11/2022–10/19/2022 | Excerpts from the Trial Transcripts |
| 2 | 1/22/2008 | PTX1373A: Excerpt of Bloomberg chat between Goldman Sachs, Credit Suisse, and RBS |
| 3 | 10/28/2010 | PTX1822A: Excerpt of Bloomberg chat between Credit Suisse and Standard Chartered |
| 4 | 7/27/2011 | PTX0070A: Excerpt of Bloomberg chat between Bank of America, Barclays, Citigroup, and Credit Suisse |

| 5 | 10/9/2007 | PTX0933A: Excerpt of Bloomberg chat between Credit Suisse, RBS, and UBS |
|---|---|---|
| 6 | 3/3/2010 | DTX318-0009: Excerpt of email chain and attachment "GFX Interview Notes" |
| 7 | 7/21/2009 | DTX315-0002: Excerpt of email chain and attachment "FX Strategy – Topics for Thursday call" |
| 8 | 9/24/2009 | DTX316-0007: Excerpt of email chain and attachment "Documents for today's One Bank FX Core Team Meeting" |
| 9 | 7/22/2011 | DTX272: Email chain "FW: Bomber Spreads July 2011" |
| 10 | 2007–2013 | DTX2026: Demonstrative Exhibit Titled "Blackrock Spread Grids, $100M GBP/USD, London" |
| 11 | 2007–2013 | DTX2028: Demonstrative Exhibit Titled "Blackrock Spread Grids, $100M EUR/JPY, London" |
| 12 | 2008–2013 | DTX2011: Demonstrative Exhibit Titled "Credit Suisse U.S. FX Market Share 2008 – 2013" |
| 13 | 9/15/2022 | Excerpt from Sept. 15, 2022 Hal J. Singer Deposition Transcript |
| 14 | 10/12/2022 | Excerpt from Plaintiffs' Updated Witness List |
| 15 | 8/19/2022 | Excerpt from Plaintiffs' Proposed Special Verdict Form |

Executed on:   November 23, 2022
               New York, New York

/s/ Herbert S. Washer
Herbert S. Washer