# EXHIBIT 2

| Message | |
|---|---|
| From: | Parikh, Mitesh J [/O=GOLDMAN, SACHS & CO./OU=WORLDWIDE/CN=RECIPIENTS/CN=MITESH.PARIKH800053471] |
| Sent: | 1/22/2008 6:52:03 AM |
| To: | JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]; JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM] |
| Subject: | [Instant Bloomberg Log] [PCHAT-0x0000000000005fa7] |

'X-GS-Communications-System' => 'Instant Bloomberg',
'X-Bloomberg-Original-From' => PARIKMI@BLOOMBERG.NET|MITESH PARIKH| GOLDMAN SACHS INTL|3788|3368195,
'X-Bloomberg-Original-To' => JMUNSON4@BLOOMBERG.NET|JULIAN MUNSON|RBS GBM||, JLAWES1@BLOOMBERG.NET|JAMIE LAWES|CREDIT SUISSE SECURI||
'X-Bloomberg-Original-Date' => Tue, 22 Jan 2008 06:52:03 +0000,
'X-Bloomberg-Original-TimeZone' => 'UTC',
'Chat Type' => Persistent Chat,

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 06:52:03 +0000)
[ParticipantEntered]


> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 06:52:57 +0000)
[Invite]     JMUNSON4@bloomberg.net     invitedJMUNSON4@bloomberg.net
 Auto-Invite

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 06:52:57 +0000)
[ParticipantEntered]


> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 06:52:57 +0000)
  hi   mate

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 06:55:45 +0000)
  hello

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:07:51 +0000)
[Invite]     JLAWES1@bloomberg.netinvitedJLAWES1@bloomberg.net
 Auto-Invite

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:07:51 +0000)
[ParticipantEntered]


> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:08:44 +0000)
  mrng

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:10:30 +0000)
  right  we are  all here   come on jamie what do we do   u atre our lesder

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:16:16 +0000)
  buy usdcad

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:16:22 +0000)
  only thing tht hasnt moved

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:19:56 +0000)
  agree

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:19:59 +0000)
  and usd mxn

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:20:10 +0000)
  have a cheeky long in that from yestreday

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:21:14 +0000)
  im long 1.3 usdzar

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:21:20 +0000)
  nice



GS-FX-CIVIL-02202114

**PTX1373A-0001**

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:42:18 +0000)
> it helps when someone says they hve a big offer and aud comes off 100 pips

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:42:34 +0000)
> was short 20 euros from friday

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:42:36 +0000)
> that helped

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:42:40 +0000)
> cheeky

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:42:47 +0000)
> aud Curncy gpo

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:44:27 +0000)
> bollie support at 20 in oz

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]   (Tue, 22 Jan 2008 07:45:04 +0000)
> ta

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:45:17 +0000)
> i dont really understand those though

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:45:25 +0000)
> whenever it gets close

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:45:33 +0000)
> they seem to move

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:45:37 +0000)
> like my stops

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]   (Tue, 22 Jan 2008 07:45:43 +0000)
> never closes outside does it

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:52:45 +0000)
> jules whats thespread today in 50 kiwi?

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:52:58 +0000)
> 10 i reckon

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:53:02 +0000)
> maybe more mate

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:53:08 +0000)
> i sold 50 it moved 25 pips there

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:53:09 +0000)
> lets sign a pact

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:53:15 +0000)
> on spreads

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]   (Tue, 22 Jan 2008 07:53:19 +0000)
> agree

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:53:21 +0000)
> jules

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]   (Tue, 22 Jan 2008 07:53:22 +0000)
> shd  be  10    wider than 8  with  get   some moans

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:53:22 +0000)
> u in

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]   (Tue, 22 Jan 2008 07:53:35 +0000)
> im 10 maybe 12 if i can get away with it

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]   (Tue, 22 Jan 2008 07:53:38 +0000)
> what  would  u  make in  220

GS-FX-CIVIL-02202117

**PTX1373A-0002**

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:53:51 +0000)
  today 30 at least

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:53:55 +0000)
  at least

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:53:56 +0000)
  maybe 40 if i could

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:55:29 +0000)
  just  lost  40  kiwi  and  aud

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:55:38 +0000)
  poss first   little bounce coming

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:55:49 +0000)
  wish ud widened ur spreads yet ?

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:56:12 +0000)
  mate  i wish i  could  i  totally agree they are wrong

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:56:22 +0000)
  just tell sales then

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:56:27 +0000)
  thats what we do

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 07:56:29 +0000)
  stand ur ground man

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:56:31 +0000)
  traders run the place ehre

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:56:34 +0000)
  not sales

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:56:38 +0000)
  we tell them what the s[pread is

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:56:40 +0000)
  not the case here

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 07:57:16 +0000)
  how much did that just cost aussie nad kiwiw jules?

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:57:28 +0000)
  5  pips  in each

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 07:57:45 +0000)
  but  bounce  could be over haha

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 08:01:04 +0000)
  some nob sprwading the rmr tht cit are filing for chapter 11

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 08:04:14 +0000)
  yes  just  hearing that ]

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 08:04:21 +0000)
  hahah

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 08:04:30 +0000)
  if they go under

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 08:04:36 +0000)
  we r a;; fooked

> JAMIE LAWES - CREDIT SUISSE SECURI [JAMIE.LAWES@CSFB.COM]  (Tue, 22 Jan 2008 08:04:39 +0000)
  all

> JULIAN MUNSON - RBS GBM [JMUNSON4@BLOOMBERG.NET]  (Tue, 22 Jan 2008 08:05:43 +0000)
  yep   deffo

> MITESH PARIKH -  GOLDMAN SACHS INTL [Mitesh.Parikh@ln.email.gs.com]  (Tue, 22 Jan 2008 08:06:29 +0000)