# EXHIBIT 3

| | |
|---|---|
| From: | JOHN MUNLEY |
| To: | JOHN MUNLEY; JASON CRANK |
| Sent: | 10/28/2010 7:51:46 AM |
| Subject: | PCHAT-0x1000001A7029B |

```
10/28/2010 07:51:46 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI has joined the room
10/28/2010 10:40:07 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI has left the room
10/28/2010 10:46:42 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI has joined the room
10/28/2010 10:46:43 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI retrieved historical Instant Bloomberg messages. StartTime
10/28/2010 07:51:46 EndTime 10/28/2010 10:46:42
10/28/2010 11:08:51 JCRANK1, JASON CRANK, STANDARD CHARTERED B has joined the room
10/28/2010 11:08:51 JCRANK1, JASON CRANK, STANDARD CHARTERED B retrieved historical Instant Bloomberg messages. StartTime
10/28/2010 07:51:46 EndTime 10/28/2010 11:08:51
>>>>10/28/2010 11:32:43 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: sup
>>>>10/28/2010 11:32:47 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: nice in eur eh
>>>>10/28/2010 11:32:51 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: 1.3850
>>>>10/28/2010 11:33:03 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: unfort sold cbl agnst it at 45
>>>>10/28/2010 11:34:18 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: nto sure why gbp so bid
>>>>10/28/2010 11:40:17 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: u out tonite?
>>>>10/28/2010 11:43:46 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: brought my stuff
>>>>10/28/2010 11:44:12 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: mr chows?
>>>>10/28/2010 11:44:14 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: haha
>>>>10/28/2010 11:44:50 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: no clue but think he gonna ask nick from pru to come out and gonna see if bull wants to come
>>>>10/28/2010 11:45:03 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: might drag walker along too although didnt tell chris about that
>>>>10/28/2010 11:45:22 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: right
>>>>10/28/2010 11:45:26 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: which on ei snick
>>>>10/28/2010 11:45:29 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: is
>>>>10/28/2010 11:45:33 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: he at the jets?
>>>>10/28/2010 11:45:59 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: nick is the chief dealer does aud and nzd there
>>>>10/28/2010 11:47:05 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: i thot brian was chief
>>>>10/28/2010 11:47:17 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: brian global head of sales and trading
>>>>10/28/2010 11:47:59 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: excuse me
>>>>10/28/2010 11:48:01 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: haha
>>>>10/28/2010 11:48:08 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: so nick was not at the hets game
>>>>10/28/2010 11:48:10 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: its a nice title to have
>>>>10/28/2010 11:48:18 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yep
>>>>10/28/2010 11:56:12 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: any thots here
>>>>10/28/2010 12:00:07 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: The countdown to FOMC Wednesday is on. With month end here and FOMC approaching, I have very little inclination to take a strong view at this point. Some short term drivers of eur to keep an eye on: 10 year yields should find support at 2.62, there is a triple top in the usd index between 78.25/35, and gold is holding a daily trendline that now comes in at 1321. I'll go with a trading range today of 1.3800/1.3915.
>>>>10/28/2010 12:00:13 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: so basically
>>>>10/28/2010 12:00:15 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: no
>>>>10/28/2010 12:00:29 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: haha
>>>>10/28/2010 12:00:42 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: im just logn eur gbp now
>>>>10/28/2010 12:00:54 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: sold out my 30 eur overnight at avg of 10/15 ish
>>>>10/28/2010 12:01:02 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: still didnt get money back from yesterday
>>>>10/28/2010 12:01:11 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: hey pat said u know where i can go to get a belt
>>>>10/28/2010 12:01:14 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: forgt mine
>>>>10/28/2010 12:01:29 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: well
>>>>10/28/2010 12:01:40 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: personally i would go to coach
>>>>10/28/2010 12:01:43 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: they have nice belts
>>>>10/28/2010 12:01:50 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: think they about 75bux
>>>>10/28/2010 12:01:53 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: urs
>>>>10/28/2010 12:01:54 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: or
>>>>10/28/2010 12:02:00 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: how about 20 bux
>>>>10/28/2010 12:02:03 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: go to that place walker has been to down park
>>>>10/28/2010 12:02:06 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: forget the name of it
>>>>10/28/2010 12:02:17 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: he know s it?
>>>>10/28/2010 12:02:23 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeah
>>>>10/28/2010 12:05:01 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: rothmans or something like that
>>>>10/28/2010 12:05:06 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: is coach around here?
>>>>10/28/2010 12:09:39 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: gonna go to joseph banks half off
>>>>10/28/2010 12:11:33 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: hahah ok
>>>>10/28/2010 12:47:26 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: eur still gonna go up here
>>>>10/28/2010 12:47:29 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i cant but it
>>>>10/28/2010 12:48:13 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: dunno to be honest
>>>>10/28/2010 13:19:34 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: gonan be one of those days
>>>>10/28/2010 13:19:41 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: just managed to give back 50 g's
>>>>10/28/2010 13:23:05 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeah blws
>>>>10/28/2010 13:47:32 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: u doin lates tonight
>>>>10/28/2010 13:47:46 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: not sure
>>>>10/28/2010 13:47:51 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i may not have to
>>>>10/28/2010 13:47:58 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok im not
>>>>10/28/2010 13:48:18 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: ask bw on our chat if he is out tonight
>>>>10/28/2010 13:48:25 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok
```

HIGHLY CONFIDENTIAL

CS-FXLIT-10887671

PTX1822A-0001

```
>>>>10/28/2010 13:51:46 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: eur will not back off
>>>>10/28/2010 13:51:48 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: not short
>>>>10/28/2010 13:51:53 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: but long cpl other usd
>>>>10/28/2010 13:52:11 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: im long small eur usd eur chf and eur jpy
>>>>10/28/2010 13:52:17 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: and eur gbp
>>>>10/28/2010 13:52:21 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok
>>>>10/28/2010 13:52:23 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: and short aud nzd right here
>>>>10/28/2010 14:01:03 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: how wide on a yard of eur price?
>>>>10/28/2010 14:01:24 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: 40?
>>>>10/28/2010 14:02:03 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i said 35...niall and bw saying 22..i think they are nuts
>>>>10/28/2010 14:02:09 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: hahahahah
>>>>10/28/2010 14:02:16 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: hahaha
>>>>10/28/2010 14:02:46 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: awesome
>>>>10/28/2010 14:02:54 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i'll jsut aggregate it
>>>>10/28/2010 14:02:59 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: oh wit dont have one
>>>>10/28/2010 14:03:20 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: so right here u are 92-14 in a ayrd
>>>>10/28/2010 14:03:23 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: GL
>>>>10/28/2010 14:05:50 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i'll want to see what rich says
>>>>10/28/2010 14:24:33 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: eur sure is hanging in bid
>>>>10/28/2010 14:24:40 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: yea not sure why
>>>>10/28/2010 14:24:44 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: just went short gbp here
>>>>10/28/2010 14:24:50 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: think gonna leave an 80 stop
>>>>10/28/2010 14:24:57 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok
>>>>10/28/2010 14:25:05 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: and short a little eur chf
>>>>10/28/2010 14:25:08 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: short it already
>>>>10/28/2010 14:25:12 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: tempted to sell eur
>>>>10/28/2010 14:25:18 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: but sold out eur a little bit ago
>>>>10/28/2010 14:25:20 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: had agnst
>>>>10/28/2010 14:25:21 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: but dont want to do much in front of fix
>>>>10/28/2010 14:25:21 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: it
>>>>10/28/2010 14:26:35 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeah prob messy today
>>>>10/28/2010 14:31:03 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: this blws
>>>>10/28/2010 14:31:07 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: i repeat
>>>>10/28/2010 14:31:10 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: this blws
>>>>10/28/2010 15:04:34 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: u think eur has a chance to back off a bit now?
>>>>10/28/2010 15:04:47 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: im thinking we cud see 50/60 again
>>>>10/28/2010 15:05:07 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: thks
>>>>10/28/2010 15:19:13 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: safe to say SC on the sidelines today wow
>>>>10/28/2010 15:19:32 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: we actually hnot seeing much
>>>>10/28/2010 15:20:59 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: sooo much eur going thru
>>>>10/28/2010 15:48:18 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: keep getting stops over 50
>>>>10/28/2010 16:23:41 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: what a disaster turned this day into
>>>>10/28/2010 16:23:45 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: no idea why got invovled
>>>>10/28/2010 16:23:57 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: not one deal goen thru here or dub since got in
>>>>10/28/2010 16:24:17 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: and legged into xx ok cvernight
>>>>10/28/2010 16:24:26 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: managed to fkit all up
>>>>10/28/2010 16:36:10 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: just went to press to get lunch..need a base for tonight unlike last thrus
>>>>10/28/2010 16:37:32 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: well i assume that we are going to eat at some point
>>>>10/28/2010 16:39:50 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i think mr chows has our name written all over it
>>>>10/28/2010 16:39:58 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeah
>>>>10/28/2010 16:40:06 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: u better do some biz with him today
>>>>10/28/2010 16:40:37 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: i have doen deals with him every day this week
>>>>10/28/2010 16:40:43 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: first time in a while
>>>>10/28/2010 16:40:50 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: except today so far haha
>>>>10/28/2010 16:56:10 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: if there is any 1pm today loks like it will move it about 1 pip lower
>>>>10/28/2010 16:56:28 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: hah yea i know wonder if u buy it now with a tight 10 stop
>>>>10/28/2010 16:56:34 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeha 05-10
>>>>10/28/2010 16:56:39 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: niall convinced we cud see 1.42 soon
>>>>10/28/2010 16:56:58 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: and when he has a strong view he usually very good from what i have seen
>>>>10/28/2010 16:57:06 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok
>>>>10/28/2010 16:57:08 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: he says close ur eyes and buy it thru 1.4010
>>>>10/28/2010 16:57:38 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: or buy a call spread
>>>>10/28/2010 16:57:40 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ......
>>>>10/28/2010 17:02:06 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: where shud chris meet us around here
>>>>10/28/2010 17:02:28 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: mmm dunno
>>>>10/28/2010 17:02:43 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: i have to run up to near bryant park and drop my sht off
>>>>10/28/2010 17:03:35 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: i'll go with u to buy a belt think lord and taylor around therhe so we just pick a place up ther eto meet chris
>>>>10/28/2010 17:03:49 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: yeah it right there at 38th i tink
>>>>10/28/2010 17:03:54 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: between 5/6th
>>>>10/28/2010 17:04:08 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: how about the hotel bar across st. from bryant
>>>>10/28/2010 17:04:17 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: perfect
>>>>10/28/2010 17:04:22 JMUNLEY3, JOHN MUNLEY, CREDIT SUISSE SECURI Says: tell chris
>>>>10/28/2010 17:04:25 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ok
>>>>10/28/2010 17:04:34 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: prob 5.30-6 right
>>>>10/28/2010 17:08:14 JCRANK1, JASON CRANK, STANDARD CHARTERED B Says: ddi u know joe had to sell
```

HIGHLY CONFIDENTIAL                                    CS-FXLIT-10887672

**PTX1822A-0002**