November 28, 2022

**VIA ECF**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*,
              Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

      Plaintiffs write to respectfully request a one-week extension of their deadline to file their reply brief in support of their motion for a new trial. On November 10, 2022, Plaintiffs filed their motion for a new trial. (ECF No. 2022). On November 23, Credit Suisse filed its opposition. (ECF No. 2028). Pursuant to Local Civil Rule 6.1(a), Plaintiffs reply is currently due on Wednesday, November 30.

      In light of the intervening Thanksgiving holiday, Plaintiffs respectfully request a one-week extension until December 7, 2022, to file their reply brief. Plaintiffs have made no previous request for extension of this deadline. Granting this extension will still result in Plaintiffs' motion being fully briefed within the 60-day period set forth in Section III.B.4 of Your Honor's Individual Rules. Finally, Plaintiffs conferred with Credit Suisse about this request, but Credit Suisse has not at this time taken a position on it due to the intervening holiday.

                                            Respectfully submitted,

| | |
|---|---|
| /s Christopher M. Burke | s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| KOREIN TILLERY, LLC | HAUSFELD LLP |
| 707 Broadway, Suite 1410 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-625-5621 | Telephone: 202-540-7200 |
| cburke@koreintillery.com | mhausfeld@hausfeld.com |

                                            *Class Counsel*