UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 13 Civ. 7789 (LGS) |

**STIPULATION AND [PROPOSED] ORDER DISMISSING
PLAINTIFF TIBERIUS OC FUND, LTD.**

All parties, by and through their attorneys, hereby stipulate, subject to Court approval, as follows:

WHEREAS, Tiberius OC Fund, Ltd. ("Tiberius") is a named Plaintiff in the Third Amended Complaint in the above-captioned action ("Action");

WHEREAS, Tiberius is now in liquidation and its sole remaining economic interest in this Action is in the claims asserted by Plaintiffs as against the Credit Suisse Defendants; and

WHEREAS, Tiberius wishes to dismiss its claims in this Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs' Class Counsel, Tiberius and the Credit Suisse Defendants, as follows:

1. All claims by Tiberius in this Action are dismissed with prejudice pursuant to Fed. R. Civ. P. § 41(a)(2).

2. Tiberius shall bear no costs or expenses in connection with its participation in this litigation.

3. The claims of the other Plaintiffs and members of the Plaintiffs' Class are not impacted by this stipulation of dismissal.

Dated: January 18, 2023                             Respectfully submitted,

                                                    */s/ Andrew J. Entwistle*

Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 710-5960
Email:  aentwistle@entwistle-law.com

-and-

Robert N. Cappucci
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone: (212) 894-7200
Email:  rcappucci@entwistle-law.com

*Counsel for Tiberius OC Fund, Ltd.*

*/s/ Christopher M. Burke* (by consent)
Christopher M. Burke
Korein Tillery PC
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone 618.825,5620
Email:  cburke@koreintillery.com

-and-

HAUSFELD LLP
Michael D. Hausfeld
888 16th Street NW, Suite 300 Washington, DC 20006
Telephone: Telephone: 202-540-7200
Email: mhausfeld@hausfeld.com

*Plaintiffs' Class Counsel*


*/s/ Jason M. Hall* (by consent)
Jason M. Hall
CAHILL GORDON & REINDEL, LLP
32 Old Slip
New York, N.Y. 10005
Telephone: (212) 701-3000
Email: jhall@cahill.com

*Attorneys for Defendants Credit Suisse Group, AG, Credit Suisse AG and Credit Suisse Securities (USA) LLC*

SO ORDERED

_____  _____
Dated                                              Lorna G. Schofield
                                                         United States District Judge