March 17, 2023

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
              Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

We write in response to the Court's March 9 Order directing Plaintiffs to show cause why their remaining claims should not be dismissed for failure to prosecute.  ECF No. 2044.  Following that Order, Plaintiffs conferred with the Credit Suisse Defendants.  The parties have reached an agreement to stipulate to an amendment to the complaint that would remove the exchange plaintiffs and their claims from the action.

To that end, Plaintiffs respectfully request a short extension until Tuesday, March 21, 2023, to finalize the stipulation and proposed amended complaint, after which the Court could enter a final judgment in this action under Rule 58.

Respectfully submitted,

KOREIN TILLERY P.C.

 *s*/ Christopher M. Burke
Christopher M. Burke
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5620
cburke@koreintillery.com

HAUSFELD LLP

 *s*/ Michael D. Hausfeld
Michael D. Hausfeld
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com

*Class Counsel*