March 17, 2023

<u>**Via ECF**</u>

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
            Case No. 1:13-cv-07789-LGS

Dear Judge Schofield:

    We write in response to the Court's March 9 Order directing Plaintiffs to show cause why their remaining claims should not be dismissed for failure to prosecute. ECF No. 2044. Following that Order, Plaintiffs conferred with the Credit Suisse Defendants. The parties have reached an agreement to stipulate to an amendment to the complaint that would remove the exchange plaintiffs and their claims from the action.

    To that end, Plaintiffs respectfully request a short extension until Tuesday, March 21, 2023, to finalize the stipulation and proposed amended complaint, after which the Court could enter a final judgment in this action under Rule 58.

            Respectfully submitted,

| KOREIN TILLERY P.C. | HAUSFELD LLP |
|---|---|
| *s*/ Christopher M. Burke | *s*/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 707 Broadway, Suite 1410 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: (619) 625-5620 | Telephone: (202) 540-7200 |
| cburke@koreintillery.com | mhausfeld@hausfeld.com |

*Class Counsel*

Application GRANTED. By **March 21, 2023**, the parties shall file the stipulation and amended complaint described above, and by **March 23, 2023**, the parties shall file a joint letter motion seeking entry of final judgment that (1) attaches a redline copy of the amended complaint showing changes from the last operative complaint, (2) attaches a proposed form of order and (3) addresses whether the claims omitted from the amended complaint will be claim-precluded by entry of final judgment on the remaining claims or whether Plaintiffs otherwise are "disclaiming an intent to revive" the omitted claims, "converting it to a dismissal *with prejudice*, for reasons of estoppel," in order to seek an immediate appeal. *Alix v. McKinsey & Co., Inc.*, 23 F.4th 196, 203 (2d Cir. 2022) (internal quotation marks omitted).

Dated: March 20, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE