|  |  |
|---|---|
| | So Ordered. |
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | The Clerk of Court is respectfully directed to enter judgment accordingly and to close the case. |
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION — No. 13 Civ. 7789 (LGS) | Dated: March 28, 2023<br>New York, New York<br><br>_/s/ Lorna G. Schofield_<br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

## [PROPOSED] ORDER AND FINAL JUDGMENT

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 24, 2022, following a jury trial on the two issues with respect to which class certification was granted, the Court entered an Order for Judgment in favor of Defendants Credit Suisse AG, Credit Suisse Group AG and Credit Suisse Securities (USA) LLC (the "Credit Suisse Defendants") and against Plaintiffs on their Sherman Act, Section 1 claims in the Third Consolidated Amended Class Action Complaint (ECF No. 2017);

WHEREAS, on March 21, 2023, Plaintiffs and the Credit Suisse Defendants filed a joint stipulation under Rule 15(a)(2) of the Federal Rules of Civil Procedure to file a Fourth Consolidated Amended Class Action Complaint ("Fourth Amended Complaint") that dropped all remaining claims not covered by the Court's October 24, 2022 Order for Judgment (ECF No. 2047);

WHEREAS, on March 23, 2023, Plaintiffs and the Credit Suisse Defendants filed a joint letter motion requesting final judgment be entered against the Fourth Amended Complaint with Plaintiffs disclaiming any intent to revive the dropped claims;

IT IS HEREBY ORDERED:

1.  Judgment is entered in favor of the Credit Suisse Defendants and against Plaintiffs on the Fourth Amended Complaint; and

      2.      The Clerk of Courts is directed to enter this judgment and close this case.

DATED: _____

                                              THE HONORABLE LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE