April 27, 2023

VIA ECF

Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
          Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

      Plaintiffs and the Credit Suisse Defendants write to inform your Honor that Plaintiffs have decided not to file a notice of appeal, and Credit Suisse has decided not to file a bill of costs.  As such, the parties consider the litigation against the Credit Suisse Defendants at its end, leaving only issues related to administration of the other Defendants' settlements.

      We thank the Court for the significant time and attention it has devoted to presiding over this long, complex antitrust class action, including the jury trial.  Should the Court have any questions, we are available for a conference at the Court's convenience.

                                              Respectfully submitted,

| s/Herbert S. Washer | /s/ Christopher M. Burke |
|---|---|
| Herbert S. Washer | Christopher M. Burke |
| CAHILL GORDON & REINDEL LLP | KOREIN TILLERY P.C. |
| 32 Old Slip | 707 Broadway, Suite 1410 |
| New York, NY  10005 | San Diego, CA 92101 |
| Telephone: (212) 701-3435 | Telephone: (619) 625-5620 |
| hwasher@cahill.com | cburke@koreintillery.com |
| | |
| *Counsel for Credit Suisse Defendants* | s/ Michael D. Hausfeld |
| | Michael D. Hausfeld |
| | HAUSFELD LLP |
| | 888 16th Street NW, Suite 300 |
| | Washington, DC 20006 |
| | Telephone: (202) 540-7200 |
| | mhausfeld@hausfeld.com |
| | |
| | *Class Counsel* |