April 27, 2023

The Clerk of Court is respectfully directed to close this case.

Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dated: April 28, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
Case No. 1:13-cv-07789-LGS (S.D.N.Y.)

Dear Judge Schofield:

Plaintiffs and the Credit Suisse Defendants write to inform your Honor that Plaintiffs have decided not to file a notice of appeal, and Credit Suisse has decided not to file a bill of costs. As such, the parties consider the litigation against the Credit Suisse Defendants at its end, leaving only issues related to administration of the other Defendants' settlements.

We thank the Court for the significant time and attention it has devoted to presiding over this long, complex antitrust class action, including the jury trial. Should the Court have any questions, we are available for a conference at the Court's convenience.

Respectfully submitted,

s/Herbert S. Washer
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3435
hwasher@cahill.com

*Counsel for Credit Suisse Defendants*

/s/ Christopher M. Burke
Christopher M. Burke
KOREIN TILLERY P.C.
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5620
cburke@koreintillery.com

s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com

*Class Counsel*