May 15, 2023

**<u>Via ECF</u>**

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation*
                Case No. 1:13-cv-07789-LGS S.D.N.Y.

Dear Judge Schofield:

      Pursuant to the Court's May 4, 2023 order ECF No. 2058, class counsel submits an Amended Exhibit A and copies of every tenth invoice from LDS. The invoices provided to the court are highlighted in Amended Exhibit A.

      For the period January 2018-December 2021, LDS issued two invoices. One of the invoices was payable upon receipt and the other was subject to deferred payment. Therefore, we are submitting two invoices for each of the following months: October 2018, August 2019, June 2020, and April 2021. All deferred payments have been made. There is only one invoice for February 2022 and December 2022 because no portion of those invoices was deferred by LDS.

      Beginning in July 2020, Scott+Scott began hosting data for another client in the Sandbox environment. While LDS continued to provide a consolidated invoice covering all charges for FX and this other matter, Scott+Scott allocated the invoices to each of the matters based on the computational power of the workstations that were allocated to them in terms of memory and CPU cores. The amounts allocated to this other matter were deducted from the amount allocated to the settlement fund and the litigation fund, as shown in Amended Exhibit A.

      Respectfully submitted,

| Korein Tillery PC | HAUSFELD LLP |
|---|---|
| s/ Christopher M. Burke | s/ Michael D. Hausfeld |
| Christopher M. Burke | Michael D. Hausfeld |
| 600 W. Broadway, Suite 3300 | 888 16th Street NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20006 |
| Telephone: 619-233-4565 | Telephone: 202-540-7200 |

*Settlement Class Counsel and Counsel for Plaintiffs*

<u>Amended</u> Exhibit A – Litigation Data Services, LLC Invoices January 2018-present

| Explanation | Invoice Nos. | Month & Year | Total Invoice Amount | Allocation to Litigation Fund | Allocation to Settlement Fund | Allocation to Other Client |
|---|---|---|---|---|---|---|
| Sandbox Data Analysis/Hosting | 4752 & 4753 | Jan-18 | 105,417.99 | 52,709.00 | 52,709.00 | |
| Sandbox Data Analysis/Hosting | 4765 & 4766 | Feb-18 | 80,143.09 | 40,071.55 | 40,071.55 | |
| Sandbox Data Analysis/Hosting | 4779 & 4780 | Mar-18 | 76,165.59 | 38,082.80 | 38,082.80 | |
| Sandbox Data Analysis/Hosting | 4901 & 4914 | Apr-18 | 74,768.09 | 37,384.05 | 37,384.05 | |
| Sandbox Data Analysis/Hosting | 4902 & 4915 | May-18 | 67,078.49 | 33,539.25 | 33,539.25 | |
| Sandbox Data Analysis/Hosting | 4903 & 4916 | Jun-18 | 65,358.49 | 32,679.25 | 32,679.25 | |
| Sandbox Data Analysis/Hosting | 4913 & 4917 | Jul-18 | 64,068.49 | 32,034.25 | 32,034.25 | |
| Sandbox Data Analysis/Hosting | 4768 & 4769 | Aug-18 | 72,238.49 | 36,119.25 | 36,119.25 | |
| Sandbox Data Analysis/Hosting | 4770 & 4771 | Sep-18 | 72,453.49 | 36,226.75 | 36,226.75 | |
| Sandbox Data Analysis/Hosting | 4772 & 4773 | Oct-18 | 80,453.49 | 40,226.75 | 40,226.75 | |
| Sandbox Data Analysis/Hosting | 5005 & 5006 | Nov-18 | 128,047.81 | 64,023.91 | 64,023.91 | |
| Sandbox Data Analysis/Hosting | 5007 & 5008 | Dec-18 | 125,682.81 | 62,841.41 | 62,841.41 | |
| Sandbox Data Analysis/Hosting | 5009 & 5010 | Jan-19 | 130,842.81 | 65,421.41 | 65,421.41 | |
| Sandbox Data Analysis/Hosting | 5011 & 5012 | Feb-19 | 126,112.81 | 63,056.41 | 63,056.41 | |
| Sandbox Data Analysis/Hosting | 5013 & 5014 | Mar-19 | 129,552.81 | 64,776.41 | 64,776.41 | |
| Sandbox Data Analysis/Hosting | 5015 & 5016 | Apr-19 | 122,027.81 | 61,013.91 | 61,013.91 | |
| Sandbox Data Analysis/Hosting | 5017 & 5018 | May-19 | 114,932.81 | 57,466.41 | 57,466.41 | |
| Sandbox Data Analysis/Hosting | 5019 & 5020 | Jun-19 | 107,407.81 | 53,703.91 | 53,703.91 | |
| Sandbox Data Analysis/Hosting | 5021 & 5024 | Jul-19 | 111,062.81 | 55,531.41 | 55,531.41 | |
| Sandbox Data Analysis/Hosting | 5022 & 5025 | Aug-19 | 110,632.81 | 55,316.41 | 55,316.41 | |
| Sandbox Data Analysis/Hosting | 5023 & 5026 | Sep-19 | 117,082.81 | 58,541.41 | 58,541.41 | |
| Sandbox Data Analysis/Hosting | 5027 & 5028 | Oct-19 | 108,912.81 | 54,456.41 | 54,456.41 | |
| Sandbox Data Analysis/Hosting | 5029 & 5030 | Nov-19 | 106,977.81 | 53,488.91 | 53,488.91 | |
| Sandbox Data Analysis/Hosting | 5031 & 5032 | Dec-19 | 112,137.81 | 56,068.91 | 56,068.91 | |
| Sandbox Data Analysis/Hosting | 5033 & 5034 | Jan-20 | 109,557.81 | 54,778.91 | 54,778.91 | |

Amended Exhibit A – Litigation Data Services, LLC Invoices January 2018-present

| | | | | | | |
|---|---|---|---|---|---|---|
| Sandbox Data Analysis/Hosting | 5035 & 5036 | Feb-20 | 105,902.81 | 52,951.41 | 52,951.41 | |
| Sandbox Data Analysis/Hosting | 5037 & 5039 | Mar-20 | 105,902.81 | 52,951.41 | 52,951.41 | |
| Sandbox Data Analysis/Hosting | 5038 & 5040 | Apr-20 | 110,202.81 | 55,101.41 | 55,101.41 | |
| Sandbox Data Analysis/Hosting | 5041 & 5042 | May-20 | 108,482.81 | 54,241.41 | 54,241.41 | |
| Sandbox Data Analysis/Hosting | 5043 & 5044 | Jun-20 | 107,192.81 | 53,596.41 | 53,596.41 | |
| Sandbox Data Analysis/Hosting | 5045 & 5046 | Jul-20 | 108,267.81 | 52,171.02 | 52,171.02 | 3,925.78 |
| Sandbox Data Analysis/Hosting | 5048 & 5049 | Aug-20 | 64,832.10 | 31,053.24 | 31,053.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5050 & 5051 | Sep-20 | 59,457.10 | 28,365.75 | 28,365.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5052 & 5053 | Oct-20 | 65,477.10 | 31,375.74 | 31,375.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5054 & 5055 | Nov-20 | 62,897.10 | 30,085.75 | 30,085.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5056 & 5057 | Dec-20 | 68,917.10 | 33,095.74 | 33,095.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5058 & 5059 | Jan-21 | 66,982.10 | 32,128.25 | 32,128.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5060 & 5061 | Feb-21 | 71,067.10 | 34,170.74 | 34,170.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5062 & 5063 | Mar-21 | 70,207.10 | 33,740.75 | 33,740.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5064 & 5065 | Apr-21 | 68,057.10 | 32,665.74 | 32,665.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5066 & 5067 | May-21 | 72,787.10 | 35,030.75 | 35,030.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5068 & 5069 | Jun-21 | 60,747.10 | 29,010.74 | 29,010.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5070 & 5071 | Jul-21 | 60,962.10 | 29,118.63 | 29,118.63 | 2,724.84 |
| Sandbox Data Analysis/Hosting | 5072 & 5073 | Aug-21 | 64,187.10 | 30,730.74 | 30,730.74 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5074 & 5075 | Sep-21 | 64,617.10 | 30,945.75 | 30,945.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5076 & 5077 | Oct-21 | 60,962.10 | 29,118.24 | 29,118.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5078 & 5079 | Nov-21 | 60,747.10 | 29,010.75 | 29,010.75 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5080 & 5081 | Dec-21 | 64,832.10 | 31,053.24 | 31,053.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5082 | Jan-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5084 | Feb-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5085 | Mar-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5086 | Apr-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5087 | May-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |

<u>Amended</u> Exhibit A – Litigation Data Services, LLC Invoices January 2018-present

| | | | | | | |
|---|---|---|---|---|---|---|
| Sandbox Data Analysis/Hosting | 5088 | Jun-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5089 | Jul-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5090 | Aug-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5091 | Sep-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5092 | Oct-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5095 | Nov-22 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5101 | Dec-22 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5103 | Jan-23 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5108 | Feb-23 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| Sandbox Data Analysis/Hosting | 5113 | Mar-23 | 54,512.10 | 25,893.25 | 25,893.25 | 2,725.60 |
| Sandbox Data Analysis/Hosting | 5117 | Apr-23 | 54,512.10 | 25,893.24 | 25,893.24 | 2,725.62 |
| | | | **5,144,999.01** | **2,525,564.43** | **2,525,564.43** | **93,870.16** |

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 10/31/2018 | 4772 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
126 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | FX Data Center Back up and Disaster Recovery | 13,550.00 | 13,550.00 |
|  | 10/5/18 Rackspace Data Hosting Fee | 45,833.49 | 45,833.49 |

**Total**  $59,383.49

# Invoice

**Litigation Data Services, LLC**

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 10/31/2018 | 4773 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
126 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 4 | Add Disk Drives | 215.00 | 860.00 |
| 1 | SSD Disk Space Configuration | 215.00 | 215.00 |
| 17 | Data Intake and Review | 215.00 | 3,655.00 |
| 1 | Sandbox Configuration | 215.00 | 215.00 |
| 0 | Licensing-VMWare, SAS,Stata, SPSS, MatLab, Microsoft | 215.00 | 0.00 |
| 14 | Data Backup | 215.00 | 3,010.00 |
| 1 | Datacenter Firewall Configuration | 215.00 | 215.00 |
| 0 | Phone/Remote Desktop Support | 215.00 | 0.00 |
| 3 | SAS Swapfile Configuration | 215.00 | 645.00 |
| 17 | VMWare EXSI VM Configuration | 215.00 | 3,655.00 |
| 0 | Sandbox Configuration Europe | 215.00 | 0.00 |
| 9 | DataCenter Visit-Configure/Drop Off Drives | 215.00 | 1,935.00 |
| 18 | Data Migration | 215.00 | 3,870.00 |
| 10 | Configure Storage Area Network | 215.00 | 2,150.00 |
| 2 | VPN/Firewall Configuration | 215.00 | 430.00 |
| 1 | SAS,Stata, SPSS, MatLab, MS-SQL Configuration | 215.00 | 215.00 |

**Total** $21,070.00

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 8/31/2019 | 5022 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | FX Data Center Back up and Disaster Recovery | 13,550.00 | 13,550.00 |
|  | August2019 Rackspace Data Hosting Fee | 86,117.81 | 86,117.81 |
|  | (Note: +40 Terabyte SAN Disk Capacity) |  |  |
|  | (4 x 10 TB LUN's) |  |  |

**Total**  $99,667.81

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 8/31/2019 | 5025 |

| Bill To |
|---|
| Nathalie Kirsopp<br>SCOTT+SCOTT LLP<br>156 South Main Street<br>Colchester, CT 06415 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0 | Add Disk Drives | 215.00 | 0.00 |
| 5 | SSD Disk Space Configuration | 215.00 | 1,075.00 |
| 0 | Data Intake and Review | 215.00 | 0.00 |
| 2 | Sandbox Configuration | 215.00 | 430.00 |
| 0 | Licensing-VMWare, SAS,Stata, SPSS, MatLab, Microsoft | 215.00 | 0.00 |
| 24 | Data Backup | 215.00 | 5,160.00 |
| 3 | Datacenter Firewall Configuration | 215.00 | 645.00 |
| 0 | Phone/Remote Desktop Support | 215.00 | 0.00 |
| 0 | SAS Swapfile Configuration | 215.00 | 0.00 |
| 3 | VMWare EXSI VM Configuration | 215.00 | 645.00 |
| 3 | Sandbox Configuration Europe | 215.00 | 645.00 |
| 7 | DataCenter Visit-Configure/Drop Off Drives | 215.00 | 1,505.00 |
| 0 | Data Migration | 215.00 | 0.00 |
| 2 | Configure Storage Area Network | 215.00 | 430.00 |
| 1 | VPN/Firewall Configuration | 215.00 | 215.00 |
| 1 | SAS,Stata, SPSS, MatLab, MS-SQL Configuration | 215.00 | 215.00 |

| Total | $10,965.00 |
|---|---|

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 7/10/2020 | 5044 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| JUNE2020 | | |

| Quantity | Description | Rate | Amount |
|---|---|---:|---:|
| | RackSpace-IAD3 Ashburn, VA Colocation Hosting-IAD | 154.50 | 154.50 |
| | RackSpace-IAD3 Ashburn, VA Connection Device Hosting-IAD3 | 666.64 | 666.64 |
| | RackSpace-IAD3 Ashburn, VA Firewall Hosting-IAD | 218.12 | 218.12 |
| | RackSpace-IAD3 Ashburn, VA SAN Hosting (SSD-Flash)-IAD | 45,155.71 | 45,155.71 |
| | RackSpace-IAD3 Ashburn, VA Server Hosting-IAD | 13,995.02 | 13,995.02 |
| | RackSpace-IAD3 Ashburn, VA Switch Hosting-IAD | 317.05 | 317.05 |
| | LightTower-DC Providence, RI DisasterRecoverySvr Hosting PVD | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI VEEAM BackupServerHosting | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI Firewall Hosting-PVD | 110.77 | 110.77 |
| | LightTower-DC Providence, RI RackSpace SAN Mirror -PVD | 25,500.00 | 25,500.00 |

**Total** $99,667.81

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 7/10/2020 | 5043 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| JUNE2020 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0 | Add Disk Drives | 215.00 | 0.00 |
| 4 | SSD Disk Space Configuration | 215.00 | 860.00 |
| 1 | Data Intake and Review | 215.00 | 215.00 |
| 3 | Sandbox Configuration | 215.00 | 645.00 |
| 1 | Licensing-VMWare, SAS,Stata, SPSS, MatLab, Microsoft | 215.00 | 215.00 |
| 12 | Data Backup | 215.00 | 2,580.00 |
| 1 | Datacenter Firewall Configuration | 215.00 | 215.00 |
| 0 | Phone/Remote Desktop Support | 215.00 | 0.00 |
| 0 | SAS Swapfile Configuration | 215.00 | 0.00 |
| 10 | VMWare EXSI VM Configuration | 215.00 | 2,150.00 |
| 0 | Sandbox Configuration Europe | 215.00 | 0.00 |
| 0 | DataCenter Visit-Configure/Drop Off Drives | 215.00 | 0.00 |
| 0 | Data Migration | 215.00 | 0.00 |
| 2 | Configure Storage Area Network | 215.00 | 430.00 |
| 1 | VPN/Firewall Configuration | 215.00 | 215.00 |
| 0 | SAS,Stata, SPSS, MatLab, MS-SQL Configuration | 215.00 | 0.00 |

**Total** $7,525.00

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 5/3/2021 | 5064 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| APRILHard2021 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | RackSpace-IAD3 Ashburn, VA Colocation Hosting-IAD | 154.50 | 154.50 |
| | RackSpace-IAD3 Ashburn, VA Connection Device Hosting-IAD3 | 666.64 | 666.64 |
| | RackSpace-IAD3 Ashburn, VA Firewall Hosting-IAD | 218.12 | 218.12 |
| | RackSpace-IAD3 Ashburn, VA Server Hosting-IAD | 13,995.02 | 13,995.02 |
| | RackSpace-IAD3 Ashburn, VA Switch Hosting-IAD | 317.05 | 317.05 |
| | LightTower-DC Providence, RI DisasterRecoverySvr Hosting PVD | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI VEEAM BackupServerHosting | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI Firewall Hosting-PVD | 110.77 | 110.77 |
| | LightTower-DC Providence, RI RackSpace SAN Mirror -PVD | 25,500.00 | 25,500.00 |

**Total** $54,512.10

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 5/3/2021 | 5065 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| APRILSoft2021 | | |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 0 | Add Disk Drives | 215.00 | 0.00 |
| 2 | SSD Disk Space Configuration | 215.00 | 430.00 |
| 0 | Data Intake and Review | 215.00 | 0.00 |
| 0 | Sandbox Configuration | 215.00 | 0.00 |
| 0 | Licensing-VMWare, SAS,Stata, SPSS, MatLab, Microsoft | 215.00 | 0.00 |
| 51 | Data Backup | 215.00 | 10,965.00 |
| 0 | Datacenter Firewall Configuration | 215.00 | 0.00 |
| 2 | Phone/Remote Desktop Support | 215.00 | 430.00 |
| 0 | SAS Swapfile Configuration | 215.00 | 0.00 |
| 0 | VMWare EXSI VM Configuration | 215.00 | 0.00 |
| 0 | Sandbox Configuration Europe | 215.00 | 0.00 |
| 0 | DataCenter Visit-Configure/Drop Off Drives | 215.00 | 0.00 |
| 0 | Data Migration | 215.00 | 0.00 |
| 8 | Configure Storage Area Network | 215.00 | 1,720.00 |
| 0 | VPN/Firewall Configuration | 215.00 | 0.00 |
| 0 | SAS,Stata, SPSS, MatLab, MS-SQL Configuration | 215.00 | 0.00 |

**Total** $13,545.00

# Invoice

Litigation Data Services, LLC

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 3/21/2022 | 5084 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| FEBHard2022 | | |

| Quantity | Description | Rate | Amount |
|---|---|---:|---:|
| | RackSpace-IAD3 Ashburn, VA Colocation Hosting-IAD | 154.50 | 154.50 |
| | RackSpace-IAD3 Ashburn, VA Connection Device Hosting-IAD3 | 666.64 | 666.64 |
| | RackSpace-IAD3 Ashburn, VA Firewall Hosting-IAD | 218.12 | 218.12 |
| | RackSpace-IAD3 Ashburn, VA Server Hosting-IAD | 13,995.02 | 13,995.02 |
| | RackSpace-IAD3 Ashburn, VA Switch Hosting-IAD | 317.05 | 317.05 |
| | LightTower-DC Providence, RI DisasterRecoverySvr Hosting PVD | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI VEEAM BackupServerHosting | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI Firewall Hosting-PVD | 110.77 | 110.77 |
| | LightTower-DC Providence, RI RackSpace SAN Mirror -PVD | 25,500.00 | 25,500.00 |

**Total**  $54,512.10

# Invoice

**Litigation Data Services, LLC**

P.O. Box 741
Arnold, MD 21012

| Date | Invoice # |
|---|---|
| 1/2/2023 | 5101 |

**Bill To**

Nathalie Kirsopp
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415

| P.O. No. | Terms | Project |
|---|---|---|
| DECHard2022 | | |

| Quantity | Description | Rate | Amount |
|---|---|---:|---:|
| | RackSpace-IAD3 Ashburn, VA Colocation Hosting-IAD | 154.50 | 154.50 |
| | RackSpace-IAD3 Ashburn, VA Connection Device Hosting-IAD3 | 666.64 | 666.64 |
| | RackSpace-IAD3 Ashburn, VA Firewall Hosting-IAD | 218.12 | 218.12 |
| | RackSpace-IAD3 Ashburn, VA Server Hosting-IAD | 13,995.02 | 13,995.02 |
| | RackSpace-IAD3 Ashburn, VA Switch Hosting-IAD | 317.05 | 317.05 |
| | LightTower-DC Providence, RI DisasterRecoverySvr Hosting PVD | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI VEEAM BackupServerHosting | 6,775.00 | 6,775.00 |
| | LightTower-DC Providence, RI Firewall Hosting-PVD | 110.77 | 110.77 |
| | LightTower-DC Providence, RI RackSpace SAN Mirror -PVD | 25,500.00 | 25,500.00 |

**Total** $54,512.10