UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| JAMES CONTANT, *et al.*, | : | |
| Plaintiffs, | : | No. 17-CV-3139 (LGS)(SDA) |
| -against- | : | [Related to 13-CV-7789 (LGS)] |
| BANK OF AMERICA CORPORATION, *et al.*, | : | |
| Defendants. | : | |

---

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Philip O. Shapiro of Gibson, Dunn & Crutcher LLP hereby moves, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to withdraw as counsel in the above-titled action on behalf of Defendants UBS AG, UBS Group AG[1] and UBS Securities LLC (collectively, the "UBS Defendants").  The UBS Defendants will continue to be represented by Gibson, Dunn & Crutcher LLP and its attorneys appearing in this action.

Dated: June 28, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Philip O. Shapiro*
    Philip O. Shapiro

200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
pshapiro@gibsondunn.com

*Counsel for the UBS Defendants*

Application GRANTED.  The Clerk of Court is respectfully directed to terminate Mr. Shapiro's ECF notifications in this matter.

Dated: June 29, 2023
 New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] UBS Group AG was dismissed from the proceedings by the Court's Opinion and Order dated May 17, 2019 (Dkt. 263) and was not named in the Third Consolidated Class Action Complaint (Dkt. 304).  UBS Group AG is included in this motion to assure comprehensiveness and clarity in the record.