**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING CLAIMS ADMINISTRATOR'S DETERMINATIONS REGARDING UNAUTHORIZED CLAIMS AND DISPUTED CLAIMS**

**TO:  ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, at a time and date to be set by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in the Courtroom of the Honorable Lorna G. Schofield, Plaintiffs will, and hereby do, move the Court for entry of an Order Approving the Claims Administrator's Determinations Regarding Unauthorized Claims and Disputed Claims.

Submitted herewith in support of the Motion are the:

(1)  Declaration of Loree Kovach in Support of Plaintiffs' Motion for Entry of an Order Approving Claims Administrator's Determinations Regarding Unauthorized Claims and Disputed Claims;

  Exhibit 1:   Authorized Claim

  Exhibit 2:   Unauthorized Claims; and

  Exhibit 3:   Disputed Claims

(2)  [Proposed] Order Approving the Claims Administrator's Determinations Regarding Unauthorized Claims and Disputed Claims; and

(3)  Memorandum in Support of Plaintiffs' Motion for Entry of an Order Approving the Claims Administrator's Determinations Regarding Unauthorized Claims and Disputed Claims.

Dated: October 13, 2023

| KOREIN TILLERY P.C. | HAUSFELD LLP |
|---|---|
| *s/ Christopher M. Burke* | *s/ Michael D. Hausfeld* |
| CHRISTOPHER M. BURKE | MICHAEL D. HAUSFELD |
| 707 Broadway, Suite 1410 | REENA A. GAMBHIR |
| San Diego, CA 92101 | TIMOTHY S. KEARNS |
| Tel: (619) 6225-5620 | SARAH R. LAFRENIERE |
| cburke@koreintillery.com | 888 16th Street NW, Suite 300 |
|  | Washington, DC 20006 |
| -and- | Telephone: 202-540-7143 |
|  | Facsimile: 202-540-7201 |
| SCOTT+SCOTT | mhausfeld@hausfeld.com |
| ATTORNEYS AT LAW LLP | rgambhir@hausfeld.com |
|  | tkearns@hausfeld.com |
| *s/ Kristen M. Anderson* | slafreniere@hausfeld.com |
| KRISTEN M. ANDERSON (*pro hac vice*) |  |
| DAVID R. SCOTT (DS-8053) | -and- |
| JOSEPH P. GUGLIELMO (JG-2447) |  |
| DONALD A. BROGGI (DB-9661) | HAUSFELD LLP |
| The Helmsley Building | MICHAEL P. LEHMANN |
| 230 Park Avenue, 17th Floor | CHRISTOPHER L. LEBSOCK |
| New York, NY 10169 | 600 Montgomery Street, Suite 3200 |
| Telephone: 212-223-6444 | San Francisco, CA 94111 |
| Facsimile: 212-223-6334 | Telephone: 415-633-1908 |
| kanderson@scott-scott.com | Facsimile: 415-358-4980 |
| david.scott@scott-scott.com | mlehmann@hausfeld.com |
| jguglielmo@scott-scott.com | clebsock@hausfeld.com |
| dbroggi@scott-scott.com |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Christopher M. Burke*
Christopher M. Burke
