**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS |

**DECLARATION OF CHRISTOPHER M. BURKE REGARDING MOTION FOR ENTRY OF AN ORDER APPROVING CLAIMS ADMINISTRATOR'S DETERMINATIONS REGARDING UNAUTHORIZED CLAIMS AND <u>DISPUTED CLAIMS</u>**

I, Christopher M. Burke, hereby declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner with the law firm Korein Tillery P.C. ("Korein Tillery"), one of the Court-appointed Class Counsel in the above-captioned action (the "Action"). I am an attorney duly licensed by the States of New York, California, and Wisconsin and am admitted to practice in this Court. This Declaration is based on my personal knowledge and if called upon, I could and would competently testify thereto.

2. I submit this Declaration, together with the attached exhibit, regarding Plaintiffs' Motion for Entry of an Order Approving Claims Administrator's Determinations Regarding Unauthorized Claims and Disputed Claims (the "Motion").

3. Pursuant to the Court's October 11, 2023 Order, any objector's response to the Motion was due by email to Class Counsel on or before October 27, 2023. ECF No. 2074.

4. On October 18, 2023, I received an email from disputing claimant Sean Waraich, claim number 10000935, attaching his response to the Motion.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Claimant Opposition Brief in Support of Option 2 Claim No. 10000935 and its accompanying exhibits.

6. On October 27, 2023, I received an email from disputing claimant Gregor L. McIntosh, claim number 10013447, attaching his response to the Motion.

7. Attached hereto as **Exhibit 2** is a true and correct copy of the Memorandum of Opposition by Gregor L. McIntosh (the "Claimant") to a Motion by Plaintiffs for Entry of an Order Approving Claims Administrator's Partial Rejection of Disputed Claim No. 10013447 and its accompanying exhibits.

8. As of the submission of this Declaration, I have not received any other emails from disputing claimants attaching any other responses to the Motion.

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 27th day of October, 2023 in San Diego, California.

*/s/ Christopher M. Burke*
CHRISTOPHER M. BURKE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Christopher M. Burke*
CHRISTOPHER M. BURKE