UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | 1:13-CV-07789 (LGS) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rebecca Ann Cecchini of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendants BNP Paribas Group, BNP Paribas Securities Corp., and BNP Paribas North America, Inc. in the above-captioned matter. I respectfully request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       February 7, 2024

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Rebecca Ann Cecchini
    Rebecca Ann Cecchini
    1221 Avenue of the Americas
    New York, NY 10020
    Tel: (212) 610-6316
    Email: rebecca.cecchini@allenovery.com

    *Attorneys for Defendants BNP Paribas Group, BNP Paribas Securities Corp., and BNP Paribas North America, Inc.*