UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | 13-CV-7789 (LGS) |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that as a result of the combination of Allen & Overy LLP and Shearman & Sterling LLP, effective May 1, 2024 the name of the firm representing Defendants BNP Paribas Group, BNP Paribas Securities Corp., and BNP Paribas North America, Inc. is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are: david.esseks@aoshearman.com and rebecca.cecchini@aoshearman.com.  The mailing address, telephone number, and facsimile number will for now remain the same.

Dated: New York, New York
       May 2, 2024

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By:  /s/ David C. Esseks
David C. Esseks
Rebecca A. Cecchini
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
Email: david.esseks@aoshearman.com
rebecca.Cecchini@aosheaman.com

*Attorneys for Defendants BNP Paribas Group, BNP Paribas Securities Corp., and BNP Paribas North America, Inc.*