UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | No. 1:13-cv-07789-LGS<br><br>**ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order approving distribution of the net settlement fund issued on October 8, 2024.

WHEREAS, no status letters or other substantive filings have been docketed since entry of the Order.  It is hereby

**ORDERED** that, by **November 7, 2025**, Plaintiffs shall file a status letter on settlement distribution.

Dated: September 30, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE