UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

:

IN RE FOREIGN EXCHANGE BENCHMARK    :        13 Civ. 7789 (LGS)
RATES ANTITRUST LITIGATION        :

:        **ORDER**

---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 22, 2025, Plaintiffs filed a letter on the status of settlement

distribution.

WHEREAS, no status letters or other substantive filings have been docketed since then.

It is hereby

**ORDERED** that, by **July 1, 2026**, Plaintiffs shall file a status letter regarding settlement

distribution.

Dated: June 1, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE